AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   WellPath LLC

was received by me on *(date)*   3-13-2023   .

☒ I personally served the summons on the individual at *(place)*   5901 W century blvd #750
Los angeles La 90045                          on *(date)*   3-13-2023   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   75.00   .

I declare under penalty of perjury that this information is true.

Date:   3-13-2023

_____
*Server's signature*

E/Y wahba
*Printed name and title*


PO Box 60174 Pasadena La 91116
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| *Agent* | **1505 Corporation 1084 CORPORATE CREATIONS NETWORK INC. 5901 W. CENTURY BLVD., #750 LOS ANGELES, CA 90045** |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | **SARAH CLEMENS 5901 W CENTURY BLVD. , LOS ANGELES, CA TY CHANDLER 5901 W CENTURY BLVD, LOS ANGELES, CA LAURA BAKER 5901 W CENTURY BLVD, LOS ANGELES, CA VERONICA VALEGA 5901 W CENTURY BLVD, LOS ANGELES, CA TRENT BAVARO 5901 W CENTURY BLVD, LOS ANGELES, CA** |

140 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Geo Group

was received by me on *(date)* 3-13-2023 .

☑ I personally served the summons on the individual at *(place)* 5901 W century blvd #750 los Angeles Ca 90045 on *(date)* 3-13-2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 3-13-2023

_____
Server's signature

Ely webster
Printed name and title

P.O. Box 60174 Pasadena Ca 91116
Server's address

Additional information regarding attempted service, etc:

| | |
|---|---|
| *Agent* | **1505 Corporation 1084 CORPORATE CREATIONS NETWORK INC. 5901 W. CENTURY BLVD., #750 LOS ANGELES, CA 90045** |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | **SARAH CLEMENS 5901 W CENTURY BLVD. , LOS ANGELES, CA TY CHANDLER 5901 W CENTURY BLVD, LOS ANGELES, CA LAURA BAKER 5901 W CENTURY BLVD, LOS ANGELES, CA VERONICA VALEGA 5901 W CENTURY BLVD, LOS ANGELES, CA TRENT BAVARO 5901 W CENTURY BLVD, LOS ANGELES, CA** |