Stacy Tolchin (CA SBN #217431)
*Email: Stacy@Tolchinimmigration.com*
Megan Brewer (CA SBN # 268248)
*Email: Megan@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Matthew Vogel (*pro hac vice* application forthcoming)
*Email:* matt@nipnlg.org
Amber Qureshi (*pro hac vice* application forthcoming)
*Email: amber@nipnlg.org*
National Immigration Project of the National Lawyers Guild (NIPNLG)
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
Telephone: (202) 470-2082
Facsimile: (617) 227-5495

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>    Defendants. | No.  5:23-cv-00380-JWH-SP<br><br><br>**Return of Service as to Defendant USA for Summons, Complaint, and Initial Documents** |

CERTIFICATE OF SERVICE

I certify that on March 9, 2023, pursuant to Federal Rule of Civil Procedure 4(c), I caused to be served the following documents, in the above matter:

**Conformed** Summons;

Complaint;

Civil Cover Sheet;

Notice of Interested Parties;

Assignment to District Court Judge;

Notice of Magistrate; and

Notice to Parties of Court−Directed ADR Program.

I caused to be served the aforementioned documents by certified mail on the following individuals as to Defendant United States of America:

Civil Process Clerk
Office of the United States
Attorney, Civil Division
300 North Los Angeles Street
Room 7516
Los Angeles, CA 90012

Office of the General Counsel
Department of Homeland
Security
Washington, D.C.  20528

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Delivery confirmation for these documents is attached to this certification.

Executed this 17th day of March 2023, at Pasadena, CA.

I declare under penalty of perjury under the laws of the United States

of America that the foregoing information contained in the Return of Service is true and correct.

s/ Stacy Tolchin
Stacy Tolchin
Law Offices of Stacy Tolchin
776 E. Green St, Ste. 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Email: Stacy@Tolchinimmigration.com
