UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>          Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER EXTENDING DEFENDANT UNITED STATES OF AMERICA'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Honorable John W. Holcomb<br>United States District Judge |

1

The Court, having considered the parties' Joint Stipulation to Extend Defendant United States of America's Time to Respond to First Amended Complaint and Set Briefing Schedule on Defendant's Motion to Dismiss, and good cause appearing therefore, it is hereby **ORDERED** as follows:

1.     Defendant United States of America shall file its motion to dismiss or a responsive pleading by June 30, 2023.

2.     Plaintiff shall file his opposition to the motion to dismiss by July 21, 2023.

3.     Defendant shall file its reply to the motion to dismiss by August 4, 2023.

4.     Defendant's forthcoming motion to dismiss shall be heard on August 25, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  June 13, 2023

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2