# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>   Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER GRANTING STIPULATION FOR THREE-WEEK CONTINUANCE OF JUNE 30, 2023, SCHEDULING CONFERENCE TO JULY 21, 2023** |

Having considered the Parties' Stipulation for Three-Week Continuance of June 30, 2023, Scheduling Conference to July 21, 2023, and for good cause shown, the Court hereby **ORDERS** that the Scheduling Conference is **CONTINUED** to July 21, 2023, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse located at 411 W. 4th Street, Santa Ana, California 92701-4516.

**IT IS SO ORDERED.**

Dated: June 23, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-