## DECLARATION OF DANIEL POMPLUN

I, Daniel A. Pomplun, hereby declare:

1.    I am a Management Program Analyst and Contract Officer Representative ("COR") of the Los Angeles Field Office, Enforcement and Removal Operations ("ERO"), U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have held this position since June 2009. Prior to my current position, I also served as a COR/Branch Chief at U.S. Customs and Border Protection within DHS from 2003-2009. I also served with legacy Immigration and Naturalization Service from 2001-2003, and with the Federal Emergency Management Administration from 1994-2001. As the COR, I review provisions of ICE contracts and Intergovernmental Service Agreements ("IGSAs") to verify that the parties' performance is compliant with contractual requirements.  I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

2.    From 2011 through approximately June 2019, ICE contracted with the City of Adelanto through an Intergovernmental Services Agreement for the management and operation of the Adelanto ICE Processing Center to house immigration detainees pursuant to the authority delegated from the Secretary of the Department of Homeland Security.  Attached hereto as Exhibit A is a true and correct copy of the IGSA EROIGSA-11-0003.  The City of Adelanto, in turn, subcontracted with the GEO Group, Inc. for the provision of services required by the IGSA.

3.    The IGSA's Statement of Work requires the Contractor to provide, among other things, detainee housing as required by ICE for 1,940 beds a day, armed transportation services, guard and escort services, medical services, physical space for ICE employees and the immigration court, to establish and run a detainee work program, operate a law library, establish a training program for the Contractor's employees, establish and maintain a program for prevention of sexual abuse/assault, and obtain all necessary business permits and licenses.

4.    The IGSA's Statement of Work Section V, Medical Services, notes that the Contractor "shall be responsible for the provision of health care services for ICE detainees at the facility including: on-site sick call, over the counter medication and routine drugs and medical supplies", that the

DECLARATION OF DANIEL A. POMPLUN          1

Contractor "shall ensure that onsite medical and health care coverage . . . is available for all ICE detainees at the facility for twenty-four (24) hours per day, seven (7) days per week", and that the Contractor "shall ensure that all health care contractors utilized for ICE detainees hold current licenses, certifications, and/or registrations with the State and/or City where they are practicing."

5.      Under the IGSA, since approximately 2016, GEO Group, Inc. subcontracted with Correct Care Solutions, which later became Wellpath, to provide for medical/mental health services to ICE detainees at Adelanto ICE Processing Center.

6.      Since approximately June 2019 to the present, ICE has contracted directly with the GEO Group, Inc. ("GEO") for the management and operation of the APC to house immigration detainees pursuant to the authority delegated from the Secretary of the Department of Homeland Security.

7.      Attached hereto as Exhibit B is a true and correct copy of the detention services contract between ICE and GEO Group, Inc., Contract # 70CDCR1900000011, for a term of June 2019 through March 2020.

8.      ICE detention services contract # 70CDCR1900000011's Performance Work Statement Section I.B. notes that the "contractor will provide a stand-alone 1,940-bed adult detention facility in Adelanto, California," and that the facility "will provide appropriate support services, including health services, food, laundry, intake, law library visitation, maintenance, and recreation, among other services, in a manner appropriate to the needs of the immigration detention population."  Section Health Services confirms that the "contractor will provide all health and medical-related services for the facility . . . consistent with PBNDS 2011, 2016 Revisions requirements."  Section II.G.2, Health and Medical Care, notes that the "contractor shall comply with written policies and procedures for appropriately addressing the health needs of ICE detainees", and instructs the contractor to write its own policies and procedures "to ensure that medical, dental, and mental health care are delivered in compliance with NCCHC [National Commission on Correctional Health Care] standards and applicable PBNDS 2011, 2016 Revisions provisions . . . ."

9.      Under Exhibit B, GEO Group, Inc. subcontracted with Wellpath, formerly Correct Care Solutions, to provide for medical/mental health services to ICE detainees at Adelanto ICE Processing Center.

DECLARATION OF DANIEL A. POMPLUN            2

10.     In approximately December 2019, Exhibit B was superseded by the attached Exhibit C, a true and correct copy of the currently effective detention services contract between ICE and GEO Group, Inc., Contract # 70CDCR20D00000009.

11.     ICE detention service Contract # 70CDCR20D00000009's Performance Work Statement Section II.C notes that the contractor is to supply a "Contractor-owned/Contractor-operated detention facility to house detainees on a 24 hour per-day, seven day per week, 365 day per-year basis."  In Section III.D, the Contractor "shall protect, defend, indemnify, save, and hold harmless the United States Government and its employees or agents, from and against any and all claims, demands, expenses, causes of action, judgments and liability arising out of, or in connection with, any negligent acts or omissions of the Contractor, its agents, sub-contractors, employees, assignees, or anyone for whom the Contractor may be responsible."  Section II.E. notes that the Contractor "is responsible for management and quality control actions necessary to meet the quality standards set forth in the contract."  Section V.D, Medical Services, notes that the Medical Service Provider shall be responsible for providing health care services for ICE detainees at the Facility in accordance with the current PBNDS 2011, NCCHC and/or the ACA standards that are in place at the time of this agreement, including but not limited to intake arrival screening, infectious disease screening and treatment, emergent, acute and chronic care, on-site sick call, dental services, and mental health services.

12.     Under Exhibit C, GEO Group, Inc. subcontracted with Wellpath, formerly known as Correct Care Solutions, to provide for medical/mental health services to ICE detainees at Adelanto ICE Processing Center. After approximately mid-October 2021, GEO Group, Inc. directly provided medical/mental health services to ICE detainees at Adelanto ICE Processing Center.

13.     Under the terms of the IGSA at Exhibit A and the detention services contracts at Exhibits B and C, GEO Group, Inc. retains sole control of the housing, security, custody, subsistence, and care of immigration detainees and the maintenance and operations of Adelanto ICE Processing Center.

14.     ICE's decision to select a detention service provider or facility is based on a number of factors, such as, but not limited to bed-space availability, transportation, health, special needs, and detention-facility resources.

DECLARATION OF DANIEL A. POMPLUN

3

1    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and

2 correct.

3    Executed this ⁵⁄ day of June, 2023, at Adelanto, California.

4

5

6

7    Daniel A. Pomplun
     Management Program Analyst/Contract Officer Representative
8    Los Angeles Field Office, Adelanto ICE Processing Center
     Immigration and Customs Enforcement
9    United States Department of Homeland Security

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DANIEL A. POMPLUN          4

# EXHIBIT A

| ORDER FOR SUPPLIES OR SERVICES | | PAGE | OF PAGES |
|---|---|---|---|
| IMPORTANT: Mark all packages and papers with contract and/or order numbers. | | 1 | 4 |

| 1 DATE OF ORDER | 2. CONTRACT NO. *(If any)* | 6. SHIP TO: | | |
|---|---|---|---|---|
| 05/31/2011 | EROIGSA-11-0003 | a NAME OF CONSIGNEE | | |

| 3 ORDER NO | 4 REQUISITION/REFERENCE NO. | See the IGSA Facility Location |
|---|---|---|
| | 192111FLSADEL0080 | |

| 5 ISSUING OFFICE *(Address correspondence to)* | b STREET ADDRESS | | |
|---|---|---|---|
| ICE/Detent Mngt/Detent Contract-LAG<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>24000 Avila Road, Room 3104<br>Attn: Natasha Nguyen, (949)425-7030<br>Laguna Niguel CA 92677 | | | |

| | c CITY | d STATE | e ZIP CODE |
|---|---|---|---|
| | | | |

| 7 TO: | f SHIP VIA | | |
|---|---|---|---|
| a NAME OF CONTRACTOR<br>ADELANTO CITY OF | | | |

| b COMPANY NAME | 8 TYPE OF ORDER | | |
|---|---|---|---|
| c STREET ADDRESS<br>PO  BOX 10 | a PURCHASE<br>REFERENCE YOUR | b DELIVERY | |
| | | Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | |
| | Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated | | |

| d CITY | e STATE | f ZIP CODE | | |
|---|---|---|---|---|
| ADELANTO | CA | 923010010 | | |

| 9 ACCOUNTING AND APPROPRIATION DATA | 10 REQUISITIONING OFFICE |
|---|---|
| TBA | |

| 11 BUSINESS CLASSIFICATION  *(Check appropriate box(es))* | | | 12 F.O.B. POINT |
|---|---|---|---|
| a SMALL | b OTHER THAN SMALL | c DISADVANTAGED | g SERVICE-DISABLED VETERAN-OWNED | Destination |
| d WOMEN-OWNED | e. HUBZone | f EMERGING SMALL BUSINESS | | |

| 13 PLACE OF | | 14 GOVERNMENT B/L NO | 15 DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*<br>05/31/2016 | 16 DISCOUNT TERMS |
|---|---|---|---|---|
| a INSPECTION<br>Destination | b ACCEPTANCE<br>Destination | | | Net 30 |

| 17. SCHEDULE *(See reverse for Rejections)* | | | | | | |
|---|---|---|---|---|---|---|
| ITEM NO<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
| | DUNS Number:  083586669<br>.<br>Finance/Program POC: Tina Komatz, (213) 830-7984<br>COTR POC: Daniel Pomplun, (213) 830-7960 or (661) 940-3555 ext 508<br>Continued ... | | | | | |

| 18 SHIPPING POINT | 19 GROSS SHIPPING WEIGHT | 20 INVOICE NO. | | 17(h)<br>TOTAL<br>*(Cont. pages)* |
|---|---|---|---|---|
| | | | | ◄ |

| 21. MAIL INVOICE TO: | | | |
|---|---|---|---|
| *SEE BILLING INSTRUCTIONS ON REVERSE* | a NAME            DHS, ICE | $0.00 | |
| | b STREET ADDRESS  Burlington Finance Center<br>*(or P O Box)*    P.O. Box 1620<br>              Attn: ICE-ERO-FOD-FLS | | 17(i)<br>GRAND TOTAL |
| | c CITY<br>  Williston | d STATE<br>VT | e ZIP CODE<br>05495-1620 | $0.00 | ◄ |

| 22 UNITED STATES OF AMERICA BY *(Signature)* | 23 NAME *(Typed)*<br>Roberta J. Halls |
|---|---|
| ► *Roberta J. Halls* | TITLE CONTRACTING/ORDERING OFFICER |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION NOT USABLE | OPTIONAL FORM 347 *(Rev. 4/2006)*<br>Prescribed by GSA/FAR 48 CFR 53.213(a) |
|---|---|

| | ORDER FOR SUPPLIES OR SERVICES | | PAGE NO |
|---|---|---|---|
| | SCHEDULE - CONTINUATION | | 2 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| DATE OF ORDER | CONTRACT NO | | ORDER NO |
|---|---|---|---|
| 05/31/2011 | EROIGSA-11-0003 | | |

| ITEM NO (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Period of Performance: 06/01/2011 to 05/31/2016 | | | | | |
| 0001 | Bed Day Rate at 75% Minimum Guarantee for 650 beds at the Adelanto Processing Center-East (488 Beds) in accordance with the Standard Intergovernmental Service Agreement (IGSA).

Note: Facility will be ready for occupancy 90 days after IGSA is signed plus 75 days for ramping up.

This is not to exceed (NTE) the number of bed spaces. This is an estimated number of bed spaces for 5 years; the actual bed spaces may differ. These proposed numbers are subject to change to suit LA Field Office operational needs.
Obligated Amount: $0.00 | 808128 | DA | 99.00 | 0.00 | |
| 0002 | Bed Day Rate at 25% for 650 beds at the Adelanto Processing Center-East (Incremental162 Beds) in accordance with the Standard Intergovernmental Service Agreement (IGSA).

This is not to exceed (NTE) the number of bed spaces. This is an estimated number of bed spaces for 5 years; the actual bed spaces may differ. These proposed numbers are subject to change to suit LA Field Office operational needs.
Obligated Amount: $0.00 | 268272 | DA | 59.37 | 0.00 | |
| 0003 | Bed Day Rate at 75% Minimum Guarantee for 650 beds at the Adelanto Processing Center-West (488 Beds) in accordance with the Standard Intergovernmental Service Agreement (IGSA). Effective 14 months after IGSA signed.

Note: Facility will be ready for occupancy 14 months after IGSA is signed plus 75 days
Continued ... | 641232 | DA | 99.00 | 0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ⊳ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

| | ORDER FOR SUPPLIES OR SERVICES<br>SCHEDULE - CONTINUATION | | | | PAGE NO<br>3 | | |
|---|---|---|---|---|---|---|---|

IMPORTANT:  Mark all packages and papers with contract and/or order numbers

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 05/31/2011 | EROIGSA-11-0003 | |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | for ramping up.<br><br>This is not to exceed (NTE) the number of bed spaces. This is an estimated number of bed spaces for 5 years; the actual bed spaces may differ. These proposed numbers are subject to change to suit LA Field Office operational needs.<br>Obligated Amount: $0.00 | | | | | |
| 0004 | Bed Day Rate at 25% for 650 beds at the Adelanto Processing Center-West (Incremental162 Beds) in accordance with the Standard Intergovernmental Service Agreement (IGSA).<br><br>This is not to exceed (NTE) the number of bed spaces. This is an estimated number of bed spaces for 5 years; the actual bed spaces may differ. These proposed numbers are subject to change to suit LA Field Office operational needs.<br>Obligated Amount: $0.00 | 212868 | DA | 59.37 | 0.00 | |
| 0005 | Guaranteed Transportation  Monthly Flat Fee--<br><br>Transportation pricing includes the required transportation teams, a Manager and three (3) vehicles (2 buses and 1 van) responsible for delivering detainees to different locations in the Los Angeles AOR e.g. San Bernardino and Los Angeles Offices. The van will be primarily but not exclusively utilized to deliver detainees to scheduled medical appointments and the Service Provider shall maintain availability to utilize the three (3) vehicles at the same time. Transportation/Detention officers will be appropriately licensed and will be responsible for transporting detainees with the use of the three appropriately staffed identified vehicles.  If transportation Continued ... | 54.5 | MO | 43,059.00 | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | $0.00 | |
|---|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)<br>Prescribed by GSA FAR (48 CFR) 53 213/9

| ORDER FOR SUPPLIES OR SERVICES SCHEDULE - CONTINUATION | PAGE NO 4 |
|---|---|

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| DATE OF ORDER | CONTRACT NO | ORDER NO |
|---|---|---|
| 05/31/2011 | EROIGSA-11-0003 | |

| ITEM NO (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | increases in volume whereby additional transportation staff and/or vehicles are required the fixed monthly rate may be adjusted to incur additional costs.  The pricing also includes transporting detainees to scheduled medical appointments, outside courts and ICE Air Operations.  All USDOT Hours of Service will be followed and any approved Over Time incurred will be reimbursed at the overtime rate. All fuel expenses will be a direct pass through to the government on a monthly basis. Obligated Amount: $0.00 | | | | | |
| 0006 | Monthly Fuel Reimbursement-- Obligated Amount: $0.00 | 54.5 | MO | 0.00 | 0.00 | |
| 0007 | Detainee Work Program Reimbursement-- This is not to exceed (NTE) the number of detainee work program. This is an estimated number for 5 years; the actual number may differ. These proposed numbers are subject to change to suit LA Field Office operational needs. Obligated Amount: $0.00 This is a fixed price IGSA to supply goods and/or services at the amount indicated. Contractor should not provide any additional supplies or services and/or bill in any additional amount without authorization by the Contracting Officer. All other terms and conditions remain the same. Funding will be added by issuance of a Task Order. The total amount of award: $174,898,637.30. The obligation for this award is shown in box 17(i). | 500000 | DA | 1.00 | 0.00 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | $0.00 | |
|---|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

**DEPARTMENT OF HOMELAND SECURITY (DHS)**
**IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)**
**OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS (ERO)**

**STATEMENT OF WORK**

FACILITY LOCATION

Adelanto ICE Processing Center
10400 Rancho Road
Adelanto, CA  92301-2237

**I.  Performance:**

**(PROVIDE HOUSING AS REQUIRED BY ICE FOR 1,940 BEDS A DAY**

The Contractor is required, in units housing U.S. Immigration and Customs Enforcement (ICE) detainees, to perform in accordance with the 2011 ICE Performance Based Performance Based National Detention Standards (PBNDS),2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions), including optimal provisions. Optimal provisions are listed in Attachment 5 to the agreement with the contractor, American Correctional Association (ACA) Standards for Adult Local Detention Facilities (ALDF), and Standards Supplement, Standards for Health Services in Jails, latest edition, National Commission on Correctional Health Care (NCCHC). Some ACA standards are augmented by ICE policy and/or procedure.  In cases where other standards conflict with ICE Policy or Standards, ICE Policy and Standards prevail.  ICE Inspectors will conduct periodic inspections of the facility to assure compliance of the ICE Performance Based Performance Based National Detention Standards.

**II.      Anticipated Start of Performance:** ⬛⬛⬛⬛⬛⬛

**III.     Armed Transportation Services:**

A. Transportation services shall include the following:

1. The Contractor hereunder shall provide transportation services to and from off-site medical facilities and doctors appointments.

2. The Contractor shall furnish suitable vehicles in good condition, approved by the COR, to safely provide the required transportation services.  The Contractor shall comply with all federal and state laws with regard to inspections, licensing, and registration for all vehicles used for transportation.

3. Nothing in this Agreement shall restrict the Contractor from acquiring additional vehicles as deemed necessary by the Contractor at no cost to the Government. The Contractor shall not allow employees to use their privately-owned vehicles to

**55**

transport detainees.  The Contractor shall furnish vehicles equipped with interior security features (such as, but not limited to door lock controls, window locks, a wire cage with acrylic panel between the driver seat and the rear passenger seats) and be in accordance with ICE Performance Based National Detention Standards including physical separation of detainees from guards.

4. All transportation shall be accomplished in the most economical manner.

5. The Contractor shall, upon order of the COR, or upon its own decision in an urgent medical situation with notification to the COR immediately thereafter, transport a detainee to a hospital location.  An officer(s) shall keep the detainee under supervision 24 hours per day until the detainee is ordered released from the hospital, or at the order of the COR.  The Contractor shall then return the detainee to the Facility.

6. The Contractor personnel provided for the above services shall be of the same qualifications, receive the same training, complete the same security clearances, and wear the same uniforms as those Contractor personnel provided in the other areas of this Agreement.

7. All transportation Officers shall be armed in the performance of these duties.

8. The Contractor shall establish a fully operational communication system that has direct and immediate contact with all transportation vehicles and post assignments.  Upon demand, the COR shall be provided with current status of all vehicles and post assignment employees.

9. Failure on the Contractor's part to comply fully with the detainee(s) departure as pre-scheduled shall result in the Contractor having deductions made for non-performance.

10.  The itemized monthly invoice for transportation services for offsite medical and doctor's appointments shall state the number of miles being billed, the duration of the billing (times and dates) and the names of the detainees that were transported.  Such services shall be denoted as a separate item on submitted invoices.

11. The Contractor shall provide any further transportation services to and from the Facility as may be required or requested by the COR, including but not limited to transportation between the Facilities.

## IV.   Guard and Escort Services

A. The Contractor shall provide stationary guard and escort services in accordance with the ICE Performance Based National Detention Standards.  In addition, the Contractor will provide guard and escort services as requested by the COR for Executive Office of Immigration Review (EOIR) hearings at The Proposed Location, attorney interviews at

**56**

==The Proposed Location==, Legal Orientation Program (LOP) at ==The Proposed Location==, and detainee visitation at ==The Proposed Location==.  The Contractor will also provide guard services for ==The Proposed Location== Detainees that are sent to medical facilities or doctor's appointments. Qualified officer personnel employed by the Contractor under its policies, procedures, and practices will perform such services.  The Contractor agrees to augment such practices as may be requested by ICE to enhance specific requirements for security, detainee monitoring, visitation, and contraband control.

B.  The itemized monthly invoice for guard services for offsite medical care shall state the number of hours being billed, the duration of the billing (times and dates) and the names of the detainees that were guarded.  Such services shall be denoted as a separate item on submitted invoices.

## V.    Medical Services

A.  The Contractor shall be responsible for the provision of health care services for ICE detainees at the facility including: on-site sick call, over the counter medication and routine drugs and medical supplies.

B.   In the event of an emergency, the Contractor shall proceed immediately with necessary medical treatment. In such event, the Contractor shall notify ICE COR and ICE Health Services Corps (IHSC) Managed Care Coordinator (MCC) immediately regarding the nature of the transferred detainee's illness or injury and type of treatment provided.

C.  The Contractor shall ensure that all health care Contractors utilized for ICE detainees hold current licenses, certifications, and/or registrations with the State and/or City where they are practicing.  The Contractor shall retain a registered nurse to provide health care and sick call coverage unless expressly stated otherwise in this Agreement.

D.  The Contractor shall ensure that onsite medical and health care coverage as defined below is available for all ICE detainees at the facility for twenty-four (24) hours per day, seven (7) days per week.  The Contractor shall ensure that its employees solicit each detainee for health complaints and deliver complaints in writing to the medical and health care staff.

E.  The Contractor shall furnish onsite health care under this Agreement as defined by the Facility local health authority.  The Contractor shall not charge any ICE detainee an additional fee or co-payment for medical services or treatment provided at the Contractor's facility.  The Contractor shall ensure that ICE detainees receive no lower level of onsite medical care and services than those it provides to local inmates, if there are any.

F.  Onsite health care services shall perform initial medical screening within twelve (12) hours of arrival to the facility, sick call coverage, provision of over-the-counter medications, treatment of minor injuries, treatment of special needs and mental health assessments.  A full health assessment to include a history and hands on physical

examination must be done within the first 14 days of detainee arrival.  Detainees with chronic conditions shall receive prescribed treatment and follow-up care.

G.  Arrival screening shall include at a minimum TB symptom screening, planting of the Tuberculin skin test (PPD), or digital chest x-ray per the ICE teleradiology provider and recording the history of past and present illnesses (mental and physical, pregnancy status, history of substance abuse).  If ICE installs a teleradiology machine there will be no need to plant a PPD.

H.  The Contractor shall furnish mental evaluations as determined by the Facility local health authority and provide custody oversight and medication as needed.

I.  If the Contractor determines that an ICE detainee has a medical condition which renders that person unacceptable for detention under this Agreement, (for example, contagious disease, condition needing life support, uncontrollable violence), the Contractor shall notify ICE.  Upon such notification, the Contractor shall allow ICE reasonable time to make the proper arrangements for further disposition of that detainee.

J.  The ICE Health Service Corps (IHSC) acts as the agent and final health authority for ICE on all off-site detainee medical and health related matters.  The Contractor shall release any and all medical information for ICE detainees to the IHSC representatives upon request, except where prohibited by federal or state law or regulation.  The Contractor shall submit a Medical Payment Authorization Request (MedPAR) to IHSC for request authorization for payment of services before proceeding with non-emergency, off-site medical care (e.g. off site lab testing, eyeglasses, cosmetic dental, prosthetics, and dental care for cosmetic purposes).

K.  The Contractor shall submit supporting documentation for non-routine, off-site medical/health services to IHSC.  For medical care provided outside the facility, the IHSC may determine that an alternative medical provider or institution that more aptly meets the needs of ICE and the detainee.  The Contractor shall send requests for pre-approval for non-emergency off-site care electronically to **http://inshealth.org/ManagedCare/Providers.shtm**

L.  The Contractor shall furnish twenty-four (24) hour emergency medical care and facility emergency evacuation procedures.  In an emergency, the Contractor shall obtain all medical treatment required.  The Contractor shall have access to an off site emergency medical provider at all times.  The Health Authority of the Contractor shall notify

IHSC Managed Care Coordinators
**Western Region**
**CDR Carol Corbie**
Managed Care Coordinator
Carol.A.Corbie@ice.dhs.gov
Office: (202) 732-6534

as soon as possible, and in no case more than seventy-two (72) hours after detainee receipt of such care.  The Health Authority will obtain pre-authorization for payment from the IHSC Managed Care Coordinator for service(s) beyond the initial emergency situation.

M.  The Contractor shall allow IHSC Managed Care Coordinators reasonable access to its facility and medical records of detainees for the purpose of liaison activities with the local Health Authority and associated Contractor departments.

N.  The Contractor shall provide ICE detainee medical records to ICE whether created by the Provider or its subcontractors/vendor upon request from the Contracting Officer's Representative (COR) or Alternate COR.

O.  The Contractor shall submit all claims for authorized medical care to:

> ICE Health Service Corps
> VA Financial Services Center
> P.O. Box 149345
> Austin, TX 78714-9345
> (800) 479-0523

P.  The ICE and PHS may refuse to reimburse the Contractor for non-emergency medical costs incurred that were not pre-approved by the IHSC.

Q.  The Contractor agrees to accept and provide for the secure custody, care, and safekeeping of detainees in accordance with the State, and local laws, standards, policies, procedures, or court orders applicable to the operations of the facility.

R.  The IHSC provides limited prescription drug coverage for individuals in the custody of ICE.

Prescriptions are filled at local pharmacies which are part of the Script Care Network (or other designated Pharmacy Benefits Manager).  Below is the process for obtaining prescriptions for ICE detainees:

1.  The Contractor shall request a group number which should be used at the pharmacy in conjunction with the BIN# 004410 and Processor Control # IHSC (*assigned by Script Care Network*) to designate this is an ICE detainee. The custodial facility should either fax or take a copy of the prescription to their participating pharmacy and indicate that this is an ICE detainee.
2.  The pharmacy will run the prescription through the Script Care network for processing.
3.  Formulary prescription will be dispensed; however, there will be no need for an exchange of cash between the pharmacy and custodial facility as the pharmacy will receive payment directly from Script Care.

4. Non-Formulary prescriptions will follow the same procedure as formulary prescriptions; however, because non-formulary medications require prior authorization the pharmacy will receive a rejection indicating prior authorization is required.  At that point the custodial facility will fax to Script Care the Drug Prior Authorization Request Form (409-833-7435) to the number designated at the top of the form.  The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved.  Non-Formulary urgent request must be submitted in the above manner except an X should be placed on the form in the space for URGENT REQUEST and faxed to 409-923-7391.  The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved.

For further information regarding the Script Care Network please contact the VA Financial Services Center at 800-479-0523 or Script Care directly at 800-880-9988.

## VI.   ICE Physical Plant Requirements

A. ICE Office Space – The Contractor shall refer to ICE Design Standards (see Attachment B) for specific office and workstation sizes and specific furnishing requirements for a 2,800 beds facility.  The Standards include but are not limited to the following:

1.  A total of 85 offices and 101 workstations as outlined below (respectively) but not limited to:

| LAFO 2800 Bed Staffing Model | |
|---|---|
| **Operations/Administration** | |
| | Quantity |
| Officer in Charge (OIC) | 1 |
| Assistant Officer in Charge (AOIC) | 2 |
| Contracting Officer Representative | 4 |
| Supervisory Mission Support Specialist | 1 |
| Mission Support Specialist | 4 |
| Mission Support Assistant (MSA) | 4 |
| Intelligence Officer | 3 |
| Intelligence Research Specialist (IRS) | 2 |
| Secretary | 1 |
| Receptionist/ Admin Assistant | 1 |
| ICE IT Specialist | 1 |
| (CIEA) | 1 |
| Subtotals | 25 |
| **Removal Unit** | |
| Supervisory Detention and Deportation Officer | 10 |
| Deportation Officer | 40 |

| | |
|---|---|
| Deportation Removal Assistant | 40 |
| Subtotals | 90 |
| | |
| **Detainee Living Zone** | |
| Supervisory Detention and Deportation Officer | 3 |
| Supervisory Detention and Deportation (SIEA) | 8 |
| Deportation Officer (IEA) | 60 |
| Subtotals | 71 |
| **Staff Services/Training** | |
| Training Officer | 1 |
| Subtotals | 1 |
| Grand Totals | 186 |

a.   File rooms (see Standards for size and quantity)

b.   Conference rooms adjacent to or within ICE area (see Standards for size and quantity)

c.   Employee break rooms (see Standards for size and quantity)

d.   IT computer support rooms must be provided through out ICE space per the specifications.  Including specialized requirements for climate control of IT equipment rooms for PHS, EOIR and ICE office area.

e.   Actual location, layout, configuration, and size of rooms will be determined during the final design phase.

B.  OPLA Space:  The Standards include but are not limited to the following:

1.  (1) Deputy Chief Counsel
2.  (36) Assistant Chief Counsel (*ACC)(2.3/Courtroom*)
3.  (12) Legal Technicians (*1 per 3 ACCs*)
4.  (1) Mail/File Clerk

C.  EOIR Space:  The Standards include but are not limited to the following:

1.  (10) Court Rooms
2.  (10) Judges
3.  (1) Court Administrator
4.  (4) Law Clerks
5.  (6) Supervisory Staff
6.  (28) Administrative Staff
7.  (2) Mail/File Clerk

D.  Health Services Space:  Health Services to be provided by the Contractor;

Healthcare Services Design Standards shall be in accordance with American Correctional Association requirements when provided by the Contractor.

**61**

E.  ICE Processing Area

1.  Processing area shall be designed to process male detainees as required in high frequency rates and varying numbers, i.e., up to 100 detainees at one time.

2.  Processing area shall be in compliance with the ICE Hold Room Standard and ICE Performance Based National Detention Standards.

F.  Furniture – All furniture and case goods (modular cubical, shelving, drawers, etc.) shall be furnished by the Contractor in accordance with ICE Design Guide and specifications as required in accordance with the ICE Design Standards.

G.  ICE IT Equipment - ICE shall provide and install IT equipment in office spaces for ICE personnel only, to include computer workstations and screens, printers and fax machines. All infrastructure and cabling shall be provided by the Contractor in accordance with the Structured Cable Plant Standard.

> **NOTE:**  ICE IT system must be a complete, independent and physically separate system from the Contractor's IT system.  The system shall serve all operational components:  ICE, OPLA, and IHSC.

## VII.  Detainee Work Program

A.  Detainee labor shall be used in accordance with the detainee work plan developed by the Contractor, and will be in accordance with the ICE Performance Based National Detention Standards on Detainee Voluntary Work Program.   The detainee work plan must be voluntary, and may include work or program assignments for industrial, maintenance, custodial, service, or other jobs.  The detainee work program shall not conflict with any other requirements of the contract and must comply with all applicable laws and regulations.

B.  Detainees shall not be used to perform the responsibilities or duties of an employee of the Contractor.  Detainees shall not be used to perform work in areas where sensitive documents are maintained (designated ICE workspace).  Custodial/janitorial services to be performed in designated ICE work space will be the responsibility of the Contractor.

C.  Appropriate safety/protective clothing and equipment shall be provided to detainee workers as appropriate.  Detainees shall not be assigned work that is considered hazardous or dangerous.  This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances, and unusual physical demands.

D.  The Contractor shall supply sufficient staff to monitor and control detainee work details. Unless approved by the COR, these work details must be within the security perimeter.

E.  It will be the sole responsibility of ICE to determine whether a detainee will be allowed to perform on voluntary work details and at what classification level.  All detainees shall be searched when they are returned from work details.

## VIII.   Law Library

The Contractor shall provide secure space within the secure perimeter, either a dedicated room or a multipurpose room for books and materials to provide a reading area  "Law Library" - in accordance with the ICE Performance Based National Detention Standards on the Access to Legal Materials.

## IX.   Training

Employees shall not perform duties under this Agreement until they have successfully completed all initial training and the COR receives written certification from the Contractor.

A.  General Training Requirements

1.  All employees must have the training described in the ACA Standards and in this section.  Any remuneration (pay) due Contractor employees in accordance with Department of Labor regulations for any training time is the responsibility of the Contractor.  The Contractor shall provide the required refresher courses or have an institution acceptable to the COR to provide the training.  Failure of any employee to complete training successfully is sufficient reason to disqualify him or her from duty.

2.  All new Officers and Custody staff will receive 54 hours of basic training, not to include firearms, if applicable and 40 hours of on-the-job training prior to entering on duty. The Contractor's Training Officer will be responsible for administering an on-the-job training program for new employees.  A senior Officer, at all times during this latter 40-hour period, must accompany the Officers and Custody staff. The Contractor's Training Officer shall send a copy of the documentation to the COR upon successful completion of the employee's on-the-job training.

3.  In addition, after completion of the first 94 hours of training, the Contractor has 60 days to complete an additional 40 hours of training.  During the remainder of the first year on duty, the Officer and Custody staff will have an additional 40 hours of training for a total of 174 hours within the first year of employment. The training program must directly relate to the employee's assigned position and afford application of necessary job skills.  Training site shall be provided by the Contractor at no cost to the Government.

B.  Basic Training Subjects:

1.  Employees must complete the following list of basic training subjects.  The course title is followed by the estimated hours of training for that subject.

| | | |
|---|---|---|
| a. | In-service Orientation/Social Diversity | 2 HRS |
| b. | Counseling Techniques/Suicide Prevention | 2 HRS |
| c. | Conduct/Duties/Ethics and Courtroom Demeanor | 2 HRS |
| d. | Bomb Defense and Threats | 1 HR |
| e. | Telephone Communications/Radio Procedures | 1 HR |
| f. | Fire and other Emergency Procedures | 2 HRS |
| g. | Treatment and Supervision of Detainees | 2 HRS |
| h. | ICE Use of Force Policy | 2 HRS |
| i. | Security Methods/Key Control/Count | 1 HR |
| j. | Procedures/Observational Techniques | 4 HRS |
| k. | EEO/Sexual Harassment | 2 HRS |
| l. | Detainee Escort Techniques | 1 HR |
| m. | ICE Paperwork/Report Writing | 2 HRS |
| n. | Detainee Searches/Detainee Personal Property | 4 HRS |
| o. | Property/Contraband | 2 HRS |
| p. | Detainee Rules and Regulations | 2 HRS |
| q. | First Aid* | 4 HRS |
| r. | Cardiopulmonary resuscitation (CPR)* | 4 HRS |
| s. | Blood-borne Pathogens* | 2 HRS |
| t. | Self Defense | 8 HRS |
| u. | Use of Restraints | 6 HRS |
| v. | Firearm Training | ** |
| w. | Sexual Abuse/Assault Prevention & Intervention* | 2 HRS |
| x. | ICE Performance Based National Detention Standards | |

2 HRS

*Critical Training Subjects*

*\*\* Firearm Training for Required Armed Detention Services in accordance with State licensing requirements. Contractor shall certify proficiency every quarter.*

C. Refresher Training

1. Every year the Contractor shall conduct 40 hours of Refresher Training for all Officers and Custody staff including Supervisory Officers. Refresher training shall

**64**

consist of these critical subjects listed above and a review of basic training subjects and others as approved by ICE.

2.  The Contractor shall coordinate recertification in CPR and First Aid with the ICE training staff.  This training shall be provided at no cost to the Government.  Annually, upon completion, the Contractor shall provide documentation of refresher training to the COR.

3.  In addition to the refresher training requirements for all Officers and Custody staff, supervisors must receive refresher training relating to supervisory duties.

D.  On-the-Job Training

1.  After completion of the minimum of 54 hours basic training, all Officers and Custody staff will receive an additional 40 hours of on-the-job training at specific post positions.  This training includes:

    a.  Authority of supervisors and organizational code of conduct.

    b.  General information and special orders.

    c.  Security systems operational procedures.

    d.  Facility self-protection plan or emergency operational procedures.

    e.  Disturbance Control Team training.

E.  Training During Initial 60 Day Period

The Contractor shall provide an additional 40 hours of training for Officers and Custody staff within 60 days after completion of first 94 hours of training.  The Contractor shall provide the training format and subjects, for approval by the COR, prior to the commencement of training.

F.  Basic First Aid and CPR Training

1.  All members of the Contractor's security staff shall be trained in basic first aid and CPR.  They must be able to:

    a.  Respond to emergency situations within four minutes.

    b.  Perform cardiopulmonary resuscitation (CPR).

    c.  Recognize warning signs of impending medical emergencies.

    d.  Know how to obtain medical assistance.

    e.  Recognize signs and symptoms of mental illness.

    f.  Administer medication.

       g.  Know the universal precautions for protection against blood-borne diseases.

G.  Supervisory Training - all new Supervisory Officers assigned to perform work under this agreement must successfully complete a minimum of 40 hours of formal supervisory training provided by the Contractor prior to assuming duties. This training is in addition to mandatory training requirements for Officers.  Supervisory training shall include the following management areas:

| | | |
|---|---|---|
| a. | Techniques for issuing written and verbal orders | 2 HRS |
| b. | Uniform clothing and grooming standards | 1 HR |
| c. | Security Post Inspection procedures | 2 HRS |
| d. | Employee motivation | 1 HR |
| e. | Scheduling and overtime controls | 2 HRS |
| f. | Managerial public relations | 4 HRS |
| g. | Supervision of detainees | 4 HRS |
| h. | Other company policies | 4 HRS |

Additional classes are at the discretion of the Contractor with the approval of the COR.

The Contractor shall submit documentation to the COR, to confirm that each supervisor has received basic training as specified in the basic training curriculum.

H.  Proficiency Testing - The Contractor shall give each Officer and Custody staff a written examination consisting of at least 25 questions after each classroom-training course is completed.  The Contractor may give practical exercises when appropriate.  The COR shall approve the questions before the Contractor can administer the examination.  To pass any examination, each officer and custody staff must achieve a score of 80% or better.  The Contractor must provide the COR with the eligible Officer or Custody staff's completed exam before the Officer or Custody staff may be assigned to duties under the agreement.  Should an employee fail the written test on the initial attempt, he or she shall be given additional training by the Contractor and be given one additional opportunity to retake the test.  If the employee fails to complete and pass the test the second time, the Contractor shall remove the employee from duties on this agreement.

I.  Certified Instructors - Certified instructors shall conduct all instruction and testing.  A state or nationally recognized institution shall certify instructors unless otherwise approved in writing by the COR.  Certifications of instructors may be established by documentation of past experience in teaching positions or by successful completion of a course of training for qualifying personnel as instructors.  The COR must approve the instructor prior to the training course.

J.  Training Documentation

1. The Contractor shall submit a training forecast and lesson plans to the COR or Alternate COR, on a monthly basis, for the following 60-day period.  The training forecast shall provide date, time, and location of scheduled training and afford the COR observation/evaluation opportunity.

2. The Contractor shall certify and submit the training hours, type of training, date and location of training, and name of the instructor monthly for each employee to the COR or Alternate COR.

## X.   Establish and Maintain Program for Prevention of Sexual Abuse/Assault

The Contractor shall develop and implement a comprehensive sexual abuse/assault prevention and intervention program.  This program shall include training that is given separately to both staff and detainees.

## XI.   Business Permits and Licenses

The Contractor must obtain all required permits and licenses by the date of agreement award.  The Contractor must (depending on the state's requirements) be licensed as a qualified security service company in accordance with the requirements of the district, municipality, county, and state in which ICE work site(s) is/are located.  Throughout the term of this agreement, the Contractor shall maintain current permits/business licenses and make copies available for Government Inspection. The Contractor shall comply with all applicable federal, state, and local laws and all applicable Occupational Safety and Health Administration (OSHA) standards.

## XII.   Firearms / Body Armor

The Contractor shall comply with their Firearms and Body Armor Policy and comply with all applicable federal, state, and local laws.

## XIII.   Federal Government Quality Assurance

A. The Government's Quality Assurance Program (QASP) is based on the premise that the Contractor, and not the Government, is responsible for management and quality control actions to meet the terms of the Agreement. The QASP procedures recognize that the Contractor is not a perfect manager and that unforeseen and uncontrollable problems do occur. Good management and use of an adequate Quality Control Plan will allow the facility to operate within acceptable quality levels.

B. Each phase of the services rendered under this Agreement is subject to inspection both during the Contractor's operations and after completion of the tasks.

C. When the Contractor is advised of any unsatisfactory condition(s), the contractor shall submit a written report to the Contracting Officer addressing corrective/preventive actions taken. The QASP is not a substitute for quality control by the Contractor.

D.  The COR may check the Contractor's performance and document any noncompliance, however, only the Contracting Officer may take formal action against for unsatisfactory performance.

E.  The Government may reduce the invoice or otherwise withhold payment for any individual item of nonconformance observed.  The Government may apply various inspection and extrapolation techniques (i.e., 100 % surveillance, random sampling, planned sampling, unscheduled inspections) to determine the quality of services and the total payment due.

F.  FAILURE TO PERFORM REQUIRED SERVICES. The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this agreement. Any reductions in the invoice shall reflect the agreement's reduced value resulting from the failure to perform required services.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<p align="center">END OF DOCUMENT</p>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT B

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | | PAGE  OF PAGES |
|---|---|---|---|---|---|
| | | | | | 1 \| 76 |

| 2. CONTRACT (Proc. Inst. Ident.) NO. | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|---|
| 70CDCR19D00000011 | | See Block 20C | n/a |

| 5. ISSUED BY | CODE | ICE/DM/DC-LAGUNA | 6. ADMINISTERED BY (If other than Item 5) | CODE | ICE/DM/DC-LAGUNA |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Laguna Niguel CA 92677

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Attn: Natasha Nguyen, (949)425-7030
Laguna Niguel CA 92677

SCD-C

**7. NAME AND ADDRESS OF CONTRACTOR** (No., street, country, State and ZIP Code)

GEO GROUP INC THE
621 NW 53RD ST STE 700
BOCA RATON FL 334878242

**8. DELIVERY**
- [ ] FOB ORIGIN   [X] OTHER (See below)

**9. DISCOUNT FOR PROMPT PAYMENT**

Net 30

**10. SUBMIT INVOICES**
(4 copies unless otherwise specified)
TO THE ADDRESS SHOWN IN    ►

ITEM

CODE  6127064650000   FACILITY CODE

| 11. SHIP TO/MARK FOR | CODE | ICE/ERO | 12. PAYMENT WILL BE MADE BY | CODE | ICE-ERO-FOD-FLS |
|---|---|---|---|---|---|

ICE Enforcement & Removal
Immigration and Customs Enforcement
801 I Street, NW
Suite 900
Washington DC 20536

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Attn: ICE-ERO-FOD-FLS
Williston VT 05495-1620

**13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:**
- [ ] 10 U.S.C. 2304 (c) (     )
- [X] 41 U.S.C. 3304 (a) (     )

**14. ACCOUNTING AND APPROPRIATION DATA**
see schedule

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | 15G. TOTAL AMOUNT OF CONTRACT    ► | | | | $0.00 |

**16. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 64-75 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2-3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 4-45 | X | J | LIST OF ATTACHMENTS | 76 |
| X | D | PACKAGING AND MARKING | 46 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 47-48 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 49-50 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 51-56 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 57-63 | | M | EVALUATION FACTORS FOR AWARD | |

**CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE**

**17.** [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___1___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

**18.** [ ] SEALED-BID AWARD (Contractor is not required to sign this document.) Your bid on Solicitation Number _____ , including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.)

| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| Amber D. Martin - EVP, Contract Administration | APRELL JOYCE |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY   (Signature of person authorized to sign) | 6/25/2019 | BY   APRELL B JOYCE   Digitally signed by APRELL B JOYCE  Date: 2019.06.25 15:32:16 -07'00'   (Signature of the Contracting Officer) | 25 June 2019 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 26 (Rev. 3/2013)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|
| 70CDCR19D00000011 | 2 | 76 |

NAME OF OFFEROR OR CONTRACTOR

GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | DUNS Number:  612706465<br>COR POC: Daniel A. Pomplun at (760) 561-6327 or<br>e-mail at Daniel.A.Pomplun@ice.dhs.gov<br><br>Alternate COR POC: Daryoosh.A.Mackay at (213)<br>312-7632 or e-mail at<br>Daryoosh.A.Mackay@ice.dhs.gov<br><br>The purpose of this contract is for GEO to<br>provide detention services in accordance with<br>Section C - Performance Work Statement at the<br>Adelanto ICE Processing Center.<br><br>The contract pricing outlined in Section B is for<br>up to 1,940 detention male and female beds.<br><br>Funding will be provided at the task order level.<br><br>Period of Performance of the IDIQ:<br>June 26, 2019 through March 25, 2020<br>Period of Performance: 06/26/2019 to 03/25/2020 | | | | |
| 0001 | Minimum Guarantee Detention Beds--<br>Bed Day Rate (1 - 1,455)<br>Not-to-Exceed Quantity: 397,215 bed days<br>Obligated Amount: $0.00 | 397215 | DA | 130.62 | |
| 0002 | Incremental Detention Beds--<br>Bed Day Rate (1,456 - 1,940)<br>Not-to-Exceed Quantity: 132,405 bed days<br>Obligated Amount: $0.00 | 132405 | DA | 50.11 | |
| 0003 | Guaranteed Transportation Monthly Fee--<br>Not-to-Exceed Quantity: 9 months<br>Obligated Amount: $0.00 | 9 | MO | 51,611.97 | |
| 0004 | Detention Officer Transportation Overtime Rate--<br>Estimate 5,200 hours/month<br>Not-to-Exceed Quantity: 46,800 hours<br>Obligated Amount: $0.00 | 46800 | HR | 39.75 | |
| 0005 | Remote Post and Guard Services Overtime Rate--<br>Estimate 5,200 hours/month<br>Not-to-Exceed Quantity: 46,800 hours<br>Obligated Amount: $0.00<br><br>Continued ... | 46800 | HR | 39.75 | |

AUTHORIZED FOR LOCAL REPRO

**71**

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR19D00000011 | | | PAGE 3 | OF 76 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0006 | Fuel Reimbursement-- This is an estimated amount. Obligated Amount: $0.00 | 1 | LO | 110,766.61 | |
| 0007 | Detainee Work Program Reimbursement-- This is an estimated amount. Obligated Amount: $0.00  The total estimated amount of the IDIQ contract is $62,864,912.19.  Funding will be provided at the task order level.  The total amount of award: $62,864,912.19. The obligation for this award is shown in box 15G. | 50000 | DA | 1.00 | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

## SECTION C – DESCRIPTION / SPECIFICATION
PERFORMANCE WORK STATEMENT
### Performance Work Statement (PWS)

## I.   INTRODUCTION

### A.  Background

Enforcement and Removal Operations (ERO), a component of U.S. Immigration and Customs Enforcement (ICE), maintains custody of one of the most highly transient and diverse populations of any detention system in the nation. These detainees are housed in authorized facilities nationwide including local facilities operating under Inter-Governmental Service Agreements (IGSAs), private Contract Detention Facilities (CDFs), and ICE-owned Service Processing Centers (SPC).

A key goal of Immigration Detention Reform is to create a civil detention system that is not penal in nature and serves the needs of ICE to provide safe and secure conditions based on characteristics of a diverse population including an individual's perceived threat to the community, risk of flight, type and status of immigration proceeding, community ties, and medical and mental health issues.

### B.  Scope of Work Performance

This Performance Work Statement (PWS) sets forth the Agreement's performance requirements for detention facility services for ICE detainees. The Facility's operation shall comply with the requirements of 2011 Performance-Based National Detention Standards, 2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions), including optimal provisions listed in Attachment 5 to the agreement with the contractor.

The contractor will provide a stand-alone 1,940-bed adult detention facility in Adelanto, California. The detainee population housed at this facility may include people with mental health, medical and dental issues, those with no criminal history, and those with serious criminal histories, dependent on the needs of the ERO Field Office and subject to the requirements of PBNDS 2011, 2016 Revisions. No minors will be housed at this facility. The facility will provide appropriate support services to include health services, food, laundry, intake, law library, visitation, maintenance, and recreation, among other services, in a manner appropriate to the needs of the immigration detention population.

Security staff will be posted in the housing units with an officer's station provided in each dayroom. Central control will be manned 24/7.

The facility provides a central dining rooms, a contact visitation rooms, large outdoor recreation yards, medical units, administrative spaces, etc.

Multiple CCTV cameras are located throughout the facility, including in all housing units and areas where detainees are authorized movement; all entry and exit points; dining halls; recreation, visitation, and parking areas, to ensure the safety of detainees and others.

Space for courtrooms and other areas for legal and administrative processing with capability for video teleconferencing, compliant with the requirements of the Executive Office for Immigration Review, will be provided.

## C. Explanation of Terms/Acronyms

1. ADMINISTRATIVE CONTRACTING OFFICER (ACO): ICE employee responsible for contract compliance, contract administration, cost control, and reviewing Contracting Officer's Representative's (COR) assessment of contractor's performance.

2. ADULT LOCAL DETENTION FACILITY (ALDF): A facility which detains persons over the age of 18.

3. ALIEN: Any person who is not a citizen or national of the United States.

4. BED DAY: Per diem "detainee day" or "man-day" means day in or day out and all days in between. The contractor may charge for day of arrival or day of departure, but not both.

5. BOOKING: Admission procedure for an ICE detainee, which includes searching, fingerprinting, photographing, medical screening, and collecting personal history data. Booking also includes the inventory and storage of the individual's accompanying personal property.

6. BUREAU OF PRISONS (BOP): The U.S. Federal Bureau of Prisons protects society by confining offenders in the controlled environments of prisons and community-based facilities that are safe, humane, cost-efficient, and appropriately secure, and that provide work and other self-improvement opportunities to assist offenders in becoming law-abiding citizens.

7. COMPLAINT: A written or verbal expression of grief, pain, or dissatisfaction by a detainee with the facility administrator concerning personal health/welfare or the operations and services of the facility.

8. CONTRACTOR: The entity, which provides the services, described in this Performance Work Statement.

9. CONTRACTING OFFICER (CO): An employee of the Government responsible for the complete conduct and integrity of the contracting process, including administration after award. The only individual authorized to issue changes to this contract.

10. CONTRACTING OFFICER'S REPRESENTATIVE (COR): An employee of the Government, appointed by the Contracting Officer, to assist in the technical monitoring or administration of the contract.

11. CONTROL ROOM: Integrates all internal and external security communications networks within a secure room. Activities conducted within the control room have a critical impact on the institution's orderly and secure operation.

12. DEPARTMENT OF HOMELAND SECURITY (DHS): The United States federal executive department responsible for ensuring the homeland is safe, secure, and resilient against terrorism and other hazards.

13. DEPARTMENT OF JUSTICE (DOJ): The United States federal executive department responsible for enforcement of the law and administration of justice. It includes the Executive Office of Immigration Review (EOIR), the Federal Bureau of Investigation (FBI), and the Federal Bureau of Prisons (BOP), and the U.S. Marshals Service (USMS).

14. DESIGNATED SERVICE OFFICIAL: An employee of U.S. Immigration and Customs Enforcement designated in writing by ICE Officer-In-Charge (OIC) to represent ICE on matters pertaining to the operation of the facility.

15. DETAINEE: Any person confined under the auspices and the authority of any Federal agency.

16. DETAINEE RECORDS: Information concerning the individual's personal, criminal and medical history, behavior, and activities while in custody, including, but not limited to: Detainee, Personal Property, Receipts, Visitors List, Photographs, Fingerprints, Disciplinary Infractions, Actions Taken, Grievance Reports, Medical Records, Work Assignments, Program Participation, Miscellaneous Correspondence, etc.

17. DETENTION OFFICERS: Contractor's staff members responsible for the security, care, transportation, and supervision of detainees during all phases of activity in a detention facility. The officer is also responsible for the safety and security of the facility.

18. DETENTION STANDARDS COMPLIANCE UNIT (DSCU): A unit within Enforcement and Removal Operations whose purpose is to develop and prescribe policies, standards, and procedures for ICE detention operations and to ensure detention facilities are operated in a safe, secure, and humane condition for both detainees and staff.

19. DIRECT SUPERVISION: A method of detainee management that ensures continuous direct contact between detainees and staff by posting sufficient

officers to provide frequent, nonscheduled observation of, and personal interaction with detainees.

20. EMERGENCY: Any significant disruption of normal facility procedure, policy, or activity caused by riot, strike, escape, fire, medical exigency, natural disaster, or other serious incident.

21. ENFORCEMENT AND REMOVAL OPERATIONS (ERO): A component of U.S. Immigration and Customs Enforcement, responsible for the identification, apprehension, and removal of illegal aliens from the United States.

22. ENTRY ON DUTY (EOD): The first day the employee begins performance at a designated duty station on this contract.

23. ENVIRONMENTAL ANALYSIS AND EVALUATION (EAE): This document initiates the analysis and evaluation of environmental effects of proposed actions and considers alternative proposals. It determines the need for an Environmental Assessment.

24. ENVIRONMENTAL ASSESSMENT (EA): Specific document summarizing the results of thorough analyses of environmental impacts caused by proposed actions. It determines the need for an Environmental Impact Statement.

25. ENVIRONMENTAL IMPACT STATEMENT (EIS): Comprehensive document providing full and fair discussion of significant environmental impacts caused by the proposed action(s). It also states the reasonable alternatives, which would avoid or minimize the adverse impact(s) or enhance the quality of the human environment.

26. FACILITY: The physical plant and grounds in which the contractor's services are operated.

27. FINDING OF NO SIGNIFICANT IMPACT (FONSI): Formal statement indicating that no significant effect upon the quality of the human environment will occur because of the proposed action(s).

28. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE): An agency within the U.S. Department of Homeland Security that promotes homeland security and public safety through the criminal and civil enforcement of federal laws governing border control, customs, trade, and immigration.

29. ICE HEALTH SERVICE CORPS (IHSC): The medical authority for ICE, provides on-site, direct patient care to ICE detainees at 23 detention locations and manages off-site medical referrals for aliens housed in approximately 270 other facilities nationwide. IHSC medical facilities follow applicable health

care standards that guide current national policy regarding the delivery of health care.

30. IMMEDIATE RELATIVES: Spouses, children (including stepchildren and adopted children) and their spouses, parents (including stepparents), siblings (including stepsiblings and half-siblings) and their spouses.

31. INCIDENT REPORT: Written documentation of an event, such as a minor disturbance, officer misconduct, any detainee rule infraction, etc.

32. JUSTICE PRISONER AND ALIEN TRANSPORTATION SYSTEM (JPATS): DOJ's prisoner transportation system operated by the U.S. Marshals Service (USMS), sometimes referred to as the "airlift."

33. LIFE SAFETY CODE: A manual published by The National Fire Protection Association specifying minimum standards for fire safety necessary in the public interest.

34. LOG BOOK: The official record of post operations and inspections.

35. MAN-DAY: See Bed Day.

36. MAN-HOUR: Man-hour means productive hours when the required services are performed. Only productive hours can be billed.

37. MARSHALS SERVICE (USMS): An agency within the U.S. Department of Justice responsible for enforcing federal laws and providing support to virtually all elements of the federal justice system.

38. MEDICAL RECORDS: Separate records of medical examinations and diagnosis maintained by the responsible physician or nurse. Limited information from these records is transferred to the detainee record: date and time of all medical examinations; and, copies of standing or direct medical orders from the physician to the facility staff.

39. MEDICAL SCREENING: A system of structured observation and/or initial health assessment to identify newly-arrived detainees who could pose a health or safety threat to themselves or others. See attachment 8 – Franco-Gonzalez Health

40. OFFICE OF PROFESSIONAL RESPONSIBILITY, PERSONNEL SECURITY UNIT (OPR-PSU): The ICE office, which implements a component-wide personnel security program.

41. ON CALL/REMOTE CUSTODY OFFICER POST: These posts shall be operated on demand by the COR and shall include, but not be limited to,

escorting and providing custody of detainees for hearings, ICE interviews, or at any other location requested by the COR.

42. QUALIFIED HEALTH PROFESSIONAL: Physicians, dentists, and other professional and technical workers who by state law engage in activities that support, complement or supplement the functions of physicians and/or dentists who are licensed, registered, or certified, as appropriate to their qualifications, to practice.

43. QUALITY ASSURANCE: The actions taken by the Government to assure requirements of the Performance Work Statement (PWS) are met.

44. QUALITY ASSURANCE SURVEILLANCE PLAN (QASP): A Government document used to ensure that systematic quality assurance methods are used in the administration of performance-based standards and other requirements included in this agreement.

45. QUALITY CQNTRQL (QC): The contractor's inspection system, which covers all the services to be performed under the Agreement. The actions that a contractor takes to control the production of services so that they meet the requirements stated in the Agreement.

46. QUALITY CQNTRQL PLAN (QCP): A contractor-produced document that addresses critical operational performance standards for services provided.

47. RESPONSIBLE PHYSICIAN: A person licensed to practice medicine with whom the facility enters into a contractual agreement to plan for and provide health care services to the detainee population of the facility.

48. RESTRAINT EQUIPMENT: This includes but is not limited to: handcuffs, belly chains, leg irons, straight jackets, flexi cuffs, soft (leather) cuffs, and leg weights.

49. SAFETY EQUIPMENT: This includes, but is not limited to, firefighting equipment (i.e., chemical extinguisher, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas masks, fans, first aid kits, stretchers, and emergency alarms).

50. SECURITY DEVICES: Locks, gates, doors, bars, fences, screens, hardened ceilings, floors, walls and barriers used to confine and control detainees. In addition, electronic monitoring equipment, security alarm systems, security light units, auxiliary power supply, and other equipment used to maintain facility security.

51. SECURITY PERIMETER: The outer portions of a facility, which actually provide for secure confinement of detainees.

52. SERVICE PROVIDER: See Contractor.

53. STANDING MEDICAL ORDERS: Written orders, by a physician, to medical personnel for the definitive treatment of identified minor, self-limiting conditions and for on-site treatment of emergency conditions.

54. TOUR OF DUTY: No more than 12 hours in any 24-hour period with a minimum of eight hours off between shifts, except as directed by state or local law. Authorization is required prior to an employee performing duties that exceed 12 hours, unless due to extenuating circumstances by which the COR will be notified.

55. TRANSPORTATION COSTS: All materials, equipment and labor necessary to respond to requests by designated officials for secure movement of detainees from place to place necessary for processing, hearings, interviews, etc.

56. UNIFORM: A clearly identifiable outfit which can include traditional or non-traditional articles such as khaki pants and polo shirts.

57. WEAPONS: This includes but is not limited to firearms, ammunition, knives, slappers, billy clubs, electronic defense modules, chemical weapons (mace), and authorized batons.

## II.   GENERAL INFORMATION

### A.   Introduction

Unless otherwise specified, *all* plans, policies, and procedures shall be developed by the contractor and submitted in writing to the CO and the COR for review **and concurrence** prior to receiving detainees for housing. Once concurrence has been granted, these plans, policies, and procedures shall not be modified without the prior written acknowledgment of the CO and the COR. The contractor does not have a right of refusal and shall take all referrals from ICE, as long as the individuals have been properly classified to be housed at this facility. The contractor is prohibited from constructing or making modifications to or adding any additional bed space or facilities at the facility location without the prior written approval of the CO.

### B.   General

The contractor shall abide by all rules and regulations in the following sources:

1.  Post Orders

2.  General Directives

3.  American Correctional Association (ACA) Standards for Adult Local Detention Facilities (most current edition) and the most recent copies of the supplements as they are issued. Copies are obtainable for purchase through the Internet website. HTTP://www.aca.org/storeibookstore/.

4.  Officers' Handbook (M-68)

5.  The 2011 Performance Based National Detention Standards, 2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions). (Note: The provisions of the PBNDS 2011, 2016 Revisions should be interpreted as minimum requirements. Facilities are encouraged to design and operate the facility to provide the least restrictive conditions appropriate to maintain the security and safety of the staff and detainees.)

6.  Subpart A of the U.S. Department of Homeland Security (DHS) Regulation titled "Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities," 79 Fed. Reg. 13100 (Mar. 7, 2014), also known as the DHS Prison Rape Elimination Act (DHS PREA), as outlined in Attachment 6. If any requirements of the DHS PREA standards conflict with the terms of the 2011 PBNDS, 2016 Revisions, the DHS PREA standards shall prevail.

7.  Federal, state, and local laws governing use of firearms, fire safety and environmental health.

8.  All other regulations provided to the contractor by the authority of the CO.

All services must comply with this agreement and all applicable federal, state, and local laws and standards. Should a conflict exist between any of these laws or standards or regulations, the most stringent shall apply. If the contractor is unable to determine which law or standard is more stringent, the CO and the COR shall determine the appropriate standard.

This PWS contains numerous references, which direct the contractor to notify, contact, or provide the COR with information or data. Post-award, the CO may formally designate other Government individuals to assume those responsibilities. The contractor is responsible for a Quality Control Program (QCP), which ensures all requirements of this PWS are achieved.  The specific requirements for the QCP are further detailed within this PWS.

## C.  Records Management

The contractor shall comply with all statutes, regulations, and guidelines from the National Archives and Records Administration. Records and information management functions are required and mandated by the following laws and regulations: Chapters 21, 29, 31, and 33 of Title 44, United States Code; 36 CFR

12; 41 CFR 201 subchapters A and B; OMB Circular A-l30; and DO] Order 271 O.8A, *Removal and Maintenance of Documents.* Criminal penalties for unlawfully destroying, damaging, removing, or improperly handling or releasing federal records are addressed in Chapters 37 and 101 of Title 18, United States Code.

## Records Access

(a) Except as provided below in paragraph (b) , all records acquired or generated by the contractor in its performance of this contract or as a result of this contract, including records classified as Privacy Act systems or records, are federal records under the control of ICE and shall be subject to disclosure only pursuant to the provisions of applicable federal laws, regulations, and executive orders or as ordered by a court.  Insofar as any documents created by the contractor contain any information related to one or more ICE detainees, these records shall be the property of the U.S. Government and shall be subject to disclosure only pursuant to the provisions of applicable federal laws, regulations, and executive orders or as ordered by a court.  To the extent the contractor intends to release the contract or any information relating to the contract, the contractor agrees to coordinate with the ICE Contracting Officer prior to such release.

(b) Contractor-owned records are considered the property of the contractor and are not within the scope of paragraph (a) above.  Contractor-owned records include the following: (1) contractor's employment-related records, and (2) contractor's patents, copyright, and trademark applications, where the contractor has elected rights or has permission to assert rights and has not relinquished such rights or turned such rights over to the Government.

(c) All records acquired or generated by the contractor under this contract and in possession of the contractor, including those described in paragraphs (a) and (b) above, shall be subject to inspection, copying, and audit by the Government or its designees at all reasonable times, and the Contractor shall afford the Government or its designees reasonable facilities for such inspection, copying, and audit; provided, however, that upon request by the Contracting Officer, the contractor shall deliver such records to a location specified by the Contracting Officer for inspection, copying, and audit.  The Government or its designees shall use such records in accordance with applicable federal laws (including the Privacy Act), as appropriate.

(d) This clause applies to all records created, received and maintained by the contractor without regard to the date of origination of such records, including all records acquired from a predecessor contractor or predecessor contract or IGSA.  The requirements of this clause shall flow down to any and all subcontractors of the contractor in performance of this contract.

**D.  Inspection by Regulatory Agencies**

Work described in the contract is subject to inspection by other Government agencies. The contractor shall participate in responding to all requests for information and inspection or review findings by regulatory agencies.

**E.  Performance Evaluation Meetings**

The contractor's representatives shall meet with the COR(s) on a regular basis as determined necessary by the Government. These meetings will provide a management level review and assessment of contractor performance and allow for discussion and resolution of problems.

**F.  Contractor's Employee Handbook**

The contractor shall provide an Employee Handbook, which, at a minimum, addresses the following:

1. Organization
2. Recruiting procedures
3. Opportunities for Equal Employment
4. Qualifying for jobs, job descriptions, responsibilities, salaries, and fringe benefits
5. Screening employees for illegal drug use
6. Holidays, leave, and work hours
7. Personnel records, employee evaluations, promotion, and retirement
8. Training
9. Standards of conduct, disciplinary procedures, and grievance procedures
10. Resignation and termination
11. Employee-management relations
12. Security, safety, health, welfare, and injury incidents

The contractor must provide a copy of the Employee Handbook to the contractor's employees at the facility. Upon request by the COR, the contractor shall document to the Government that all employees have reviewed a copy of the manual.

**G.  Housing, Health, and Medical Care**

The contractor shall provide detention services, to include detainee welfare and record keeping services for ICE.

1. Detention Site Standards

   The contractor shall ensure the detention site conforms to ACA and the PBNDS 2011, 2016 Revisions. A fire and emergency plan shall exist and shall be aggressively managed. The contractor shall ensure facilities conformance to the following:

   For safety, security, and sanitation purposes, an inspection of the detainee housing areas shall be conducted by a supervisor each shift. All locks, windows, walls, floors, ventilators, covers, access panels, and doors shall

be checked daily for operational wear and detainee tampering. The contractor shall take immediate action to repair all defective findings and/or equipment. All inspection results and any instructions to staff shall be logged into the housing area security logbook and be available for review by the COR.

The Facility shall be subject to periodic and random inspections by the COR, or other officials as may be determined by ICE, to ensure compliance with the PBNDS 2011, 2016 Revisions and the terms of this agreement. Deficiencies shall be immediately rectified or a plan for correction submitted by the contractor to the COR for approval.

2. Health and Medical Care

Health care facilities will be properly sized and equipped for the detainee population and will be staffed 24 hours a day. The contractor shall comply with written policies and procedures for appropriately addressing the health needs of ICE detainees.  Policies and procedures shall be written to ensure that medical, dental, and mental health care are delivered in compliance with NCCHC standards and applicable PBNDS 2011, 2016 Revisions provisions and shall include, but not be limited to, the following:

   a. Policies and procedures for accessing 24-hour emergency medical care for ICE detainees.
   b. Policies and procedures for prompt summoning of emergency medical personnel.
   c. Policies and procedures for emergency medical evacuation of detainees, if deemed necessary by qualified medical personnel.
   d. Policies, procedures, and post orders for duty officers to ensure that medical emergencies are recognized and promptly attended to.
   e. Policies and procedures addressing detention standards on medical care to include access to care, suicide prevention, hunger strikes, etc.
   f. Policies and procedures that support a system allowing for detainees to request medical/mental health services through submission of written requests. Medical/mental health requests for treatment deemed urgent by the medical provider will be forwarded by the contractor to the COR and/or alternate COR as soon as possible. Detainee requests shall be addressed with urgency.
   g. Policies and procedures that support a continuum of health care services including screening, prevention, health education, diagnosis, and treatment consistent with National Commission on Correctional Health Care (NCCHC) standards and applicable clinical guidelines.
   h. Policies and procedures that ensure that detainees released or removed will receive a discharge plan, a full copy of medical records, medication and referrals to community-based providers as

Page **14** of 76

83

medically appropriate.

i.  Policies and Procedures that include all screening inquiries required by PBNDS 2011, 2016 Revisions Standard 4.3, including: past hospitalizations, relevant family medical history, dietary needs and past or recent abuse or violence; and that include – where there is a clinically significant finding as a result of the initial screening – an immediate medical/mental referral with the detainee receiving a health assessment within 72 hours from the initial screening unless the clinical situation would dictate earlier evaluation.

j.  Policies and procedures that ensure that detainees experiencing severe, life-threatening intoxication or withdrawal are transferred immediately to a licensed acute care facility.

k.  Any detainee grievance for medical care not received shall be promptly addressed and the COR shall be notified in writing.

l.  Policies and procedures for initial health assessment to identify newly-arrived detainees who could pose a health or safety threat to themselves or others. See attachment 8 – Franco-Gonzalez Health.

## III.   PERSONNEL

The contractor shall employ personnel whose qualifications are commensurate with job responsibilities and authority levels. The contractor shall assure that employees meet the standards of competency, training, appearance, behavior and integrity. The contractor will affect disciplinary or adverse action against employees who disregard those standards.

### A.  Key Personnel

The Contractor shall provide resumes for any proposed replacement of any key personnel to the CO and the COR. The COR shall provide written approval before any replacement of Key Personnel is assigned to perform duties under this contract. The Contractor shall have key personnel employed and on site before the Contractor can begin contract performance. The following are considered key personnel:

All Supervisory / Management personnel.

### B.  Minimum Standards of Employee Conduct

The contractor shall develop standards of employee conduct and corresponding disciplinary actions that are consistent with the following standards of conduct. All employees shall certify in writing that they have read and understand the standards.

A record of this certificate must be provided to the COR prior to the employees beginning work under this contract. The contractor shall hold employees accountable for their conduct based on these standards, which are not restricted to, but must include:

Page **15** of 76

1. Employees shall not display favoritism or preferential treatment to one detainee, or group of detainees, over another.
2. Employees shall not discuss or disclose information from detainee files or immigration cases, except when necessary in the performance of duties under this contract.
3. The employee may not interact with any detainee except in a relationship that supports the approved goals of the facility. Specifically, employees shall not receive nor accept any personal (tangible or intangible) gift, favor, or service, from any detainee, any detainee's family, or associate no matter how trivial the gift, favor, or service may seem, for themselves or any members of their family. In addition, the employee shall not give any gift, favor, or service to detainees, detainee's family, or associates.
4. The employee shall not enter into any business relationship with detainees or their families (e.g., selling, buying, or trading personal property).
5. The employee shall not have any outside or social contact with any detainee, his or her family, or associates, except for those activities, which are part of the facility program and a part of the employee's job description.
6. All employees are required to immediately report to the Warden/Facility Director and COR any criminal or non-criminal violation or attempted violation of these standards.
7. The contractor shall report all violations or attempted violations of the standards of conduct or any criminal activity immediately to the COR. Violations may result in employee removal from the facility. Failure on the part of the contractor either to report a known violation or to take appropriate disciplinary action against offending employee or employees shall subject the contractor to appropriate action including possible termination for default.
8. The contractor shall not employ any person who is currently an employee of any federal agency - including active duty military personnel - or whose employment would present an actual or apparent conflict of interest.

## C. Random Drug Testing

The contractor shall have a random drug-screening program that randomly tests a minimum of 10% of all contractor staff every quarter. ICE may require drug screening for cause at any time. The contractor shall order and accomplish drug screening at the contractor's expense. A laboratory approved by the National Institute of Drug Abuse (NIDA) must perform the screening. The contractor shall provide the results of all such drug screening to the COR within 24 hours after receipt.

## D. Contraband Program and Inspection

A contraband control program shall be established in accordance with the PBNDS

2011, 2016 Revisions and the ACA standards on the control of contraband. The contractor's employees are subject to random contraband inspection in accordance with facility standards and policies. ICE may require contraband screening and inspection for cause at any time. Upon notification of a violation by the COR, the contractor shall immediately remove the employee from performing duties under this Agreement. The contractor shall revoke employees' credentials, complete required disposition, and immediately notify the COR when the employee is removed from duty.

### E. Removal from Duty

If the COR or the contractor receives and confirms disqualifying information concerning a contractor employee, the contractor shall, upon notification by the COR, immediately remove the employee from performing duties under this Agreement. The contractor shall revoke the employee's identification credentials and complete any required dispositions. The contractor shall immediately notify the COR when the employee is removed from duty.

Disqualifying information includes but is not limited to the following:

1. Conviction of a felony, a crime of violence, domestic violence, or a serious misdemeanor.
2. Possessing a record of arrests for continuing offenses.
3. Falsification of information entered on suitability forms.
4. Non-payment of court ordered payments (child support, liens, etc.), or excessive delinquent debt as determined by credit check.
5. Misconduct or negligence in prior employment, which would have a bearing on efficient service in the position in question or would interfere with or prevent effective accomplishment by the employing agency of its duties and responsibilities.
6. Alcohol abuse of a nature and duration, which suggests that the applicant or appointee would be prevented from performing the duties of the position in question or would constitute a direct threat to the property or safety of others.
7. Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation.

ICE may direct the contractor to remove any employee who has been disqualified either for security reasons or for being unfit to perform his/her duties as determined by the COR or the Contracting Officer. The contractor shall take action immediately and notify the COR when the employee is removed from duty. A determination of being unfit for duty may be made from, but is not limited to, incidents of delinquency set forth below:

1. Violation of the Rules and Regulations Governing Detention facilities set forth in ICE Publications entitled "Detention Officer Handbook",
2. Violation of the Rules and Regulations Governing Public Buildings and Grounds, CFR 101-20.3;

3. Neglect of duty, including sleeping while on duty, loafing, unreasonable delays or failures to carry out assigned tasks, conducting personal affairs during official time, leaving post without relief, and refusing to render assistance or cooperation in upholding the integrity of the security program at the work sites;

4. Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records, or concealment of material facts by willful omissions from official documents or records;

5. Theft, vandalism, immoral conduct, or any other criminal actions;

6. Possessing, selling, consuming, or being under the influence of intoxicants, drugs, or substances which produce similar effects;

7. Unethical or improper use of official authority or credentials;

8. Unauthorized use of communication equipment or government property;

9. Misuse of equipment or weapons;

10. Violations of security procedures or regulations;

11. Recurring tardiness;

12. Possession of alcohol, illegal substances, or contraband while on duty;

13. Undue fraternization with detainees as determined by the COR;

14. Repeated failure to comply with visitor procedures as determined by the COR;

15. Performance, as determined by investigation by the Contracting Officer involving acquiescence, negligence, misconduct, lack of diligence, good judgment, and/or good common sense resulting in, or contributing to, a detainee escape;

16. Failure to maintain acceptable levels of proficiency or to fulfill training requirements;

17. Changes in an employee's ability to meet the physical and/or mental health requirements of this Agreement;

18. Contractor employee who is under investigation by any law enforcement agency will be removed from duties pending outcome of the disposition. At the direction of the COR, the contractor shall reassign contract employees who have been arrested or who have alleged misconduct to duties that do not permit direct contact with detainees pending the disposition of the charges. Any alleged misconduct shall be reported immediately to the COR. If such reassignments are not available, the contractor shall remove the employee from work under this contract and other ICE contracts.

**F. Tour of Duty Restrictions**

The contractor shall not utilize any uniformed contract employee to perform duties under this Agreement for more than 12 hours in any 24-hour period and shall ensure that such employees have a minimum of eight hours off between shifts. Authorization is required prior to an employee performing duties that

exceed 12 hours, unless due to extenuating circumstances by which the COR will
be notified. Employees performing transportation duties can work up to 15 hours
in a 24-hr period as needed under Department of Transportation regulations.

**G. Dual Positions**

In the event that a supervisory detention officer is not available for duty the
contractor should provide a full-time supervisor as a replacement. A contract
employee shall not hold the position of Detention Officer and Supervisory
Detention Officer simultaneously. The COR will document and refer to the
Contracting Officer the failure of the contractor to provide necessary personnel
to cover positions.

**H. Post Relief**

As indicated in the post orders, the Detention Officer shall not leave his or her
post until relieved by another Detention Officer. When the contractor or
contractor's Supervisors authorize rest or relief periods, the contractor shall assign
undesignated officers to perform the duties of those Detention Officers, providing
sight and sound supervision, while on break.

**I. Personnel Files**

The contractor shall maintain a system of personnel files and make all personnel
files available to the CO and the COR upon request. These files shall be
maintained and current for the duration of the employee's tenure under the
Agreement. The files shall contain verification of training and experience and
credentials for all the staff.

**J. Uniform Requirements**

These requirements apply to Resident Monitoring Staff (Supervisory
Detention Officers and Detention Officers) who perform work under the
contract.

1. Uniforms

   The contractor shall provide uniforms to its employees, such as khaki
   pants and polo shirts. The design and color of the contractor's uniforms
   shall not be similar to those worn by ICE officers. All officers performing
   under this contract shall wear uniforms of the same style and color while
   on duty. Supervisory personnel should wear different color shirts to
   distinguish them from line staff. Each officer shall wear an identification
   nametag over the right breast shirt pocket. Uniforms and equipment do
   not have to be new but shall be in good condition and meet the standards
   at start of duty. Officers not in proper uniform shall be considered "not
   ready for duty/not on duty" until properly uniformed. All uniforms shall
   be clean, neat, and in good order.

   The complete uniform consists of seasonal attire that includes appropriate

shirt, pants, belt (mandatory), cap (mandatory), jacket, shoes or boots
(mandatory), duty belt, handheld radio, and key-holder. The contractor
shall ensure that each officer has a complete uniform while performing
assignments under this Agreement.

Prior to the Agreement performance date, the contractor shall document to
the COR the uniform and equipment items that have been issued to each
employee. The COR shall have the right to approve or disapprove any
uniform apparel.

2.  Identification Credentials

The contractor shall ensure that all employees both uniformed and non-
uniformed (if applicable) have the required identification credentials in
their possession while on the premises. The contractor identification
credential document shall contain the following:

   a.  A photograph that is at least one-inch square that shows the full
       face and shoulders of the employee and is no more than 30
       days old when the contractor issues the credential.
   b.  A printed document that contains personal data and description
       consisting of the employee's name, sex, birth date, height,
       weight, hair color and eye color, as well as the date of issuance,
       the signature of the employee, and the signature of project
       manager designated contractor personnel.
   c.  To avoid the appearance of having Government issued badges,
       the contractor shall not possess wallet type badges or
       credentials. All credentials shall be approved by the COR.

**K.  Permits and Licenses**

The Contractor must obtain all required permits and licenses by the date of
agreement award. The Contractor must (depending on the state's requirements) be
licensed as a qualified security service company in accordance with the
requirements of the district, municipality, county, and state in which ICE work
site(s) is/are located. Throughout the term of this agreement, the Contractor shall
maintain current permits/business licenses and make copies available for
Government Inspection. The Contractor shall comply with all applicable Federal,
State, and Local laws and all applicable Occupational Safety and Health
Administration (OSHA) Standards.

**L.  Encroachment**

Contractor employees shall not have access to Government equipment,
documents, materials, and telephones for any purpose other than as authorized by
ICE. Contractor employees shall not enter any restricted areas of the processing
centers unless necessary for the performance of their duties.

**M.  Work Schedules**

The contractor shall follow the criteria described below when establishing work schedules, contact relief, rest periods, and starting and stopping work.

1. Post Work Schedules

   One week in advance, the contractor shall prepare supervisory and Detention Officer work schedules, for a two-week period, and shall post them in work areas or locker rooms. A staffing report shall be submitted to the COR on a monthly basis. The on-duty contractor Supervisor shall conduct regular post checks to ensure personnel are prepared to be on duty.

2. Starting and Stopping Work

   The contractor is responsible for all employees to be dressed in full uniform and ready to begin work promptly at the beginning of each shift. Each employee shall remain at the duty locations until the shift is completed.

3. Recording Presence
   The contractor shall direct its employees to clock in when reporting for work, and to clock out when leaving at the end of their period of duty.

4. Rest Periods
   When the contractor authorizes rest and relief periods for a contractor employee, a substitute officer shall be assigned to the duty location.

5. Work Relief
   When the work assignments require that the contractor's employees do not leave the assigned duty locations until a substitute officer has provided relief.

6. Hospitalization of Detainees
   The detainees shall not use the telephones unless the contractor receives prior approval from the COR. The contract employees shall not fraternize with clinic/hospital staff or with casual visitors to the clinic/hospital. Detainee visitation is not permitted at the hospital. The contractor is obligated to relay messages as requested by the detainee to ICE COR.

## IV.   BACKGROUND AND CLEARANCE PROCEDURES

### A.   Initial Drug Testing

The contractor must obtain screening for the use of illicit drugs of every employee and prospective employee working under this Agreement. Drug screening is urinalysis to detect the use of amphetamines, cocaine metabolites, opiates (morphine/codeine), phencyclidine (PCP), and marijuana metabolites by an individual. ICE may expand the above list to include additional drugs.

Page **21** of 76

Prior to the granting of a favorable EOD decision, the contractor must submit the results of the drug screening on the applicant to the COR. Drug testing of an applicant will commence as soon as scheduled upon receipt of an applicant's personnel suitability packet by the COR. The results of an applicant's drug test must be submitted to the COR no later than 21 calendar days after receipt of an applicant's personnel suitability packet. Such tests shall be screened for the presence of the following drugs or drug classes: amphetamines, cocaine metabolites, opiates (morphine/codeine), phencyclidine (PCP) and marijuana metabolites. (The ICEIDRO reserves the right to expand the list above to include additional drug/drug classes.) Contractor shall ensure that all federal, state, and local legal procedures are followed whether or not included in these procedures, with regard to the specimen, contractor must ensure that the confirmations are correct and that an adequate chain of custody procedure exists and is followed. The contractor must post the ICE "Drug Free Workplace Policy" in all facility work areas.

**B. Training**

Employees shall not perform duties under this Agreement until they have successfully completed all initial training and the COR receives written certification from the contractor.

Facility staff will be trained in accordance with the PBNDS 2011, 2016 Revisions and ACA standards. To enhance the staff's ability to carry out the mission of civil detention, training related to communication skills, sensitivity, multi-cultural awareness, PREA and basic medical care shall be provided and required.

To support a civil versus penal environment, facility staff may be dressed in non-traditional uniforms.

Employees shall not perform duties under this Agreement until they have successfully completed all initial training and the COR receives written certification from the contractor.

1. General Training Requirements

   a. All employees will have the training described in the ACA Standards and in this section. The contractor shall provide the required refresher courses or have an institution acceptable to the COR to provide the training. Failure of any employee to complete training successfully is sufficient reason to disqualify him or her from duty.

   b. All new Officers and Custody staff will receive 120 hours of training as delineated in the ACA Standards during the first year of employment.

   All staff assigned to the facilities addressed in this agreement will also receive any other additional training ICE may require.

Page **22** of 76

*\*\*Firearm Training for Required Armed Detention Services in accordance with State licensing requirements. Contractor shall certify proficiency twice a year.*

2. Refresher Training

   a. Every year the contractor shall conduct 40 hours of Refresher Training for all Officers and Custody staff. Refresher training shall consist of these critical subjects listed above and a review of basic training subjects and others as approved by ICE.

3. Basic First Aid and CPR Training

   a. All members of the contractor's security staff shall be trained annually in basic first aid and CPR. They must be able to:

      1. Respond to emergency situations within four minutes.
      2. Recognize warning signs of impending medical emergencies.
      3. Know how to obtain medical assistance.
      4. Recognize signs and symptoms of mental illness.
      5. Know the universal precautions for protection against blood-borne diseases.

4. Supervisory Training

   All new Supervisory Officers assigned to perform work under this agreement must successfully complete 40 hours of on-the-job training provided by the contractor, followed by formal supervisory training within 90 days of assignment. This training is in addition to mandatory training requirements for Officers.  Supervisory training shall include the following management areas:

      a. Techniques for issuing written and verbal orders

      b. Uniform clothing and grooming standards

      c. Security Post Inspection procedures

      d. Employee motivation

      e. Scheduling and overtime controls

      f. Managerial public relations

      g. Supervision of detainees

      h. Other company policies

      i. Responding to sexual assault/abuse

Page **23** of 76

      j.  Responding to assaults on staff, detainee on detainee violence, and supervising and/or responding to uses of force.

The contractor shall submit documentation to the COR, to confirm that each supervisor has received basic training as specified in the basic training curriculum.

5.  Proficiency Testing

The contractor shall give each Officer and Custody staff a written examination consisting of at least 25 questions after each classroom-training course is completed. The contractor may give practical exercises when appropriate. To pass any examination, each officer and custody staff must achieve a score of 80% or better. Should an employee fail the written test on the initial attempt, he or she shall be given additional training by the contractor and be given one additional opportunity to retake the test. If the employee fails to complete and pass the test the second time, the contractor shall remove the employee from duties on this agreement.

6.  Training Documentation

    a.  The contractor shall, upon request, submit a training forecast and lesson plans to the COR or alternate COR. The training forecast shall provide date, time, and location of scheduled training and afford the COR observation/evaluation opportunity. The contractor shall document staff training participation and completion or sign-up sheet.

    b.  The contractor shall certify and submit the training hours, type of training, date and location of training, and name of the instructor monthly for each employee to the COR or alternate COR, upon request.

## V.   REQUIRED SERVICES - ADMINISTRATION AND MANAGEMENT

### A.  Manage Information System for Collecting, Retrieving, Storing, and Reporting Detainee Detention

All detainee files are to be prepared, maintained, retired, and disposed of in accordance with the PBNDS 2011, 2016 Revisions. Policy and procedures shall be developed to ensure the confidentiality and security of all detainee files. Information from a detention file will be released to an outside third party only with the detainee's signed release-of-information consent form. Any release of information will be in accordance with applicable Federal and state regulations.

### B.  Manage the Receiving and Discharge of Detainees

In accordance with the PBNDS 2011, 2016 Revisions, the contractor will

Page **24** of 76

**93**

provide for the admitting and releasing of detainees to protect the health, safety, and welfare of each individual. During the admissions process, detainees undergo screening for medical purposes, submit to a standard pat search, and are personally observed and certified regarding the examination, categorization, inventorying, and safeguarding of all personal belongings.

The contractor shall comply with the ICE policy on Admission and Release when entering detainee admission and release data. The intake process shall include, at a minimum, a medical and social screening prior to detainee release into the general population.

This facility is designed for Level I, II, and III detainees that include non-criminals as well as those with criminal records.

Detainees will have access to a minimum of one free telephone call during the admission process and the release process.

## C.  Manage and Account for Detainee Assets (funds, property)

The contractor will provide for the control and safeguarding of detainees' personal property. This will include: the secure storage and return of funds, valuables, baggage, and other personal property; a procedure for documentation and receipting of surrendered property; and the initial and regularly scheduled inventories of all funds, valuables, and other property.

The contractor shall have written standard procedures for inventory and receipt of detainee funds and valuables that adheres to the requirements of ICE policy. Written procedures shall be established for returning funds, valuables, and personal property to a detainee being transferred or released that adheres to the requirements of ICE policy. The contractor shall ensure that all detainees who are scheduled for either transfer or release are given all funds (in cash) immediately prior to leaving the facility. Confiscated foreign currency funds are to be returned to the detainee.

## D.  Securely Operate the Facility

Policy and procedures for the maintenance and security of keys and locking mechanisms shall be developed. The procedures shall include, but are not limited to: method of inspection to expose compromised locks or locking mechanisms; method of replacement for all damaged keys and/or locks; a preventive maintenance schedule for servicing locks and locking mechanisms and method of logging all work performed on locks and locking mechanisms; policy for restricting security keys from 24 hour issue or removal from the institution; and method of issuing emergency keys. Staff responsible for lock maintenance shall receive training in the operation of locks and locking mechanisms. The contractor shall provide constant armed perimeter surveillance of the facility. Surveillance may be provided via a motorized security patrol.

The contractor shall develop policies and procedures regarding detainee use of those classified controlled tools and equipment most likely to be used in an escape

Page **25** of 76

or as a weapon. Further, the contractor shall ensure that detainee usage of those classified controlled tools and equipment is only under direct contractor staff supervision.

**E.   Enforce the Detainee Disciplinary Policy**

The contractor shall comply with the PBNDS 2011, 2016 Revisions disciplinary policy. Facility authorities may take disciplinary action against any detainee who is not in compliance with the rules and procedures of the facility, consistent with PBNDS 2011, 2016 Revisions Standard 3.1.

**F.   Restrictive Housing Policy**

Placements in restrictive housing for purposes of protection custody should only be done for short duration. Use of restrictive housing to protect vulnerable populations shall be restricted to those instances where reasonable efforts have been made to provide appropriate housing and shall be made for the least amount of time practicable, and when no other viable housing options exist, and as a last resort.

Detainees who have been placed in restrictive housing for protective custody shall have access to programs, services, visitation, counsel and other services to the maximum extent possible.

The contractor shall notify the Field Office Director in writing through the COR whenever an ICE detainee has been held continuously in restrictive housing for:

    a.  14 days, or 14 days out of any 21 day period;
    b.  30 days; and
    c.  At every 30-day interval thereafter.

The contractor shall notify the Field Office Director in writing through the COR as soon as possible, but no later than 72 hours after the initial placement of an ICE detainee in restrictive housing if:
    a.  The detainee has been placed in restrictive housing on the basis of a disability, medical or mental illness, or other special vulnerability, or because the detainee is an alleged victim of a sexual assault, is an identified suicide risk, or is on a hunger strike; or
    b.  A detainee placed in restrictive housing for any reason has a mental illness or serious medical illness or serious physical disability.

The contractor shall also notify the appropriate Field Office Director in writing through the COR whenever a detainee who has been the subject of a prior notification pursuant to this section is subsequently released from restrictive housing.

**G.   Maintain Detainee Accountability**

Population counts will be conducted in accordance with the PBNDS 2011, 2016

Page **26** of 76

Revisions. All counts shall be documented in separate logs maintained in the applicable locations where detainees are housed, the control center and shift supervisor's office and shall be maintained for a minimum of 30 days. Count records must be available for review and secured away from the detainee population.

## H. Collect and Disseminate Intelligence Information

Policy and procedures for collecting, analyzing, and disseminating intelligence information regarding issues affecting safety, security, and the orderly running of the facility shall be developed. This information should include, but not be limited to: gang affiliations; domestic terrorist groups; tracking of detainees having advanced skills in areas of concern (locksmiths, gunsmiths, explosives, and computers, etc.); narcotics trafficking; mail and correspondences; detainee financial information; detainee telephone calls; visiting room activity; and actions of high-profile detainees. The contractor shall share all intelligence information with the Facility's ICE Intelligence Officer.

## I. Provide Security Inspection System

The contractor will develop and maintain a security inspection system with the aim of controlling the introduction of contraband into the facility, ensure facility safety, security and good order, prevent escapes, maintain sanitary standards, and eliminate fire and safety hazards. The contractor's inspections program will meet the requirements of the PBNDS 2011, 2016 Revisions for Security Inspections.

The contractor shall report all criminal activity related to the performance of this contract to the appropriate law enforcement investigative agency. The Government may investigate any incident pertaining to performance of this contract. The contractor shall cooperate with the Government on all such investigations. The contractor shall immediately report all serious incidents or criminal activity to the COR or alternate COR. Serious incidents include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work place violence, civil disturbances/protests); staff uses of force including use of lethal and less lethal force (includes detainees in restraints more than eight hours); assaults on staff/detainees resulting in injuries that require medical attention (does not include routine medical evaluation after the incident); fires; fights resulting in injuries requiring medical attention; full or partial lock-down of the facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather; fence damage; power outages; bomb threats; high profile detainee cases admitted to a hospital; significant environmental problems that impact the facility operations; transportation accidents resulting in injuries, death or property damage; and sexual assaults. Pursuant to ICE instructions, the contractor shall notify local law enforcement of civil disturbances, attempts to commit espionage or sabotage, and other acts that adversely affect the normal site conditions, the security and safety of personnel,

property, detainees, and the general public.

**J.  Maintain Institutional Emergency Readiness**

The contractor shall submit an institutional emergency plan that will be operational prior to issuance of the NTP. The plan shall receive the concurrence of the COR or alternate COR prior to implementation and shall not be modified without prior notice and approval. The contractor shall have written agreements with appropriate state and local authorities that will allow the contractor to make requests for assistance in the event of any emergency incident that would adversely affect the community. Likewise, the contractor shall have in place, an internal corporate nation-wide staff contingency plan consisting of employees who possess the same expertise and skills required of staff working directly on this contract. At the discretion of ICE, these employees would be required to respond to an institutional emergency at the contracted facility if deemed necessary. The emergency plans shall include provisions for two or more disturbance control teams. Protective clothing and equipment for each team member and 30 percent of all additional facility staff members shall be provided by the contractor and maintained in a secure location outside the secure perimeter of the facility.

Any decision by ICE or other federal agencies to provide and/or direct emergency assistance will be at the discretion of the Government. The contractor shall reimburse the Government for any and all expenses incurred in providing such assistance.

Attempts to apprehend any escapee(s) shall be in accordance with the Emergency Plan, which shall comply with the PBNDS 2011, 2016 Revisions regarding Emergency Plans.

The contractor shall submit to the COR a proposed inventory of intervention equipment (e.g., weapons, munitions, chemical agents) intended for use during performance of this contract. The COR, prior to issuance of the NTP, shall provide concurrence of the intervention equipment. The approved intervention equipment inventory shall not be modified without prior written concurrence of the CO.

The use of force by the contractor shall at all times be consistent with all applicable policies of the PBNDS 2011, 2016 Revisions on Use of Force.

**K.  Manage Computer Equipment and Services in Accordance with all Operational Security Requirements**

The contractor must comply with all federal security and privacy laws and regulations established to protect federal systems and data. The contractor will inform all personnel of the confidential nature of ICE detainee information.

The contractor will restrict access of data information pertaining to ICE detainees

Page **28** of 76

to authorized employees with the appropriate clearance who require this information in the course of their official duties. In accordance with the Freedom of Information/Privacy Act (FOIAIP A), the contractor may not disclose information obtained pertaining to ICE detainees to a third party without written permission from the COR. The contractor is required to develop a procedural system to identify and record unauthorized access or attempts to access ICE detainee information. The contractor will notify the COR and alternate COR within four hours of a security incident.

## VI.   FACILITY SECURITY AND CONTROL

### A.  Security and Control (General)

The contractor shall maintain a copy of facility post orders for employee review within the areas of assignment and shall initiate responses to any incidents as outlined in the post orders. The contractor employees shall write reports of incidents as outlined in the post orders. The contractor shall operate and control all designated points of access and egress on the site; such as, detainee housing units, courtrooms, medical facilities, and hold rooms.

The contractor shall comply with all the PBNDS 2011, 2016 Revisions pertaining to the security and control of the detention facilities. The contractor will adhere to local operating procedures within each facility.

### B.  Unauthorized Access

The contractor shall detect and notify local law enforcement of persons attempting to gain unauthorized access to the site(s) identified in this contract.

### C.  Direct Supervision of Detainees

The contractor shall provide supervision of all detainees in all areas, including supervision in detainee housing and activity areas, to permit Detention Officers to hear and respond promptly to emergencies.

### D.  Logbooks

The contractor shall be responsible to complete and document in writing, for each shift, the following information in the logbooks:

1. Activities that have an impact on the detainee population (e.g., detainee counts, shakedowns, detainee movement in and out of the site, and escorts to and from court).
2. Shift activities (e.g., security checks, meals, recreation, religious services, property lockers, medical visits).
3. Entry and exit of persons other than detainees, ICE staff, or contractor Staff (e.g., attorneys and other visitors).
4. Fire drills and unusual occurrences.

### E.  Records and Reports

The contractor shall furnish, on a daily basis, a manifest of all detainees

Page **29** of 76

currently detained in the facility. The manifest shall provide, at a minimum, the following information for each detainee: "A" File Number (system of numbering supplied by ICE); name; and housing location in the Facility.

The contractor shall provide monthly status reports to the COR or alternate COR. Such reports will include a monthly key indicator report, which indicates the key personnel positions of the facility (e.g., position title, name of the employee, vacancies and length of vacancies, dates of service, additional comments). These monthly reports must be submitted to the COR or alternate COR by the fifth of each month for the previous month's activities and staffing.

The contractor shall prepare required orders, instructions, and reports of accidents, security violations, fires, and bomb threats. The reports shall be maintained, on file, concerning all activities in connection with duties and responsibilities for the services performed under this Agreement. All such records must be kept using a system with a written policy, which allows the reports to be made available to the Government for inspection. The contractor shall, at the request of ICE, prepare any special or other reports, or issue further orders and instruction as may be required in support of work within the scope of this Agreement. The distribution, format, and time elements for these reports shall be directed by Government requirements. All records and logs, required for operation and performance of work under this Agreement, shall be made available to ICE at Agreement completion. The contractor shall provide a detailed and comprehensive inventory of records to be turned over to the Contracting Officer at contract completion or contract termination.

## F. Detainee Counts

The contractor shall monitor detainee movement and physically count detainees in accordance with PBNDS 2011, 2016 Revisions, and local policy and procedures. All counts shall be documented in separate logs maintained in the applicable locations where detainees are housed, control center, and shift supervisor's office and shall be maintained for a minimum of 30 days.

## G. Daily Inspections

The Detention Officers shall conduct daily inspections of all security aspects of the site. Areas to be checked may include bars, locks, windows, walls, floors, ventilation covers, glass panels, access plates, protective screens, doors, lights, and equipment for operational wear and detainee tampering. The Detention Officers shall also report slippery floor surfaces. This documentation shall be made daily in a logbook. Problems discovered during these inspections shall be clearly identified in the documentation.

The contractor shall also notify the COR of any abnormalities or problems. The contractor shall notify the COR or alternate COR on duty of any significant physical facility damage affecting the operation of the facility. Written documentation of any problem areas shall be submitted to the COR by the end of the shift.

**H. Control of Contraband**

The contractor shall conduct searches for contraband at least once daily, in all areas in which detainees have access. Searches shall be random and unannounced. During the searches, detainee possessions shall be disturbed as little as possible. Contraband items shall be immediately confiscated, logged into the Contraband logbook in accordance with the PBNDS 2011, 2016 Revisions. The contractor shall document records of the searches in a logbook and forward a report to the COR after discovery of any serious contraband items.

**I. Keys and Access Control Devices**

The contractor shall adhere to key control policies, in accordance with the PBNDS 2011, 2016 Revisions.
Entrance Access Controls: The contractor shall operate and enforce the personnel admitting and identification systems, and package inspection procedures in accordance with security guidelines at the protected premises prescribed by the PBNDS 2011, 2016 Revisions.

The contractor may accept registered mail and parcels, in accordance with ICE approved procedures. The contractor shall be responsible for the distribution of all received mail and parcels.

**J. Control of Chemicals**

The contractor shall adhere to, the PBNDS 2011, 2016 Revisions, ACA, and OSHA established procedures, applicable laws, and regulations governing the storage and inventory of all flammable, toxic, and caustic materials used for janitorial cleaning, laundry maintenance, vehicle maintenance, and other applications.

**K. Post Orders**

The contractor shall develop post orders, policies and procedures, and instructions necessary for proper performance at each duty post. Each post will have a separate post order. The contractor is responsible for compliance with all such orders, policies and procedures, and instructions. ICE shall approve all post orders prior to implementation of them.

The contractor shall make post orders available to all contractor employees. Each contractor Detention Officer shall certify, in writing, that he or she understands and agrees to comply with all post orders, policies and procedures, and instructions prior to being initially assigned to that post. The contractor shall retain its employees' certifications and make them available to the COR upon request.

**L. Deviation from Prescribed Schedule Assignments**

The contractor is authorized to deviate from the scheduled assignment when unusual conditions or circumstances so demand, and if prior approval is received from the COR. All deviations shall be recorded in the daily logbook. When the

Page **31** of 76

COR is not available, the contractor shall notify the alternate COR immediately or as soon as is practically possible.

**M.  Use of Force Policy**

ICE restricts the use of physical force by Detention Officers to instances of justifiable self-protection, protection of others, and protection of property and prevention of escapes. Physical force may only be used to the degree necessary to safeguard the wellbeing of the detainee(s) and others in the immediate area. The following policies pertain to use of force:

1. The contractor shall adhere to the PBNDS 2011, 2016 Revisions on the use of deadly and non-deadly force to include the use of intermediate and deadly weapons.
2. The physical force report shall include:
   a. An accounting of the events leading to the use of force.
   b. A precise description of the incident to include date, time, place, type of force used, and reasons for employing force.
   c. A description of the person (Detention Officers or detainees) who suffered described injuries, if any, and the treatment given.
   d. A list of all participants and witnesses (contractors, detainees, and ICE personnel) to incident.
3. The calculated use of force must be in accordance with the PBNDS 2011, 2016 Revisions and requires, at a minimum, the following:
   e. The formulation of an After-Action Review Team, which must include the participation of the COR and or other designee of the Field Office Director.
   f. An After-Action Report submitted to the Field Office Director and COR within 30 days of the incident, with corrective actions noted, if applicable.
   g. Video footage of the incident must be made available for potential ICE review.

**N.  Use of Restraints Policy**

The contractor shall comply with the PBNDS 2011, 2016 Revisions governing the use of restraint equipment. Restraints shall never be applied as punishment nor shall they be used for more time than is necessary. Restraints shall be used only as a precaution against escape during transfer to prevent detainee self- injury, injury to others, property damage, or for medical reasons under direction of the Health Authority. Restraints consist of handcuffs, waist restraints, and leg restraints. When directed by the COR, the Detention Officer may use Government-provided disposable nylon straps in lieu of handcuffs or leg restraints in emergencies, or if a detainee's wrists or ankles are too large for conventional restraints. ICE prohibits the contractor from using all other restraint devices.

=

**O.  Intelligence Information**

The contractor shall notify the COR or Alternate COR immediately on issues, which could impact the safety, security, and the orderly operation of the facility.

**P. Lost and Found**

The contractor shall log and maintain all lost and found articles and shall report all items to the COR or Alternate COR.

**Q. Escapes**

The contractor shall take all appropriate measures to prevent escapes. The contractor shall notify the COR and Alternate COR immediately if an escape or an attempted escape has occurred. The contractor shall provide the COR and alternate COR with a written report prior to the end of the shift. The contractor shall be held to the following standards concerning escapes:

1. The contractor assumes absolute liability for the escape of any detainee in its control, subject to limitations delineated in item 5 below.
2. The contractor shall provide written policies and procedures regarding the actions to be taken in the event of an escape. This document must include reporting requirements for all contract employees, escorts, supervisors, and management personnel. These procedures must meet the approval of the COR, be reviewed at least annually, and updated as necessary.
3. Escapes shall be grounds for removing the responsible contractor Employee(s) from duty if the contractor Employee(s) is/are determined by the contractor or the COR to be negligent. Notice of removal shall be provided to the Contracting Officer.
4. Corrective actions to prevent future escapes or attempted escapes shall be taken immediately and verbally communicated to the COR for approval. A written report of the remedial action shall be due to the COR within 24 hours of an escape or attempted escape.
5. ICE may make deductions due to nonperformance. It is specifically understood and agreed that the Government may not reduce the contractor's invoice or otherwise withhold payment from or impose any financial penalty upon the contractor based upon walk-aways or escapes from the facility, unless such walk-aways or escapes are the result of the contractor's gross negligence.

**R. Injury, Illness, and Reports**

The contractor shall immediately assist employees, detainees, or others on the premises in need of immediate help or who are injured or ill. Contractor employees shall provide first aid when necessary.

The Contractor shall immediately notify the COR and alternate COR about all incidents that result in physical harm to or threaten the safety, health, or welfare of any person at the site including job-related injuries. If a detainee requires immediate medical attention, the Contractor shall notify the medical provider as well as the COR and alternate COR. The contractor shall submit a follow-up written report to the COR within 24 hours of the occurrence. The contractor shall cooperate with ICE in reviewing serious incidents. A serious incident means any incident resulting in injury to a detainee, contractor staff, ICE staff, or property damage.

The contractor shall submit a monthly injury report summary containing, at a minimum, name, time/date of injury, current status, and expected return date.

**S. Protection of Employees**

The contractor shall develop plans and procedures to safeguard employees against exposure of blood borne pathogens in compliance with standards found in the Employee Occupational Safety and Health (EOSH) Manual.

**T. Medical Requests**

The contractor shall adhere to ICE policies and procedures regarding detainee medical requests. Please see http://www.ice.gov/doclibIPBNDS/pdf/medical_care.pdf to view the PBNDS 2011, 2016 Revisions on Medical Care. If a detainee requires emergency medical attention, the Detention Officer shall immediately notify his or her Supervisor via radio or telephone. The contractor's Supervisor will, in turn, notify the medical provider as well as the COR and alternate COR.

**U. Emergency Medical Evacuation**

The contractor shall develop and implement written policies and procedures that define emergency health care evacuation of detainees from within the facility.

**V. Sanitation and Hygienic Living Conditions**

The contractor shall comply with the requirements of the Occupational Safety and Health Act of 1970 and all codes and regulations associated with 29 CFR 1910 and 1926. The contractor shall comply with all applicable ICE, federal, state and local laws, statutes, regulations, and codes. In the event there is more than one reference to a safety, health, or environment requirement in an applicable, law, standard, code, regulation, or ICE policy, the most stringent requirement shall apply.

MANAGE A DETAINEE WORK PROGRAM

**A. General**

The facility may offer a voluntary detainee work program that allows eligible detainees to participate in purposeful activities and reduce detainee idleness. It

will be the sole responsibility of ICE to determine whether a detainee is eligible to participate on voluntary work details. All detainees shall be searched when they are returned from work details. Detainees shall not be used to perform the responsibilities or duties of an employee of the contractor. Detainees shall not be used to perform work in areas where sensitive documents are maintained (designated ICE workspace). Custodial/janitorial services to be performed in designated ICE work space will be the responsibility of the contractor. Appropriate safety/protective clothing and equipment shall be provided to detainee workers as appropriate. Detainees shall not be assigned work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances, and unusual physical demands. ICE acknowledges that GEO shall pay the minimum of $1.00 per day for each detainee that participates in the Detainee Voluntary Work Program.

HEALTH SERVICES

The contractor will provide all health and medical-related services for the facility, as previously described in this PWS and consistent with PBNDS 2011, 2016 Revisions requirements.

**A. Manage a Detainee Death in Accordance with the PBNDS 2011, 2016 Revisions on Terminal Illness, Advance Directives, and Death**

If death is due to violence, accident surrounded by unusual or questionable circumstances, or is sudden and the deceased has not been under immediate medical supervision, the contractor shall notify the coroner of the local jurisdiction to request a review of the case, and if necessary, examination of the body.

FOOD SERVICE

**A. Manage Food Service Program in a Safe and Sanitary Environment**

The contractor shall provide detainees with nutritious, adequately varied meals, prepared in a sanitary manner while identifying, developing, and managing resources to meet the operational needs of the food service program. The contractor shall identify, develop, and manage food service program policy, procedures, and practices in accordance with the provisions of the PBNDS 2011, 2016 Revisions on Food Service. The facility will feature centralized dining rooms where detainees can go for their three nutritionally balanced meals.

DETAINEE SERVICES AND PROGRAMS

**A.  Manage Multi-Denominational Religious Services Program**

The contractor shall ensure detainees of different religious beliefs will be provided reasonable and equitable opportunity to practice their respective

faiths. The religious services program will comply with all elements of the PBNDS 2011, 2016 Revisions on Religious Practices and relevant federal statutes.

**B. Provide for a Detainee Recreation Program**

The contractor shall develop and ensure adequate and meaningful recreation programs for detainees at the facility, consistent with the requirements of PBNDS 2011, 2016 Revisions Standard 5.4, including all optimal provisions. In addition to the indoor and outdoor recreation areas, the facility may provide several areas that can be used for activities such as indoor table games, watch TV, read, and generally interact with other detainees in a relaxed setting.

Indoor and outdoor areas will offer recreational equipment to facilitate recreation activities. A large recreation yard will be available for both male and female outdoor recreation. The male outdoor recreation area will provide a soccer field, walking track, and a pavilion. The female outdoor recreation area will provide a soccer field, pavilion, and walking track. Indoor recreation areas will include recreation/exercise areas adjacent to each sleeping area, and day rooms located on both levels of the facility with sufficient seating.
Outdoor recreation areas will be open and be available for detainees to utilize in accordance with PBNDS 2011, 2016 Revisions.

A reading library will be available that provides non-legal books and periodicals for general use. Computer and ESL classes may be offered.

**C. Manage and Maintain a Commissary**

A commissary shall be operated by the contractor as a privilege to detainees who will have the opportunity to purchase from the commissary on a weekly basis. These items will not include those items prohibited by the Warden/Facility Director. All items available at the commissary must be approved by the COR or alternate COR. The commissary list of items shall be provided to the COR upon request. The contractor may assess sales tax to the price of items, if state sales tax is applicable.

Revenues are to be maintained in a separate account and not commingled with any other funds. If funds are placed in an interest-bearing account, the interest earned must be credited to the detainees. Any expenditure of funds from the account shall only be made with the approval of the COR or alternate COR. Any revenues earned in excess of those needed for commissary operations shall be used solely to benefit detainees at the facility. The contractor shall provide independent auditor certification of the funds to the COR every 90 days. At the end of the contract period, or as directed by the Contracting Officer, a check for any balance remaining in this account shall be made payable to the *Treasury General Trust Fund* and given/transmitted to the Contracting Officer.

Detainees are permitted to receive funds from outside sources (i.e., from family, friends, bank accounts). Outside funds or those generated from work may be used to pay for products and services from the commissary.

**D. Visitation**

General Visitation, including contact visitation, shall be available to the general population on weekdays and on weekends. The facility shall provide several private areas for attorneys to visit clients, and EOIR LOP programs. These rooms shall also be available for use by consular officials.

The facility's perimeter will ensure that detainees remain within and that public access is denied without proper authorization. Visitation and/or tours of the facility shall be conducted in accordance with the relevant provisions of PBNDS 2011 or as directed by ICE.  For the safety and privacy of the detainees, no videotaping is permitted by visitors or others (including the contractor) without prior approval from ICE, except for CCTV cameras operated by the contractor or the Government for security purposes.  No video or audio recording devices will be allowed within the secure perimeter, except in accordance with court order or federal law.

**E. Law Library**

The contractor shall provide secure space within the secure perimeter, either a dedicated room or a multipurpose room for computers, printers, books, and materials to provide a reading area - "Law Library" - in accordance with the PBNDS 2011, 2016 Revisions on the Law Libraries and Legal Materials. Residents will have access to all required legal materials and electronic legal research capability. Legal kiosks will also be provided in every dayroom (including at least 2 in male housing unit dayrooms) to provide additional access to law library functions.

**F. Library**

The contractor shall provide secure space within the secure perimeter, either a dedicated room or a multipurpose room for books and materials to provide a reading area and detainees will be permitted to take books back to their housing area consistent with safety and security requirements.

**G. Barber Shop**

Barber shop services, designed and equipped in accordance with ICE standards, shall be made available to ICE detainees.

**H. Language Access**

The contractor will ensure communication assistance for limited English proficient, disabled, or illiterate detainees, consistent with the requirements of PBNDS 2011, 2016 Revisions. All communications with detainees required by PBNDS 2011, 2016 Revisions must be conducted in language or manner that the detainee can understand: this includes the applicable content of all instructions given to ICE detainees and copies of the Detainee Handbook. All written

materials provided to detainees shall generally be translated into Spanish. Where practicable, provisions for written translation shall be made for other significant segments of the ICE population with limited English proficiency.

Oral interpretation or assistance shall also be provided to any ICE detainee who speaks another language in which written material has not been translated or who is illiterate.

## I. Physical Plant

The facility operation and maintenance shall ensure that detainees are housed in a safe, secure, and humane manner. All equipment, supplies, and services shall be contractor-furnished except as otherwise noted. The facility, whether new construction expansion or an existing physical plant, shall be designed, constructed, operated, and maintained in accordance with all applicable federal, state, and local laws, regulations, codes, guidelines, and policies. In the event of a conflict between federal, state, or local codes, regulations or requirements, the most stringent shall apply. In the event there is more than one reference to a safety, health, or environmental requirement in an applicable law, standard, code, regulation or Government policy, the most stringent requirement shall apply.

The facility shall provide housing configurations commensurate with the security needs of the population. The facility, whether new construction expansion or existing physical plant, shall comply with 40 U.S.C. 619, which stipulates compliance with nationally recognized codes and comply with the latest edition in effect on the date of proposal submission of one of the following codes:

(1) The International Building Code – 2006 Edition (Applicable Code for Adelanto, California).
(2) The Uniform Building Code (UBC), with the State of facility location's Amendments;
(3) The Building Officials and Code Administrators (BOCA) National Building Code (NBC); or
(4) The Standard Building Code (SBC).

In the event the jurisdiction in which the facility is located does not mandate use of UBC, BOCA NBC or SBC, then the facility shall comply with the BOCA NBC. Whether new construction expansion or existing physical plant, fire protection and life safety issues shall be governed by the latest edition of the National Fire Protection Association (NFPA) 101, Code for Safety to Life from Fire in Buildings and Structures and applicable National Fire Codes (NFC). Should conflicts occur between NBC and NFC, NFC shall apply.

E.O. 12699 - Whether new construction expansion or existing physical plant, the facility shall comply with the Seismic Safety of Federal and Federally Assisted or Regulated New Building Construction. The seismic safety requirements as set forth in either the 1991 International Conference of Building Officials, the UBC, the 1992 BOCA, NBC (or the 1992 Amendments to the Southern Building Code Congress) or SBC are the minimum standards. Should the code applicable for the state in which the facility is located be more stringent than the other codes set

forth herein, the state code shall prevail.

The facility, whether new construction expansion or existing physical plant, shall comply with the requirements of the Architectural Barriers Act of 1968 as amended and the Rehabilitation Act of 1973 as amended. The standards for facility accessibility by physically handicapped persons as set forth in "Uniform Federal Accessibility Standards/Fed Std. - 795 *4/01188* Edition" (UFAS) shall apply. All areas of the buildings and site shall meet these requirements. Activities, which are implemented, in whole or in part, with federal funds, must comply with applicable legislation and regulations established to protect the human or physical environment and to ensure public opportunity for review. The contractor shall remain in compliance with federal statutes during performance of the contract including, but not limited to the following Acts: Clean Air, Clean Water, Endangered Species, Resources Conservation and Recovery; and other applicable laws, regulations and requirements. The contractor shall also comply with all applicable limitations and mitigation identified in any Environmental Assessment or Environmental Impact Statement prepared in conjunction with the contract pursuant to the National Environmental Policy Act, 42U.S.C. 4321. The contractor shall be responsible for and shall indemnify and hold the Government harmless for any and all spills, releases, emission, disposal and discharges of any toxic or hazardous substance, any pollutant, or any waste, whether sudden or gradual, caused by or arising under the performance of the contract or any substance, material, equipment, or facility utilized. For the purposes of any environmental statute or regulation, the contractor shall be considered the "owner and operator" for any facility utilized in the performance of the contract, and shall indemnify and hold the Government harmless for the failure to adhere to any applicable law or regulation established to protect the human or physical environment. The contractor shall be responsible in the same manner as above regardless of whether activities leading to or causing a spill, release, emission or discharge are performed by the contractor, its agent or designee, a detainee, visitors, or any third party.

If a spill(s) or release(s) of any substance into the environment occur, the contractor shall immediately report the incident to the COR or alternate COR. The liability for the spill or release of such substances rests solely with the contractor and its agent.

A safety program shall be maintained in compliance with all applicable Federal, state and local laws, statutes, regulations and codes. The contractor shall comply with the requirements of the *Occupational Safety and Health Act of 1970* and all codes and regulations associated with 29 CFR 1910 and 1926.

Fire Alarm Systems and Equipment - All fire detection, communication, alarm, annunciation, suppression and related equipment shall be operated, inspected, maintained and tested in accordance with the most current edition of the applicable NEC and Life Safety Codes. The contractor shall provide

Page **40** of 76

outside lighting sufficient to illuminate the entire facility and secure perimeter with at least 1.5 candlepower per square foot in all areas.

For new construction expansion or existing physical plant, final and completed, the contractor prior to issuance of the NTP shall submit design/construction documents to the COR. For all new construction expansion, the construction schedule shall be updated to reflect current progress and submitted to the COR on a monthly basis. Government staff will make periodic visits during construction to verify contractor progress and compliance with contract requirements. As-built drawings and current drawings of the buildings and site utilities shall be maintained in a secure location during construction and contract performance. These updates shall be provided to the COR within 30 days of any changes made. Site utilities include, but are not limited to: water and sewer lines; gas lines; tunnels; steam lines; chilled water lines; recording layouts; elevations; modifications; additions; etc. Two copies of the as-built drawings shall be provided to the COR in AUTOCAD release 14.0 on a CD-ROM no later than 90 days after issuance of the NTP. Promptly after the occurrence of any physical damage to the facility (including disturbances), the contractor shall report such damage to the COR and or ICE designated official. It shall be the responsibility of the contractor to repair such damage, to rebuild or restore the institution. A number of Government staff will be on-site to monitor contract performance and manage other Government interests associated with operation of the facility. Government staff will have full access to all areas of the facility. Contractor access to Government required space must be pre-approved by the COR. In cases of emergency the contractor shall notify the COR promptly.

The contractor, in accordance with its facility operation and maintenance, shall ensure that detainees are housed in a safe, secure, and humane manner. All equipment, supplies, and services shall be contractor-furnished except as otherwise noted.

The facility shall be designed, constructed, operated, and maintained in accordance with all applicable federal, state, and local laws, regulations, codes, guidelines, and policies.

The contractor shall provide and maintain a perimeter patrol and an electronic surveillance system, which will identify any unauthorized access to the institution's perimeter.

4. ICE IT Equipment: ICE shall provide and install IT equipment in office spaces for ICE personnel only, to include computer workstations and screens, printers and fax machines. All infrastructure and cabling shall be provided by the contractor in accordance with the Structured Cable Plant Standard.

**NOTE:** ICE IT system must be a complete, independent and physically separate system from the contractor's IT system. The system shall serve all operational components to include ICE, EOIR and OPLA.

For further ICE and OPLA space requirements, please see *Contract Detention Facility (CDF) Design Standards for Immigration and Customs Enforcement (ICE),* May 14, 2007; addendums: ICE Cabling Standards; Phone Specifications.

Government space shall be climate controlled and located consistent with the administrative office space for the contractor's staff. Government-occupied space shall be separate from, but accessible to, detainee housing units and the centralized visiting area. Government-occupied space shall also be secure and inaccessible to contractor staff, except when specific permission is granted by on-site ICE, or OPLA staff. The contractor shall be responsible for all maintenance, security, and janitorial costs associated with space designated for Government staff. The contractor shall ensure that video cameras monitor hallways, exits, and common areas. A qualified individual shall be responsible for monitoring this system inside and outside the building. Considering that the videos will be recordings of residents who may be seeking asylum or other considerations under U.S. immigration law, the contractor is required to maintain the tapes and may not release them to anyone, unless approved by DRS. The contractor shall develop a plan for keeping the videos for a minimum of thirty days unless a significant incident has occurred at which time the video will be reserved indefinitely.

## XI.   PROPERTY ACCOUNTABILITY

### A.   General

The contractor shall enact practices to safeguard and protect Government property against abuse, loss, or any other such incidents. Government property shall be used only for official business.

ICE shall maintain a written inventory of all Government property issued to the contractor for performance hereunder. Upon expiration of this contract, the contractor shall render a written accounting to the COR of all such property. The contractor shall assume all risk, and shall be responsible for any damage to or loss of Government furnished property used by contractor employees.

Normal wear and tear will be allowed. The contractor, upon expiration of services, shall immediately transfer to the COR, any and all Government property in its possession or in the possession of any individuals or organizations under its control, except as otherwise provided for in this contract. The contractor shall cooperate fully in transferring property to the successor contractor.

The Government shall withhold final payment until adjustments are made for any lost property.

**B. Facility, Equipment, Materials, Supplies, and Instructions Furnished by the Government**

The Government will furnish the following property at no cost to the contractor:

    I.    Copies of the detention standards cited in the PWS and one copy of all pertinent operational manuals prior to starting work under the contract. The contractor shall be responsible to duplicate these standards for contractor employees.

    II.    Administrative forms, Equal Employment Opportunity, Occupational Safety and Health Administration, Service Contract Act, Drug Free Posters, and DHS OIG hotline poster, as required in this contract. As applicable DHS work orders will be issued to the contractor via DHS Form 1-203, Order to Detain or Release Alien.

    III.    ICE office space equipment, such as, but not limited to: office telephones, copying machines, fax machines, computer equipment, and typewriters for Government use. The Government shall be responsible for installation of conduit and data lines within the dedicated Government office space, to include the ICE and EOIR administrative phone system.

## XII.    FIREARMS / BODY ARMOR

### A. Firearms Requirements

1. The contractor shall provide firearms and maintain sufficient licensed firearms and ammunition to equip each armed Detention Officer and armed supervisor(s) with a licensed weapon while on armed duty. Firearms may be reissued to new replacement employees throughout the life of the contract as long as the firearm is in serviceable condition.
2. Personal firearms shall not be used. A licensed gunsmith shall certify, in writing, all firearms safe and accurate.
3. Firearms shall be standard police service-type, semi-automatic or revolvers capable of firing hollow-point ammunition that meets the recommendations of the firearms manufacturer. Ammunition will be factory load only - no reloads. The contractor shall adhere to the manufacturer's specifications regarding ammunition retention, e.g., ammunition shall be properly rotated, and older ammunition utilized prior to utilization of newer ammunition.
4. The contractor shall provide sufficient ammunition for each armed Detention Officer, including uniformed contract supervisor(s.
5. The contractor shall account for all firearms and ammunition daily.

6. If any weapons or ammunition are missing from the inventory, the COR shall be notified immediately.

7. Firearms will be inspected. This shall be documented by the Warden/Facility Director.

8. Loading, unloading, and cleaning of the firearms shall only take place in designated areas.

9. The firearms shall be cleaned and oiled as appropriate to ensure optimum operating conditions.

11. Firearms shall be carried with the safety on, if applicable, with a round in the chamber.

12. The contractor shall maintain appropriate and ample supplies of firearms upkeep and maintenance equipment (cleaning solvents, lubricating oil, rods, brushes, patches, and other normal maintenance tools).

13. The contractor shall provide a complete listing of licensed firearms by serial numbers and by each safe location to the COR prior to beginning performance under this contract.

14. These lists shall be kept current through the terms of the contract and posted within each firearm's safe.

15. The contractor shall obtain and maintain on file appropriate State and municipality permits and weapons permits for each officer.

16. A copy of this permit shall be provided to the COR at least three working days prior to the anticipated assignment date of any individual.

17. The contractor shall ensure that his/her employees have all permits and licenses in their possession at all times while in performance of this contract.

18. The contractor shall provide safes/vaults for storage of firearms and ammunition, for each location where firearms are issued or exchanged, which meet agency requirements and are approved for the storage of firearms and ammunition.

19. The COR is responsible for approving the proposed safes/vaults prior to usage. Contract supervisors and guards shall make accurate receipt and return entries on a Firearms and Equipment Control Register.

20. Except when issuing or returning ammunition or firearms, each safe/vault shall remain locked at all times.

21. The contractor shall be responsible for having the combination of each safe/vault changed at least once every six months, or more often if circumstances warrant.

22. The contractor certifies firearms training to the COR.

23. The contractor shall certify proficiency semi-annual.

24. The contractor shall provide an ICE approved intermediate weapon(s).

**B. Body Armor Requirements**

1. The contractor shall provide body armor to all armed Detention Officers and armed supervisor(s).
2. Body armor shall be worn while on armed duty.
3. The body armor shall meet all requirements as set forth in the ICE Firearms Policy and/or PBNDS 2011, 2016 Revisions.
4. The contractor shall procure replacement body armor if the body armor becomes unserviceable, ill-fitting, worn/damaged, or at the expiration of service life.
5. All armed Detention Officers and armed supervisors need to be made aware of the health risks associated with the wearing of body armor in high heat/high humidity conditions and/or during strenuous exertion. When Detention Officers and supervisors are required to wear body armor, they shall be provided opportunities to rehydrate and remove the body armor as necessary.
6. The use of personally owned body armor is not authorized.

Page **45** of 76

## SECTION D – PACKAGING AND MARKING

This section is intentionally left blank

## SECTION E - INSPECTION AND ACCEPTANCE

**FAR 52.246-4 Inspection of Services - Fixed-Price (AUG 1996)**
(a) *Definition:* Services, as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish; and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with the contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by re-performance, the Government may –

   (1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

   (2) Reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may –

   (1) By contract or otherwise, perform the services and charge to the Contractor any cost incurred by the
Government that is directly related to the performance of such service; or

   (2) Terminate the contract for default.

Page 47 of 76

116

**E.1 - Inspection by the Government**

The Government has the right to inspect the posts manned by the Contractor's personnel. The COR will note deficiencies and refer them to the Contractor for corrective action. After taking corrective action, the Contractor shall inform the COR in writing.

The Government shall have the right to inspect all services and work that is performed by the Contractor. The Government has the right to review, collect, or seize documents, materials, logs, books, reports, and equipment. The Government has the right to test equipment and tools used by the Contractor, or its employees. The Government shall not unduly disrupt or delay Contractor work when inspecting.

**E.2 - Methodology to Be Used to Monitor the Contractor's Performance**

100 Percent Inspection: This is the most appropriate method for tasks with stringent performance requirements, e.g., where safety or health is a concern. With this method, performance is inspected and evaluated at each occurrence.

Random Sampling: This is the most appropriate method for frequently recurring tasks. With random sampling, services are sampled sporadically to determine if the level of performance is acceptable.

Planned Inspection: This method is appropriate to evaluate tasks at a set time.

Customer Complaint: This method is based on subjective opinions regarding performance standards and includes data elements necessary to begin an investigation. Any required service can have a valid Customer Compliant as an alternative method of surveillance.

**E.3 - Customer Complaint**

All Customer Complaints will be reviewed by the COR. The COR shall verify the performance and determine the validity of the complaint. The COR will notify the Project Manager of the customer complaint, annotating the time of the notification on the Customer Complaint. The Project Manager will respond in writing to the COR within two (2) working days of notification.

## SECTION F - DELIVERIES OR PERFORMANCE

**52.242-15 Stop-Work Order (AUG 1989)**

**52.242-17 Government Delay of Work (APR 1984)**

**F.1 - Period of Performance**
The period of performance for the contract is June 26, 2019 to March 25, 2020.

**F.2 - Notice to the Government of Delays**
If the Contractor has difficulty or anticipates difficulty meeting performance requirements, the Contractor shall immediately notify the Contracting Officer and the COR in writing. The Contractor shall give pertinent details.

This data is information only. The Government receipt of this information shall not be construed as Government waiver of any delivery schedule, rights or remedies provided by law or under this contract.

**F.3 - Deliverables of Written Documentation**
Written documentation and/or deliverables must be submitted as prescribed in Section J-Attachment 3.

**F.4 - Reporting Requirements**
The Contractor shall prepare and submit a Monthly Status Report concurrently with each invoice presented for payment to the COR. The report shall cover the term for which the invoice is submitted and shall list site any significant events that occurred during the reporting period with respect to the accomplishments of the tasks, a summary of what work was accomplished, problems and resolutions (address problem areas, results obtained relating to previously identified problem areas, and recommendations involving impact on technical, price and scheduling).

**F.5 - Monetary Adjustments for Unsatisfactory and Non-Performance of Required Standards**
ICE developed a model Quality Assurance Surveillance Plan (QASP) see Section J-Attachment 1, which sets forth the procedures and guidelines that ICE will use to inspect the technical performance of the Contractor. It presents the potential withholdings and mechanisms for applying adjustments to the Contractor's invoices as dictated by work performance measured to the desired level of accomplishment.

1. Define the roles and responsibilities of participating Government officials.

2. Define the types of work to be performed.

3. Describe the evaluation methods that will be employed by the Government in assessing the Contractor's performance.

4. Describe the process of performance documentation

**F.6 - Report Cards on Contractor Performance**
Contractor performance information is relevant for award of future Government contracts. Performance information includes such things as a Contractor's ability to conform to contract requirements and specifications, adherence to contract schedules, and commitment to customer satisfaction.

Federal agencies are required to evaluate Contractor performance. The Government completes and forwards the Contractor performance evaluation to the Contractor for review within 30 calendar days at the end of each period of performance or contract year. The Contractor has 30 days to make comments, rebut the statements, or add information that will be made part of the official record. Contractor performance evaluations shall be available to contracting personnel of other Federal agencies to make responsibility determinations on future contract actions.

## SECTION G - CONTRACT ADMINISTRATION DATA

**G.1 – Contract Administration Office.**

DHS, Immigration & Customs Enforcement
Office of Acquisition Management-Laguna
24000 Avila Road, Room 3104
Laguna Niguel, CA 92677

**G.1.1 – Contracting Officer Authority.**

The **Contracting Officer (CO)** is the only person authorized to approve changes in any of the requirements under this contract. Notwithstanding any clause contained elsewhere in this contract, the said authority remains solely with the Contracting Officer.

In the event the Contractor effects any change at the direction of any person other than the Contracting Officer, including any change beyond the scope of authority given to the duly authorized Contracting Officer's Representative identified in the contract, the change will be considered to have been made without authority and no adjustment will be made in the contract cost to cover any increase in charges incurred as a result thereof. The Contracting Officer has the authority to perform any and all post-award functions in administering and enforcing this contract in accordance with its terms and condition. The Contracting Officer may execute contract modifications de-obligating unexpended DHS/ICE dollar balances considered excess to known contracting requirements. All modifications and/or changes to this contract must be in writing, signed and approved by the Contracting Officer.

**G.2 – Contracting Officer's Representatives (COR(s))**

a. The Contracting Officer's Representatives (COR(s)) below are designated to coordinate the technical aspects of this contract and inspect items/services/invoices furnished hereunder, however, he/she shall not be authorized to change any terms and conditions of the resultant contract, including price.

b. The CORs are authorized to certify invoices for payment in accordance with Item G-3.

c. The Contracting Officer Representatives are:

Mr. Daniel A. Pomplun (Primary)

Mr. Daryoosh A. Mackay (Secondary)

The COR(s) are responsible for monitoring the performance of work under this contract. In no event, however, will any understanding, agreement, modification, change order or other matter deviating from the terms and conditions of this contract be effective or

binding upon the Government unless formalized by proper contractual documents executed by the Contracting Officer. The COR(s) may give technical direction to the Contractor that fills in details, requires pursuit of certain lines of inquiry or otherwise serves to facilitate the Contractor's compliance with the contract.

To be valid, the technical directions by the COR(s):

- Must be consistent with the general scope of work set for the in this contract

- May not constitute new assignment of work nor change the expressed terms, conditions or specifications of this contract, and

- Shall not constitute a basis for any increase in the contract's estimated cost or extension to the contract or period of performance.

In the event any Government technical direction is interpreted by the Contractor to fall within the clause of this contract entitled 'CHANGES" (FAR 52.243-1 Alternate 1), the Contractor shall not implement such direction bur shall notify the Contracting Officer in writing of such interpretation within ten (10) working days after the contractor's receipt of such direction.

If after reviewing the information presented by the Contractor, the Contracting Officer is of the opinion that such direction is within the purview of the "Changes" clause and considers such change desirable, a unilateral direction will be issued to the contractor to proceed pursuant to the authority granted in that clause.

In the event a determination is made that it is necessary to avoid a delay in performance of the contract, the Contracting Officer may direct the contractor to proceed with the implementation of the technical direction pending receipt of the information to be submitted by the contractor. Should the Contracting Officer later determine that a change direction is appropriate; the written direction issued hereunder shall constitute the required change direction.

**G.3 – Submission of Invoices Vouchers for Payment of Services.**

Contractors shall use these procedures when submitting an invoice.

1. Invoice Submission: Invoices shall be submitted in a ".pdf" format in accordance with the contract terms and conditions on a monthly basis via email, United States Postal Service (USPS) or facsimile as follows:

a)       Email:

•        Invoice.Consolidation@ice.dhs.gov
•        Contracting Officer Representative (COR) or Government Point of Contact (GPOC)

•         Contract Specialist/Contracting Officer

Each email shall contain only (1) invoice and the invoice number shall be indicated on the subject line of the email.

b)       USPS:

DHS, ICE
Financial Operations - Burlington
P.O. Box 1620
Williston, VT 05495-1620
ATTN: ICE-ERO-FOD-FLS

The Contractors Data Universal Numbering System (DUNS) Number must be registered and active in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.

c)       Facsimile:

Alternative Invoices shall be submitted to:  (802)-288-7658

Submissions by facsimile shall include a cover sheet, point of contact and the number of total pages.

Note: the Service Providers or Contractors Dunn and Bradstreet (D&B) DUNS Number must be registered in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.

2. Content of Invoices: Each invoice shall contain the following information in accordance with 52.212-4 (g), as applicable:

(i). Name and address of the Service Provider/Contractor. Note: the name, address and DUNS number on the invoice MUST match the information in both the Contract/Agreement and the information in the SAM. If payment is remitted to another entity, the name, address and DUNS information of that entity must also be provided which will require Government verification before payment can be processed;

(ii). Dunn and Bradstreet (D&B) DUNS Number;

(iii). Invoice date and invoice number;

(iv). Agreement/Contract number, contract line item number and, if applicable, the order number;

(v). Description, quantity, unit of measure, unit price, extended price and period of performance of the items or services delivered;

(vi). If applicable, shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vii). Terms of any discount for prompt payment offered;

(viii). Remit to Address;

(ix). Name, title, and phone number of person to resolve invoicing issues;

(x). ICE program office designated on order/contract/agreement and

(xi). Mark invoice as "Interim" (Ongoing performance and additional billing expected) and "Final" (performance complete and no additional billing)

(xii).  Electronic Funds Transfer (EFT) banking information in accordance with 52.232-33 Payment by Electronic Funds Transfer – System for Award Management or 52-232-34, Payment by Electronic Funds Transfer – Other than System for Award Management.

3. Invoice Supporting Documentation. To ensure payment, the vendor must submit supporting documentation which provides substantiation for the invoiced costs to the Contracting Officer Representative (COR) or Point of Contact (POC) identified in the contract. Invoice charges must align with the contract CLINs.  Supporting documentation is required when guaranteed minimums are exceeded and when allowable costs are incurred. Details are as follows:

(i). Guaranteed Minimums. If a guaranteed minimum is not exceeded on a CLIN(s) for the invoice period, no supporting documentation is required. When a guaranteed minimum is exceeded on a CLIN (s) for the invoice period, the Contractor is required to submit invoice supporting documentation for all detention services provided during the invoice period which provides the information described below:

- Detention Bed Space Services
- Bed day rate;
- Detainees check-in and check-out dates;
- Number of bed days multiplied by the bed day rate;
- Name of each detainee;
- Detainees identification information

(ii). Allowable Incurred Cost. Fixed Unit Price Items (items for allowable incurred costs, such as transportation services, stationary guard or escort services, transportation mileage

or other Minor Charges such as sack lunches and detainee wages): shall be fully supported with documentation substantiating the costs and/or reflecting the established price in the contract and shall be submitted in .pdf format:

a.      Detention Bed Space Services. For detention bed space CLINs without a GM, the supporting documentation must include:

- Bed day rate;
- Detainees check-in and check-out dates;
- Number of bed days multiplied by the bed day rate;
- Name of each detainee;
- Detainees identification information

b.      Transportation Services: For transportation CLINs without a GM, the supporting documentation must include:

- Mileage rate being applied for that invoice;
- Number of miles;
- Transportation routes provided;
- Locations serviced;
- Names of detainees transported;
- Itemized listing of all other charges; and,
- for reimbursable expenses (e.g. travel expenses, special meals, etc.) copies of all receipts.

c.      Stationary Guard Services: The itemized monthly invoice shall state:

- The location where the guard services were provided,
- The employee guard names and number of hours being billed,
- The employee guard names and duration of the billing (times and dates), and
- (4) for individual or detainee group escort services only, the name of the detainee(s) that was/were escorted.

d.      Other Direct Charges (e.g. VTC support, transportation meals/sack lunches, volunteer detainee wages, etc.):

1) The invoice shall include appropriate supporting documentation for any direct charge billed for reimbursement. For charges for detainee support items (e.g. meals, wages, etc.), the supporting documentation should include the name of the detainee(s) supported and the date(s) and amount(s) of support.

(iii) Firm Fixed-Price CLINs. Supporting documentation is not required for charges for FFP CLINs.

4. Safeguarding Information: As a contractor or vendor conducting business with Immigration and Customs Enforcement (ICE), you are required to comply with DHS Policy regarding the safeguarding of Sensitive Personally Identifiable Information (PII). Sensitive PII is information that identifies an individual, including an alien, and could result in harm, embarrassment, inconvenience or unfairness. Examples of Sensitive PII include information such as: Social Security Numbers, Alien Registration Numbers (A-Numbers), or combinations of information such as the individuals name or other unique identifier and full date of birth, citizenship, or immigration status.

As part of your obligation to safeguard information, the follow precautions are required:

(i)      Email supporting documents containing Sensitive PII in an encrypted attachment with password sent separately to the Contracting Officer Representative assigned to the contract.

(ii)      Never leave paper documents containing Sensitive PII unattended and unsecure. When not in use, these documents will be locked in drawers, cabinets, desks, etc. so the information is not accessible to those without a need to know.

(iii)     Use shredders when discarding paper documents containing Sensitive PII.

(iv)     Refer to the DHS Handbook for Safeguarding Sensitive Personally Identifiable Information (March 2012) found at http://www.dhs.gov/xlibrary/assets/privacy/dhs-privacy-safeguardingsensitivepiihandbook-march2012.pdf for more information on and/or examples of Sensitive PII.

5. Invoice Inquiries. If you have questions regarding payment, please contact ICE Financial Operations at
1-877-491-6521 or by e-mail at OCFO.CustomerService@ice.dhs.gov.

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

**H.1 – Clause and Provision Numbering.**

The clauses and provisions in this document are in numerical order but may not be numbered sequentially.

**H.2 – Background and Security Clearance Procedures.**

The Contractor shall process all background investigations through the ICE Security Office via the COR prior to contract start date. ICE shall have complete control over granting, denying, suspending, and terminating employment suitability checks for Contractor employees and prospective employees. If the COR receives a report indicating the unsuitability of any employee or prospective employees, the COR shall inform the Contractor that the Government will not allow the individual on site.  The following is the required security language applicable to this contract:

<u>**REQUIRED SECURITY LANGUAGE FOR SENSITIVE /BUT UNCLASSIFED (SBU) CONTRACT DETENTION FACILITY**</u>

<u>**SECURITY REQUIREMENTS**</u>

<u>General</u>:  Performance under this Contract Detention Facility agreement requires access to sensitive DHS information and will involve direct contact with ICE Detainees.  The Service Provider shall adhere to the following.

<u>Contractor Employee Fitness Screening:</u>   Screening criteria under DHS Instruction 121-01-007-001 (Personnel Security, Suitability and Fitness Program), or successor thereto, that may exclude contractor employees from consideration to perform under this agreement includes:

- Misconduct or negligence in employment;
- Criminal or dishonest conduct;
- Material, intentional false statement or deception of fraud in examination or appointment;
- Refusal to furnish testimony as required by 5 CFR § 5.4 (i.e., a refusal to provide testimony to the Merit Systems Protection Board or the Office of Special Counsel);
- Illegal use of narcotics, drugs, or other controlled substances without evidence of substantial rehabilitation.
- Alcohol abuse, without evidence of substantial rehabilitation, of a nature and duration that suggests that the applicant or appointee would be prevented from performing the duties of the position in question, or would constitute a direct threat to the property or safety of the applicant or appointee or others;
- Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation;
- Knowing and willful engagement in acts or activities designed to overthrow the U.S. Government by force;

Page **57** of 76

**126**

- Any statutory or regulatory bar which prevents the lawful employment of the person involved in the position in question (for Excepted Service employees); and
- Any other nondiscriminatory reason that an individual's employment (or work on a contract) would not protect the integrity of promote the efficiency of the service.

Contractor Employee Fitness Screening:  Screening criteria under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards) implemented pursuant to Public Law 108-79 (Prison Rape Elimination Act (PREA) of 2003) or successor thereto, that WILL exclude contractor employees from consideration to perform under this agreement includes:

- Engaged in Sexual Abuse in a Prison, Jail, Holding Facility, Community Confinement Facility, Juvenile Facility, or other Institution as defined under 42 USC 1997;
- Convicted of engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse;
- Civilly or administratively adjudicated to have in engaged in such activity.

Subject to existing law, regulations and/or other provisions of this Agreement, illegal or undocumented aliens shall not be employed by the Service Provider.

## GENERAL
The United States Immigration and Customs Enforcement (ICE) has determined that performance of the tasks as described in contract agreement (#) **70CDCR19D0000011** requires that the Contractor, subcontractor(s), vendor(s), etc. (herein known as Contractor) have access to sensitive DHS information and ICE Detainees, and that the Contractor will adhere to the following:

## PRELIMINARY FITNESS DETERMINATION
ICE will exercise full control over granting, denying, withholding or terminating unescorted government facility and/or sensitive Government information access for contractor employees, based upon the results of a Fitness screening process.  ICE may, as it deems appropriate, authorize and make a favorable expedited preliminary Fitness determination based on preliminary security checks.  The preliminary Fitness determination will allow the contractor employee to commence work temporarily prior to the completion of a Full Field Background Investigation.  The granting of a favorable preliminary Fitness shall not be considered as assurance that a favorable final Fitness determination will follow as a result thereof. The granting of preliminary Fitness or final Fitness shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE, at any time during the term of the contract.  No employee of the Contractor shall be allowed to enter on duty and/or access sensitive information or systems without a favorable preliminary Fitness determination or final Fitness determination by the Office of Professional Responsibility, Personnel Security Unit (OPR-PSU).  No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable preliminary Fitness determination or final Fitness determination by OPR-PSU.  Contract employees are processed under DHS Instruction 121-01-007-001 (Personnel Security, Suitability and Fitness Program), or successor thereto; those having direct contact with

Detainees will also have 6 CFR § 115.117 considerations made as part of the Fitness screening process.

## BACKGROUND INVESTIGATIONS

Contractor employees (to include applicants, temporaries, part-time and replacement employees) under the contract, needing access to sensitive information and/or ICE Detainees, shall undergo a position sensitivity analysis based on the duties each individual will perform on the contract.  The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. Background investigations will be processed through the Personnel Security Unit. Contractor employees nominated by a Contracting Officer Representative for consideration to support this contract shall submit the following security vetting documentation to OPR-PSU, through the Contracting Officer Representative (COR), within 10 days of notification by OPR-PSU of nomination by the COR and initiation of an Electronic Questionnaire for Investigation Processing (e-QIP) in the Office of Personnel Management (OPM) automated on-line system.

1.  Standard Form 85P (Standard Form 85PS (With supplement to 85P required for armed positions)), "Questionnaire for Public Trust Positions" Form completed on-line and archived by the contractor employee in their OPM e-QIP account.

2.  Signature Release Forms (Three total) generated by OPM e-QIP upon completion of Questionnaire (e-signature recommended/acceptable – instructions provided to applicant by OPR-PSU).  Completed on-line and archived by the contractor employee in their OPM e-QIP account.

3.  Two (2) SF 87 (Rev. December 2017) Fingerprint Cards. **(Two Original Cards sent via COR to OPR-PSU)**

4.  Foreign National Relatives or Associates Statement.  (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

5.  DHS 11000-9, "Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act" (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

6.  Optional Form 306 Declaration for Federal Employment (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

7.  Questionnaire regarding conduct defined under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards) (This document sent as an

Page **59** of 76

attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

8.   One additional document may be applicable if contractor employee was born abroad.  If applicable, additional form and instructions will be provided to contractor employee.  (If applicable, the document will be sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

Contractor employees who have an adequate, current investigation by another Federal Agency may not be required to submit complete security packages; the investigation may be accepted under reciprocity.  The questionnaire related to 6 CFR § 115.117 listed above in item 7 will be required for positions designated under PREA.

An adequate and current investigation is one where the investigation is not more than five years old, meets the contract risk level requirement, and applicant has not had a break in service of more than two years.  (Executive Order 13488 amended under Executive Order 13764/DHS Instruction 121-01-007-01)

Required information for submission of security packet will be provided by OPR-PSU at the time of award of the contract.  Only complete packages will be accepted by the OPR-PSU as notified by the COR.

To ensure adequate background investigative coverage, contractor employees must currently reside in the United States or its Territories.  Additionally, contractor employees are required to have resided within the Unites States or its Territories for three or more years out of the last five (ICE retains the right to deem a contractor employee ineligible due to insufficient background coverage).  This time-line is assessed based on the signature date of the standard form questionnaire submitted for the applied position.  Contractor employees falling under the following situations may be exempt from the residency requirement: 1) work or worked for the U.S. Government in foreign countries in federal civilian or military capacities; 2) were or are dependents accompanying a federal civilian or a military employee serving in foreign countries so long as they were or are authorized by the U.S. Government to accompany their federal civilian or military sponsor in the foreign location; 3) worked as a contractor employee, volunteer, consultant or intern on behalf of the federal government overseas, where stateside coverage can be obtained to complete the background investigation; 4) studied abroad at a U.S. affiliated college or university; or 5) have a current and adequate background investigation (commensurate with the position risk/sensitivity levels) completed for a  federal or contractor employee position, barring any break in federal employment or federal sponsorship.

Only U.S. Citizens and Legal Permanent Residents are eligible for employment on contracts requiring access to DHS sensitive information unless an exception is granted as outlined under DHS Instruction 121-01-007-001.  Per DHS Sensitive Systems Policy Directive 4300A, only U.S. citizens are eligible for positions requiring access to DHS

Information Technology (IT) systems or positions that are involved in the development, operation, management, or maintenance of DHS IT systems, unless an exception is granted as outlined under DHS Instruction 121-01-007-001.

**TRANSFERS FROM OTHER DHS CONTRACTS:**

Contractor employees may be eligible for transfer from other DHS Component contracts provided they have an adequate and current investigation meeting the new assignment requirement.  If the contractor employee does not meet the new assignment requirement a DHS 11000-25 with ICE supplemental page will be submitted to OPR-PSU to initiate a new investigation.

Transfers will be accomplished by submitting a DHS 11000-25 with ICE supplemental page indicating "Contract Change."  The questionnaire related to 6 CFR § 115.117 listed above in item 7 will be required for positions designated under PREA.

**CONTINUED ELIGIBILITY**

ICE reserves the right and prerogative to deny and/or restrict facility and information access of any contractor employee whose actions conflict with Fitness standards contained in DHS Instruction 121-01-007-01, Chapter 3, paragraph 6.B or who violate standards of conduct under 6 CFR § 115.117.  The Contracting Officer or their representative can determine if a risk of compromising sensitive Government information exists or if the efficiency of service is at risk and may direct immediate removal of a contractor employee from contract support.  The OPR-PSU will conduct periodic reinvestigations every 5 years, or when derogatory information is received, to evaluate continued Fitness of contractor employees.

**REQUIRED REPORTS**

The Contractor will notify OPR-PSU, via the COR, of all terminations/resignations of contractor employees under the contract within five days of occurrence.  The Contractor will return any expired ICE issued identification cards and building passes of terminated/ resigned employees to the COR.  If an identification card or building pass is not available to be returned, a report must be submitted to the COR referencing the pass or card number, name of individual to whom issued, the last known location and disposition of the pass or card.  The COR will return the identification cards and building passes to the responsible ID Unit.

The Contractor will report any adverse information coming to their attention concerning contractor employees under the contract to the OPR-PSU, via the COR, as soon as possible. Reports based on rumor or innuendo should not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report shall include the contractor employees' name and social security number, along with the adverse information being reported.

The Contractor will provide, through the COR a Quarterly Report containing the names of contractor employees who are active, pending hire, have departed within the quarter or have had a legal name change (Submitted with documentation).  The list shall include the Name, Position and SSN (Last Four) and should be derived from system(s) used for

contractor payroll/voucher processing to ensure accuracy.

CORs will submit reports to psu-industrial-security@ice.dhs.gov

Contractors, who are involved with management and/or use of information/data deemed "sensitive" to include 'law enforcement sensitive" are required to complete the DHS Form 11000-6-Sensitive but Unclassified Information NDA for contractor access to sensitive information. The NDA will be administered by the COR to the all contract personnel within 10 calendar days of the entry on duty date.   The completed form shall remain on file with the COR for purpose of administration and inspection.

Sensitive information as defined under the Computer Security Act of 1987, Public Law 100-235 is information not otherwise categorized by statute or regulation that if disclosed could have an adverse impact on the welfare or privacy of individuals or on the welfare or conduct of Federal programs or other programs or operations essential to the national interest. Examples of sensitive information include personal data such as Social Security numbers; trade secrets; system vulnerability information; pre-solicitation procurement documents, such as statements of work; and information pertaining to law enforcement investigative methods; similarly, detailed reports related to computer security deficiencies in internal controls are also sensitive information because of the potential damage that could be caused by the misuse of this information.   All sensitive information must be protected from loss, misuse, modification, and unauthorized access in accordance with DHS Management Directive 11042.1, *DHS Policy for Sensitive Information* and ICE Policy 4003, *Safeguarding Law Enforcement Sensitive Information*."

Any unauthorized disclosure of information should be reported to ICE.ADSEC@ICE.dhs.gov.

**SECURITY MANAGEMENT**
The Contractor shall appoint a senior official to act as the Corporate Security Officer.  The individual will interface with the OPR-PSU through the COR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the Contractor.

The COR and the OPR-PSU shall have the right to inspect the procedures, methods, and facilities utilized by the Contractor in complying with the security requirements under this contract.  Should the COR determine that the Contractor is not complying with the security requirements of this contract, the Contractor will be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with such requirements.

**INFORMATION TECHNOLOGY SECURITY CLEARANCE**
When sensitive government information is processed on Department telecommunications and automated information systems, the Contractor agrees to provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS MD 4300.1, *Information Technology Systems Security.* or its replacement*.*  Contractor employees must have

Page **62** of 76

favorably adjudicated background investigations commensurate with the defined sensitivity level.

Contractor employees who fail to comply with Department security policy are subject to having their access to Department IT systems and facilities terminated, whether or not the failure results in criminal prosecution.  Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).

## INFORMATION TECHNOLOGY SECURITY TRAINING AND OVERSIGHT

In accordance with Chief Information Office requirements and provisions, all contractor employees accessing Department IT systems or processing DHS sensitive data via an IT system will require an ICE issued/provisioned Personal Identity Verification (PIV) card. Additionally, Information Assurance Awareness Training (IAAT) will be required upon initial access and annually thereafter.  IAAT training will be provided by the appropriate component agency of DHS.

Contractor employees, who are involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the Department, shall receive periodic training at least annually in security awareness and accepted security practices, systems rules of behavior, to include Unauthorized Disclosure Training, available on PALMS or by contacting ICE.ADSEC@ICE.dhs.gov. Department contractor employees, with significant security responsibilities, shall receive specialized training specific to their security responsibilities annually.  The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security.

All personnel who access Department information systems will be continually evaluated while performing these duties.  System Administrators should be aware of any unusual or inappropriate behavior by personnel accessing systems.  Any unauthorized access, sharing of passwords, or other questionable security procedures should be reported to the local Security Office or Information System Security Officer (ISSO).

# SECTION I—CONTRACT CLAUSES

| 52.202-1 | Definitions | (NOV 2013) |
|---|---|---|
| 52.203-3 | Gratuities | (APR 1984) |
| 52.203-5 | Covenant Against Contingent Fees | (MAY 2014) |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government | (SEP 2006) |
| 52.203-7 | Anti-Kickback Procedures | (MAY 2014) |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | (MAY 2014) |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity | (MAY 2014) |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | (OCT 2010) |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | (OCT 2015) |
| 52.204-2 | Security Requirements | (AUG 1996) |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | (MAY 2011) |
| 52.204-7 | System for Award Management | (OCT 2018) |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | (JAN 2011) |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | (OCT 2018) |
| 52.204-13 | System for Award Management Maintenance | (OCT 2018) |
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | (OCT 2015) |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | (OCT 2018) |
| 52.210-1 | Market Research | (APR 2011) |
| 52.215-2 | Audit and Records – Negotiation | (OCT 2010) |
| 52.215-8 | Order of Precedence – Uniform Contract Format | (OCT 1997) |
| 52.215-10 | Price Reduction for Defective Cost and Pricing Data | (AUG 2011) |
| 52.215-11 | Price Reduction for Defective Certified Cost or Pricing Data – Modifications | (AUG 2011) |
| 52.215-12 | Subcontractor Certified Cost or Pricing Data | (OCT 2010) |

| 52.215-13 | **Subcontractor Certified Cost or Pricing Data – Modifications** | **(OCT 2010)** |
|---|---|---|
| 52.215-14 | **Integrity of Unit Prices** | **(OCT 2010)** |
| 52.215-15 | **Pension Adjustments and Asset Reversions** | **(OCT 2010)** |
| 52.215-18 | **Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions** | **(JUL 2005)** |
| 52.215-19 | **Notification of Ownership Changes** | **(OCT 1997)** |
| 52.215-20 | **Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data** | **(OCT 2010)** |
| 52.215-21 | **Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data – Modifications** | **(OCT 2010)** |
| 52.216-18 | **Ordering** | **(OCT 1995)** |

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from June 26, 2019 through March 25, 2020.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

<center>(End of Clause)</center>

**FAR 52.216-19   Ordering Limitations**        **(OCT 1995)**

(a) *Minimum order.* When the Government requires supplies or services covered by this contract in an amount of less than *1,455 bed days per day (Guaranteed Minimum),* the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) *Maximum order.* The Contractor is not obligated to honor --

    (1) Any order for a single item in excess of *$62,864,912.19*;

    (2) Any order for a combination of items in excess of *$62,864,912.19*; or

    (3) A series of orders from the same ordering office within five (5) days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (*i.e.*, includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one

requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within two (2) days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of Clause)

**FAR 52.216-22   Indefinite Quantity**                                        **(OCT 1995)**

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

*(d)* Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after March 25, 2020.

(End of Clause)

**52.217-8          Option to Extend Services**                                **(NOV 1999)**
The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed six (6) months. The CO may exercise the option by written notice to the Contractor within sixty (60) days of expiration.

| | | |
|---|---|---|
| **52.219-8** | **Utilization of Small Business Concerns** | **(OCT 2018)** |
| **52.219-9** | **Small Business Subcontracting Plan Alternate II** | **(AUG 2018)** |
| **52.219-16** | **Liquidated Damages – Subcontracting Plan** | **(JAN 1999)** |
| **52.219-28** | **Post-Award Small Business Program Representation** | **(JUL 2013)** |
| **52.222-1** | **Notice to the Government of Labor Disputes** | **(FEB 1997)** |
| **52.222-3** | **Convict Labor** | **(JUN 2003)** |

Page **66** of 76

| 52.222-4 | Contract Work Hours and Safety Standards– Overtime Compensation | (MAY 2018) |
| --- | --- | --- |
| 52.222-17 | Nondisplacement of Qualified Workers | (MAY 2014) |
| 52.222-21 | Prohibition of Segregated Facilities | (APR 2015) |
| 52.222-26 | Equal Opportunity | (SEP 2016) |
| 52.222-35 | Equal Opportunity for Veterans | (OCT 2015) |
| 52.222-36 | Equal Opportunity for Workers with Disabilities | (JULY 2014) |
| 52.222-37 | Employment Reports on Veterans | (FEB 2016) |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | (DEC 2010) |
| 52.222-41 | Service Contract Labor Standards | (AUG 2018) |
| 52.222-42 | Statement of Equivalent Rates for Federal Hires | (MAY 2014) |

In compliance with the Service Contract Labor Standards statute and the regulations of the Secretary of Labor (29 CFR part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

*This Statement is for Information Only:*
*It is not a Wage Determination*

| Employee Class | Monetary Wage -- Fringe Benefits |
| --- | --- |
|  |  |
|  |  |
|  |  |

(End of Clause)

| 52.222-43 | Fair Labor Standards Act and Service Contract Labor Standards – Price Adjustment (Multiple Year and Option Contracts) | (AUG 2018) |
| --- | --- | --- |
| 52.222-50 | Combating Trafficking in Persons | (JAN 2019) |
| 52.222-54 | Employment Eligibility Verification | (OCT 2015) |
| 52.223-1 | Biobased Product Certification | (MAY 2012) |
| 52.223-2 | Affirmative Procurement of Biobased Products Under Service and Construction Contracts | (SEP 2013) |
| 52.223-4 | Recovered Material Certification | (MAY 2008) |

| 52.223-5 | Pollution Prevention and Right-to-Know Information | (MAY 2011) |
| 52.223-6 | Drug-Free Workplace | (MAY 2001) |
| 52.223-9 | Estimate of Percentage of Recovered Material Content for EPA-Designated Items | (MAY 2008) |
| 52.223-10 | Waste Reduction Program | (MAY 2011) |
| 52.223-11 | Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons | (JUN 2016) |
| 52.223-12 | Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners | (JUN 2016) |
| 52.223-15 | Energy Efficiency in Energy-Consuming Products | (DEC 2007) |
| 52.223-16 | Acquisition of EPEAT-Registered Personal Computer Products | (OCT 2015) |
| 52.223-17 | Affirmative Procurement of EPA-designated Items in Service and Construction Contracts | (AUG 2018) |
| 52.223-18 | Encouraging Contractor Policy to Ban Text Messaging While Driving | (AUG 2011) |
| 52.224-1 | Privacy Act Notification | (APR 1984) |
| 52.224-2 | Privacy Act | (APR 1984) |
| 52.225-13 | Restrictions on Certain Foreign Purchases | (JUN 2008) |
| 52.226-6 | Promoting Excess Food Donation to Nonprofit Organizations | (MAY 2014) |
| 52.227-1 | Authorization and Consent | (DEC 2007) |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | (DEC 2007) |
| 52.227-14 | Rights in Data – General | (MAY 2014) |
| 52.229-3 | Federal, State, and Local Taxes | (FEB 2013) |
| 52.232-1 | Payments | (APR 1984) |
| 52.232-8 | Discounts for Prompt Payment | (FEB 2002) |
| 52.232-9 | Limitation on Withholding of Payments | (APR 1984) |
| 52.232-11 | Extras | (APR 1984) |
| 52.232-17 | Interest | (MAY 2014) |
| 52.232-18 | Availability of Funds | (APR 1984) |
| 52.232-19 | Availability of Funds for the Next Fiscal Year | (APR 1984) |

| | | |
|---|---|---|
| 52.232-23 | Assignment of Claims | (MAY 2014) |
| 52.232-25 | Prompt Payment | (JAN 2017) |
| 52.232-33 | Payment by Electronic Funds Transfer – System for Award Management | (OCT 2018) |
| 52.232-39 | Unenforceability of Unauthorized Obligations | (JUN 2013) |
| 52.232-40 | Providing Accelerated Payment to Small Business Subcontractors | (DEC 2013) |
| 52.233-1 | Disputes<br>Alternate I | (MAY 2014)<br>(DEC 1991) |
| 52.233-4 | Applicable Law for Breach of Contract Claim | (OCT 2004) |
| 52.237-3 | Continuity of Services | (JAN 1991) |
| 52.239-1 | Privacy or Security Safeguards | (AUG 1996) |
| 52.242-13 | Bankruptcy | (JUL 1995) |
| 52.243-1 | Changes - Fixed-Price<br>Alternate I | (AUG 1987)<br>(APR 1984) |
| 52.244-5 | Competition in Subcontracting | (DEC 1996) |
| 52.244-6 | Subcontracts for Commercial Items. | (JAN 2019) |
| 52.245-1 | Government Property | (JAN 2017) |
| 52.245-9 | Use and Charges | (APR 2012) |
| 52.246-20 | Warranty of Services | (MAY 2001) |
| 52.246-25 | Limitation of Liability - Services | (FEB 1997) |
| 52.248-1 | Value Engineering | (OCT 2010) |
| 52.249-2 | Termination for Convenience of the Government (Fixed-Price) | (APR 2012) |
| 52.249-8 | Default (Fixed-Price Supply and Service) | (APR 1984) |
| 52.251-1 | Government Supply Sources | (APR 2012) |
| 52.252-2 | Clauses Incorporated by Reference | (FEB 1998) |

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the CO will make their full text available. Also, the full text of a clause may be accessed electronically at this address: https://www.acquisition.gov/far/

| | | |
|---|---|---|
| 52.253-1 | Computer Generated Forms | (JAN 1991) |

The following Homeland Security Acquisition Regulations (HSAR) clauses can be found at:
http://www.dhs.gov/xlibrary/assets/opnbiz/hsar.pdf.

**3052.203-70      Instructions for Contractor Disclosure of Violations      (SEP 2012)**

**3052.204-70      Security Requirements for Unclassified Information      (JUN 2006)
                  Technology Resources**

(a) The Contractor shall be responsible for Information Technology (IT) security for all systems
connected to a DHS network or operated by the Contractor for DHS, regardless of location. This
clause applies to all or any part of the contract that includes information technology resources or
services for which the Contractor must have physical or electronic access to sensitive information
contained in DHS unclassified systems that directly support the agency's mission.

(b) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall
describe the processes and procedures that will be followed to ensure appropriate security of IT
resources that are developed, processed, or used under this contract.

(1) Within thirty (30) days after contract award, the contractor shall submit for approval
its IT Security Plan, which shall be consistent with and further detail the approach
contained in the Contractor's proposal. The plan, as approved by the CO, shall be
incorporated into the contract as a compliance document.

(2) The Contractor's IT Security Plan shall comply with Federal laws that include, but are
not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.); the
Government Information Security Reform Act of 2000; and the Federal Information
Security Management Act of 2002; and with Federal policies and procedures that include,
but are not limited to, OMB Circular A-130.

(3) The security plan shall specifically include instructions regarding handling and
protecting sensitive information at the Contractor's site (including any information stored,
processed, or transmitted using the Contractor's computer systems), and the secure
management, operation, maintenance, programming, and system administration of
computer systems, networks, and telecommunications systems.

(c) Examples of tasks that require security provisions include--

(1) Acquisition, transmission or analysis of data owned by DHS with significant
replacement cost should the contractor's copy be corrupted; and

(2) Access to DHS networks or computers at a level beyond that granted the general
public (e.g., such as bypassing a firewall).

(d) At the expiration of the contract, the contractor shall return all sensitive DHS information and
IT resources provided to the contractor during the contract, and certify that all non-public DHS
information has been purged from any contractor-owned system. Components shall conduct
reviews to ensure that the security requirements in the contract are implemented and enforced.

(e) Within 6 months after contract award, the contractor shall submit written proof of IT Security
accreditation to DHS for approval by the DHS CO. Accreditation will proceed according to the
criteria of the DHS Sensitive System Policy Publication, 4300A (Version 2.1, July 26, 2004) or
any replacement publication, which the CO will provide upon request. This accreditation will
include a final security plan, risk assessment, security test and evaluation, and disaster recovery
plan / continuity of operations plan. This accreditation, when accepted by the CO, shall be
incorporated into the contract as a compliance document. The contractor shall comply with the

approved accreditation documentation.

**3052.204-71**     **Contractor Employee Access**             **(SEP 2012)**

(a) "Sensitive Information," as used in this Chapter, means any information, the loss, misuse, disclosure, or unauthorized access to or modification of which could adversely affect the national or homeland security interest, or the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:

    (1) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Pub. L. 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his / her designee);

    (2) Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, part 1520, as amended, "Policies and Procedures of Safeguarding and Control of SSI," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or his / her designee);

    (3) Information designated as "For Official Use Only," which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and

    (4) Any information that is designated "sensitive" or subject to other controls, safeguards or protections in accordance with subsequently adopted homeland security information handling procedures.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the COCO. Upon the CO's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the Government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the CO. For those contractor employees authorized access to sensitive

information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

| | | |
|---|---|---|
| **3052.205-70** | **Advertisements, Publicizing Awards, and Releases** | **(SEP 2012)** |
| | **Alternate I** | **(SEP 2012)** |
| | | |
| **3052.209-70** | **Prohibition on Contracts with Corporate Expatriates** | **(JUN 2006)** |

(a) Prohibitions.

Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this clause, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.

(b) Definitions. As used in this clause:

Expanded Affiliated Group means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation. A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—

(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.

Person, domestic, and foreign have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) Certain stock disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

(i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) Stock of such entity which is sold in a public offering related to an acquisition described in section 835(b)(1) of the Homeland Security Act, 6 U.S.C. 395(b)(1).

(2) Plan deemed in certain cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) Certain transfers disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) Special rule for related partnerships. For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:

(i) warrants;

(ii) options;

(iii) contracts to acquire stock;

(iv) convertible debt instruments; and

(v) others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.

(f) Disclosure. The offeror under this solicitation represents that [Check one]:

XX it is not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003;

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it has submitted a request for waiver pursuant to 3009.108-7004, which has not been denied; or

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it plans to submit a request for waiver pursuant to 3009.108-7004.

(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal.

| 3052.215-70 | **Key Personnel or Facilities** | **(DEC 2003)** |

(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.

(b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.

The Key Personnel or Facilities under this Contract: See Section C

| 3052.222-70 | **Strikes or Picketing Affecting Timely Completion of the Contract Work** | **(DEC 2003)** |
| 3052.222-70 | **Strikes or Picketing Affecting Access to a DHS Facility** | **(DEC 2003)** |
| 3052.225-70 | **Requirement for Use of Certain Domestic Commodities** | **(AUG 2009)** |

(a) Definitions. As used in this clause--

(1) "Commercial," as applied to an item described in subsection (b) of this clause, means an item of supply, whether an end product or component, that meets the definition of "commercial item" set forth in (FAR) 48 CFR 2.101.

(2) "Component" means any item supplied to the Government as part of an end product or of another component.

(3) "End product" means supplies delivered under a line item of this contract.

(4) "Non-commercial," as applied to an item described in subsections (b) or (c) of this clause, means an item of supply, whether an end product or component, that does not meet the definition of "commercial item" set forth in (FAR) 48 CFR 2.101.

(5) "Qualifying country" means a country with a memorandum of understanding or international agreement with the United States under which DHS procurement is covered.

(6) "United States" includes the possessions of the United States.

(b) The Contractor shall deliver under this contract only such of the following commercial or non-commercial items, either as end products or components, that have been grown, reprocessed, reused, or produced in the United States:

(1) Clothing and the materials and components thereof, other than sensors, electronics, or other items added to, and not normally associated with, clothing and the materials and components thereof; or

(2) Tents, tarpaulins, covers, textile belts, bags, protective equipment (such as body armor), sleep systems, load carrying equipment (such as fieldpacks), textile marine equipment, parachutes or bandages.

(c) The Contractor shall deliver under this contract only such of the following non-commercial items, either as end products or components that have been grown, reprocessed, reused, or

produced in the United States:

(1) Cotton and other natural fiber products.

(2) Woven silk or woven silk blends.

(3) Spun silk yarn for cartridge cloth.

(4) Synthetic fabric or coated synthetic fabric (including all textile fibers and yarns that are for use in such fabrics).

(5) Canvas products.

(6) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles).

(7) Any item of individual equipment manufactured from or containing any of the fibers, yarns, fabrics, or materials listed in this paragraph (c).

(d) This clause does not apply--

(1) To items listed in (FAR) 48 CFR 25.104, or other items for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at United States market prices;

(2) To incidental amounts of cotton, other natural fibers, or wool incorporated in an end product, for which the estimated value of the cotton, other natural fibers, or wool is not more than 10 percent of the total price of the end product; or

(3) To items that are eligible products per (FAR) 48 CFR Subpart 25.4.

**3052.242-72     Contracting Officer's Technical Representative                    (DEC 2003)**

## SECTION J - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

Attachment 1 - Quality Assurance Surveillance Plan (OASP)

    Attachment 1A - Performance Requirements Summary
    Attachment 1B - Monitoring Tool
    Attachment 1C - Contract Discrepancy Report

Attachment 2 - Wages

    Attachment 2A - Collective Bargaining Agreement (CBA) between GEO, United Government Security Officers of America International Union, and its Local #880 (CBA), signed April 23, 2018

    Attachment 2B - DOL Wage Determination: 2015-5629 R.9 Date 12/26/2018

Attachment 3 - SOW

Attachment 4 Deliverables – Detention and Food Services

Attachment 5 - Approved Staffing Plan

Attachment 6 - PBNDS 2011, 2016 Revisions dated December 2016-Optimal

Attachment 7 - DHS Prison Rape Elimination Act (DHS PREA) Provisions

Attachment 8 - Franco-Gonzalez Health Form

# EXHIBIT C

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | | 1 | 60 |

| 2. CONTRACT NO. | 3. AWARD/ | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION |
|---|---|---|---|---|
| 70CDCR20D00000009 | EFFECTIVE DATE | | 70CDCR20R00000002 | ISSUE DATE 10/16/2019 |

| 7. | FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME WILLIAM FULLER | b. TELEPHONE NUMBER *(No collect calls)* 202-732-2674 | 8. OFFER DUE DATE/LOCAL TIME ES |
|---|---|---|---|---|

| 9. ISSUED BY | CODE | ICE/DCR | 10. THIS ACQUISITION IS | ☒ UNRESTRICTED OR | ☐ SET ASIDE: | % FOR: |
|---|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite 930
WASHINGTON DC 20536

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS:

SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ   ☐ IFB   ☒ RFP | |

| 15. DELIVER TO | CODE | ICE/ERO | 16. ADMINISTERED BY | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE Enforcement & Removal
Immigration and Customs Enforcement
801 I Street, NW
Suite 900
Washington DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite 930
WASHINGTON DC 20536

| 17a. CONTRACTOR/ OFFEROR | CODE 6127064650000 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE ICE-ERO-FHQ-DMD |
|---|---|---|---|---|

GEO GROUP INC THE
ATTN AMBER MARTIN
4955 TECHNOLOGY WAY
BOCA RATON FL 334313367

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Attn: ICE-ERO/DRO-FHQ-DMD
Williston VT 05495-1620

TELEPHONE NO.   5619997359

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | DUNS Number: 612706465<br>NAICS Code: 561612<br>PSC: S206<br><br>Contracting Officer (CO): Abeer Saleh,<br>abeer.saleh@ice.dhs.gov 202-732-2627<br>Contracting Officer's Representative (COR):<br>Daniel Pomplun, daniel.a.pomplun@ice.dhs.gov,<br>760-561-6327<br>Alternate COR: Daryoosh MacKay,<br>daryoosh.a.mackay@ice.dhs.gov, 213-312-7632 | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $2,136,133,870.80 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA | ☒ ARE | ☐ ARE NOT ATTACHED. |

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____1____ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *(signature)* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* ABEER T SALEH  Digitally signed by ABEER T SALEH Date: 2019.12.19 22:15:50 -05'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Amber D. Martin, Executive Vice President | 30c. DATE SIGNED 12/19/2019 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* ABEER SALEH | 31c. DATE SIGNED |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The purpose of this contract is to establish detention, transportation and medical services in the Los Angeles Area of Responsibility at Adelanto Detention Facility and the Desert View Modified Community Correctional Facility in accordance with the Performance Work Statement for this Contract (supplemented by PWS Requirement D Addendum).<br><br>All services shall be furnished in compliance with the following regulations/policies/standards:<br><br>2011 Performance Based National Detention Standards (PBNDS 2011)as revised in DEC 2016 Prison Rape Elimination Act (PREA) standards for DHS detention facilities American Correctional Association (ACA) Standards National Commission on Correctional Health Care(NCCHC) Standards<br><br>All IDIQ terms and conditions flow down to the Task Orders.<br><br>Scope of work changes must be submitted in writing and approved by a warranted ICE Contracting Officer. Any work conducted outside the scope of the terms of this contract will be Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**148**

STANDARD FORM 1449 (REV. 2/2012) BACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | PAGE 3 | OF 60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | at the contractor's own risk.<br><br>The Contractor shall not be entitled to a guaranteed minimum on any CLIN for any day unless the Contractor has made the number of beds that constitute that guaranteed minimum available to ICE on such day.<br><br>The following is a list of attachments hereby incorporated into this Contract:<br>Attachment 1: G-391 Attachments<br>Attachment 2: QASP Attachments<br>Attachment 3: IHSC National Formulary FY 2019<br>Attachment 4: IHSC Form 067 Request for approval of non-formulary medications<br>Attachment 5: IHSC Minimum Staffing Requirements Standards<br>Attachment 6: IHSC Intake Screening Form<br>Attachment 7: IHSC Sample Clinical Practice Guidelines<br>Attachment 8: IHSC electronic Quality Medical Care (QMC) Audit tool<br>Attachment 9: IHSC electronic Quality Medical Care (QMC) Incident Report<br>Attachment 10: Requirements Traceable Matrix (RTM)<br>Attachment 11: ICE Firearms Policy<br>Attachment 12: ICE Body Armor Policy<br>Attachment 13: Lyons Settlement Agreement<br>Attachment 14: Franco Settlement Agreement<br>Attachment 15: Screening ICE Detainees Health Form<br>Attachment 16: PWS Addendum 1<br>Attachment 17: Requirement D PWS Addendum<br>Attachment 18: Section B Supplies or Services and Price Costs<br>Attachment 19: Section C Performance Work Statement dated 10/25/2019<br>Attachment 20: Contract Clauses<br>Attachment 21: Section K Completed by Contractor<br>Attachment 22: Contractor's Proposal dated 12/19/2019<br>Attachment 23:ICE Design Standards for Contractor Detention Facilities (CDFs)<br>Attachment 24: Executive Office for Immigration Review (EOIR) Design Standards<br>Attachment 25: Structure Cable Plant Standards<br>Attachment 26: Health Design Standards<br>Attachment 27: IHSC Design Standards Supplement<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | | PAGE 4 | OF 60 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Attachment 28: Adelanto Detention Facility Collective Bargaining Agreement between GEO and United Government Security Officers of America International Union and its Local #880 (Effective April 23, 2018-April 22, 2021) | | | | |
| | Funding will be provided at the Task Order level. | | | | |
| | Pursuant to FAR 52.216-22(b), the maximum amount of services the Contractor shall furnish under this IDIQ is $2,136,133,870.80, and the minimum amount of services the Government shall order under this IDIQ is $1,000,000.00. | | | | |
| | If a DOL Wage Determination or CBA incorporation results in an increase to employee wages that is above the annual escalation already noted in the contract, the vendor must submit a request for equitable adjustment and provide sufficient documentation to the CO's satisfaction. No additional contractor employee wage adjustments will be paid by ICE if those increased wage amounts falls within/is less than the annual percentage escalation built into the CLIN. | | | | |
| | The ultimate completion date of this IDIQ is 12/19/2034 if all options are exercised. Thus, the total duration of this IDIQ is from 12/20/2019 to 12/19/2034. Period of Performance: 12/20/2019 to 12/19/2034 | | | | |
| 0001 | Desert View Pre-Transition/Mobilization | | | | 300,000.00 |
| | POP: 12/20/2019-06/19/2020 | | | | |
| | Monthly Rate: $50,000 Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0001A | Desert View Transition | | | | 200,000.00 |
| | POP: 06/20/2020 - 08/19/2020 | | | | |
| | Monthly Rate: $100,000 Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | PAGE OF |
|---|---|---|---|---|---|
| | | | | | 5 / 60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0002 | Adelanto Detention Bed Day Rate Guaranteed Minimum 1 to 1,455 beds<br><br>Periods of Performance and Rates:<br>12/20/2019-12/19/2020 (532,530 Beds) $154.00<br>12/20/2020-12/19/2021 (531,075 Beds) $157.46<br>12/20/2021-12/19/2022 (531,075 Beds) $160.48<br>12/20/2022-12/19/2023 (531,075 Beds) $163.05<br>12/20/2023-12/19/2024 (532,530 Beds) $165.82<br><br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 425,755,508.85 |
| 0002A | Desert View Detention Services Guaranteed Minimum (1-600 beds)<br><br>Periods of Performance and Rates:<br>08/20/2020-12/19/2020 (73,200 Beds) $116.25<br>12/20/2020-12/19/2021 (219,000 Beds) $123.43<br>12/20/2021-12/19/2022 (219,000 Beds) $125.71<br>12/20/2022-12/19/2023 (219,000 Beds) $127.46<br>12/20/2023-12/19/2024 (219,600 Beds) $129.35<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 119,390,160.00 |
| 0003 | Adelanto Detention Services Above Guaranteed Minimum (1456-1940 beds)<br><br>Periods of Performance and Rates:<br>12/20/2019-12/19/2020 (177,510 Beds) $50.00<br>12/20/2020-12/19/2021 (177,025 Beds) $51.12<br>12/20/2021-12/19/2022 (177,025 Beds) $52.10<br>12/20/2022-12/19/2023 (177,025 Beds) $52.94<br>12/20/2023-12/19/2024 (177,510 Beds) $53.84<br>Obligated Amount: $0.00<br>Continued ... | | | | 46,076,862.40 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | | PAGE 6 | OF 60 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0003A | Desert View Detention Services Above Guaranteed Minimum (601-750 beds)<br><br>Periods of Performance and Rates: 08/20/2020-12/19/2020 (18,300 Beds) $75.00 12/20/2020-12/19/2021 (54,750 Beds) $79.63 12/20/2021-12/19/2022 (54,750 Beds) $81.10 12/20/2022-12/19/2023 (54,750 Beds) $82.23 12/20/2023-12/19/2024 (54,900 Beds) $83.45 Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | 19,255,965.00 |
| 0004 | Adelanto Guaranteed Transportation Monthly Fee<br><br>Monthly Rate<br><br>Period of Performance and Rates: 12/20/2019-08/19/2020 (8) $121,476.11 08/20/2019-12/19/2020 (4) $161,096.00 12/20/2020-12/19/2021 (12) $162,418.88 12/20/2021-12/19/2022 (12) $163,774.14 12/20/2022-12/19/2023 (12) $165,162.23 12/20/2023-12/19/2024 (12) $166,584.18 Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | 9,511,465.97 |
| 0005 | Adelanto On Call Stationary/Transportation Guards<br><br>Overtime Hourly Rate $50.32<br><br>NTE Amount: 100,000 hours per year Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | 5,031,982.80 |
| 0005A | Desert View On-Call Stationary/Transportation Guard Hours Continued ... | | | | 5,031,982.80 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | PAGE 7 | OF 60 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Overtime Hourly Rate: $50.32 | | | | |
| | NTE: 100,000 hours Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0006 | Adelanto Detainee Work Program Rate: $1.00 Per Day per Detainee | | | | 250,000.00 |
| | NTE: 250,000 days Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0006A | Desert View Detainee Work Program Rate: $1.00 Per Day per Detainee | | | | 250,000.00 |
| | NTE: 250,000 days Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0007 | Adelanto Facility Upgrades | | | | 5,000,000.00 |
| | *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order. | | | | |
| | NTE: $5,000,000 Obligated Amount: $0.00 Product/Service Code:  S206 Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 0007A | Desert View Facility Upgrades | | | | 5,000,000.00 |
| | *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification Continued ... | | | | |

**153**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | PAGE OF 8 | 60 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | and funding obligated via task order. | | | | |
| | NTE: $5,000,000<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1001 | Adelanto Detention Services | | | | 0.00 |
| | Guaranteed Minimum (1 to 1,455 Beds) | | | | |
| | Period of Performance and Rate:<br>12/20/2024-12/19/2025 (531,075 Beds) $168.45<br>12/20/2025-12/19/2026 (531,075 Beds) $171.30<br>12/20/2026-12/19/2027 (531,075 Beds) $174.24<br>12/20/2027-12/19/2028 (532,530 Beds) $177.43<br>12/20/2028-12/19/2029 (531,075 Beds) $180.44<br>Amount: $463,281,210.15(Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1001A | Desert View Detention Services<br>Guaranteed Minimum<br>(1 to 600 Beds) | | | | 0.00 |
| | Periods of Performance and Rate: | | | | |
| | 12/20/2024-12/19/2025 (219,000 Beds) $131.14<br>12/20/2025-12/19/2026 (219,000 Beds) $133.07<br>12/20/2026-12/19/2027 (219,000 Beds) $135.07<br>12/20/2027-12/19/2028 (219,600 Beds) $137.24<br>12/20/2028-12/19/2029 (219,000 Beds) $139.28<br>Amount: $148,082,544.00(Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1002 | Adelanto Detention Services<br>Above Guaranteed Minimum<br>(1,456-1,940 beds) | | | | 0.00 |
| | Period of Performance and Rate: | | | | |
| | Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | PAGE 9 | OF 60 |
|---|---|---|---|---|---|---|

| NAME OF OFFEROR OR CONTRACTOR |
|---|
| GEO GROUP INC THE |

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 12/20/2024-12/19/2025 (177,025 Beds) $54.69 | | | | |
| | 12/20/2025-12/19/2026 (177,025 Beds) $55.62 | | | | |
| | 12/20/2026-12/19/2027 (177,025 Beds) $56.57 | | | | |
| | 12/20/2027-12/19/2028 (177,510 Beds) $57.61 | | | | |
| | 12/20/2028-12/19/2029 (177,025 Beds) $58.58 | | | | |
| | Amount: $50,138,407.60(Option Line Item) | | | | |
| | 12/20/2024 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1002A | Desert View Detention Services | | | | 0.00 |
| | Above Guaranteed Minimum Rate | | | | |
| | (601-750 beds) | | | | |
| | Period of Performance and Rate: | | | | |
| | 12/20/2024-12/19/2025 (54,750 Beds) $84.60 | | | | |
| | 12/20/2025-12/19/2026 (54,750 Beds) $85.85 | | | | |
| | 12/20/2026-12/19/2027 (54,750 Beds) $87.14 | | | | |
| | 12/20/2027-12/19/2028 (54,900 Beds) $88.54 | | | | |
| | 12/20/2028-12/19/2029 (54,750 Beds) $89.86 | | | | |
| | Amount: $23,883,733.50(Option Line Item) | | | | |
| | 12/20/2024 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1003 | Adelanto Guaranteed Transportation Monthly Fee | | | | 0.00 |
| | Monthly Rate | | | | |
| | Period of Performance and Rate: | | | | |
| | 12/20/2024-12/19/2025 (12) $168,040.78 | | | | |
| | 12/20/2025-12/19/2026 (12) $169,532.75 | | | | |
| | 12/20/2026-12/19/2027 (12) $171,061.08 | | | | |
| | 12/20/2027-12/19/2028 (12) $172,626.62 | | | | |
| | 12/20/2028-12/19/2029 (12) $174,230.20 | | | | |
| | Amount: $10,265,897.10(Option Line Item) | | | | |
| | 12/20/2024 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1004 | Adelanto On-Call Stationary/Transportation Guard Hours | | | | 0.00 |
| | Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | PAGE OF |
|---|---|---|---|
| | | | 10 | 60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | $50.32/Hourly Rate<br><br>NTE: 100,000 hours per year<br>Amount: $5,031,982.80(Option Line Item)<br>12/20/2024<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1004A | Desert View On-Call Stationary/Transportation Guard Hours<br><br>Hourly Rate: $50.32<br><br>NTE: 100,000 hours<br>Amount: $5,031,982.80(Option Line Item)<br>12/20/2024<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1005 | Adelanto Detainee Work Program<br>Rate: $1.00 Per Day Per Detainee<br><br>NTE: 250,000 days<br>Amount: $250,000.00(Option Line Item)<br>12/20/2024<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1005A | Desert View Detainee Work Program<br>Rate: $1.00 per day per detainee<br><br>NTE: $250,000<br>Amount: $250,000.00(Option Line Item)<br>12/20/2024<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 1006 | Adelanto Facility Upgrades<br><br>*No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the<br>Continued ... | | | | 0.00 |

**156**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | | | PAGE OF |
|---|---|---|---|---|---|
| | | | | | 11    60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Contracting Officer via a contract modification and funding obligated via task order. | | | | |
| | NTE: $5,000,000<br>Amount: $5,000,000.00(Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 1006A | Desert View Facility Upgrades | | | | 0.00 |
| | *No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order. | | | | |
| | NTE: $5,000,000<br>Amount: $5,000,000.00(Option Line Item)<br>12/20/2024<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2001 | Adelanto Detention Services<br>Guaranteed Minimum<br>1 to 1,455 Beds | | | | 0.00 |
| | Periods of Performance and Rates:<br>12/20/2029 - 12/19/2030 (531,075 Beds) $183.70<br>12/20/2030 - 12/19/2031 (531,075 Beds) $187.08<br>12/20/2031 - 12/19/2032 (532,530 Beds) $190.74<br>12/20/2032 - 12/19/2033 (531,075 Beds) $194.20<br>12/20/2033 - 12/19/2034 (531,075 Beds) $197.94<br>Amount: $506,742,511.20(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2001A | Desert View Detention Services<br>Guaranteed Minimum<br>1 to 600 Beds | | | | 0.00 |
| | Period of Performance and Rates:<br>12/20/2029 - 12/19/2030 (219,000 Beds) $141.49<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | PAGE | OF |
|---|---|---|---|
| | | 12 | 60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 12/20/2030 - 12/19/2031 (219,000 Beds) $143.78 | | | | |
| | 12/20/2031 - 12/19/2032 (219,600 Beds) $146.26 | | | | |
| | 12/20/2032 - 12/19/2033 (219,000 Beds) $148.60 | | | | |
| | 12/20/2033 - 12/19/2034 (219,000 Beds) $151.13 | | | | |
| | Amount: $160,233,696.00(Option Line Item) | | | | |
| | 12/20/2029 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | | | | | |
| 2002 | Adelanto Detention Services | | | | 0.00 |
| | Above Guaranteed Minimum | | | | |
| | 1,456 - 1,940 Beds | | | | |
| | | | | | |
| | Period of Performance and Rates: | | | | |
| | 12/20/2029 - 12/19/2030 (177,025 Beds) $59.64 | | | | |
| | 12/20/2030 - 12/19/2031 (177,025 Beds) $60.74 | | | | |
| | 12/20/2031 - 12/19/2032 (177,510 Beds) $61.93 | | | | |
| | 12/20/2032 - 12/19/2033 (177,025 Beds) $63.05 | | | | |
| | 12/20/2033 - 12/19/2034 (177,025 Beds) $64.27 | | | | |
| | Amount: $54,842,286.80(Option Line Item) | | | | |
| | 12/20/2029 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | | | | | |
| 2002A | Desert View Detention Services | | | | 0.00 |
| | Above Guaranteed Minimum Rate | | | | |
| | 601-750 beds | | | | |
| | | | | | |
| | Periods of Performance and Rates: | | | | |
| | 12/20/2029 - 12/19/2030 (54,750 Beds) $91.29 | | | | |
| | 12/20/2030 - 12/19/2031 (54,750 Beds) $92.76 | | | | |
| | 12/20/2031 - 12/19/2032 (54,900 Beds) $94.36 | | | | |
| | 12/20/2032 - 12/19/2033 (54,750 Beds) $95.87 | | | | |
| | 12/20/2033 - 12/19/2034 (54,750 Beds) $97.51 | | | | |
| | Amount: $25,844,656.50(Option Line Item) | | | | |
| | 12/20/2029 | | | | |
| | Product/Service Code:  S206 | | | | |
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | | | | | |
| 2003 | Adelanto Guaranteed Transportation | | | | 0.00 |
| | Monthly Rate | | | | |
| | | | | | |
| | Periods of Performance and Rates: | | | | |
| | 12/20/2029 - 12/19/2030 (12) $175,215.83 | | | | |
| | Continued ... | | | | |

**158**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | 70CDCR20D00000009 | 13 | 60 |

NAME OF OFFEROR OR CONTRACTOR

GEO GROUP INC THE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 12/20/2030 - 12/19/2031 (12) $176,225.21<br>12/20/2031 - 12/19/2032 (12) $177,259.30<br>12/20/2032 - 12/19/2033 (12) $178,318.55<br>12/20/2033 - 12/19/2034 (12) $179,403.52<br>Amount: $10,637,068.93(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2004 | Adelanto On-Call Stationary / Transportation<br>Guard Hours<br><br>Hourly Rate: $50.32<br><br>NTE: 100,000 hours<br>Amount: $5,031,982.80(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2004A | Desert View On-Call Stationary / Transportation<br>Guard Hours<br><br>Hourly Rate: $50.32<br><br>NTE: 100,000 hours<br>Amount: $5,031,982.80(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2005 | Adelanto Detainee Work Program<br>Rate: $1.00 Per Day Per Detainee<br><br>NTE: 250,000 days<br>Amount: $250,000.00(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2005A | Desert View Detainee Work Program<br>Rate: $1.00 per day<br><br>Continued ... | | | | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 70CDCR20D00000009 | | PAGE OF 14  60 |

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | NTE: $250,000<br>Amount: $250,000.00(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| 2006 | Adelanto Facility Upgrades<br><br>*No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order.<br><br>NTE: $5,000,000<br>Amount: $5,000,000.00(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | 0.00 |
| 2006A | Desert View Facility Upgrades<br><br>*No facility modifications or other work planned under this CLIN may be initiated without a negotiated proposal and with approval by the Contracting Officer via a contract modification and funding obligated via task order.<br><br>NTE: $5,000,000<br>Amount: $5,000,000.00(Option Line Item)<br>12/20/2029<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Invoice Instructions for ICE – ERO Contracts: See Section G of the Contract Clauses.<br><br><br>The obligated amount of award: $0.00. The total for this award is shown in box 26. | | | | 0.00 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Revision Date: 5/10/2018

IHSC Minimum Staffing Requirements by Facility Size*
per 2011 PBNDS Standards

| Position | Ratio | Number of staff required by position | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Facility Beds | 250 | 500 | 750 | 1000 | 1250 | 1500 | 1750 | 2000 | 2250 | 2500 | 2750 | 3000 | 3250 |
| HSA/AHSA | 1:750 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 |
| AA | 1:1800 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| MD | 1:750 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 |
| APP | 1:186 | 2 | 2 | 4 | 5 | 6 | 8 | 9 | 10 | 12 | 13 | 14 | 16 | 17 |
| MHP | 1:415 | 1 | 1 | 1 | 2 | 3 | 3 | 4 | 4 | 5 | 6 | 6 | 7 | 7 |
| DDS | 1:750 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 4 |
| DT | 1:750 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 4 | 4 | 4 | 5 |
| Psychiatrist | 1:1000 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 |
| RDH | 1:1000 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 |
| Pharm | 1:1500 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 3 |
| Pharm Tech | 1:1000 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 |
| MRT | 1:250-350 | 1 | 2 | 3 | 4 | 4 | 4 | 5 | 5 | 6 | 7 | 7 | 8 | 8 |
| RT | 1:1500 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 3 |
| Nurse | 1:53 | 5 | 9 | 14 | 19 | 24 | 28 | 33 | 38 | 42 | 47 | 52 | 57 | 61 |
| Total Staff | | 19 | 24 | 32 | 43 | 53 | 60 | 73 | 80 | 92 | 103 | 109 | 119 | 132 |

The available bed space is the only element used for this spreadsheet. It does not factor in: gender, security
levels, medical/ mental health complexities, or rapid throughput.

HSA/AHSA -Health Services Administrator/ Assistant Health Services Administrator
AA - Administrative Assistant
MD -Physician
APP - Advanced Practice Provider (Physician's Assistant, Nurse Practitioner)
MHP- Mental Health Provider (Psychologist, Licensed Clinical Social Worker)
DDS -Dentist
DT -Dental Assistant
RDH -Registered Dental Hygienist
Pharm-Pharmacist
Pharm Tech - Pharmacy Technician
MRT - Medical Records Technician
RT- Radiology Technician
Nurse - Registered Nurse, Licensed Vocational Nurse, Licensed Practical Nurse

*Minimum staffing includes relief factors, ratios are in accordance with NIAC guidelines

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., JOSÉ ELIZANDRO ASTORGA-CERVANTES, and NANCY NERIA-GARCIA , on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SARAH SALDAÑA, Director of U.S. Immigration and Customs Enforcement; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JEH JOHNSON, Secretary of Homeland Security; and ADRIAN MACIAS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement.[1]<br><br>*Defendants.* | Case No. 3:13-cv-05878-EMC |

## SETTLEMENT AGREEMENT AND RELEASE

Plaintiffs in the above-captioned matter, on behalf of themselves and all Class Members, and Defendants U.S. Immigration and Customs Enforcement ("ICE"); Sarah Saldaña, in her official capacity as Director of U.S. Immigration and Customs Enforcement; United States Department of Homeland Security; Jeh Johnson, in his official capacity as Secretary of Homeland Security; and Adrian Macias, in his official capacity as Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; by and

---

[1] Sarah Saldaña, Director, ICE, is substituted under Federal Rule of Civil Procedure 25(d) for Acting Director John Sandweg, who was originally named as an official-capacity Defendant in this Action.  Adrian Macias, Acting Field Office Director, is substituted under Federal Rule of Civil Procedure 25(d) for former Field Office Director Timothy Aitken, who was originally named as an official-capacity Defendant in this Action.

Settlement Agreement and Release-1

through their attorneys, hereby enter into this Settlement Agreement and Release ("Agreement"), as of the date it is executed by all parties hereto (the "Agreement Date") and effective upon approval of the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure as set forth below.

WHEREAS:

A.  On December 19, 2013, Plaintiffs commenced a civil action against Defendants on behalf of themselves and all others similarly situated, captioned *Lyon et al. v. U.S. Immigration and Customs Enforcement, et al.,* United States District Court for the Northern District of California Case No. 3:13-cv-05878-EMC (the "Action") and sought class certification, designation of Class Counsel, and declaratory and injunctive relief.

B.  On April 16, 2014, the United States District Court for the Northern District of California (the "Court") certified the proposed class under Federal Rule of Civil Procedure 23(b)(2). The Court defined the certified class as:  "All current and future immigration detainees who are or will be held by ICE in Contra Costa, Sacramento, and Yuba Counties."

C.  Plaintiffs moved to amend the class certification order and class definition on June 11, 2015, and the Court granted Plaintiffs' motion and modified the definition of the certified class on July 27, 2015.  The Court endorsed the modified class definition pleaded in Plaintiffs' Supplemental Complaint:  "All current and future adult immigration detainees who are or will be held by ICE in Contra Costa County, Kern County, Sacramento County, or Yuba County."

D.  Defendants deny all liability with respect to the Action, deny that they have engaged in any wrongdoing, deny the allegations in the Complaint, deny that they committed any violation of law, deny that they acted improperly in any way, and deny liability of any kind to the Plaintiffs or Class Members, but have agreed to the settlement and dismissal of the Action with prejudice in order to: (i) avoid the substantial expense, inconvenience, and distraction of further protracted litigation, including trial and appeal; and (ii) finally put to rest and terminate the Action and any and all Settled Claims as defined in Section I.G.

E.  Both Plaintiffs and Defendants, through counsel, have conducted discussions and arm's length negotiations regarding a compromise and settlement of the Action with a view to settling all matters in dispute.

F.   Considering the benefits that the Plaintiffs and Class Members will receive from settlement of the Action and the risks of litigation, Class Counsel have concluded that the terms and conditions of this Agreement are fair, reasonable, and in the best interests of the Plaintiffs and Class Members; Plaintiffs have agreed that Defendants shall be released from the Settled Claims pursuant to the terms and provisions of this Agreement; and have agreed to the dismissal with prejudice of this Action and all Settled Claims as defined in Section I.G.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and among the parties to this Agreement, through their respective attorneys, subject to the approval of the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, in consideration of the benefits flowing to the parties hereto from the Agreement, that the Settled Claims shall be compromised, settled, forever released, barred, and dismissed with prejudice, upon and subject to the following terms and conditions:

I.       DEFINITIONS:

Wherever used in this Agreement, the following terms have the meanings set forth below:

A.   "Action" means the civil action captioned *Lyon et al. v. U.S. Immigration and Customs Enforcement, et al.,* Case No. 3:13-cv-05878-EMC, United States District Court for the Northern District of California.

B.   "Effective Date of Settlement" or "Effective Date" means the date upon which this Agreement shall become effective, as set forth in Section VIII, below.

C.   "Plaintiffs" means Audley Barrington Lyon, Jr., José Elizando Astorga-Cervantes, and Nancy Neria-Garcia.

D.   "Class Member(s)" means any current or future adult immigration detainee who, during the period of this Agreement, is or will be held by ICE in Contra Costa County, Kern County, Sacramento County, or Yuba County.

E.   "Plaintiffs' Counsel" or "Class Counsel" means Julia Harumi Mass, Angélica Salceda, Christine Sun, and Michael Risher of the American Civil Liberties Union ("ACLU") of Northern California; Carl Takei of the ACLU National Prison Project; Robert Varian, Charles Ha, and Alexis Yee-Garcia of Orrick, Herrington & Sutcliffe LLP; and Megan Sallomi and Marc Van Der Hout of Van Der Hout, Brigagliano & Nightingale, LLP.  Should these entities change their names or merge with other entities, those new entities shall also qualify as Class Counsel.

Settlement Agreement and Release-3

**164**

F.   "Defendants" means United States Immigration and Customs Enforcement ("ICE"); Sara Saldaña, in her official capacity as Director of ICE; United States Department of Homeland Security; Jeh Johnson, in his official capacity as Secretary of Homeland Security; and Adrian Macias, in his official capacity as Director of the San Francisco Field Office of ICE, their predecessors and successors, their departments and agencies, and their past or present agents, employees, and contractors.

G.   "Settled Claims" means all claims for declaratory or injunctive relief that were brought on behalf of Class Members based on the facts and circumstances alleged in the Complaint and First Supplemental Complaint including but not limited to claims that the telephone access afforded Class Members while in ICE custody violated Class Members' statutory rights and privileges under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.*, including access to counsel and their right to present evidence in certain immigration proceedings; their rights to due process under the Fifth Amendment to the U.S. Constitution; and their rights to petition the government for redress of grievances under the First Amendment to the U.S. Constitution.

H.   "Settlement" means the settlement provided for in this Agreement.

I.   "Contra Costa" means West County Detention Facility in Contra Costa County, California.

J.   "Yuba" means Yuba County Jail in Yuba County, California.

K.   "RCCC" means Rio Cosumnes Correctional Center in Sacramento County, California.

L.   "Mesa Verde" means Mesa Verde Detention Facility in Kern County, California.

M.   "Facilities" means Contra Costa, Yuba, RCCC, and Mesa Verde.

N.   "Housing Unit Phones" means the telephones located in or near housing units at the Facilities that Class Members may utilize for both Legal Calls and other telephone calls.

O.   "Phone Rooms" means the telephone-equipped enclosed rooms at Yuba, Contra Costa, and Mesa Verde and the enclosed space ICE will add at RCCC to provide free, direct, and non-monitored telephones for the Plaintiff Class.

P.   "Legal Calls" means calls to attorneys and calls to third parties to facilitate the gathering of evidence and obtaining legal advice and representation related to the class member's immigration case. Such third parties include but are not limited to: government agencies, courts, employers, businesses, organizations, and friends and

Settlement Agreement and Release-4

**165**

family members who may be testifying as witnesses, writing letters of support, and/or assisting the class member to find an attorney or obtain evidence.

Q. "Attorney Legal Call" means a Legal Call to an attorney regarding prospective, current, or past representation or for legal consultation. An Attorney Legal Call shall not require the attorney to have a G-28 on file for the detainee.

R. "Non-Attorney Legal Call" means any Legal Call other than an Attorney Legal Call.

S. "Positive Acceptance" means the requirement that for a telephone call to connect, the recipient must listen to a recorded message and take an affirmative step, typically pressing a particular key, to accept the call.

T. "Attorneys Performing Pro Bono Work" means any attorney who performs pro bono work as a part of their practice, and not just attorneys who exclusively perform pro bono work.

U. "Government Agencies and Offices" means federal, state, or local governmental agencies and offices that may facilitate the gathering of evidence for immigration-related proceedings and includes the following types of entities: California state courts, U.S. District Courts in California, the Ninth Circuit Court of Appeals, Federal and State Public Defender offices in California, major California Police, Sheriff, District Attorney, and Probation Departments, and northern California rehabilitation programs.

V. "Indigent Class Members" means Class Members who have had $15 or less on their commissary accounts for the previous ten days.

W. "Lockdown" means a restriction to cells or bunks during waking hours in response to a specific security incident; it does not include routine "free time" limitations at Contra Costa.

X. "Free Call" and "Free Calling" mean calls and calling where the call takes place at no cost to the caller and the recipient.

Y. "ICE DTS Provider Pro Bono Platform" means the Pro Bono Platform provided by ICE's Detainee Telephone Service ("DTS") Provider pursuant to a contract between ICE and the ICE DTS Provider. The current ICE DTS Provider is Talton Communications, Inc.

II.   **RELEASE: SCOPE AND EFFECT OF RELEASE**

A. As of the Effective Date, the Plaintiffs and the Class Members, on behalf of themselves, their heirs, executors, administrators, representatives, attorneys, successors, assigns, agents, affiliates, and partners, and any persons they represent,

by operation of any final judgment entered by the Court, fully, finally, and forever release, relinquish, and discharge the Defendants of and from any and all of the Settled Claims. The foregoing release includes all claims for injunctive or declaratory relief, whether known or unknown, that could have been brought on behalf of Class Members at any time prior to the Effective Date. This Release shall not apply to claims that arise or accrue after the termination of this Agreement.

B.  Defendants agree and acknowledge that this Agreement, and specifically this release, shall not impact any individual Class Member's (other than the named Plaintiffs') ability to bring a claim for monetary damages in his or her individual capacity arising from or related to injury suffered as a result of limitations or denial of telephone access while in ICE custody. Defendants also agree and acknowledge that this Agreement, and specifically this release, shall not impact any individual Class Member's (other than the named Plaintiffs') ability to argue (whether on a Petition for Review, motion to reopen, or other appeal, application, request for review of petition to modify such class member's order of removal or other immigration order) that limitations on telephone access in ICE custody affected such individual Class Member's immigration proceedings.

## III.   TELEPHONE ACCESS IN THE FACILITIES

A.  <u>Adding Free and Private Numbers to Housing Unit Phones</u>

1.  At Contra Costa, Yuba, and RCCC, the telephone numbers for certain Government Agencies and Offices and Attorneys Performing Pro Bono Work (as further identified in Paragraphs A.4 and A.5 below) shall be added to Free Call telephone platforms that enable Class Members to make Free Calls to these numbers from Housing Unit Phones without Positive Acceptance and without being recorded or monitored.

2.  At Mesa Verde, the telephone numbers for certain Government Agencies and Offices and Attorneys Performing Pro Bono Work (as further identified in Paragraphs A.4 and A.5 below) shall be added to a database of telephone numbers that shall connect from the Mesa Verde Housing Unit Phones without Positive Acceptance and without being recorded or monitored. If technologically feasible, such numbers will also be Free Calls from the Mesa Verde Housing Unit Phones.

3.  In addition to the Free Call platforms described in paragraphs A.1 and A.2, each of the Facilities shall enable Housing Unit Phones to make paid calls to attorney telephone numbers without Positive Acceptance and without being recorded or monitored. The attorney numbers shall be identified through the process described in paragraphs A.5, 6, 7 and 8.

Settlement Agreement and Release-6

**167**

4. Plaintiffs shall provide lists of Government Agencies and Offices and Defendants shall ensure their inclusion on the Free Call platforms and database described in paragraphs A.1 and 2 above. Plaintiffs shall specify no more than 10 rehabilitation centers for inclusion on each Facility's platform or database.

5. Attorneys may request that their phone numbers be added to the platforms and databases described in Paragraphs A.1, A.2, or A.3 by emailing the number and specific request to an email drop box to be provided by ICE. If an attorney requests to be added to the Free Call platforms, the attorney's telephone number shall be added to the platforms described in A.1 and A.2 if s/he is an Attorney Performing Pro Bono Work. If an attorney requests to be added to the no-Positive-Acceptance databases, the attorney's telephone number shall be added to the databases described in A.3 regardless of whether s/he is an Attorney Performing Pro Bono Work.

6. Attorneys may request that their phone numbers be removed from the platforms and databases described in Paragraphs A.1, A.2, or A.3 by emailing the specific request to the same email drop box to be provided by ICE.

7. The parties will work together to develop a notice to immigration attorneys practicing in the San Francisco Immigration Court to allow them to be added to the Free Call platforms and/or database of numbers not subject to Positive Acceptance and recording and/or monitoring. Class Counsel will reach out to organizations including American Immigration Lawyers Association, National Lawyers Guild, and/or Federal Bar Association to request use of their email listservs for this purpose

8. Class Members may submit attorney names and telephone numbers to ICE for addition to the platforms and databases described in paragraphs A.1, 2, and 3. If the attorney identified by the Class Member confirms that s/he wishes to be added, ICE shall add the attorney's telephone number to the platforms and databases described in paragraph A.1 and A.2 (provided the attorney accepts some pro bono immigration cases), or to the database described in paragraph A.3

9. Platforms and databases described in A.1, A.2, and A.3 shall be updated regularly, and no less than once a week, in response to requests under paragraphs A.5, 6, 7, and 8.

10. Platforms and databases described in A.1, 2, and 3 shall be able to connect to the telephone numbers for attorneys, Government Agencies and Offices regardless of whether the numbers are toll-free or regular area code numbers.

Settlement Agreement and Release-7

**168**

B.    Extending and Eliminating Automatic Cut-Offs

    1.  ICE shall ensure that at Yuba and RCCC, Housing Unit Phone automatic cut-offs are extended to 40 minutes.

    2.  ICE shall extend the automatic cut-off of the ICE DTS Provider Pro Bono Platform calls to 60 minutes.

    3.  ICE shall ensure that the automatic cut-off of 20 minutes in the Yuba Phone Room is eliminated.

    4.  ICE reserves the right to impose time limits to facilitate equitable access based on demonstrated need in individual circumstances. Such time limits shall not be shorter than 20 minutes per call.

C.    Installing Phone Booths in Housing Units

    1.  Subject to Paragraphs C.2 and C.3, ICE shall install phone booths in the common areas of the housing units where ICE detainees are held at each facility. Where a housing unit has no common area, a phone booth will be installed for Class Member use in a conveniently accessible location. A rendering of the specifications and measurements of the type of proposed phone booths is included as Exhibit A to this Agreement.

    2.  The phone booths shall provide sufficient privacy so that Legal Calls cannot be overheard by officers, facility staff, or other detainees. This privacy shall be afforded primarily by the physical characteristics of the booths and augmented by their placement within the housing units.

    3.  The ability of other detainees or staff to overhear muffled sounds without sufficient clarity to discern the caller's words or language does not render the call capable of being "overheard" for purposes of this Agreement.

    4.  ICE shall provide 40 phone booths, distributed as needed to provide equitable access to Class Members in each Facility.

    5.  ICE shall instruct the Facilities that, in periods of high demand, Class Members should have priority for use of the phone booths.

    6.  Class members shall be permitted to access the phone booths at any time during each individual Facility's waking hours (other than during count or lockdowns), subject to the provisions in the "Physical Access to the Housing Unit Phones" section, below.

D.    Physical Access to Housing Unit Phones

    1.  Access to housing unit phones, including phone booths, shall be during waking hours (other than during count or lockdowns), which is anytime other than "lights out" at all four Facilities.

    2.  Class Members who want to use a phone booth but who are housed in areas where they are unable to access a phone booth without staff intervention

Settlement Agreement and Release-8

**169**

(including but not limited to segregation, subject to paragraph D.3 below) shall receive access to a phone booth (or other private area, as appropriate) within two waking hours of making a request.  If the request is made at or before 3:00 p.m., the Class Member shall receive access to a phone booth or other private area within business hours on the day of the request. Further delays may be justified by a lockdown of unusual length or other extraordinary circumstances, but shall in all cases be documented and reported to ICE. Each Facility shall establish a process for such class members to notify the facilitator as needed to assist with calls.  In some instances, the housing unit officer will contact the facilitator rather than having the Class Member directly contact the facilitator.

3. The above requirements apply fully to Class Members in segregation for administrative reasons. However, if a Class Member is in segregation for disciplinary reasons and restrictions have been properly imposed on that Class Member's general telephone calling privileges as part of the disciplinary process, the above requirements regarding access to phone booths or other private areas shall apply only to calls for personal or family emergencies, Legal Calls, or otherwise justified by a compelling need.

E. Phone Rooms

1. ICE and the Facilities shall provide one or more Phone Rooms for Legal Calls, including both Attorney Legal Calls and Non-Attorney Legal Calls, at each Facility. A class member may request an Attorney Legal Call from the Phone Room without first utilizing the Housing Unit Phones for particularly sensitive or lengthy legal consultations. To make a Non-Attorney Legal Call from the Phone Room, however, Class Members must first try to contact the intended call recipient from the Housing Unit Phones and be unsuccessful.

2. With respect to RCCC, the Phone Room(s) provided may consist of an enclosed room or another enclosed space (which may be a phone booth with seating or another type of enclosed space located in the RCCC law library). This shall ensure that Class Members can make free, direct, unrecorded and unmonitored phone calls without being overhead by officers, other Facility staff, or other Class Members or inmates of the Facility.

3. To accommodate interim Legal Call access at Contra Costa, whose system currently will not allow the suspension of Positive Acceptance for paid calls from housing unit phones and phone booths, ICE shall provide additional Phone Room access. This requirement can be met by providing private telephones without Positive Acceptance, such as phone booths equipped with the same telephone systems as the telephones in the Phone Rooms either in

Settlement Agreement and Release-9

**170**

the housing units or elsewhere in the Facility, as long as access to those telephones complies with the other provisions of this section.

4. ICE shall ensure that Class Members can use at least one of the telephones in the Yuba Phone Room without being overheard by officers, other staff, or other detainees. Options include changing Yuba's policy to limit use of the Phone Room to one person at a time and installing a phone booth within the Phone Room for one or both of the existing phones.  Yuba Phone Room phones shall not include a Positive Acceptance feature or automated outgoing message.

5. Requests for Legal Calls will ordinarily be accommodated within eight facility waking hours and shall be accommodated within 24 hours. Further delays may be justified by extraordinary circumstances, but shall in all cases be documented and reported to ICE.

6. Phone Room calls shall be scheduled for 30 minutes unless a detainee specifies on his/her request form that a longer call will be needed. Facilities shall accommodate requests for calls longer than 30 minutes.  ICE reserves the right to impose time limits on Phone Rooms in periods of high demand to facilitate equal access for all detainees, consistent with the other terms of this Agreement. Such time limits shall not be shorter than 20 minutes per call.

7. Each Facility shall modify its current request form for Class Members to request access to Facility Phone Rooms as follows: The form shall include a statement that Phone Room calls will be limited to 30 minutes unless the Class Member indicates that a longer call is required, a space for class members to request a particular time for Phone Room access and to indicate if more than 30 minutes will be needed, and spaces for Class Members to provide the name of the individual, agency or organization the Class Member seeks to contact and the telephone number the Class Member wishes to call.

8. Attorneys may request to schedule a Legal Call in a Phone Room through the on-site facilitators at each Facility or other Facility staff.  Such requests shall be granted within the same time limits that apply to Class Member requests for Phone Room access as set forth in Paragraph E.5 above.  Further delays may be justified by extraordinary circumstances, but shall in all cases be documented and reported to ICE.

9. The Facilities' advance vetting and scheduling of call requests shall be performed as follows:

   i. Advance vetting shall be limited to internet searches. Facilities shall not directly contact the individual/entity sought to be contacted in advance of the call, except to contact an attorney who requests to schedule a call with a Class Member.

Settlement Agreement and Release-10

**171**

ii. If an attorney requests to schedule a call with a Class Member, the Facilities shall coordinate with the attorney to schedule the call.  For other calls, Facilities do not have to coordinate advance scheduling with call recipients. The Facilities shall, however, honor reasonable written requests for specific times for phone room calls (*e.g.*, detainee asks to make call after 3:30, when witness finishes work shift) when made with sufficient advance notice.

10. Facilities may do on-the-spot vetting in the presence of the Class Member caller to verify the call recipient and to confirm that the recipient is willing to take the call.  The officer shall not reveal Class Members' custody status or location as part of the vetting.

11. If there is no answer, Class Members shall be permitted to leave voicemail messages from Phone Room phones. If the call recipient has an automated voicemail tree, Class Members shall be permitted to navigate that system to reach their intended call recipient, including making additional attempts if they are unsuccessful in their navigation of the system the first time.

12. Should requests for access to the Phone Rooms overwhelm availability, ICE may charge a non-indigent Class Member a nominal fee for Phone Room use to call recipients that are not on the Free Call platforms or database described in paragraphs A.1 and A.2. Such fees shall not exceed the rates charged to ICE by the then-existing ICE DTS provider, nor shall they exceed then-applicable FCC guidance regulating inmate telephone services.

F.   Messaging

1. At a minimum, ICE shall continue to provide the same messaging services at Mesa Verde as are currently in existence.

2. RCCC, Yuba, and Contra Costa shall deliver legally-related messages, which will not be confidential and may be primarily through an email-based system, within 24 hours.

3. Emergency messages and urgent attorney messages shall be delivered as soon as possible, but in no case more than six Facility waking hours after receipt.

G.   On-Site Facilitators

1. ICE and/or the Facilities shall designate one or more telephone access facilitators ("on-site facilitators") for each Facility. There shall be one facilitator on duty at each Facility Monday-Friday during normal business hours.  A back-up on-site facilitator shall be trained and Phone Room access shall be provided by other Facility staff as needed to accommodate calls within Facility waking hours that are outside of normal business hours.

2. The on-site facilitator's primary duties shall be to ensure that class members have adequate access to Legal Calls consistent with the requirements of this

Settlement Agreement and Release-11

**172**

Agreement, including calls from the Housing Unit Phones, phone booth phones, and Phone Room phones.

3. The individuals who act as on-site facilitators may be assigned to limited other duties as long as such duties do not prevent the facilitators from facilitating class members' requests for Legal Calls in a timely manner.

H.   Accommodations for Indigent Class Members

1. ICE shall provide accommodations for free Legal Calls to Indigent Class Members.

2. Indigence shall be determined at the time of the initial call request, and each subsequent request for additional time.

3. ICE shall provide accommodations to Indigent Class Members by either allowing extra access to Phone Rooms or by providing phone credit for Housing Unit Phones. Such phone credit shall be provided in amounts of at least 30 minutes per request.

I.   International Calling

1. ICE shall provide international call access for Legal Calls to Class Members, during Facility waking hours, with advance notice and as set forth below.

2. If possible, international calling for Legal Calls will be made available through a Facility Phone Room in accordance with the procedures for accessing the Facility Phone Room in Section III.E.

3. If possible, free international calling for Legal Calls for Indigent Class Members will be made available in accordance with the procedures for Accommodations for Indigent Class Members in Section III.H.

4. If international calling for Legal Calls is not available through the Housing Unit Phones or Facility Phone Rooms in accordance with the above procedures, ICE shall accommodate requests for international Legal Calls in the Facility through other means. This may include providing a cell phone enabled with international calling through visiting ICE agents. If such other means are required, ICE will accommodate requests for international Legal Calls within no more than 72 hours of the request and will allow Indigent Class Members access to free international Legal Calls through these alternate means.

5. On the rare occasion that a Class Member presents a compelling need for international Legal Call access outside of facility waking hours (e.g. to contact a business or agency within country business hours that do not overlap with facility waking hours), ICE shall make reasonable accommodations to facilitate the Class Member's timely communication with that entity.

J.   Three Way Calling

Settlement Agreement and Release-12

**173**

1. Upon request based upon a stated need, such as needing an interpreter to join a call, ICE shall facilitate three-way calls in the Facility where the detainee is housed or at the nearest ICE field office.  ICE shall attempt to accommodate such calls at the Facility, if possible, before transporting a Class Member to the field office for such a call.

K. Notice to Plaintiff Class Members of Telephone Options

1. ICE and the Facilities shall ensure that Class Members are informed that they must contact an ICE officer or a Facility staff member (such as the on-site facilitator or the housing unit officer) if they have difficulty making a Legal Call.

2. An instruction sheet shall be printed and posted in at least English and Spanish, explaining all telephone access options, how to use the telephones and platforms available to ICE detainees, and how to make additional requests for telephone access, in clear, step-by-step instructions. The instruction sheet shall be posted in English and Spanish near the Facility phones. ICE and the Facilities shall instruct their officers to show the instruction sheet to any Class Member who requests assistance with making phone calls and explain its provisions.

3. Plaintiffs agree to produce a video that conforms to Americans with Disabilities Act standards, with content and format to be approved by ICE, to explain telephone access options available to Class Members. This video shall be shown regularly in the Facilities, such that newly-admitted Class Members are generally shown the video within one week of arrival.

L. Accommodations for Language Minorities

1. Facilities shall, if local resources are not adequate or available, use a language line to provide interpretation of telephone materials and instructions upon the request of any Class Member who is unable to read English or Spanish, not to include a full translation of the detainee handbook.

2. ICE shall post a notice near the Housing Unit Phones in the Facilities in the ten written languages most commonly used by respondents in the San Francisco Immigration Court, instructing individuals to ask the facilitator or housing unit officer for interpretation of telephone access instructions and assistance accessing telephones. The speed dial code for the ACLU of Northern California shall be included on this notice as a resource for reporting problems obtaining telephone access.

3. Class members attempting to call individuals who do not speak English and do not understand the prompts to accept a call from the Facility shall be

Settlement Agreement and Release-13

provided access to Phone Room calls in accordance with the Phone Room request process described in Section III.E.

## IV.  IMPLEMENTATION AND OVERSIGHT

A.  <u>Contracts with Facilities</u>

1.  The terms of this Agreement that describe requirements to be fulfilled by Facilities alone or in conjunction with ICE shall be specified in contracts between ICE and the Facilities.

2.  ICE shall complete the contracting process and implement the requirements of the Agreement within one year of the Agreement's Effective Date. However, to the extent compliance with a particular requirement of the Agreement is impracticable (as that term is defined under federal common law), Defendants' failure to implement that requirement will not be a violation of the Agreement.

3.  Within 30 days of determining it will not complete a contract with a Facility and at least 60 days prior to transferring class members from that Facility, in anticipation of contract cancellation, Defendants shall notify Class Counsel and the Parties shall meet and confer to provide adequate telephone access to the affected Class Members in the counties covered by this Agreement, possibly to include modifying the Agreement. If the Parties are unable to reach agreement, they shall refer the dispute to this Agreement's alternative dispute resolution process under the terms of the existing Agreement.

B.  Compliance with contract terms shall be monitored by ICE Contracting Officer's Representative (COR) and Contracting Officer's Technical Representative (COTR), as well as by other ICE personnel visiting the facilities, who will report compliance/non-compliance to the COR/COTR. Failure to meet Settlement terms by the Facilities shall be treated as a contract deficiency and addressed through the cure process used by CORs/COTRs.

C.  ICE shall require training of all local ICE personnel with duties related to detention management and oversight as well as Facility staff whose duties include supervising detainees or responsibilities related to detainee phone access in the Facilities. This training shall include the requirements of this Agreement, applicable ICE detention standards for telephone access, and the policies and procedures for implementation of this Agreement at the Facility/ies relevant to the particular individuals being trained.

D.  Within 180 days of the Agreement's Effective Date, ICE shall modify forms used during weekly Facility Liaison Visits and the annual ERO Detention Management Division (G324A) audit (currently carried out by the Nakamoto Group, Inc.) to evaluate compliance with each of the following:

1.  When a detainee requests a direct or free Legal Call to an attorney, court, or government agency or demonstrates a compelling need for other direct

Settlement Agreement and Release-14

**175**

or free calls, access is granted within 24 hours of the request and ordinarily within 8 facility waking hours.  Further delays may be justified by extraordinary circumstances.

2. The facility documents and reports to ICE/ERO any delays in responding to requests for free or direct Legal Calls beyond 8 facility waking hours.

3. Detainees are provided private settings for Legal Calls such that calls cannot be overheard by officers, other staff, or other detainees.

4. The facility has a system for taking and delivering telephone messages to detainees, including but not limited to attorney messages, other messages related to a detainee's legal case, and emergency messages, and ensures the timeliness of such message delivery.

5. The facility provides translation and interpretation services to detainees who are unable to read written telephone access rules in the languages provided.

6. Detainees in segregation or other environments with limited physical access to telephones have reasonable and equitable access to telephones during waking hours (i.e., they can request telephone calls and receive them in a timely manner).

## V.      ENFORCEMENT AND MONITORING

A. Plaintiffs' counsel shall be provided with the following records within 45 days of the Agreement's Effective Date or 45 days of finalizing the particular record, whichever is later, to the extent such records are or were created after November 19, 2015, through the termination of this Agreement:

1. Amendments/modifications that relate to telephone access or other issues outlined in this Agreement to Facility contracts to which ICE is a party or authorized rider for Mesa Verde, RCCC, Contra Costa, and Yuba;

2. Amendments, modifications, or new contracts for ICE Detainee Telephone Service to the extent they are implemented at Mesa Verde (i.e., the contract currently held by Talton);

3. Any new contract for the Contra Costa jail account/phone management system, once awarded;

4. Any changes to Facility policies related to telephone access;

5. Any modified templates or forms of internal compliance instruments, worksheets, inspection reports, and similar documents that relate to telephone standards, telephone access, and/or the terms of this Agreement; and

6. Any revised orientation materials related to telephone access (unless Plaintiffs are involved in drafting orientation materials and therefore already have copies of the final orientation materials).

B.    To the extent class members are relocated to different facilities within Contra Costa, Yuba, Sacramento or Kern County for more than 10 days, ICE shall meet and confer with Class Counsel to agree upon facility-specific provisions that may be necessary to effectuate the intent of this Agreement at the different facility.

C.    During the terms of this Agreement, Class Counsel shall be provided with the following records:

     1.   Any Contract Discrepancy Reports (CDR) issued by the COTR to one of the four detention service providers concerning a facility's failure to correct a deficiency related to a provision of this Agreement.

     2.   The annual inspection report for telephone access by February 15th of the calendar year following the inspection of each Facility.

     3.   Records reflecting notifications from the Facilities to ICE of the Facilities' failure to accommodate a request for Phone Room access within 24 hours or phone booth access within 2 hours.

D.    In addition, on request, Class Counsel shall be provided with the following documents covering a specified future month from a specified facility selected by Class Counsel, not to exceed six selections a year:

     1.   Detainee kites and grievances to ICE relating to telephone access (including responses); and

     2.   Weekly Telephone Serviceability Worksheets regarding that Facility.

E.    ICE shall continue to conduct internal testing of Housing Unit Phones in accordance with its current telephone serviceability report procedures and any changes that are adopted pursuant to section IV.D of this Agreement.

F.    ICE shall permit Class Counsel, with reasonable advance notice, to conduct interviews with Class Members once per year per Facility. ICE shall ensure that Facilities accommodate these interviews by providing Class Members a convenient way to indicate their interest in participating in the interviews and facilitating group or individual meetings between Class Counsel and willing Class Member participants. These interviews are in addition to, not a substitute for, any interviews that Class Counsel may schedule using each Facility's normal attorney meeting procedures.

## VI.   DISPUTE RESOLUTION PROCEDURES; CONTINUING JURISDICTION

A.    The Court shall retain jurisdiction to supervise the implementation of this Agreement and to enforce its terms, and the terms of this Agreement shall be incorporated into the Order of the Court approving the Agreement.

B.    The parties agree that the Court will not be asked to exercise jurisdiction to supervise the implementation of this Agreement or to enforce its terms until exhaustion of the following dispute resolution process:

1.      Should Class Counsel believe in good faith that Defendants are engaging in a pattern or practice of non-compliance with requirements of this Agreement at a specific Facility or Facilities, Class Counsel shall promptly notify counsel for Defendants, in writing, of the specific grounds upon which non-compliance is alleged.  If Class Counsel so request after providing notice of noncompliance with respect to a specific Facility, Defendants shall commence retention within three business days (72 hours, not including weekends and holidays) of the detainee kites and grievances to ICE from that Facility regarding telephone access, and the detainee kites and grievances to that Facility regarding telephone access, including Class Member requests contemplated under Section III of this Agreement. Document retention shall continue for fourteen (14) days.  Defendants' counsel shall forward the documents to Class Counsel after a reasonable period of internal processing, not to exceed five business days, not including weekends and holidays, after the end of the 14-day retention period.

2.      Within thirty (30) calendar days after receipt of the notice from Class Counsel, counsel for Defendants shall notify Class Counsel of Defendants' position and any action it has taken or intends to take in connection therewith. The parties shall negotiate in good faith in an effort to resolve any remaining disputes.  The parties agree that this negotiation period will be considered exhausted if the parties jointly determine that negotiations have reached an impasse, or if either party invokes the formal meet-and-confer process under paragraph 3 of Section VI.B. of the Agreement.

3.      If any dispute cannot be resolved informally under paragraphs 1 or 2 of Section VI.B. of the Agreement, counsel for either party may notify counsel for the opposing party by letter and request that counsel meet and confer. The parties shall meet within ten (10) calendar days of such notice in an attempt to arrive at an amicable resolution of the dispute.

4.      The parties may refer any unresolved dispute to Magistrate Judge Ryu for mediation.  If Magistrate Judge Ryu is no longer available or does not consent to serve as mediator, the parties may refer the unresolved dispute to another magistrate judge in the Northern District of California for mediation, if the parties mutually agree on the mediator and such mediator consents. If the dispute has not been resolved through mediation within 14 days, counsel may mutually agree to continue mediation or counsel may seek to enforce the Agreement through a motion in district court. Additionally, if the parties cannot agree on a mediator, if no mutually-agreed-on mediator consents, or if

Settlement Agreement and Release-17

**178**

the parties mutually agree to bypass mediation, counsel may seek to enforce the Agreement through a motion in district court.

5. If the parties do not reach resolution under the procedures of Paragraphs 1-4 of Section VI.B. of the Agreement, either party may then file a motion requesting that the district court resolve the dispute.

6. The parties agree that the mediation process described in Section VI.B of the Agreement shall be conducted confidentially and that no public disclosure shall be made regarding the mediation process at any time before, during, or after the mediation process, except that the final result of the mediation may be disclosed.  All documents and information disclosed by either party during the mediation process shall not be admissible in any judicial proceeding.  All statements or conclusions of the mediator shall not be admissible in any subsequent judicial proceeding.

C. The parties agree that any action or proceeding to enforce the terms of this Agreement shall be brought exclusively in the United States District Court for the Northern District of California.  The Court in this proceeding shall have the power to award such relief and issue such judgments as the Court deems proper and appropriate.

## VII.   TERMS OF ORDER FOR NOTICE, HEARING AND FINAL JUDGMENT

A. Concurrently with their filing of this Agreement, Class Counsel shall apply to the Court for Preliminary Approval of the Settlement provided for in this Agreement and entry of a Preliminary Approval Order.  Such Preliminary Approval will seek approval of a Notice to the Class substantially in the form appended hereto as Exhibit B, as well as a finding that the following satisfies the publication requirements of Rule 23 of the  Federal  Rules of Civil Procedure:  Within ten (10) business days of the date of the Preliminary Approval, (i) posting the Notice to the Class and this Settlement Agreement in appropriate places on the ICE public website; (ii) providing the Notice to the Class and this Agreement to immigration attorneys in the San Francisco Bay Area through the local American Immigration Lawyers' Association and National Lawyers Guild listservs; (iii) providing the Notice to the Class and this Agreement in appropriate places on the website of the ACLU of Northern California; (iv) posting the Notice to the Class in all housing units in the Facilities where Class Members are housed, in an area prominently visible to immigration detainees; and (v) providing individual copies of the Notice to the Class to any Class Members who are housed in segregation, medical, holding, or other specialized units with restricted access to common areas during

Facility waking hours. The Notice to the Class and this Agreement shall remain posted, and shall be maintained or replaced with new copies as needed, until the Court issues an order finally approving or rejecting the Settlement. Class Counsel shall be responsible for meeting the notice requirements listed in (ii)-(iii) above and ensuring maintenance of such notice, and Defendant ICE shall be responsible for meeting the notice requirements listed in (i), (iv) and (v) above and ensuring maintenance of such notice. The parties shall request that Class Members be provided at least forty-five (45) days to submit objections to the Court after the Notice to the Class is posted and distributed.

B.   If the Settlement contemplated by this Agreement is approved by the Court, counsel for the parties shall request that the Court enter a Final Judgment substantially in the form appended hereto as Exhibit C.

C.   Within ten (10) business days following the Effective Date of Settlement, ICE shall provide the Notice of Final Settlement substantially in the form appended hereto as Exhibit D by posting it in all housing units in the Facilities where Class Members are housed, in an area prominently visible to immigration detainees, as well as providing individual copies of the Notice to the Class to any Class Members who are housed in segregation, medical, holding, or other specialized units with restricted access to common areas during facility waking hours. The Notice of Final Settlement shall remain posted, and shall be maintained or replaced with new copies as needed, until the obligations of this Agreement are terminated.

D.   ICE shall post a Spanish language translation of both the Preliminary Notice and the Final Notice to the Class.  Should Class Counsel provide to ICE translations in other languages, ICE shall post a notice informing Class Members that such translations are available.  Class Counsel shall provide such notices in sufficient time to allow ICE to meet the posting requirements in Sections VII.A and C. of the Agreement.

## VIII. EFFECTIVE DATE OF SETTLEMENT; TERMINATION

A.   The Effective Date of this Agreement shall be the date when all of the following shall have occurred: (a) entry of the Preliminary Approval Order; (b) approval by the Court of this Agreement, following notice to the Class and a fairness hearing, as prescribed by Rule 23 of the Federal Rules of Civil Procedure; and (c) entry by the Court of Final Judgment, in all material respects in the form appended hereto as Exhibit C.

Settlement Agreement and Release-19

B. In the event that the Court does not approve the Agreement, or the Court's approval of the Agreement or the Final Judgment is reversed, vacated, or terminated on appeal, the parties' good-faith adherence to the terms of this Agreement prior to said reversal, vacatur, or termination shall not be considered unlawful.

C. This Agreement is subject to and contingent upon Court approval under Rule 23(e) of the Federal Rules of Civil Procedure. Defendants' Counsel and Class Counsel shall have the right to terminate this Agreement by providing written notice of their election to do so ("Termination Notice") to all other parties hereto within thirty (30) days of (a) the Court's declining to enter the Preliminary Approval Order or modifying that Preliminary Approval Order in any material respect; (b) the Court's declining to approve the Settlement embodied in this Agreement or any material part of it; (c) the Court's declining to enter the Final Judgment or modifying the Final Judgment in any material respect; or (d) the Court of Appeals or the United States Supreme Court's reversing, vacating, or modifying in any material way the Final Judgment.

E. Except as otherwise provided herein, in the event the Settlement is terminated or modified in any material respect or fails to become effective for any reason, then the Settlement shall be without prejudice and none of its terms shall be effective or enforceable; the parties to this Agreement shall be deemed to have reverted to their respective status in the Action as of the date and time immediately prior to the execution of this Agreement; and except as otherwise expressly provided, the parties shall proceed in all respects as if this Agreement and any related orders had not been entered. In the event the Settlement is terminated or modified in any material respect, the parties shall be deemed not to have waived, not to have modified, or not be estopped from asserting any additional defenses or arguments available to them.

## IX.   TERMINATION OF OBLIGATIONS

Unless earlier terminated by operation of Section VIII, the obligations of this Agreement shall terminate within five (5) years of the Effective Date.

## X.   NO ADMISSION OF WRONGDOING

A. This Agreement, whether or not executed, and any proceedings taken pursuant to it:

1. shall not be construed to waive, reduce, or otherwise diminish the authority of the Defendants to enforce the laws of the United States against Class Members,

Settlement Agreement and Release-20

**181**

consistent with the Constitution and laws of the United States, and applicable regulations;

2. shall not be offered or received against the Defendants as evidence of, or construed as or deemed to be evidence of, any presumption, concession, or admission by any of the Defendants of the truth of any fact alleged by the Plaintiffs or the validity of any claim that had been or could have been asserted in the Action or in any litigation, or the deficiency of any defense that has been or could have been asserted in the Action, or of any liability, negligence, fault, or wrongdoing of the Defendants; or any admission by the Defendants of any violations of, or failure to comply with, the Constitution, laws or regulations; and

3. shall not be offered or received against the Defendants as evidence of a presumption, concession, or admission of any liability, negligence, fault, or wrongdoing, nor shall it create any substantive rights or causes of action against any of the parties to this Agreement, in any other civil, criminal, or administrative action or proceeding, other than such proceedings as may be necessary to effectuate  the provisions of this Agreement; provided, however, that if this Agreement is approved by the Court, Defendants may refer to it and rely upon it to effectuate the liability protection granted them hereunder.

## XI.   ATTORNEYS' FEES

As set forth below, within 65 days of the Effective Date, Defendants shall pay to Class Counsel the sum of $ 405,000 to settle and resolve Plaintiffs' claims to attorneys' fees and costs, if such award is approved by the Court.

A. The parties agree to the "Attorneys' Fee Settlement Amount" of $405,000, to avoid further litigation and costs associated litigating a fee and cost request and to avoid the risks attendant to such proceedings. Plaintiffs shall file a motion for fees under Fed. R. Civ. P. 23(h) and 54(d)(2)).

B. Defendants agree not to oppose a motion seeking a fee award of $405,000 or less.

C. If for any reason the Court awards an amount in excess of $405,000, Plaintiffs and Class Counsel expressly disclaim any and all right to collect the amount that exceeds $405,000 from any person or entity, and agree, upon demand, to execute a release of any person's or entity's obligation to pay such sums. In the event the Court awards Class Counsel less than $405,000, this Settlement Agreement shall

remain in full force and effect. Nothing in this Agreement waives or prevents Plaintiffs and Class Counsel from appealing an award of less than $405,000.

D.   Subject to the foregoing provisions, Defendants shall deliver the Attorneys' Fee Settlement Amount to Class Counsel by direct wire transfer into Class Counsel's designated account.  Class Counsel shall provide to Defendants all information necessary to accomplish the direct wire transfer into that account within five days of the Effective Date. Plaintiffs and Class Counsel acknowledge that payment of the Attorneys' Fee Settlement Amount by Defendants or any of them in accordance with the wire instructions shall resolve all of Defendants' liability for such amount.

E.   Class Counsel shall be fully responsible for the allocation and payment of the Attorneys' Fee Settlement Amount among themselves.

F.   Defendants' payment of the Attorneys' Fee Settlement Amount shall satisfy any claims by Plaintiffs' Counsel and/or Class Counsel for attorney fees and costs related to and for the Action, including any fees and costs that may be incurred by Plaintiffs' Counsel and/or Class Counsel in the course of monitoring the implementation of this Agreement (except as set forth in Paragraph G).  Plaintiffs, Plaintiffs' Counsel, and Class Counsel, and their heirs, executors, administrators, representatives, attorneys, predecessors, successors, assigns, agents, affiliates, and partners, and any persons they represent, by operation of any final judgment entered by the Court, fully, finally, and forever release, relinquish, and discharge the Defendants of and from any and all claims for attorney fees and costs related to and for the Action, including any fees and costs that may be incurred in the course of monitoring the implementation of this Agreement (except as set forth in Paragraph G).

G.   In the event that Class Counsel seek to enforce the terms of the Agreement pursuant to Section VI.C., nothing in this Agreement shall be interpreted as precluding Plaintiffs from seeking attorneys' fees and costs solely for such enforcement action.

H.   If either party terminates the Agreement under Section VIII.C because the Court of Appeals or the United States Supreme Court reversed, vacated, or modified in any material way the Final Judgment after the Effective Date, Plaintiffs agree that Class Counsel shall return the Attorneys' Fee Settlement Amount, plus any interest earned, to Defendants upon final resolution of the appeal. Final resolution of the appeal occurs when all appellate remedies, including petitions for rehearing, petitions for rehearing *en banc*, and petitions for certiorari or any other form of review, have been finally disposed of in a manner that allows for termination of the Agreement.

Settlement Agreement and Release-22

**183**

## XII.   ADDITIONAL PROVISIONS

A.   This Agreement, and the obligations incurred herein, shall be in full and final disposition of the Action with prejudice, including any and all Settled Claims against Defendants. On the Effective Date, Plaintiffs and Class Members shall be deemed to have fully, finally, and forever released, relinquished, and discharged Defendants of and from any and all Settled Claims in accordance with Part II.

B.   All of the exhibits attached hereto are hereby incorporated by reference as though fully set forth herein.

C.   This Agreement may not be modified or amended, nor may any of its provisions be waived except by a writing signed by all parties hereto or their successors-in-interest.

D.   The waiver by one party of any breach of this Agreement by any other party shall not be deemed a waiver of any other prior or subsequent breach of this Agreement.

E.   This Agreement and its exhibits constitute the entire agreement among the parties hereto concerning the Settlement of the Action, and no representations, warranties, or inducements have been made by any party hereto other than those contained and memorialized in such documents.

F.   This Agreement may be executed in one or more counterparts.  All executed counterparts and each of them shall be deemed to be one and the same instrument provided that counsel for the parties to this Agreement shall exchange among themselves original signed counterparts.

G.   This Agreement shall be binding upon, and inure to the benefit of, the successors and assigns of the parties hereto.

H.   This Agreement shall not be construed more strictly against one party than another merely by virtue of the fact that it, or any part of it, may have been prepared by counsel for one of the parties, it being recognized by the parties that this Agreement is the result of negotiations between the parties and that all parties have contributed substantially and materially to the preparation of this Agreement.

I.   All counsel and any other person executing this Agreement and any of the exhibits hereto, or any related settlement documents, warrant and represent that they have the full authority to do so and that they have the authority to take appropriate action required or permitted to be taken under the Agreement to effectuate its terms.

J.   Class Counsel and Defendants' Counsel agree to cooperate fully with one another in seeking Court approval of this Agreement and to promptly agree upon and execute all such other documentation as may be reasonably required to obtain final approval by the Court of the Settlement.

Settlement Agreement and Release-23

For and on behalf of Defendants:

EXECUTED this   __ day of   _____, 2016.


_____

**Katherine J. Shinners,**
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station Washington, D.C. 20044

**Counsel for Defendants**

For and on behalf of Plaintiffs and the Class:

EXECUTED this   __ day of   _____, 2016.



_____               _____

**Julia Harumi Mass, Esq.**                    **Robert P. Varian**
American Civil Liberties Union         Orrick, Herrington & Sutcliffe LLP
of Northern California, Inc.            405 Howard Street
39 Drumm Street                        San Francisco, CA 94105
San Francisco, CA 94111                415-773-5700
415-621-2493                           415-773-5759 (fax)
415-255-8437 (fax)                     rvarian@orrick.com
jmass@aclunc.org


                                       _____

_____               **Marc Van Der Hout**

**Carl Takei**                             Van Der Hout, Brigagliano
American Civil Liberties Union         & Nightingale LLP
National Prison Project                180 Sutter Street, Suite 500
915 15th Street, N.W., 7th Fl.         San Francisco, CA 94101
Washington, DC 20005                   415-981-3000
202-393-4920                           415-981-3003 (fax)
202-393-4931 (fax)                     MV@vblaw.com
ctakei@aclu.org
**Counsel for Plaintiffs**

Settlement Agreement and Release-24

**185**

For and on behalf of Defendants:

EXECUTED this ___ day of _____, 2016.

_____
Katherine J. Shinners,
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station Washington, D.C. 20044

**Counsel for Defendants**

For and on behalf of Plaintiffs and the Class:

EXECUTED this 10th day of June, 2016.

Julia Harumi Mass, Esq.                    Robert P. Varian
American Civil Liberties Union             Orrick, Herrington & Sutcliffe LLP
of Northern California, Inc.               405 Howard Street
39 Drumm Street                            San Francisco, CA 94105
San Francisco, CA 94111                    415-773-5700
415-621-2493                               415-773-5759 (fax)
415-255-8437 (fax)                         rvarian@orrick.com
jmass@aclunc.org

                                           Marc Van Der Hout
Carl Takei                                 Van Der Hout, Brigagliano
American Civil Liberties Union             & Nightingale LLP
National Prison Project                    180 Sutter Street, Suite 500
915 15th Street, N.W., 7th Fl.             San Francisco, CA 94101
Washington, DC 20005                       415-981-3000
202-393-4920                               415-981-3003 (fax)
202-393-4931 (fax)                         MV@vblaw.com
ctakei@aclu.org
**Counsel for Plaintiffs**

Settlement Agreement and Release-24

**186**

For and on behalf of Defendants:

EXECUTED this 13th day of ___June___, 2016.

**Katherine J. Shinners,**
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station Washington, D.C. 20044

**Counsel for Defendants**

For and on behalf of Plaintiffs and the Class:

EXECUTED this __ day of _____, 2016.

**Julia Harumi Mass, Esq.**
American Civil Liberties Union
of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
415-621-2493
415-255-8437 (fax)
jmass@aclunc.org

**Carl Takei**
American Civil Liberties Union
National Prison Project
915 15th Street, N.W., 7th Fl.
Washington, DC 20005
202-393-4920
202-393-4931 (fax)
ctakei@aclu.org
**Counsel for Plaintiffs**

**Robert P. Varian**
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
415-773-5700
415-773-5759 (fax)
rvarian@orrick.com

**Marc Van Der Hout**
Van Der Hout, Brigagliano
& Nightingale LLP
180 Sutter Street, Suite 500
San Francisco, CA 94101
415-981-3000
415-981-3003 (fax)
MV@vblaw.com

Settlement Agreement and Release-24

**187**

# EXHIBIT A



VERTICAL STEEL MEMBER

STEEL MEMBER W/ SHATTER RESISTANT PLEXI-GLASS BETWEEN HORIZONTAL STRUTS

DOOR NOT SHOWN FOR CLARITY

2' - 11"

2' - 10"

**PLAN VIEW**
3/4" = 1'-0"

CLEAR .118" SHATTER RESISTANT PLEXI-GLASS DOOR W/ HANDLE. SECURE TO STEEL FRAME WITH MAGNET DOOR LOCKS 4-5 LB PULL

REMOVABLE COVER PLATE TO BE SECURED TO TOP STEEL MEMBERS

SHATTER RESISTANT PLEXI-GLASS DOOR

VERTICAL STEEL MEMBER DSEIGNED BY OTHERS

5' - 10"

6"

6"

FIN FLOOR
0"

**GENERAL NOTES**

NOTE:
1. FRAME SHALL BE PAINTED WITH AN ALKYED ENAMEL PAINT, COLOR CHOICE BY OWNER:
   - BLACK
   - GREY
   - YELLOW
   - RED
   - HAMMERTONE
   - COPPER

VERTICAL STEEL MEMBER

TAMPER PROOF BOLTS W/ LOCKTIGHT

CUSTOM BLIND SAFTEY ANCHORS

FIN FLOOR

**1   ELEVATION**
3/4" = 1'-0"

**2   DETAIL**
3" = 1'-0"

**PHONE BOOTH**

SHEET
**1**

189

# EXHIBIT B

**NOTICE OF PROPOSED SETTLEMENT REGARDING TELEPHONE ACCESS IN IMMIGRATION DETENTION**

**<u>LYON, ET AL. V. U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ET AL.,</u>**
**Case No. 3:13-cv-05878-EMC**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**TO:**   All current and future adult immigration detainees who are or will be held by ICE in Contra Costa County, Kern County, Sacramento County, or Yuba County.

**<u>Purpose of this Notice</u>**

This notice has three purposes: 1) to tell you about the proposed settlement and the fairness hearing in this class-action lawsuit; 2) to tell you how to obtain more information, including a copy of the full proposed settlement agreement; and 3) to explain how you may object to the proposed settlement if you disagree with it.

**<u>Background on the Lawsuit</u>**

This class action lawsuit asserts that U.S. Immigration and Customs Enforcement (ICE) does not provide adequate telephone access for immigration detainees housed in Contra Costa West County Detention Facility, Yuba County Jail, Rio Cosumnes Correctional Center (RCCC), and Mesa Verde Detention Facility (collectively, the Facilities). Specifically, the lawsuit asserts that ICE is violating the statutory and constitutional rights of immigration detainees because the telephone access conditions in the Facilities: (1) prevent detainees from retaining and communicating effectively with lawyers, and (2) prevent detainees from gathering evidence to present in immigration-related proceedings. The lawsuit seeks changes to ICE and Facility policies; it does not ask for money damages.

Class Counsel (representing the interests of detainees in the Facilities) and ICE's attorneys have negotiated a settlement. The Court has given preliminary approval to this settlement, and the next step is for the Court to consider any comments and objections from class members. A hearing has been scheduled for _____, 2016, at _____.m. before the Honorable Edward M. Chen of the United States District Court for the Northern District of California in Courtroom 5 – 17th Floor at the San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, California. At this hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate. The Court will then either approve the settlement or order the parties to continue litigating.

**<u>Description of the Proposed Settlement Agreement</u>**

Below is a summary of the key points in the settlement agreement. To get a copy of the full agreement, see the section entitled "For Further Information" after this summary.

1.  **There will be more ways to make legal calls from housing unit phones and new phone booths for privacy in housing units.**

    a.  **ICE will add speed-dials to make free, direct, unmonitored calls to more government offices and some attorneys from the housing unit phones.**  ICE will set up more speed-dial numbers (similar to ICE's pro bono platform) that will connect without needing a live person to answer and accept the call, that will not be recorded or monitored, and that will be cost-free for the caller and recipient. These numbers will include police departments, probation departments, state and federal courts, and rehabilitation centers as well as attorneys who provide a mix of paid and pro bono immigration representation and have requested to be added to the platform.

    b.  **ICE will create a list of attorneys who can be called without needing a live person to answer.**  ICE will allow attorneys (including those who only provide paid representation) to receive calls from the housing unit phones without needing a live person to answer the telephone. These calls will not be recorded or monitored.

    c.  **ICE will install phone booths in and around housing units for case-related telephone calls.** ICE has agreed to install a total of 40 phone booths that will be distributed among the four Facilities. These phone booths will operate like the housing unit phones, but with more privacy.

    d.  **ICE will ensure access to phone booths.** Except during count and lockdowns, detainees will be able to use phone booths any time during waking hours (including non-free time at Contra Costa). Detainees who are housed in places where they need staff to escort them to a phone booth, such as segregation, will receive access within two waking hours of making a request, absent extraordinary circumstances (which must be reported to ICE). For detainees in disciplinary segregation whose discipline includes limits on telephone access, these requirements apply only to personal or family emergencies, Legal Calls, or calls that are otherwise justified by a compelling need.

    e.  **ICE will extend automatic cut-offs for telephone calls.**
        i.  *Yuba:* Cut-offs for the housing unit phones will be extended from 20 minutes to 40 minutes, and there will be no automatic cut-off in the Yuba phone room.
        ii.  *RCCC:* Cut-offs for the housing unit phones will be extended from 20 minutes to 40 minutes.
        iii.  *All Facilities:* The automatic cut-off for calls from ICE's pro bono platform will be extended to 60 minutes.
        iv.  Based on demonstrated need in individual circumstances, ICE may impose time limits on telephone calls to ensure everyone has access.

2. **There will be more ways to make legal calls from private phone rooms.**

   a. **Immigration detainees will be allowed to use private phone rooms for legal calls, including calls to non-attorneys.**
      i. *In general:* These calls will not be recorded or monitored, and will not require a live person to answer. When connecting the call, Facility staff or ICE personnel can check the call recipient's name and ask if the call recipient agrees to speak to the caller, but cannot announce the detainee is calling from a jail or detention facility. If nobody answers, the caller will be able to leave voicemail messages and navigate automated answering systems that require dialing an extension.
      ii. *Calls to attorneys:* Immigration detainees will be able to call attorneys from these phones for long calls or calls that need extra privacy. Also, attorneys may request calls be scheduled at particular times.
      iii. *Calls to non-attorneys:* Immigration detainees will be able to call non-attorneys from these phones if the call is case-related (for example, to request a supportive letter or to get help obtaining documents) and the detainee has already tried and been unable to contact the person using a housing unit phone.
      iv. *RCCC and Yuba:* A phone room, phone booth, or other enclosure will be added to meet this requirement at RCCC, which currently has no private phone room. Privacy will be improved in the Yuba phone room.

   b. **Phone room calls will be generally limited to 30 minutes but immigration detainees can request longer calls.** However, in periods of high demand, ICE may limit call lengths to ensure everyone has access.

3. **On-site facilitators at each Facility will process telephone requests and provide timely access to phone rooms.** Calls will ordinarily be provided within 8 waking hours, and (except in extraordinary circumstances) always within 24 hours of a request.

4. **Each Facility will take and deliver non-confidential phone and/or email messages related to immigration detainees' immigration cases within 24 hours.**

5. **For detainees who cannot afford to pay for phone calls, ICE will provide extra phone room access or phone credit.** This will be available to detainees who have had less than $15 on their commissary account for 10 consecutive days at the time of the request.

6. **ICE will make accommodations for international legal calls and three-way calling for legal calls.** There will be a system for requesting international legal calls even if international calls cannot be dialed from housing unit phones or phone rooms. Upon request and statement of a need, such as needing an interpreter to join a call, ICE will facilitate 3-way calls in the Facility (if possible) or at the nearest field office.

7.  **ICE will assist people who do not read English or Spanish.** ICE will post a notice in 10 common written languages telling detainees to ask Facility staff for translations of telephone access materials and assistance with telephone access. On request, if local interpretation is not adequate or available, ICE will use a telephone-based "language line" interpreter to provide further explanations. Additionally, if a detainee is trying to call a person who does not speak English and cannot understand the automatic prompts to accept a call, the detainee can use the Phone Room to call that person for case-related calls.

8.  **ICE will require training of all local ICE officers with duties related to detention and Facility staff whose duties include supervising detainees or providing telephone access.** ICE will also add detail to the inspection forms it uses in detention facilities across the country to evaluate compliance with detention standards regarding privacy for legal calls, timeliness in responding to telephone requests, availability of message delivery systems, availability of translation and interpretation services, and access to telephones for detainees in segregation.

9.  **Five Year Agreement.** ICE will have one year after the Court finally approves the Settlement to make the required changes. The Settlement will be in effect for four years after that. During this time, ICE must provide information to Class Counsel to monitor and enforce the Settlement, including providing various documents and allowing Class Counsel to visit the Facilities to interview detainees.

10. **The Court can enforce the agreement if there are any violations.** The Court will retain jurisdiction over the case to enforce the terms of the Settlement Agreement.

11. **Attorneys' fees and costs.** The Government will pay $405,000 to Class Counsel in settlement of all claims for fees and expenses. See below for how to obtain more information about the attorneys' fees settlement.

12. **Release of claims.** Class Members will release the government from all claims for declaratory or injunctive relief that were brought on behalf of Class Members based on the facts and circumstances alleged in the lawsuit.

**For further information:**

THIS IS A SUMMARY OF THE AGREEMENT. TO UNDERSTAND IT FULLY, YOU SHOULD READ THE ENTIRE AGREEMENT. You can get copies of the final settlement agreement, Class Counsel's motion seeking the Court's approval of the attorneys' fees provision of the settlement, and copies of this Notice from: 1) Visiting ICE agents; 2) ICE's website (**www.ice.gov**); 3) the ACLU of Northern California website (**www.aclunc.org/our-work/legal-docket/lyon-v-ice-telephone-access-immigration-detainees**); 4) by calling Class Counsel by using speed dial number **#9160** through ICE's pro bono call platform or by calling (415) 621-2493, ext. 329; 5) the

4

**194**

electronic docket in this case (Case No. 13-cv-05878 EMC), available at https://ecf.cand.uscourts.gov; or 6) by writing to Class Counsel at the address listed below:

> Class Counsel
> *Lyon v. ICE* Class Action Settlement
> c/o ACLU Foundation of Northern California
> 39 Drumm Street
> San Francisco, CA 94111

If calling or writing to Class Counsel, please indicate in your message or letter what you are asking for (a copy of the settlement agreement, the attorneys' fee motion, or the Notice), your name, and how to get in touch with you. If you are in custody, say the detention center where you are currently in custody. If you are out of custody, please provide your address and telephone number.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT.

**<u>Procedures for Objecting to the Proposed Settlement</u>:**

You can ask the Court to deny approval of the settlement by filing an objection. You cannot ask the Court to order a different settlement; the Court can only approve or deny the settlement. If the Court denies approval, the settlement provisions will not be implemented and the lawsuit will continue. If that is what you want to happen, you must object.

If you object to the proposed settlement, you should do it in writing and must submit the written objection to the Court. Attached to this notice is a sample objection form that you may use to file a written objection. You can request additional copies of this form from ICE agents that visit your detention facility. If you file an objection, you may also choose to appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for paying that attorney if required.

All written objections and supporting papers must:

(a) Clearly identify the case name and number (*Lyon v. ICE*, Case No. 13-cv-05878 EMC);
(b) Provide: (i) the Class Member's full name and current detention facility or address, (ii) a signed declaration that the Class Member is a member of the Class, (iii) the specific grounds for the objection, (iv) all documents or writings the Class Member wants the Court to consider, and (v) whether the Class Member intends to appear at the Fairness Hearing.
(c) Be submitted to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, or by filing them in person at any location of the United States District Court for the Northern District of California;
(d) **Be filed or postmarked on or before _____, 2016**.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUDLEY BARRINGTON LYON, JR., et al.,  ) | Case No. 3:13-cv-05878-EMC |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | **OBJECTION TO PROPOSED** |
| UNITED STATES IMMIGRATION AND ) | **SETTLEMENT** |
| CUSTOMS ENFORCEMENT, et al., ) | |
| ) | Hon. Edward. M. Chen |
| *Defendants*. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

To the Honorable Court:

I believe I am a Class Member because I am currently detained by ICE at (check one):

＿＿ West County Detention Facility in Contra Costa County

＿＿ Yuba County Jail in Yuba County

＿＿ Rio Cosumnes Correctional Center in Sacramento County

＿＿ Mesa Verde Detention Facility in Kern County

I object to the proposed settlement because: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ [attach additional sheets if necessary]

I intend to appear at the Court for the Fairness Hearing: ☐  Yes ☐  No

My signature verifies that everything I have stated above is true.

Dated: ＿＿＿＿＿＿＿＿＿＿            Signature:   ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                            Name:        ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                            "A number":  ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                            Address:     ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                          ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

# EXHIBIT C

1  ROBERT P. VARIAN (SBN 107459)
   CHARLES J. HA (*pro hac vice*)
2  ALEXIS YEE-GARCIA (SBN 277204)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, California  94105-2669
   Telephone:    (415) 773-5700
5  Facsimile:    (415) 773-5759
   Email: rvarian@orrick.com
6
   AMERICAN CIVIL LIBERTIES UNION
7  FOUNDATION OF NORTHERN CALIFORNIA
   JULIA HARUMI MASS (SBN 189649)
8  ANGELICA SALCEDA (SBN 296152)
   CHRISTINE P. SUN (SBN 218701)
9  MICHAEL T. RISHER (SBN 191627)
   39 Drumm Street
10 San Francisco, CA  94111
   Telephone: (415) 621-2493
11 Facsimile: (415) 255-8437
   Email: jmass@aclunc.org
12 Attorneys for Plaintiffs

13 [Additional Counsel appear on following page]

14                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
15                      SAN FRANCISCO DIVISION

16

17 AUDLEY BARRINGTON LYON, JR., et al.,        Case No.:  13-cv-05878-EMC
   on behalf of themselves and all others similarly
18 situated,

19                  Plaintiffs,              **FINAL ORDER APPROVING
                                             SETTLEMENT AND DISMISSING
20          v.                               CASE**

21 UNITED STATES IMMIGRATION AND             Hon. Edward M. Chen
   CUSTOMS ENFORCEMENT, et al.,
22
                    Defendants.
23

24

25

26

27

28

1  AMERICAN CIVIL LIBERTIES UNION
   NATIONAL PRISON PROJECT
2  CARL TAKEI (SBN 256229)
3  915 15th Street N.W., 7th Floor
   Washington, DC 20005
4  Telephone:  (202) 393-4930
   Facsimile:  (202) 393-4931
5  Email:  ctakei@aclu.org

6
   VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE, LLP
7  MARC VAN DER HOUT (SBN 80778)
   MEGAN SALLOMI (SBN 300580)
8  180 Sutter Street, Suite 500
   San Francisco, CA  94104
9  Telephone:  (415) 981-3000
   Facsimile:  (415) 981-3003
10 Email: msal@vblaw.com

11
   Attorneys for Plaintiffs
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS Plaintiffs Audley Barrington Lyon, Jr., José Elizondro Astorga-Cervantes,

2    and Nancy Neria-Garcia, on behalf of themselves and all class members (collectively, "Plaintiff

3    Class"), by and through their counsel of record, have asserted claims for declaratory and

4    injunctive relief against Defendants U.S. Immigration and Customs Enforcement ("ICE"); Sarah

5    Saldaña in her official capacity as Director of ICE; the U.S. Department of Homeland Security;

6    Jeh Johnson in his official capacity as Secretary of Homeland Security, and Adrian Macias in his

7    official capacity as Acting Field Office Director for ICE's San Francisco Field Office

8    (collectively "Defendants"), alleging violations of the Immigration and Nationality Act, 8 U.S.C.

9    § 1101 *et seq.* and the First and Fifth Amendments to the U.S. Constitution; and

10    WHEREAS on April 16, 2014, the Court certified a class of "[a]ll current and future

11    immigration detainees who are or will be held by ICE in in Contra Costa, Sacramento, and Yuba

12    Counties" (ECF No. 31);

13    WHEREAS on July 27, 2015, the Court granted Plaintiffs' motion to modify the certified

14    class to include "[a]ll current and future adult immigration detainees who are or will be held by

15    ICE in Contra Costa County, Kern County, Sacramento County, or Yuba County" ("Plaintiff

16    Class") (ECF No. 98);

17    WHEREAS on March 18, 2016, the Court granted in part and denied in part Defendants'

18    motion for summary judgment and denied Plaintiffs' motion for summary judgment (ECF No.

19    167);

20    WHEREAS the Court found that Plaintiffs' Counsel are adequate to represent the Plaintiff

21    Class under Federal Rule of Civil Procedure 23(g)(1) and (4), and appointed Plaintiffs' Counsel

22    as Class Counsel under Rule 23(g) in an Order dated _____, 2016; and

23    WHEREAS the Plaintiff Class and Defendants entered into a settlement of the above-

24    captioned matter ("Settlement") and executed a Settlement Agreement and Release ("Settlement

25    Agreement"), which has been filed with the Court; and

26    WHEREAS the Court preliminarily approved the Settlement in an Order dated

27    _____, 2016; and

28

1    WHEREAS the Court held a hearing on _____, 2016, where the Court found the

2    Settlement reasonable and fair; and

3    WHEREAS it appears notice of the Settlement has been adequately provided to the Class

4    as provided for by the Court's Order Granting Preliminary Approval; and

5    WHEREAS the Plaintiff Class has filed with the Court a Motion for Final Approval of the

6    Settlement, together with supporting documents; and

7    WHEREAS the Court held a hearing on _____, 2016 to

8    consider the final approval of the Settlement, and any objections to the foregoing filed before or at

9    the time of the hearing;

10   WHEREAS the Court has considered the Settlement between the Plaintiff Class and the

11   Defendants, and the pleadings and documents submitted in connection with the parties' request

12   for final approval of the Settlement, and good cause appearing therefore,

13   **WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

14   1.      The Court has jurisdiction over the subject matter of this action. The Court has

15   personal jurisdiction over the Plaintiff Class (as defined in the Court's orders granting Plaintiffs'

16   motions for class certification and for modification of the class certification order, ECF Nos. 31

17   and 98) and Defendants.

18   2.      Under Federal Rule of Civil Procedure 23(e), the Settlement as set forth in the

19   Settlement Agreement is approved as fair, reasonable, adequate, and in the best interests of the

20   Plaintiff Class. The Court finds that the Settlement appears to have resulted from arm's length

21   negotiations by and among counsel for the parties who were reasonably skilled and prepared and

22   who represented the best interests of their respective clients in negotiating the Settlement. The

23   settlement negotiations that led to the Settlement took place in mediations sessions supervised by

24   Magistrate Judge Donna Ryu, with assistance from Magistrate Judge Laurel Beeler. This provides

25   the Court with further assurance that the negotiations leading to the Settlement were good faith,

26   arm's length negotiations, based on a sufficiently developed record, and which appropriately

27   considered the risks of trial, the potential resolution, and all other relevant factors leading to

28   Settlement.

3.      The Court further finds that the settlement of attorneys' fees and costs in Section XI of the Settlement Agreement was the result of arm's length and good faith negotiations supervised by Magistrate Judges Ryu and Beeler. The attorney's fees and costs provision appears to have taken into consideration the right of Plaintiffs to seek an award of fees that would be substantially higher than the amount agreed to, the risks of trial, and all other relevant factors. The Court therefore approves the award of the Attorneys' Fee Settlement Amount contained in the Settlement Agreement and orders that that the Attorneys' Fee Settlement Amount be paid in accordance with the Settlement Agreement.

4.      The Court further finds the Notice to the Class was reasonably calculated to apprise the Class of the pendency of this action and all material elements of the proposed settlement, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice.

5.      This Final Order adopts and incorporates herein by reference in its entirety the Settlement Agreement submitted as Exhibit 1 to the Declaration of Julia Harumi Mass, filed with Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement (ECF No. __). The parties are directed to implement the Settlement Agreement in accordance with its terms and provisions.

6.      In accordance with Section XII.A of the Settlement Agreement, this action is hereby dismissed with prejudice. Without in any way affecting the finality of this Final Order, this Court retains jurisdiction for the purpose of enforcing the Settlement Agreement and as to all matters relating to the interpretation and enforcement of the Settlement Agreement.

7.      The Court finds this Final Order adjudicates all of the claims, rights, and liabilities of the Parties to the Settlement, and is intended to be a final judgment within the meaning of Rule 54 of the Federal Rules of Civil Procedure.

1    IT IS SO ORDERED.

2

3    Dated _____       _____

4                                              Hon. Edward M. Chen
                                               U.S. District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

# EXHIBIT D

## NOTICE OF FINAL SETTLEMENT REGARDING TELEPHONE ACCESS IN IMMIGRATION DETENTION

## <u>LYON, ET AL. V. U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ET AL.,</u>
### Case No. 3:13-cv-05878-EMC
### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**TO:**     All current and future adult immigration detainees who are or will be held by ICE in Contra Costa County, Kern County, Sacramento County, or Yuba County.

You are hereby notified that on _____, 2016, the Honorable Edward M. Chen of the United States District Court for the Northern District of California approved a settlement of the claims that were brought on your behalf in this lawsuit.

### <u>Background on the Lawsuit</u>

This class action lawsuit asserted that U.S. Immigration and Customs Enforcement (ICE) does not provide adequate telephone access for immigration detainees housed in Contra Costa West County Detention Facility, Yuba County Jail, Rio Cosumnes Correctional Center (RCCC), and Mesa Verde Detention Facility (collectively, the Facilities). Specifically, the lawsuit asserted that ICE is violating the statutory and constitutional rights of immigration detainees because the telephone access conditions in the Facilities: (1) prevent detainees from retaining and communicating effectively with lawyers, and (2) prevent detainees from gathering evidence to present in immigration-related proceedings. The parties reached a settlement that the Court has approved.

### <u>Description of the Settlement Agreement</u>

Below is a summary of the key points in the settlement agreement. To get a copy of the full agreement, see the section entitled "For Further Information" after this summary.

1.   **There will be more ways to make legal calls from housing unit phones and new phone booths for privacy in housing units.**

     a.   **ICE will add speed-dials to make free, direct, unmonitored calls to more government offices and some attorneys from the housing unit phones.**  ICE will set up more speed-dial numbers (similar to ICE's pro bono platform) that will connect without needing a live person to answer and accept the call, that will not be recorded or monitored, and that will be cost-free for the caller and recipient. These numbers will include police departments, probation departments, state and federal courts, and rehabilitation centers as well as attorneys who provide a mix of paid and pro bono immigration representation and have requested to be added to the platform.

1

b. **ICE will create a list of attorneys who can be called without needing a live person to answer.**  ICE will allow attorneys (including those who only provide paid representation) to receive calls from the housing unit phones without needing a live person to answer the telephone. These calls will not be recorded or monitored.

c. **ICE will install phone booths in and around housing units for case-related telephone calls.** ICE has agreed to install a total of 40 phone booths that will be distributed among the four Facilities. These phone booths will operate like the housing unit phones, but with more privacy.

d. **ICE will ensure access to phone booths.** Except during count and lockdowns, detainees will be able to use phone booths any time during waking hours (including non-free time at Contra Costa). Detainees who are housed in places where they need staff to escort them to a phone booth, such as segregation, will receive access within two waking hours of making a request, absent extraordinary circumstances (which must be reported to ICE). For detainees in disciplinary segregation whose discipline includes limits on telephone access, these requirements apply only to personal or family emergencies, Legal Calls, or calls that are otherwise justified by a compelling need.

e. **ICE will extend automatic cut-offs for telephone calls.**
   i. *Yuba:* Cut-offs for the housing unit phones will be extended from 20 minutes to 40 minutes, and there will be no automatic cut-off in the Yuba phone room.
   ii. *RCCC:* Cut-offs for the housing unit phones will be extended from 20 minutes to 40 minutes.
   iii. *All Facilities:* The automatic cut-off for calls from ICE's pro bono platform will be extended to 60 minutes.
   iv. Based on demonstrated need in individual circumstances, ICE may impose time limits on telephone calls to ensure everyone has access.

2. **There will be more ways to make legal calls from private phone rooms.**

a. **Immigration detainees will be allowed to use private phone rooms for legal calls, including calls to non-attorneys.**
   i. *In general:* These calls will not be recorded or monitored, and will not require a live person to answer. When connecting the call, Facility staff or ICE personnel can check the call recipient's name and ask if the call recipient agrees to speak to the caller, but cannot announce the detainee is calling from a jail or detention facility. If nobody answers, the caller will be able to leave voicemail messages and navigate automated answering systems that require dialing an extension.

2

     ii. *Calls to attorneys:* Immigration detainees will be able to call attorneys from these phones for long calls or calls that need extra privacy. Also, attorneys may request calls be scheduled at particular times.

    iii. *Calls to non-attorneys:* Immigration detainees will be able to call non-attorneys from these phones if the call is case-related (for example, to request a supportive letter or to get help obtaining documents) and the detainee has already tried and been unable to contact the person using a housing unit phone.

    iv. *RCCC and Yuba:* A phone room, phone booth, or other enclosure will be added to meet this requirement at RCCC, which currently has no private phone room. Privacy will be improved in the Yuba phone room.

  b. **Phone room calls will be generally limited to 30 minutes but immigration detainees can request longer calls.** However, in periods of high demand, ICE may limit call lengths to ensure everyone has access.

3. **On-site facilitators at each Facility will process telephone requests and provide timely access to phone rooms.** Calls will ordinarily be provided within 8 waking hours, and (except in extraordinary circumstances) always within 24 hours of a request.

4. **Each Facility will take and deliver non-confidential phone and/or email messages related to immigration detainees' immigration cases within 24 hours.**

5. **For detainees who cannot afford to pay for phone calls, ICE will provide extra phone room access or phone credit.**  This will be available to detainees who have had less than $15 on their commissary account for 10 consecutive days at the time of the request.

6. **ICE will make accommodations for international legal calls and three-way calling for legal calls.** There will be a system for requesting international legal calls even if international calls cannot be dialed from housing unit phones or phone rooms.  Upon request and statement of a need, such as needing an interpreter to join a call, ICE will facilitate 3-way calls in the Facility (if possible) or at the nearest field office.

7. **ICE will assist people who do not read English or Spanish.** ICE will post a notice in 10 common written languages telling detainees to ask Facility staff for translations of telephone access materials and assistance with telephone access. On request, if local interpretation is not adequate or available, ICE will use a telephone-based "language line" interpreter to provide further explanations. Additionally, if a detainee is trying to call a person who does not speak English and cannot understand the automatic prompts to accept a call, the detainee can use the Phone Room to call that person for case-related calls.

8. **ICE will require training of all local ICE officers with duties related to detention and Facility staff whose duties include supervising detainees or providing telephone access.**  ICE will also add detail to the inspection forms it uses in detention facilities across

3

**207**

the country to evaluate compliance with detention standards regarding privacy for legal calls, timeliness in responding to telephone requests, availability of message delivery systems, availability of translation and interpretation services, and access to telephones for detainees in segregation.

9.    **Five Year Agreement.** ICE will have one year after the Court approved the Settlement to make the required changes. The Settlement will be in effect for four years after that. During this time, ICE must provide information to Class Counsel to monitor and enforce the Settlement, including providing various documents and allowing Class Counsel to visit the Facilities to interview detainees.

10.   **The Court can enforce the agreement if there are any violations.** The Court will retain jurisdiction over the case to enforce the terms of the Settlement Agreement.

11.   **Attorneys' fees and costs.** The Government will pay $405,000 to Class Counsel in settlement of all claims for fees and expenses. See below for how to obtain more information about the attorneys' fees settlement.

12.   **Release of claims.** Class Members will release the government from all claims for declaratory or injunctive relief that were brought on behalf of Class Members based on the facts and circumstances alleged in the lawsuit.

**For further information:**

      THIS IS A SUMMARY OF THE AGREEMENT. TO UNDERSTAND IT FULLY, YOU SHOULD READ THE ENTIRE AGREEMENT. You can get copies of the final settlement agreement from: 1) Visiting ICE agents, 2) ICE's website (**www.ice.gov**); 3) the ACLU of Northern California website (**www.aclunc.org/our-work/legal-docket/lyon-v-ice-telephone-access-immigration-detainees**); 4) by calling Class Counsel by using speed dial number **#9160** through ICE's pro bono call platform or by calling (415) 621-2493, ext. 329;  or 5) by writing to Class Counsel at the address listed below:

          Class Counsel
          *Lyon v. ICE* Class Action Settlement
          c/o ACLU Foundation of Northern California
          39 Drumm Street
          San Francisco, CA 94111

If calling or writing to Class Counsel, please indicate in your message or letter that you are asking for a copy of the settlement agreement, the name of the case (*Lyon v. ICE*), your name, and how to get in touch with you. If you are in custody, say the detention center where you are currently in custody. If you are out of custody, please provide your address and telephone number.

# AGREEMENT REGARDING PROCEDURES FOR NOTIFYING
# AND REOPENING CASES OF *FRANCO* CLASS MEMBERS WHO
# HAVE RECEIVED FINAL ORDERS OF REMOVAL

This Agreement is entered into by all Plaintiffs and all Defendants in this class action lawsuit (collectively, "the Parties"). Plaintiffs are individuals who are, or were during the relevant period, detained in the custody of U.S. Immigration and Customs Enforcement ("ICE") in Arizona, California, or Washington, who have serious mental disorders, and who lack or lacked counsel in their immigration proceedings. Defendants are Eric H. Holder, United States Attorney General, Juan Osuna, Director of the Executive Office for Immigration Review ("EOIR"), Jeh Johnson, Secretary of Homeland Security, Thomas S. Winkowski, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), and David Jennings, Field Office Director for the Los Angeles District of ICE.

## RECITALS

WHEREAS, on March 26, 2010, Plaintiff Jose Antonio Franco-Gonzalez filed a petition for writ of habeas corpus in the United States District Court for the Central District of California, *Franco-Gonzalez, et al. v. Holder, et al.*, 10-CV-02211-DMG (DTBx) (C.D. Cal.), alleging violations of the Immigration and Nationality Act, Section 504 of the Rehabilitation Act, and the Fifth Amendment to the U.S. Constitution;

WHEREAS, on November 2, 2010, Plaintiffs filed a first amended class action complaint, alleging that Defendants unlawfully require individuals detained for immigration proceedings in California, Arizona, and Washington, who are incompetent by reason of their mental disabilities, to represent themselves in their

**209**

immigration proceedings, in violation of the Immigration and Nationality Act, Section 504 of the Rehabilitation Act, and the Fifth Amendment to the U.S. Constitution;

WHEREAS, on November 21, 2011, the Court granted Plaintiffs' motion for class certification and certified the Main Class and two Sub-Classes in this case, Dkt. 348, which are described as follows:

*Plaintiff (or "Main") Class:* All individuals who are or will be in DHS custody for immigration proceedings in California, Arizona, and Washington who have been identified by or to medical personnel, DHS, or an Immigration Judge, as having a serious mental disorder or defect that may render them incompetent to represent themselves in immigration proceedings, and who presently lack counsel in their immigration proceedings.

*Sub-Class 1:* Individuals in the above-named Plaintiff Class who have a serious mental disorder or defect that renders them incompetent to represent themselves in immigration proceedings.

*Sub-Class 2:* Individuals in the above-named Plaintiff Class who have been detained for more than six months.

Dkt. 786, Implementation Plan Order at 24;

WHEREAS, on April 23, 2013, the Court granted in part and denied in part Plaintiffs' motion for partial summary judgment, and held that:

(1) Section 504 of the Rehabilitation Act requires Defendants to provide Qualified Representatives to represent Sub–Class One members in all aspects of their removal and detention proceedings ("Count Four"), and

(2) the [Immigration and Nationality Act] requires the provision of a custody redetermination hearing for individuals in Sub–Class Two who have been

detained for a prolonged period of time greater than 180 days ("Count Eight").

Dkt. 592 at 34;

WHEREAS, on April 23, 2013, the Court entered partial judgment and a permanent injunction against Defendants, in accordance with its summary judgment order, and further ordered that:

> Defendants shall submit to the Court a plan and status report describing the steps taken to implement this Order and Judgment and future plans for implementation, including (1) identification of current and future class members and Sub–Class members, (2) provision of Qualified Representatives for Sub–Class One members, and (3) provision of timely bond hearings as required by this Order,

Dkt. 593 at 4;

WHEREAS, on December 11, 2013, the Parties stipulated to clarify that the term "serious mental disorder or defect" in the class definition referred to individuals for whom certain specified diagnostic, medical or other criteria were met, *see* Dkt. 673 at 2-3;

WHEREAS, the Parties subsequently engaged in settlement discussions to negotiate the terms of the Implementation Plan Order, including whether a remedy should be afforded to individuals identified as *Franco* Class members while they were in ICE custody, but who, while this case was pending, were ordered removed from the United States;

WHEREAS, on October 16, 2013, the Court appointed a Special Master to resolve the Parties' outstanding disputes as to the terms of the Implementation Plan Order, including their dispute as to the remedy that should be afforded to *Franco* Class members who were ordered removed from the United States while this case was pending, Dkt. 662;

000017

WHEREAS, the Parties submitted briefing to the Special Master on this dispute, including the Parties' respective proposals as to the remedy that should be afforded to Class members who were ordered removed from the United States while this case was pending;

WHEREAS, on March 12, 2014, the Special Master issued his Report, which stated, *inter alia*, that these former Class members were entitled to a remedy under the Injunction, but recommending, in substantial part, that the Court adopt Defendants' proposal as to what remedy should be ordered, Dkt. 709 at 27-37;

WHEREAS, the parties submitted their respective objections to the Special Master's Report to the Court;

WHEREAS, Plaintiffs believe that the Class members who were ordered removed from the United States while this case was pending are entitled to a remedy under the Court's Permanent Injunction, and that the procedures set forth in the proposal they submitted to the Special Master comprise a reasonable and appropriate form of relief for the removed Class members, but, taking into account the extensive burdens and expense of litigation, including the risks and uncertainties associated with requesting a ruling from the Court on this matter, Plaintiffs' counsel have concluded that the Agreement provides substantial benefits to these *Franco* Class members, and is fair, reasonable, adequate, and in the best interests of Plaintiffs and these Class members;

WHEREAS, Defendants believe that these Class members are not entitled to any remedy under the Court's Permanent Injunction, and that even assuming they are, the proposal Defendants submitted to the Special Master is a reasonable and appropriate one, but Defendants also have taken into account the uncertainty, risk, delay and costs inherent in litigation and agreed to enter into the Agreement to avoid any further litigation expenses and inconvenience, and to remove the distraction of burdensome and protracted litigation;

Case 5:13-cv-03390-JWH-SP Document 50-27 Filed 06/29/23 Page 168 of 538 Page ID
#:2931
Case 2:10-cv-02211-DMG-DTB Document 807 Filed 02/23/15 Page 6 of 31 Page ID
#:20181

NOW, THEREFORE, in full settlement of the Parties' dispute as to the
proper remedy that should be afforded to individuals identified as *Franco* Class
members, and who were subsequently ordered removed, the Reopening Settlement
Agreement is entered into by and among the Parties, by and through their
respective counsel and representatives, and the Parties agree that:

    (a) upon approval of the Court after the hearing(s) provided for in the
Reopening Settlement Agreement, the claims of the Removal Order Class
Members, as defined in Section I.B, *infra*, to relief under the Permanent
Injunction shall be settled and compromised as between Plaintiffs and
Defendants; and

    (b) upon Court approval of the Agreement, the [Proposed] Order Approving
Settlement, substantially in the form attached as Exhibit A hereto, shall be
entered dismissing the claims of the Removal Order Class Members in this
case, all on the following terms and conditions:

## TERMS

I.   <u>Definitions</u>. For purposes of this Agreement, these terms are defined as
follows:

    A. "Class Members" are defined as those individuals in the Main Class,
Sub-Class One and Sub-Class Two (as described in Dkt. 786,
Implementation Plan Order at 24).

    B. "Removal Order Class Members" are defined as individuals who:

        (i)    received a final order of removal during the relevant period in
Section I.C or I.D, *infra*;

        (ii)    were identified by Plaintiffs as specified in Section VI.C-D,
*infra*, by the Parties as specified in Section VI.E, *infra*, or by

Defendants on lists exchanged pursuant to the Court's order at Dkt. 360; and

(iii)   meet the criteria in *either* (1) or (2) below:

(1) remained detained and unrepresented when they received orders of removal before an Immigration Judge without one of the following: (a) the safeguards set forth in Section III of the Court's Implementation Plan Order, Dkt. 786, or (b) the procedural safeguards implemented pursuant to Defendants' Phase I Guidance, *see* Dkt. 663-4; *or*

(2) were released from detention following an Immigration Judge's determination that they were not competent to represent themselves (*i.e.*, "Released Sub-Class One Members") and remained unrepresented when they received orders of removal before an Immigration Judge.[1]

C. "Post-Injunction Removal Order Class Members" are defined as all Removal Order Class Members who had final orders of removal entered in their proceedings on or after April 23, 2013, the date of the Court's order granting partial summary judgment and a permanent injunction for Plaintiffs, Dkts. 592, 593, and before the Implementation Plan Effective Date, as defined in Section I.K, *infra*.

D. "Pre-Injunction Removal Order Class Members" are defined as Removal Order Class Members who had final orders of removal entered in their proceedings on or after November 21, 2011, but before April 23, 2013.

---

[1]   Pursuant to Section XVIII, *infra*, other Class Members who were released from detention prior to receiving a final order of removal in their immigration proceedings remain entitled to pursue reopening of their immigration proceedings pursuant to the regular motion to reopen procedures already available under the immigration statues and regulations.

000020

E. "Private Agreement Removal Order Class Members" are defined as Removal Order Class Members, whether Post-Injunction or Pre-Injunction, whom the parties have agreed should be eligible for the joint motion to reopen procedures described in Section VIII, *infra*.

F. "Approval Hearing" shall mean and refer to the hearing by this Court to determine whether this Agreement should be approved in accordance with the relevant legal standards.

G. "Class Notices" shall mean and refer to the notices attached hereto at Exhibit B (the Summary Class Notice), C (the Detention Facility Summary Notice), D (the Joint Motion Notice and Instructions) and E (the Unilateral Motion Notice and Instructions).

H. "Notice Date" shall mean and refer to the date forty-five (45) days after the "Identification Deadline," as defined in Section I.L, *infra*, which is the last date by which the "Class Notices" as defined in Section I.G, *supra*, must be initially provided.

I. "Notice Program" shall refer to the notice procedures described in Section III, *infra*.

J. "Parties" are defined as the Plaintiffs and Defendants in this Action.

K. "Implementation Plan Effective Date" is defined as the date ninety (90) days after the Court enters the Implementation Plan Order in this case (absent an extension granted by the Court or agreed to by the Parties).

L. "Identification Deadline" is defined as the date ninety (90) days after the Court grants Preliminary Approval of this Agreement (absent an extension granted by the Court or agreed to by the Parties).

M. "Reopening Agreement," "Reopening Settlement Agreement," or "Agreement" are defined as this agreement, together with all of its attachments.

000021

II.     Preliminary Approval. Within three (3) court days after execution of the
Reopening Agreement, the Parties shall file the Reopening Agreement with the
Court to seek preliminary approval and shall jointly move the Court for entry of an
order, substantially in the form of Exhibit A hereto, which by its terms shall:

    A. Determine, preliminarily, that the Reopening Settlement Agreement and
its terms fall within the range of reasonableness, merits possible
approval, and that Notice of the Agreement should be provided to the
Class Members and to the Removal Order Class Members;

    B. Approve the proposed Class Notices and Notice Program;

    C. Determine that there are no rights to "opt-out" of the Reopening
Settlement Agreement and that the proposal would bind Class Members
and Removal Order Class Members;

    D. Schedule the Approval Hearing to consider the fairness, reasonableness
and adequacy of the Reopening Settlement Agreement;

    E. Direct the Parties or their designee(s) to cause the Class Notice to be
disseminated in the manner set forth in the Notice Program on or before
the Notice Date;

    F. Determine that the Class Notice and the Notice Program: (i) meets the
requirements of Rule 23(e)(1) and due process; (ii) is the best practicable
notice under the circumstances; (iii) is reasonably calculated, under the
circumstances, to apprise the Class, Sub-Classes and Removal Order
Class Members of their right to object to the proposed Settlement; and
(iv) is reasonable and constitutes due, adequate, and sufficient notice to
all those entitled to receive notice.

    G. Require any Class Member or Removal Order Class Member who wishes
to object to the fairness, reasonableness, or adequacy of the Settlement to
submit his or her objection ("Objection") to the Court in writing, via

regular mail on or before the Objection Date, with copies to counsel for the parties. Such Objection shall include a statement of his or her objection, as well as the specific reason, if any, for each objection, including any legal support the Class Member or Removal Order Class Member wishes to bring to the Court's attention and any evidence the Class Member or Removal Order Class Member wishes to introduce in support of his or her objection, and to state whether the Class Member and/or his or her counsel wishes to make an appearance at the Approval Hearing, or be barred from separately objecting;

H. Establish the following:

    a. The date and time of the Approval Hearing.

    b. The Notice Date: The Parties propose that the Notice Date be sixty (60) days before the Approval Hearing.

    c. The Objection Date: The Parties propose that the objection date be twenty-one (21) days before the Approval Hearing.

III. Notice Program. The parties will propose to the Court that the Class Notice shall be given to the Class Members and Removal Order Class Members via the following means:

A. The publication of the Summary Class Notice shall be distributed by:

    a. Defendants sending the Summary Class Notice to all Removal Order Class Members via U.S. Mail at the Removal Order Class Members' last known address (if any) associated with their removal case recorded within ICE's ENFORCE Alien Removal Module (EARM), whether inside or outside the United States;[2]

---

[2] All mailed Notices shall include the Spanish translations provided by Plaintiffs and agreed to by the Parties.

    b. Defendants providing the Summary Class Notice to all Legal Orientation Providers with offices in California, Arizona, and Washington;

    c. Defendants posting the Summary Class Notice in a reasonably accessible location on a website controlled by Defendants;

    d. Plaintiffs posting the Summary Class Notice on the websites of the ACLU Immigrants' Rights Project, ACLU of Southern California, the ACLU of San Diego and Imperial Counties, the ACLU of Arizona, Northwest Immigrant Rights Project, and Public Counsel, in accessible formats in English and Spanish;

B. The Detention Facility Summary Notice shall be posted by Defendants at all immigration detention facilities[3] in California, Arizona, and Washington, in areas prominently visible to immigration detainees, and accessible in English and Spanish;

C. The Joint Motion Notice and Instructions shall be provided by:

    a. Defendants distributing the Joint Motion Notice and Instructions and accompanying request letter template via U.S Mail, as specified in Section IX, in accordance with its terms; and

    b. Defendants posting the Joint Motion Notice and Instructions and accompanying request letter template on the ICE and EOIR websites in a reasonably accessible location, accessible in English and Spanish.

D. The Unilateral Motion Notice and Instructions shall be provided by:

---

[3] The term "immigration detention facilities" shall mean and refer to facilities used by, contracted with, or acting on behalf of ICE to hold detainees for more than 72 hours. *See* Dkt. 786 at 1 n.1.

Case 5:20-cv-00381-JWH-SP Document 50-7 Filed 06/02/23 Page 174 of 538 Page ID
#:2087
Case 2:16-cv-02211-DMG-SP Document 807 Filed 02/27/15 Page 42 of 89 Page ID
#:2037

a. Defendants providing the Unilateral Motion Notice and Instructions and cover letter to all Pre-Injunction Removal Order Class Members via U.S. Mail to their last known address (if any) as specified in Section XI, *infra*; and

b. Defendants posting the Unilateral Motion Notice and Instructions and accompanying cover letter on the ICE and EOIR websites in a reasonably accessible location, accessible in English and Spanish.

E. Notice will be posted and distributed by the Notice Date. When sending notice via U.S. Mail to each Removal Order Class Member pursuant to the Reopening Settlement Agreement, Defendants shall send the Summary Class Notice together with either the Joint Motion Notice and Instructions or the Unilateral Motion Notice and Instructions, depending on which set of notice/instructions is applicable to the Removal Order Class Member.

F. Any notices posted on websites or in immigration detention facilities shall remain posted for no less than sixty (60) days. The Parties will advise the Court as part of the motion for Final Approval confirming that notice has been issued according to this Section.

G. The Parties will make best efforts to agree to amend the Class Notice and notice procedures as required by the Court in order to obtain Court approval and adoption of the terms of this Agreement in a final order in this case.

IV. <u>Final Approval</u>. Except for the Parties' duties that precede and continue through any final approval by the Court, this Agreement is subject to and conditioned upon the issuance by the Court of an order finally approving the settlement contained herein in accordance with the relevant legal standards. In the event that the Court preliminarily or finally refuses approval based upon an

000025

objection, whether filed by a Class Member or Removal Order Class Member or raised by the Court, the Parties shall use their best efforts to address such objection in a manner designed to accomplish implementation of the Reopening Settlement Agreement.

V.  Cooperation. The Parties shall use their best efforts to obtain an Approval Hearing Date set by the Court by no later than 195 days after the Court grants Preliminary Approval of the Settlement, and to proceed with the Approval Hearing on that date. The Parties acknowledge that each intends to implement the terms of the Reopening Settlement Agreement upon its execution. The Parties shall, in good faith, cooperate and assist with and undertake all reasonable actions and steps in order to accomplish all required events on the schedule set by the Court, and shall use their best efforts to implement all terms and conditions of the Reopening Settlement Agreement. Nothing in this provision, however, requires either Party to waive its rights herein.

VI.  Identification of Certain Removal Order Class Members.[4] On or before the Identification Deadline, the Parties will identify certain Removal Order Class Members[5] pursuant to the following provisions:

---

[4] The parties agree that information and documents exchanged pursuant to this Agreement will be subject to the protective order governing this litigation, Dkt. 507.

[5] Plaintiffs will cooperate and assist in the identification of potential beneficiaries by providing Defendants with their consolidated list of individuals identified pursuant to Dkt. 360. For purposes of identifying potential beneficiaries and providing notice of the procedures contained in this Agreement, Defendants may identify and/or notify individuals irrespective of whether they ultimately qualify for relief under the Agreement (e.g., irrespective of whether they remained detained and unrepresented when they received orders of removal before an Immigration Judge or whether they received one of the following: (a) the safeguards set forth in Section III of the Court's Implementation Plan Order, Dkt. 786, or (b) the procedural safeguards implemented pursuant to Defendants' Phase I Guidance, Dkt. 663-4).

A. Defendants shall identify all Post-Injunction Removal Order Class Members who were identified on lists provided by Defendants to Plaintiffs pursuant to Dkt. 360, who were detained at ICE Health Service Corps ("IHSC") facilities and the Adelanto Correctional Facility in Adelanto, California, and who were contemporaneously identified by or to U.S. Immigration and Customs Enforcement ("ICE") personnel as meeting the "serious mental illness" criteria, as set forth in Defendants' Guidelines, Dkt. 611.

B. Defendants shall identify all Post-Injunction Removal Order Class Members who were identified on lists provided by Defendants to Plaintiffs pursuant to Dkt. 360, who were detained at non-IHSC facilities other than the Adelanto Correctional Facility, and who were contemporaneously identified by ICE in immigration court filings as possible Class Members based on one or more of the following diagnoses:

    1.    Psychosis or Psychotic Disorder;

    2.    Bipolar Disorder;

    3.    Schizophrenia or Schizoaffective Disorder;

    4.    Major Depressive Disorder with Psychotic Features;

    5.    Dementia and/or a Neurocognitive Disorder; or

    6.    Intellectual Development Disorder (moderate, severe or profound).

C. Separately, Plaintiffs shall provide a list to Defendants of Post-Injunction Removal Order Class Members who were identified only on Plaintiffs' Class Member lists within fifteen (15) days after Preliminary Approval. Within forty-five (45) days of the receipt of that list, Defendants shall then identify which of those Post-Injunction Removal Order Class

000027

Members were either contemporaneously identified by or to ICE personnel as meeting the "serious mental illness" criteria, as set forth in Defendants' Guidelines, Dkt. 611, or would have qualified, based on a review of their medical records and any other relevant evidence, as Class Members under the newly-narrowed Class definition, *see* Dkt. 690 at 1-2.

D. The Parties have also come to an agreement on the Plaintiffs' list of individuals to be included as "Private Agreement Removal Order Class Members," attached as Exhibit F hereto (filed under seal).

E. The Parties shall identify all Pre-Injunction Removal Order Class Members who were identified on lists exchanged by the Parties pursuant to Dkt. 360.

VII. <u>Removal Order Class Members Who Qualify for Joint Motion to Reopen Procedures</u>. The following Removal Order Class Members shall be eligible for the Joint Motion to Reopen Procedures described in Section VIII of this Agreement, *infra,* and shall benefit from the favorable exercise of discretion provisions described in that Section:

A. All Post-Injunction Removal Order Class Members whom Defendants identify pursuant to Sections VI.A-C of this Agreement, *supra,* who remained detained and unrepresented when they received orders of removal before an Immigration Judge without one of the following: (a) the safeguards set forth in Section III of the Court's Implementation Plan Order, Dkt. 786, or (b) the procedural safeguards implemented pursuant to Defendants' Phase I Guidance, Dkt. 663-4;

B. All Released Sub-Class One Members, as defined in Section I.B.iii.2, (*i.e.,* who remained unrepresented when they received orders of removal before an Immigration Judge);

C. All Removal Order Class Members, including Pre-Injunction Removal Order Class Members, who submit evidence that they were determined to be incompetent by any administrative or judicial tribunal in the United States within the three years preceding the date they had the final order of removal entered in their proceeding; and

D. All Private Agreement Removal Order Class Members.

VIII. <u>Joint Motion to Reopen Procedures</u>. For all eligible Removal Order Class Members described in Section VII, *supra*, ICE agrees to favorably exercise its discretion pursuant to 8 C.F.R. §§ 1003.23(b)(4)(iv) or 1003.2(c)(3)(iii) to join and file the Removal Order Class Member's motion to reopen his or her immigration proceedings, subject to the following provisions:

A. If Defendants identify the Removal Order Class Member as inadmissible or deportable as described in 8 U.S.C. §§ 1182(a)(3) or 1227(a)(4), ICE may decline to favorably exercise its discretion to join the Removal Order Class Member's motion to reopen.

B. If Defendants determine that the Removal Order Class Member is subject to Section VIII.A, *supra*, or is ineligible because he or she received the safeguards set forth in Section III of the Court's Implementation Plan Order, Dkt. 786, or the procedural safeguards implemented pursuant to Defendants' Phase I Guidance, Dkt. 663-4, ICE shall send a written notice to the Removal Order Class Member's last known address setting forth the basis for the declination or ineligibility. Defendants shall also send a copy of this written notice to Plaintiffs' counsel. Absent compelling reasons justifying Defendants' delay, Defendants shall send this written notice and copy within thirty (30) days of the date of receipt of the Removal Order Class Member's request for a joint motion.

C. Any Removal Order Class Member for whom ICE declines to submit a joint motion to reopen pursuant to this Section shall retain the right to file a motion to reopen before the Board of Immigration Appeals ("BIA") or the Immigration Court pursuant to the provisions of Section X, *infra*, depending on the forum in which the Removal Order Class Member's order of removal became final.

D. If ICE favorably exercises its discretion to file a joint motion to reopen pursuant to this Section, ICE shall file any such motion with either the BIA or the Immigration Court, depending on the forum in which the Removal Order Class Member's order of removal became final.

E. ICE's favorable exercise of discretion to file a joint motion to reopen pursuant to this Section shall not preclude ICE from contesting any issue of fact, law, or discretion in any reopened proceedings, including, but not limited to, the Removal Order Class Member's competency or incompetency.

IX. <u>Notice of Joint Motion to Reopen Procedures</u>. The parties agree to provide notice of the joint motion to reopen procedures described in Section VIII of this Agreement, *supra*, as follows:

A. By the Notice Date, Defendants shall send the Joint Motion Notice and Instructions to each Removal Order Class Member who is identified in Sections VII.A-B and VII.D, *supra*, at the Removal Order Class Member's last known address (if any) associated with their removal case recorded within ICE's EARM,[6] whether inside or outside the United States.

---

[6]    Defendants will provide Plaintiffs with the names, alien numbers, and referenced EARM address information (if any) for these individuals in the following format structure: Address Type; Street Line 1; Street Line 2; Street Line

B. The Joint Motion Notice and Instructions shall inform the Removal Order Class Member that he or she may request that ICE join a motion to reopen his or her proceedings before the BIA or the Immigration Court. This notice shall also describe the procedure through which the Removal Order Class Member should make such a request, and include an accompanying request template, attached as Exhibit G, that the individual should send to ICE in order to request a motion to reopen.

C. Defendants shall post the notice and request template in a reasonably accessible location on the EOIR and ICE websites, pursuant to Section III, *supra*.

X.   <u>Unilateral Motion to Reopen Procedures</u>. Any individual who was detained and unrepresented in Arizona, California, and Washington on or after November 21, 2011 (the date the Court certified the class in this case), remained detained and unrepresented when they received an order of removal before an Immigration Judge, and received neither (a) the safeguards set forth in Section III of the Court's Implementation Plan Order, Dkt. 786, nor (b) the procedural safeguards implemented pursuant to Defendants' Phase I Guidance, *see* Dkt. 663-4, shall have the ability to file a motion to reopen with the BIA or the Immigration Court, pursuant to the following provisions:

A. A motion to reopen filed by such an individual must demonstrate with evidence that the individual meets the newly-narrowed Main Class membership criteria set forth in Dkt. 690 at 1-2, and that the individual was not represented at the time the order of removal was entered before the Immigration Judge.

---

3; Apartment Number; PO Box; City; County; State Code; State; Postal Code; Country Code; Country.

B. A motion to reopen by such an individual must set forth argument or evidence showing that the individual has a plausible defense to removability and/or plausible grounds for relief.

C. ICE shall have the right to oppose a motion to reopen filed by an individual pursuant to this Section. For motions filed by Removal Order Class Members pursuant to this Section, however, ICE's opposition shall be limited to the following grounds:

    1. The Removal Order Class Member does not meet the newly-narrowed Main Class Definition, Dkt. 690 at 1-2, or did not meet such definition at the time they had their final order of removal entered in their proceedings;

    2. The Removal Order Class Member received the procedural safeguards set forth in Section III of the Court's Implementation Plan Order, Dkt. 786, or Defendants' Phase I Guidance, Dkt. 663-4;

    3. Reopening the Removal Order Class Member's proceedings would be futile because the Removal Order Class Member would remain removable and/or be ineligible for relief from removal in reopened immigration proceedings;

    4. The Removal Order Class Member is described in 8 U.S.C. §§ 1182(a)(3) or 1227(a)(4).

D. If the Immigration Court or the BIA denies a motion to reopen filed by an individual pursuant to this Section solely on the basis that the individual would remain removable and/or be ineligible for relief from removal in reopened immigration proceedings, the following provisions shall apply:

    1. Within fourteen (14) days of such denial, or as soon as practicable upon discovering the existence of such denial,

000032

Defendants shall notify Plaintiffs' counsel of the name and identity of the individual whose motion was denied, a copy of the order denying the motion to reopen, a copy of the individual's motion, and a copy of ICE's opposition (if any) to the individual's motion to reopen.

2.  Within thirty (30) days of such denial, or as soon as practicable upon obtaining the individual's A-file, Defendants shall provide Plaintiffs' counsel with a copy of relevant documents from the A-file, including any applications, decisions and related documents submitted to U.S. Citizenship and Immigration Services ("USCIS") or EOIR, of the individual whose motion was denied. Defendants retain the right to withhold or redact any confidential or privileged information in these documents. Notwithstanding this provision, Defendants will also consider reasonable requests for additional non-confidential or non-privileged records upon Plaintiffs' showing that the records are probative to the individual's defense to removability or claim for relief.

3.  Within thirty (30) days of Plaintiffs' receipt of the documents in Section X.D.2, *supra*, Plaintiffs may provide Defendants' counsel with supplemental evidence or arguments demonstrating a plausible defense to removability and/or plausible grounds for relief. Within thirty (30) days of receiving Plaintiffs' argument and evidence, Defendants shall review this evidence and argument and then determine whether they (a) will enter a joint motion to reopen; or (b) choose not to enter a

joint motion to reopen, and shall inform Plaintiffs' counsel of their decision.

4.    If Defendants choose not to enter a joint motion to reopen pursuant to Section X.D.3, *supra*, the Removal Order Class Member may then file one additional motion to reopen with evidence or arguments demonstrating a plausible defense to removability, or plausible grounds for relief.

5.    The second motion to reopen must be filed within ninety (90) days of the date Defendants advise Plaintiffs' counsel in writing that they will not enter a joint motion to reopen. The time and numerical limitations on motions to reopen will not bar this second motion, if it complies with the 90-day deadline set forth in this subsection. *See* Section XII, *infra*.

E.  If ICE does not oppose a motion to reopen filed by an individual pursuant to this Section, such declination shall not preclude ICE from contesting any issue of fact, law, or discretion in any reopened proceedings, including, but not limited to, the individual's competency or incompetency.

XI.  <u>Notice of Unilateral Motion to Reopen Procedures</u>.[7] The parties agree to provide notice of the unilateral motion to reopen procedures described in Section X of this Agreement, *supra*, as follows:

A. By the Notice Date, Defendants shall send the Unilateral Motion Notice and Instructions to each Removal Order Class Member identified

---

[7]    Nothing in this Agreement is intended to limit Plaintiffs' right to send a general notice, along with the Summary Class Notice, to the U.S. and foreign consular officials of any country to which a Removal Order Class Member was removed, describing the terms of this Agreement.

pursuant to Section VI who did not receive notice pursuant to Section IX (Notice of Joint Motion to Reopen Procedures), *supra*, at the Removal Order Class Member's last known address (if any) associated with their removal case recorded within ICE's EARM,[8] whether inside or outside the United States.

B. The Unilateral Motion Notice and Instructions shall inform the Removal Order Class Member that he or she may file a motion to reopen his or her proceedings before the BIA or the Immigration Court. This notice shall also describe the procedure through which the Removal Order Class Member should file such a motion, and include an accompanying cover letter, attached as Exhibit H, that the individual should send along with his or her motion to reopen.

C. Defendants shall post the notice and cover letter in a reasonably accessible location on the EOIR and ICE websites, pursuant to Section III, *supra*.

XII.  Tolling of Time and Numerical Limitations. The first motion to reopen filed by a Removal Order Class Member pursuant to this Agreement that is accepted for adjudication on the merits shall not be subject to the time or numerical limitations set forth in the Immigration and Nationality Act ("INA") and its implementing regulations, with the exception of the time deadline set forth in Section XV, *infra*. Similarly, a subsequent motion to reopen that is accepted for adjudication on the merits submitted pursuant to section X.D.4-5 shall not be subject to the time or

---

[8]  Defendants will provide Plaintiffs with the the names, alien numbers, and referenced EARM address information (if any) for these individuals in the following format structure: Address Type; Street Line 1; Street Line 2; Street Line 3; Apartment Number; PO Box; City; County; State Code; State; Postal Code; Country Code; Country.

numerical limitations set forth in the INA and its implementing regulations. As part of this Agreement, the Court has entered an order equitably tolling the time and numerical limitations set forth in the INA and its implementing regulations for a Removal Order Class Member's first motion to reopen filed pursuant to this Agreement that is accepted for adjudication on the merits, or subsequent motion to reopen submitted pursuant to Section X.D.4-5 that is accepted for adjudication on the merits. *See* Dkt. 786 at 26.

XIII. <u>Inapplicability of the Post-Departure Bar</u>. The Parties agree that, in the absence of contrary law in the applicable circuit, the so-called "post-departure bar" contained in 8 C.F.R. §§ 1003.2(d) and 1003.23(b)(1) shall not prohibit an Immigration Judge or the BIA from adjudicating a Removal Order Class Member's motion to reopen on the merits, where such motion is authorized under the terms of this Agreement.

XIV. <u>Right of Appeal</u>. The Parties agree that any individual may appeal the denial of his or her motion to reopen filed before EOIR pursuant to this Agreement, whether joint or unilateral, to the BIA and the Court of Appeals, pursuant to the general laws or regulations that govern appeals of the orders of the BIA or Immigration Judges. Defendants may appeal an Immigration Judge's grant of any unilateral motion to reopen filed pursuant to this Agreement to the BIA, pursuant to the general laws or regulations that govern appeals of the orders of an Immigration Judge.

XV. <u>Deadline to Request a Joint Motion or File a Unilateral Motion</u>. Any request to ICE to join a motion to reopen and any unilateral motion to reopen filed pursuant to this Agreement must be submitted within eighteen (18) months after the date of the Approval Hearing, except for subsequent motions to reopen filed pursuant to Section X.D, *supra*.

000036

XVI. <u>Facilitation of Return to the United States</u>. In all cases concerning a
Removal Order Class Member who has been physically removed from the United
States and whose motion to reopen is granted by the BIA or the Immigration Judge
pursuant to this Agreement, ICE agrees to take reasonable steps to facilitate the
Removal Order Class Member's prompt return to the United States.

    A. These reasonable steps may include, but are not limited to, reviewing and
processing any paperwork necessary for the individual's return; working
with the Department of State, through the U.S. Embassy or Consulate, to
obtain a transportation/boarding letter on the individual's behalf; and
working with U.S. Customs and Border Protection to assist in the
individual's physical reentry upon arrival.

    B. If a Removal Order Class Member whose motion to reopen is granted by
the BIA or the Immigration Judge pursuant to this Agreement is residing
in a location that is more than one hundred (100) miles away by land
from any port of entry in the United States, ICE agrees to pay reasonable
travel expenses for the Removal Order Class Member's return to the
United States, provided that the individual is not entitled to choose the
time and mode of transportation, as follows:

        1. Defendants agree to pay reasonable travel expenses for all Post-
Injunction Removal Order Class Members and Private
Agreement Removal Order Class Members whose joint motions
to reopen are granted.

        2. In addition to the Removal Order Class Members described in
Section XVI.B.1, *supra*, Defendants agree to pay reasonable
travel expenses for the first one hundred (100) additional
individuals residing in a location that is more than one hundred
(100) miles away by land from any port of entry in the United

States, who file motions to reopen pursuant to this Agreement, and whose motions are granted.[9]

C. The Removal Order Class Member, upon return to the United States, shall assume the immigration status, if any, he or she held prior to entry of the removal order. The Removal Order Class Member's return to the United States shall not confer either a new benefit (e.g., an individual who was present without admission or parole prior to the entry of their removal order and who is returned pursuant to the Secretary of Homeland Security's 8 U.S.C. § 1182(d)(5)(A) parole authority under this Agreement, shall not be considered to have been "paroled" for purposes of seeking adjustment of status) or a new disability that the Removal Order Class Member did not possess prior to the date he or she received a final order of removal, with the exception of the conditions set forth in Part XVI.D, *infra*.

D. Defendants shall retain the right to make a custody determination upon a Removal Order Class Member's return to the United States pursuant to this Agreement, and, if deemed necessary or compelled by law, to detain the Removal Order Class Member upon return.

   1. Any such custody determination and/or detention must comply with applicable laws and regulations. The Removal Order Class Member shall retain the right to request a new custody determination, seek a bond hearing or release from detention, or

---

[9] It is anticipated that there will be less than one hundred (100) individuals in the group described in Section XVI.B.2, *supra*. However, Defendants agree to consider, on a case-by-case basis, paying reasonable travel expenses for any other individuals whose motions to reopen are granted pursuant to this Agreement.

000038

challenge the conditions of his or her detention, as any applicable laws or regulations allow.

2.  If a Removal Order Class Member was detained prior to entry of a final order of removal and departing from the United States, and is detained upon his or her return to the United States pursuant to this Agreement, then ICE shall not consider the Removal Order Class Member's previous removal and departure to constitute a break in custody for the purposes of opposing a request for a bond redetermination hearing before an Immigration Judge.

3.  If a Removal Order Class Member is not detained upon his or her return to the United States pursuant to this Agreement, and fails to appear at a scheduled hearing for an unexcused reason or no reason, he or she shall not be ordered removed in absentia in the reopened proceedings, unless or until (1) he or she is represented in his or her immigration proceedings or (2) he or she has been determined mentally competent by the Immigration judge prior to the failure to appear. If such Removal Order Class Member fails to appear at a scheduled hearing for an unexcused reason or no reason, he or she may be re-detained by ICE and, for purposes of any subsequent bond hearings, the failure to appear shall constitute clear and convincing evidence that the individual is a flight risk.

XVII. <u>Enforceability and Mediation of Disputes</u>. The Parties shall submit this Agreement to the Court for its approval. The Court shall retain jurisdiction to enforce the terms of this Agreement, and shall have the authority to order specific

performance of the terms of this Agreement upon a showing of breach by either side, subject to the procedures set forth below.

A. Except as described below in the case of an exigent circumstance, if either Party alleges that the other Party has failed to comply with the terms of this Agreement, the allegedly aggrieved Party shall make such allegations in writing and submit such allegations to the other Party, who shall have twenty-one (21) days to respond after the date the written allegations are received. No later than twenty-one (21) days after receipt of this response, the Parties shall then meet and confer in good faith in an attempt to resolve the dispute.

B. If the Parties are unable to resolve the dispute via a meet-and-confer pursuant to Section XVII.A, *supra*, the allegedly aggrieved Party may file a motion for compliance with the Court.

C. Notwithstanding the foregoing, if a violation of this Agreement will likely result in imminent and irreparable harm to a Removal Order Class Member ("Exigent Violation"), Plaintiffs must provide a Notice of Non-Compliance that identifies the exigency and the Exigent Violation.[10] Notwithstanding the time periods set forth above, Defendants shall endeavor to respond to a Notice of Exigent Violation within 72 hours, except if exigent circumstances require a shorter response. If the Parties are unable to resolve the dispute taking into account a time frame that

---

[10]    Exigent Violations include violations that, due to their urgency, cannot effectively be remedied on the ordinary timetable for resolution of disputes set forth in Sections XVII.A-B. Examples of Exigent Violations include: a Removal Order Class Member with a final order who faces the imminent threat of physical deportation from the United States, as a result of Defendants' breach of this Agreement; and a Removal Order Class Member who has established an entitlement to return to the United States under this Agreement, and who is at imminent risk of harm, but whose return to the United States Defendants have not reasonably facilitated pursuant to this Agreement.

considers the relevant exigency, Plaintiffs' counsel may file an emergency motion before the Court to compel specific performance to remedy only the Exigent Violation without initiating any meet and confer process pursuant to the preceding subsections.

XVIII.     <u>Nondisplacement of Regular Motion to Reopen Procedures.</u>
Defendants agree that the procedures for reopening cases set forth in this Agreement are separate and apart from the regular motion to reopen procedures already available under the immigration statues and regulations. The procedures established by the Reopening Settlement Agreement are not intended to limit or otherwise replace a Removal Order Class Member's right to seek any other form of relief, including but not limited to a motion to reopen filed pursuant to the immigration statues and regulations, or a request that ICE join a motion to reopen the Removal Order Class Member's proceedings.

Dated:  2/23/15          By: _____
                             AHILAN T. ARULANANTHAM
                             aarulanantham@aclusocal.org
                             Counsel for Plaintiffs

        2/24/15          By: _____
                             LEON FRESCO
                             leon.fresco@usdoj.gov
                             Counsel for Defendants

Franco-Gonzalez Health Form _____ 13-61A

# CMHE Follow up Screening-ICE Detainees

**Facility:** _____

**Inmate/Resident Name:** _____   **Date of Evaluation:** _____

**Inmate/Resident No.:** _____   **Date of Birth:** _____

This form is to be completed for any detainee who had "Yes" answers on the Initial Comprehensive Mental Health Evaluation. Any item marked by an asterisk (*) indicates a trigger for additional mental health assessment and/or follow up.

**SECTION 1:  BARRIERS TO COMMUNICATION-**provider to enter "Y" or "N" for observed problems in each of the categories.

| Yes | No | Observation: |
|---|---|---|
| | | 1.   *Hearing |
| | | 2.   *Forming Speech |
| | | 3.   *Comprehension |
| | | 4.   *Lack of Response |
| | | 5.   *Response not Logical |
| | | 6.   *Other Problems: (List): |
| | | 7.   Communication Intact with No Barriers |
| | | **Questions** |
| | | In the last month, how much difficulty did you have concentrating on something for 10 minutes? <br> □None    □Some    □Severe |
| | | In the last month, how much difficulty did you have starting and maintaining a conversation? <br> □None    □Some    □Severe |

**SECTION 2:  GAUGE OF UNDERSTANDING OF SITUATION-**Recommended behaviorally cut-offs for scoring on a 1-10 scale: Understanding or Not Understanding, with a potential threshold of 5 or less. Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | 1.   What is your understanding of your situation? |
| | | Identifies immigration detention facility? |
| | | If N: What kind of facility is this? |
| | | If N: Are you here for criminal or immigration court? |
| | | 2.   What might happen to you? |
| | | Identifies immigration court hearing? |
| | | Identifies potential for deportation? |
| | | 3.   Who can help you? |
| | | Identifies realistic resources? |
| | | 4.   How can you communicate with people outside of the facility? |
| | | Identifies how to access outside resources? |
| | | **SCORING:** <br> **How well did the detainee demonstrate an understanding of his/her situation?** <br> □1= No understanding of detainee status. Did not mention immigration or any relevant process or has erroneous beliefs. * <br> □5=Limited understanding. * <br> □10=Perfect understanding of detainee status. Described immigration processes and resources with accuracy and specific detail. |

06/__/19

**Franco-Gonzalez Health Form _____ 13-61-A**

## SECTION 3:  COGNITIVE IMPAIRMENTS-Asterisk (*) is trigger for additional MH assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | **Memory Functioning:** |
| | | Register & recall 3 words after 3-minute delay: detainee repeated _____of the 3 words. If "N"* |
| | | In the last month, did you have problems remembering to do important things? |
| | | If Yes, Describe: |
| | | **Intellectual functioning** |
| | | How far did you get in school? Response: |
| | | Can you read? If "N" * |
| | | Did you learn more slowly than your classmates? If "Y" * |
| | | If Y: Were in Special Education classes or a special School? * |
| | | If Y: What years of school were you in special Education: Response: |
| | | Have you ever lived alone? |
| | | Describe your longest job. |
| | | **Cognitive impairment from head injury** |
| | | Have you ever had a head injury or head surgery? |
| | | If Y*: Was there any change in thinking or memory? |

## SECTION 4:  SOCIAL HISTORY (not otherwise covered by existing questions, i.e., relationships & cultural concerns)

| | | |
|---|---|---|
| | | Marital status and family history: |
| | | Do you have a history of violence? If so, were you the victim or the perpetrator? |
| | | Do you have a criminal history? |
| | | Do you have a history of alcohol abuse or dependence?  Do you have a history of drug abuse or dependence? |
| | | Do you have a history of physical abuse?  Do you have a history of sexual abuse? |
| | | Who are the most important people in your life? |
| | | What is the most important aspect of your background or identity? |

## SECTION 5:  HISTORY OF MEDICAL/MENTAL HEALTH TREATMENT- Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| YES | NO | |
|---|---|---|
| | | ARE YOU EXPERIENCING ANY MEDICAL ISSUES OR COMPLAINTS? *IF YES RESPONSE, REFERRAL TO HEALTH SERVICES/NURSING.* |
| | | DO ANY OF YOUR IMMEDIATE FAMILY MEMBERS HAVCE A HISOTRY OF ANY MEDICAL ISSUES? *(IF YES, LIST)* |

06/__/19

| | | |
|---|---|---|
| | | |
| | | Do you currently take any medications? |
| | | If "N": Have you ever been prescribed medication for mental health needs? |
| | | Have you ever seen a mental health doctor or counselor? |
| | | If "Y"*: Year: _____. Associated symptoms: |
| | | *Key diagnoses for further referral: bipolar disorder/schizophrenia/suicidality/schizoaffective DO* |
| | | Does have your family have a history of mental illness? |
| | | Have you ever been in a hospital for mental health problems? |
| | | If "Y"*: Year: _____.  Associated symptoms/diagnosis: |
| | | *Key diagnoses for further referral: psychotic symptoms, depression, mania, bipolar* |
| | | ***If yes to any of the questions: (provider responses only)*** |
| | | **List attempts to contact prior facilities providers or family:** |
| | | **List any new information obtained:** |

## SECTION 6:  SUICIDAL IDEATION & SELF HARM- Asterisk (*) is trigger for additional mental health assessment and/or treatment.

YES   NO

| | | |
|---|---|---|
| | | Have you ever made a suicide attempt? If "Y"*: Number of attempts:    Year(s): |
| | | Do you have a past or present history of self-inflicted cutting? |
| | | Are you having suicidal thoughts now?  If "Y"*: Plans/means/intent: |
| | | Have you ever harmed or hurt yourself on purpose? If "Y"* |
| | | Are you having thoughts or urges to do that here? |

## SECTION 7:  HALLUCINATIONS/DELUSIONS/PARANOIA-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

YES   NO

| | | |
|---|---|---|
| | | Do you hear things that other people do not hear such as voices? If "Y"*-What do you hear: |
| | | Do you see things other people do not see such as visions? If "Y"*: What do you see: |
| | | Do you currently believe that someone can control your mind? If "Y"* |
| | | Do you think anyone is trying to harm you in any way? If "Y": What do you think is happening: *If evidence of paranoia or bizarre beliefs* |

## SECTION 8:  DEPRESSION-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

YES   NO

Proprietary Information
06/__/19

**Franco-Gonzalez Health Form _____ 13-61A**

| | | |
|---|---|---|
| | | Do you feel sad or depressed? If "Y" – continue below |
| | | If "Y"*: Have you gained or lost as much as two pounds in the last few weeks without trying? |
| | | If "Y"*: Do you feel useless or sinful? |
| | | If "Y"*: Do you feel hopeless? |

## SECTION 9:  MANIA-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

**YES   NO**

| | | |
|---|---|---|
| | | Do you need less sleep than usual? If "Y"-continue below: |
| | | If "Y": Do you have extra energy? |
| | | If "Y": Do you talk all of the time? |
| | | If "Y"*: Do you have special powers? |
| | | If "Y"*: Do you have rapid or pressured speech? |

## SECTION 10:  ANXIETY-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| | | |
|---|---|---|
| | | Have you ever experienced or witnessed something really terrible? |
| | | If "Y": Do you have disturbing memories of the event? |
| | | If "Y": Do you feel upset when something reminds you of the event? |
| | | Do you feel fearful? If "Y"-continue below |
| | | If "Y": Are you able to focus on things other than your anxiety? |
| | | If "Y"*: When you feel fearful do you have trouble breathing? |
| | | If "Y"*: When you feel fearful do you feel faint? |
| | | If "Y": Do you avoid situations that worry you? |

## SECTION 11:  IMPULSIVITY-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

**YES   NO**

| | | |
|---|---|---|
| | | Do you do things without thinking? |
| | | If "Y": Example: |
| | | Provider Observation related to impulsivity |
| | | Interrupts |
| | | Blurts out responses |
| | | Sudden movements |
| | | Gets out of chair |
| | | If "Y"*: Does behavior interfere with communication? |

## SECTION 12:  OTHER BEHAVIORS RELATED TO CLASS MEMBERSHIP-Descriptions are keyed to behavioral definitions. All prompts are Y/N. If a response is "Y", a narrative description is needed. Asterisk (*) is trigger for additional mental health assessment and/or treatment.

**YES   NO**

| | | |
|---|---|---|
| | | Repetitive or unusual movements? If "Y:*: Describe: |
| | | Responding to internal stimuli, such as voices or paranoid thoughts? If "Y"*: Describe: |
| | | Slowed or disjointed thoughts? If "Y"*: Describe: |

06/__/19

**Franco-Gonzalez Health Form _____ 13-61A**

| | | |
|---|---|---|
| | | Restless or distracted behavior? If "Y": Describe: |
| | | Sad or worried appearance? If "Y", Describe: |
| | | Poor understanding of questions? If "Y"*: Describe: |
| | | Delayed or non-responsive to some questions? If "Y"*, Describe: |
| | | Rapid and hard to interrupt speech? If "Y"*, Describe: |
| | | Childlike speech, demeanor or behavior? If "Y": Describe: |
| | | Sleep or appetite problems?  If "Y": Describe: |

## SECTION 13:  INCREASE SPECIFICTY, OBJECTIVITY AND DESCRIPTIONS FOR MHA

**MENTAL STATUS EXAM**-Asterisk (*) is trigger for additional mental health assessment and/or
treatment.

**YES   NO**

| YES | NO | |
|---|---|---|
| | | **Provider Observations:** |
| | | Grooming: □Low: disheveled, strong body odor |
| | | □High: neatly styled hair, excellent hygiene |
| | | Behavior: |
| | | Cooperation: □low (refusal to answer questions, argues over exam) |
| | | □moderate (inconsistent effort in answering questions) |
| | | □high (helpful & cooperative) |
| | | Activity:  □low (slowed or minimal movement, non-spontaneous) |
| | | □moderate (spontaneous movement, stays seated) |
| | | □high (constant movement, leaves chair)* |
| | | Attention: |
| | | □low (distracted throughout assessment, frequently asked for repeated questions) |
| | | □moderate (loses track of questions one or two times during assessment) |
| | | □high (focused attention to all questions) |
| | | Orientation: Month: _____   Date: _____ Year:____ Facility: _____ Situation: _____ |
| | | *If lack of orientation to year or situation*  |
| | | Affect: |
| | | Depressed |
| | | Anxious |
| | | Labile |
| | | Angry |
| | | Elevated |

06/__/19

**Franco-Gonzalez Health Form _____ 13-61A**

|  |  | Euphoric |
|---|---|---|
|  |  | Suspicious |
|  |  | Congruent with mood state |
|  |  | Disorganized (* if Y) |
|  |  | Bizarre (* if Y) |
|  |  | Grimacing (* if Y) |
|  |  | Flat |
|  |  | Mood |
|  |  | What word describes your mood right now? Response: |
|  |  | On a scale of 1-10, with 1 being the worse mood and 10 being the best mood, what number describes your mood? Response: |
|  |  | Thought Process (provider observation) |
|  |  | Logical |
|  |  | Goal Oriented |
|  |  | Loosened |
|  |  | Rambling |
|  |  | Over-inclusive |
|  |  | Disjointed (* if Y) |
|  |  | Repetitive |
|  |  | Tangential (* if Y) |
|  |  | Disorganized (* if Y) |
|  |  | Word Salad (* if Y) |
|  |  | Flight of ideas (* if Y) |
|  |  | Clanging (* if Y) |
|  |  | Thought content (provider Observations) |
|  |  | Preoccupations -if Y: Describe: |
|  |  | Grandiosity (* if Y) |
|  |  | Paranoia (* if Y) |
|  |  | Bizarre Thoughts-if Y*-Describe |
|  |  | Nihilism (* if Y) |
|  |  | Do you have special connections or Abilities? * if Y. Describe: |
|  |  | Is there anyone trying to harm you or your family: If Y, describe: |
|  |  | Is anyone controlling your thoughts or actions? * if Y. Describe: |

## SECTION 14:  PERCEPTIONS-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

**YES   NO**

|  |  | Do you have the following: |
|---|---|---|
|  |  | Auditory hallucinations (hearing things)-* if Y.  Describe: |
|  |  | Visual hallucinations (seeing things)-* if Y.  Describe: |
|  |  | Somatic/Tactile hallucinations (sensations within or on your body)-* if Y.  Describe: |
|  |  | Olfactory hallucinations (smelling things)-* if Y.  Describe: |
|  |  | Do you ever hear whispers? (*Illusion*) |
|  |  | Do you ever see shadows? (*Illusion*) |

06/__/19

**Franco-Gonzalez Health Form _____13-61A** 18

**SECTION 15:  FUTURE ORIENTATION AND INSIGHT**-Asterisk (*) is trigger for additional mental health assessment and/or treatment.

| What do you think is going to happen to you? Response: |
| --- |
|  |

**SECTION 16:  OTHER**

| YES | NO | |
| --- | --- | --- |
| | | Any other observations that indicate: |
| | | Mental illness, If Y: Describe |
| | | Cognitive disorder, If Y: Describe: |
| | | Class Membership, If Y: Describe: |

**SECTION 17:  Include the following:**

| YES | NO | |
| --- | --- | --- |
| | | Does this person meet criteria for *Franco* Class Membership? |

**Actions Taken/Other comments:**  _____

QMHP Signature:_____          Date:_____

Proprietary Information
06/__/19

# PWS Addendum 1

<mark>The following paragraph is being added to the PWS for this Requirement at Section II Part C "Scope of Work:"</mark>

**Virtual Attorney Visitation Capability**

Virtual attorney visitation is an established facility protocol that allows attorneys (or legal representatives) to contact the facility and schedule video teleconference (VTC) visitation with their detainee client(s) at least 24-hours in advance of the desired teleconference.

The facility plant layout and design will accommodate virtual attorney visitation. The utilized space/room must be private, allowing for confidential attorney-client conversations, and must be equipped with video teleconference equipment and/or tablet(s) permitting both visual and audio communications.

The room must also have a windowed door or other mechanism that allows detainee observation for safety. While the designated space and equipment can be utilized for other purposes, it is expected that virtual attorney visitation will be made available for at least six (6) hours each day.

The following paragraph is replacing the current first paragraph of the PWS for this Requirement, located at Section IV Personnel and Staffing at Part J (Facility Staffing Plan, Floor Plan and Key Personnel).

<mark>The following paragraph is being added to the PWS for this Requirement at Section II Part F "On-Call Guard Services:"</mark>

**F. On-Call Guard Services**

3. e) The Contractor shall bill On-Call Transportation/Guard Hours 1 – 8 at the "regular" hourly rate, "overtime" will begin after 8 hours in a single day per employee.

<mark>The following paragraph is being added to the PWS for this Requirement at Section IV Personnel and Staffing at Part J and will wholly replace the current 1st paragraph of this section:</mark>

**J. Facility Staffing Plan, Floor Plan and Key Personnel**

The Contractor shall provide a staffing plan that addresses at a minimum the staffing requirements and key personnel to be employed in connection with this contract as outlined in the PWS. The Contractor shall staff the post positions in accordance with the Contractor-submitted and Government-approved Contractor Staffing Plan to include relief factors and the agreed upon detainee ramp schedule.

The number, type, and distribution of staff as described in the contract-staffing plan shall be maintained throughout the term of the contract. Written requests to change the number, type, and/or distribution of staff described in the staffing plan must be submitted to the CO, through the COR, for approval prior to implementation.

Staffing levels shall not fall below a monthly average of 85% for custody staff, 80% for health services and 85% for all other departments of the total ICE-approved staffing plan. The approved staffing levels for detention/correctional officers (custody staff) shall not fall below a monthly average of 85%. Staffing levels for all departments other than custody and health services will be calculated in the aggregate.

Each month, the Contractor shall submit to the COR the current average monthly vacancy rate and indicate any individual positions that have been vacant more than 60 days. Failure to fill any individual position within 60 days of the vacancy may result in a deduction by the CO from the monthly invoice if the vacancy in combination with other vacancies regardless of duration brings staffing levels below 85% for custody staff, 80% for health services and 85% for all other departments.

The deduction shall be based on the daily salary and benefits of the vacant position. ICE may calculate the deduction retroactive to day one of the vacancy, excluding the days for ICE's conditional approval process, starting on the day of receipt and concluding on the day conditional approval is granted. No deduction shall apply during any period the Contractor documents that a vacant position was covered through the use of overtime, contract staff or otherwise. Each month, the Contractor shall submit to the COR any Key Personnel that will be absent from the facility for over five working days. If the Key Personnel will be absent for over five working days and the contractor will not provide an "acting" position to backfill that Key Personnel position during the absence, the CO has the right to make a deduction based on the daily salary and benefits of the absent Key Personnel position.

| REQUIREMENT D PWS ADDENDUM | |
|---|---|
| Location Requirements | These detention services will be performed at the location specified for Requirement D as described in the RFP. |
| **Estimated Population Size** | |
| Male | 2150 |
| Female | 650 |
| Juvenile | 0 |
| Family | 0 |
| Special Management unit for administrative and discipline segregation | Yes |
| **Expected Risk Detainees** | |
| Level 1 (Low) | Yes |
| Level 1.5 (Medium Low) | Yes |
| Level 2 (Medium High) | Yes |
| Level 3 (High) | Yes |
| **Facility, Detention and Administrative Space Requirements** | |
| ICE | The required infrastructure will need to meet ICE PBNDS standards and must have the infrastructure to support screening rooms, exam rooms, isolation room(s) negative air pressure room, teleradiology, etc.<br><br>The Contractor is required, in units housing U.S. Immigration and Customs Enforcement (ICE) detainees, to perform in accordance with the 2011 ICE Performance Based Performance Based National Detention Standards (PBNDS), with 2016 Revisions dated December 2016 (PBNDS 2011, 2016 Revisions), including optimal provisions. Contractor will also need to comply with American Correctional Association (ACA) Standards for Adult Local Detention Facilities (ALDF), and the Standards Supplement, as well as Standards for Health Services in Jails, latest edition, and National Commission on Correctional Health Care (NCCHC). Some ACA standards are augmented by ICE policy and/or procedure.  In cases where other standards conflict with ICE Policy or Standards, ICE Policy and Standards prevail.  ICE Inspectors will conduct periodic inspections of the facility to assure compliance of the ICE Performance Based Performance Based National Detention Standards.<br><br>The facility needs to be complaint with the ICE-ERO Design Standards for Contract Detention Facilities (CDF), as well as ICE ERO Structure Cable Plant Standards, CDF and Executive Office for Immigration Review (EOIR) Design Standards to include EOIR Cabling Standards and ICE Health Services Design Standards and other Design Standards as required.  The proposed facilities must |

have appropriate office space for EOIR, OPLA, ICE-Health Services Corps (IHSC) and USCIS staff in the facility.

Any proposed existing facilities will need to be remodeled/re-designed to meet ICE ERO needs.

The facility shall have a complete secure perimeter fence around the entire facility, secure sally ports, secure entry/exit, as per the ICE ERO CDF Design Standards as well as protective barriers at entrances.

The contractor's facility/facilities must have approximately 35,000 GSF of Administrative/Operations space for ICE-ERO.

The facility/facilities must have administrative and support space for ICE -ERO staff of approximately 158 employees (combination Office / Cubicles) with additional 12 Offices.

The ERO staff to be accommodated for this requirement are anticipated to include but are not limited to the following:

1.   (1) Officer In-Charge
2.   (2) Assistant Officer In-Charge
3.  (10) Supervisory Detention & Deportation Officers
4.  (1) Supervisory Mission Support Specialist
5.  (4) Mission Support Specialist
6.  (2) Mission Support Assistant
7.  (60) Deportation Officers
8.  (30) Enforcement & Removal Assistants (ERA)
9.  (2) Supervisory Enforcement and Removal Assistants (SERA)
10. (4) M&PA -COR
11. (4) Intelligence Officer
12. (3) Detention Standards Compliance Officer
13. (29) Open Contract Positions
14. (4) CRCs
15. (2) Training Officer

Facility/facilities must include VTC Rooms and other ancillary space as required as well as space for OPLA.  Per the ICE-ERO Design Standards including but are not limited to accommodate the following OPLA personnel:

1.  (1) Deputy Chief Counsel
2.  (36) Assistant Chief Counsel (*ACC*)
3.  (12) Legal Technicians
4.  (1) Mail/File Clerk

| | Approximately 11,000 GSF of Office space for OPLA as required by ICE-ERO Design Standards.<br><br>ICE-IHSC:  A minimum of six (6) dedicated offices required for the following ICE ERO IHSC personnel:<br><br>    (3) ICE ERO IHSC Medical Coordinator.<br><br>    (3) Community Resource Coordinator |
|---|---|
| Executive Office for Immigration Review (EOIR) Space | A.  EOIR Space:  Per the EIOR Design Standards, Court Rooms and ancillary space including but not limited to space for the following anticipated EOIR personnel:<br><br>    1.  (10) Court Rooms<br>    2.  (10) Judges<br>    3.  (1) Court Administrator<br>    4.  (4) Law Clerks<br>    5.  (6) Supervisory Staff<br>    6.  (28) Administrative Staff<br>    7.  (2) Mail/File Clerk<br><br>Total: Approximately 34,000 NSF of Court Rooms and Ancillary Space for EOIR per the EOIR Design Standards |
| USCIS | A.  Approximately 2300 NSF for Interview Rooms, Offices and ancillary space for at least:<br><br>    1.  (10)  Asylum Officers<br>    2.  (1) Asylum Officer Supervisor<br>    3.  (8) Interview Rooms |
| Additional Administrative/Common area requirements | ▪ Per the ICE -ERO CDF Design Standards including but not limited to:<br>▪ Work Out Rooms<br>▪ Training Rooms<br>▪ Increased Intake Area<br>▪ Additional Holds Rooms near courts<br>▪ Additional Attorney and General Visitation Space<br>▪ Additional common room space for Mental Health Programing<br>▪ Break room with kitchenette<br>▪ Storage/Secure File Room<br>▪ Interview Rooms<br>▪ Amory-ICE<br>▪ Conference Room (with VTC capability)<br>▪ Secure File Rooms |

| | |
|---|---|
| | ▪ COR Secure File Room<br>▪ Copier/Fax/Printer/Shredder Area<br>▪ Male Restroom (not used/shared with detainees)<br>▪ Female Restroom (not used/shared with detainees) |
| Furniture Requirements | ▪ Furniture and flooring will be as per ICE-ERO Design Standards for Contract Detention Facilities (CDF) and to be replaced at a maximum 5-year life cycle – Cut sheets for proposed furniture to be submitted to the COR for approval.  A propose scheduled for flooring replacement and cleaning will need to be provided with the life cycle not to exceed 5 years |
| Additional Electronic Requirements | ▪ Contractor is to provide WiFi secure access throughout the facility |
| Parking | In accordance with the ICE Design Standards, a minimum of 296 secured/onsite parking spaces with controlled access for ingress and egress used exclusively for Government and ICE visitors as follows:<br><br>170 for ICE employees<br>5 for ICE visitors<br>29 for ICE Support<br>6 for IHSC employees<br>50 for OPLA employees<br>2 for OPLA visitors<br>51 for EOIR employees<br>2 for EOIR Visitors<br>10 USCIS<br><br>In accordance with the ICE Design Standards, a separate secured covered parking is required for Government owned Transportation vehicles (approximately 6 buses 12 Vans and other GOVs).<br><br>The contractor will need to provide separate and adequate covered / secure parking with controlled access for ingress and egress for contract personnel working at the facility, separate from the facility visitor required parking and DHS parking. |
| **Transportation Requirements** | |

Historically, the vendor for this requirement has performed ground transportation for stationary duty, legal runs, air removal, land removal, and medical trips. Most frequently, the vendor performed local area medical transports. In FY18, the vendor drove approximately 96,339 miles. In addition to the number of miles, in FY 18 the vendor used approximately 57,144 guard hours to support ground transportation activities moving approximately 3,716 detainees.

The preceding information is provided only for reference for Offerors. This information shall not constitute a guaranteed minimum number of beds, detainees nor miles, nor shall it constitute a maximum number of miles required under any forthcoming contract. Please see below for additional route and frequency information.

All transportation will be performed according to the most current PNBDS Standards and ICE ERO applicable policies.

The Contractor shall assign, at a minimum, two-person teams of transportation officers, with at least one officer being a female, whenever necessary throughout a 24-hour period, 7 days a week, including weekends and holidays.

| Transportation Routes | Starting Point | Ending Point | Detainees | Per Trips |
|---|---|---|---|---|
| | Los Angeles Field Office | NEW FACILITY | 30 | 12 |
| | NEW FACILITY | Los Angeles Field Office | 10 | 12 |
| | Santa Ana ERO | NEW FACILITY | 10 | 5 |
| | NEW FACILITY | Santa Ana DRO | 3 | 5 |
| | San Bernardino ERO | NEW FACILITY | 10 | 5 |
| | NEW FACILITY | San Bernardino DRO | 0 | 5 |
| | | | | |
| | NEW, FACILITY | San Ysidro POE | 50 | 7 |
| | San Ysidro POE | NEW FACILITY | 1 | 7 |
| | Ventura ERO | NEW FACILITY | 5 | 5 |
| | NEW FACILITY | Ventura ERO | 0 | 5 |
| | *These are sample transportation plans requirements. The transportation routes will need to be finalized once a successful offeror and location have been determined.* | | | |
| Transportation mileage | N/A | | | |
| **Guard Services** | | | | |
| Minimum Hours | N/A | | | |
| Required postings/patrols | 2 Detention/Transportation Offices are required per detainee at a hospital (when required this can last 24/7 – 6 per day). 2 Patrolling Detention Officers are required for patrolling the perimeter of each facility (patrolling of each facility is 24/7 – 6 per day) | | | |
| | | | | |
| **Training** | | | | |

| | |
|---|---|
| | The Contractor shall submit a training forecast and lesson plans to the COR at least 30 days prior to all training. |
| | |

| **Deliverables Reports** | |
|---|---|
| | Food Deliverables – See PWS |
| | Contract Deliverables – See PWS |

| **DTS Contractor** |
|---|

ICE DTS Contractor Information:

DTS
Talton Communications
910 Ravenwood Dr.
Selma, AL  36701

| Robin Hall | Mike Oslund |
|---|---|
| Customer Relations Manager | Operations Manager |
| (334) 375-7842 | (334) 375-4200 |
| robin@taltoncommunications.com | michael@taltoncommunications.com |

| **Mental Health Services** |
|---|

Comprehensive Mental Health Services are required for this Requirement. Please see below for Statement of Work related to these Mental Health Services. Please be advised that a specific QASP and PRS will apply to this Requirement only and that these differ from those contained in the general attachments. The Requirement D QASP and PRS can be found below, after the SOW.



STATEMENT OF WORK:

# Comprehensive Mental Health Group Programming

# Table of Contents

STATEMENT OF WORK .................................................................................................. 1

Objective ..................................................................................................................... 1

Scope of Work ............................................................................................................ 1

    1.   Operational Capacity ........................................................................................ 1

    2.   Participation in Mental Health Group Programming ...................................... 2

    3.   Mental Health Group Programming ................................................................ 2

    4.   Program Objectives and Evaluation Plan ....................................................... 3

    5.   Required Staffing ............................................................................................. 3

# STATEMENT OF WORK

## *Objective*

The objective of this Statement of Work (SOW) is to obtain comprehensive mental health group programming services for the detainee population housed in the facility (facilities) in Requirement D.  The U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) seeks to provide behavioral health group programming services to detainees with mental health conditions and who have experienced traumatic events.  Comprehensive mental health group programming is in addition to, and complements, the existing behavior health services at the facility.  For the purpose of this program, comprehensive behavioral health group therapy programming encompasses a variety of evidence-based, trauma-focused group therapeutic interventions, to include, cognitive-behavioral therapy interventions, substance abuse recovery and treatment, music and art therapy, as well as social, and recovery skills. Individualized treatment plans must be tailored to each detainee's needs and group programming is integrated into individual treatment plans.

Group programming services will be available to all detainees at Requirement D facility (facilities), both female and male population, regardless of custody level or type of housing (e.g. Segregation, General Population, and Medical).

## *Scope of Work*

**1.  Operational Capacity**

Behavioral health therapeutic group programming will supplement current services for detainees with mental illness detained by ICE at Requirement D. Scheduled group mental health programming shall be provided Monday through Friday for a minimum of six hours a day. The specific scheduling may be determined by the Contractor, but the programming should occur within the hours of 8 a.m. and 7p.m. Detainee enrollment in group programming will be considered on a case-by-case basis based on a need for services, as determined by behavioral health staff, and a desire and willingness to participate. Behavioral health therapeutic group programming shall not take precedence over immigration court appearances, medical appointments, or any other interview/activity related to their immigration court proceedings.

The Contractor will provide structured (Monday-Friday) evidence-based behavioral health therapeutic programming for the female and male population through a range of group services. It is anticipated that a minimum of 15% of the detainees of the Requirement D population have mental health concerns. The Contractor will provide the capacity to assist this population with daily programming at any one time. Group programming should be scheduled so as not to comingle classifications or genders, per the facility's security protocol. However, the program will be available to all classifications. Group sizes shall ultimately be determined by the behavioral health staff, in consultation with ICE Health Services Corps (IHSC). However, for best results group sizes should be limited to a maximum of 10-12 detainees if language line services are required.

Behavioral health therapeutic group programming shall be conducted in designated and/or multipurpose rooms within the facility. No building renovations and modifications are anticipated

**253**

in order to provide group programming.  The Contractor must use facility space for Programming that will be separate space from housing units. However, the contractor is encouraged to promote a therapeutic environment in the delivery of group programming.  A therapeutic environment may include, for example, therapeutic colors for wall paint, artwork, music, and comfortable seating.

## 2. Participation in Mental Health Group Programming

Based on ICE's analysis of data provided of the detained population, the current facility's mental health caseload is typically 15% of the overall population, many of whom will benefit from behavioral health therapeutic group programming.  However, any detainee at Requirement D facilities may be referred to mental health group programming services by the contract behavioral health staff, Contracting Officer's Representative (COR) or Alternate Contracting Officer's Representative (ACOR), or IHSC.  Detainees at the facility will also have the ability to request enrollment in mental health group programming, with enrollment subject to approval by the behavioral health staffing.  In general, referrals/requests will be routed to identified behavioral health staff who will prioritize and refer detainees to specific therapy sessions based on their clinical assessment.

## 3. Mental Health Group Programming

The Contractor shall use an evidenced and trauma-informed approach, led by a dedicated contracted Behavioral Health Program Manager, to implement mental health group programming. The core goal is to promote a holistic approach to mental health treatment and identify areas for individual change across the social, psychological, and emotional spectrum. Group programming will also be culturally appropriate to the ICE population at Requirement A facilities.

*The following are core aspects of structured evidence-based group programming:*

- A variety of group methods, including music and art therapy;
- Trauma-focused group programming;
- Substance Abuse groups, including for dual diagnosis populations;
- Domestic violence group programming, including for both male and female populations;
- Mindfulness and meditation programming with a focus on acceptance and commitment;
- Programming focused on Illness Management and Recovery;
- Facilitated peer support and process groups;
- Dialectal Behavioral Therapy Skills Training; and
- Mood Management Group Programming
- Cognitive-based Therapy or Distress Tolerance Skills Training

The Contractor shall create a Program Plan that includes a Program Schedule detailing the types and frequency of programming. This Program Plan must be approved by the government. The Contractor will utilize evidence-based group therapy treatment modalities.

Group programming shall consist of multiple sessions, with interactivity and verbal discussions, and include various written materials as appropriate. These sessions shall be tailored to suit detainees with mental illness and individuals with past trauma, as well as other special

vulnerabilities. Moreover, group programming will be offered in a language and manner the detainee can understand. The Contractor will use bilingual Spanish speaking staff and appropriate contracted language access services for other languages spoken by detainees - see Program Staffing section.  The Contractor will ensure effective communications, including through the use of auxiliary aids and services, with detainees with special needs, including disabilities.

## 4.  Program Objectives and Evaluation Plan

This SOW and associated Quality Assurance Surveillance Plan (QASP) include program outcome and evaluation requirements, thus assisting ICE ERO with assessing the effectiveness and quality of the service provision model. Program evaluation and reporting will assist ICE ERO in determining the benefits of facility behavioral health at this facility. The Contractor will develop an Evaluation Plan to assess the efficacy of the Group Mental Health Programming operations for review by the COR and IHSC.

The following program objectives should be incorporated in the Contractor's evaluation of the program. The government shall receive quarterly program outcomes reports as well as ad hoc data reports upon request. The program reports will include quantitative and qualitative data on group programming has assisted with the following objectives:

- Decreased frequency of inpatient hospitalization;
- Decreased frequency of disciplinary incidents, segregation placements and lengths of stay in segregation;
- Improved mental health well-being;
- Decreased self-injury incidents and suicide attempts;
- Compliance with obligations to provide mental health treatment; and
- Effective and active participation in the detainees' legal process and immigration court proceedings.

The contractor will include consider pre-screening data points for a comparative analysis and a post outcome survey after completion of the program.

## 5.  Required Staffing

The following charts represents staff that is contractually required.  The following resources shall be independent of other staffing needs.

| Contracted Position | Male Side | Female Side | Total |
|---|---|---|---|
| Behavioral Health Program Manager | 0.5 | 0.5 | 1 |
| Behavioral Health Specialist [1] *(Can be Psychologist or Licensed Clinical Social Worker)* | 2 | 2 | 4 |

[1] Licensed Professional Clinical Counselors (LPCCs) will not be considered as a substitute for Psychologists or LCSWs.

| | | | |
|---|---|---|---|
| Substance Abuse Counselor[2] | 1 | 1 | **2** |
| Security Personnel | 3 | 3 | **6** |
| Data Analyst | 0.5 | 0.5 | **1** |
| | | **Total** | **14** |

## *Key Personnel*

The Contracting Officer and/or the COR shall provide written approval before any employee is assigned as key personnel to perform duties under this contract.  Any subsequent changes to key personnel must meet these criteria and be approved in writing by the Contracting Officer or the COR. The following are considered key personnel for the contract. The Contractor may use other titles.

a) **Behavioral Health Program Manager.**  The Behavioral Health Program Manager will have appropriate credentials in Psychology or be a Licensed Clinical Social Worker (LCSW) and shall be responsible for developing, implementing, coordinating, and evaluating the specialty group programming and for coordinating and evaluating all activities within the specialty group program. The Program Manager shall be responsible for initiating group programming plan and for implementing, monitoring the program in compliance with the SOW and designing and implementing the evaluation and reporting requirements. In addition to clinical considerations, the Program Manager should demonstrate an on-going awareness of evidenced-based mental health treatment for comparable populations and modern correctional practice. Accountability for the total treatment effort is the prime concern of this position. The Behavioral Health Program Manager shall provide direction and oversight to the line behavioral health staff.

b) **Behavioral Health Specialists.**
Given the nature of the services to be performed and the population housed at the facility for Requirement A, at least 67% (or two-thirds) of the behavioral health staff shall be bilingual in Spanish (the top language spoken by ICE detainees), with multiple language capability[3]. Bilingual Spanish speaking staff must be tested for proficiency in any language other than English and meet a minimum score of S2 (Limited Working Proficiency) on the Interagency Language Roundtable (ILR) scale[4], or an equivalent test, prior to use in this capacity. The Contractor shall provide copies of the language proficiency scores to the COR for review and verification. Staff will have professional work experience in a variety of treatment approaches, to include trauma-informed care service provision.

[2] Certified Substance Abuse Counselor (CSAC)
[3] The Contractor shall work with ICE ERO to determine the most relevant languages. As of 04/17/2019, the top five spoken languages by ICE detainees (for Fiscal Year 2019) were: Spanish, Hindi, English, Mandarin Chinese, and French.
[4] The Interagency Language Roundtable (ILR) is an unfunded Federal interagency organization established for the coordination and sharing of information about language-related activities at the Federal level. It serves as the premier way for departments and agencies of the Federal government to keep abreast of the progress and implementation of techniques and technology for language learning, language use, language testing and other language related activities.

c) **Dedicated Security Personnel.** All security personnel will be trained in the goals of the group programming as outlined in the Objectives, Page 2, including trauma-informed approaches and interacting with individuals with mental illness, and crisis intervention techniques to include de-escalation techniques.

1. The Contractor shall provide escorting and guarding detainees during group programming.

2. Dedicated Security Personnel are fixed posts. The following notes are applicable to the above posts:

   a) *All on call posts require at least one guard that is of the same sex as the detainee.*

   b) *Additional officers for each post assignment may be required at the direction of the COR or Alternate COR when operationally necessary*

d) **Data Systems and Reporting Analyst.** The Contractor will be required to build, maintain, and utilize an appropriate and approved data system(s) for capturing and reporting data. This data is to include, but may not be limited to, demographic information, electronic health records, and programming data for detainees participating in group programming. The Contractor shall ensure that contracted staff provided timely and complete data extracts quarterly and upon ICE's request.

## 6. Contract Compliance

To assess the impact of the program, IHSC, in close coordination with the ERO Los Angeles Field Office, will review progress toward the Program Outcomes. The implementation of the new requirements will be monitored closely by IHSC and the Contracting Officer's Representative (COR) in collaboration with Los Angeles Field Office leadership.

## QUALITY ASSURANCE SURVEILLANCE PLAN

### 1. INTRODUCTION

ICE's Quality Assurance Surveillance Plan (QASP) is based on the premise that the Service Provider, and not the Government, is responsible for the day-to-day operation of the Facility and all the management and quality control actions required to meet the terms of the Agreement. The role of the Government in quality assurance is to ensure performance standards are achieved and maintained.  The Service Provider shall develop a comprehensive program of inspections and monitoring actions and document its approach in a Quality Control Plan (QCP). The Service Provider's QCP, upon approval by the Government, will be made a part of the resultant Agreement.

This QASP is designed to provide an effective surveillance method to monitor the Service Provider's performance relative to the requirements listed in the Agreement. The QASP illustrates the systematic method the Government (or its designated representative) will use to evaluate the services the Service Provider is required to furnish.

This QASP is based on the premise the Government will validate that the Service Provider is complying with Enforcement and Removal Operation (ERO)-ERO-mandated quality standards in operating and maintaining detention facilities as outlined in PBNDS 2011, revised. Performance standards address all facets of detainee handling, including safety, health, legal rights, facility and records management, etc. Good management by the Service Provider and use of an approved QCP will ensure that the Facility is operating within acceptable quality levels.

## 2. DEFINITIONS

**Performance Requirements Summary (Attachment A):** The Performance Requirements Summary (PRS) communicates what the Government intends to qualitatively inspect. The PRS is based on the American Correctional Association (ACA) Standards for Adult Local Detention Facilities (ALDF), ICE 2011 Performance Based National Detention Standards (PBNDS) and the Statement of Work (SOW). The PRS identifies performance standards grouped into nine functional areas, and quality levels essential for successful performance of each requirement. The PRS is used by ICE when conducting quality assurance surveillance to guide them through the inspection and review processes.

**Functional Area:** A logical grouping of performance standards.

**Contracting Officer's Representative (COR):** The COR interacts with the Service Provider to inspect and accept services/work performed in accordance with the technical standards prescribed in the Agreement. The Contracting Officer issues a written memorandum that appoints the COR. Other individuals may be designated to assist in the inspection and quality assurance surveillance activities.

**Performance Standards:** The performance standards are established in the ERO ICE 2011 PBNDS at http://www.ice.gov/detention-standards/2011 as well as the ACA standards for ALDF. Other standards may also be defined in the Agreement and SOW, including the SOW for Comprehensive Mental Health Group Programming.

**258**

**Measures:** The method for evaluating compliance with the standards.

**Acceptable Quality Level:** The minimum level of quality that will be accepted by ICE to meet the performance standard.

**Withholding:** Amount of monthly invoice payment withheld pending correction of a deficiency. See Attachment A for information on the percentages of an invoice amount that may be withheld for each functional area. Funds withheld from payment are recoverable (See Sections 7 and 8) if the COR and CO confirm resolution or correction. Withheld funds shall be included in the next month's invoice, subject to resolution or correction of the identified deficiency.

**Deduction:** Funds may be deducted from a monthly invoice for an egregious act or event, or if the same deficiency continues to occur. The Service Provider will be notified immediately if such a situation arises. The Contracting Officer in consultation with the ERO will determine the amount of the deduction. Amounts deducted are not recoverable.

## 4. QUALITY CONTROL PLAN

The Service Provider shall develop, implement, and maintain a QCP that illustrates the methods it will use to review its performance to ensure it conforms to the performance requirements. (See Attachment A for a summary list of performance requirements.) Such reviews shall be performed by the Service Provider to validate its operations and assure ICE that the services meet the performance standards.

The Service Provider's QCP shall include monitoring methods that ensure and demonstrate its compliance with the performance standards. This includes inspection methods and schedules that are consistent with the regular reviews conducted by ERO. The reports and other results generated by the Service Provider's QCP activities should be provided to the COR as requested.

The frequency and type of the Service Provider's reviews should be consistent with what is necessary in order to ensure compliance with the performance standards.

The Service Provider is encouraged not to limit its inspection to only the processes outlined in the 2011 PBNDS and the SOW; however, certain key documents shall be produced by the Service Provider to ensure that the services meet the performance standards. Some of the documentation that shall be generated and made available to the COR for inspection is listed below. The list is intended as illustrative and is not all-inclusive. The Service Provider shall develop and implement a program that addresses the specific requirement of each standard and the means it will use to document compliance.

- Written policies and procedures to implement and assess operational requirements of the standard and SOW
- Documentation and record keeping to ensure ongoing operational compliance with the standards and SOW (e.g.; inventories, logbooks, register of receipts, reports, programming scores, etc.)
- Staff training records

- Contract discrepancy reports (CDRs)
- Investigative reports
- Medical records
- Records of investigative actions taken
- Equipment inspections
- System tests and evaluation

## 5. METHODS OF SURVEILLANCE

ICE will monitor the Service Provider's compliance with the Performance Standards and SOW using a variety of methods. All facilities will be subject to a full annual inspection, which will include a review of the Service Provider's QCP activities. In addition, ICE may conduct additional routine, follow-up, or unscheduled ad hoc inspections as necessary (for instance, as a result of unusual incidents or data reflected in routine monitoring). See also Program Objectives, Evaluation Plan and Contract Compliance in the SOW.  ICE may also maintain an on-site presence in some facilities in order to conduct more regular or frequent monitoring. Inspections and monitoring may involve direct observation of facility conditions and operations, review of documentation (including QCP reports), and/or interviews of facility personnel and detainees.

**5.1 Documentation Requirements**: The Service Provider shall develop and maintain all documentation as prescribed in the 2011 PBNDS, revised (e.g., post logs, policies, and records of corrective actions) and the SOW. In addition to the documentation prescribed by the standards, the Service Provider shall also develop and maintain documentation that demonstrates the results of its own inspections as prescribed in its QCP. The Government may review 100% of the documents, or a representative sample, at any point during the period of performance.

## 6. FUNCTIONAL PERFORMANCE AREAS AND STANDARDS

To facilitate the performance review process, the required performance standards are organized into nine functional areas. Each functional area represents a proportionate share (i.e., weight) of the monthly invoice amount payable to the Service Provider based on meeting the performance standards. Payment withholdings and deductions will be based on these percentages and weights applied to the overall monthly invoice.

ICE may, consistent with the scope of the Agreement, unilaterally change the functional areas and associated standards affiliated with a specific functional area. The Contracting Officer will notify the Service Provider at least 30 calendar days in advance of implementation of the new standard(s) or SOW requirements. If the Service Provider is not provided with the notification, adjustment to the new standard shall be made within 30 calendar days after notification. If any change affects pricing, the Service Provider may submit a request for equitable price adjustment in accordance with the "Changes" clause. ICE reserves the right to develop and implement new inspection techniques and instructions at any time during performance without notice to the Service Provider, so long as the standards are not more stringent than those being replaced.

## 7. FAILURE TO MEET PERFORMANCE STANDARDS

Performance of services in conformance with the PRS standards and SOW is essential for the
Service Provider to receive full payment as identified in the Agreement. The COR first identifies
issues to the contractor in writing and requests a voluntary remedy. If the problem continues then
the COR shall bring up the issue with the CO and contractor and develop a corrective action plan
in writing. The Contracting Officer may take withholdings or deductions against the monthly
invoices for unsatisfactory performance documented through surveillance of the Service
Provider's activities gained through site inspections, reviews of documentation (including
monthly QCP reports), interviews and other feedback. As a result of its surveillance, the Service
Provider will be assigned the following rating relative to each performance standard and SOW
deliverable:

| Rating | Description |
|---|---|
| Acceptable | Based on the measures, the performance standard is demonstrated. |
| Deficient | Based on the measures, compliance with most of the attributes of the performance standard is demonstrated or observed with some area(s) needing improvement. There are no critical areas of unacceptable performance |
| At-Risk | Based on the performance measures, the majority of a performance standard's attributes are not met. |

Using the above standards as a guide, the CO will implement adjustments to the Service
Provider's monthly invoice as prescribed in Attachment A.

Rather than withholding funds until a deficiency is corrected, there may be times when an event
or a deficiency is so egregious that the Government *deducts* (vs. "withholds") amounts from the
Service Provider's monthly invoice. This may happen when a significant event occurs, when a
particular deficiency is noted multiple times without correction, or when the Service Provider has
failed to take timely action on a deficiency about which he was properly and timely notified.
The amount deducted will be consistent with the relative weight of the functional performance
area where the deficiency was noted. The deduction may be a one-time event or may continue
until the Service Provider has either corrected the deficiency or made substantial progress in the
correction.

Further, a deficiency found in one functional area may tie into another. If a detainee escaped, for
example, a deficiency would be noted in "Security," but may also relate to a deficiency in the
area of "Administration and Management." In no event will the withhold or deduction exceed
100% of the invoice amount.

## 8. NOTIFICATIONS

(a) Based on the inspection of the Service Provider's performance, the COR will document
instances of deficient or at-risk performance (e.g., noncompliance with the standard) using
the CDR located at Attachment B. To the extent practicable, issues should be resolved

informally, with the COR and Service Provider working together. When documentation of an issue or deficiency is required, the procedures set forth in this section will be followed.

When a CDR is required to document performance issues, it will be submitted to the Service Provider with a date when a response is due. Upon receipt of a CDR, the Service Provider shall immediately assess the situation and either correct the deficiency as quickly as possible or prepare a corrective action plan. In either event, the Service Provider shall return the CDR with the action planned or taken noted. After the COR reviews the Service Provider's response to the CDR including its planned remedy or corrective action taken, the COR will either accept the plan or correction or reject the correction or plan for revision and provide an explanation. This process should take no more than one week. The contractor's response shall include the corrective action(s) taken to rectify the problem and the proposed measure(s) to preclude the recurrence of the problem The CDR shall not be used as a substitute for quality control by the Service Provider.

(b) The COR, in addition to any other designated ICE official, shall be notified immediately in the event of all emergencies. Emergencies include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work-place violence, civil disturbances, or protests); staff use of force including use of lethal and less-lethal force (includes detainees in restraints more than eight hours); assaults on staff or detainees resulting in injuries requiring medical attention (does not include routine medical evaluation after the incident); fights resulting in injuries requiring medical attention; fires; full or partial lock down of the Facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather (e.g., hurricanes, floods, ice or snow storms, heat waves, tornadoes); fence damage; power outages; bomb threats; significant environmental problems that impact the Facility operations; transportation accidents resulting in injuries, death or property damage; and sexual assaults. Note that in an emergency situation, a CDR may not be issued until an investigation has been completed.

(c) If the COR concludes that the deficient or at-risk performance warrants a withholding or deduction, the COR will include the CDR in its monthly report, with a copy to the Contracting Officer. The CDR will be accompanied by the COR's investigation report and written recommendation for any withholding. The Contracting Officer will consider the COR's recommendation and forward the CDR along with any relevant supporting information to the Service Provider in order to confirm or further discuss the prospective cure, including the Government's proposed course of action. As described in section 7 above, portions of the monthly invoice amount may be withheld until such time as the corrective action is completed, *or* a deduction may be taken.

(d) Following receipt of the Service Provider's notification that the correction has been made, the COR may re-inspect the Facility. Based upon the COR's findings, he or she will recommend that the Contracting Officer continue to withhold a proportionate share of the payment until the correction is made or accept the correction as final and release the full amount withheld for that issue.

(e)  If funds have been withheld and either the Government or the Service Provider terminates the Agreement, those funds will not be released.  The Service Provider may only receive withheld payments upon successful correction of an instance of non-compliance. Further, the Service Provider is not relieved of full performance of the required services hereunder; the Agreement may be terminated upon adequate notice from the Government based upon any one instance, or failure to remedy deficient performance, even if a deduction was previously taken for any inadequate performance.

(f)  The COR will maintain a record of all open and resolved CDRs.

## 9. DETAINEE OR MEMBER OF THE PUBLIC COMPLAINTS

The detainee and the public are the ultimate recipients of the services identified in this Agreement. Any complaints made known to the COR will be logged and forwarded to the Service Provider for remedy. Upon notification, the Service Provider shall be given a pre-specified number of hours after verbal notification from the COR to address the issue. The Service Provider shall submit documentation to the COR regarding the actions taken to remedy the situation. If the complaint is found to be invalid, the Service Provider shall document its findings and notify the COR.

10.    **ATTACHMENTS**

     A.     Performance Requirements Summary

     B.     Contract Discrepancy Report

U.S. Department of Homeland Security
Immigration and Customs Enforcement



Section C
Performance Work Statement
Detention Services
**(California-Wide)**
**(October 25 2019)**

# TABLE OF CONTENTS

TABLE OF CONTENTS .................................................................. 2
I. EXPLANATION OF TERMS/ACRONYMS ........................................ 4
II. PERFORMANCE WORK STATEMENT ............................................ 12
   A.   Objective ................................................................... 12
   B.   Background and Mission ...................................... 12
   C.   Scope of Work ..................................................... 12
   D.   Facilities ............................................................. 14
   E.   Armed Transportation Services: ......................... 16
   F.   On-Call Guard Services ...................................... 19
   G.   Notice to Proceed ............................................... 20
III. GENERAL ............................................................................. 21
   A.   Notification and Public Disclosures ................... 21
   B.   Records ............................................................... 21
   C.   Right of Refusal ................................................. 22
   D.   Hold Harmless .................................................... 22
   E.   Quality Control ................................................... 22
   F.   Quality Assurance Surveillance Plan (QASP) ... 23
   G.   Contractor's Failure to Perform Required Services ... 24
   H.   Inspection by Regulatory Agencies .................... 24
   I.   Performance Evaluation Meetings ...................... 24
IV. PERSONNEL AND STAFFING .................................................. 24
   A.   General ............................................................... 25
   B.   Preliminary Fitness Determination ..................... 25
   C.   Background Investigations .................................. 26
   D.   Transfers from Other DHS Contracts: ................ 28
   E.   Continued Eligibility .......................................... 28
   F.   Required Reports ................................................ 28
   G.   Security Management .......................................... 29
   H.   Information Technology Security Clearance ....... 30
   I.   Information Technology Security Training and Oversite ... 30
   J.   Facility Staffing Plan, Floor Plan and Key Personnel ... 31
   K.   Employee Health ................................................ 33
   L.   Contractor's Employee Rules .............................. 35
   M.   Minimum Standards of Employee Conduct ....... 35
   N.   Removal from Duty ............................................ 36
   O.   Tour of Duty Restrictions ................................... 37
   P.   Dual Positions .................................................... 38
   Q.   Post Relief .......................................................... 38
   R.   Personnel Files ................................................... 38
   S.   Uniform Requirements ....................................... 38
   T.   Permits and Licenses ......................................... 39
   U.   Encroachment .................................................... 39
   V.   Work Schedules .................................................. 40
   W.   Training .............................................................. 41
V. DETENTION SERVICES ........................................................... 45
   A.   Detention Site Standards .................................... 45

B.	Language Access ................................................................................... 45
C.	Health and Medical Care Policies ......................................................... 46
D.	Medical Services ................................................................................... 46
E.	Detainee Voluntary Work Program (if applicable) .............................. 57
VI. REQUIRED ADMINISTRATION AND MANAGEMENT SERVICES ............................... 57
A.	Manage the Receiving and Discharge of Detainees ............................. 57
B.	Manage and Account for Detainee Assets (Funds, Property) .............. 59
C.	Securely Operate the Facility ............................................................... 59
D.	Establish and Maintain a Program for the Prevention of Sexual Abuse/Assault .............. 59
E.	Collect and Disseminate Intelligence Information ............................... 60
F.	ICE Notifications .................................................................................. 60
G.	Maintain Institutional Emergency Readiness ....................................... 60
H.	Manage Computer Equipment and Services in Accordance with all Operational Security Requirements ............................................................................................. 61
I.	Manage and Maintain a Commissary ................................................... 61
J.	Manage and Maintain a Detainee Telephone System (DTS) ............... 62
VII.	FACILITY SECURITY AND CONTROL .................................................................. 63
A.	Security and Control (General) ............................................................ 63
B.	Detainee Rights .................................................................................... 63
C.	Unauthorized Access ............................................................................ 64
D.	Direct Supervision of Detainees .......................................................... 64
E.	Maintain a Video Surveillance Program .............................................. 64
F.	Log Books ............................................................................................. 64
G.	Reports .................................................................................................. 65
H.	Detainee Counts ................................................................................... 65
I.	Daily Inspections ................................................................................. 65
J.	Deviation from Prescribed Schedule Assignments .............................. 66
K.	Use of Force and Restraints ................................................................. 66
L.	Escapes .................................................................................................. 66
M.	Evacuation Plan .................................................................................... 67
N.	Sanitation and Hygienic Living Conditions ........................................ 67
O.	Physical Plant ....................................................................................... 67
P.	Environmental Policy Procedures: ...................................................... 68
VIII.	FOOD SERVICE .............................................................................................. 70
IX.	PROPERTY ACCOUNTABILITY ........................................................................... 70
A.	General .................................................................................................. 70
B.	Use of Government Wireless Communication Devices ....................... 71
X.	FIREARMS / BODY ARMOR ............................................................................. 71
A.	Firearms Requirements ......................................................................... 71
B.	Body Armor Requirements ................................................................... 73
XI.	Transition ...................................................................................................... 73
A.	Transition-In ......................................................................................... 73
B.	Transition-Out ...................................................................................... 74

## I.   EXPLANATION OF TERMS/ACRONYMS

1. ADMINISTRATIVE SEGREGATION:  A form of separation from the general population used when the continued presence of the detainee in the general population would pose a threat to life, property, self, staff, or other detainees or to the security or orderly running of the facility. This housing status also includes detainees who require protective custody, those who cannot be placed in the local population because they are in route to another facility (holdovers), those who are awaiting a hearing before a disciplinary panel, and those requiring separation for medical reasons.

2. ADULT LOCAL DETENTION FACILITY (ALDF):  A facility which detains persons over the age of 18.

3. ALIEN:  Any person who is not a citizen or national of the United States.

4. AMERICAN CORRECTIONAL ASSOCIATION (ACA):  The American Correctional Association is the oldest and largest international correctional association in the world. ACA serves all disciplines within the corrections profession and is dedicated to excellence in every aspect of the field.

5. BED-DAY:  The total billable cost to the Government to maintain and house one detainee for one day. Bed-day means a detainee that is referred to a contractor for detention. The bed days are calculated by subtracting the date booked into custody from the date released from custody. The contractor may charge for day of arrival, but not day of departure.

6. BED-DAY RATE:  The rate charged for each individual detainee per day. Bed-day rate is an all-inclusive burdened rate including direct costs, indirect costs, overhead, and profit necessary to provide the detention, and food service requirements as described in the PWS.

7. BOOKING:  A procedure for the admission of an ICE detainee, which includes searching, fingerprinting, photographing, medical screening, and collecting personal history data. Booking also includes the inventory and storage of the individual's accompanying personal property. The Contractor may be responsible for booking the detainee into ICE systems upon receiving the detainee.

8. BUREAU OF PRISONS (BOP):  The U.S. Federal Bureau of Prisons protects society by confining offenders in the controlled environments of prisons and community-based facilities that are safe, humane, cost-efficient, and appropriately secure, and that provide work and other self-improvement opportunities to assist offenders in becoming law-abiding citizens.

9. CATEGORICAL EXCLUSION (CATEX): A determination that a particular activity that does not need to undergo detailed environmental analysis in an Environmental Assessment (EA) or Environmental Impact Statement (EIS) because it has been found to normally not have the potential, individually or cumulatively, to have a significant effect on the human environment.

10. CLASSIFICATION:  A process for determining the needs and requirements of aliens for whom detention has been ordered and for assigning them to housing units and programs according to their needs, security risk level, and existing resources of the facility.

11. CONTRABAND:  Items that pose a threat to the security of people or property. A contraband item fits into either the category of hard or soft contraband as defined below:

a) Hard Contraband: Any item that is inherently dangerous as a weapon or tool of violence, e.g., knife, explosives, "zipgun," brass knuckles. Because hard contraband presents an immediate physical threat in or to the facility, a detainee found in possession of hard contraband could face disciplinary action or criminal prosecution.

b) Soft Contraband: Any item that presents a nuisance, which does not pose a direct and immediate threat to an individual's safety. None-the-less, soft contraband has the potential to create dangerous or unsanitary conditions in the facility, such as excess papers that create a fire hazard, food items that are spoiled or retained beyond the point of safe consumption, etc.

12. CONTRACTING OFFICER (CO):  An employee of the Government responsible for the complete conduct and integrity of the contracting process, including administration after award. The only individual authorized to issue changes to this contract.

13. CONTRACTING OFFICER'S REPRESENTATIVE (COR):  Employees of the Government responsible for monitoring all technical aspects and assisting in administering the contract.

14. CONTRACTOR:  The entity, which provides the services, described in this Performance Work Statement (PWS).

15. CONTRACTOR EMPLOYEE:  An employee of a private Contractor hired to perform a variety of detailed services under this contract.

16. CONTROL ROOM:  Integrates all internal and external security communications networks within a secure room. Activities conducted within the control room have a critical impact on the institution's orderly and secure operation.

17. CREDENTIALS:  Document providing primary source verification including education, training, licensure, experience, board certification, and expertise of an employee.

18. DEPARTMENT OF HOMELAND SECURITY (DHS):  A department of the United States Government, which includes U.S. Immigration and Customs Enforcement (ICE).

19. DEPARTMENT OF JUSTICE (DOJ):  A department of the United States Government, which includes the Executive Office of Immigration Review (EOIR), the Federal Bureau of Investigation (FBI), the Federal Bureau of Prisons (BOP), and the U.S. Marshals Service (USMS).

20. DESIGNATED SERVICE OFFICIAL:  An employee of U.S. Immigration and Customs Enforcement designated in writing by the ICE Field Office Director (FOD) to represent ICE on matters pertaining to the operation of the facility.

21. DETAINEE:  Any person confined under the auspices and the authority of any Federal agency. Many of those being detained may have substantial and varied criminal histories.

22. DETAINEE RECORDS:  Information concerning the individual's personal, criminal and medical history, behavior, and activities while in custody, including, but not limited to:
   a) Detainee, Personal Property
   b) Receipts, Visitors List, Photographs
   c) Fingerprints, Disciplinary Infractions
   d) Actions Taken, Grievance Reports, Medical
   e) Records, Work Assignments, Program Participation
   f) Miscellaneous Correspondence, etc.

23. DETENTION OFFICERS:  Contractor's uniformed staff members responsible for the security, care, transportation, and supervision of detainees during all phases of activity in

a detention facility. The officer is also responsible for the safety and security of the facility.

24. DETENTION STANDARDS COMPLIANCE UNIT (DSCU):  The purpose of the DSCU is to develop and prescribe policies, standards, and procedures for ICE detention operations and to ensure detention facilities are operated in a safe, secure, and humane condition for both detainees and staff.

25. DIRECT SUPERVISION:  A method of detainee management that ensures continuing direct contact between detainees and staff by posting an officer(s) inside each housing unit. Officers in general housing units are not separated from detainees by a physical barrier. Officers provide frequent, non-scheduled observation of and personal interaction with detainees.

26. DIRECTIVE:  A document issued by the U.S. Government and signed by the President, Departmental Secretary, or an Assistant Secretary that establishes policy, delegates' authority, and/or assigns responsibilities.

27. DISCIPLINARY SEGREGATION:  A unit housing detainees who commit serious rule violations.

28. EMERGENCY:  Any significant disruption of normal facility procedure, policy, or activity caused by riot, strike, escape, fire, medical exigency, natural disaster, or other serious incident.

29. EMERGENCY CARE:  Care for an acute illness or unexpected serious health care need that cannot be deferred until the next scheduled sick call.

30. ENFORCEMENT AND REMOVAL OPERATIONS (ERO):  A division within ICE, whose mission is the planning, management, and direction of broad programs relating to the supervision, detention, and removal of detainees who are in the United States illegally.

31. ENTRY ON DUTY (EOD):  The first day the employee begins performance at a designated duty station on this contract.

32. ENVIRONMENTAL ASSESSMENT (EA):  A concise public document for which a Federal agency is responsible that serves to: briefly provide sufficient evidence and analysis for determining whether to prepare an EIS or a Finding of No Significant Impact (FONSI), aid an agency's compliance with the National Environmental Policy Act (NEPA) when no EIS is necessary, and facilitate preparation of an EIS when one is necessary.

33. ENVIRONMENTAL IMPACT EVALUATION: The process of determining the level of significance of a potential impact on the human environment.  It includes all necessary information needed to analyze the potential for environmental impact of a proposed action, assign a value to the level of impact (e.g., minor, moderate, or major), consider mitigation, and determine the level of significance; whether significant or not.  An environmental impact evaluation results in either the application of a CATEX, documentation in the form of an EA and FONSI or a final EIS and Record of Decision (ROD).

34. ENVIRONMENTAL IMPACT STATEMENT (EIS):  A detailed written statement as required by section 102(2)(C) of the NEPA.  It is a comprehensive document that provides full and fair discussion of significant environmental impacts caused by the proposed action(s).  It also states the reasonable alternatives, and which of those would

avoid or minimize the adverse impact(s) or enhance the quality of the human environment.

35. <u>EXECUTIVE OFFICE OF IMMIGRATION REVIEW (EOIR)</u>:  An agency of DOJ. The primary mission of the Executive Office for Immigration Review (EOIR) is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings.

36. <u>EXTRAORDINARY CIRCUMSTANCES:</u> When evaluating whether or not to apply a CATEX to a proposed action, these are circumstances associated with the proposed action that might give rise to significant environmental effects requiring further analysis and documentation in an EA or EIS.

37. <u>FACILITY</u>:  The physical plant and grounds in which the Contractor's services are operated.

38. <u>FACILITY ADMINISTRATOR</u>:  The official, regardless of local title (e.g., jail administrator, Warden, Facility Director, superintendent), who has the ultimate responsibility for managing and operating the contracted detention facility. The qualifications for the holder of this office shall be consistent with ACA standards.

39. <u>FINDING OF NO SIGNIFICANT IMPACT (FONSI):</u> A document by a Federal agency briefly presenting the reasons why an action, not otherwise excluded, will not have a significant effect on the human environment, and for which an EIS therefore will not be prepared.

40. <u>FIRST AID</u>:  Health care for a condition that requires immediate assistance from an individual trained in first aid care and the use of the facility's first aid kits.

41. <u>FLIGHT OPERATIONS UNIT (FOU)</u>:  The FOU is the principal mass air transportation and manages government and contract flights.

42. <u>GOVERNMENT</u>:  Refers to the United States Government.

43. <u>GRIEVANCE</u>:  A written complaint filed by a detainee with the facility administrator concerning personal health/welfare or the operations and services of the facility.

44. <u>HEALTH AUTHORITY</u>:  The physician, health administrator, or agency on-site that is responsible for health care services pursuant to a written agreement, contract, or job description.

45. <u>HEALTH CARE</u>:  The action taken, preventive and therapeutic. To provide for the physical and mental well-being of the detainee population. Health care may include medical services, dental services, mental health services, nursing, personal hygiene, dietary services, and environmental conditions at the facility.

46. <u>HEALTH CARE PERSONNEL</u>:  Duly licensed individuals whose primary duties are to provide health services to detainees in keeping with their respective levels of health care training or experience.

47. <u>HEALTH UNIT (HU)</u>:  The physical area in the facility and organizational unit set-aside for routine health care and sick call. The HU is the designated part of the facility for the delivery of care to detainees on an ambulatory or observation basis.

48. <u>ICE Designee</u>- ICE personnel designated by the COR.

49. <u>ICE HEALTH SERVICES CORP (IHSC)</u>:  The ICE Health Service Corps serves as the medical authority for ICE on a wide range of medical issues, including the agency's comprehensive detainee health care program.

**270**

50. <u>ICE Vehicle Control Officer</u> – ICE personnel responsible for fleet management of government vehicles.

51. <u>IMMEDIATE RELATIVES</u>:  Spouses, children (including stepchildren and adopted children) and their spouses, parents (including stepparents), brothers and sisters (including stepbrothers and sisters and half-brothers and sisters) and their spouses.

52. <u>IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)</u>:  A law enforcement agency within the U.S. Department of Homeland Security.

53. <u>INCIDENT REPORT</u>:  A written document reporting an event, such as minor disturbances, officer misconduct, any detainee rule infraction, etc.

54. <u>JUVENILE DETAINEE</u>:  Any detainee under the age of eighteen (18) years.

55. <u>KEY PERSONNEL</u>:  Any one of the following positions employed by the Contractor; Warden or Facility Director, Assistant Warden or Assistant Facility Director, Supervisory Detention Officer, Training Officers, Quality Assurance Manager.

56. <u>LIFE SAFETY CODE</u>:  A manual published by The National Fire Protection Association specifying minimum standards for fire safety necessary in the public interest.

57. <u>LOG BOOK</u>:  The official record of post operations and inspections.

58. <u>MAN-HOUR</u>:  Man-hour means productive hours when the required services are performed. Only productive hours can be billed and invoiced.

59. <u>MEDICAL RECORDS</u>:  Separate records of medical examinations and diagnosis maintained by the responsible physician or nurse. The following information from these records shall be transferred to the detainee record: date and time of all medical examinations; and, copies of standing or direct medical orders from the physician to the facility staff.

60. <u>MEDICAL SCREENING</u>:  A system of structured observation and/or initial health assessment to identify newly-arrived detainees who could pose a health or safety threat to themselves or others.

61. <u>MILEAGE RATE</u>:  A fully burdened rate inclusive of the mileage rate in accordance with General Service Administration Federal Travel Regulation, vehicle equipment, maintenance, and fuel costs.

62. <u>NEPA-COMPLIANCE DOCUMENT:</u> A document by a Federal agency that records how the agency meets the requirements of NEPA through the evaluation of the proposed action. This document could be a CATEX, EA and FONSI, or EIS and ROD.

63. <u>NON-CONTACT VISITATION</u>:  Visitation that restricts detainees from having physical contact with visitors using physical barriers such as screens and/or glass. Voice communications between the parties are typically accomplished with telephones or speakers.

64. <u>NON-DEADLY FORCE</u>:  The force a person uses with the purpose of not causing or which would not create a substantial risk of causing death or serious bodily harm.

65. <u>NOTICE TO PROCEED (NTP)</u>:  Written notification from the Government to the Contractor stating the date that the Contractor may begin work, subject to the conditions of the contract.

66. <u>OFFICE OF PROFESSIONAL RESPONSIBILITY, PERSONNEL SECURITY UNIT (OPR-PSU)</u>:  The ICE office which implements a component-wide personnel security program.

67. <u>ON CALL/REMOTE CUSTODY OFFICER POST</u>:  Posts operated as requested by the COR, or other ICE designee, and including, but not limited to, escorting and custody of

detainees for hearings, ICE interviews, medical watches, and any other location requested by the COR.

68. <u>PAT DOWN SEARCH</u>:  A quick patting of the detainee's outer clothing to determine the presence of contraband.

69. <u>PERFORMANCE WORK STATEMENT (PWS)</u>:  That portion of the contract, which describes the services to be performed under the contract.

70. <u>PHASE I ENVIRONMENTAL SITE ASSESSMENT (PHASE I ESA)</u>:  An evaluation and report prepared to identify potential or existing environmental contamination liabilities associated with real property. Phase I ESAs must be carried out in accordance with the standard promulgated in ASTM 1527-13.

71. <u>POLICY</u>:  A definite written course or method of action, which guides and determines present and future decisions and actions.

72. <u>POST ORDERS</u>:  Written orders that specify the duties of each position, hour-by-hour, and the procedures the post officer will follow in carrying out those duties.

73. <u>PREVENTIVE MAINTENANCE</u>:  A system designed to enhance the longevity and/or usefulness of buildings and equipment in accordance with a planned schedule.

74. <u>PROCEDURE</u>:  The detailed and sequential actions that must be executed to ensure that a policy is implemented. It is the method of performing an operation or a manner of proceeding on a course of action. It differs from a policy in that it directs action required to perform a specific task within the guidelines of that policy.

75. <u>PRODUCTIVE HOURS</u>:  These are hours when the required services are performed and can be billed.

76. <u>PROJECT MANAGER</u>:  Contractor employee responsible for on-site supervision of all Contractor employees, with the authority to act on behalf of the Contractor. The Project Manager cannot simultaneously serve in the role of manager and Detention Officer or Supervisory Detention Officer.

77. <u>PROPERTY</u>:  Refers to personal belongings of a detainee.

78. <u>PROPOSAL</u>:  The written plan submitted by the Contractor for consideration by ICE in response to the Request for Proposal (RFP).

79. <u>QUALIFIED HEALTH PROFESSIONAL</u>:  Physicians, dentists, and other professional and technical workers who by state law engage in activities that support, complement, or supplement the functions of physicians and/or dentists who are licensed, registered, or certified, as appropriate to their qualifications, to practice.

80. <u>QUALITY ASSURANCE</u>:  The actions taken by the Government to assure requirements of the PWS are met.

81. <u>QUALITY ASSURANCE SURVEILLANCE PLAN (QASP)</u>:  A Government-produced document that is based on the premise that the Contractor, and not the Government, is responsible for the day-to-day operation of the facility and all the management and quality control actions required to meet the terms of the contract. The role of the Government in quality assurance is to ensure performance standards are achieved and maintained. The QASP validates that the Contractor is complying with ERO-mandated quality standards in operating, maintaining, and repairing detention facilities.

82. <u>QUALITY CONTROL (QC)</u>:  The Contractor's inspection system which covers all the services to be performed under the contract. The actions that a Contractor takes to control the production of services so that they meet the requirements stated in the contract.

83. QUALITY CONTROL PLAN (QCP):  A Contractor-produced document that addresses critical operational performance standards for services provided.

84. RECORD OF DECISION (ROD): A document that explains an agency's decision, describes the alternative the agency considered, and discusses the agency's plans for mitigation and monitoring, if necessary.

85. RELIEF FACTOR:  Indicates how many persons it takes to fill a single job position for a single shift, taking into account vacation, sick leave, training days, and other types of leave.

86. RESPONSIBLE PHYSICIAN:  A person licensed to practice medicine with whom the facility enters into a contractual agreement to plan for and provide health care services to the detainee population of the facility.

87. RESTRAINT EQUIPMENT:  This includes but is not limited to:  handcuffs, belly chains, leg irons, strait-jackets, flexi cuffs, soft (leather) cuffs, and leg weights.

88. SAFETY EQUIPMENT:  This includes but is not limited to firefighting equipment, i.e., chemical extinguisher, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas masks, fans, first aid kits, stretchers, and emergency alarms.

89. SALLYPORT:  An enclosure situated either in the perimeter wall or fence to the facility or within the interior of the facility, containing gates or doors at both ends, only one of which opens at a time. This method of entry and exit helps to ensure that there shall be no breach in the perimeter or interior security of the facility.

90. SECURITY DEVICES:  Locks, gates, doors, bars, fences, screens, hardened ceilings, floors, walls, and barriers used to confine and control detainees. In addition, electronic monitoring equipment, security alarm systems, security light units, auxiliary power supply, and other equipment used to maintain facility security.

91. SECURITY PERIMETER:  The outer portions of a facility, which provide for secure confinement of detainees.

92. SECURITY RISK – HIGH, MEDIUM, LOW:

**High Risk Level** – (Level 3) Detainees exhibit behavioral problems, or manifest a pattern of such behavior, or have a history of violent and/or criminal activity. These detainees may not be co-mingled with low custody detainees.

**Medium High Risk Level** – (Level 2) Detainees exhibit minor behavioral problems or have a history of nonviolent criminal behavior. These detainees have a history of violent or assaultive charges, convictions, institutional misconduct, or those with gang affiliation.

**Medium Low Risk Level –** (1.5) Detainees with no history of violent or assaultive charges or convictions, no institutional misconduct, and no gang affiliation.

**Low Risk Level** – (Level 1) Detainees exhibit no behavioral problems and have no history of violent criminal behavior. This level may not include any detainee with a felony conviction that included an act of physical violence. Low risk level detainees may not be co-mingled with high custody detainees.

93. SENSITIVE INFORMATION:  Any information which could affect the national interest, law enforcement activities, the conduct of federal programs, or the privacy to which individuals are entitled under Title 5, U.S. Code, Section 552a. All Detainee records are considered sensitive information.

94. SIGNIFICANT EVENT NOTIFICATION REPORT (SEN):  A written document reporting a special event (e.g., the use of force, use of chemical agents, discharge of firearms).

95. SPECIAL MANAGEMENT UNIT (SMU):  A housing unit for detainees in administrative or disciplinary segregation.

96. STANDING MEDICAL ORDERS:  Written orders, by a physician, to medical personnel for the definitive treatment of identified minor, self-limiting conditions and for on-site treatment of emergency conditions.

97. STRIP SEARCH:  An examination of a detainee's naked body for weapons, contraband, and physical abnormalities. This also includes a thorough search of all of the individual's clothing while not being worn.

98. SUITABILITY CHECK:  Security clearance process for Contractor and all Contractor Employees to determine favorable suitability to work on a Government contract.

99. TOUR OF DUTY:  No more than 12 hours in any 24-hour period with a minimum of eight hours off between shifts, except as directed by state or local law.

100. TRAINING:  An organized, planned, and evaluated activity designed to achieve specific learning objectives. Training may occur on site, at an academy of training center, at an institution of higher learning, through contract service, at professional meetings or through closely supervised on-the-job training. Meetings of professional associations are considered training when there is clear evidence of the above elements. All trainers must be certified, and certification shall be approved by the COR.

101. TRANSPORTATION COSTS:  The cost of all materials, equipment, and labor necessary to respond to requests by designated officials for secure movement of detainees from place to place necessary for processing, hearings, interviews, etc.

102. TRAVEL COST:  Cost inclusive of lodging and meals and incidental expenses (MI&E) for Transportation Officers exceeding the standard working hours. Contractor tour of duties will comply with all current federal, state, and local laws. This includes, but is not limited to, the Federal Motor Carrier Safety Administration, CFR 395.5 - Maximum driving time for passenger-carrying vehicles. Cost is based on actual charges per occurrence, not to exceed the allowable Federal Travel Regulation rates/costs in effect on the dates of travel.

103. WEAPONS:  This includes but is not limited to firearms, ammunition, knives, slappers, billy clubs, electronic defense modules, chemical weapons (mace), and nightsticks.

## II.   PERFORMANCE WORK STATEMENT

### A.  Objective

The objective of this contract is to obtain comprehensive detention services as detailed below for various levels as described within this document.

### B.  Background and Mission

The United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) is responsible for the detention, health, welfare, transportation, and deportation of detainees in removal proceedings, and those subject to a final order of removal from the United States.

The mission of ICE Enforcement and Removal Operations (ERO) is to identify, arrest, and remove aliens, who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally or otherwise undermine the integrity of immigration laws and border control efforts.

In implementing its mission, ERO is responsible for carrying out all orders for the securing and departure activities of detainees who are designated in removal proceedings and for arranging for the detention of detainees when such becomes necessary and prescribed by law.

### C.  Scope of Work

A Contractor-owned/Contractor-operated detention facility to house detainees on a 24 hour per-day, seven day per week, 365 day per-year basis.

The detention center shall provide safe and secure conditions of confinement based on the individual characteristics of a diverse population, including: threat to the community, risk of flight, type and status of immigration proceeding, community ties, medical and mental health issues. The detention center shall provide easy access to legal services; abundant natural light throughout the facility; ample indoor and outdoor recreation that allows for vigorous aerobic exercise with extended hours of availability - a minimum of four hours per day of outdoor recreation; private showers and restrooms (where practicable); cafeteria style meal service; non-institutional detainee clothing; contact visitation, including special arrangements for visiting families, with extended hours including nights and weekends; private areas for attorney-client visits, with video teleconferencing capabilities; noise control; enhanced, but controlled freedom of movement (although the manner and degree of implementation may vary based on security levels); enhanced law library and legal resources; and enhanced programming, including religious services and social programs and dedicated space for religious services.

Detention services shall be preformed in accordance with optimal level of the most current version of the ICE Performance-Based National Detention Standards (PBNDS) 2011. The current version is PBNDS 2011 revised in 2016 available at www.ice.gov/detention-

standards/2011. The contractor shall also abide by the March 7, 2014, DHS regulation under the Prison Rape Elimination Act of 2003 (PREA; P.L. 108-79), *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities* (DHS PREA Standards) available at https://www.gpo.gov/fdsys/pkg/FR-2014-03-07/pdf/2014-04675.pdf.

The Contractor shall be responsible for obtaining and maintaining American Correctional Association (ACA) accreditation under the most current version of the Adult Local Detention Facilities (ALDF) Standards to include any supplement. Conformance with the ACA ALDF Standards is required on the first day of contract performance and accreditation shall be obtained within one year of contract award.

The Contractor shall be responsible for obtaining and maintaining accreditation under the National Commission on Correctional Health Care (NCCHC) within one year of contract performance.

In cases where there is a conflict in standards, the most stringent shall apply. If the Contractor is unable to determine which standard is more stringent, the COR shall determine the appropriate standard.

The COR does not have the authority to modify the stated terms of the contract or approve any action that would result in additional charges to the Government beyond what is stated in the CLIN schedule. The CO shall make all modifications in writing.

The Contractor shall furnish all personnel, management, equipment, supplies, training, certification, accreditation, and services necessary for performance of all aspects of the contract. Unless explicitly stated otherwise, the Contractor is responsible for all costs associated with and incurred as part of providing the services outlined in this contract.

DHS, ICE, federal entities, and third-party inspectors will conduct periodic and unscheduled audits and inspections of contract performance and the facility to ensure contract compliance. All inspectors shall have full access to the facility at all times and in all areas of performance. The Contractor shall provide full and complete cooperation for any request or investigation conducted by the Government.

Detainees are classified as High (Level 3), Medium High (Level 2), Medium Low (Level 1.5) or Low Risk (Level 1). Upon discovery that a detainee may be a juvenile, the Contractor shall immediately notify the COR and/or ICE-designee and follow the instructions of the COR or ICE-designee.

The Contractor shall not add any non-ICE detainee population to the facility from any other entity without the expressed prior written approval of the COR and/or ICE-designee.

The Contractor agrees to accept and provide for the secure custody, care, and safekeeping of detainees in accordance with the State and local laws, standards, policies, procedures for firearms requirements, or court orders applicable to the operations of the facility.

**D. Facilities**

**1. Detention Space**

The facility shall meet at a minimum all ACA and PBNDS 2011 revised 2016 requirements. Though not binding on existing detention space, the Contractor can also review the ICE Contract Detention Facility (CDF) Design Standards available as Addendum A.

The Contractor is encouraged to go beyond any minimum requirements to provide optimal detention services.

Business Permits and Licenses

The Contractor shall obtain all required permits and licenses by the date of contract award. The Contractor must (depending on the state's requirements) be licensed as a qualified security service company in accordance with the requirements of the district, municipality, county, and state in which the ICE work site is located. Throughout the term of this contract, the Contractor shall maintain current permits/business licenses and make copies available for Government inspection. The Contractor shall comply with all applicable federal, state, and local laws and all applicable Occupational Safety and Health Administration (OSHA) standards.

ICE will review and approve all design documents and maintain approval of final inspection of the facility before occupancy.

*See PWS Addendums for site-specific requirements.*

**2. USCIS Space**

*See PWS Addendums for specific requirements.*

**3. Executive Office for Immigration Review (EOIR) Space (in accordance with Addendum B – ICE EOIR Design Standards).**

*See PWS Addendums for specific requirements.*

**4. ICE Administrative Space**

*See PWS Addendums for specific requirements.*

The Contractor is required to provide ICE Office and Support Space at or immediately adjacent to the Contractor provided detention facility.

All office, administrative, support and multiple use space shall be complete with appropriate electrical, communication, and phone/fax/VTC connections. VTC connections shall use a PRI (T1) connection at a minimum.

All furniture and case goods shall be furnished by the Contractor.

*See PWS Addendums for specific requirements.*

The ICE Administrative space shall be clean, free from mold, climate controlled, with an HVAC thermostat located outside a private office (within open space) controlling no more than 2,000 square feet. The ICE Administrative space shall be separate from, but accessible to, detainee housing units and the centralized visiting area. The ICE Administrative space shall also be secure and inaccessible to Contractor staff, except when specific permission is granted by on-site ICE staff. The Contractor shall be responsible for all maintenance, security, and janitorial costs associated with the ICE Administrative space. All janitorial and maintenance within the ICE administrative and support space is the responsibility of the contractor. All ICE administrative and support space shall be cleaned daily (between the hours of 8 a.m. and 4 p.m.) by Government cleared contractor janitorial staff. Contractor is responsible for coordinating clearance activities for their janitorial staff with the Government and for costs associated with clearance.

a) Additional Requirements for ICE Administrative Office Space

   1) Furniture

      All furniture and case goods shall be furnished by the Contractor. Any systems furniture, such as cubicles, shall be electrically hardwired to the building electrical support by the contractor, and have bottom raceways for data and telecommunications. The systems furniture must have knockouts within the bottoms raceways as well as numerous grommets within the work surface. The system furniture must have some universal requirements for a workspace to include; a desk, chair, desk storage, overhead storage (with locking flipper doors) and lighting capacity under the overhead storage.

      Cubicles should be a standard size of a minimum of 190 usable square feet, unless otherwise authorized by the COR.

      *See PWS Addendums for specific requirements.*

   2) ICE Information Technology (IT) Equipment

      ICE will provide and install IT equipment in office spaces for ICE personnel only, to include CPUs, screens, printers, and fax machines.

      *See PWS Addendums for specific requirements*

**278**

3) Communication and VTC

The Contractor is responsible for providing phone/fax/Internet/VTC services through their local provider and responsible for the costs for such services.

**5. Parking Spaces at the Contracted Detention Facility:**

The Contractor shall provide hard surface (concrete) parking for all ICE employees and visitors at no additional cost. The Contractor must provide ICE Employee parking in a secure surface (concrete) striped parking lot. The ICE employee parking shall be well lit and shall drain well. The ICE employee parking shall be striped and have reserved spaces painted as directed by the COR. The ICE employee parking shall have an automated entrance and exit gate, operated by the contractor provided building access badge system.

The Contractor shall provide an on-site hard surface (concrete) parking lot for visitors. Street parking for ICE visitors is not acceptable.

*See PWS Addendums for specific requirements*

**E. Armed Transportation Services:**

1. The Contractor shall provide all such ground transportation services as may be required to transport detainees securely, in a timely manner, to locations as directed by the COR or designated ICE official, including the transportation of detainees to various appointments. Regular transportation to key sites shall be provided as necessary and additional transportation requirements as requested by the COR or ICE designee. When officers are not providing transportation services, the Contactor shall assign the employees to supplement security duties within the facility. However, the primary function of these officers is transportation. Duties performed by these officers shall not incur any additional expenses to the Government.

   The Contractor shall assign, at a minimum, two-person teams of transportation officers whenever necessary throughout a 24-hour period, 7 days a week, including weekends and holidays.   When transporting detainees of the opposite gender, assigned transportation staff shall call in their time of departure and odometer reading; and then do so again upon arrival, to account for their time. Except in emergency situations, a single transportation staff member may not transport a single detainee of the opposite gender. Further, if there is an expectation that a pat down will occur during transport, an assigned transportation staff member of the same gender as the detainee(s) must be present.

2. The Contractor shall furnish suitable vehicles in good condition, approved by the Government and in-line with the PBNDS 2011 requirements, to safely provide the required transportation services per facility as listed below. The Contractor shall comply with all federal and state laws with regard to inspections, licensing, and registration for

all vehicles used for transportation. The Contractor shall provide parking spaces for the required vehicles at the facility.

Nothing in this contract shall restrict the Contractor from acquiring additional vehicles as deemed necessary by the Contractor at no cost to the Government. The Contractor shall not allow employees to use their privately-owned vehicles to transport detainees. The Contractor shall furnish vehicles equipped with interior security features in accordance with PBNDS 2011. The Contractor shall provide the interior security specification of the vehicles to ICE for review and approval prior to installation. Vehicles furnished by the Contractor shall be equipped with interior security features such as, but not limited to: door lock controls, window locks, a wire cage with acrylic panel between the driver seat and the rear passenger seats and provide physical separation of detainees from Detention Officers.

*See PWS Addendums for specific requirements.*

3. If ICE authorizes the Contractor to use Government furnished vehicles, the following requirements apply to this agreement.

   a) The Government will provide the Contractor with Government Vehicles and Government Fleet Cards (for the purchase of fuel) for the purpose of transporting detainees to and from ICE designated facilities (see Route List or Analysis specific to each Requirement), or alternative transportation sites, in support of ERO transportation needs under this Agreement. The vehicles assigned for this purpose will remain the property of the Federal Government, and all costs associated with the operation and use of the vehicles, such as, but not limited to, vehicle maintenance and fuel, will be covered through the Government's Fleet Management Program.

   b) The Contractor agrees to be responsible for reimbursement to ICE for any damages sustained by the vehicles as a result of any act or omission on the part of the Contractor, its employees and or persons acting on behalf of the Contractor. The Contractor shall be responsible to promptly report any accidents or damage to the Government Vehicles in accordance with the ICE Management Directives listed below and any other ICE policies that pertain to reporting such damage. The Contractor agrees to fully cooperate and assist ICE in making any claims against a third party at fault for causing the property damage to the Government Vehicles.

   c) In addition, the Contractor agrees to hold harmless, indemnify, and assume financial responsibility for any claims or litigations filed by persons sustaining personal injuries or property damage for incidents or accidents caused by the negligent acts or omissions of the Contractor, agents, or other persons acting on behalf of the Contractor. The Contractor agrees to fully cooperate and assist ICE in the defense of any claims made against ICE, and in the event of a settlement or judgment entered against ICE for the negligent acts or omissions of the Contractor employees or agents, the Contractor agrees to reimburse ICE for said settlement or adverse judgment.

d) In order for ICE to maintain accurate fleet records of the transportation services, the Contractor officers utilizing the vehicles shall complete specific documentation that will be provided by ICE, to record the times of vehicle usage for proper hourly guard reimbursement, and to record the inspection of the vehicles for damage each time the vehicles are used.

e) The COR or ICE Vehicle Control Officer will provide forms to the Contractor to request and authorize routine maintenance of vehicles.

f) The Contractor shall be responsible for any costs or expenses associated with the return of the vehicles, to include, towing charges, title replacement fees, or licensing expenses made necessary by the loss of any paperwork associated with the vehicles.

4. The Contractor personnel provided for transportation services shall be of the same qualifications, receive the same training, complete the same security clearances, and wear the same uniforms as those Contractor personnel provided in the other areas of this contract. Transportation officers shall have the required state licenses for commercial drivers with the proper endorsement limited to vehicles with Automatic Transmission and meet the federal and state licensing requirements.

5. All transportation Detention Officers shall be armed in the performance of these duties. The Contractor shall supply and maintain restraining equipment, per PBNDS 2011 Standard 1.3 "Transportation (by Land)."  ICE personnel reserve the right to approve such restraining equipment, as well as the right to inspect such restraining equipment.

6. The Contractor shall comply with ICE transportation standards related to the number of hours the Contractor employee may operate a vehicle. Overnight lodging resulting from transportation services shall be approved in advance by the COR or ICE designee; overnight lodging expenses shall be billed at rates not to exceed the applicable GSA per diem rates. Transportation shall be accomplished in the most economical manner and in accordance with the applicable GSA per diem rates.

7. The Contractor shall, upon order of the COR, or upon his or her own decision in an urgent medical situation, transport a detainee to a hospital location. An officer, or officers, shall keep the detainee under constant supervision 24 hours per day until the detainee is ordered released from the hospital, or at the order of the COR. The Contractor shall then transport the detainee to the detention site.

8. The COR may direct the Contractor to transport detainees to unspecified, miscellaneous locations, within a 250-mile radius of the facility.

9. When the COR or ICE- designee provides documents to the Contractor concerning the detainee(s) to be transported and/or escorted, the Contractor shall deliver these documents only to the named authorized recipients or his or her designee. The Contractor shall ensure the material is kept confidential and not viewed by any person other than the authorized recipient.

10. The Contractor shall establish a fully operational communication system compatible with ICE communication equipment that has direct and immediate contact with all transportation vehicles and post assignments. Upon demand, the COR shall be provided with the current status of all vehicles and post assignment employees.

11. Failure of the Contractor to comply fully with the detainee(s) departure as pre-scheduled may result in the Contractor having deductions made for non-performance.

12. ICE anticipates normal transportation requirements other than hospital visits and local needs. In addition to unspecified or miscellaneous locations, the contract facility must support transportation to and from locations as directed by ICE COR or designee. All transportation reports must be submitted to the COR within two business days of trip completion.

    *See PWS Addendums for specific requirements.*

13. Monthly Status Report: The report will include, at a minimum, the information required by a G-391 for every trip as indicated in the G-391 attachments (see Attachments 1A & 1B). A breakdown of hours and personnel will also be provided and divided into Transportation Guard Hours and Stationary Guard Hours. A breakdown of vehicles used (year, model, and capacity) will also be required if the contractor is using contractor owned vehicles. This information will be available electronically to government users and submitted in addition to the invoice each month.

## F. On-Call Guard Services

1. The Contractor shall provide on call guard services as requested by the COR or ICE-designated official and shall include, but is not limited to, escorting and guarding detainees to medical or doctor appointments; hearings; ICE interviews; and any other remote location requested by the COR or ICE designee. Qualified guard personnel employed by the Contractor under its policies, procedures, and practices will perform such services. The Contractor agrees to augment such practices as may be requested by ICE to enhance specific requirements for security, detainee monitoring, visitation, and contraband control. Upon the order of the COR or ICE designee or in an emergency, the contractor shall provide an officer to safeguard the detainee(s) at a medical facility while undergoing medical examination or treatment as either inpatient or outpatient care. Such assignments may include but are not restricted to medical appointments of detainees. The detainee shall be kept under constant supervision. Public contact is prohibited unless authorized in advance by the COR.

2. The numbers and frequency of these services shall vary, but to the extent possible, the COR or ICE designee shall notify the contractor four hours in advance of such need and of a schedule for the remote post to be manned. One guard shall be authorized for such post unless the COR specifies additional guards are required.

3. The following notes are applicable to the above posts:

a) All on call posts require at least one guard that is of the same sex as the detainee.

b) Additional officers for each post assignment may be required at the direction of the COR when operationally necessary.

c) All necessary meals shall be provided by the contractor when the detainees(s) are in the custody of the contractor.

d) The contractor remains responsible for providing security and preventing escapes.

The itemized monthly invoice for such on-call guard services shall state the number of hours being billed, the duration of the billing (times and dates to include travel to and from location being guarded) and the names and "A" numbers of the detainees who were guarded. Such services shall be denoted as a separate item on submitted invoices. ICE agrees to reimburse the Contractor for actual on call guard services provided at the negotiated rate.

## G. Notice to Proceed

It is essential that the Contractor be fully prepared to accept responsibility for performing the requirements of the contract. Therefore, ICE may perform required assessments to ensure contract compliance prior to issuance of the Notice to Proceed (NTP).

If ICE determines that the Contractor is capable of accepting detainees, the NTP will be issued by the Contracting Officer. The Contractor shall be prepared to begin performance and accept detainees immediately upon issuance of the NTP. Performance may begin with staged capacity or open with full capacity, as stated in the NTP. Performance includes, but is not limited to, preliminary fitness determination and training documentation for an adequate number of facility staff. Preliminary fitness determinations may take up to 30 days on average to be adjudicated and depend upon the facility providing proper initiation documentation and individuals completing the required application and fingerprints once initiated.

The contractor shall submit in writing a Quality Control Plan (QCP) and all other plans, policies, and procedures, including those identified in the PBNDS 2011 and ACA standards to the COR for review and concurrence prior to issuance of the NTP. Once written concurrence has been granted by the COR, these plans, policies, and procedures shall not be modified without the prior written approval of the COR. The Contractor's operational and/or corporate policies that do not impact ICE operations (i.e. policies on employee sick days, vacation days, etc.) do not have to be reviewed or approved by ICE.

## III.   GENERAL

### A.  Notification and Public Disclosures

There shall be no public disclosures regarding this contract made by the Contractor (or any subcontractors) without review and approval of such disclosure by ICE Public Affairs and express permission granted by the ICE Contracting Officer. The Government considers such information privileged or confidential.

### B.  Records

All records related to contract performance shall be retained in a retrievable format for three years. Except as otherwise expressly provided in this PWS, the Contractor shall, upon completion or termination of the resulting contract, transmit to the Government any records related to performance of the contract, in a format acceptable to the CO and COR.

The Contractor shall comply with all statutes, regulations, and guidelines from the National Archives and Records Administration. Records and information management functions are required and mandated by the following laws and regulations: Chapters 21, 29, 31, and 33 of Title 44, United States Code; 36 CFR 12; 41 CFR 201 subchapters A and B; OMB Circular A-130; and DOJ Order 2710.8A, *Removal and Maintenance of Documents*. Criminal penalties for unlawfully destroying, damaging, removing, or improperly handling or releasing federal records are addressed in Chapters 37 and 101 of Title 18, United States Code.

The Contractor shall notify the COR and ICE designee when a member of the United States Congress or any media outlet requests information or makes a request to visit the facility. All such visits shall be in compliance with PBNDS 2011, Standard 7.2 "Interviews and Tours." The Contractor shall coordinate all public information related issues with the CO. All press statements and releases shall be cleared, in advance, with the ICE Office of Public Affairs, which can be reached through the Internet website: http://www.ice.gov/about/news/contact.htm.

The Contractor shall ensure employees agree to use appropriate disclaimers clearly stating the employees' opinions do not necessarily reflect the position of the United States Government in any public presentations they make or articles they write that relate to any aspect of contract performance or the facility operations.

All detainee files are to be prepared, maintained, retired, and disposed of in accordance with ICE policy. Policy and procedures shall be developed to ensure the confidentiality and security of all detainee files. The Contractor shall be responsible for detainee record keeping services and personal property. See Part 2 of 2011 PBNDS at www.ice.gov/detention-standards/2011

The Contractor shall safeguard all records related to the operation of the facility. All records will remain the property of the U.S. Government.

## C.  Right of Refusal

The Contractor retains the right to refuse acceptance of any detainee if such refusal is supported by a valid justification. Examples of such justification are: any detainee found to have a medical condition that requires medical care beyond the scope of the Contractor's health care provider. In the case of a detainee already in custody, the Contractor shall notify ICE and request such removal of the detainee from the Facility. The Contractor shall allow ICE reasonable time to make alternative arrangements for the detainee.

## D.  Hold Harmless

The Contractor shall protect, defend, indemnify, save, and hold harmless the United States Government and its employees or agents, from and against any and all claims, demands, expenses, causes of action, judgments and liability arising out of, or in connection with, any negligent acts or omissions of the Contractor, its agents, sub-contractors, employees, assignees, or anyone for whom the Contractor may be responsible. The Contractor shall also be liable for any and all costs, expenses, and attorney's fees incurred as a result of any such claim, demand, cause of action, judgment, or liability, including those costs, expenses, and attorneys' fees incurred by the United States Government and its employees or agents. The Contractor's liability shall not be limited by any provision or limits of insurance set forth in the resulting contract.

In awarding the contract, the Government does not assume any liability to third parties, nor will the Government reimburse the Contractor for its liabilities to third parties, with respect to loss due to death, bodily injury, or damage to property resulting in any way from the performance of the contract or any subcontract under this contract.

The Contractor shall be responsible for all litigation, including the cost of litigation, brought against it, its employees, or agents for alleged acts or omissions. The CO shall be notified in writing of all litigation pertaining to this contract and provided copies of any pleadings filed or said litigation within five working days of receipt. The Contractor shall cooperate with Government legal staff and/or the United States Attorney regarding any requests pertaining to federal or Contractor litigation.

Policy and procedures shall be developed which ensure a positive relationship is maintained with all levels of the federal judiciary. The Contractor's procedures shall ensure a tracking system is established which mandates that all judicial inquiries and program recommendations are responded to in a timely and accurate manner. All judicial inquiries and Contractor responses, specifically related to a detainee, shall be made part of the detainee's file.

## E.  Quality Control

The Contractor is responsible for management and quality control actions necessary to meet the quality standards set forth in the contract. The Contractor shall provide a Quality Control

Plan (QCP) to the CO for concurrence not later than the post award conference (or as directed by the CO). The CO will notify the Contractor of concurrence or required modifications to the plan before the contract start date. The Contractor must make appropriate modifications and obtain concurrence of the plan by the CO before the contract start date. The Contractor shall provide an overall QCP that addresses critical operational performance standards for the services required under this contract. The QCP shall ensure that services will be maintained at a uniform and acceptable level. At a minimum, the Contractor shall review and update the QCP policies and procedures on an annual basis. The Contractor shall audit facility operations monthly for compliance with the QCP. The Contractor shall notify the Government 48 hours in advance of the audit to ensure the COR is available to participate. The Contractor's QCP shall identify deficiencies, appropriate corrective action(s), and timely implementation plan(s) to the COR.

If the Contractor proposes changes in the QCP after contract award, the Contractor shall submit them to the COR for review. If the COR concurs with the changes, the COR shall submit the changes to the CO for review and approval. The CO may modify the contract to include these changes.

## F.  Quality Assurance Surveillance Plan (QASP)

ICE has developed a Quality Assurance Surveillance Plan (QASP), Attachment 2, pursuant to the requirements of the PWS. It will present the financial values and mechanisms for applying adjustments to the Contractor's invoices as dictated by work performance measured to the desired level of accomplishment.

1.  The purpose of the QASP is to:

    a)  Define the roles and responsibilities of participating Government officials.
    b)  Define the types of work to be performed.
    c)  Describe the evaluation methods that will be employed by the Government in assessing the Contractor's performance.
    d)  Describe the process of performance documentation.

2.  Roles and Responsibilities of Participating Government Officials

    a)  The COR(s) will be responsible for monitoring, assessing, recording, and reporting on the technical performance of the Contractor on a day-to-day basis. The COR(s) will have primary responsibility for completing "Quality Assurance Surveillance Forms" to document their inspection and evaluation of the Contractor's work performance.
    b)  The Contracting Officer (CO) or designee has overall responsibility for evaluating the Contractor's performance in areas of contract compliance, contract administration, cost and property control. The CO shall review the COR's evaluation of the Contractor's performance and invoices. If applicable, deductions or withholdings will be assessed in accordance with the evaluation of the Contractor's performance, e.g., monetary adjustments for inadequate performance.

## G. Contractor's Failure to Perform Required Services

The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in the contract. Specifically, the Government reserves its rights under the Inspection of Services and Termination clauses. Any reductions in the Contractor's invoice shall reflect the contract's reduced value resulting from the Contractor's failure to perform required services. The Contractor shall not be relieved of full performance of the services hereunder and may be terminated for default based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

## H. Inspection by Regulatory Agencies

Work described in the contract is subject to inspection by other Government agencies. The Contractor shall participate in responding to all requests for information and inspection or review findings by regulatory agencies.

## I. Performance Evaluation Meetings

The Contractor's representatives shall meet with the COR(s) on a monthly basis or as deemed necessary by either party. These meetings will provide a management level review and assessment of Contractor performance, and a discussion and resolution of problems.

## IV.   PERSONNEL AND STAFFING

### REQUIRED SECURITY LANGUAGE FOR
### SENSITIVE /BUT UNCLASSIFED (SBU) CONTRACT DETENTION FACILITY

SECURITY REQUIREMENTS

General:  Performance under this Contract Detention Facility agreement (will) require(s) access to sensitive DHS information and will involve direct contact with ICE Detainees. The Service Provider shall adhere to the following.

Contractor Employee Fitness Screening:   Screening criteria under DHS Instruction 121-01-007-001 (Personnel Security, Suitability and Fitness Program), or successor thereto, that may exclude contractor employees from consideration to perform under this agreement includes:

- Misconduct or negligence in employment;
- Criminal or dishonest conduct;
- Material, intentional false statement or deception of fraud in examination or appointment;
- Refusal to furnish testimony as required by 5 CFR § 5.4 (i.e., a refusal to provide testimony to the Merit Systems Protection Board or the Office of Special Counsel);
- Illegal use of narcotics, drugs, or other controlled substances without evidence of substantial rehabilitation.

287

- Alcohol abuse, without evidence of substantial rehabilitation, of a nature and duration that suggests that the applicant or appointee would be prevented from performing the duties of the position in question, or would constitute a direct threat to the property or safety of the applicant or appointee or others;
- Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation;
- Knowing and willful engagement in acts or activities designed to overthrow the U.S. Government by force;
- Any statutory or regulatory bar which prevents the lawful employment of the person involved in the position in question (for Excepted Service employees); and
- Any other nondiscriminatory reason that an individual's employment (or work on a contract) would not protect the integrity of promote the efficiency of the service.

Contractor Employee Fitness Screening: Screening criteria under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards) implemented pursuant to Public Law 108-79 (Prison Rape Elimination Act (PREA) of 2003) or successor thereto, that WILL exclude contractor employees from consideration to perform under this agreement includes:

- Engaged in Sexual Abuse in a Prison, Jail, Holding Facility, Community Confinement Facility, Juvenile Facility, or other Institution as defined under 42 USC 1997;
- Convicted of engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse;
- Civilly or administratively adjudicated to have in engaged in such activity.

Subject to existing law, regulations and/or other provisions of this Agreement, illegal or undocumented aliens shall not be employed by the Service Provider.


## A. General

The United States Immigration and Customs Enforcement (ICE) has determined that performance of the tasks as described in the resultant contract agreements require that the Contractor, subcontractor(s), vendor(s), etc. (herein known as Contractor) have access to sensitive DHS information and ICE Detainees, and that the Contractor will adhere to the following:

## B. Preliminary Fitness Determination

ICE will exercise full control over granting, denying, withholding or terminating unescorted government facility and/or sensitive Government information access for contractor employees, based upon the results of a Fitness screening process. ICE may, as it deems appropriate, authorize and make a favorable expedited preliminary Fitness determination based on preliminary security checks. The preliminary Fitness determination will allow the contractor employee to commence work temporarily prior to the completion of a Full Field Background Investigation. The granting of a favorable preliminary Fitness shall not be

considered as assurance that a favorable final Fitness determination will follow as a result thereof. The granting of preliminary Fitness or final Fitness shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE, at any time during the term of the contract.  No employee of the Contractor shall be allowed to enter on duty and/or access sensitive information or systems without a favorable preliminary Fitness determination or final Fitness determination by the Office of Professional Responsibility, Personnel Security Unit (OPR-PSU).  No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable preliminary Fitness determination or final Fitness determination by OPR-PSU.  Contract employees are processed under DHS Instruction 121-01-007-001 (Personnel Security, Suitability and Fitness Program), or successor thereto; those having direct contact with Detainees will also have 6 CFR § 115.117 considerations made as part of the Fitness screening process.

## C.  Background Investigations

Contractor employees (to include applicants, temporaries, part-time and replacement employees) under the contract, needing access to sensitive information and/or ICE Detainees, shall undergo a position sensitivity analysis based on the duties each individual will perform on the contract.  The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. Background investigations will be processed through the Personnel Security Unit. Contractor employees nominated by a Contracting Officer Representative for consideration to support this contract shall submit the following security vetting documentation to OPR-PSU, through the Contracting Officer Representative (COR), within 10 days of notification by OPR-PSU of nomination by the COR and initiation of an Electronic Questionnaire for Investigation Processing (e-QIP) in the Office of Personnel Management (OPM) automated on-line system.

1.  Standard Form 85P (Standard Form 85PS (With supplement to 85P required for armed positions)), "Questionnaire for Public Trust Positions" Form completed on-line and archived by the contractor employee in their OPM e-QIP account.

2.  Signature Release Forms (Three total) generated by OPM e-QIP upon completion of Questionnaire (e-signature recommended/acceptable – instructions provided to applicant by OPR-PSU).  Completed on-line and archived by the contractor employee in their OPM e-QIP account.

3.  Two (2) SF 87 (Rev. December 2017) Fingerprint Cards. **(Two Original Cards sent via COR to OPR-PSU)**

4.  Foreign National Relatives or Associates Statement.  (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

5.  DHS 11000-9, "Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act" (This document sent as an attachment

in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

6.      Optional Form 306 Declaration for Federal Employment (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

7.      Questionnaire regarding conduct defined under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards) (This document sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

8.      One additional document may be applicable if contractor employee was born abroad.  If applicable, additional form and instructions will be provided to contractor employee.  (If applicable, the document will be sent as an attachment in an e-mail to contractor employee from OPR-PSU – must be signed and archived into contractor employee's OPM e-QIP account prior to electronic "Release" of data via on-line account)

Contractor employees who have an adequate, current investigation by another Federal Agency may not be required to submit complete security packages; the investigation may be accepted under reciprocity.  The questionnaire related to 6 CFR § 115.117 listed above in item 7 will be required for positions designated under PREA.

An adequate and current investigation is one where the investigation is not more than five years old, meets the contract risk level requirement, and applicant has not had a break in service of more than two years.  (Executive Order 13488 amended under Executive Order 13764/DHS Instruction 121-01-007-01)

Required information for submission of security packet will be provided by OPR-PSU at the time of award of the contract.  Only complete packages will be accepted by the OPR-PSU as notified by the COR.

To ensure adequate background investigative coverage, contractor employees must currently reside in the United States or its Territories.  Additionally, contractor employees are required to have resided within the Unites States or its Territories for three or more years out of the last five (ICE retains the right to deem a contractor employee ineligible due to insufficient background coverage).  This time-line is assessed based on the signature date of the standard form questionnaire submitted for the applied position.  Contractor employees falling under the following situations may be exempt from the residency requirement: 1) work or worked for the U.S. Government in foreign countries in federal civilian or military capacities; 2) were or are dependents accompanying a federal civilian or a military employee serving in foreign countries so long as they were or are authorized by the U.S. Government to

**290**

accompany their federal civilian or military sponsor in the foreign location; 3) worked as a contractor employee, volunteer, consultant or intern on behalf of the federal government overseas, where stateside coverage can be obtained to complete the background investigation; 4) studied abroad at a U.S. affiliated college or university; or 5) have a current and adequate background investigation (commensurate with the position risk/sensitivity levels) completed for a  federal or contractor employee position, barring any break in federal employment or federal sponsorship.

Only U.S. Citizens and Legal Permanent Residents are eligible for employment on contracts requiring access to DHS sensitive information unless an exception is granted as outlined under DHS Instruction 121-01-007-001.  Per DHS Sensitive Systems Policy Directive 4300A, only U.S. citizens are eligible for positions requiring access to DHS Information Technology (IT) systems or positions that are involved in the development, operation, management, or maintenance of DHS IT systems, unless an exception is granted as outlined under DHS Instruction 121-01-007-001.

**D.  Transfers from Other DHS Contracts:**

Contractor employees may be eligible for transfer from other DHS Component contracts provided they have an adequate and current investigation meeting the new assignment requirement.  If the contractor employee does not meet the new assignment requirement a DHS 11000-25 with ICE supplemental page will be submitted to OPR-PSU to initiate a new investigation.

Transfers will be accomplished by submitting a DHS 11000-25 with ICE supplemental page indicating "Contract Change."  The questionnaire related to 6 CFR § 115.117 listed above in item 7 will be required for positions designated under PREA.

**E.  Continued Eligibility**

ICE reserves the right and prerogative to deny and/or restrict facility and information access of any contractor employee whose actions conflict with Fitness standards contained in DHS Instruction 121-01-007-01, Chapter 3, paragraph 6.B or who violate standards of conduct under 6 CFR § 115.117.  The Contracting Officer or their representative can determine if a risk of compromising sensitive Government information exists or if the efficiency of service is at risk and may direct immediate removal of a contractor employee from contract support. The OPR-PSU will conduct periodic reinvestigations every 5 years, or when derogatory information is received, to evaluate continued Fitness of contractor employees.

**F.  Required Reports**

The Contractor will notify OPR-PSU, via the COR, of all terminations/resignations of contractor employees under the contract within five days of occurrence.  The Contractor will return any expired ICE issued identification cards and building passes of terminated/resigned employees to the COR.  If an identification card or building pass is not available to be returned, a report must be submitted to the COR referencing the pass or card number, name

of individual to whom issued, the last known location and disposition of the pass or card. The COR will return the identification cards and building passes to the responsible ID Unit.

The Contractor will report any adverse information coming to their attention concerning contractor employees under the contract to the OPR-PSU, via the COR, as soon as possible. Reports based on rumor or innuendo should not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report shall include the contractor employees' name and social security number, along with the adverse information being reported.

The Contractor will provide, through the COR a Quarterly Report containing the names of contractor employees who are active, pending hire, have departed within the quarter or have had a legal name change (Submitted with documentation).  The list shall include the Name, Position and SSN (Last Four) and should be derived from system(s) used for contractor payroll/voucher processing to ensure accuracy.

CORs will submit reports to psu-industrial-security@ice.dhs.gov

   Contractors, who are involved with management and/or use of information/data deemed "sensitive" to include 'law enforcement sensitive" are required to complete the DHS Form 11000-6-Sensitive but Unclassified Information NDA for contractor access to sensitive information. The NDA will be administered by the COR to the all contract personnel within 10 calendar days of the entry on duty date.   The completed form shall remain on file with the COR for purpose of administration and inspection.

Sensitive information as defined under the Computer Security Act of 1987, Public Law 100-235 is information not otherwise categorized by statute or regulation that if disclosed could have an adverse impact on the welfare or privacy of individuals or on the welfare or conduct of Federal programs or other programs or operations essential to the national interest. Examples of sensitive information include personal data such as Social Security numbers; trade secrets; system vulnerability information; pre-solicitation procurement documents, such as statements of work; and information pertaining to law enforcement investigative methods; similarly, detailed reports related to computer security deficiencies in internal controls are also sensitive information because of the potential damage that could be caused by the misuse of this information.   All sensitive information must be protected from loss, misuse, modification, and unauthorized access in accordance with DHS Management Directive 11042.1, *DHS Policy for Sensitive Information* and ICE Policy 4003, *Safeguarding Law Enforcement Sensitive Information*."

Any unauthorized disclosure of information should be reported to ICE.ADSEC@ICE.dhs.gov.

## G. Security Management

The Contractor shall appoint a senior official to act as the Corporate Security Officer.  The individual will interface with the OPR-PSU through the COR on all security matters, to

include physical, personnel, and protection of all Government information and data accessed by the Contractor.

The COR and the OPR-PSU shall have the right to inspect the procedures, methods, and facilities utilized by the Contractor in complying with the security requirements under this contract.  Should the COR determine that the Contractor is not complying with the security requirements of this contract, the Contractor will be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with such requirements.

## H.  Information Technology Security Clearance

When sensitive government information is processed on Department telecommunications and automated information systems, the Contractor agrees to provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS MD 4300.1, *Information Technology Systems Security.* or its replacement.  Contractor employees must have favorably adjudicated background investigations commensurate with the defined sensitivity level.

Contractor employees who fail to comply with Department security policy are subject to having their access to Department IT systems and facilities terminated, whether or not the failure results in criminal prosecution.  Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).

## I.  Information Technology Security Training and Oversite

In accordance with Chief Information Office requirements and provisions, all contractor employees accessing Department IT systems or processing DHS sensitive data via an IT system will require an ICE issued/provisioned Personal Identity Verification (PIV) card. Additionally, Information Assurance Awareness Training (IAAT) will be required upon initial access and annually thereafter.  IAAT training will be provided by the appropriate component agency of DHS.

Contractor employees, who are involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the Department, shall receive periodic training at least annually in security awareness and accepted security practices, systems rules of behavior, to include Unauthorized Disclosure Training, available on PALMS or by contacting ICE.ADSEC@ICE.dhs.gov. Department contractor employees, with significant security responsibilities, shall receive specialized training specific to their security responsibilities annually.  The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security.

All personnel who access Department information systems will be continually evaluated while performing these duties.  System Administrators should be aware of any unusual or

inappropriate behavior by personnel accessing systems. Any unauthorized access, sharing of passwords, or other questionable security procedures should be reported to the local Security Office or Information System Security Officer (ISSO).

**J.  Facility Staffing Plan, Floor Plan and Key Personnel**

The Contractor shall provide a staffing plan that addresses at a minimum the staffing requirements and key personnel to be employed in connection with this contract as outlined in the PWS. The Contractor shall staff the post positions in accordance with the Contractor-submitted and Government-acknowledged Contractor Staffing Plan to include relief factors and the agreed upon detainee ramp schedule. The number, type, and distribution of staff as described in the contract-staffing plan shall be maintained throughout the term of the contract. Written requests to change the number, type, and/or distribution of staff described in the staffing plan must be submitted to the CO, through the COR, for approval prior to implementation. Staffing levels shall not fall below a monthly average of 95% of the total ICE-approved staffing plan. The approved staffing levels for detention/correctional officers shall not fall below a monthly average of 95%. Each month, the Contractor shall submit to the COR the current average monthly vacancy rate and indicate any individual positions that have been vacant more than 60 days. Failure to fill any individual position within ~~60~~ 90 ~~60~~ days of the vacancy may result in a deduction by the CO from the monthly invoice if the vacancy in combination with other vacancies regardless of duration brings staffing levels below 95%. The deduction shall be based on the daily salary and benefits of the vacant position. ICE may calculate the deduction retroactive to day one of the vacancy, excluding the days for ICE's conditional approval process, starting on the day of receipt and concluding on the day conditional approval is granted. No deduction shall apply during any period the Contractor documents that a vacant position was covered through the use of overtime, contract staff or otherwise. Each month, the Contractor shall submit to the COR any Key Personnel that will be absent from the facility for over five working days. If the Key Personnel will be absent for over five working days and the contractor will not provide an "acting" position to backfill that Key Personnel position during the absence, the CO has the right to make a deduction based on the daily salary and benefits of the absent Key Personnel position.

**1.  Minimum Staffing Requirements**

Exclusive of the agreed upon ramp periods, the Contractor shall fully staff the facility to secure, control, and supervise detainees in custody regardless of the detainee population. The Contractor shall ensure daily Detention Officer Assignment rosters, by shift, for the duration of the contract. The assignment rosters shall indicate the number of staff, job titles, names, hours, and days of work for each post. The daily roster shall be posted 24 hours in advance. Shift rosters must be provided to the COR on a daily basis.

**2.  Supervisory Staffing**

The Contractor is responsible for the satisfactory supervision of its employees at all times. Satisfactory supervision includes verifying attendance at all posts and positions

and upholding the work requirements of all personnel assigned under the contract. The Contractor shall provide the COR with the names of Supervisory Detention Officers designated by the Contractor before commencement of services.

In the absence of the approved Warden, another qualified person who meets the Warden position and security clearance requirements shall temporarily fill that position. This individual shall perform only job duties of the Warden in providing oversight and direction to contract Detention Officers and interfacing with ICE CORs and/or designated ICE Officers and the Contracting Officer on all contract-related matters.

## 3. Key Personnel

The Contracting Officer shall provide written approval before any employee is assigned as key personnel to perform duties under this contract. The Contractor shall have key personnel employed and available for duty before the Contractor can begin contract performance. Any subsequent changes to key personnel must meet these criteria and be approved in writing by the Contracting Officer. The following are considered key personnel for the contract. The Contractor may use other titles.

a) **Facility Administrator** - The Facility Administrator shall hold an accredited bachelor's degree in an appropriate discipline, or significant military or corrections experience of a minimum 15 years, and have at least five years of related administrative experience, and have knowledge of program objectives, policies, procedures, and requirements for managing a secure detention/correctional facility. The degree requirement may be satisfied by completion of a career development program that includes work-related experience, training, or college credits at a level of achievement equivalent to the bachelor's degree, as practiced in the federal hiring process. The official holding this position, even in an acting capacity, shall meet ACA requirements.

b) **Assistant Facility Administrator -** The Assistant Warden/Facility Director shall hold an accredited bachelor's degree in an appropriate discipline or have a minimum of three years of related industry experience, and have knowledge of program objectives, policies, procedures, and requirements for managing a secure detention/correctional facility. The official holding this position, even in an acting capacity, shall meet ACA requirements.

c) **Supervisory Detention Officers**. Supervisors must have a minimum of one year of experience as a detention officer and two years of successful experience in field supervision (e.g., civilian community law enforcement, commercial or industrial guard service, or security service supervisory positions). The two-year requirement may be satisfied by completion of a career development program that includes work-related experience, training, or college credits at a level of achievement equivalent to the basic requirement, as practiced in the federal hiring process.

d) **Training Officers**. Certified instructors shall conduct all instruction and testing of Contractor personnel. A state or national level recognized institution certification of instructors is mandatory unless otherwise approved in writing by the COR. Certification of instructors may be established by documentation of past experience in teaching positions or by successful completion of a course of training for qualifying personnel as instructors. The COR must approve the instructor prior to any training.

e) **Quality Assurance Manager**. The Quality Assurance Manager shall hold an accredited bachelor's degree in an appropriate discipline or have a minimum of three years of related industry experience, and have knowledge of program objectives, policies, procedures, and requirements for managing a secure detention/correctional facility.

4. **Facility Floor Plan and Guard Post Map**

The Contractor shall provide a facility floor plan which clearly identifies all recommended detention guard posts and corresponding guard shift requirements (e.g. 24/7, 8 hours M – F, weekend-only, etc.).  The floor plan shall be submitted with the facility staffing plan and shall be approved by ICE technical expert prior to commencement of services under this contract.  Changes to the guard posts or shift requirements shall be approved by the CO/COR.

5. **Organizational Chart**

The Contractor shall provide an organizational chart that describes the structure of authority, responsibility, and accountability within the facilities. The Contractor shall update this chart as necessary. The Contractor shall make the chart available for review by the CO or COR upon request.

## K.  Employee Health

https://www.osha.gov/law-regs.html
https://www.osha.gov/Publications/QandA/osha3160.htm

Employee health files for all Offeror's Medical Service Providers employees must be maintained on-site. Health files are maintained in accordance with DHS and ICE Privacy Policies and the Privacy Act of 1974 and contain the following documents:

1. Initial and annual TB infection screening results;
2. Vaccination records including results, titers, and Immunization Declination Form(s);
3. OSHA 301 Incident forms;
4. Blood borne pathogen exposure documentation;
5. Respirator medical clearance;
6. Respirator fit test results; and
7. Other employee health documents.

**296**

The Medical Service Provider may initiate employment of an individual who has initiated the required vaccines schedule, and the individual hired may begin work on the contract as long as they meet all subsequent vaccine schedule requirements until fully vaccinated.

All Medical Service Providers' personnel must provide documentation regarding the following:

1. History of testing for tuberculosis (TB) within the last 12 months:

    a) Chest x-ray if employee has a history of latent TB infection (LTBI), treatment history for LTBI or TB disease, if applicable; and
    b) Additionally, on an annual basis and at own expense, Medical Service Provider shall provide a current TST or IGRA test result if the employee previously tested negative for LTBI, evaluation for TB symptoms if the employee previously tested positive for LTBI, and follow up as appropriate in accordance with Centers for Disease Control and Prevention (CDC) guidelines.

2. Recommended Immunizations

    Individuals employed by the Medical Service Provider in a custody or detention environment are at significant risk for acquiring or transmitting Hepatitis B, measles, mumps, rubella, varicella and seasonal influenza. These diseases are vaccine-preventable. Therefore, the following vaccinations are highly recommended for the Medical Service Provider's personnel. If staff decline or refuse any of these recommended vaccines, an Immunization Declination Form is required, and the Contracting Officer Representative must be notified of the refusal. ICE reserves the right to refuse Medical Service Provider employees that refuse vaccines.

    a) Hepatitis A;
    b) Hepatitis B;
       (Note: The U.S. Occupational Safety and Health Administration (OSHA) Blood-borne Pathogens (BBP) Standard requires employers to provide employees at risk of occupational exposure to blood and other potentially infectious material (OPIM) with the Hepatitis B vaccination series. Refer to OSHA regulations
       https://www.osha.gov/OshDoc/data_BloodborneFacts/bbfact05.html
    c) Varicella;
    d) Measles, Mumps, Rubella (MMR);
    e) Diphtheria, tetanus, a-cellular pertussis (DTAP); and
    f) Annual seasonal influenza.

    The Medical Service Provider's personnel will provide immunization documentation or titer results to the Health Services Administrator or the employer's designee for placement in the employee health file. It is recommended that the CDCs Immunization of Health- Care Workers: Recommendations of the Advisory Committee on

**297**

Immunization Practices (ACIP) and the Hospital Infection Control Practices Advisory Committee (HICPAC) be used as a reference for employee health immunization issues.

**L. Contractor's Employee Rules**

The Contractor shall provide employee rules or policies, which, at a minimum, address the following:

1. Organization
2. Recruiting procedures
3. Opportunities for Equal Employment
4. Qualifying for jobs, job descriptions, responsibilities, salaries, and fringe benefits
5. Screening employees for illegal drug use
6. Holidays, leave, and work hours
7. Personnel records, employee evaluations, promotion, and retirement
8. Training
9. Standards of conduct, disciplinary procedures, and grievance procedures
10. Resignation and termination
11. Employee-management relations
12. Security, safety, health, welfare, and injury incidents

The Contractor shall provide a copy of the rules or policies to the Contractor's employees at the facility. Upon request by the COR, the Contractor shall document to the Government that all employees have reviewed a copy of the rules or policies.

**M. Minimum Standards of Employee Conduct**

The Contractor shall develop standards of employee conduct and corresponding disciplinary actions that are consistent with the following standards of conduct. All employees shall certify in writing that they have read and understand the standards. A record of this certificate must be provided to the COR prior to the employees beginning work under this contract. The Contractor shall hold employees accountable for their conduct based on these standards, which are not restricted to, but must include:

1. Employees shall not display favoritism or preferential treatment to one detainee, or group of detainees, over another.
2. Employees shall not discuss or disclose information from detainee files or immigration cases, except when necessary in the performance of duties under this contract.
3. The employee may not interact with any detainee except in a relationship that supports the approved goals of the facility. Specifically, employees shall not receive nor accept any personal (tangible or intangible) gift, favor, or service, from any detainee, any detainee's family, or associate no matter how trivial the gift, favor, or service may seem, for themselves or any members of their family. In addition, the employee shall not give any gift, favor, or service to detainees, detainee's family, or associates.
4. The employee shall not enter into any business relationship with detainees or their families (e.g., selling, buying, or trading personal property).

**298**

5. The employee shall not have any outside or social contact with any detainee, his or her family, or associates, except for those activities which are part of the facility program and a part of the employee's job description.

6. All employees are required to immediately report to the Warden/Facility Director or ICE Supervisor any criminal or non-criminal violation or attempted violation of these standards.

7. The Contractor shall report all violations or attempted violations of the standards of conduct or any criminal activity immediately to the COR. Violations may result in employee removal from the facility. Failure on the part of the Contractor either to report a known violation or to take appropriate disciplinary action against an offending employee or employees shall subject the Contractor to appropriate action including possible termination of the contract for default.

8. The Contractor shall not employ any person whose employment would present an actual or apparent conflict of interest. The Contractor is specifically prohibited from hiring active duty military personnel and civilians employed by the Government to perform work under this contract.

## N. Removal from Duty

If the COR or the Contractor receives and confirms disqualifying information concerning a Contractor employee, the Contractor shall, upon notification by the COR, immediately remove the employee from performing duties under this contract. The Contractor shall revoke the employee's identification credentials and complete any required dispositions. The Contractor shall immediately notify the COR when the employee is removed from duty. Disqualifying information includes but is not limited to the following:

1. Conviction of a felony, a crime of violence, domestic violence, or a serious misdemeanor within the last five (5) years.

2. Possessing a record of arrests for continuing offenses.

3. Falsification of information entered on suitability forms.

4. Non-payment of court ordered payments (child support, liens, etc.) or excessive delinquent debt as determined by credit check.

5. Misconduct or negligence in prior employment, which would have a bearing on efficient service in the position in question or would interfere with or prevent effective accomplishment by the employing agency of its duties and responsibilities.

6. Alcohol abuse of a nature and duration which suggests that the applicant or appointee would be prevented from performing the duties of the position in question or would constitute a direct threat to the property or safety of others.

7. Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation.

8. Introduction of contraband into or unto the facility.

ICE may direct the Contractor to remove any employee who has been disqualified either for security reasons or for being unfit to perform his/her duties as determined by the COR or the Contracting Officer. The Contractor shall take action immediately and notify the COR when

the employee is removed from duty. A determination of being unfit for duty may be made from, but is not limited to, incidents of delinquency set forth below:

1. Violation of the Rules and Regulations Governing Detention facilities set forth in ICE Publications entitled "Detention Officer Handbook;"
2. Violation of the Rules and Regulations Governing Public Buildings and Grounds, 41 CFR 101-20.3;
3. Neglect of duty, including sleeping while on duty, loafing, unreasonable delays or failures to carry out assigned tasks, conducting personal affairs during official time, leaving post without relief, and refusing to render assistance or cooperation in upholding the integrity of the security program at the work sites;
4. Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records, or concealment of material facts by willful omissions from official documents or records;
5. Theft, vandalism, immoral conduct, or any other criminal actions;
6. Possessing, selling, consuming, or being under the influence of intoxicants, drugs, contraband, or substances which produce similar effects;
7. Unethical or improper use of official authority or credentials;
8. Unauthorized use of communication equipment or government property;
9. Misuse of equipment or weapons;
10. Violations of security procedures or regulations;
11. Recurring tardiness;
12. Undue fraternization with detainees as determined by the COR;
13. Repeated failure to comply with visitor procedures as determined by the COR;
14. Performance, as determined by investigation by the Contracting Officer, involving acquiescence, negligence, misconduct, lack of diligence, good judgment, and/or good common sense resulting in, or contributing to, a detainee escape;
15. Failure to maintain acceptable levels of proficiency or to fulfill training requirements;
16. Changes in an employee's ability to meet the physical and/or mental health requirements of this contract;
17. Contractor employee who is under investigation by any law enforcement agency will be removed from duties pending outcome of the disposition.

At the direction of the COR, the Contractor shall reassign contract employees who have been arrested or who have alleged misconduct to duties that do not permit direct contact with detainees pending the disposition of the charges. Any alleged misconduct shall be reported immediately to the COR. If such reassignments are not available, the Contractor shall remove the employee from work under this contract and other ICE contracts.

## O.  Tour of Duty Restrictions

The Contractor shall not utilize any uniformed contractor employee to perform duties under this contract for more than 12 hours in any 24-hour period and shall ensure that such employees have a minimum of eight hours off between shifts. Authorization is required from the COR prior to an employee performing services that exceed 12 hours. If an employee is

performing other duties for either the Contractor or another employer, those hours shall count
against the 12-hour limitation.

## P.  Dual Positions

In the event that a supervisory detention officer is not available for duty the Contractor shall
provide a full-time supervisor as a replacement. A contract employee shall not hold the
position of Detention Officer and Supervisory Detention Officer simultaneously. The COR
will document and refer to the Contracting Officer the failure of the Contractor to provide
necessary personnel to cover positions.

## Q.  Post Relief

As indicated in the post orders, the Detention Officer shall not leave his or her post until
relieved by another Detention Officer. The Contractor or Contractor's Supervisors authorize
rest or relief periods, the Contractor shall assign undesignated officers to perform the duties
of the Detention Officers on break.

## R.  Personnel Files

The Contractor shall maintain a system of personnel files and make all personnel files
available to the CO and the COR upon request. These files shall be maintained and current
for the duration of the employee's tenure under the contract. The files shall contain
verification of training and experience and credentials for all the staff.

## S.  Uniform Requirements

These requirements apply to Supervisory Detention Officers and Detention Officers who
perform work under the contract.

### 1.  Uniforms

The Contractor shall provide uniforms to its employees. The design and color of the
Contractor's uniforms, patches, badges, and other identifiable markings shall not be
similar in color or style to those worn by ICE officers. All officers performing under this
contract shall wear uniforms of the same style and color while on duty. The rank of
authority must be prominently displayed as part of each uniform. A shoulder patch should
distinctly identify the Contractor. Uniforms and equipment do not have to be new but
shall be in good condition and meet the standards at start of duty. Officers not in proper
uniform shall be considered "not ready for duty/not on duty" until properly uniformed.
All uniforms shall be clean, neat, and in good order. Uniforms that are frayed, stained,
faded, or considered too worn by the COR shall be replaced by the Contractor.

The complete uniform consists of seasonal attire that includes appropriate shirt, pants,
belt, jacket, shoes or boots (mandatory), duty belt, mini-mag flashlight and holder,

handheld radio, handcuff holder, and key-holder. The Contractor shall ensure that each officer has a complete uniform while performing assignments under this contract.

Prior to the contract performance date, the Contractor shall document to the COR the uniform and equipment items that have been issued to each employee. The COR shall approve or disapprove any uniform apparel. The Contractor shall provide a submittal of the uniform or any uniform changes to the COR for approval.

## 2. Identification Credentials

The Contractor shall ensure that all employees, both uniformed and non-uniformed (if applicable), have the required identification credentials in their possession while on the premises. The Contractor identification credential document shall contain the following:

a) A photograph that is at least one-inch square that shows the full face and shoulders of the employee and is no more than 30 days old when the Contractor issues the credential.
b) A printed document that contains personal data and description consisting of the employee's name, gender, birth date, height, weight, hair color and eye color, as well as the date of issuance, the signature of the employee, and the signature of project manager or designated Contractor personnel.
c) To avoid the appearance of having Government issued badges, the contractor shall not possess wallet type badges or credentials. All credentials shall be approved by the COR.

## T. Permits and Licenses

### 1. Licensing of Employees

The Contractor shall ensure each employee has registrations, commissions, permits, and licenses as required by the district, municipality, county, and state in which ICE work site is performed prior to EOD. The Contractor shall verify all licenses and certifications. If applicable, all Contractor staff shall possess a current license/registration, in the state in which they are practicing.

### 2. Jurisdiction

The Contractor's authority under this contract is limited to space or posts that are under the charge and control of ICE. The Contractor shall not extend its services into any other areas.

## U. Encroachment

Contractor employees shall not have access to Government equipment, documents, materials, or telephones for any purpose other than as authorized by ICE. Contractor employees shall

not enter any restricted areas of the detention centers unless necessary for the performance of their duties.

## V. Work Schedules

The Contractor shall follow the criteria described below when establishing work schedules, contact relief, rest periods, and starting and stopping work.

### 1. Post Work Schedules

One week in advance, the Contractor shall prepare supervisory and Detention Officer work schedules, for a two-week period, and shall post them in work areas or locker rooms. A manpower report shall be submitted to the COR on a monthly basis. Schedules shall be prepared on a form designated by ICE. Changes in duty hours shall also be posted on this form in sufficient time to ensure 24-hour advance notice. At the completion of each shift, the Contractor shall, upon request of the COR, also provide an employment report listing (copies of the sign-in sheets [GSA Form 139, Record of Arrival and Departure from Buildings during Security Hours] for each shift) for each employee who actually worked, work classification, post assignments, and hours worked, as well as total hours worked by supervisory and non-supervisory employees. A Contractor Supervisor shall conduct regular post checks to ensure personnel are on duty. When a contract employee is not being utilized at a given post, the Contractor at the direction of the COR or ICE designee may reassign him/her to another post.

### 2. Starting and Stopping Work

The Contractor is responsible for all employees to be dressed in full uniform and ready to begin work promptly at the beginning of each shift. Each employee shall remain at the duty locations until the shift is completed.

#### a) Recording Presence

The Contractor shall direct its employees to sign in when reporting for work and to sign out when leaving at the end of their period of duty. The Contractor's supervisory and regular personnel are required to register at the applicable work site(s) and shall use GSA Form 139. The Government shall specify the registration points, which will be at the protected premises, and the Contractor shall utilize those points for this purpose.

Officers, working as supervisors, shall make the designation "Supervisor" in the rank column on GSA Form 139; all others will enter "On Duty." The applicable post or position numbers may be entered in the "relief" column after mutual concurrence between ICE and the Contractor.

Each line on GSA Form 139, or other forms designated by ICE must be completed in chronological order, without exception. Lines may not be left blank between

signatures. If an entire line is used to enter a calendar date to separate individual workdays, a one-line limit for each date entered will be followed. Erasures, obliterations, superimposed, or double entries of any type on any one line are unacceptable and will not be processed for payment. If errors are made in signatures, times, post numbers, or duty status on this form, the next line immediately following the line containing such errors, will be used to record all corrected information. A single line will be drawn through the entire line on which such mistakes appear. The Contractor must attach a detailed memorandum explaining the reasons for the mistakes to each form containing erroneous entries.

**b)  Rest Periods**

When the Contractor or a contractor supervisor authorizes rest and relief periods for the contract employees, a substitute officer shall be assigned to the duty location.

**c)  Work Relief**

When the work assignments require that the Contractor's employees do not leave the assigned duty locations until a substitute officer has provided relief, this condition shall be explicitly stated on GSA Form 2580, Guard Post Assignment Record, or other forms designated by ICE COR. The Contractor shall enforce the procedure without exceptions.

## W. Training

All training shall be conducted in accordance with PBNDS 2011, Standard 7.3 "Staff Training." Detention Officers shall not perform duties under this contract until they have successfully completed all initial training and the COR receives written certification from the Contractor. Any remuneration or pay due to the Contractor employee in accordance with U.S. Department of Labor regulations for any training time is the responsibility of the Contractor. Alternative or E-training techniques, unless approved in writing by the CO via the COR, shall not be used. The training site shall be provided at no additional cost to the Government.

**1)  General Training Requirements**

All Officers must have the training described in the ACA Standards and in this sub-section. The Contractor shall provide the required refresher courses or have an institution acceptable to the COR to provide the training. Failure of any employee to complete training successfully is sufficient reason to disqualify him or her from duty.

All new Detention Officers will receive 60 hours of basic training, not to include firearms, prior to EOD and 40 hours of on-the-job training within the first month of employment. The Contractor's Training Officer will be responsible for administering an on-the-job training program for new employees. A senior Detention Officer, at all times during this latter 40-hour period, must accompany the Detention Officers. The

Contractor's Training Officer shall send a copy of the documentation to the COR upon successful completion of the employee's on-the-job training.

In addition, after completion of the first 100 hours of training, the Contractor has 60 days to complete an additional 40 hours of training for each employee. During the remainder of the first year on duty, the Contractor shall cause the employee to have an additional 40 hours of training for a total of 180 hours within the first year of employment. The training program must directly relate to the employee's assigned position and afford application of necessary job skills.

**a) Basic Training Subjects**

Officers must complete the training required in accordance with the ACA and PBNDS 2011. Required training may include but not be limited to the following:

| | | |
|---|---|---|
| 1) | In-service Orientation/Social Diversity | 2 HRS |
| 2) | Counseling Techniques/Suicide Prevention and Intervention* | 2 HRS |
| 3) | Conduct/Duties/Ethics and Courtroom Demeanor | 2 HRS |
| 4) | Bomb Defense and Threats | 1 HR |
| 5) | Telephone Communications/Radio Procedures | 1 HR |
| 6) | Annual IT Security Training | 1 HR |
| 7) | Fire and other Emergency Procedures | 2 HRS |
| 8) | Treatment and Supervision of Detainees | 2 HRS |
| 9) | ICE Use of Force Policy | 2 HRS |
| 10) | Security Methods/Key Control/Count | 1 HR |
| 11) | Procedures/Observational Techniques | 4 HRS |
| 12) | EEO/Sexual Harassment | 2 HRS |
| 13) | Detainee Escort Techniques | 1 HR |
| 14) | ICE Paperwork/Report Writing | 2 HRS |
| 15) | Detainee Searches/Detainee Personal Property | 4 HRS |
| 16) | Property/Contraband | 2 HRS |
| 17) | Detainee Rules and Regulations | 2 HRS |
| 18) | First Aid* | 4 HRS |
| 19) | Cardiopulmonary Resuscitation (CPR)* | 4 HRS |
| 20) | Blood-borne Pathogens* | 2 HRS |
| 21) | Self Defense | 8 HRS |
| 22) | Use of Restraints | 5 HRS |
| 23) | Firearms Training** | |
| 24) | Sexual Abuse/Assault Prevention and Intervention* | 2 HRS |
| 25) | ICE National Detention Standards | 2 HRS |

*All training shall be conducted in a classroom or on-the-job training environment and shall be in accordance with the ACA Standards and PBNDS 2011. On-line training is specifically prohibited to meet these requirements, unless approved in writing by the COR.*
*\* Critical Training Subjects*

**305**

*\*\* Firearm Training for Detention Officers who are required to provide Armed Transportation shall be in accordance with state licensing requirements. The Contractor shall certify proficiency semi-annually.*

**b) Refresher Training**

Every year the Contractor shall conduct 40 hours of Refresher Training for all Detention Officers including Supervisory Detention Officers. Refresher training shall consist of these critical subjects listed above and a review of basic training subjects and others as approved by ICE.

The Contractor shall coordinate recertification in CPR and First Aid with the ICE training staff. This training shall be provided at no cost to the Government. Annually, upon completion, the Contractor shall provide documentation of refresher training to the COR.

In addition to the refresher training requirements for all Detention Officers, supervisors must receive refresher training relating to supervisory duties.

**c) On-the-Job Training**

After completion of the minimum of 60 hours basic training, all Detention Officers will receive an additional 40 hours of on-the-job training at specific post positions to be completed within a month of employment.
This training includes:

1) Authority of supervisors and organizational code of conduct.
2) General information and special orders.
3) Security systems operational procedures.
4) Facility self-protection plan or emergency operational procedures.
5) Disturbance Control Team training.

**d) Training During Initial 60 Day Period**

The Contractor shall provide an additional 40 hours of training for Detention Officers within 60 days after completion of first 100 hours of training. The Contractor shall provide the training format and subjects, for approval by the COR and/or CO, prior to the commencement of training.

**e) Basic First Aid and CPR Training**

All Contractor employees shall be trained in basic first aid and CPR. They must be able to:

1) Respond to emergency situations within four minutes.
2) Perform cardiopulmonary resuscitation (CPR).

3)  Recognize warning signs of impending medical emergencies.
4)  Know how to obtain medical assistance.
5)  Recognize signs and symptoms of mental illness.
6)  Administer medication.
7)  Know the universal precautions for protection against blood-borne diseases.

**2)  Supervisory Training**

All new Supervisory Detention Officers assigned to perform work under this contract must successfully complete a minimum of 40 hours of formal supervisory training provided by the Contractor prior to assuming duties. This training is in addition to mandatory training requirements for Detention Officers. Supervisory training must include at a minimum, the following management areas (in addition to 20 more hours of training):

| | | |
|---|---|---|
| a) | Techniques for issuing written and verbal orders | 2 HRS |
| b) | Uniform clothing and grooming standards | 1 HR |
| c) | Security Post Inspection procedures | 2 HRS |
| d) | Employee motivation | 1 HR |
| e) | Scheduling and overtime controls | 2 HRS |
| f) | Managerial public relations | 4 HRS |
| g) | Supervision of detainees | 4 HRS |
| h) | Other company policies | 4 HRS |

Additional classes are at the discretion of the Contractor with the approval of the COR.

The Contractor shall submit documentation to the COR, to confirm that each supervisor has received basic training as specified in the basic training curriculum.

3)  Proficiency Testing

The Contractor shall give each Detention Officer a written examination following each training class to display proficiency. The Contractor may give practical exercises when appropriate.

4)  Certified Instructors

Certified instructors shall conduct all instruction and testing. A state or nationally recognized institution shall certify instructors unless otherwise approved in writing by the COR. Certifications of instructors may be established by documentation of past experience in teaching positions or by successful completion of a course of training for qualifying personnel as instructors. The COR must approve the instructor prior to the training course.

5)  Training Documentation

The Contractor shall submit a training forecast and lesson plans to the COR or ICE designee at least 30 days prior to all training. The training forecast shall provide date, time, and location of scheduled training and afford the COR observation/evaluation opportunity.

The Contractor shall certify and submit the training hours, type of training, date and location of training, and name of the instructor monthly for each employee to the COR or ICE designee.

## V. DETENTION SERVICES

### A. Detention Site Standards

The Contractor shall ensure that detention sites conform to PBNDS 2011. A fire and emergency plan shall exist and shall be aggressively managed. The Contractor shall ensure facilities conformance to the following:

1. Be clean and vermin/pest free.
2. Have a suitable waste disposal program.
3. The Contractor shall provide and distribute suitable linens (sheets, pillow cases, towels, etc.). The Contractor shall launder and change linens per PBNDS 2011 4.5 Personal Hygiene.
4. The Contractor shall provide and distribute appropriate clean blankets.
5. The Contractor shall ensure fire and emergency exits remain unimpeded to permit prompt evacuation of detainees and staff members in an emergency.
6. The Contractor shall provide and distribute articles of personal hygiene (e.g., soap, personal deodorant, toothbrush, toothpaste, comb, toilet paper, and shaving equipment).

For safety, security, and sanitation purposes, an inspection of the detainee housing areas shall be conducted by a supervisor at a minimum of once per shift. The inspection shall be logged into the security logbook and be available for review by the COR or ICE designee.

All locks, windows, walls, floors, ventilators, covers, access panels, and doors shall be checked daily for operational wear and detainee tampering. The Contractor shall take immediate action to repair all defective equipment.

The facility shall be subject to periodic and random inspections by the COR, ICE designee, or other officials to insure compliance with ICE Standards. Deficiencies shall be immediately rectified or a plan for correction submitted by the Contractor to the COR for approval.

### B. Language Access

The Contractor is responsible for providing meaningful access to all programs and services (e.g. medical, intake, classification, sexual assault reporting) for individuals with limited English proficiency. This should be accomplished through professional interpretation and

translation or bilingual personnel for necessary communication with detainees who do not speak or understand English. Oral interpretation should be provided for detainees who are illiterate. Other than in emergencies, and even then, only for that period of time before appropriate language services can be procured, detainees shall not be used for interpretation or translation services. The Contractor should utilize commercial phone language interpretive services to ensure fulfillment of this requirement. All written materials provided to detainees shall generally be translated into Spanish. Where practicable, provisions for written translation shall be made for other significant segments of the ICE population with limited English proficiency.

## C. Health and Medical Care Policies

The Contractor shall comply with written policies and procedures for appropriately addressing the health needs of detainees in ICE custody. Written policies and procedures shall include, but not be limited to, the following:

1. Policies and procedures for accessing 24-hour emergency medical care for ICE detainees.
2. Policies and procedures for prompt summoning of emergency medical personnel.
3. Policies and procedures for evacuation of detainees, if deemed necessary by qualified medical personnel.
4. Policies, procedures, and post procedures for duty officers to ensure that medical emergencies are recognized and promptly attended to.
5. The Contractor shall notify the COR and/or ICE designee of all detainee requests for the need of medical treatment. These requests shall be addressed with urgency.

## D. Medical Services

The Contractor must provide adequate space for health services, to include office and support space within the medical clinic.

The Medical Service Provider shall be responsible for providing health care services for ICE detainees at the Facility in accordance with the current PBNDS 2011, NCCHC and/or the ACA standards that are in place at the time of this agreement, including but not limited to intake arrival screening, infectious disease screening and treatment, emergent, acute and chronic care, on-site sick call, dental services, and mental health services. Also required is over-the-counter and prescription medications per the FY 2019 ICE Health Service Corps (IHSC) National Formulary (Attachment 3) and IHSC Form 067 Request for approval of non-formulary medications (Attachment 4) or equivalent. Elicitation of a history and provision of required vaccinations per the Centers for Disease Control and Prevention (CDC) and the Advisory Committee for Immunization Practices (ACIP) recommendations is a requirement of all contractors providing health care services for ICE detainees, at a minimum to address the population that are the highest risk (i.e. Diabetics, HIV, Cancer, Seizure, Heart Disease, Asthma, Cancer and over the age of 50, pregnant females and other special populations), as well as those necessary to address pandemic events according to guidance provided by the IHSC Field Medical Coordinator (FMC). On-site routine labs and CLIA waived testing will be a requirement of the Medical Service Provider.  Off-site labs

must be approved through the Medical Payment Authorization Request (MedPAR) system and will be paid for by IHSC. All routine medical supplies will be provided at no additional cost to the government or the ICE detainee. All of the above costs except off site specialty care, emergent care, hospitalizations and approved formulary and non-formulary retail purchases of medications and durable medical equipment will be included in the bed day rate for this contract.

One exception, as noted above, would be any approved prescription medications that must be filled at a retail pharmacy location, to include: approved non-formulary medications, or any approved newly marketed medication not currently available at the on-site pharmacy, as well as durable medical equipment identified as necessary by a medical provider. The mechanism for approval of retail purchases of medications is required of the clinical medical authority, as designated through the position description submitted by the Medical Service Provider, and durable medical equipment will be made available through the MedPAR system with assistance of the IHSC Field Medical Coordinator (FMC) or designee as needed.

1.  In the event of a medical emergency, the Medical Service Provider shall proceed immediately to provide necessary emergency medical treatment, including initial on-site stabilization and off-site transport to an appropriate emergent care facility, as needed. The Medical Service Provider shall notify ICE immediately regarding the nature of the transferred detainee's illness or injury and the type of treatment provided. The cost of all emergency medical services provided off-site will be the responsibility of ICE Health Service Corps (IHSC). At no time shall the Medical Service Provider or detainee incur any financial liability related to such services. All such services are submitted for approval through the MedPAR system. The primary point of contact for obtaining pre-approval for non-emergent care as well as the post-approval for emergent care will be the IHSC FMC assigned to this location.

2.  The Medical Service Provider shall furnish a twenty-four (24) hours/seven days per week emergency medical/dental/mental health care contact list which must include local hospitals and other off-site specialty care providers. The Medical Service Provider shall ensure they have access to an off-site emergency medical provider at all times.

3.  The Medical Service Provider must make available a facility emergency evacuation procedure guide that includes any patients currently housed in a medical/mental health housing area, including any isolation rooms as well as other special housing areas within the facility. The Medical Service Provider must provide training on all emergency plans to the on-site medical staff, both initially and annually after hire.

4.  A separate medical record, apart from the resident's social record/or alien file, is to be maintained by the authorized Medical Service Provider. Medical records will be created and maintained by the responsible authorized Medical Service Provider and/or the ICE contracted vendor. IHSC will have full and open access to all detainee medical records during custody and up through the record retention timeframe, and as stipulated by state and local regulations. These documents will be maintained and stored per the following:

a) ICE Health Service Corps uses the following retention requirement to maintain detainee health records for 10 years after release from custody for adults; the records for minors will be maintained until the minor reaches the age of 27 years. Records will be maintained in a format that is easily accessed and, in a location, that is secure, pest and vermin free environment, protected from fire, flood, humidity, dust, mildew, mold, and preferably climate controlled.

b) A copy of a detainee's medical records shall be transferred with the detainee upon request of the detainee. Otherwise a medical transfer summary shall accompany each detainee outlining necessary care during transit and initial period of detention entry into another facility, including current medications, medical precautions, tuberculosis testing and evaluation status, equipment needed, and appropriately authorized methods of travel. It is preferred that the Medical Service Provider seek to provide an Office of the National Coordinator (ONC) certified electronic health record for recording all detainee encounters. If a paper record is used, the record format must adhere to the NCCHC and/or other National Health Record format.

5. The Medical Service Provider shall furnish on-site health care under this Agreement as defined by the Facility Local Health Authority (usually the Health Administrator) and as approved by the ICE Health Authority on the effective date of this Agreement. The Medical Service Provider shall not charge any ICE detainee a fee or co-payment for medical services or treatment provided at the Facility. The Medical Service Provider shall ensure that ICE detainees receive no lower level of onsite medical care and services than those spelled out in the current PBNDS 2011 and based on community standards of care.

6. The Medical Service Provider shall ensure that all health care providers utilized for the care of ICE detainees are credentialed, to include: primary source verification, current licensure, certifications, and/or registrations within the State and/or City where they treat the detained population, and inquiry regarding sanctions or disciplinary actions (i.e. National Practitioner Data Bank). The Medical Service Provider shall retain, at a minimum, staffing levels as approved by IHSC at the time of implementation of this contract (Attachment 5). The Medical Service Provider shall ensure that all health care staff employed under this agreement to provide care to ICE Detainees shall be licensed and/or certified as required by the State in which the designated facility covered under this agreement resides. At no time will unlicensed and/or uncertified health care staff provide care to ICE Detainees.

7. The Medical Service Provider shall ensure that its healthcare system /employees solicit from each detainee requests for healthcare (sick call) daily and that this is tracked through a written system of accountability and within the health record with care delivered per current PBNDS 2011, NCCHC and/or ACA standards.

8. On-site health care personnel shall perform initial medical screening within 12 hours of arrival to the Facility. Arrival screening shall include, at a minimum, all questions captured on the PBNDS 2011 Intake Screening Form (Attachment 6) or equivalent:

**311**

testing for TB infection and/or disease, and the elicitation and recording of past and present medical history (mental and physical, dental, pregnancy status, history of substance abuse, screening questions for other infectious disease, and current health status).  Initial screening will also entail measurement of height, weight, and a complete set of vital signs (BP, P, R, and T).  Blood sugar and O2 readings may be necessary dependent upon specified diagnosis or current medical concern exhibited or verbalized by the detainee and observed by medical provider.

a) **A full health assessment to include a history and physical examination shall be completed within the first 14 days of an adult detainee arrival unless the clinical situation dictates an earlier evaluation.  Detainees with chronic medical, dental, and/or mental health conditions shall receive prescribed treatment and follow-up care with the appropriate level of provider and in accordance with the current PBNDS 2011, NCCHC and/or ACA standards.**

b) **Pregnancy Screening. Initial health screening will ensure that all female detainees/residents ages 10-56 complete a pregnancy test.  The Field Operations Director (FOD) will be notified immediately regarding females determined to be pregnant, but no later than 72 hours after such determination. The field medical coordinator (FMC) and other IHSC personnel will coordinate with the Assistant FOD and /or FOD in ensuring that detention facility staff are aware of these notification requirements.**

9. The Medical Service Provider must provide detainees with access to medical services, preferably on-site, or with minimal wait times for community providers. Services provided shall include sick call coverage, provision of over-the-counter and prescription medications, treatment of minor injuries, treatment of special needs, mental health and dental health assessments. All travel medications must be provided per the current PBNDS 2011 requirement.  The facility mental health program shall include appropriate group counseling, individual talk therapy, peer-support groups, and psychiatric services to meet the needs of the population.

10. The Medical Service Provider shall furnish mental health evaluations as determined by the Facility Local Health Authority and in accordance with the current PBNDS 2011, NCCHC and/or ACA standards.

11. If the Medical Service Provider determines that an ICE detainee has a medical condition which renders that person unacceptable for detention under this Agreement (for example, condition needing life support, uncontrollable violence, or serious mental health condition), the Medical Service Provider shall notify their FMC and ICE. Upon such notification, the Medical Service Provider shall allow ICE reasonable time to make the proper arrangements for further disposition of that detainee.  The Medical Service Provider should expect to be requested and attest to ICE that the detainee is medically cleared for transportation and advise ICE of the necessary precautions and equipment

required for such transportation.  IHSC FMC consultation regarding these matters is available at any time.

12. Hospitalization of Detainees

Upon order of the COR or designated ICE officer, or in an emergency situation, the Contractor shall take custody of and safeguard detainee(s) at a hospital or clinic when the detainee(s) are undergoing medical examination. The contract employee will remain until relieved by another contract employee. Twenty-four-hour custody shall be maintained, with constant visual observation when practicable. The detainees shall not use the telephones unless the Contractor receives prior approval from the COR or other ICE designee. The contract employees shall not fraternize with clinic/hospital staff or with casual visitors to the clinic/hospital. Detainee visitation is not permitted at the hospital. To prevent any situation which could result in a breach of security, requests for visitation while the detainee is in detention, including hospital detention shall be pre-approved by the COR(s) or other ICE designee prior to allowing access to the detainee. The Contractor is obligated to relay messages as requested by the detainee to the COR or other ICE designee.

13. Manage a Detainee Death

The Contractor shall comply with PBNDS 2011, Standard 4.7 Terminal Illness, Advanced Directives, and Death, in the event of a detainee injury or death. In the event of a detainee death, the Contractor shall immediately notify the COR or ICE designee and submit a written report within 24 hours. The Contractor shall fingerprint the deceased. Staff members performing the fingerprinting shall date and sign the fingerprint card to ensure that a positive identification has been made and file the card in the detainee's file. Personal property of the deceased shall be inventoried, and release coordinated with ICE to the designated family member, the nearest of kin, or the Consular Officer of the detainee's country of legal residence.

If death is due to violence, accident surrounded by unusual or questionable circumstances, or is sudden and the deceased has not been under immediate medical supervision, the Contractor shall notify the coroner of the local jurisdiction to request a review of the case, and if necessary, examination of the body.

The Contractor shall establish coroner notification procedures outlining such issues as performance of an autopsy, who will perform the autopsy, obtaining state-approved death certificates, and local transportation of the body.

The Contractor, in coordination with the COR or ICE-designee, shall ensure the body is turned over to the designated family member, the nearest of kin, or the Consular Officer of the detainee's country of legal residence.

14. The Medical Service Provider shall release any and all medical information for ICE detainees to IHSC representatives upon request.

15. The Medical Service Provider shall submit a Medical Payment Authorization (MedPAR) to IHSC for payment for off-site medical care (e.g. off-site lab testing, eyeglasses, prosthetics, specialty care, hospitalizations, emergency visits). The Medical Service Provider shall enter payment authorization requests electronically as outlined in the MedPAR User Guide: https://medpar.ehr-icehealth.org/.

16. The Health Authority of the Medical Service Provider shall notify ICE and the FMC as soon as possible if emergency off site care will be or was required; and in no case more than 72 hours after the detainee received such care. Authorized payment for all off-site medical and/or mental health services beyond the initial emergency situation will be made by the Veterans Administration Financial Service Center (VA FSC) on behalf of IHSC directly to the medical provider(s).

> IHSC VA Financial Services Center
> PO Box 149345
> Austin, TX 78714-9345
> Phone:  (800) 479-0523
> Fax:  (512) 460-5538

17. The Medical Service Provider shall allow IHSC and ICE personnel access to its facility and ICE detainees' medical records for healthcare review, complaint investigations, and liaison activities with the local contract Health Authority and associated Medical Service Provider departments in accordance with HIPAA privacy exception at 45 CFR §§ 164.512 (k)(5)(i).

18. The Medical Service Provider shall provide ICE detainee medical records to ICE whether created by the Medical Service Provider or a sub-Medical Service Provider/vendor upon request from the Contracting Officer's Representative or Contracting Officer in accordance with HIPAA privacy exception at 45 C.F.R. §§ 164.512 (k)(5)(i).  This privacy exception allows disclosure without consent to a correctional institution or a law enforcement official having lawful custody of an inmate or other individual if the correctional institution or such law enforcement official represents that such protected health information is necessary for:

a) The provision of health care to such individuals;
b) The health and safety of such individual or other inmates;
c) The health and safety of the officers or employees of or others at the correctional institution;
d) The health and safety of such individuals and officers or other persons responsible for the transporting of inmates or their transfer from one institution, facility, or setting to another;
e) Law enforcement on the premises of the correctional institution;
f) The administration and maintenance of the safety, security, and good order of the correctional institution; and

g) Conducting a quality improvement / quality of care review consistent with an established quality improvement (medical quality management) program and interfacing with the IHSC quality improvement program consistent with  federal, state, and local laws.

19. The VA Financial Services Center provides prescription drug reimbursement for individuals in the custody of ICE. Prescriptions are filled at local pharmacies which are part of the Script Care Network (or other designated Pharmacy Benefits Manager). Below is the process for obtaining prescriptions for ICE detainees:

a) The Medical Service Provider shall request a group number which should be used at the pharmacy in conjunction with the BIN# 004410 and Processor Control # assigned by Script Care Network to designate the pharmacy benefit is for an ICE detainee. The custodial facility should either fax or take a copy of the prescription to their participating pharmacy and indicate that the prescription is for an ICE detainee.
b) The pharmacy shall run the prescription through the Script Care network for processing.
c) Formulary prescriptions will be dispensed; however, there will be no need for  an exchange of cash between the pharmacy and custodial facility as the  pharmacy will receive payment directly from Script Care.
d) Non-Formulary prescriptions will follow the same procedure as formulary prescriptions; however, non-formulary medications will require prior authorization. The custodial facility will fax the Drug Prior Authorization Request Form to Script Care to 409-833-7435. The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating that the prescription has been approved. Non-Formulary urgent requests must be submitted in the above manner except an X should be placed on the form marked for URGENT REQUEST and faxed to 409-923-7391. The authorization shall be loaded into the Script Care network and the pharmacy shall receive a call indicating the prescription has been approved.

For further information regarding the Script Care Network please contact the VA Financial Services Center at 800-479-0523 or Script Care directly at 800-880-9988.

20. Facility Requirements for Infectious Disease Screening

The Medical Service Provider will ensure that there is adequate space and equipment to provide medical intake screening including tuberculosis (TB) screening within the intake processing area.

a) Tuberculosis Screening

The Medical Service Provider will perform TB screening as part of the routine intake screening, which must be completed within 12 hours of detainee admission.  TB screening will include, at a minimum, TB symptom screening and testing for TB

**315**

infection and/or disease using any Food and Drug Administration (FDA) approved method. Detainees who have symptoms suggestive of TB disease will be immediately placed in an airborne infection isolation room and promptly evaluated for suspected TB disease. Detainees who are initially tested using a test for TB infection [TB skin test (TST) or interferon gamma release assay (IGRA)], and the results are positive according to criteria, but have no symptoms suggestive of TB disease, must be evaluated with a chest radiograph within 5 days of the notification of a positive result.

Detainees who are identified with confirmed or suspected active TB (e.g., symptoms or chest radiograph suggestive of TB) will be placed in a functional airborne infection isolation room and managed in accordance with the current PBNDS 2011 and all applicable CDC guidelines: http://www.cdc.gov/tb/publications/guidelines/default.htm. If there is no clinical or radiographic evidence suggestive of TB disease the detainee can be housed with the general population. Only a trained and qualified health care provider can perform chest radiography if the site has this capability, and only a credentialed radiologist can interpret these radiographs. The facility will have an alternative non-punitive process in place for detainees who refuse the TB screening assessment.

The Medical Service Provider will notify IHSC and the local health department of all detainees with confirmed or suspected TB disease, including detainees with clinical or radiographic evidence suggestive of TB. Notification shall occur within one working day of identifying a detainee with confirmed or suspected TB disease. Notification to local health departments shall identify the detainee as being in ICE custody and shall include the ICE detainee number and other identifying information. For detainees with confirmed or suspected TB disease, the Medical Service Provider will coordinate with IHSC and the local health department to facilitate release planning and referrals for continuity of care prior to release. The Medical Service Provider will evaluate detainees annually for symptoms consistent with TB within one year of the previously documented TB evaluation. For detainees initially screened with a TST or IGRA with a negative result, annual evaluation will include testing with the same method as previously used. For detainees initially evaluated with a chest radiograph interpreted as not suggestive of TB disease, routine annual chest radiograph is not recommended.

b)  Radiology Service Provider

If the Medical Service Provider utilizes radiology for TB screening, the requirement should be built into the established bed day rate for this contract. The cost of equipment, maintenance, staff training, interpretation of the radiographs by credentialed radiologists, and the transmission of data to and from the detention facility will be charged directly to the facility.

21. Airborne Precautions

In order to prevent the spread of airborne infectious disease or cross contamination of zones within the facility, it is preferred that the HVAC system in the intake screening area be designed to exhaust to the exterior and prevent air exchange between the intake screening area and any other area within the facility (see CDC guidelines http://www.cdc.gov/tb/publications/guidelines/Correctional.htm

22. Language Access

The Medical Service Provider is responsible for providing meaningful access to all programs and services (e.g. medical, intake, classification, sexual assault reporting) for individuals with limited English proficiency. This should be accomplished for necessary communication with residents who do not speak or understand English through professional interpretation and translation or qualified bilingual personnel. Oral interpretation should be provided for residents who are illiterate. Only during emergencies, and even then, only for that period of time and until appropriate language services can be procured, can facility residents be used for interpretation or translation services. The Medical Service Provider should utilize commercial phone language interpretive services to ensure fulfillment of this requirement. Telephones that can be used for this purpose must be available in each classroom. In addition, deaf detainees or residents shall have access to a TTY telephone.

23. Standards of Medical Care

The Medical Service Provider is responsible for providing resources for evidence-based standards of medical care which can be used as a guide for treatment of most diagnosed health care concerns.  See examples of resources below.

   a) Asthma
      IHSC Sample Clinical Practice Guidelines (Attachment 7)
   b) Chemical dependence/ Intoxication/ Withdrawal
      Federal Bureau of Prisons Clinical Practice Guideline: Detoxification of the Chemically Dependent Inmate.  See IHSC Operations Memorandum 11-004 dated June 9, 2011 for reference.
      http://www.bop.gov/resources/health_care_mngmt.jsp
   c) Diabetes
      Standards of Medical Care in Diabetes—2015 American Diabetes Association
      http://care.diabetesjournals.org/content/38/Supplement_1
   d) Epilepsy
      American Epilepsy Society
      https://www.aesnet.org/clinical_resource_s/guidelines
   e) Gender Dysphoria
      IHSC Sample Clinical Practice Guidelines (Attachment 7)
   f) Hepatitis A and B

Federal Bureau of Prisons Clinical Practice Guidelines for Hepatitis A, Hepatitis B and Cirrhosis.
http://www.bop.gov/resources/health_care_mngmt.jsp

g) Hepatitis C
IHSC Sample Clinical Practice Guidelines (Attachment 7)

h) HIV
NIH Guidelines for the Use of Antiretroviral Agents in HIV-1 Infected Adults and  Adolescents
http://www.aidsinfo.nih.gov/guidelines

i) Hypertension
IHSC Sample Clinical Practice Guidelines (Attachment 7)

j) Lipids
2013 American College of Cardiology/American Heart Association Blood Cholesterol Guideline
2011 American Heart Association Scientific Statement:  Triglycerides and Cardiovascular Disease
https://circ.ahajournals.org/content/123/20/2292.full.pdf

k) Sickle Cell Disease
IHSC Sample Clinical Practice Guidelines (Attachment 7)

l) Tuberculosis
Tuberculosis Management Control Guide for IHSC Medical Clinics
Centers for Disease Control and Prevention
http://www.cdc.gov/tb/publications/guidelines/default.htm

m) Depression
Federal Bureau of Prisons Clinical Practice Guideline: Management of Major Depressive Disorder
http://www.bop.gov/resources/health_care_mngmt.jsp

n) Schizophrenia
Federal Bureau of Prisons Clinical Practice Guideline: Pharmacological Management of Schizophrenia
http://www.bop.gov/resources/health_care_mngmt.jsp

24. Quality Assurance (QA) Program

The Medical Service Provider shall implement an internal review and quality assurance program for the purposes of maintaining operations in accordance with the current PBNDS 2011, NCCHC and/or ACA.

The minimum data inputs for trending, analysis, planning, executing, and assessing the effectiveness of QA- and quality improvement (QI)-related activities and corrective actions will derive from data collected by means of formal incident reports (see below) and the IHSC electronic Quality Medical Care (QMC) Audit tool (Attachment 8).  IHSC encourages facilities to collect additional data unique to the facility and its environment for use in their QA program.

The Medical Service Provider must complete and forward to the designated IHSC FMC the QMC tool report and an analysis of incident reports (Attachment 9) on a quarterly basis on the 10th of the month following the end of each fiscal year quarter (1st quarter –Oct, Nov, Dec; 2nd quarter-Jan, Feb, Mar; 3rd quarter-Apr, May, Jun;4th quarter-Jul, Aug, Sept).

The clinical operation will be audited by IHSC every 6 months. This audit will be conducted by a designated IHSC Healthcare professional.  In addition to the audit mentioned above the facility will be assessed for maintaining compliance with the NCCHC, ACA, and the current PBNDS 2011 requirements.

The QA program shall include:

a) Participation in a multidisciplinary QI committee;
b) Collection, trending analysis, and evaluation of data, along with planning, interventions and reassessments;
c) Analysis of the need for ongoing education and training;
d) On-site monitoring of health service outcomes on a regular basis through:

   1) Chart reviews (including investigation of complaints and quality of health)
   2) Review of practices for prescribing and administering medication;
   3) Investigation of complaints and grievances;
   4) Monitoring of corrective action plans;
   5) Reviewing all deaths, suicide attempts and illness outbreaks;
   6) Developing and implementing QI activities or corrective actions plans to address and resolve identified problems and concerns;
   7) Reevaluating problems or concerns to determine whether QI activities or corrective actions implemented achieved and sustained desired results;
   8) Incorporating findings of internal review activities into the organization's educational and training activities;
   9) Ensuring records of internal review activities comply with legal requirements on confidentiality of records.
   10) External peer review on an annual basis for all independently licensed medical professionals.

The Medical Service Provider will achieve full NCCHC (Adult) accreditation within twelve months of the contract award. The service provided will maintain accreditation compliance at all times for the life of the contract.

25. Environmental Health

The Medical Service Provider shall implement all requirements of the Environmental Health and Safety sections of the current PBNDS 2011 in the health services areas, to include all areas where medical, dental, mental health, and intake medical screening services are performed.  The Medical Service Provider shall implement all general housekeeping and environmental cleaning and disinfection in all areas where medical,

dental, mental health, and intake medical screening services are rendered, including routine and terminal cleaning of medical housing and medical isolation units.

26. Electronic Health Record (eHR)

The Medical Service Provider will be responsible to purchase and maintain an ONC-CCHIT commercial-off-the-shelf (COTS) eHR that is compatible with ICE Health Service Corps (IHSC) within 30 days of contract award. The Medical Service Provider shall procure and maintain their data in a GSA FedRAMP certified environment. The Government will provide the Medical Service Provider with the Government Furnished Information document for the Electronic Health Record (eHR). The Requirements Traceable Matrix (RTM) document (Attachment 10) will provide the Medical Service Provider with requirements and configurations for the eHR. The Medical Service Provider shall replicate all eHR configurations at their own expense, if an alternative and compatible product is proposed.

## E.  Detainee Voluntary Work Program (if applicable)

The Contractor shall develop a detainee work program plan with the approval of the CO prior to receipt of the Notice to Proceed.  Detainee labor shall be used in accordance with the approved detainee work plan and will shall be paid $1 day.  The detainee work plan must be voluntary, and may include work assignments for industrial, maintenance, custodial, service, or other jobs.  The detainee work program shall not conflict with any other requirements of the contract and must comply with all applicable laws and regulations.

Detainees shall not be used to perform the responsibilities or duties of an employee of the Contractor.  Detainees shall not be used to perform work in areas where sensitive documents are maintained such as designated ICE workspace.  Appropriate safety/protective clothing and equipment shall be provided to detainee workers.  Detainees shall not be assigned work that is considered hazardous or dangerous.  This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances, and unusual physical demands.

The Contractor shall supply sufficient Detention Officers to monitor and control detainee work details.  Unless approved by the COR, these work details must be within the security perimeter.

It will be the sole responsibility of ICE to determine whether a detainee will be allowed to perform on voluntary work details and at what classification level.  All detainees shall be searched when they are returned from work details.

## VI.  REQUIRED ADMINISTRATION AND MANAGEMENT SERVICES

## A.  Manage the Receiving and Discharge of Detainees

1.  In accordance with PBNDS 2011, the Contractor will provide for the admitting and releasing of detainees to protect the health, safety, and welfare of each individual. During the admissions process, detainees undergo screening for medical purposes, have their files reviewed for classification purposes, submit to a standard body search, and are personally observed and certified regarding the examination, categorization, inventorying, and safeguarding of all personal belongings. This shall include fingerprinting of detainees.

    The Contractor shall provide a detainee classification system that adheres to the requirements of PBNDS 2011, Standard 2.2 "Custody Classification System," and ensures detainees are classified appropriately using objective criteria. Detainees will be classified upon arrival, before being admitted to the general detainee population. The Contractor will periodically re-classify detainees, in accordance with the PBNDS 2011.

    The Contractor may be required to access and utilize ICE detention booking system to properly book detainees in and out of ICE custody.

2.  The Contractor shall effectuate departures. Effectuating departure requires Contractor employees to perform detainee-related activity including but not limited to:  positive identification, documentation preparation and review, provision of any sack lunches required, transportation, escorting and returning all DHS documentation to the appropriate DHS supervisor upon completing the escort assignment. In addition, Contractor employees shall, when required by proper authority, affirm, swear, and witness to all actions of effectuating departure that were accomplished, performed, carried-out, and done and in transactions involving the detainee(s), when required in a legal setting, deposition, or court of law.

    The time, point, and manner of release from a facility shall be consistent with safety considerations and shall take into account special vulnerabilities. Facilities that are not within a reasonable walking distance of, or that are more than one mile from, public transportation shall transport detainees to local bus/train/subway stations prior to the time the last bus/train leaves such stations for the day. If public transportation is within walking distance of the detention facility, detainees shall be provided with an information sheet that gives directions to and describes the types of transportation services available. However, facilities must provide transportation for any detainee who is not reasonably able to walk to public transportation due to age, disability, illness, mental health or other vulnerability, or as a result of weather or other environmental conditions at the time of release that may endanger the or safety of the detainee. Upon release, detainees shall also be provided with a list of shelter services available in the immediate area along with directions to each shelter. Prior to their release, detainees shall be given the opportunity to make a free phone call to a friend or relative to arrange for pick up from the facility. As practicable, detainees shall be provided with a laundered set of their own clothing, or one set of non-institutional clothing and footwear, weather appropriate, for their final destination.

**B.  Manage and Account for Detainee Assets (Funds, Property)**

The Contractor is solely responsible for all detainee personal property (i.e. stolen/misplaced goods due to Contractor negligence and/or mishandling of detainee personal property). The Contractor shall provide written policies and procedures in managing the detainee's personal property.

The safeguarding of detainees' personal property will include:  the secure storage and return of funds, valuables, baggage, and other personal property; a procedure for documentation and receipting of surrendered property; and the initial and regularly scheduled inventories of all funds, valuables, and other property. In accordance with the PBNDS 2011, every housing area shall include a designated storage area. This area shall contain a lockable or other securable space for storing detainees' authorized personal property.

Written procedures shall be established for returning funds, valuables, and personal property to a detainee being transferred or released that adheres to the requirements of ICE policy. The Contractor shall ensure that all detainees who are scheduled for either transfer or release are given all funds (in cash or check, whichever is deemed appropriate by the ICE COR or  ICE designee immediately prior to leaving the facility. Confiscated foreign currency funds are to be returned to the detainee. This includes the out-processing of detainees on all removal flights. For such removal flights, the Contractor will provide all necessary items for removal processing.

**C.  Securely Operate the Facility**

Policy and procedures for the maintenance and security of keys and locking mechanisms shall be developed, in accordance with the PBNDS 2011, 2.7 Key and Lock Control. The procedures shall include, but are not limited to: method of inspection to expose compromised locks or locking mechanisms; method of replacement for all damaged keys and/or locks; a preventive maintenance schedule for servicing locks and locking mechanisms and method of logging all work performed on locks and locking mechanisms; policy for restricting security keys from 24 hour issue or removal from the institution; and method of issuing emergency keys.

Staff responsible for lock maintenance shall receive training and be certified from a Government-approved training program specializing in the operation of locks and locking mechanisms.

The Contractor shall provide constant armed perimeter surveillance of the facility.

**D.  Establish and Maintain a Program for the Prevention of Sexual Abuse/Assault**

The Contractor shall develop and implement a comprehensive sexual abuse/assault prevention and intervention program in accordance with PBNDS 2011, Standard 2.11, "Sexual Abuse and Assault Prevention and Intervention," and all facility requirements of DHS PREA ("Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in

Confinement Facilities," 79 Fed. Reg. 13100 (Mar. 7, 2014), as outlined
https://www.govinfo.gov/content/pkg/FR-2014-03-07/pdf/2014-04675.pdf. This program
shall include training and/or information that is given separately to both staff and detainees.

## E.  Collect and Disseminate Intelligence Information

Policy and procedures for collecting, analyzing, and disseminating intelligence information
regarding issues affecting safety, security, and the orderly running of the facility shall be
developed. This information shall include, but not be limited to: gang affiliations; domestic
terrorist groups; tracking of detainees having advanced skills in areas of concern (locksmiths,
gunsmiths, explosives, and computers, etc.); narcotics trafficking; mail and correspondences;
detainee financial information; detainee telephone calls; visiting room activity; and actions of
high-profile detainees. The Contractor shall share all intelligence information with the
Government.

## F.  ICE Notifications

The Contractor shall immediately report all serious incidents as outlined in the detention
standards to the Field Office Director or ICE designee and the COR. Serious incidents
include, but are not limited to the following: activation of disturbance control team(s);
disturbances (including gang activities, group demonstrations, food boycotts, work strikes,
work place violence, civil disturbances/protests); staff uses of force including use of lethal
and less-lethal force (includes detainees in restraints more than eight hours); assaults on
staff/detainees resulting in injuries that require medical attention (does not include routine
medical evaluation after the incident); fires; fights resulting in injuries requiring medical
attention; full or partial lock-down of the facility; escape; weapons discharge; suicide
attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract
unusual interest or significant publicity; adverse weather; fence damage; power outages;
bomb threats; high profile detainee cases admitted to a hospital; significant environmental
problems that impact the facility operations; transportation accidents (e.g., airlift, bus)
resulting in injuries, death or property damage; and sexual assaults.

Pursuant to ICE instructions, the Contractor shall counteract civil disturbances, attempts to
commit espionage or sabotage, and other acts that adversely affect the normal site conditions,
the security and safety of personnel, property, detainees, and the general public.

The Contractor will complete all notifications to ICE/ERO as outlined in the PBNDS 2011.

## G.  Maintain Institutional Emergency Readiness

The Contractor shall submit an institutional emergency plan that will be operational prior to
issuance of the NTP, in accordance with PBNDS 2011, Standard 1.1 Emergency Plans.  The
plan shall receive the concurrence of the COR prior to implementation and shall not be
modified without the further written concurrence of the CO.

The Contractor shall have written agreements with appropriate state and local authorities that will allow the Contractor to make requests for assistance in the event of any emergency incident that would adversely affect the community.

Any decision by ICE or other federal agencies to provide and/or direct emergency assistance will be at the discretion of the Government. The Contractor shall reimburse the Government for any and all expenses incurred in providing such assistance.

The Contractor shall submit to the COR a proposed inventory of intervention equipment (e.g., weapons, munitions, chemical agents) intended for use during performance of this contract. The COR, prior to issuance of the NTP, shall provide concurrence of the intervention equipment. The approved intervention equipment inventory shall not be modified without prior written concurrence of the CO.

The Contractor shall obtain the appropriate authority from state or local law enforcement agencies to use force as necessary to maintain the security of the facility. The use of force by the Contractor shall at all times be consistent with all applicable policies of PBNDS 2011, Standard 2.15 Use of Force and Restraints.

## H. Manage Computer Equipment and Services in Accordance with all Operational Security Requirements

The Contractor shall comply with all federal security and privacy laws and regulations established to protect federal systems and data. The Contractor shall inform all personnel of the confidential nature of ICE detainee information.

The Contractor shall restrict access to data information pertaining to ICE detainees to authorized employees with the appropriate clearance who require this information in the course of their official duties.

The Contractor may not disclose information pertaining to ICE detainees to a third party without written permission from the COR.

The Contractor shall develop a procedural system to identify and record unauthorized access or attempts to access ICE detainee information. The Contractor shall notify the COR or ICE-designee within four hours of a security incident.

## I. Manage and Maintain a Commissary

A commissary shall be operated by the Contractor as a privilege to detainees who will have the opportunity to purchase from the commissary at least once per week. These items will not include those items prohibited by the Warden/Facility Director. All items available at the commissary must be approved by the COR or ICE-designee. The commissary inventory shall be provided to the COR upon request. Notice of any price increases must be provided to the COR. The Contractor may assess sales tax to the price of items, if state sales tax is applicable.

Revenues shall be maintained in the facility commissary account and not commingled with any other funds. If funds are placed in an interest-bearing account, the interest earned shall be credited to the detainees. Any expenditure of funds from the account shall only be made with the approval of the Contracting Officer. Any revenues earned in excess of those needed for commissary operations shall be used solely to benefit detainees at the facility. Using these funds for any expense for which the Contractor is required to pay is prohibited. The Contractor shall provide independent auditor certification of the funds to the COR every 90 days.

At the end of the contract period, or as directed by the Contracting Officer, a check for any profits remaining in this account associated with detainee commissary purchases shall be made payable to the Treasury General Trust Fund and given/transmitted to the Contracting Officer.

Detainees are permitted to receive funds from outside sources (i.e., from family, friends, bank accounts). Outside funds or those generated from work may be used to pay for products and services from the commissary.

## J.  Manage and Maintain a Detainee Telephone System (DTS)

1.  The Contractor shall provide detainees with reasonable and equitable access to telephones as specified in PBNDS 2011, Standard 5.6 Telephone Access.  Telephones shall be located in an area that provides for a reasonable degree of privacy and a minimal amount of environmental noise during phone calls.

2.  If authorized to do so under applicable law, the Contractor shall monitor and record detainee conversations.  If detainee telephone conversations can be monitored under applicable law, the Contractor shall provide notice to detainees of the potential for monitoring.  However, the Contractor shall also provide procedures at the facility for detainees to be able to place unmonitored telephone calls to their attorneys.

3.  Telephone rates shall not exceed the Federal Communications Commission (FCC) rates for inmate telephone service, as well as State established rates where applicable, and shall conform to all applicable federal, state, and local telephone regulations.

4.  Video phones, portable electronics or other enhanced telecommunications features provided by the DTS Contractor to ICE detainees, based upon concurrence between ICE and the Contractor, may be added in the future subject to negotiation at no cost to ICE. These features may not in any way compromise the safety and security of the detainees, staff or the facility.  Any new or enhanced telecommunications features must be integrated within the DTS service and can NOT be a separate system or software from the DTS service. Such capabilities may now or in the future include; video visitation, limited web access for law library, email, kites, commissary ordering, educational tools, news, sports, and video games. Pricing for the use of these technologies will be set by the

DTS provider, subject to negotiations with ICE, and shall be negotiated at a future time and date if required.

5. The ICE designated DTS Contractor shall be the exclusive provider of detainee telephones for this facility. This will occur at the expiration of any current contract with a Telecommunications Company. Notwithstanding any existing Telecommunications contract, the Contractor shall require the Telecommunications Company to provide connectivity to the DTS Contractor for detainee pro bono telephone calls. The Contractor shall make all arrangements with the DTS Contractor per the DTS Contract.  The DTS Contractor shall be allowed to install vending debit machines and shall receive 100 percent of all revenues collected by sale of prepaid debit services.  The DTS Contractor shall be responsible for furnishing all inventory and supply of all DTS calling services to the Contractor.  The DTS Contractor shall be responsible for the costs incurred for installation of the equipment, any monthly telephone charges incurred from the operation of DTS, and the maintenance and operation of the system.  The Contractor shall not be entitled to any commissions, fees, or revenues generated by the use of the DTS or the detainee telephones.

*See PWS Addendums for specific requirements.*

## VII.   FACILITY SECURITY AND CONTROL

### A.  Security and Control (General)

The Contractor shall maintain a copy of facility post orders for employee review within the areas of assignment, and shall initiate responses to any incidents as outlined in the post orders. Contractor employees shall write reports of incidents as outlined in the post orders.

The Contractor shall operate and control all designated points of access and egress on the site; such as, detainee housing units, pods, barracks, courtrooms, medical facilities, and hold rooms. The Contractor shall inspect all packages carried in or out of site in accordance with ICE procedures. The Contractor shall comply with ICE security plans.

The Contractor shall comply with all of the PBNDS 2011 pertaining to the security and control of the detention facilities. The Contractor shall adhere to local operating procedures within each facility.

The Contractor shall provide, install, and maintain a building access control system in all ICE and/or DOJ administrative space. The Contractor shall provide the Government administrative access and oversight role for system. The Contractor shall comply with ICE security plans.

### B.  Detainee Rights

The Contractor shall supervise, observe, and protect detainees from sexual abuse, discrimination, corporal punishment, personal injury, property damage, harassment, or violation of detainees' civil rights. Contract personnel shall have a zero-tolerance policy for

incidents of sexual abuse or assault that may occur in the facility. Contract personnel shall adhere to ICE policies, procedures, and detention standards.

Detainees have the right to be free from discrimination for any reason, including race, religion, national origin, sex, sexual orientation, gender identity, physical ability, mental ability, or political beliefs.

## C. Unauthorized Access

The Contractor shall detect and detain persons attempting to gain unauthorized access to the site(s) identified in this contract.

## D. Direct Supervision of Detainees

The Contractor shall provide supervision of all detainees in all areas, including supervision in detainee housing and activity areas, to permit Detention Officers to hear and respond promptly to emergencies. The Contractor shall have direct supervision monitoring each occupied housing unit. This direct supervision position or positions (determined by the size of the housing unit) is separate from the housing control post.

The Contractor shall comply with the requirements applicable to detention facilities contained in Subpart A of DHS PREA, specifically §115.13, including the development of detainee supervision guidelines that are reviewed annually, as outlined at https://www.govinfo.gov/content/pkg/FR-2014-03-07/pdf/2014-04675.pdf.

## E. Maintain a Video Surveillance Program

The Contractor shall ensure video surveillance of hallways, exits, and common areas. Additionally, surveillance systems shall be installed and updated in accordance with DHS PREA §115.18(b). A qualified individual shall be responsible for monitoring this system inside and outside the building. Considering that the videos will be recordings of residents who may be seeking asylum or other considerations under U.S. immigration law, the Contractor is required to maintain the recordings and may not release them to anyone, unless approved by ICE. The Contractor shall retain recordings for a minimum of 90 days, or for the duration of any investigation as necessary for use by local law enforcement, ICE, or the Contractor

## F. Log Books

The Contractor shall be responsible for completion and documentation of, for each shift, the following information in the logbooks:

1. Activities that have an impact on the detainee population (e.g., detainee counts, shakedowns, detainee movement in and out of the site, and escorts to and from court).
2. Shift activities (e.g., security checks, meals, recreation, religious services, property lockers, medical visits).

3. Entry and exit of vehicles and persons other than detainees, ICE staff, or Contractor staff (e.g., attorneys and other visitors).
4. Fire drills and unusual occurrences.

## G. Reports

The Contractor shall furnish, on a daily basis, a manifest of all detainees currently detained in the facility. The manifest shall contain the following information for each detainee: "A" File Number (system of numbering supplied by ICE); office received from; name; date of birth; gender; nationality; date of arrival; number of days the detainee has been in the facility; and type of release, if applicable. The manifest shall be transmitted in a Microsoft Excel format. Contractor shall conduct a daily reconciliation of ICE detention manifest and the Contractor manifest to ensure accuracy. Any discrepancies in the reports shall be the responsibility of the Contractor to immediately rectify and brought to the attention of ICE.

The Contractor shall provide monthly status reports to the COR or ICE designee. Such reports shall include a monthly key indicator report, which indicates the key personnel positions of the facility (e.g., position title, name of the employee, vacancies and length of vacancies, dates of service, additional comments). These monthly reports shall be submitted to the COR or ICE designee by the fifth of each month for the previous month's activities and staffing.

The Contractor shall prepare required orders, instructions, and reports of accidents, security violations, fires, and bomb threats. The reports shall be maintained on file, concerning all activities in connection with duties and responsibilities for the services performed under this contract. All such records shall be kept using a system with a written policy, which allows the reports to be made available to the Government for inspection.

The Contractor shall, at the request of ICE, prepare any special or other reports, or issue further orders and instruction as may be required in support of work within the scope of this contract. The distribution, format, and time elements for these reports shall be directed by Government requirements.

## H. Detainee Counts

The Contractor shall monitor detainee movement and physically count detainees as directed in PBNDS 2011 2.8 Population Counts.

## I. Daily Inspections

The Detention Officers shall conduct daily inspections of all security aspects of the site, consistent with PBNDS 2011, Standard 2.4 "Facility Security and Control." They shall check all bars, locks, windows, walls, floors, ventilation covers, glass panels, access plates, protective screens, doors, lights, and equipment for operational wear and detainee tampering. The Detention Officers shall also report slippery floor surfaces. This documentation shall be

made daily in a logbook. Problems discovered during these inspections shall be clearly identified in the documentation.

The Contractor shall also notify the COR of any abnormalities or problems. The Contractor shall immediately notify the COR or ICE designee on duty of any physical facility damage. Written documentation of any problem areas shall be submitted to the COR by the end of the shift.

## J. Deviation from Prescribed Schedule Assignments

The Contractor is authorized to deviate from the scheduled assignment when unusual conditions or circumstances so demand, and if prior approval is received from the COR. All deviations shall be recorded in the daily logbook. When the COR is not available, the Contractor shall notify the ICE-designee immediately or as soon as is practically possible.

## K. Use of Force and Restraints

ICE restricts the use of physical force and restraints by Detention Officers. Any use of force or restraints must be in compliance with PBNDS 2011, Standard 2.15 "Use of Use of Force and Restraints."

## L. Escapes

The Contractor shall take all appropriate measures to prevent escapes. The Contractor shall notify the COR or ICE-designee immediately if an escape or an attempted escape has occurred. The Contractor shall provide the COR and ICE-designee with a written report prior to the end of the shift. The Contractor shall be held to the following standards concerning escapes:

1. The Contractor assumes absolute liability for the escape of any detainee in its control.
2. The Contractor shall provide written policies and procedures regarding the actions to be taken in the event of an escape. This document must include reporting requirements for all contract employees, escorts, supervisors, and management personnel. These procedures shall meet the approval of the COR, be reviewed at least annually, and updated as necessary.
3. Escapes shall be grounds for removing the responsible Contractor Employee(s) from duty if the Contractor Employee(s) is/are determined by the Contractor or the COR to be negligent, reckless, or intentionally responsible for the escape. Notice of removal shall be provided to the Contracting Officer.
4. Corrective actions to prevent future escapes or attempted escapes shall be taken immediately and communicated to the COR for approval. A written report of the remedial action shall be due to the COR within 24 hours of an escape or attempted escape.
5. An escape is deemed an egregious incident and subject to an expedited processing of a Contract Discrepancy Report resulting in a deduction or withholding for any applicable standards violations.

**M. Evacuation Plan**

The Contractor shall furnish 24-hour emergency evacuation procedures. The Contractor shall develop a written evacuation and alternate staging plan for use in the event of a fire or major emergency, in accordance with PBNDS 2011, Standard 1.1 "Emergency Plans."

**N. Sanitation and Hygienic Living Conditions**

The Contractor shall comply with the requirements of the Occupational Safety and Health Act of 1970 and all codes and regulations associated with 29 CFR 1910 and 1926. The Contractor shall comply with all applicable ICE, federal, state and local laws, statutes, regulations, and codes. In the event there is more than one reference to a safety, health, or environment requirement in an applicable, law, standard, code, regulation, or ICE policy, the most stringent requirement shall apply.

**O. Physical Plant**

The facility operation and maintenance shall ensure that detainees are housed in a safe, secure, and humane manner. All equipment, supplies, and services shall be Contractor-furnished and in operating condition, except as otherwise noted.

The facility, whether new construction, expansion, or an existing physical plant, shall be operated, and maintained in accordance with all applicable federal, state, and local laws, regulations, codes, guidelines, and policies. In the event of a conflict between federal, state, or local codes, regulations, or requirements, the most stringent shall apply. In the event there is more than one reference to a safety, health, or environmental requirement in an applicable law, standard, code, regulation, or Government policy, the most stringent requirement shall apply.

The facility shall provide housing configurations commensurate with the security needs of the population.

The facility, whether new construction, expansion, or existing physical plant, shall comply with the building codes under which it was permitted at the time of original construction. Whether the facility is new construction, or an expansion of an existing physical plant fire protection and life safety issues shall be governed by the building and life safety codes under which the facility was permitted at the time of original construction.

The facility, whether new construction, expansion, or existing physical plant, shall comply with the requirements in effect at the time of the original facility construction of the *Architectural Barriers Act of 1968* as amended and the *Rehabilitation Act of 1973* as amended. The standards for facility accessibility by physically handicapped persons as set forth in "Uniform Federal Accessibility Standards/Fed Std. - 795 4/01/88 Edition" (UFAS) shall apply. All areas of the buildings and site shall meet these requirements.

A safety program shall be maintained in compliance with all applicable Federal, state and local laws, statutes, regulations, and codes. The Contractor shall comply with the requirements of the *Occupational Safety and Health Act of 1970* and all codes and regulations associated with  29 CFR 1910 and 1926.

Fire Alarm Systems and Equipment – All fire detection, communication, alarm, annunciation, suppression, and related equipment shall be operated, inspected, maintained, and tested in accordance with the edition of the applicable NEC and Life Safety Codes under which the facility was permitted at the time of original construction.

The Contractor shall provide outside lighting sufficient to illuminate the entire facility and secure perimeter, subject to ICE's visual inspection and approval.

For new construction, expansion, or existing physical plant, final and completed, the Contractor prior to issuance of the NTP shall submit design/construction documents to the COR. For all new construction or expansion, the construction schedule shall be updated to reflect current progress and submitted to the COR on a monthly basis. Government staff will make periodic visits during construction to verify Contractor progress and compliance with contract requirements. As-built drawings and current drawings of the buildings and site utilities shall be maintained in a secure location during construction and contract performance. These updates shall be provided to the COR within 30 days of any changes made. Site utilities include, but are not limited to: water and sewer lines; gas lines; tunnels; steam lines; chilled water lines; recording layouts; elevations; modifications; additions; etc. Two copies of the as-built drawings shall be provided to the COR in AUTOCAD release 14.0 on a CD-ROM no later than 90 days after issuance of the NTP.

Promptly after the occurrence of any physical damage to the facility (including disturbances), the Contractor shall report such damage to the COR or ICE designated official. It shall be the responsibility of the Contractor to repair such damage, to rebuild or restore the institution.

Government staff will be on-site to monitor contract performance and manage other Government interests associated with operation of the facility. Government staff will have full access to all areas of the facility. Contractor access to Government required space must be pre-approved by the COR. In cases of emergency the Contractor shall notify the COR promptly.

**P. Environmental Policy Procedures:**

1. National Environmental Policy Act (NEPA)

   Any action funded in whole or in part by a Federal Agency, or requiring approval by a Federal Agency, must be evaluated in accordance with NEPA (42 U.S.C. § 4321) and related environmental laws and executive orders.  Therefore, ICE requires the following deliverables from an offeror so that ICE may use the provided information to fulfill its obligations related to NEPA:

a) The offeror must provide an Environmental Impact Evaluation, which shall include all necessary information for the agency to analyze the potential for environmental impact of a proposed action, assign a value to the level of impact (e.g., minor, moderate, or major), consider mitigation, and determine the level of significance; whether significant or not.  An environmental impact evaluation is used by ICE to make a decision regarding the application of a CATEX, documentation in the form of an EA and FONSI, or a final EIS and ROD.

b) ICE advises all offerors that, as part of the solicitation process, the offeror must provide information related to the environmental conditions of the proposed facility location(s). The offeror must provide a Phase I ESA conducted and reported in compliance with the ASTM International (ASTM) Designation E 1527-13, "Standard Practice for Environmental Site Assessment: Phase I Environmental Site Assessment Process." For more information on how this report will figure into any evaluation for award, reference Section L and M of this solicitation.

2. Other Requirements

The successful awardee of any contract for detention space will remain in compliance with federal statutes during performance of the contract including, but not limited to, the following Acts: *Clean Air, Clean Water, Endangered Species, Resource Conservation and Recovery*; and other applicable laws, regulations and requirements.  The successful awardee of any contract for detention space will also comply with all applicable limitations and mitigation measures identified in any document prepared in conjunction with the contract pursuant to NEPA.

The successful awardee of any contract for detention space shall be responsible for and will indemnify and hold the Government harmless for any and all spills, releases, emissions, disposal, and discharges of any toxic or hazardous substance, any pollutant, or any waste, whether sudden or gradual, caused by or arising under the performance of the contract or any substance, material, equipment, or facility utilized.  For the purposes of any environmental statute or regulation, the successful awardee will be considered the "owner and operator" for any facility utilized in the performance of the contract and shall indemnify and hold the Government harmless for the failure to adhere to any applicable law or regulation established to protect the human or physical environment.  The successful awardee shall be responsible in the same manner as above regardless of whether activities leading to or causing a spill, release, emission or discharge are performed by the successful awardee, its agent or designee, a detainee, visitors, or any third party.

If any spills or releases of any toxic or hazardous substance, any pollutant, or any waste into the environment occur, the successful awardee of any contract for detention space will immediately report the incident to the Contracting Officer's Representative (COR), or other ICE-designated

official as set out in the contract. The liability for any spill or release of such regulated substances rests solely with the successful awardee and its agent.

## VIII.   FOOD SERVICE

**Manage Food Service Program in a Safe and Sanitary Environment**

The Contractor shall provide detainees with nutritious, adequately varied meals, prepared in a sanitary manner while identifying, developing, and managing resources to meet the operational needs of the food service program.

The Contractor shall provide a sack meal for detainees in custody and those who are absent during any meal or planning for departure, or meals for detainees on certain travel routes (upon order by the ICE COR or ICE designee). Further, the Contractor shall provide detainee sack meals as requested by ICE staff. The contents of the sack meals must be approved by COR or ICE designee.

At the COR's request, the Contractor shall provide sack meals for detainees in ICE custody, but not yet on the Contractor's premises.

The Contractor shall identify, develop, and manage food service program policy, procedures, and practices in accordance with PBNDS 2011, Standard 4.1 "Food Service."

All food service preparation resources (appliances, freezers, food preparation tables, coolers) must be in operating condition. Additionally, the Contractor's kitchen will be in operating condition at the commencement of the contract.

## IX.   PROPERTY ACCOUNTABILITY

### A.  General

The Contractor personnel shall not permit any Government property to be taken away or removed from the premises.

The Contractor shall enact practices to safeguard and protect Government property against abuse, loss, or any other such incidents. Government property shall be used only for official business.

All Government property furnished under this contract shall remain property of the Government throughout the contract term. ICE shall maintain a written inventory of all Government property issued to the Contractor for performance hereunder. Upon expiration or termination of this contract, the Contractor shall render a written accounting to the COR of all such property. The Contractor shall assume all risk, and shall be responsible for any

damage to or loss of Government furnished property used by Contractor employees. Normal wear and tear will be allowed.

The Contractor, upon expiration or termination of services, shall immediately transfer to the COR, any and all Government property in its possession or in the possession of any individuals or organizations under its control, except as otherwise provided for in this contract. The Contractor shall cooperate fully in transferring property to the successor Contractor. The Government shall withhold final payment until adjustments are made for any lost property.

## B.  Use of Government Wireless Communication Devices

All personnel that have been issued a Federal Government owned wireless communication device, including but not limited to, cellular telephones, pagers or wireless Internet devices, are authorized to possess and use those items in all areas of the facility in which ICE detainees are present. Cellular, telephone, and wireless boosters shall be provided, installed, and maintained by the Contractor to ensure optimal service throughout the facility and ICE and/or DOJ administrative areas.

## X.   FIREARMS / BODY ARMOR

## A.  Firearms Requirements

The Contractor shall provide well maintained or new firearms and maintain sufficient licensed firearms and ammunition to equip each armed Detention Officer and armed supervisor(s) with a licensed weapon while on duty. Firearms may be re-issued to replacement employees throughout the life of the contract as long as the firearm is in serviceable condition. See ICE Firearms Policy Attachment 11.

Personal firearms shall not be used. A licensed gunsmith, in writing, shall certify all firearms safe and accurate.

Firearms shall be standard police service-type, semi-automatic capable of firing hollow-point ammunition that meets the recommendations of the firearms manufacturer. Ammunition will be factory load only – no reloads. The Contractor shall adhere to the manufacturer's specifications regarding ammunition retention, e.g., ammunition shall be properly rotated and older ammunition utilized prior to utilization of newer ammunition.

The Contractor shall provide sufficient ammunition for each armed Detention Officer, including uniformed contract supervisor(s); they shall be issued three full magazines.

The Contractor shall account for all firearms and ammunition daily.
If any weapons or ammunition are missing from the inventory, the COR shall be notified immediately.

All firearms shall be licensed by the State.

Firearms shall be inspected. This shall be documented by the Warden/Facility Director.

Loading, unloading, and cleaning of the firearms shall only take place in designated areas.

The firearms shall be cleaned and oiled as appropriate to ensure optimum operating conditions.

Firearms shall be carried with the safety on, if applicable, with a round in the chamber.

The Contractor shall maintain appropriate and ample supplies of firearms' upkeep and maintenance equipment (cleaning solvents, lubricating oil, rods, brushes, patches, and other normal maintenance tools).

The Contractor shall provide a complete listing of licensed firearms by serial numbers and by each safe location to the COR prior to beginning performance under this contract.

These lists shall be kept current through the terms of the contract and posted within each firearm's safe.

The Contractor shall obtain and maintain on file appropriate State and municipality permits and weapons permits for each officer.

A copy of this permit shall be provided to the COR at least three working days prior to the anticipated assignment date of any individual.

The Contractor shall ensure that its employees have all permits and licenses in their possession at all times while in performance of this contract.

The Contractor shall provide safes/vaults for storage of firearms and ammunition, for each location where firearms are issued or exchanged, which meet agency requirements and are approved for the storage of firearms and ammunition.

The COR is responsible for receiving the proposed safes/vaults prior to usage and vetting them through the appropriate ICE officials. Contract supervisors and guards shall make accurate receipt and return entries on a Firearms and Equipment Control Register.

Except when issuing or returning ammunition or firearms, each safe/vault shall remain locked at all times.

The Contractor shall be responsible for having the combination of each safe/vault changed at least once every six months, or more often if circumstances warrant.

The Contractor shall certify firearms training to the COR.

The Contractor shall certify proficiency in accordance with State requirements.

The Contractor shall provide an ICE approved intermediate weapon(s).

The Contractor shall assign one or more contractor staff to the positions of:

1. Ammunition Control Officer, and
2. Firearms Control Officer, per PBNDS 2011.

## B. Body Armor Requirements

The Contractor shall provide body armor to all armed Detention Officers and armed supervisor(s). Body armor shall be worn while on armed duty. The body armor shall meet all requirements as set forth in the ICE Body Armor Policy. See ICE Body Armor Policy, Attachment 12.

The Contractor shall procure replacement body armor if the body armor becomes unserviceable, ill-fitting, worn/damaged, or at the expiration of service life.

All armed Detention Officers and armed supervisors need to be made aware of the health risks associated with the wearing of body armor in high heat/high humidity conditions and/or during strenuous exertion. When Detention Officers and supervisors are required to wear body armor, they shall be provided opportunities to re-hydrate and remove the body armor as necessary.

The use of personally-owned body armor is not authorized.

## XI.   TRANSITION

### A. Transition-In

The Contractor shall be responsible for the transition of all activities identified in this PWS. The Contractor's transition-in shall be accomplished as expeditiously as possible, with a maximum transition-in period of 60 days after contract award. The transition-in process shall not adversely impact the work being done by the outgoing Contractor. It shall be conducted in a manner consistent with safe operation requirements. The Contractor shall submit a final Transition-in Plan for approval by the Contracting Officer's Representative (COR) within two (2) weeks after award reflecting input from the COR as well as all necessary activities to facilitate the transition of services to the Contractor and expected completion dates of those activities.  All activities must be completed during transition periods. The Transition-In Plan shall address, at a minimum, the following areas:
- Inventory and orderly transfer of all Government Furnished Equipment and Property (GFE/GFP);
- Transfer of documentation;
- Transfer of current project activities;
- Workplace logistics and staffing plan: Identification of the key personnel transition team members by name, position, EOD, clearance, start date, and responsibilities;

- Coordination of knowledge transfer sessions with the incumbent Contractor;
- Favorable EOD for all Contractor staff from the ICE Personnel Security Unit (PSU);
- Coordination of transition with COR;
- Any additional information required by other clauses contained in this contract.

The Transition-in Plan shall be approved by the COR and describe the Contractor's process for transitioning from the incumbent with no disruption in operational services.

## B. Transition-Out

The Contractor shall be responsible for the transition-out of all technical activities identified in this PWS during the final, awarded period of performance. The Contractor shall submit the Transition-out Plan two (2) months prior to the completion of the period of performance of this contract. The Contractor's Transition-out Plan shall be approved by the COR. The Contractor shall complete the transition by the end of the period of performance of this Task Order. The Transition-Out Plan shall address, at a minimum, the following areas:

- Inventory and orderly transfer of all GFE/GFP
- Briefing on all in-progress and committed items.
- Any additional information required by other clauses contained in this contract.

The Contractor shall fully support the transition of all requirements to any successor to ensure no disruption in operational services.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Request for:**

California Contract Detention Facilities, Solicitation Number 70CDCR20R00000002

**FINAL CONFORMED PROPOSAL SUBMISSION- DECEMBER 19, 2019**

# REQUIREMENT D



Adelanto ICE Processing Center



Desert View Modified
Community Correctional Facility

# VOLUME I: DEMONSTRATED MANAGEMENT/TECHNICAL CAPABILITIES

David J. Venturella

4955 Technology Way

Boca Raton, Florida 33431

Tel: 866.301.4436/561.893.0101

dventurella@geogroup.com



The GEO Group, Inc. ®

338

# United States Department of Homeland Security
# U.S. Immigration and Customs Enforcement

**Request for:**
## California Contract Detention Facilities

**Solicitation Number: 70CDCR20R00000002**
**FINAL CONFORMED PROPOSAL SUBMISSION- DECEMBER 19, 2019**



Table of Contents

Volume I - Demonstrated Technical/Management Capabilities

- **COVER LETTER - FINAL CONFORMED PROPOSAL SUBMISSION**

Transmittal Letter
- Executive Summary - Requirement D

I.1.A Technical Solution
Attachments:
- Adelanto IPC
  - Concept Design Narratives
  - Conceptual Drawings (East & West)

- Desert View MCCF
  - Concept Design Narrative
  - Conceptual Drawings

I.1.B Understanding the PWS
Attachments:
- Adelanto IPC
  - Staffing Plan
  - Deployment Plan (East & West)
  - Organizational Chart
- Desert View MCCF
  - Staffing Plan
  - Deployment Plan
  - Organizational Chart

I.2 Quality Control Plan
Attachments:
- Sample Emergency Plan – Adelanto IPC
- Sample Communications Plan – Adelanto IPC

I.3 Transition Plan

**United States Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

**Request for:**
**California Contract Detention Facilities**

**Solicitation Number: 70CDCR20R00000002**
**FINAL CONFORMED PROPOSAL SUBMISSION- DECEMBER 19, 2019**



I.4 Staffing Plan
Attachments:
- Adelanto IPC
  - Staffing Plan
  - Organizational Chart

- Desert View MCCF
  - Staffing Plan
  - Organizational Chart

December 19, 2019



**The GEO Group, Inc.®**

**Corporate Headquarters**
4955 Technology Way
Boca Raton, Florida 33431

TEL 561 893 0101
866 301 4436
www.geogroup.com

Abeer Saleh, Contracting Officer
ICE/Detention, Compliance and Removals
801 I Street NW Suite 930
Washington, DC 20536

**Re:    Solicitation Number: 70CDCR20R00000002 – REQUIREMENT D
Cover Letter – FINAL CONFORMED PROPOSAL SUBMISSION**

Dear Ms. Saleh:

The GEO Group, Inc. (GEO) hereby submits our conformed Volume I - Demonstrated Technical/Management Capabilities and Volume III - Price Proposal responses as requested via email on December 18, 2019.

This letter is to confirm that this conformed submission contains all changes made and accepted by the Government during the negotiations process and as revised December 19, 2019.

Should you have any questions regarding our submission, please feel free to contact me at 866-301-4436, extension 7343, or via email at dventurella@geogroup.com, or Jennifer Houston, Executive Vice President, Proposal Development, at 866-301-4436, extension 7341, or via email at jhouston@geogroup.com.

Sincerely,
**The GEO Group, Inc.**

David J. Venturella
Senior Vice President, Client Relations

**341**

December 9, 2019

**GEO**

The GEO Group, Inc. ®

**Corporate Headquarters**
4955 Technology Way
Boca Raton, Florida 33431

TEL 561 893 0101
866 301 4436
www.geogroup.com

Abeer Saleh, Contracting Officer
ICE/Detention, Compliance and Removals
801 I Street NW Suite 930
Washington, DC  20536

Re:   **Solicitation Number: 70CDCR20R00000002 – REQUIREMENT D
Cover Letter – FINAL PROPOSAL REVISION**

Dear Ms. Saleh:

The GEO Group, Inc. (GEO) is pleased to submit our response to the request for Final Proposal Revisions for Contract Detention Facilities (CDFs) Detention and Transportation Services within the Los Angeles AOR (referred to as "Requirement D"), received via email on December 5, 2019.

**Proposed ICE Facilities for Requirement D**
GEO's Proposal for Requirement D includes the following two (2) sites under a single contract (Adelanto Complex):

| | | |
|---|---|---|
| • | Adelanto ICE Processing Center | 1,940 beds |
| • | Desert View Annex | 750 beds |
| | | 2,690 beds |

**Background Information**
The Adelanto ICE Processing Center has been under contract with ICE since 2011. The Desert View Facility was added as an annex to the Adelanto ICE Processing Center contract on 9/20/19.

**Contracts**
GEO is revising its submission to propose a single contract for Requirement D to include the Adelanto ICE Processing Center with the Desert View Facility as an Annex.

**Facility Availability**
The Adelanto ICE Processing Center is currently operational under an existing ICE contract and is immediately available for continued operations under a new contract.

Pursuant to the Discussion on December 4, 2019, between GEO and ICE, the Desert View Annex will require approximately an 8-month Operating Transition Period ahead of initial detainee intake.

## Organization of Final Proposal Revision

In accordance with the instructions of the FPR request, GEO has only included documents that have been changed from our original Proposal Submission. Those documents that have been revised/replaced are noted below, with the Attachment number assigned for this FPR submission following each item in parentheses:

- **Requirement D - Volume I - Demonstrated Technical/Management Capabilities**
  Transmittal Letter (Attachment 1)
  Executive Summary – Requirement D (Attachment 2)
  - Adelanto IPC - Concept Design Narratives (Attachment 3.a)
  - Desert View Annex - Concept Design Narrative (Attachment 3.b)
  I.1.B Understanding the PWS (Attachment 4)
  - Adelanto IPC
    - Staffing Plan (See Attachment 8.a)
    - Organizational Chart (See Attachment 8.b)
  - Desert View Annex
    - Staffing Plan (See Attachment 8.c)
    - Organizational Chart (See Attachment 8.d)
  I.1.C Management Plan (Attachment 5)
  I.2 Quality Control Plan (Attachment 6)
  I.3 Transition Plan (Attachment 7)
  I.4 Staffing Plan (Attachment 8)
  - Adelanto IPC
      Staffing Plan (Attachment 8.a)
      Organizational Chart (Attachment 8.b)
  - Desert View Annex
      Staffing Plan (Attachment 8.c)
      Organizational Chart (Attachment 8.d)

- **Requirement D - Volume III - Price Proposal**
      Executive Summary – Requirement D (See Attachment 2)
      Pricing Introduction Narrative (Attachment 9)
      SF 33 – Adelanto Complex (Attachment 9.a)
      Section B: CLINs – Attachment 13 (Attachment 9.b)
  - Adelanto IPC - Attachment 14 (Attachment 9.c)
  - Desert View Annex - Attachment 14 (Attachment 9.d)

2

- **Requirement D - Volume II – Past Performance**
  **NO CHANGES**

- **Requirement D - Volume IV - Environmental**
  **NO CHANGES**

In accordance with the instructions for submission of the FPR, changes to our technical proposal narratives are identified. Items shown in red text have been updated to reflect changes resulting from discussions, clarifications, and PWS Addendum 1 provided by the Government on December 5, 2019. Items shown in blue strikethrough are deleted from the proposal submission. Items shown in black are unchanged.

As required by Item 10 of the FPR instructions, a list of changes made since the original proposal was submitted is attached. Please note, the Transmittal Letter, Executive Summary, and Pricing documents have been replaced in their entirety. The Pricing Introduction Narrative (FPR Attachment 9) addresses changes to our Cost Proposal.

To avoid redundancy, GEO is providing one copy of those attachments that are provided in more than one location of our submission. The staffing plan and organizational charts provided as Attachments 8.a - 8.d in Section I.4 Staffing Plan, are the same as those listed under "I.1.B Understanding the PWS". The Executive Summary listed in the Price Proposal is the same as that provided as Attachment 2.

Regarding Item 13 of the FPR instructions, GEO's response to the follow up Discussion Items received from ICE for Requirement D is also attached. A revised drawing in response to Discussion Item 3, and combined staffing plan for Adelanto and Desert View in response to Discussion Item 13 has been provided.

Should you have any questions regarding our submission, please feel free to contact me at 866-301-4436, extension 7343, or via email at dventurella@geogroup.com, or Jennifer Houston, Executive Vice President, Proposal Development, at 866-301-4436, extension 7341, or via email at jhouston@geogroup.com.

Sincerely,
**The GEO Group, Inc.**

David J. Venturella
Senior Vice President, Client Relations

**344**

# Executive Summary - Requirement D



REQUIREMENT D
**ADELANTO (EAST and WEST) ICE PROCESSING CENTER
AND DESERT VIEW ANNEX**

**FINAL PROPOSAL REVISION**
**EXECUTIVE SUMMARY**

**Facility Location**

- **GEO is proposing the continued management and operation of the Adelanto (East and West) ICE Processing Center (Adelanto IPC), located in Adelanto, California, 85 miles east of the Los Angeles ICE Field Office.**

- **GEO is also proposing the Desert View facility as an Annex to the Adelanto IPC. Desert View would be established as a separate CLIN under the Adelanto IPC contract.**

**Facility Availability**

- **Adelanto IPC - Immediate occupancy.**

- **The Desert View Facility was incorporated as an annex to the Adelanto ICE Processing Center contract September 20, 2019. The facility is immediately available for ICE Operational Transition, with initial detainee intake in approximately 8 months from contract execution.**

**Adelanto Facility Physical Plant**

- **The facility has a general population capacity of 1,940 beds and is comprised of 400,000 square feet in two adjacent buildings.**

- **The modern facility is air-conditioned throughout and has 3 artificial turf soccer fields.**

- **Resident amenities include flat screen TV's in housing areas, indoor hobby crafts, volunteer programming, and faith-based services.**

- **The facility's physical plant meets all mandatory requirements of the American Correctional Association.**

- **Dedicated ICE/ERO/OPLA space including 6 courtrooms.**

- **Separate, secure parking area for government staff.**

346

**GEO** The GEO Group, Inc. ®

FINAL PROPOSAL REVISION - December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Executive Summary – Requirement D (Adelanto Complex)   *page 2 of 3*

**Desert View Annex Physical Plant**

- **The facility has a general population capacity of 750 beds, is comprised of 97,000 square feet.**

- **The modern facility is air-conditioned throughout and is planned to have 2 artificial turf soccer fields.**

- **Resident amenities include flat screen TV's in housing areas, indoor hobby crafts, volunteer programming, and faith-based services.**

- **The facility's physical plant meets all mandatory requirements of the American Correctional Association.**

**Facility Operational Accreditations/Certifications**

- **2011 Performance Based National Detention Standards (PBNDS)**

- **National Commission on Correctional Health Care (NCCHC)**

- **Prison Rape Elimination Act (PREA)**

- **American Correctional Association (ACA)**

**Adelanto IPC Facility Staffing**

- **569.8 total facility staffing**

- **382.8 security staffing**

- **92.0 healthcare staffing (contracted)**

**Desert View Annex Staffing**

- **194.5 total staffing**

- **127 security staffing**

- **29.5 healthcare staffing (contracted)**



**Adelanto Complex Pricing Assumptions**

- **GEO's Final Proposal Revision reflects pricing for each year within the 5-year Base, and within each subsequent year of the two 5-year Option Periods of the 15-year contract term, for the Adelanto ICE Processing Center and Desert View Annex.**

- **Employee compensation is based on current Collective Bargaining Agreement, which expires April 22, 2021.  We anticipate that the CBA wage rates will either be renegotiated, or that the applicable DOL Wage Determination will apply. At that time, we will submit a Request for Equitable Adjustment (REA) in accordance with the Service Contract Act (SCA), for which we expect to receive approval.**

- **Includes use/maintenance/repair of Adelanto Facility having a replacement value in excess of $200 million.**

- **Includes use/maintenance/repair of Desert View Facility having a replacement value in excess of $70 million.**

- **Implementing Electronic Health Records.**

- **Proposed Requirement D Surge/Facility Upgrades have been established with a $5 million placeholder for each 5-year period, at each site, pursuant to the December 9, 2019 directions from ICE. Implementation of Requirement D Surge/Facility Upgrades will occur only following final ICE design and cost review/approval.**

# I.1.A - Technical Solution



# I.   Demonstrated Technical/Management Capabilities
# 1.   Technical Management Approach
## A. TECHNICAL SOLUTION

GEO's technical solution for this Requirement involves the use of existing Processing Centers. The design of each Center proposed under this Requirement and its compliance with requirements of the PWS, RFP, and applicable design standards has been described in the site-specific attachments which follow this section. Each Center is proposed as a stand-alone facility, under separate contract.

GEO is not proposing expansion construction in response to this solicitation. Renovations and Processing Center updates are proposed as described in the site-specific attachments. The locations included in this proposal are presented to the Government for consideration as-is to the greatest extent possible, in their current form with the improvements outlined in the site-specific attachments.

The site-specific attachments identify the administrative areas, housing units, parking, programming, and other support spaces within the Center. Existing functional use of spaces will be reallocated as needed within the Center to align with the requirements of the PWS.

*Please See Requirement D Site-Specific PWS Addendum:*

*Adelanto ICE Processing Center-East and West
Desert View Modified Community Correctional Facility
– attached*

# Adelanto ICE Processing Center

# Concept Design Narrative



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 308 of 538   Page ID #:629

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.A Technical Solution  *page 1 of 4*

## I.  Demonstrated Technical/Management Capabilities
## 1.  Technical Management Approach
### A. TECHNICAL SOLUTION

---

<div align="center">

**SITE-SPECIFIC OVERVIEW:**
**ADELANTO**
**ICE PROCESSING CENTER - EAST**

</div>

---

GEO is proposing the use of our Adelanto ICE Processing Center - East. The Adelanto East Facility is currently being operated under a direct contract between GEO and ICE. The Facility is co-located with the Adelanto ICE Processing Center - West and the Desert View Modified Community Correctional Facility (also proposed under Requirement D), which provides for consolidation benefits.

**Site Address:** 10400 Rancho Road, Adelanto, CA 92301

Adelanto-East is an approximately 107,000 sq. ft. facility renovated and expanded in 2010 for ICE. The Facility is designed to house up to 632 adult male and female general population ICE detainees classified as High (Level 3), Medium High (Level 2), Medium Low (Level 1.5), and Minimum (Level 1) security. GEO's proposed facility design consists of the following:

- 632 general population beds in a total of 7 housing units
  - Ranging from 48-109 beds per dormitory housing unit
- Medical facilities, including a 2-bed infirmary unit
- Secure processing area to include a holding room for at least 157 detainees, that is separated in large and small holding rooms
- Library
- Multipurpose rooms
- Outdoor turfed soccer fields, shaded pavilions, and shaded restroom facilities
- ICE processing and administrative areas
- Office of the Principal Legal Advisor (OPLA) areas
- Executive Office of Immigration Review (EOIR) areas
- Administrative office/support space for ICE enforcement, OPLA, and EOIR staff for 63 employees
  - 9,700 SF of ICE-ERO space
  - 2,700 SF of OPLA space
  - 3,000 SF of EOIR space with one courtroom, including video teleconferencing capabilities
- Approximately 196 parking spaces (75 secure parking spaces for ICE)
- Ample outdoor recreation space



**Proposed Renovations**

In response to this Requirement, GEO is proposing renovations to the Facility which will include the modifications listed below:

- Mental Health Services
  - Two exam rooms repurposed to mental health counseling rooms
  - One multipurpose room repurposed to a group mental health room

The proposed Facility's design drawings, including depictions of the areas proposed for renovation, are provided as attachments to this section.

***Please see Facility Drawings: Adelanto East – attached***

**Furnishings**

In accordance with the request from ICE, GEO agrees to a potential 5-year replacement for all FF&E (both set-in-place and moveable items) in line with business practice, and at the discretion of the COR for the facility. GEO will submit to the COR a schedule for furniture and flooring replacement, furniture life cycle and furniture cut sheets within three months of contract award.

**Secure WiFi**

GEO acknowledges that having secure WiFi throughout the facility would be highly beneficial to ICE's staff on-site. GEO is able to deliver secure WiFi through the use of "Cisco Meraki" enterprise-grade cloud-managed WLAN access points that will provide high performance secure WiFi access (with 802.1ax and native Active Directory integration, Stateful Layer 3-7 firewall, Identity-based group policies, and Built-in antivirus scan, etc.) throughout the facility. If approved by ICE, the secure WiFi system could be installed during the Operations Transition Period.

Delivering WiFi throughout the facility means extending ICE's network coverage beyond the office space, which is not standard practice. Providing this facility-wide coverage will require the following:

1. Determine WAP (wireless access points) needed based on site survey. considering the size of the facility, GEO estimates deploying around 100 devices.

2. Install Cat 6A wires to each access point and terminate on GEO's IDF's (wiring closet).

3. Procure and install secure cabinets on each IDF.

4. Procure and install new power over ethernet (POE) switches on each IDF. The quantity is to be determined based on the facility layout; GEO estimates no less than five will be required.

5. Install Fiber cables to connect IDF's to ICE's main IDF in their office space.



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 310 of 538   Page ID #:631

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.A Technical Solution  *page 3 of 4*

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Perimeter Fencing**

All three locations proposed under this Requirement will have a complete secure perimeter fence around the entire facility, secure sally ports, secure entry/exit (per the ICE ERO CDF Design Standards) as well as building entrance security, and a lobby configuration that complies with ICE Standards. Additional protective vehicle barriers/bollards will be added at the facility entrances at Adelanto West and Desert View (these barriers already exist at Adelanto East). GEO will also add a property line fence with controlled points of entry in accordance with ICE ERO CDF Design Standards.

GEO hereby requests a 12-month waiver in order to complete design, permitting and construction of the perimeter fencing.

Shaded covering can be added for ICE's designated parking at a cost yet to be determined due to the limited time available. Accordingly, we request a 12-month waiver on this item.

Each entry point through the secure perimeter fence will have CCTV monitoring for entrance verification; card reader access for authorized ICE and GEO personnel; and intercoms for approaching vehicles requesting access. In addition to traffic control/access arms, automated gates are proposed at each location which will secure the sites outside of business hours and during times of disturbances such as demonstrations.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Parking Availability**

GEO proposes to provide separate secure parking with controlled access for ingress and egress for contract personnel working at the facility, separate from the facility visitor and staff parking with a combined total of 310 secured parking spaces at all three facilities. To do so, GEO will need to construct approximately 114 parking spaces and is requesting a waiver of 12 months to complete this work. Shaded covering can be added for ICE's designated parking, after receiving the Government's approval. Accordingly, we request a 12-month waiver on this item.



To get to the 310 secured parking spaces, approximately 114 new parking spaces will be required to be constructed for the displaced existing GEO staff and non-ICE visitor parking that will be utilized to create ICE's parking areas.

Five designated ICE Visitor parking spaces will be provided at each site (Adelanto East, Adelanto West, and Desert View). Each ICE visitor parking space will be marked with its own "ICE visitor parking Only – Register your parking space number at the Lobby Security Desk – Unauthorized parked vehicles will be towed at owner's expense" signage and a parking stall number.

All other onsite parking is for GEO personnel and non-ICE visitor parking.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Environmental Compliance**
GEO initiated an Environmental Study on the site. The Environmental Assessment (EA) was completed on October 25, 2019 and reflects current site development. The EA found no adverse impacts. GEO anticipates that the completion of the EA eliminates the need for a full NEPA assessment, allowing ICE to initiate the Finding of No Significant Impact (FONSI) action. The completed EA is provided as Volume IV – Environmental Assessment of this response. GEO will employ all practical means to minimize any potential adverse impacts on the human and natural environment that may occur during the operation of the detention facility.

~~For ease of review, GEO has included an outline of the Facility aligned with the estimation of space requirements provided by ICE in the PWS Addendum for facilities being proposed under Requirement C.~~

~~*Please See Requirement C PWS Addendum: Adelanto East – attached*~~

# Conceptual Drawings

# ADELANTO ICE PROCESSING CENTER - EAST
## (PROPOSED - AS IS)

PROJECT TITLE/LOCATION

ADELANTO ICE
PROCESSING
CENTER -
EAST & WEST
ADELANTO, CA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR



THE GEO GROUP INC
ONE PARK PLACE   SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON , FLORIDA  33487

This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT- THE GEO
GROUP, INC. 2019

ARCHITECTS  AND  ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS



RANCHO ROAD

ADMINISTRATION
ANNEX
BUILDING

ARTIFICIAL TURF
SOCCER FIELD

OUTDOOR
RECREATION YARD

325 BED
HOUSING
BUILDING #1

**ADELANTO
ICE PROCESSING
CENTER - EAST**

SUPPORT BUILDING #2

325 BED
HOUSING
BUILDING #3

ADMINISTRATION
BUILDING

23 VISITOR PARKING SPACES

18 EMPLOYEE /
VISITOR PARKING SPACES

5 BUS PARKING SPACES

10 EMPLOYEE
PARKING SPACES

VISITOR PEDESTRIAN WALKWAY /
PARKING SPACES

74 ICE PARKING SPACES

### SITE PLAN
1"=40'-0"

NORTH

| BED COUNT BREAKDOWN | |
|---|---|
| | BEDS |
| BUILDING #1 | |
| FEMALE HOUSING BUILDING | 265 |
| (TRANSGENDER) | 52 |
| (FEMALE SEGREGATION) | 8 |
| BUILDING #3 | |
| MALE HOUSING BUILDING | 325 |
| TOTAL BEDS | 650 |

| PARKING SPACES | | |
|---|---|---|
| | | QUANTITY |
| ICE SECURE PARKING SPACES | = | 74 |
| GENERAL & EMPLOYEE PARKING SPACES | = | 92 |
| TOTAL PARKING SPACES | = | 167 |
| SECURE VEHICLE PARKING SPACES | = | 5 |

NO.   ISSUE  DESCRIPTION                    DATE

REVISION  DESCRIPTION                       DATE

DRAWN BY:                    REVIEWED  BY:

PROJECT NO.

SHEET TITLE

SITE PLAN

SHEET NUMBER

A-1

# ADELANTO ICE PROCESSING CENTER - EAST
## (PROPOSED - AS IS)

PROJECT TITLE / LOCATION

**ADELANTO ICE PROCESSING CENTER EAST & WEST**
ADELANTO, CA

RFP # 70CDCR20R00000002

DEVELOPER/OWNER

THE GEO GROUP INC
ONE PARK PLACE, SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA 33487

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019

SUPPORT BUILDING #2

ADD TOILET FIXTURE
RAZOR WIRE @ ROOF

WATERFALL RAZOR WIRE
WHERE SHOWN

WINDOW GLAZING TO BE CHANGED TO TRANSLUCENT GLAZING

CHANGE URINAL TO TOILETS BOTH FLOORS

108 BED POD
1D

1C

TRANS GENDER
52 BED POD

8 FEMALE SEG

48 GENERAL POP
8 SEG BEDS
56 BED POD
1B

10 GENERAL POP.

109 BED POD
1A

CHANGE URINAL TO TOILETS BOTH FLOORS

**325 FEMALE HOUSING HOUSING BUILDING #1**

SECURE WALL

108 BED POD
3A

CREDITABLE FEAR INTERVIEW / VCT

109 BED POD
3B

108 BED POD
3C

**325 MALE HOUSING HOUSING BUILDING #3**

SECURE WALL

WATERSTATE SOUND BARRIER OPTIONS

BUILDING #4

GEO PARKING
21 PARKING SPACES

WHEEL STOPS

PARKING SPACES

21 PARKING SPACES

ICE PARKING

RAILING, GATE & SIGNAGE TO DIVERT PEDESTRIANS

ADMINISTRATION BUILDING #5

**FIRST FLOOR FACILITY PLAN**   1/16"=1'-0"
NORTH

**SECOND FLOOR OFFICE BUILDING PLAN**   1/16"=1'-0"
NORTH

## BED COUNT BREAKDOWN

|  | BEDS |
|---|---|
| BUILDING #1 | |
| FEMALE HOUSING BUILDING | 266 |
| (TRANSGENDER) | 52 |
| (FEMALE SEGREGATION) | 8 |
| BUILDING #3 | |
| MALE HOUSING BUILDING | 325 |
| **TOTAL BEDS** | **650** |

## FACILITY AREA BREAKDOWN

| | SQ FEET |
|---|---|
| BUILDING #1 (HOUSING BUILDING) | 25,428 S.F. |
| BUILDING #2 (SUPPORT BUILDING) | 35,079 S.F. |
| BUILDING #3 (HOUSING BUILDING) | 25,428 S.F. |
| BUILDING #4 (TRAINING BUILDING) | 2,000 S.F. |
| BUILDING #5 (OFFICE BUILDING) | 19,204 S.F. |
| **TOTAL FACILITY AREA** | **107,139 S.F.** |

### SUPPORT BUILDINGS AREA BREAKDOWN

| | |
|---|---|
| ICE / OPLA AREA | 13,167 S.F. |
| MEDICAL AREA | 3,535 S.F. |
| INTAKE AREA | 4,840 S.F. |
| KITCHEN & LAUNDRY AREA | 6,311 S.F. |
| GEO ADMIN | 12,835 S.F. |
| VISITATION | 2,770 S.F. |

## FACILITY COLOR LEGEND

| | | | |
|---|---|---|---|
| FEMALE HOUSING | | MALE HOUSING | |
| ICE / OPLA AREAS | | INTAKE AREA | |
| GEO AREA | | VISITATION AREA | |
| SUPPORT AREAS | | CENTRAL CONTROL | |
| CORRIDOR AREA | | TRANSGENDER | |
| MEDICAL | | MENTAL HEALTH | |
| EOIR | | | |

FIRST FLOOR FACILITY PLAN & SECOND FLOOR OFFICE BUILDING PLAN

**A-2**

# Concept Design Narrative



# I.  Demonstrated Technical/Management Capabilities
# 1.  Technical Management Approach
## A. TECHNICAL SOLUTION

---

### SITE-SPECIFIC OVERVIEW:
### ADELANTO
### ICE PROCESSING CENTER - WEST

---

GEO is proposing the use of our Adelanto ICE Processing Center -West. The Adelanto West Facility is currently being operated under a direct contract between GEO and ICE. The Facility is co-located with the Adelanto ICE Processing Center - East and the Desert View Modified Community Correctional Facility (also proposed under Requirement D), which provides for consolidation benefits.

**Site Address:** 10250 Rancho Road, Adelanto, CA 92301

Adelanto-West is an approximately 300,000 sq. ft. facility designed and built in 2011, and expanded in 2014 for ICE. The Facility is designed to house up to 1,312 adult male general population ICE detainees classified as High (Level 3), Medium High (Level 2), Medium Low (Level 1.5), and Minimum (Level 1) security. GEO's proposed facility design consists of the following:

- 1,312 general population beds in a total of 17 housing units
  - One 32 bed housing unit and 16-80 Bed Dormitory Housing Units
- Medical facilities, including a 10-bed infirmary Secure processing area to include a holding room for at least 149 detainees, separated in large and small holding rooms
- Separate visitation and court holding rooms for at least 50 detainees, separated in large and small holding rooms
- Library
- Chapel
- Outdoor turfed soccer fields, shaded pavilions and shaded restroom facilities
- Administrative office/support space for ICE enforcement, OPLA, and EOIR staff for 90 employees
  - 15,250 SF of ICE-ERO space
  - 6,700 SF of OPLA space
  - 11,600 SF of EOIR space, including five courtrooms with video teleconferencing capabilities
- Approximately 254 parking spaces (105 secure parking spaces for ICE)
- Ample outdoor recreation space



**Proposed Renovations**

In response to this Requirement, GEO is proposing renovations to the Facility which will include the modifications listed below:

- Mental health services
  - Mental health services staff area
  - Two new mental health group rooms
  - Four new mental health counseling rooms located adjacent to the housing units

The proposed Facility's design drawings, including depictions of the areas proposed for renovation, are provided as attachments to this section.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

*Please see Facility Drawings: Adelanto West – attached*

**Furnishings**

In accordance with the request from ICE, GEO agrees to a potential 5-year replacement for all FF&E (both set-in-place and moveable items) in line with business practice, and at the discretion of the COR for the facility. GEO will submit to the COR a schedule for furniture and flooring replacement, furniture life cycle and furniture cut sheets within three months of contract award.

**Secure WiFi**

GEO acknowledges that having secure WiFi throughout the facility would be highly beneficial to ICE's staff on-site. GEO is able to deliver secure WiFi through the use of "Cisco Meraki" enterprise-grade cloud-managed WLAN access points that will provide high performance secure WiFi access (with 802.1ax and native Active Directory integration, Stateful Layer 3-7 firewall, Identity-based group policies, and Built-in antivirus scan, etc.) throughout the facility. If approved by ICE, the secure WiFi system could be installed during the Operations Transition Period.

Delivering WiFi throughout the facility means extending ICE's network coverage beyond the office space, which is not standard practice. Providing this facility-wide coverage will require the following:

1. Determine WAP (wireless access points) needed based on site survey. considering the size of the facility, GEO estimates deploying around 100 devices.



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 318 of 538   Page ID #:639

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.A Technical Solution  *page 3 of 5*

2. Install Cat 6A wires to each access point and terminate on GEO's IDF's (wiring closet).

3. Procure and install secure cabinets on each IDF.

4. Procure and install new power over ethernet (POE) switches on each IDF. The quantity is to be determined based on the facility layout; GEO estimates no less than five will be required.

5. Install Fiber cables to connect IDF's to ICE's main IDF in their office space.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

## Perimeter Fencing

All three locations proposed under this Requirement will have a complete secure perimeter fence around the entire facility, secure sally ports, secure entry/exit (per the ICE ERO CDF Design Standards) as well as building entrance security, and a lobby configuration that complies with ICE Standards. Additional protective vehicle barriers/bollards will be added at the facility entrances at Adelanto West and Desert View (these barriers already exist at Adelanto East). GEO will also add a property line fence with controlled points of entry in accordance with ICE ERO CDF Design Standards.

GEO hereby requests a 12-month waiver in order to complete design, permitting and construction of the perimeter fencing.

Shaded covering can be added for ICE's designated parking at a cost yet to be determined due to the limited time available. Accordingly, we request a 12-month waiver on this item.

Each entry point through the secure perimeter fence will have CCTV monitoring for entrance verification; card reader access for authorized ICE and GEO personnel; and intercoms for approaching vehicles requesting access. In addition to traffic control/access arms, automated gates are proposed at each location which will secure the sites outside of business hours and during times of disturbances such as demonstrations.

As agreed in the Discussions Meeting between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.



**Space for ICE Personnel and ICE-ERO**

GEO proposes to design and build a 10,000 sq. ft. addition to the Adelanto West Facility. The actual physical make-up of this proposed ICE-ERO Administration/Operations space will be worked out with ICE's review and input. Design, ICE review and approvals, permitting and construction are estimated to take approximately 24 months. Accordingly, we are requesting a 24-month waiver on this item.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Parking Availability**

GEO proposes to provide separate secure parking with controlled access for ingress and egress for contract personnel working at the facility, separate from the facility visitor and staff parking with a combined total of 310 secured parking spaces at all three facilities. To do so, GEO will need to construct approximately 114 parking spaces and is requesting a waiver of 12 months to complete this work. Shaded covering can be added for ICE's designated parking, after receiving the Government's approval. Accordingly, we request a 12-month waiver on this item.

To get to the 310 secured parking spaces, approximately 114 new parking spaces will be required to be constructed for the displaced existing GEO staff and non-ICE visitor parking that will be utilized to create ICE's parking areas.

Five designated ICE Visitor parking spaces will be provided at each site (Adelanto East, Adelanto West, and Desert View). Each ICE visitor parking space will be marked with its own "ICE visitor parking Only – Register your parking space number at the Lobby Security Desk – Unauthorized parked vehicles will be towed at owner's expense" signage and a parking stall number.

All other onsite parking is for GEO personnel and non-ICE visitor parking.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Environmental Compliance**

GEO initiated an Environmental Study on the site. The Environmental Assessment (EA) was completed on October 25, 2019 and reflects current site development. The EA found no adverse impacts. GEO anticipates that the completion of the EA eliminates the need



for a full NEPA assessment, allowing ICE to initiate the Finding of No Significant Impact (FONSI) action. The completed EA is provided as Volume IV – Environmental Assessment of this response. GEO will employ all practical means to minimize any potential adverse impacts on the human and natural environment that may occur during the operation of the detention facility.

~~For ease of review, GEO has included an outline of the Facility aligned with the estimation of space requirements provided by ICE in the PWS Addendum for facilities being proposed under Requirement C.~~

~~***Please See Requirement C PWS Addendum: Adelanto West – attached***~~

# Conceptual Drawings

# ADELANTO ICE PROCESSING CENTER - WEST
# (PROPOSED - AS MODIFIED)



ADELANTO
ICE PROCESSING CENTER - WEST

51 PARKING SPACES

104 PARKING SPACES

105 ICE/OPLA - EOIR PARKING

42 EXPANDED PARKING SPACES

6' HIGH FENCE

8' HIGH FENCE

PROJECT TITLE / LOCATION
ADELANTO ICE
PROCESSING CENTER
EAST & WEST
ADELANTO, CA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR

THE GEO GROUP INC.
ONE PARK PLACE - SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON , FLORIDA  33487

This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT- THE GEO
GROUP, INC. 2019
ARCHITECTS  AND  ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

| NO. | ISSUE DESCRIPTION | DATE |
|-----|-------------------|------|
| 1. | ICE RFP SUBMISSION | 10-31-19 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

| REVISION DESCRIPTION | DATE |
|----------------------|------|

DRAWN BY: _____  REVIEWED BY: _____
PROJECT NO:

SHEET TITLE:
SITE PLAN



## PARKING SPACES

| | | QUANTITY |
|---|---|---|
| ICE SECURE PARKING SPACES | = | 105 |
| GENERAL PARKING SPACES | = | 171 |
| TOTAL PARKING SPACES | = | 276 |
| SECURE VEHICLE PARKING SPACES | = | 20 |

NOTE:
1. INCREASE CCTV RECORDING FROM 30 DAYS
TO 45 DAYS. ADD DVR'S AS REQUIRED

2. PROVIDE POWER & DATA FOR 2- LIBRARY
KIOSKS PER HOUSING POD.

## BED BREAKDOWN

| | BEDS |
|---|---|
| ORIGINAL ADELANTO WEST | 640 |
| ADELANTO WEST EXPANDED | 640 |
| TOTAL ALL CELL BEDS | 1,280 |

SEGREGATION BEDS & PROTECTIVE CUSTODY     128



SITE PLAN
NORTH                              1"=50'-0"

Original drawing is 30" x 42". Scale varies accordingly if reduced
SHEET NUMBER:
A-1

# ADELANTO ICE PROCESSING CENTER - WEST
## (PROPOSED - AS MODIFIED)



**FACILITY COLOR LEGEND**

| | |
|---|---|
| EOIR AREA | |
| ICE / OPLA AREAS | |
| GEO AREA | |
| SUPPORT AREAS | |
| CORRIDOR AREA | |
| SEGREGATION | |
| HOUSING AREAS | |
| INTAKE AREA | |
| VISITATION AREA | |
| CENTRAL & HOUSING CONTROL | |
| MEDICAL | |

320 BED HOUSING   320 BED HOUSING   320 BED HOUSING   320 BED HOUSING

128 BED SEGREGATION

NEW ICE TRAINING ROOM

LOBBY AREA EXPANSION

OPLA EXPANSION AREA

WAREHOUSE

51 PARKING SPACES

104 PARKING SPACES

105 ICE/OPLA - EOIR PARKING

42 EXPANDED PARKING SPACES

6' HIGH FENCE

8' HIGH FENCE

**EXISTING FACILITY AREA BREAKDOWN**

| | SQ FEET |
|---|---|
| SUPPORT BUILDINGS | 107,052 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 34,985 S.F.) | 69,970 S.F. |
| SEGREGATION BUILDING | 10,247 S.F. |
| KITCHEN / DINING AREA | 7,247 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 34,985 S.F.) | 69,970 S.F. |
| OPLA AREA | 6,671 S.F. |
| NEW VISITOR WAITING | 3,027 S.F. |
| NEW PROGRAM AREAS | 2,590 S.F. |
| CORRIDOR | 4,329 S.F. |
| WAREHOUSE | 4,000 S.F. |
| NEW ICE TRAINING AREA | 2,336 S.F. |
| EXPANDED SEGREGATION | 5,000 S.F. |
| .... | .... |
| TOTAL FACILITY SF. | 292,439 S.F. |

**SUPPORT SPACES**

| | QUANTITY |
|---|---|
| COURTROOMS | = 5 |
| CHAPEL | = 1 |
| MULTIPURPOSE ROOMS | = 2 |
| DINING ROOMS  (120 SEAT EACH) | = 2 |
| LIBRARY | = 1 |
| COMPUTER CLASSROOM | = 1 |

FACILITY PLAN
NORTH
1/32"=1'-0"

PROJECT TITLE / LOCATION

ADELANTO ICE
PROCESSING CENTER
EAST & WEST
ADELANTO, CA
REF #

DEVELOPER/OPERATOR



THE GEO GROUP INC.
ONE PARK PLACE - SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA 33487

This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT- THE GEO
GROUP, INC. 2019

ARCHITECT AND ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

DRAWN BY:   REVIEWED BY:
PROJECT NO.
SHEET TITLE:
FACILITY PLAN

SHEET NUMBER:
## A-2

# ADELANTO ICE PROCESSING CENTER - WEST
# (PROPOSED -AS MODIFIED)

## 1 - EXISTING ENLARGED PLAN
1/4"=1'-0"



JAN/STOR

STORAGE

## 2 - PROPOSED ENLARGED PLAN
1/4"=1'-0"




NEW MILLWORK & SINK

JAN/STOR

CORF

MENTAL HEALTH

SHOWERS

NEW POWER/DATA

NEW DETENTION WINDOW, DOOR, FRAME & HARDWARE

## 3 - EXISTING ENLARGED PLAN
1/4"=1'-0"



S.V.

MULTI- PURPOSE

CHAPEL

HC

HC

OFFICE

STORAGE

24 x 42   24 x 42

KEY

OFFICE

## 4 - PROPOSED ENLARGED PLAN
1/4"=1'-0"



NEW POWER/DATA (TYP.)

NEW DETENTION DOOR & FRAME

NEW FULL HEIGHT REINF. CMU WALL

NEW FF & E. NEW POWER/DATA TO EACH CUBICLE

S.V.

12 SEAT GROUP ROOM

12 SEAT GROUP ROOM

MENTAL HEALTH STAFF

M.H. OFF

24 x 42   24 x 42

STORAGE

KEY

OFFICE

NEW FF & E (TYP.)

PROJECT TITLE / LOCATION

ADELANTO ICE PROCESSING CENTER EAST & WEST
ADELANTO, CA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR



THE GEO GROUP INC.
ONE PARK PLACE   SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA  33487

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019

ARCHITECTS AND ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

NO.   ISSUE DESCRIPTION           DATE

REVISION DESCRIPTION               DATE

DRAWN BY:        REVIEWED BY:

PROJECT NO:

SHEET TITLE:

PARTIAL FACILITY PLAN

SHEET NUMBER:

A-3

# ADELANTO ICE PROCESSING CENTER - WEST
# (PROPOSED - AS MODIFIED)



**FACILITY COLOR LEGEND**

- EOIR AREA
- ICE / OPLA AREAS
- GEO AREA
- SUPPORT AREAS
- CORRIDOR AREA
- SEGREGATION
- HOUSING AREAS
- INTAKE AREA
- VISITATION AREA
- CENTRAL & HOUSING CONTROL
- MEDICAL
- PROPOSED ICE EXPANSION

**EXISTING FACILITY AREA BREAKDOWN**

| | SQ FEET |
|---|---|
| SUPPORT BUILDINGS | 107,052 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 34,985 S.F.) | 69,970 S.F. |
| SEGREGATION BUILDING | 10,247 S.F. |
| KITCHEN / DINING AREA | 7,247 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 34,985 S.F.) | 69,970 S.F. |
| OPLA AREA | 6,671 S.F. |
| NEW VISITOR WAITING | 3,027 S.F. |
| NEW PROGRAM AREAS | 2,590 S.F. |
| CORRIDOR | 4,329 S.F. |
| WAREHOUSE | 4,000 S.F. |
| NEW ICE TRAINING AREA | 2,336 S.F. |
| EXPANDED SEGREGATION | 5,000 S.F. |
| | |
| TOTAL FACILITY SF. | 292,439 S.F. |

**ICE PARKING SPACES**

| | | QUANTITY |
|---|---|---|
| ICE SECURE PARKING SPACES | = | 209 |
| ICE /OPLA/ EOIR/ VISITOR | = | 5 |
| SECURE VAN PARKING | = | 12 |
| SECURE BUS PARKING SPACES | = | 8 |

Labels within the plan:
- 320 BED HOUSING (×4)
- 128 BED SEGREGATION
- PROTECTIVE CUSTODY REC.
- EXISTING SHADE STRUCTURE
- PROGRAM EXPANSION
- ICE EXPANSION +/- 10,000 SF IN-HOUSE EMPLOYEE WORK AREAS
- LOBBY AREA EXPANSION
- OPLA EXPANSION AREA
- WAREHOUSE
- NEW EMPLOYEE PARKING LOT
- PROPOSED COVERED PARKING SHADE STRUCTURE TYP.
- 51 PARKING SPACES ICE VISITOR PARKING
- 105 ICE - EOIR PARKING SPACES
- 6' HIGH FENCE
- PROPOSED 104 ICE - OPLA PARKING SPACES
- PROPOSED COVERED PARKING SHADE STRUCTURE TYP.
- TRANSPORT VEHICLE PARKING
- PROPOSED COVERED BUS SHADE STRUCTURE TYP.
- 8' HIGH FENCE

PROJECT TITLE / LOCATION
ADELANTO ICE PROCESSING CENTER EAST & WEST
ADELANTO, CA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR



THE GEO GROUP INC.
4955 TECHNOLOGY WAY
BOCA RATON , FLORIDA 33431

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019

ARCHITECT AND ENGINEER

FACILITY PLAN
1/32"=1'-0"

FACILITY PLAN - REVISED

A-2

# ADELANTO ICE PROCESSING CENTER - EAST
## (PROPOSED - AS IS)





PROJECT TITLE / LOCATION

ADELANTO ICE
PROCESSING
CENTER -
EAST & WEST
ADELANTO, CA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR

THE GEO GROUP INC.
4955 TECHNOLOGY WAY
BOCA RATON, FLORIDA 33431

This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT- THE GEO
GROUP, INC. 2019

ARCHITECTS AND ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

## SITE PLAN

1"=40'-0"

NORTH

### BED COUNT BREAKDOWN

| | BEDS |
|---|---|
| BUILDING #1 | |
| FEMALE HOUSING BUILDING | 265 |
| (TRANSGENDER) | 52 |
| (FEMALE SEGREGATION) | 8 |
| BUILDING #3 | |
| MALE HOUSING BUILDING | 325 |
| TOTAL BEDS | 650 |

### ICE PARKING SPACES

| | | QUANTITY |
|---|---|---|
| ICE SECURE PARKING SPACES | = | 84 |
| ICE / OPLA/ EOIR/ VISITOR | = | 5 |

NO. ISSUE DESCRIPTION DATE

REVISION DESCRIPTION DATE

DRAWN BY: REVIEWED BY:
PROJECT NO.

SHEET TITLE

SITE PLAN
-REVISED

SHEET NUMBER

A-1

# ADELANTO ICE PROCESSING CENTER - WEST
## (PROPOSED - AS MODIFIED)





FACILITY PLAN

1/32"=1'-0"

NORTH

FACILITY PLAN
- REVISED

A-2

### FACILITY COLOR LEGEND

- EOIR AREA
- ICE / OPLA AREAS
- GEO AREA
- SUPPORT AREAS
- CORRIDOR AREA
- SEGREGATION
- HOUSING AREAS
- INTAKE AREA
- VISITATION AREA
- CENTRAL & HOUSING CONTROL
- MEDICAL
- PROPOSED ICE EXPANSION

### EXISTING FACILITY AREA BREAKDOWN

| | SQ FEET |
|---|---|
| SUPPORT BUILDINGS | 107,092 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 34,985 S.F.) | 89,970 S.F. |
| SEGREGATION BUILDING | 10,247 S.F. |
| KITCHEN / DINING AREA | 7,247 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 34,985 S.F.) | 69,970 S.F. |
| OPLA AREA | 6,671 S.F. |
| NEW VISITOR WAITING | 3,027 S.F. |
| NEW PROGRAM AREAS | 2,590 S.F. |
| CORRIDOR | 4,329 S.F. |
| WAREHOUSE | 4,000 S.F. |
| NEW ICE TRAINING AREA | 2,336 S.F. |
| EXPANDED SEGREGATION | 5,000 S.F. |
| **TOTAL FACILITY SF.** | **292,439 S.F.** |

### ICE PARKING SPACES

| | QUANTITY |
|---|---|
| ICE SECURE PARKING SPACES | 209 |
| ICE /OPLA/ EOIR/ VISITOR | 5 |
| SECURE VAN PARKING | 12 |
| SECURE BUS PARKING SPACES | 8 |

PROJECT TITLE / LOCATION

ADELANTO ICE
PROCESSING CENTER
EAST & WEST
ADELANTO, CA

RFP # 70CDCR20R00000002

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019



OVERALL FACILITIES SITE LAYOUT PLAN

GEO - ADELANTO DETENTION FACILITIES
PERIMETER FENCING MODIFICATIONS

10250 RANCHO ROAD
ADELANTO, CALIFORNIA

A100

OVERALL FACILITIES
SITE LAYOUT PLAN

# Desert View Modified Community Correctional Facility

# Concept Design Narrative



## I. Demonstrated Technical/Management Capabilities
## 1. Technical Management Approach
## A. TECHNICAL SOLUTION

---

### SITE-SPECIFIC OVERVIEW:
### DESERT VIEW MODIFIED
### COMMUNITY CORRECTIONAL FACILITY

---

GEO is proposing the use of our Desert View Modified Community Correctional Facility. The Desert View Facility was most recently operated under contract with the California Department of Corrections and Rehabilitation. The Facility is co-located with the Adelanto ICE Processing Center - East and Adelanto ICE Processing Center – West (also proposed under Requirement D), which provides for consolidation benefits.

**Site Address:** 10450 Rancho Road, Adelanto, CA 92301

The Desert View Facility is an approximately 97,000 sq. ft. facility built in 1997. The Facility is designed to house up to 750 adult male general population ICE detainees classified as High (Level 3), Medium High (Level 2), Medium Low (Level 1.5), and Minimum (Level 1) security. GEO's proposed facility design consists of the following:

- 750 general population beds in a total of 8 housing units
    − 93-94 beds per dormitory housing unit
- A cafeteria-style dining room
- Library
- Multipurpose Rooms
- Administrative office/support space for 23 Government staff, 18 offices and 5 cubicles
    − Repurposed area for Office of the Principal Legal Advisor (OPLA) areas
    − Repurposed area for Executive Office of Immigration Review (EOIR) areas
    − Administrative office/support space for ICE ERO
- Three VTC courtrooms with video teleconferencing capabilities for EOIR
- Approximately 147 parking spaces
- Ample outdoor recreation space

**Proposed Renovations**
In response to this Requirement, GEO is proposing renovations to the Facility which will include the modifications listed below:

- ICE processing and administrative office areas
- Secure processing area to include a holding room for at least 66 detainees, separated in large and small holding rooms

**376**



- Chapel
- Outdoor turfed soccer fields, shaded pavilions and shaded restroom facilities
- Medical facilities, including a 4-bed infirmary
- Mental Health Counseling Office

The proposed Facility's design drawings, including depictions of the areas proposed for renovation, are provided as attachments to this section.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

***Please see Facility Drawings: Desert View – attached***

**Furnishings**
In accordance with the request from ICE, GEO agrees to a potential 5-year replacement for all FF&E (both set-in-place and moveable items) in line with business practice, and at the discretion of the COR for the facility. GEO will submit to the COR a schedule for furniture and flooring replacement, furniture life cycle and furniture cut sheets within three months of contract award.

**Secure WiFi**
GEO acknowledges that having secure WiFi throughout the facility would be highly beneficial to ICE's staff on-site. GEO is able to deliver secure WiFi through the use of "Cisco Meraki" enterprise-grade cloud-managed WLAN access points that will provide high performance secure WiFi access (with 802.1ax and native Active Directory integration, Stateful Layer 3-7 firewall, Identity-based group policies, and Built-in antivirus scan, etc.) throughout the facility. If approved by ICE, the secure WiFi system could be installed during the Operations Transition Period.

Delivering WiFi throughout the facility means extending ICE's network coverage beyond the office space, which is not standard practice. Providing this facility-wide coverage will require the following:

1. Determine WAP (wireless access points) needed based on site survey. considering the size of the facility, GEO estimates deploying around 100 devices.

2. Install Cat 6A wires to each access point and terminate on GEO's IDF's (wiring closet).

3. Procure and install secure cabinets on each IDF.



4. Procure and install new power over ethernet (POE) switches on each IDF. The quantity is to be determined based on the facility layout; GEO estimates no less than five will be required.

5. Install Fiber cables to connect IDF's to ICE's main IDF in their office space.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Perimeter Fencing**
All three locations proposed under this Requirement will have a complete secure perimeter fence around the entire facility, secure sally ports, secure entry/exit (per the ICE ERO CDF Design Standards) as well as building entrance security, and a lobby configuration that complies with ICE Standards. Additional protective vehicle barriers/bollards will be added at the facility entrances at Adelanto West and Desert View (these barriers already exist at Adelanto East). GEO will also add a property line fence with controlled points of entry in accordance with ICE ERO CDF Design Standards.

GEO hereby requests a 12-month waiver in order to complete design, permitting and construction of the perimeter fencing.

Shaded covering can be added for ICE's designated parking at a cost yet to be determined due to the limited time available. Accordingly, we request a 12-month waiver on this item.

Each entry point through the secure perimeter fence will have CCTV monitoring for entrance verification; card reader access for authorized ICE and GEO personnel; and intercoms for approaching vehicles requesting access. In addition to traffic control/access arms, automated gates are proposed at each location which will secure the sites outside of business hours and during times of disturbances such as demonstrations.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Parking Availability**
GEO proposes to provide separate secure parking with controlled access for ingress and egress for contract personnel working at the facility, separate from the facility visitor and staff parking with a combined total of 310 secured parking spaces at all three facilities.



To do so, GEO will need to construct approximately 114 parking spaces and is requesting a waiver of 12 months to complete this work. Shaded covering can be added for ICE's designated parking, after receiving the Government's approval. Accordingly, we request a 12-month waiver on this item.

To get to the 310 secured parking spaces, approximately 114 new parking spaces will be required to be constructed for the displaced existing GEO staff and non-ICE visitor parking that will be utilized to create ICE's parking areas.

Five designated ICE Visitor parking spaces will be provided at each site (Adelanto East, Adelanto West, and Desert View). Each ICE visitor parking space will be marked with its own "ICE visitor parking Only – Register your parking space number at the Lobby Security Desk – Unauthorized parked vehicles will be towed at owner's expense" signage and a parking stall number.

All other onsite parking is for GEO personnel and non-ICE visitor parking.

As agreed in the Discussion between GEO and ICE on December 4, 2019, this item is subject to final review and negotiations, following contract award. In the event the government chooses not to move forward with this facility upgrade to meet the RFP design requirements, the applicable requirement will be waived.

**Facility Availability**
**Site-Specific Transition Plan – Desert View**
The current occupants of the Desert View facility will begin vacating the facility in January 2020 and complete the process by the end of March 2020. However, operation of the Desert View Facility under the ICE Contract will commence immediately upon contract award, beginning with the implementation of the proposed Operations Transition Period, as detailed below.

We request a waiver of the 60-day Transition Period by substituting the following:

The full Operations Transition Period includes two phases: 1) 6-Month Pre-Transition Mobilization; and 2) 60-Day Transition.

Pre-Transition Mobilization Phase (6 months):
Immediately upon contract award by ICE, GEO will establish the Operations Transition Team. This team will be on-site, overseeing all operational activities during the full Operations Transition Period (OTP). During the Pre-Transition Mobilization Phase of the OTP, these activities will include:

- Conducting Post-award Kick-off teleconference, tentatively scheduled for December 21, 2019



- Beginning bi-weekly and/or monthly Progress Update Meetings with ICE
- Coordinating on-site surveys and needs analysis with representatives from ICE, EOIR, IHSC, and OPLA
- Initiating installation of WiFi upon approval by ICE
- Implementing SORN approval process
- Implementing Virtual Attorney Visitation capability
- Finalizing facility reconfiguration plans following ICE on-site surveys
- Ordering/repositioning of FF&E and vehicles
- Conducting recruitment events (i.e. job fairs, employee interviews)
- Screening of employment applicants and federal background clearance checks
- Completing facility reconfiguration
- Updating standard operating procedures in accordance with federal contract
- Submitting facility policies and procedures for final approval
- Submitting Notice to ICE to begin the 60-Day Transition Period

As agreed in the Discussion between GEO and ICE on December 4, 2019, GEO will invoice the government during the Pre-transition Mobilization Phase as priced in our Final Proposal Revision.

60-day Transition Period Phase:
During this second phase of the Operations Transition Period, GEO's Operations Transition Team will oversee:
- Onboarding of facility staff
- Completion of all staff training
- Vehicle assessments
- Installation of all remaining FF&E
- Facility readiness reviews
- Finalization of detainee transfer plan to begin housing detainees in the facility
- Detainee transfers into the facility at the end of the Transition Period phase

During the 60-Day Transition Period Phase, GEO will invoice the Government as priced in our Final Proposal Revision.

**Environmental Compliance**
In anticipation of this procurement, GEO initiated an Environmental Study on the site. The Environmental Assessment (EA) was completed on October 25, 2019 and reflects



current site development. The EA found no adverse impacts. GEO anticipates that the completion of the EA eliminates the need for a full NEPA assessment, allowing ICE to initiate the Finding of No Significant Impact (FONSI) action. The completed EA is provided as Volume IV – Environmental Assessment of this response. GEO will employ all practical means to minimize any potential adverse impacts on the human and natural environment that may occur during the operation of the detention facility.

~~For ease of review, GEO has included an outline of the Facility aligned with the estimation of space requirements provided by ICE in the PWS Addendum for facilities being proposed under Requirement C.~~

~~***Please See Requirement C PWS Addendum: Desert View – attached***~~

# Conceptual Drawings



# DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
## (PROPOSED - AS MODIFIED)

**PROPOSED FACILITY PLAN**
1"=30'-0"

PROPOSED FACILITY PLAN

| PARKING SPACES | | |
|---|---|---|
| | | QUANTITY |
| ICE SECURE PARKING SPACES | = | 17 |
| GENERAL PARKING SPACES | = | 120 |
| TOTAL PARKING SPACES | = | 137 |
| SECURE VEHICLE PARKING SPACES | = | 0 |

| BED COUNT BREAKDOWN | |
|---|---|
| | BEDS |
| HOUSING BUILDING #1 | 374 |
| HOUSING BUILDING #2 | 376 |
| TOTAL BEDS | 750 |

| FACILITY AREA BREAKDOWN | |
|---|---|
| | SQ. FEET |
| SUPPORT BUILDINGS | 39,781 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 28,153 S.F.) | 56,306 S.F. |
| EXISTING FACILITY AREA | 96,087 S.F. |
| RENOVATED AREA | ... S.F. |



This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT: THE GEO GROUP, INC. 2019

A-1
SHEET TITLE:
PROPOSED FACILITY PLAN

# DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
## (PROPOSED - AS MODIFIED)





PROJECT TITLE / LOCATION

DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
CALIFORNIA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR

THE GEO GROUP INC.
ONE PARK PLACE  SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA 33487

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019

ARCHITECTS AND ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

| NO. | ISSUE DESCRIPTION | DATE |
|---|---|---|
| 1 | ICE RFP SUBMISSION | 10-31-19 |
| 2 | | |
| 3 | | |

REVISION DESCRIPTION | DATE

DRAWN BY:          REVIEWED BY:
PROJECT NO:

SHEET TITLES:
PROPOSED FACILITY PLAN

Original drawing is 30" x 42". Scale entities accordingly if reduced.

SHEET NUMBER:
A-2

## FACILITY COLOR LEGEND

- GEO AREA
- ICE / OPLA AREAS
- SUPPORT AREAS
- CORRIDOR AREA
- HOUSING AREAS
- INTAKE AREA
- VISITATION AREA
- CENTRAL & HOUSING CONTROL
- MEDICAL
- PROGRAMS

## BED COUNT BREAKDOWN

|  | BEDS |
|---|---|
| HOUSING BUILDING #1 | 374 |
| HOUSING BUILDING #2 | 376 |
| TOTAL BEDS | 750 |

## FACILITY AREA BREAKDOWN

|  | SQ. FEET |
|---|---|
| SUPPORT BUILDINGS | 39,761 S.F. |
| HOUSING BUILDINGS (EACH BLDG @ 28,153 S.F.) | 56,306 S.F. |
| EXISTING FACILITY AREA | 96,067 S.F. |
| RENOVATED AREA | 10,662 S.F. |

HOUSING BUILDING #1       HOUSING BUILDING #2

**B1** 94 BED POD     **C1** 94 BED POD     **B2** 94 BED POD     **C2** 94 BED POD

94 BED POD **A1**     92 BED POD **D1**     94 BED POD **A2**     94 BED POD **D2**

RESTRICTIVE HOUSING UNIT

## PROPOSED FACILITY PLAN
1/16"=1'-0"

NORTH

# DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
## (PROPOSED - AS MODIFIED)



**1 - EXISTING CLASSROOM / VISITATION PLAN**
3/16"=1'-0"

**2 - PROPOSED GEO OFFICE, VTC, & VISITATION PLAN**
3/16"=1'-0"

PROJECT TITLE / LOCATION

DESERT VIEW MODIFIED
COMMUNITY
CORRECTIONAL
FACILITY
CALIFORNIA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR



THE GEO GROUP INC.
ONE PARK PLACE , SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA  33487

This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT- THE GEO
GROUP, INC. 2019

ARCHITECTS  AND  ENGINEERS

DESIGN/BUILDER

KEY  PLAN

PROFESSIONAL  SEALS

| NO. | ISSUE  DESCRIPTION | DATE |
|-----|-------------------|------|
| 1. | ICE  RFP  SBUMISSION | 10-31-19 |
| 2. | | |

| REVISION  DESCRIPTION | | DATE |
|---|---|---|

DRAWN  BY: | REVIEWED  BY:

PROJECT  NO:

SHEET  TITLE:

ENLARGED
PLANS

SHEET  NUMBER:

# A-3

# DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
## (PROPOSED - AS MODIFIED)



PROJECT TITLE / LOCATION

DESERT VIEW MODIFIED
COMMUNITY
CORRECTIONAL
FACILITY
CALIFORNIA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR

THE GEO GROUP INC.
ONE PARK PLACE · SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA  33487

This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT- THE GEO
GROUP, INC. 2019

ARCHITECTS AND ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

NO.   ISSUE DESCRIPTION          DATE
1.    ICE  RFP  SUBMISSION       10-31-19
2.
3.

REVISION DESCRIPTION             DATE

DRAWN BY:        CHECKED BY:
PROJECT NO:

SHEET TITLE:

ENLARGED
PLANS

SHEET NUMBER

A-4

### 1 - EXISTING CLASSROOM PLAN



### 2 - PROPOSED ICE, LIBRARY, CHAPEL & ASYLUM OFFICE PLAN



# DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
## (PROPOSED - AS MODIFIED)

### 1 - EXISTING INTAKE PLAN
3/16"=1'-0"



### 2 - PROPOSED INTAKE PLAN
3/16"=1'-0"



RESTRICTIVE HOUSING UNIT



DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
CALIFORNIA

RFP # 70CDCR20R00000002

THE GEO GROUP INC.
ONE PARK PLACE   SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA  33487

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019

ENLARGED PLANS

A-5

387

# DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
# (PROPOSED - AS MODIFIED)

## 1 - EXISTING MEDICAL / MAINTENANCE PLAN

3/16"=1'-0"



## 2 - PROPOSED MEDICAL PLAN

3/16"=1'-0"



PROJECT TITLE / LOCATION

DESERT VIEW MODIFIED
COMMUNITY
CORRECTIONAL
FACILITY
CALIFORNIA

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR



THE GEO GROUP, INC.
ONE PARK PLACE . SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON , FLORIDA  33487

**This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT- THE GEO
GROUP, INC. 2019**

ARCHITECTS  AND  ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

| NO. | ISSUE DESCRIPTION | DATE |
|-----|-------------------|------|
| 1. | ICE  RFP  SUBMISSION | 10 - 31 - 19 |
| 2. | | |
| 3. | | |

| REVISION DESCRIPTION | DATE |
|----------------------|------|

DRAWN  BY:        REVIEWED  BY:

PROJECT  NO:

SHEET TITLE:

ENLARGED
PLANS

Original drawing is 30" x 42", from entire recordings if retained

SHEET  NUMBER

## A-6

# DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY
## (PROPOSED - AS MODIFIED)



**NEW EMPLOYEE PARKING LOT**

ICE PARKING
17 CARS

PARKING
120 CARS

PROPOSED COVERED PARKING SHADE STRUCTURE TYP.

ICE VISITOR PARKING

**DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY**

| ICE PARKING SPACES | | QUANTITY |
|---|---|---|
| ICE SECURE PARKING SPACES | = | 17 |
| ICE / OPLA/ EOIR/ VISITOR | = | 5 |

| BED COUNT BREAKDOWN | BEDS |
|---|---|
| HOUSING BUILDING #1 | 374 |
| HOUSING BUILDING #2 | 376 |
| TOTAL BEDS | 750 |

| FACILITY AREA BREAKDOWN | SQ FEET |
|---|---|
| SUPPORT BUILDINGS | 39,761 S.F. |
| HOUSING BUILDINGS ( EACH BLDG @ 28,153 S.F.) | 56,306 S.F. |
| EXISTING FACILITY AREA | 96,067 S.F. |
| RENOVATED AREA | ... S.F. |

PROPOSED FACILITY PLAN
1"=30'-0"



This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019

PROPOSED FACILITY PLAN - REVISED

**A-1**

# I.1.B - Understanding the PWS



# I. Demonstrated Technical/Management Capabilities
# 1. Technical Management Approach
## B. UNDERSTANDING OF THE PERFORMANCE WORK STATEMENT

> **The GEO Group, Inc. (GEO) will operate and manage the Centers proposed under this Requirement on behalf of ICE, providing for the detention, health, welfare and transportation of detainees in accordance with the 2011 Performance-Based National Detention Standards, with 2016 revisions (PBNDS).**

GEO has read, understands, and will comply with the requirements of RFP Section C. Performance Work Statement. This section provides our specific plans for helping ERO achieve its mission and meet the requirements of the PWS through our technical solution. Our understanding and approach to implementing the PWS is described in the following paragraphs.

## II. PERFORMANCE WORK STATEMENT

### A. Objective

GEO is an expert in meeting the unique needs and operational requirements of federal immigration processing standards and practices. Our extensive expertise in dealing with all security levels of immigration detainees was developed through our three-decade relationship with U.S. Immigration and Customs Enforcement (ICE) and refined through our current operation of 17 ICE Centers totaling approximately 17,600 beds.

Our three-decade relationship with ICE has led to multiple successive awards of our existing contracts, new awards for the development of new state-of-the-art Centers, and new contracts for the use of existing GEO Centers repurposed to meet the needs of ICE. In 2015, GEO was awarded a new seven-year ICE contract at the 700-bed Broward Transitional Center, which we have successfully operated since 2002. In 2015, we were awarded a new 10-year contract with ICE for our 1,575 bed Northwest ICE Processing Center, which we have successfully operated since 2005. In 2017, we were awarded a contract for the design, construction, and operation of the new Montgomery Processing Center located in Conroe, Texas. The Center was opened in September 2018 with 1,000 beds and it has since been expanded to provide 1,314 beds. This year, we worked with ICE to activate our South Louisiana ICE Processing Center to provide 1,000 additional beds. GEO is a proven, reliable, and operationally excellent partner for ICE.



## B. Background and Mission

As the current largest service provider to ICE, GEO has superior experience supporting ICE and the Enforcement and Removal Operations (ERO) mission. GEO provides a means for ERO to implement its mission by providing housing, transportation, and all required administrative support services as ERO carries out all orders for the securing and departure activities of detainees who are designated in removal proceedings and for arranging for the detention of detainees when such becomes necessary and prescribed by law.

GEO's proposed Centers will support this mission by providing a safe, secure, and humane Center that meets or exceeds all required standards, for persons in ERO custody as they move through the immigration process.

## C. Scope of Work

GEO will provide all personnel, management, equipment, supplies, training, certification, accreditation, and services necessary for performance of all aspects of the contract 24 hours a day, seven days a week, 365 days per year. GEO's proposed pricing includes all costs associated with providing the services in this contract. GEO will be responsible for the transition of all activities identified in this PWS. Facilities that are currently active under contract with ICE will require only minimal start-up activities. For Facilities with delayed availability, GEO's transition-in will be accomplished as expeditiously as possible, with a maximum transition-in period of 60 days from Facility availability. Our team of Corporate and Regional resources will maintain contact with CO to ensure open lines of communication are established and potential roadblocks to the timely implementation of this contract are avoided. GEO is prepared to build upon the experience gained during our three-decades of partnership with ICE to guide the implementation of this new contract.

Each Center proposed under this requirement will provide safe and secure conditions of detention with consideration given for the management of a diverse population, including threat to the community, risk of flight, type and status of immigration proceeding, community ties, and medical and mental health issues. While under this contract, the Center will not house any non-ICE detainee population without prior written approval of the COR or ICE-designee.

Typically, Centers will provide easy access to legal services; natural light throughout the Center; ample indoor and outdoor recreation that allows for vigorous aerobic exercise with extended hours of availability, ideally a minimum of four hours per day of outdoor recreation; and private showers and restrooms (where practicable).



Detainees will receive cafeteria style meal service (where possible); clothing and hygiene items; contact visitation, including special arrangements for visiting families, including nights and weekends; private areas for attorney-client visits, with video teleconferencing capabilities; noise control; enhanced, but controlled freedom of movement, consistent with safety requirements based on detainee security levels; enhanced law library and legal resources; and enhanced programming, and dedicated space for religious services and social programs.

Each Center's design includes special management units for administrative and disciplinary restrictive housing.

Operations at each Center will be performed in accordance with the ICE Performance-Based National Detention Standards 2011 with 2016 revisions (PBNDS). Where GEO references PBNDS throughout our response, it designates ICE PBNDS 2011 with 2016 revisions. GEO will also abide by the March 7,2014, DHS regulation under the Prison Rape Elimination Act of 2003 (PREA; P.L. 108-79), *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities* (DHS PREA Standards).

GEO understands in cases where there is a conflict in standards, the most stringent applies. In case of our inability to determine which standard is more stringent, GEO will follow the guidance of the COR who will determine the appropriate standard.

GEO will obtain and maintain American Correctional Association (ACA) accreditation under the most current version of the Adult Local Detention Facilities (ALDF) Standards to include any supplement. It is GEO's standard practice to pursue ACA accreditation at all of our secure services facilities. As such, ICE can expect operations at the Center to conform with the ACA ALDF Standards on the first day of contract performance. GEO will obtain full ACA accreditation within one year of contract award.

GEO will obtain and maintain accreditation under the National Commission on Correctional Health Care (NCCHC) within one year of contract performance.

Our confidence in our ability to obtain the required accreditation is supported by our investment in contract monitoring, performance management resources, and the Centers offered under this solicitation are currently ACA accredited. GEO has a 46-member Contract Compliance Division comprised of subject matter experts in security, medical, ACA accreditation, PREA, Joint Commission, NCCHC, PBNDS, FPBDS, and multiple agency standards. Contract Compliance personnel are located at GEO's Corporate Office, at each of GEO's Regional Offices, and on-site at all major facilities. This staff will be



deployed to ensure GEO meets the accreditation requirements established under this contract.

GEO understands that ICE inspectors or Government-contracted staff will conduct periodic and unscheduled inspections of contract performance and the Center to ensure contract compliance. GEO will provide full and complete cooperation for any request or investigation conducted by the Government.

Virtual Attorney Visitation
GEO will offer virtual attorney visitation at each of its proposed sites. Although spatial considerations could impact its full capability, limited space could be repurposed for this new opportunity. GEO and ICE would need to work closely on logistics associated with this process. GEO proposes the use of "Skype for Business" from "Microsoft Office 365" platform to provide detainees with secure virtual attorney visitation, both video and audio. This solution provides flexibility and mobility while delivering secure encrypted communication. Skype is a proven solution as it is currently in use at other GEO facilities around the country.

This feature for Virtual Attorney Visitation will be implemented during the Operations Transition Period.

## D. Processing Centers

### *Processing Space*
Each proposed Center will support and deliver all of the environmental and physical requirements to ensure acceptable compliance with ACA standards and ICE PBNDS.

All required permits and licenses will be obtained by the date of contract award. GEO is licensed as a qualified security service company in accordance with the requirements of the district, municipality, county, and state in which the ICE work site is located. GEO will ensure all required permits and licensure are maintained throughout the duration of the contract and available for Government inspection upon request. GEO will comply with all applicable federal, state, and local laws and all applicable Occupational Safety and Health Administration (OSHA) standards.

Site-specific details for each of the Centers proposed under this Requirement have been provided as attachments to this Volume:

- USCIS space



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 350 of 538   Page ID #:671

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 5 of 72*

- Executive Office for Immigration Review (EOIR) space
- ICE administrative space
- Parking spaces at the contracted Processing Center

GEO has worked closely with ICE, USCIS, EOIR and other interested agencies to properly account for and provide the necessary office space within our Centers. Our corporate experts in project development and design will be responsible for coordinating with ICE to ensure the specified administrative support areas are provided in accordance with requirements.

## E. Armed Transportation Services

Due to the growing demands of our clients' needs, in 2007, GEO created its transportation subsidiary GEO Transport Inc. (GTI), DOT License #1705757. GTI will provide the transportation service requirements under this contract. GTI has earned the reputation of a premier and preferred provider of secure transportation services, operating a current fleet of more than 350 specially designed, secure transportation vehicles with 500 licensed transportation officers, serving 30 federal contracts in 19 states. Since its inception, GTI has successfully transported over 2.7 million detainees while driving over 47.1 million miles without an escape. GTI provides exceptional armed transportation services to 12 ICE sites across the United States.

In 2018, GTI transported more than 133,261 ICE detainees, driving nearly 3 million miles without an escape or serious incident.

In the first three quarters of 2019 (Jan-Sep), GTI has transported more than 120,269 ICE detainees and driven more than 2.6 million miles.

GTI provides transportation for our Adelanto ICE Processing Center in Adelanto, CA. Through our first 3 quarters in 2019 (Jan.-Sept.), we have driven over 167,000 miles and transported over 8,000 detainees without an escape or serious incident.

In 2010, GTI teamed in a joint venture with a UK company Amey (GEOamey) to bid on a 10-year secure Transportation and Court Security services for the United Kingdom's Ministry of Justice. We were awarded the contract in 2011 covering all of Scotland and 80% of the England and Wales, requiring the need to build 570 new specialty vehicles and transfer over 3,300 licensed escort and transportation officers. GTI's proven record in secure transportation and the program management tools currently deployed both in the U.S. and Internationally will serve as the foundation for GTI's unmatched support to ICE in the identified California Areas of Responsibility.



The GTI operation has undergone U.S. Department of Transportation (USDOT) audits, state audits, and several ICE audits and has successfully passed each audit with outstanding ratings and comments in compliance with ACA standards, PBNDS, and the terms of each contract. GTI has undergone four U.S. Department of Transportation audits and will continue to be audited every three years. These audits consist of a USDOT inspector thoroughly reviewing all Driver Qualification Files, all Vehicle Maintenance Files, Driver Hours of Service, Compliance with drug and alcohol testing, and preforming a complete physical/visual inspection of a select number of vehicles.  The most recent audit in February 2018 lasted seven days and at the end of the audit GTI received a "Satisfactory" Rating, the highest attainable grade given by DOT.

GTI will provide all ground transportation in a secure timely manner as required by the COR or designated ICE official. All transportation will be performed in accordance with the terms of this contract, post orders, ACA Standards and the PBNDS. When Transportation Officers are not performing transport duties, they will supplement security duties within the Center as approved by the COR.

GTI has an industry certified security air operations team consisting of 30 members. Each member has completed a 24-hour course in security flight operations in addition to their 4-week Officer and Driver training certification. This training includes but is not limited to; de-escalation techniques, CPR, less than lethal intermediate weapons training, onboard detainee handling techniques, and emergency response training. Each Air Operations Officer has had prior experience in air missions and retains their certification through annual refresher training. Should the need arise, and at the client's request, GTI's Air Transport Team is highly qualified and capable of conducting Air Transport Missions.

GTI will assign at a minimum two-person teams of Transportation Officers whenever necessary throughout a 24-hour period, seven days a week, to include holidays, to meet the needs of ICE transportation requirements. The exact number of teams on duty on any shift will be approved by the COR or his/her designee.

At our corporate headquarters, GEO has a dedicated Fleet Manager with 28 years of large service vehicle professional credentials. The corporate Fleet Manager provides oversight for the purchasing and maintenance/repair policies for GTI's national fleet of specialized secure transportation vehicles.

GEO/GTI understands it may acquire additional vehicles as necessary. At no time will employees use their personal vehicles to transport detainees. As mandated, all GTI



provided vehicles will be equipped with interior security features to include separation of detainees and officers in accordance with PBNDS.

Prior to hiring and training, Transportation Officers will pass initial drug screening, motor vehicle record checks and background investigations. GTI also exceeds the mandatory testing percentage standard for drug and alcohol on a quarterly basis as set forth by the U.S. Department of Transportation. In addition to quarterly drug and alcohol testing each Transportation Officer will have his/her motor vehicle records checked on a semi-annual basis. Any Transportation Officer or staff member who receives 2 or more moving traffic violation, or is arrested, will be suspended from all transportation duties pending an internal investigation and administrative review.

GTI personnel will have the same qualifications, training, security clearances, and uniforms as those GEO personnel provided in the other areas of this contract. GTI drivers adhere to USDOT rules to include hours of service regulations. Transportation Officers will obtain and will maintain proper required clearances, commercial driver licenses with proper endorsements and all required Federal and State licenses. In addition to the mandatory training for security personnel on this contract, Transportation Officers will receive 80 hours of specific transportation driver's training prior to being assigned transportation duties.

| Transportation-Specific Training Course Title | Course Duration |
|---|---|
| DOT Entry Level Training | 2 Hours |
| Driver Requirements | 2 Hours |
| Driver Training | 2 Hours |
| Hours of Service & Driver's Log | 6 Hours |
| Accident Investigation & Reporting Procedures | 2 Hours |
| Pre-Trip Inspections | 2 Hours |
| Roadside Inspections | 2 Hours |
| Drug and Alcohol Program | 2 Hours |
| Driver's Road Test and Certification | 2 Hours |
| Pre-, Mid-, and Post-Trip Inspections | 4 Hours |
| Engine, Body and Tires | 2 Hours |
| Backing, Spotting and Parking | 2 Hours |
| Emergency Procedures and Safety Equipment | 4 Hours |
| Operating in Traffic, Passing, and Turning | 4 Hours |



| Transportation-Specific Training Course Title | Course Duration |
|---|---|
| Adverse Driving Conditions | 4 Hours |
| Speed and Proper Following Distances | 2 Hours |
| Clearances and Sallyports | 4 Hours |
| Maintaining Records of Duty Status | 4 Hours |
| Day and Night Driving Conditions | 4 Hours |
| Commercial and Charter Airline Operations | 8 Hours |
| Off-Site Assignments | 4 Hours |
| Driver Safety Awareness (Handcuffing, Firearms Retention, etc.) | 8 Hours |
| Final Road Test with Commentary | 4 Hours |
| **Total** | **80 Hours** |

Transportation Officers will complete an additional eight hours of Officer Safety Awareness Training. Each Transportation Officer will also be observed and evaluated by using GTI's firearms simulator system. Similar to those used by government agencies, GTI has developed real-life practical exercise scenarios that range from regular law enforcement high-threat response situations, to custom made scenarios specifically developed from actual GEO transportation situations.

Additionally, transportation staff are also provided training throughout the year covering transportation-specific duties. All Transportation Officers are given a yearly road test to ensure maintenance of their driving skills and are observed while on duty by a certified driver instructor to identify potential areas of improvement. GTI's in-house staff trainers have graduated from a certified transportation training course developed in conjunction with the Department of Transportation. GTI currently employs over 100 Driver Trainers nationwide. The Driver Trainers each have completed a 40-hour, Train the Trainer course taught by the Regional Operations Managers, including strenuous classroom exercises, backing and spotting exercises, and a certified driving course.

All Transportation Officers will be armed in the performance of their duties. The Transportation Officers will be properly trained in safe, effective procedures for handling weapons and weapons qualifications in accordance with the state licensing requirements and will certify proficiency semiannually as stated in the PWS. GTI will supply and maintain restraining equipment in accordance with PBNDS on Transportation (by Land). All firearm training and re-certification will be conducted by a certified firearms instructor and the process will be managed by former ICE senior managers (retired) who are currently employed by GEO. All equipment will be available for inspection by ICE personnel upon request.



GTI will comply with ICE PBNDS 2011 and DOT regulations related to the number of hours each Transportation Officer may operate a vehicle. Overnight lodging resulting from transportation services will be approved in advance by the COR or designated ICE official. Overnight lodging expenses will be billed at rates not to exceed the applicable GSA per diem rates. Transportation will be accomplished in the most economical manner and in accordance with the applicable GSA per diem rates. The Center Transportation Manager, together with the Center's Business Manager, will monitor the costs associated with transportation operations to ensure compliance with contract rates.

Upon orders of the COR, or upon GEO's decision in an urgent medical situation, Transportation Officers will provide transportation and secure physical custody of the detainee at medical facilities from the time the detainee is admitted until released from the hospital. At such time the detainee will be safely and securely transported back to the Processing Center. Transportation Officers will always ensure proper custody of detainees, and will make every effort to prevent escapes, especially when the detainee is not restricted within the confines of a medical or other outside Center.

GEO understands the COR at times may direct transportation of detainees to unspecified miscellaneous locations (within a 250-mile radius of the Center), and our submitted staffing and transportation plan provides ICE with flexibility to meet these operational demands.

GEO understands Transportation Officers may be provided documents for transport which will only be turned over to the authorized recipients. Officers will ensure these documents are kept confidential and are not viewed by anyone other than the intended recipient.

GEO will have security cameras and digital video recording (DVR) equipment on each transport vehicle. There will be a minimum of four cameras on board each small capacity van and a minimum of six on each large capacity transporter. Camera and DVR devices will be kept secure from any detainee interaction. System downloading into data archive files within each Center will occur as needed to prevent the loss of information. The system will document the status of both the driver team and detainees during daytime or nighttime operations. Video coverage and quality will be sufficient to allow for post operation review and audit of any incident.

GEO will have a fully operational communication system compatible with ICE communication equipment that has direct and immediate contact with all transportation vehicles and post assignments. Upon demand, the COR will be provided with current



status of all vehicles and post assignments of employees. At no additional cost to the government, GTI proposes to install a monitor in a location designated by the COR which will show the mapping location, estimated arrival times, speed of vehicle, assigned staff, vehicle routing, number of detainees and destinations in real time.

GTI will provide a minimum of two forms of communication for Transportation Officers during transport operations in accordance with the PBNDS on Transportation (by Land). One form will be a cellular phone, and the second form is the satellite and/or cellular-based communication device to be installed in each vehicle, capable of sending and receiving text messages to and from the Center's base station. In addition, all transport vehicles will have an emergency button that, when depressed, will send a text message to several managers and will lock in the location of the vehicle for a rapid response.

To perform the necessary operations to accommodate the routes given, GTI utilizes GEOtrack, a proprietary, globally deployed, tested and reliable Processing and Transportation Management System designed to track the activities of detainees housed in Processing Centers, or those being transported by GTI's secure vehicles.

Since its development and installation over a decade ago, GEOtrack has grown in functionality and use, providing all the real-time information necessary to safely and securely operate and track GTI transport missions and produce Quality Assurance Surveillance Plan (QASP) and other management reports. The Monthly Status Report will be provided through GEO track along with the G-391 Upload Template Attachment.

The use of GEOtrack at the Center will include mission reporting and management capabilities, such as:

- Fully auditable electronic capture of required tasking information by transportation officers.
- Route and schedule creation, and electronic dispatching.
- Secured 'Live' mission management and vehicle satellite tracking with reporting for ICE metrics and timekeeping requirements.
- Vehicle and mission alerting notification capability for both safety and security monitoring.
- Additional features that report on driver activities to produce fuel savings by tracking route mileage, idle time, excessive speed, and maintenance alerts.

GTI Pursues efficiencies using preventative maintenance and fuel economy strategies. In addition to GEOtrack, each vehicle is equipped with Fleetmatics/Verizon Connect, a GPS



monitoring system. GTI's vehicles will have the required services to obtain the highest EPS rating. GTI achieves fuel economy improvements through Fleetmatics by monitoring each driver's behavior. Fleetmatics has the capabilities to monitor speeding, hard braking, excessive acceleration, and any harsh driving activity. In addition, Fleetmatics provides a real time view of vehicle location, time, direction, address, speed, ignition status, and can display a live view map of its current location. This visibility of our drivers and vehicle movements will be made accessible to the ICE at no additional costs to the government.

Transportation will be provided to the locations indicated in this PWS and other locations at the direction of the COR or designated ICE official. GEO understands the routes described in the PWS are not all inclusive and that at the direction of the COR or designated ICE official, GTI will provide additional ground transportation to other locations. GTI will have a dedicated, experienced Transportation Supervisor at each Center who will respond directly to all ICE transport and fleet requirements. The GTI Transportation Supervisor will work closely with the ICE Transportation Coordinator/COR to ensure the missions are properly assigned and completed in a timely and efficient manner.

The Transportation Supervisor will ensure all trips are accounted for and coordinate billing invoices. Additional duties will include maintaining USDOT mandatory driver files and related clerical duties.

## F. On-Call Guard Services

GEO will provide guard services on demand by the COR by escorting detainees to and guarding detainees while at medical or doctor appointments, hearings, ICE interviews and any other remote location requested by the COR or designated ICE official. These services will be provided by highly trained Officers, employed by GEO who will perform these duties in accordance with our policies, procedures and practices. GEO will augment practices as may be requested by the COR to enhance specific requirements for security, detainee monitoring, visitation and contraband control. GEO understands public contact is prohibited unless authorized in advance by the COR.

GEO's standard procedures for On-Call Guard Services will include the following requirements:

- Escort and maintain custody of the detainee(s) under order of the ICE COR

- Monitor all holding rooms – log health and welfare checks

- Serving detainees prepared meals provided by the government



- Searching holding cells for weapons or contraband
- Conduct limited pat-downs
- Receive, inventory, and search detainee property
- Transfer/escort detainees between holding rooms, processing area, court, and VTC rooms.
- Apply and remove detainee restraints
- Support Intake and processing of detainees, flight and transportation operations
- Provide support in processing operations as required for the removal process of detainees.
- Provide transportation services for intake and processing purposes
- Upon notification by the COR, provide detainee medical transportation to a hospital location and shall keep the detainee under supervision 24 hours per day until the detainee is ordered released from the hospital, or at the order of the COR.

GEO will maintain operational flexibility to accommodate requests for On-Call Guards received from the COR or designated ICE official as needed. GEO understands that to the extent possible, notification will be provided four hours in advance, and one Officer will be authorized for such posts unless otherwise specified by the COR.

GEO/GTI will employ the following processes to the On-Call Guard services:

- At all times during the performance of on-call guard services, GEO will provide at least one officer of the same gender as the detainee.
- GEO will deploy two officers for remote locations, unless additional officers are required per the direction of the COR or designated ICE Officer.
- Detainee meals will be provided when detainees are in GEO custody.
- The On-Call Guard will remain on their designated post for a minimum of two hours.
- GEO will remain responsible for providing security and preventing escapes.

All submitted monthly invoices for on call guard services will be itemized and state the number of hours being billed, duration of the billing (time and dates, to include travel to and from location being guarded) and the names and "A" numbers of the detainees that were guarded. These services will be denoted as a separate item on submitted invoices



and will be submitted to ICE for reimbursement at the negotiated rate to be determined for each facility offered under this Requirement.

<span style="color:red">Pursuant to PWS Addendum 1 issued December 5, 2019, and as discussed in the Discussions Meeting between GEO and ICE on December 4, 2019, the overtime and guard service rate are both the same. Both services require overtime whether by backfilling posts or recalling an employee to duty.</span>

## G. Notice to Proceed

GEO understands the importance of being fully prepared to accept responsibility for performing the requirements of the contract. GEO welcomes ICE personnel to perform assessments of our progress and contract compliance and will implement any necessary corrective action to obtain the Notice to Proceed (NTP). GEO understands the Government reserves the right to extend the transition period until the NTP is issued, and this extension will be at no cost to the Government. GEO has never had a contract terminated for cause related to our inability to obtain an NTP within the established timeframe.

We are confident in our ability to meet the post-award activation timeline established by ICE. As a three-decade partner with ICE and the world's leading provider of immigration processing services, GEO has developed detailed plans to guide the start-up of new Centers. Our experience allows us to continuously refine these plans and ensure our performance exceeds client expectations.

GEO has designated a project manager who will oversee the tasks necessary to successfully activate each Center. The Project Manager will be responsible for facilitating communication between all functional areas to ensure adherence to the established schedule and will provide the support necessary to complete required activities upon which the NTP is contingent.

In accordance with RFP requirements and the list of deliverables contained within Section E of the RFP, GEO will submit in writing a Quality Control Program (QCP) and all other plans, policies, and procedures, including those identified in the PBNDS and ACA standards. GEO will not modify plans, policies or procedures that impact ICE operations without approval of the COR. As the current operator of 17 ICE Centers across the United States, including two (2) that currently provide services to ICE in California, GEO will be able to utilize existing policies and procedures currently in place under those contracts as a baseline to develop the requirements under this contract.



## III. GENERAL

### A. Notification and Public Disclosures

GEO will ensure that ICE approval is attained prior to releasing any information about the Center. Public disclosure will be managed through GEO's corporate information officer and ICE's Public Affairs office. Understanding that all information relating to this contract is considered privileged and confidential, no information will be disclosed without the express permission granted by ICE.

### B. Records

All records regarding the performance of the Center will be retained in a retrievable format for three years. Unless directed otherwise, GEO will provide any records related to performance of the contract to the Government upon completion or termination of the resulting contract. All operations and services provided at the Center will comply with all statutes, regulations, and guidelines from the National Archives and Records Administration.

Records and information management functions will comply with the following laws and regulations: Chapters 21, 29, 31, and 33 of Title 44, U.S. Code; 36 CFR 12; 41 CFR 201 subchapters A and B; OMB Circular A-130; and DOJ Order 2710.8A, Removal and Maintenance of Documents. GEO understands criminal penalties for unlawfully destroying, damaging, removing, or improperly handling or releasing federal records are addressed in Chapters 37 and 101 of Title 18, U.S. Code.

GEO will notify the CO when a member of the U.S. Congress or any media outlet requests information or makes a request to visit the Center. Visits will comply with the PBNDS on Interviews and Tours. GEO will coordinate all public information related issues with the CO. All press statements and releases will be cleared, in advance, with the ICE Office of Public Affairs. GEO has coordinated multiple site visits for officials at our ICE Centers across the country with much success.

GEO will ensure employees agree to use, and do use, appropriate disclaimers clearly stating the employees' opinions do not necessarily reflect the position of the U.S. Government in any public presentations they make or articles they write that relate to any aspect of contract performance or Center operations.

All detainee files will be prepared, maintained, retired, and disposed of in accordance with ICE policy. Policy and procedures will be developed to ensure the confidentiality



and security of all detainee files and will be utilized in the provision of services under this contract.

## C. Right of Refusal

GEO retains the right to refuse acceptance of any detainee if the refusal is supported by a valid justification, such as a detainee found to have a medical condition that requires medical care beyond the scope of GEO's health care provider. In the case of a detainee already in custody, GEO will notify ICE and request removal of the detainee from the Center. GEO will work with ICE to allow reasonable time to make alternative arrangements for the detainee.

## D. Hold Harmless

GEO will protect, defend, indemnify, save, and hold harmless the United States Government and its employees or agents, from and against any and all claims, demands, expenses, causes of action, judgments and liability arising out of, or in connection with, any negligent acts or omissions of GEO, its agents, sub-contractors, employees, assignees, or anyone for whom GEO may be responsible. GEO will cover any and all costs, expenses and attorneys' fees incurred as a result of any such claim, demand, cause of action, judgment or liability, including those costs, expenses, and attorneys' fees incurred by the United States Government and its employees or agents.

In awarding the contract, GEO understands the Government will not assume any liability to third parties, nor will the Government reimburse GEO for its liabilities to third parties, with respect to loss due to death, bodily injury, or damage to property resulting in any way from the performance of the contract or any subcontract under this contract.

GEO will maintain responsibility for all litigation, including the cost of litigation, brought against it, its employees or agents for alleged acts or omissions. GEO will notify the CO in writing of any litigation pertaining to this contract and provided copies of any pleadings filed or said litigation within five working days of being served such litigation. GEO will cooperate with Government legal staff and/or the United States Attorney regarding any requests pertaining to federal or GEO litigation.

Policy and procedures will be developed for each Center which ensure a positive relationship is maintained with all levels of the federal judiciary. Additionally, procedures will ensure a tracking system is established that mandates all judicial inquiries and program recommendations are responded to in a timely and accurate manner. All judicial inquiries and GEO's respective responses, specifically related to a detainee, will be incorporated into the detainee's file.



GEO will maintain a comprehensive Quality Control Program (QCP), which encompasses the requirements of this PWS.

GEO has dedicated considerable resources to the development of a Corporate Contract Compliance Department that is charged with the responsibility for working closely with staff at each of our Centers to monitor operations. The Contract Compliance Division operates as an independent, headquarters-based monitoring team that reviews all operational aspects of the Company's Secure Services operations.

The following information regarding Contract Compliance Department staffing and auditing methodology and frequency is proposed for initiation January 2020.

The Department includes five Directors and 17 Corporate Managers dedicated to Secure Services Facility and Processing Center oversight. In GEO's Western Regional Office, 1 Director of Contract Compliance and 3 Managers provide regional compliance oversight. Regional Contract Compliance Managers visit each Center on a periodic basis, and may participate in the Annual Corporate Audit, Follow-Up Audit, Ad Hoc Audit, and Ad Hoc Follow-up Audit when conducted, and during accreditation preparations.

At the Center level, major functional areas are audited on a regular basis. This systematic monitoring is what makes up the QCP. Each Processing Center will employ a full time Compliance Administrator (Quality Assurance Manager) with key responsibilities for achieving QCP goals.

Staff conducting self-audits and GEO corporate and regional personnel conducting annual compliance audits will inspect the following areas on both a scheduled and unscheduled basis:

- Administration and management
- Center security and control
- Detainee activities
- Safety standards
- Detainee legal resources
- Detainee care
- PREA
- Human Resources

The GEO Group, Inc. ®

- Fiscal management

- Training

- Medical

- Programs

The Government has reviewed and approved the Quality Control Programs that are currently in place at our existing ICE Centers. GEO will develop a site-specific QCP for each Center proposed under this Requirement based on these approved programs. GEO's QCP for this requirement is included as Section I.2 Quality Control Plan of this Volume. GEO will update the QCP as needed in accordance with the Deliverables Chart in Section E of the RFP. Any modification requested by the CO will be incorporated into the program. GEO will obtain approval of the program inclusive of any modifications prior to contract start date. GEO continuously monitors operations at each Center we operate to foster compliance with all contract requirements, client standards, and Federal, State, and local requirements.

The QCP will address all critical operational performance standards for the services required under this contract. A combination of both internal and external audits will be conducted to verify that services are maintained at a uniform and acceptable level. In the event services need correction, GEO will develop a mitigation or corrective action plan.

GEO will provide the COR with advance notice, at least 48 hours, of any audits scheduled at the Center.

## F. Quality Assurance Surveillance Plan (QASP)

GEO's responsibilities to ICE throughout our existing contracts include the requirement to adhere to performance measures found in the Government-developed QASP.

Each location's Compliance Administrator (Quality Assurance Manager) will ensure the COR has proper access to conduct necessary monitoring, assessing, recording, and reporting on the technical performance of the contract on a day-to-day basis.

GEO will coordinate with the COR to accommodate the completion of the "Quality Assurance Surveillance Forms" which document their inspection and evaluation of GEO's work performance.

GEO understands the CO or designee has overall responsibility for evaluating GEO's performance in areas of contract compliance, contract administration, and cost and



property control. The CO will review the COR's evaluation of the GEO's performance and invoices. If applicable, deductions or withholdings may be assessed in accordance with the evaluation of GEO's performance, e.g., monetary adjustments for inadequate performance, as outlined in the Attachment 2A, Performance Requirements Summary of the PWS.

## G. Failure to Perform Required Services

GEO understands the rights of the Government and its respective remedies described in this section are in addition to all other rights and remedies set forth in the resultant contract; specifically, where the Government reserves its rights under the Inspection of Services and Termination clauses. Any reductions/deductions in GEO's invoice will reflect the contract's reduced value resulting from failure to perform required services pursuant to the contract's Quality Assurance Surveillance Plan (QASP) and/or the Performance Requirements Summary (PRS). GEO understands we will not be relieved of full performance of the services under this contract and may be terminated for default if our performance is determined to be inadequate, even if a reduction was previously taken for any inadequate performance. **In more than 30 years of operations, GEO has not had a contract terminated for default. GEO establishes partnerships that are mutually beneficial with government clients.**

## H. Inspection by Regulatory Agencies

GEO understands this contract is subject to inspection by Government agencies. These government agencies may include organizations such as:

- Occupational Safety and Health Administration (OSHA)
- Office of Inspector General (OIG)
- Department of Labor (DOL)
- Office of Management and Budget (OMB)
- Equal Employment Opportunity Commission (EEOC)
- Local health agencies

GEO will accommodate all required inspections, including but not limited to interviews, physical inspections, and requests for information. GEO will immediately inform ICE of all proposed inspections by Government or regulatory agencies. In the event GEO believes that a proposed or requested inspection is not required, it shall refer the matter to ICE and abide by ICE's determination as to whether the proposed inspection is



considered to be required. GEO will participate in responding to all requests for information and inspection or review findings by regulatory agencies.

## I. Performance Evaluation Meetings

As part of our partnership with ICE, GEO will hold monthly meetings with the COR to aid in the resolution of any identified issues at each Center. Further, each Center Administrator will maintain an open-door culture enabling continuous and impromptu communications. Additionally, GEO maintains high level communication with ICE headquarters through regular quarterly meetings between GEO Corporate Executive Staff and ICE Headquarters Executive Staff.

## IV. Personnel and Staffing

GEO will ensure that staff comply with the requirements and provisions of RFP Section H.2 "Security Requirements - Required Security Language for Sensitive/But Unclassified (SBU) Contract Detention Facility".

## A.  General:

Candidates for employment under this contract will be required to successfully pass an Employee Fitness Screening. GEO understands the potential for employees to have access to sensitive DHS information, as well as the vulnerable nature of the population to be housed under this contract. As such, GEO will take all necessary steps to properly determine the suitability of applicants for employment. The criteria set forth under DHS Instruction 121-01-007-001 (Personnel Security, Suitability and Fitness Program), or successor thereto, will be incorporated into our recruit screening requirements to exclude candidates who do not meet these standards.

## B.  Preliminary Fitness Determination

GEO recognizes the authority of ICE to have full control over final decisions related to employee access to Centers and information. GEO will submit to ICE all required documentation to allow ICE to make fitness determinations for each candidate. GEO understands the granting of preliminary Fitness or final Fitness in no way prevents, precludes, or bars the withdrawal or termination of such access by ICE, at any time during the term of the contract.

## C.  Background Investigations

GEO policy requires that all candidates accepting a conditional offer of employment with GEO undergo initial background screening to ensure they meet GEO, federal, state, local and client requirements, as necessary. Additionally, all employees are subject to ongoing



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 365 of 538   Page ID #:686

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS  *page 20 of 72*

periodic background screening during the course of their employment with GEO to confirm they continue to meet such requirements.

GEO employees (which include applicants, temporaries, part-time and replacement employees) under the contract, needing access to sensitive information and/or ICE detainees, will be required to undergo a position sensitivity analysis based on the duties they will be expected to perform on the contract. The results of the position sensitivity analysis determine the appropriate background investigation which must be conducted.

GEO employees nominated by a COR for consideration to support this contract will be required to submit all required security vetting documentation to the Office of Professional Responsibility, Personnel Security Unit (OPR-PSU), through the COR, within 10 days of notification by OPR-PSU of nomination by the COR and initiation of an Electronic Questionnaire for Investigation Processing (e-QIP) in the Office of Personnel Management (OPM) automated on-line system. GEO's Human Resources staff will maintain contact with applicants to guide them through this process.

While GEO recognizes that OPR-PSU works diligently on all background investigations, we are concerned with the recent ongoing delays in the completion of fitness determinations at ICE facilities across the country. The sheer volume of submissions during prior activations has resulted in OPR-PSU implementing a "Prescreen Process" to prioritize and expedite background clearances for activating facilities. Although effective, this process impacts the completion of routine fitness determinations at all other operating facilities and has resulted in an ever-increasing backlog for employee clearances. Subsequently, hiring qualified staff and keeping them engaged during the lengthy hiring process remains a challenge. GEO currently uses a 3rd party vendor, with extensive experience in the fitness determination process, to review our employee submissions to OPR-PSU to ensure all submissions are complete.

In the event of extended delays in the background clearance process, GEO may fill open positions with overtime and temporary duty staff while waiting for OPR-PSU to complete fitness determinations.  As a result of GEO's efforts to work cooperatively with OPR-PSU during background clearance delays beyond our control, GEO believes that employees who have been properly submitted to PSU pending a fitness determination should be considered within the applicable contract minimum staffing level of the facility in addition to the number of active GEO employees who have a valid fitness determination.



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 366 of 538   Page ID #:687

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 21 of 72*

## D. Transfers from other DHS Contracts

GEO understands personnel may transfer from other DHS contracts provided they have an adequate and current investigation. If the prospective employee does not have an adequate and current investigation which meets the new assignment requirement, GEO will direct the employee to submit the required documentation to initiate a new investigation (the DHS 11000-25 with ICE supplemental page, indicating Contract Change) to OPR-PSU.

## E. Continued Eligibility

Only eligible employees will be permitted to work under this contract; therefore, if a prospective employee is found to be ineligible for access to Government facilities or information, the CO or COR will advise GEO that the employee cannot continue to work or to be assigned to work under the contract.

Per GEO policy, GEO will conduct drug screening for probable cause at any time during the contract and/or when GEO independently identifies circumstances where probable cause exists. GEO will post the ICE "Drug Free Workplace Policy" in all contract work areas.

The OPR-PSU will conduct periodic reinvestigations every 5 years, or when derogatory information is received, to evaluate continued Fitness of GEO employees.

## F. Required Reports

GEO will notify OPR-PSU of all terminations/resignations within five days of occurrence. GEO will return any expired DHS issued identification cards and building passes, or those of terminated employees to the COR. If an identification card or building pass is not available to return, a report will be submitted to the COR, referencing the pass or card number, name of individual to whom issued, and the last known location and disposition of the pass or card. The COR will return the identification cards and building passes to the responsible Unit. These reports will be coordinated through human resources staff at each Center.

GEO will report any adverse information coming to our attention concerning GEO employees under the contract to the OPR-PSU through the COR, avoiding any information based on traditionally unreliable sources such as rumor or innuendo. The subsequent termination of employment of an employee does not remove the requirement to submit this report. The report will include the employees' name and social security number, along with the adverse information being reported.

411



GEO will provide, through the COR, a Quarterly Report containing the names of personnel who are active, pending hire, have departed within the quarter or have had a legal name change with documentation. The list will include the Name, Position and last four digits of their SSN and will be retrieved from system(s) used for contractor payroll/voucher processing to ensure accuracy.

All sensitive information will be protected from loss, misuse, modification, and unauthorized access in accordance with DHS Management Directive 11042.1, DHS Policy for Sensitive Information and ICE Policy 4003, Safeguarding Law Enforcement Sensitive Information." GEO employees who are involved with management and/or use of information/data deemed "sensitive" to include 'law enforcement sensitive" will be required to complete the DHS Form 11000-6-Sensitive but Unclassified Information NDA prior to being able to access such sensitive information.

## G. Security Management

The Facility Administrator will be the senior on-site official to interface with the OPR-PSU through the COR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the Contractor. In the event GEO is notified by the COR of any finding of non-compliance with the security requirements of this contract, GEO will take the proper corrective action to ensure compliance is restored.

## H. Information Technology Security Clearance

GEO will provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS MD 4300.1, Information Technology Systems Security, or its subsequent replacement. GEO will ensure employees understand, through training, the importance of compliance with security policy, and the potential penalties associated with non-compliance.

GEO takes reasonable and appropriate steps to protect its information and information systems from a variety of threats such as error, fraud, sabotage, privacy violation, and service interruption. All users of GEO Systems and IT Resources, whether they are GEO employees, temporary employees or consultants, are responsible for protecting sensitive information from unauthorized access, modification, duplication, destruction, or disclosure. GEO endorses and implements the following security principles:

- Identification (e.g. User IDs) and authentication (through passwords and/or PINS)
- Authorization (e.g. access roles and access control)
- Confidentiality (e.g. encryption), integrity (e.g. the accuracy of system, data, and message storage and transmission), and availability (e.g. accessibility when needed)



- Accountability (e.g. tracking and audit)

## I.  Information Technology Security Training & Oversight

GEO employees using Department automated systems or processing Department sensitive data will receive Information Assurance Awareness Training (IAAT), to be provided by the appropriate component agency of DHS. GEO will ensure staff with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the Department receive periodic training at least annually in security awareness and accepted security practices and systems rules of behavior. Supervisors will be mindful of the behavior of personnel accessing systems and any unauthorized access, sharing of passwords, or other questionable security procedures will be reported to the local Security Office or Information System Security Officer (ISSO).

Cybersecurity awareness is reinforced through GEO's use of web-based training videos which are sent to staff on a monthly basis. Each video is between three to four minutes long, increasing the likelihood that employees will participate in the training and retain the information provided. These monthly video training modules are tracked to each individual user account and weekly reminders are sent to the user to ensure the module is completed. The training covers issues such as password security, phishing, privacy, HIPAA, ransomware, office hygiene, and data/information protection.

## J.  Processing Center Staffing Plan, Floor Plan and Key Personnel

A staffing plan for each Center being proposed under this Requirement has been provided as an attachment to this Volume. GEO's staffing plan reflects a well-thought out and efficient strategy for staffing each Center.

### *Please see site-specific staffing plans - attached*

The approved staffing plan (number, type, and distribution of staff) will be maintained throughout the duration of the contract. Any proposed changes will be made upon approval by the CO and COR. ~~At no time throughout the contract will the approved staffing levels fall below a monthly average of 95%.~~ Staffing levels will be maintained in accordance with PWS Addendum 1 to the RFP, which requires a monthly average of 85% for custody staff, 80% for health services, and 85% for all other departments of the total ICE-approved staffing plans. A monthly vacancy report will be submitted to the COR with the current monthly average vacancy rate and a listing of all positions that have been vacant more than 60 days. GEO understands any position vacant for more than 60 days may result in a deduction by the CO from the monthly invoice.

413



1. **Minimum Staffing Requirements**
   In accordance with the RFP, except for the agreed upon Transition or ramp up periods, the Center will be appropriately staffed with employees who have been screened and approved by ICE to provide for the secure care, control, and supervision of detainees. GEO has existing procedures in place under other contracts with ICE governing the creation and submission of assignment rosters, and we will utilize these procedures in the development of operations under the new contract. Assignment rosters will be maintained in the Lieutenant's office and submitted to ICE by the Facility Administrator's office. The daily roster will be posted 24 hours in advance. Any vacancies that do occur during normal operations will be quickly filled with qualified new hires. At any time, at least one officer of the same gender as the detainees will be assigned to each post.

2. **Supervisory Staffing**
   GEO will develop a full roster of supervisory staff that has been approved for employment and provide to the COR prior to service commencement. GEO Supervisory Officers will be experienced and qualified professionals who are qualified and trained to provide service to ICE under the contract.

   In the absence of the Facility Administrator, GEO will appoint another qualified person who meets the Facility Administrator and security clearance requirements to temporarily fill that position. GEO will ensure this individual only performs the job duties of the Facility Administrator in providing oversight and direction to GEO's Officers and interfacing with ICE CORs and/or designated ICE Officers and the Contracting Officer on all contract-related matters.

3. **Key Personnel**
   GEO will identify qualified, experienced candidates to fill the key personnel positions required for the Centers proposed under this requirement. Each candidate will possess the requisite knowledge, skills and abilities that will ensure the efficient, safe and secure operations. Each selected candidate will be 100% committed to the project throughout the duration of the contract, having a positive impact on GEO's performance through their dedication to meeting the operational needs of the Center. Full time commitment from our key personnel at each Center proposed under this Requirement will provide consistency and support the development of operational expertise in our employees.

4. **Processing Center Floor Plan and Guard Post Map**
   In accordance with the RFP, GEO is providing a floor plan for each Center proposed under this requirement which identifies all proposed Officer posts and corresponding



shift assignments. For ease of review, shifts are grouped by color. Post-award, floor plans updated with any required revisions will be submitted with the final Center staffing plans to depict all officer posts, to be approved by the CO/COR prior to commencement of services under this contract. GEO will submit any necessary changes to the guard posts or shift requirements to the CO/COR for approval prior to implementation.

***Please see Processing Center Deployment Plans – attached***

## 5. Organizational Chart

Additional details on each Center's staffing strategy as well as a full-size Center Organizational Chart that depicts the structure of authority, responsibility, and accountability within each Center are provided as attachments to this Volume. The standard organizational structure of the major functional areas of the Center is depicted in the figure below.





This organizational chart will be updated as necessary throughout the duration of the contract and provided to the CO or COR as required or requested.

## K. Employee Health

Health files for each employee will be maintained on site, in a locked cabinet to prevent unauthorized access. These files will be under the supervision of the Center Human Resources (HR) Manager. Health files will be maintained in accordance with DHS and ICE Privacy Policies and the Privacy Act of 1974 and will contain the following documents:

- Initial and annual TB infection screening results

- Vaccination records including results, titers, and Immunization Declination Form(s)

- OSHA 301 Incident forms

- Blood borne pathogen exposure documentation

- Annual respirator medical clearance

- Fit test results

- Other employee health documents

GEO may initiate employment of an individual who has begun the required vaccines and the individual may be hired and work on the contract as long as they meet all subsequent vaccine schedule requirements until fully vaccinated. The Human Resources Manager will be responsible for keeping record and following up on the status of employees who must follow a vaccination schedule to ensure they meet all subsequent requirements.

All GEO personnel will be required to provide documentation regarding the following:

- History of testing for tuberculosis (TB) within the last 12 months:

  o Chest x-ray if employee has a history of LTBI, treatment history for LTBI or TB disease, if applicable.

  o Additionally, on an annual basis and at own expense, GEO will provide a current TST or IGRA test result if the employee previously tested negative for LTBI, evaluation for TB symptoms if the employee previously tested positive for LTBI and follow up as appropriate in accordance with Centers for Disease Control and Prevention (CDC) guidelines.



The required documentation will be placed into the employee health file. HR staff will be responsible for auditing files of staff to ensure proper documentation of TB testing is included.

**Recommended Immunizations**

GEO recognizes the preventable nature of high-risk diseases that may be transmitted or acquired as a result of employment within a Processing Center environment. As vaccinations are widely available for these diseases, which include Hepatitis A, Hepatitis B, measles, mumps, rubella, varicella, diphtheria, tetanus, a-cellular pertussis and seasonal influenza, GEO will recommend security staff take these vaccines. If staff decline or refuse any of these recommended vaccines, they will be required to complete an Immunization Declination Form and the COR will be notified. GEO understands ICE reserves the right to refuse employees that refuse vaccines. GEO will follow the OSHA regulations regarding Blood-borne Pathogens for the provision of Hepatitis B vaccinations.

Security staff will be required to provide proof of immunization or titer results to the HR Manager for placement in the secure employee health file. For employee immunizations, GEO will reference the CDCs Immunization of Health Care Workers: Recommendations of the Advisory Committee on Immunization Practices (ACIP) and the Hospital Infection Control Practices Advisory Committee (HICPAC).

## L.  GEO Employee Rules

Nationwide, all GEO employees are provided with Employee Handbooks, policies, and procedures which provide them with essential information regarding their rights and responsibilities. Areas addressed by Employee Handbooks include, but are not limited to, the following:

1. Organization

2. Recruiting procedures

3. Opportunities for Equal Employment

4. Qualifying for jobs, job descriptions, responsibilities, salaries, and fringe benefits

5. Screening employees for illegal drug use

6. Holidays, leave, and work hours

7. Personnel records, employee evaluations, promotion, and retirement

8. Training

9. Standards of conduct, disciplinary procedures, and grievance procedures



10. Resignation and termination

11. Employee-management relations

12. Security, safety, health, welfare, and injury incidents

The GEO Employee Handbook and applicable policies and procedures are provided to each employee and are explained in detail at employee orientation. Employees are required to sign a confirmation that they have received and reviewed these documents. The documents are reviewed and revised, as needed. These documents are developed by GEO as a guideline for personnel to perform their duties and to provide a sound administrative base for dealing with personnel matters.

Policies outlined are binding for all personnel. These policies and procedures are as specific as possible. Critical incidents may occur which these documents do not address; in these cases, supervisory discretion will be exercised.

GEO will provide copy of the rules or policies to our employees at each Center proposed under this requirement. Upon request by the GEO will submit verification to the Government that all employees have reviewed a copy of the rules or policies.

## M. Minimum Standards of Employee Conduct

The employee conduct policy will be made available to every employee and each employee will sign a statement to acknowledge having read, understood and agreeing to comply with the requirements contained in the policy.

### GEO and members of GEO's staff will never:

- Display favoritism to or preferential treatment of, one detainee or group of detainees over another

- Discuss or disclose information from detainee files or cases outside of the performance of professional duties under this contract

- Display any favoritism or preferential treatment to family, friends of employees or detainee family members

- Enter any business relationship with detainees or their families (i.e., selling, buying or trading personal property), or personally employ them in any capacity

- Have outside contact (other than incidental contact) with a detainee residing at a Processing Center or their family or close associates, except for those activities which are approved as part of the contract and part of the employee's job description



All employees providing services under this contract will be held to these standards. All employees will be required to immediately report to the Facility Administrator or ICE Supervisor any criminal or non-criminal violation or attempted violation of these standards.

Violations may result in employee removal from the Center.  GEO agrees failure on the part of GEO either to report a known violation or to take appropriate disciplinary action against offending employee or employees will subject GEO to appropriate action including possible termination of the contract for default.

It is GEO's policy to administer discipline in a consistent and fair manner. There are guidelines and procedures designed and adopted to implement this policy which will guide the internal and safe operations of the Center. The procedures therein do not create any legally enforceable interest or limit the Facility Administrator's authority to terminate any employee.

Employees of the Center will be expected to conduct themselves in a manner that creates and maintains respect for themselves as well as the Center, in all their activities, personal and official. They will be required to be mindful of the high standards of behavior expected of them and avoid any action(s) which might result in, or create the appearance of, impropriety or adversely affect the confidence of the public in the integrity of the Center. Failure by employees to adhere to policy and procedure regarding conduct will result in further disciplinary action, up to and including termination.

GEO will not employ any person who is currently an employee of any federal agency – including active duty military personnel (excluding military reservists or members of the National Guard) – or whose employment would present an actual or apparent conflict of interest.

**N.Removal from Duty**

In order to deter and improve behavior or performance issues, reduce occurrences of employee policy breaches and minimize Standards of Conduct violations, supervisors will be trained and expected to take progressive disciplinary action. This means that when required, employees will be subjected to the progressive disciplinary process, from less severe discipline to more severe discipline, unless the severity of the infraction or violation warrants immediate stronger action. It should be understood that progressive discipline is discretionary, and any violation of company policy, Processing Center, or company handbook, contractual requirement or statutory prohibition can, because of the severity of the offense, result in dismissal as an initial sanction.



At the direction of the COR, GEO will reassign employees who have been arrested or who have alleged misconduct to duties that do not permit direct contact with detainees pending the disposition of the charges. Any alleged misconduct will be reported immediately to the COR. If such reassignments are not available, GEO will remove the employee from work under this contract and other ICE contracts.

Upon receiving and confirming information regarding an employee that would disqualify him/her from employment under the contract, GEO will, upon notification by the COR, immediately remove the employee from duty. The disqualified employee will have his/her identification credentials revoked. GEO will complete any required dispositions.

Disqualifying information includes but is not limited to the following:

1. Conviction of a felony, a crime of violence, domestic violence, or a serious misdemeanor

2. Possessing a record of arrests for continuing offenses

3. Falsification of information entered on suitability forms

4. Non-payment of court ordered payments (child support, liens, etc.) or excessive delinquent debt as determined by credit check

5. Misconduct or negligence in prior employment, which would, have a bearing on efficient service in the position in question, or would interfere with or prevent effective accomplishment by the employing agency of its duties and responsibilities

6. Alcohol abuse of a nature and duration, which suggests that the applicant or appointee would be prevented from performing the duties of the position in question, or would constitute a direct threat to the property or safety of others

7. Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation

8. Introduction of contraband into or unto the Center

GEO understands an employee may be removed who has been disqualified either for security reasons or for being unfit to perform his/her duties as determined by the COR or the Contracting Officer.

GEO procedures regarding involuntary separation require the development of an involuntary separation recommendation, which includes the following:

- Report of investigation
- Employee's statement



- Report of offense
- Witness statements
- Any previous disciplinary actions in the prior 12-month period before the current incident

Supervisory personnel will take immediate measures to ensure that the employee's access to operations and movement around the Center is minimal and supervised until the employee leaves the Center. Arrangements will be made for the return of Government Furnished Property and GEO-issued property. Once the employee leaves the Center, the employee shall have no further access to the Center. GEO will ensure all procedures to be implemented related to employee removal from duty are aligned with ICE instructions, policies, and procedures for the management of this Center.

## O. Tour of Duty Restrictions

At each Center, the payroll clerk will utilize the KRONOS timekeeper to monitor and ensure compliance with the contract requirement precluding uniformed staff from exceeding 12 hours in any 24-hour period. GEO's shift supervisors will schedule staff accordingly to ensure such employees have a minimum of eight hours off between shifts and that authorization is obtained from the COR prior to an employee performing services that exceed 12 hours. In the event the employee is performing other duties for GEO or another employer, GEO will account for those hours worked towards the 12-hour limitation.

GEO will utilize Kronos Workforce TeleStaff software to manage scheduling. GEO Centers use TeleStaff to maintain rosters, post assignments, ranks, schedules, qualifications, time off requests, and deployment of special events. Operational policies and Telestaff govern practices utilized to backfill planned and unexpected vacancies. GEO has integrated TeleStaff with our other internal systems to automate maintenance of people and to provide integration of schedules, accruals, and timecard punches to GEO's Kronos Time and Attendance software. This web-based solution will allow GEO to provide roster reporting to ICE.

## P. Dual Positions

At each Center proposed under this Requirement, a staff member may be appointed to an acting position when a supervisory officer is not available for duty. In such cases the Chief of Security may identify a temporary replacement. Employees will not be allowed to hold the positions of Officer and Supervisory Officer simultaneously. This will be enforced and verified through daily reviews of the roster by the Chief of Security.



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 377 of 538   Page ID #:698

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 32 of 72*

For individuals acting in a supervisory position that exceed a two-week period, GEO's policy permits for a temporary promotion to supervisory level.

## Q. Post Relief

At each Center proposed under this Requirement, post orders will state that Housing Officers will not leave their assigned post unless properly relieved and authorized by the Shift Lieutenant. Officers will contact the Shift Lieutenant when they require/request a relief and will remain on post until relieved by designated staff. For gender specific posts, the relieving Officer will be of the same required gender.

All Housing Officers will be required to read and review post orders upon assignment to his/her post daily.

## R. Personnel Files

GEO will maintain a system of personnel files and make all personnel files available to the CO and the COR upon request. These files will be maintained and current for the duration of the employee's tenure under the contract. The files will contain verification of training and experience and credentials for all the staff. The HR Manager at each Center will be responsible for personnel files.

Employees will be encouraged to review their records for accuracy. A written request should be submitted to the Human Resources Department to initiate an appointment. If there is any correction needed, the employee should request it in writing and submit it to the Human Resources Representative at the Center.

In accordance with GEO corporate policy and client requirements, personnel files will contain the following, when required:
- Resume
- Application for employment
- Supplement to application for employment
- Offer letter
- Authority and release for psychological examination and evaluation
- Personnel action forms
- Polygraph release: Polygraph Examiner's Worksheet (without charts) to be retained in the file only for employees hired prior to December 27, 1988
- Release for background investigation information
- New employee background check (credit, criminal, motor vehicle, and any other reports applicable to the Center).

422



- Police/criminal record form letter
- Non-compete agreement
- Relocation agreement
- Employee data form
- Employee disciplinary action form (It is also appropriate to include related correspondence and documents in support of reprimands.)
- Letters of commendation
- Letters of resignation and exit interview statements (This may include other related documents.)
- Performance reviews
- Uniform and accessories record
- Licensing requirements/documents
- All Federal, State, local forms and documents required by law, including fingerprint cards
- All correspondence, memoranda and other materials related to an employee's performance or the terms and conditions of employment.
- Notes of issuance of GEO property (credit cards, keys, etc.)

## S. Uniform Requirements

The uniform requirements described below will apply to Supervisory Officers and Officers who perform work under the contract:

The Center will issue uniforms to those employees with positions that require a uniform appearance, such as officers and supervisory officers, food service personnel, and transportation officers. GEO Policy will set forth the official uniform description and conditions of wear. This policy will be reviewed annually. The Facility Administrator or designee will ensure security staff are inspected daily for uniform compliance and adherence to grooming standards for male and female uniformed staff.

Non-Supervisory security staff will be issued three sets of uniforms which include: polo shirts with GEO insignia, name plate, uniform trousers, duty belt, duty flashlight, jacket, hat, and chain for keys. Supervisory security staff will be issued polo shirts with GEO insignia, gold Lieutenant Bars, gold name plate, uniform trousers, duty belt, flash light, rain coat and chain for keys.

Prior to the contract performance date, GEO will document to the COR the uniform and equipment items that have been issued to each employee. Employees will use GEO-

423



issued uniforms and equipment only. GEO understands the COR will approve or disapprove any uniform apparel. GEO will provide a submittal of the uniform or any uniform changes to the COR for approval.

All GEO employees providing services at each Processing Center proposed under this requirement, uniformed and non-uniformed, will be required to have GEO-issued and other required identification credentials in their possession while on the premises of the Center. Identification credentials may include:

- Photo identification card bearing an encrypted, personalized bar code which makes the cards difficult to replicate.

- A printed document with personal data and employee physical description including name, gender, date of birth, height, weight, hair color and eye color; date of issuance, employee signature, and supervisor signature.

GEO staff will not possess wallet type badges or credentials. All credentials will be approved by the COR or other ICE-designated official.

## T.Permits and Licenses

GEO is licensed as a qualified security service company in accordance with the requirements of the district, municipality, county, and state in which the ICE work site is located. GEO will ensure all required permits and licensure are maintained throughout the duration of the contract and available for Government Inspection upon request.

### Licensing of Employees

GEO will ensure each employee has the proper registration, commissions, permits, and licensure required by the district, municipality, county and state of California, where the ICE work site is located. GEO will verify all licenses and certifications prior to employees entering duty.

### Jurisdiction

GEO will not extend services into any other areas that are not under the charge or control of ICE.

## U.Encroachment

Security procedures that will be put into place at each Center proposed under this Requirement will prevent GEO employees from having unauthorized access to Government equipment, documents, materials and telephones. Restricted areas will be secured from unauthorized entry.



All staff will be provided training on GEO IT procedures and other electronic safeguards during orientation and annual in-service training.

## V. Work Schedules

**Preparation**
One week in advance, the Supervisory and Officer work schedules (inclusive of relief officers) will be prepared, for a two-week period, and posted in Office in Charge (OIC) and staff lounge, where available. A manpower report will be submitted to the COR as required. Changes in duty hours will also be posted on this form in sufficient time to ensure 24-hour advance notice. At the completion of each shift, upon request of the COR, GEO will also provide an employment report listing for each employee who actually worked, work classification, post assignments, and hours worked, as well as total hours worked by supervisory and non-supervisory employees.

**Starting & Stopping Work**
All employees will be required to be dressed in full uniform, if required, and ready to begin work promptly at the beginning of each shift. Each employee will remain at the duty locations until the shift is completed.

**Recording Presence**
The Center will utilize the KRONOS time-keeping system, an electronic module, which captures and computes employee attendance and departures. Upon reporting and departing work, employees will document their attendance by swiping GEO Issued ID Cards then placing their fingers on a biometric finger recognition scanner. This provides real time accountability, leaves no room for errors and provides an extensive reporting capability. The presence, exit, and entry of all visitors entering the Center will be manually captured on the Official visitors log to record their presence. GEO will utilize this system which has proven to meet the Client's needs under other ICE contracts.

**Work Relief**
At all times, GEO will ensure proper relief coverage during the contract. The supervisor will schedule for proper qualified staff to cover the necessary post.

## W. Training

It is GEO policy to provide training to all employees to empower them with the knowledge skills and abilities to perform their assigned job duties. Employees perform more efficiently and effectively when they are properly trained. Training creates a better work environment and enables staff to realize greater job performance satisfaction.



GEO's training program at each Center proposed under this Requirement will be managed by a dedicated Training Administrator located full-time at each Center. The Center Training Administrator will schedule, conduct (in concert with Department-head level subject matter experts), facilitate, and document all training activities required under the contract, including management of the GEO Learning Management System (LMS).

Officers will not perform duties under this contract until they have successfully completed all initial training and the COR receives written certification from GEO. Any remuneration or pay due to GEO employees in accordance with U.S. Department of Labor regulations for any training time is GEO's responsibility. GEO will not use alternative or E-training techniques, unless approved in writing by the CO via the COR. The training site will be provided at no additional cost to the Government.

Training objectives will be established along with a specific written statement of the goals expected for successful completion of the training program. Training programs will include established requirements for completion, attendance recording, and a system for recognition of completion.

General program objectives for training will be as follows:
- To inform new employees of the Center's mission and institutional goals
- To instruct new employees in Center policies, procedures, and programs
- To familiarize new employees with the Center 's physical plant
- To provide existing employees with improved skills in their specialty area
- To convey new job skills to employees in all specialty areas
- To provide a team of trained resource staff at all levels of management
- To develop human relations skills to assist in establishing productive, meaningful, and professional relationships with detainees

The Facility Administrator is responsible for the overall operation of the Center training program, and the Training Administrator is responsible for implementation of the training policy.

Training provided to Center staff will include typical classroom instruction as well as other recognized educational strategies. Employee positions and job responsibilities will determine the type and quantity of training required. This will be addressed in the annual training plan.

Each trainee shall be required to pass a written or practical examination to ensure the subject matter has been mastered. This is particularly important in life-safety subject



areas such as firearms, chemical agents, self-defense, force and restraints, emergency response, first aid, CPR and in areas of ethical conduct.

Key components in developing the training program include:
- Design of training based on the needs of the Center;
- Scheduling training in phases so applicable standards, contractual obligations, and policies are compliant; and
- Delivering training in professionally developed formats that ensures skill-based competency testing.

All new Officers will receive 180 hours of training during the first year of employment, comprised of Basic, On-the-Job training and Additional Training during their Initial 60-Day Period. Refresher training will be provided annually.

The following training categories will be established:
- Initial training for all staff upon employment with the Center
- Annual refresher training for all staff that serves to maintain minimum competencies in necessary job skills and informational areas
- Emergency training for pre-identified staff so every employee likely to be called on in an emergency can respond efficiently and effectively
- Other specialty training mandated by statute, standards, or regulations

Requirements for training will depend on each employees' job duties and will be performed in accordance with the requirements of the PWS.

All employees at the Center will be trained in basic first aid and CPR. All CPR certified staff will be trained by a certified health organization such as American Red Cross, American Heart Association, or American Safety and Health Institute.

**Supervisory Training**
Prior to assuming duties, all supervisory Officers will receive 40 hours of formal supervisory training. This program includes situational leadership, KRONOS, and transition training. GEO ensures supervisors attend a 40-hour block of instruction designed for New Supervisors. This course is modeled after and uses material from the National Institute of Corrections (NIC). The course includes: Communications Skills, GEO's Uniform Policies, Security Inspections, Staff Motivational Techniques, Use of Tele-Staff for Scheduling and Overtime Control, GEO Human Rights policy, Detainee Supervision Staff- Detainee Relations, Use of Force, and Emergency Response.



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 383 of 538   Page ID #:704

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS  *page 38 of 72*

Additionally, supervisors will receive 24 hours of professional development training each calendar year. Any additional courses added to the above curriculum will undergo an approval process by the COR. New Supervisors Training will be completed prior to a staff member assuming the duties of Supervisor. Records of completion will be maintained in the Learning Management System (LMS) and will be made available to the COR.

Training will be conducted using certified instructors. The Training Administrator will complete, at a minimum, a 40-hour train-the-trainer course. Each instructor will be approved by the COR prior to the start of the training course. GEO ensures all instructors attend a Training for Trainers course prior to instructing any pre-service, in-service or specialty curriculum.  GEO also ensures all specialty trainers such as Defense Tactics, CERT or Firearms have received a Certification within that field from either a State or Federal government or a nationally certified private vendor.

**Training Documentation**
GEO will utilize a Learning Management System (LMS) to ensure that every employee providing services under this contract has completed the appropriate training, that training is up to date, and that the training is provided on time. A monthly training forecast will be developed and submitted to the COR or alternate COR, which includes the dates, times, and locations of scheduled training. A monthly list will be maintained outlining the training completed and a list or database of each employee's training history and pending training requirements. The list will contain the training hours, type of training, date and location of training, and the name of the instructor for each employee. Training records will be updated in the Learning Management System.

## V. DETENTION SERVICES

### A. Detention Site Standards
The Center will operate in strict conformance with ACA and DHS Standards. GEO recognizes there is a relationship between the cleanliness of the Center and the health, safety, security, and morale of the detainees. Policies that detail the process and quality level required to meet sanitation and hygiene standards for each area of the Center will be followed. The Fire and Safety Manager will work with a qualified pest control company to conduct frequent and spot services to ensure the Center is vermin/pest free.

| Under the direction of the Center staff, custodial services will be provided in the following areas: | |
|---|---|
| ✓ Office Areas (including ICE Offices) | ✓ Recreation Areas |



| | |
|---|---|
| ✓ Hallways | ✓ Health Services |
| ✓ Entry Areas/Outside Areas | ✓ Hair Care area(s) |
| ✓ Restrooms | ✓ General Use Rooms |
| ✓ Equipment Room | ✓ Visitor Areas |
| ✓ Storage Areas | ✓ Administrative Control Areas |

Clean, well-maintained and suitable linens and bedding supplies are conducive to good morale in the Center. The basic issue of linen typically includes two sheets, one pillow, one pillowcase, one non-combustible mattress with cover, and a sufficient number of clean blankets to provide comfort under existing temperature conditions. GEO will supervise and distribute these items to detainees as required.

GEO will ensure each detainee has access to clean bed linen and towels by supervising and distributing such items at least weekly, or sooner if excessively soiled or unsanitary. GEO will ensure articles necessary for maintaining proper hygiene are available to all detainees. Detainees, including those with disabilities and special needs, will be able to maintain acceptable personal hygiene practices. Detainees will be provided with clean clothing, linen and towels on a regular basis to ensure proper hygiene. Undergarments will be exchanged daily, outer garments at least twice weekly, and sheets, towels, and pillowcases at least weekly. Blankets will be exchanged every 30 days.

GEO will ensure detainee housing areas are inspected by a supervisor a minimum of once per shift. A security logbook will be used to log records of the inspection. The security logbook will be available for review by the COR or ICE designee. The Chief of Security will serve as the coordinator of the sanitation inspection program designed to ensure that:

1. All areas are clean and orderly
2. Lighting, ventilation and heating equipment function properly
3. No fire, safety or health hazards exist
4. All equipment, tools and security devices perform properly
5. All plumbing equipment including toilet, showers, washing and laundry facilities operate properly
6. A review of previous reports of deficiencies is conducted

Each staff member is responsible for overseeing the sanitation levels in their assigned area. If a deficiency is found, the staff member will put in a work order to have the situation remedied. GEO will check all locks, windows, walls, floors, ventilators, ventilation covers, access panels, and doors daily for operational wear and detainee



tampering. Any defective equipment will be reported immediately to the COR or ICE designee.

GEO will follow established policies and procedures relating to the security of the Center to prevent possible escape attempts. A comprehensive security-inspection system must cover every area in the Center, including the perimeter fence-line and all security cameras. Officers assuming their posts shall conduct a security check of the area, record the results in the post logbook, and prepare and submit maintenance work requests as necessary. Supervisory staff will conduct a daily patrol, including holidays and weekends, of all areas occupied by detainees.

GEO understands the Center is subject to periodic and random inspection by the COR, ICE designee, or other officials (e.g., ACA, Foreign Counselor Officers) to ensure compliance with ICE Standards. Deficiencies will either be immediately rectified or a plan for correction will be submitted to the COR for approval.

Fire and emergency exits will be unimpeded, permitting prompt evacuation of detainees and staff members in an emergency. All employees will be knowledgeable of and trained on all Center evacuation plans and procedures, including the location of all exits to be used in the event an evacuation is required.

## B. Language Access

Translation services will be provided for communication with detainees who do not speak or comprehend the English Language. GEO will actively recruit bilingual staff and offer incentives to staff within the company for reassignment to the Center to ensure the availability of sufficient bilingual staff. In addition, GEO may provide continuing education assistance to those employees who wish to become bilingual. Detainee interpreters will be used only in emergency situations. GEO utilizes Language Line Services for telephone translation services.

## C. Health and Medical Care Policies

GEO will manage and operate the Center in compliance with written policies and procedures that govern emergency medical care, prompt summoning of emergency medical personnel, evacuation, and duty officer response. GEO Officers will be trained to treat requests for medical treatment with a sense of urgency.

## D. Medical Services

Medical services at the facilities proposed under this Requirement will be provided by Wellpath, under contract with GEO, and will encompass the requirements established in



the PWS. Wellpath is a leading provider of a wide range of health care services, ancillary services, and products with more than 35 years of experience. GEO will provide Officers to cover the medical unit, the infirmary, and mental health, and will escort detainees to the medical clinic for sick call, appointments, and pill line.

**Health Care**
Wellpath has a comprehensive, in-house detainee health care system that includes medical, dental, mental health, recordkeeping and ancillary services. Wellpath will comply with the standards promulgated by the National Commission on Correctional Health Care (NCCHC), ACA, the PBNDS, as well as all applicable State of California regulations, Federal laws and court orders in effect at the time of this Solicitation.

**Health Care Administration** – Health care services are an inherent part of the overall secure services management program. Wellpath's in-house licensed health services staff will provide clinical and management expertise to all detainees at the Facility 24 hours a day, seven (7) days a week. The medical unit will be equipped to provide primary care and emergency health care on-site, to include on-site medical observation. Arrangements with outside laboratories, pharmacies, hospitals, diagnostic services and specialists will be made to augment or complement our health care services and to ensure that the health and welfare of the detainee population is met. The Health Services Administrator is the Facility-designated health authority responsible for the delivery of health care services and will have full authority to act on behalf of Wellpath in all matters relating to the administrative operation of health services at the Facility. The licensed, responsible Physician has the final authority regarding clinical issues. A Regional Manager will oversee all personnel selection, training and supervision to provide professionalism, quality service and compliance with Wellpath's professional and client standards.

**Intake Health Screening** – Intake/Release provides the requirements of detainee intake health screenings. Facility Medical staff will immediately be advised of the detainee(s) arrival and they will perform a preliminary health screening. No detainee will be admitted into a housing assignment without medical clearance.

All new intakes receive a thorough screening for TB at the intake process. Upon receiving a TB test, information is immediately recorded in the health care record and the detainee is given an appointment to return to the medical department for the final reading. The final reading is recorded in the health care record and follow-up with a medical provider is scheduled, if required.



An initial receiving/intake screening will be completed on all detainees within 12 hours of entering the Facility. The receiving/intake screening will be completed by health services staff and comply with all requirements of PBNDS Intake Screening Form.

The findings of the receiving/intake screening and subsequent evaluations will be recorded on the appropriate PBNDS form and will become a permanent part of all medical record. Based on the receiving/intake screening, the health services staff will determine what restrictions, if any, must be considered for proper placement of the detainee while at the Facility. In addition, an immediate referral to an appropriate health care service or health care provider will be initiated, as medically indicated.

**Medical, Mental Health and Dental Appraisals** – A comprehensive health assessment will be completed for each detainee within 14 days after arrival at the Facility. When the detainee is readmitted to the system, their health status will be updated as appropriate. All elements of the health assessment will be conducted by the health services staff. Essential elements of the health assessment will include the following:

- Review of receiving/intake screening performed during intake
- Collection of historical data to complete the medical, dental, mental health and immunization histories
- Recording of vital signs, which includes height, weight, pulse, and temperature and blood pressure
- A mental health evaluation
- A physical examination that includes attention toward oral health and dental problems
- Routine lab work to determine the presence of communicable disease, if clinically indicated
- Additional laboratory work, as clinically indicated
- Vision and hearing screening
- Appropriate treatment or therapy as indicated
- Immunizations in compliance with the U.S. Public Health Service (PHS) and Centers for Disease Control (CDC), if indicated

All information recorded during the history and physical examination will be placed into the detainee's permanent medical record. Thereafter, detainees will receive subsequent physical examinations according to established Wellpath Health Services Policies and Procedures for recurrent physical examinations.

**Access to Health Care** – Upon arrival at the Facility, all detainees will receive oral and written information that specifies the medical, dental and mental health services available



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 388 of 538   Page ID #:709

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS  *page 43 of 72*

to them, the procedures for accessing routine or emergency services, and the procedure for utilization of the grievance mechanism in a form and language they can understand. Signs explaining these procedures will be posted in the initial intake area, the medical unit and in all detainee housing units. Wellpath will establish language interpretation services and will not use detainees to translate or interpret medical problems except in emergencies.

Detainees will have daily access to the health services staff by utilizing the medical request form. Health services staff will triage medical requests within 24 hours and detainees will be assessed by health services staff within 24 hours of triage (72 hours on weekends). Detainees will have access to a Physician when medically necessary after assessment by the health services staff.

*Sick Call* – Each detainee assigned to the Facility will have unencumbered access to regularly scheduled sick call. The detainee will complete a Request for Health Services Form, which will be collected daily from a locked box on each housing unit by health services staff. Sick call will be conducted regularly, regardless of housing assignment, by qualified health services staff for non-emergency health services to meet the detainee's routine health care needs. Arrangements will be made to provide regular sick call services and evaluations to restrictive housing unit detainees by health services staff. The Physician will visit the restrictive housing unit as often as medically necessary. Health services staff will maintain a record of restrictive housing unit visits. Health services staff will be available daily to detainees throughout the Facility for access to health services, in addition to the medical request form being filled out by the detainees requesting medical care. Emergency medical, dental and mental health services are provided 24 hours a day.

**Provision of Health Care** – The Medical Health Unit will ensure that a detainee's medical or mental health conditions are closely monitored. Wellpath facilitates medical care 24 hours a day, seven days per week. If a detainee requires the provision of extensive medical care beyond the capability of the Facility medical department, facility staff members can arrange for transfer of the detainee to one of the numerous local hospitals under order of the facility Physician.

*Special Needs Treatment Plans* - Individualized treatment plans will be developed by the examining Physician for detainees with special medical needs, which require close medical supervision and/or multi-disciplinary care. A review of the treatment plan by the health services staff will occur regularly. All detainees with special needs will be monitored closely by the health services staff. The treatment plan will include a diagnostic statement, the frequency of follow-up visits, diagnostic studies and the medication regime.



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 389 of 538   Page ID #:710

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 44 of 72*

*Infection Control Program* - Because of the unique environment within secure facilities, it is particularly important to stress prevention, early identification, and control of infectious diseases, which are certainly more likely to become epidemic under such conditions. The infection control program will involve monitoring of infectious diseases and communicable diseases among detainees by review of records, investigation of reports of infection, a review of outbreaks of disease and to assure that detainees infected with these diseases receive prompt care and treatment. Typical monitoring functions of this program will include monitoring of detainees with tuberculosis (disease or infection), sexually transmitted diseases, AIDS, hepatitis and other reportable diseases, which will have reports filed consistent with local and Federal laws and regulations. Detainees infected with these diseases will receive prompt care and treatment according to written policies and procedures, to include separation from the detainee population when medically indicated, and compliance with treatment regimen will be initiated within twenty-four (24) hours. The IHSC and local health department will be notified immediately when a communicable disease is suspected. Wellpath has a comprehensive Blood-borne Pathogen Exposure Plan consistent with the Occupational Safety and Health Act (OSHA) and all other Federal codes and regulations.

Wellpath will conduct a monthly environmental and sanitation inspection of the Facility to ensure a safe and sanitary environment for detainees housed in the Facility. Monthly findings will be discussed at both Administrative and Comprehensive Quality Improvement Program meetings.

Standard universal precautions will be strictly adhered to by health services staff and all Officers who have contact with detainees in order to minimize the risk of exposure to blood and body fluids of detainees. The Facility staff will receive training to ensure compliance with Standard Universal Precautions.

*Detoxification* – The responsible health authority will approve established policy, procedures and specific protocols for detainees under the influence of alcohol and/or other drugs or those undergoing withdrawal. Detainees experiencing severe, life-threatening intoxication (overdose) or withdrawal will be immediately transferred to an off-site acute care hospital. Narcan injection or nasal inhaler will be available and utilized as necessary.

The health services staff will follow established policies and procedures for the treatment and observation of individuals manifesting mild or moderate symptoms of intoxication or withdrawal from alcohol and drugs. Acute detoxification is done only under direct



medical supervision and the detainee would be transferred to an off-site acute care hospital for treatment.

*Chemical Dependence* – The responsible health authority will approve established policy and defined procedures regarding the clinical management of chemically dependent detainees. An individual treatment plan will be developed and implemented, and referral to community resources will be made when appropriate upon release. Substance abuse counseling and support services will be provided as part of the detainee's education and program activities.

*Pharmaceuticals* – Wellpath will coordinate for the provision of all formulary and non-formulary pharmaceuticals to include over-the-counter medications at the Facility. All such medications will be ordered through the VA Financial Services Center system. Prescription medications will only be ordered by a licensed practitioner (Physician, Psychiatrist, Advanced Practitioner or Dentist) in accordance with State law. All pharmacy services will be monitored by a licensed contract consulting Pharmacist who will comply with all regulations set forth by the State of California and Federal Drug Enforcement Administration Laws, Regulations and Rules. No detainee or Officer will deliver or administer prescription medications.

Wellpath will provide maximum security, storage, and accountability for DEA-controlled substances and needles and other commonly abused items. Wellpath has existing policies and procedures to ensure the security of medications and the integrity of the on-site medication room. The provision of medications on discharge from the Facility will be in accordance with established IHSC policies.

*Mental Health Services* – The mental health services will be provided by qualified mental health professionals who are appropriately credentialed and licensed in the State of California. All detainees will receive an initial mental health screening within 12 hours of arrival. Detainees found to be suffering from a serious mental illness or psychiatric disorder will be referred immediately to a qualified mental health professional for further evaluation and crisis intervention. All detainees at the Facility will have access to mental health services and will receive oral and written information concerning the scope of mental health services and how to access the system. Detainees will access mental health care by completing a medical request form which will be collected by health services staff from a locked box in the housing unit. Detainees who do not speak English will have access to the language line for assistance in making medical requests and understanding medical/psychological intervention offered.



The GEO Group, Inc. ®

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 46 of 72*

Mental health services will be provided on-site at the Facility and will include the following:

- Receiving screening
- Mental health assessment
- Mental health evaluation by qualified mental health professional, as medically required
- Assessment to suicide/self-harm risk
- Crisis intervention
- Psychological evaluation as required
- Psychiatric assessment and follow-up as required
- Psychotropic medications when clinically indicated
- Appropriate laboratory services for detainees on psychotropic medications
- Documentation of service delivery and development of treatment/management plan

Health services staff will evaluate and determine the health status of detainees who have been receiving mental health treatment, prior to the detainee being admitted to disciplinary, administrative, protective or other segregation. Health services staff will monitor daily, or more often as indicated, detainees with mental health disorders in any segregated housing setting. Mental health treatment will be initiated as clinically indicated for detainees regardless of their housing at the Facility.

Wellpath will immediately notify the IHSC when there are significant concerns related to a detainee's mental health status.

*Dental Services* – All detainees will have an oral screening by a qualified health care professional within 14 days of admission to the Facility. This oral screening is a visual observation of the teeth and gums and notation of any obvious or gross abnormalities requiring immediate referral to a Dentist. A full dental examination will be done within 12 months of admission by a Dentist, supported by x-rays if necessary. A re-admitted detainee who has had a dental exam within the past 12 months will not require a new exam. All routine dental services will be provided by a licensed Dentist. Dental treatment is provided according to a treatment plan, based upon established priorities that, in the Dentist's judgment, are necessary for maintaining the detainee's health status. Detainees will access dental services by completing a medical request form and will deposit in locked box in housing unit. The detainee will be referred to a dental specialist as medically required.

436



The oral screening includes instruction in oral hygiene and dental health education. The dental care will include relief of pain and infection, extractions, restorations, minor repair and adjustments of dentures. Non-urgent or elective dental care will not be provided. Cosmetic dental prosthetics or other dental care for cosmetic purposes will not be provided.

*Experimentation* – Wellpath will not conduct experimentation or pharmaceutical testing on detainees.

*Incident Health Care* – The Facility considers the health and safety of the detainees in its custody of utmost importance; therefore, we take preventative measures to limit severe incidents.

*Suicide Assessment and Prevention* – The threat of suicide and attempted suicide are treated as serious matters by all staff at the Facility. Proper care and supervision of suicidal detainees will be provided. Facility policy and procedure provides for the immediate response to the threat of suicide and the proper notification to health services, administrative, counseling and direct care staff and mental health professionals regarding detainees who have expressed suicidal ideation, have histories of suicidal tendencies and/or arrive at the Facility with documentation indicating that the detainee has threatened or attempted suicide. These detainees will be evaluated on a regular basis by professionals who will assess the detainee's mental health and ensure the prescribed treatment is provided.

*Hunger Strikes* – The Facility's hunger strike management program is reviewed by the responsible health authority. Medical staff members are trained in hunger strike evaluation and treatment and remain up to date on these procedures.

Electronic Health Records (EHR) – As an added value, GEO offers an electronic health record (EHR) to document services provided to include but not limited to medication administration, clinical encounters, chronic care treatment plans, mental health and dental assessments.  Wellpath health professionals will fully utilize the GEO EHR to document delivered services. Statistical data will be obtained from the records for utilization in the Quality Improvement Program. GEO will establish a time line for EHR implementation.

## REQUIREMENT D: Mental Health Services
## Adelanto ICE Processing Center ONLY

The mental health programming described below will only be provided at the Adelanto ICE Processing Center and will consist of six hours daily of comprehensive mental health group programming. There will be appropriate space designated for staff and groups.



*Participation in Mental Health Group Programming*

Wellpath understands based on ICE's analysis of data provided of the detained population, the current facility's mental health caseload is typically 15% of the overall population, many of whom will benefit from behavioral health therapeutic group programming. Any detainee at the facility may be referred to mental health group programming services by the contract behavioral health staff, Contracting Officer's Representative (COR) or Alternate Contracting Officer's Representative (ACOR), or IHSC. Each detainee will have the ability to request enrollment in mental health group programming, with enrollment subject to approval by the behavioral health staffing. Referrals and requests will be routed to Wellpath behavioral health staff who will prioritize and refer detainees to specific therapy sessions based on their clinical assessment.

*Mental Health Group Programming*

Wellpath will use an evidenced and trauma-informed approach, led by a Behavioral Health Program Manager, to implement mental health group programming. Wellpath will promote a holistic approach to mental health treatment and identify areas for individual change across the social, psychological, and emotional spectrum. Group programming will also be culturally appropriate to the ICE population at the facility.

Wellpath will use the following core aspects of structured evidence-based group programming:

- A variety of group methods, including music and art therapy;
- Trauma-focused group programming
- Substance Abuse groups, including for dual diagnosis populations
- Domestic violence group programming, including for both male and female populations
- Mindfulness and meditation programming with a focus on acceptance and commitment
- Programming focused on Illness Management and Recovery
- Facilitated peer support and process groups
- Dialectal Behavioral Therapy Skills Training
- Mood Management Group Programming
- Cognitive-based Therapy or Distress Tolerance Skills Training

Wellpath will create an IHSC-approved Program Plan that includes a Program Schedule detailing the types and frequency of programming. Wellpath utilizes evidence-based group therapy treatment modalities.



Group programming will consist of multiple sessions, with interactivity and verbal discussions, and include various written materials as appropriate. These sessions will be tailored to suit detainees with mental illness and individuals with past trauma, as well as other special vulnerabilities. Moreover, group programming will be offered in a language and manner the detainee can understand. Wellpath will use bilingual Spanish-speaking staff and appropriate contracted language access services for other languages spoken by detainees. Additionally, Wellpath will ensure effective communications, including using auxiliary aids and services, with detainees with special needs, including disabilities.

Wellpath will develop an evaluation plan to assess the efficacy of the Group Mental Health Program operations for initial review by GEO prior to providing to both the COR and IHSC. Program objectives will be incorporated in the program evaluation and reports will be routinely provided on a quarterly basis and upon request. The program reports will include quantitative and qualitative data regarding the following objectives:

- Decreased frequency of inpatient hospitalizations
- Decreased frequency of disciplinary incidents, segregation placements and lengths of stay in segregation
- Improved mental health well-being
- Decreased self-injury incidents and suicide attempts
- Compliance with obligations to provide mental health treatment
- Effective and active participation in the detainees' legal process and immigration court proceedings.

Pre-screening data points will be utilized for a comparative analysis and a post outcome survey will be provided after completion of the program.

GEO will provide the required Officers to maintain security for mental health services.

### E. Detainee Voluntary Work Program

GEO will establish a comprehensive volunteer detainee work program at the Center which complies with PBNDS 2011 with 2016 revisions. Assignment to the work program will be strictly voluntary and under the supervision of the Assistant Facility Administrator or his/her designee.

The program will comply with all Federal, State and local work Safety Laws and Regulations. Detainee volunteer workers will be paid $1 per day in accordance with the Performance Work Statement, Part 5. Detention Services, Section E. Detainee Voluntary Work Program, issued with this RFP.



Examples of voluntary detainee work include maintenance, food service, laundry, and sanitation/grounds work. Detainees will remain within sight and sound of a staff member at all times and will be searched when they return from work detail.

Detainees will not:

- Be used to perform the responsibilities of an employee
- Perform work in areas where sensitive information is available
- Be assigned work that is considered hazardous, such as work requiring great heights, extreme temperatures, use of toxic substances, or unusual physical demands

All volunteer workers will be supervised by Center staff. For example, detainees who have volunteered and been medically cleared to participate in food service at the Center will be supervised by staff and provide basic assistance during meal service times.

The Center Fire & Safety Manager will monitor all working conditions to ensure safe conditions are maintained and that detainees receive documented training as it relates to voluntary work program assignments and appropriate clothing and equipment as necessary.

## VI. REQUIRED ADMINISTRATION AND MANAGEMENT SERVICES

### A. Manage the Receiving and Discharge of Detainees

During the admissions process, GEO will ensure that detainees undergo screening for medical purposes, have their files reviewed for classification purposes, submit to a standard body search, and are personally observed and certified regarding the examination, categorization, inventorying, and safeguarding of all personal belongings.

All detainees will be fingerprinted upon admission in accordance with the ICE policy on Admissions Documentation.

Admission processes for a newly admitted detainee includes, but is not limited to:

- Recording basic personal data and information found in ICE documents and obtained during interview of arriving detainees
- Detainee shower and issuance of clean clothing mandated
- Retention of criminal history check within detainee files and records
- Photographing and fingerprinting, including notation of identifying marks or other unusual physical characteristics

- Assignment of registered number to the detainee, checked property and computer management system
- Metal detection prior to housing transfer
- PREA Risk Assessment
- Opportunity to make one free three-minute telephone call and are assisted as needed to notify persons of their admission to custody
- Medical, dental, and mental health screenings including suicide/self-harm
- Screening to detect signs or drug/alcohol abuse
- Inventory of personal property
- Secure storage of detainee property, including money and other valuables. The detainee is given a receipt/or all property held until release.

GEO will effectuate departures as directed by ICE.

| Activities performed by GEO in support of detainee departure will include: |
|---|
| ✓ *Providing positive identification;* |
| ✓ *Documentation preparation and review;* |
| ✓ *Transportation* |
| ✓ *Escorting* |
| ✓ *Provide sack meals for detainees* |
| ✓ *Placing detainee on proper departing aircraft* |
| ✓ *Remaining at the gate until aircraft is airborne* |
| ✓ *Verifying verbally with carrier gate attendant that aircraft is in flight* |
| ✓ *Certifying departure in writing to the COR* |
| ✓ *Returning all DHS documentation to the appropriate DHS supervisor upon completing the escort assignment* |

GEO will affirm, swear and witness to all actions of effectuating departure that were accomplished, performed, and carried out.

All detainee releases are to be carefully identified and documented. All detainee property is to be returned to the detainee and all issued Center property is to be collected and inventoried prior to his/her release. All Detainees held for 30 or more days that will be released to the community are provided with information about community resources.



Procedures followed by GEO for releasing detainees at the end of their term include, but are not limited to, the following:

- Identification of outstanding warrants, wants or detainers
- Verification of identity
- Verification of release papers
- Completion of release arrangements
- Return of personal property
- Verification that no Center property leaves the Center
- Arrangements for completion of any pending actions, such as grievances or claims for damages or lost possessions
- Medical screening and arrangements for community follow-up where needed, to include medication

GEO will provide transportation assistance as required by the PWS to detainees upon release.

## B. Manage and Account for Detainee Assets (Funds, Property)

Detainees will be allowed to retain in their possession a reasonable amount of personally-owned property. Detainee property items not authorized for personal retention and use during processing will be inventoried and be retained in the property room until the detainee's release, transfer or removal.

To prevent overcrowding and related storage problems, staff will encourage detainees to send extra suitcases, television, and other soft contraband to a third party of their choosing. Staff shall inventory, and maintain a record of, detainee personal property being shipped from the Center, with a copy of the record placed in the detainee's processing file.

The detainee handbook or equivalent shall notify the detainees of Center policies and procedures related to personal property, including:

- Which items (including cash) they may retain in their possession
- That, upon request, they shall be provided an ICE/DRO-certified copy of any identity document (e.g., passport, birth certificate) which shall then be placed in their A-files
- The rules for storing or mailing property not allowed in their possession
- The procedure for claiming property upon release, transfer, or removal
- The procedures for filing a claim for lost or damaged property
- Access to detainee personal funds to pay for legal services



GEO will provide for the control and safeguarding of detainees' personal property. All personal property will be inventoried, tagged and stored in the property room. An inventoried list of all items to be stored will be provided to the detainee for confirmation and signature. This list will be placed within the detainee's file.

## C. Securely Operate the Processing Center

GEO policy requires a system of maintenance, control accountability, and identification of all keys used in the Center. The strict control of keys in a Center is essential to ensure Center security, public safety, and the safety of staff, visitors and detainees. GEO will adhere to key control policies, in accordance with ICE PBNDS 2011 with 2016 revisions. This includes strict control over keys to ensure Center security, public safety, and safety of staff visitors, and detainees. The Locksmith/Armory Officer will report to the Chief of Security and be responsible for inspections, maintenance, accountability, and testing on all locks and access controls throughout the Center. The Locksmith/Armory Officer shall complete an approved locksmith training program. This training shall be supplemented with additional training in Occupational Safety and Health Administration standards and the National Fire Prevention Association's life safety codes.

All staff shall be trained in and held responsible for adhering to proper procedures for the care and handling of keys, including electronic key pads. Initial training shall be completed before staff is issued keys, and key control shall be among the topics covered in subsequent annual training.

GEO will be responsible for all devices issued to them for ICE buildings, gates, and locks, and will sign and acknowledge receipt of these devices.

In the event a key is lost, stolen, missing or damaged, or if a key or lock is compromised, the Shift Supervisor must report it to the Facility Administrator or designee immediately both verbally and in writing. The Shift Supervisor will gather all documentation of the lost or damaged keys by the end of their shift. The Shift Supervisor will immediately lockdown all detainees in the area and will thoroughly search the area. Staff will not leave until the Facility Administrator authorizes staff to do so.

Each Center equipped with a perimeter road will have constant armed perimeter surveillance.

## D. Establish and Maintain a Program for the Prevention of Sexual Abuse/Assault

GEO will develop and implement a sexual abuse/assault prevention and intervention (SAAPI) program that is in accordance with the ICE 2011 PBNDS with 2016 revisions on SAAPI and the DHS PREA standards as provided in Attachment 13 of this RFP. GEO



will use ICE approved SAAPI program policies and procedures from existing GEO managed ICE Centers as a foundation for developing the FSP SAAPI Program.

GEO policy prohibits sexual conduct between employees, volunteers, contractors or detainees, regardless of consensual status. Such conduct is subject to administrative as well as criminal and disciplinary sanctions.

GEO has a dedicated PREA Coordinator, Director of Contract Compliance, reporting through the Corporate Contract Compliance department. The Corporate PREA Coordinator will be responsible for implementation of PREA monitoring systems and policies as well as developing, implementing and overseeing GEO's compliance with the National DHS PREA Standards in each Processing Center. In addition, the Corporate PREA Coordinator will provide guidance and resources in all matters related to PREA training, reporting, allegations, and investigations.

GEO also employs three PREA Managers of Contract Compliance at the Corporate level with investigative experience who are charged with reviewing and assisting in investigations of PREA incidents as well as operating as a resource to all Centers. An additional Corporate staff member, the PREA Compliance Specialist, is dedicated to collecting and analyzing PREA statistical data and preparing required reports. In addition to the Corporate PREA team, a Prevention of Sexual Abuse (PSA) Compliance Manager will be designated at the Center to ensure SAAPI Compliance at the Center level and will work closely with the corporate team.

This team, as part of the Corporate Contract Compliance Department, will work with staff at each Center to implement the extensive training program for all employees, volunteers, and contractors with additional intensive training for investigators and specialized training for medical personnel. All detainees will receive PREA education at orientation as part of the intake/admissions process. Upon employment, all staff receives a three-hour initial training course specifically covering DHS PREA guidelines, with two hours of annual in-service training thereafter. Additionally, all detainees will receive PREA education at orientation as part of the intake/admissions process in a language or manner that the detainee understands, including those who are limited English proficient, deaf, visually impaired or otherwise disabled, as well as to detainees who have limited reading skills.

The Center will take steps to ensure meaningful access to all aspects of the Center's efforts to prevent, detect, and respond to sexual abuse to detainees who are limited English proficient and disabled.



To ensure continuous commitment to PREA, PREA requirements are included in the Quality Control Program and are audited during the Annual Corporate Audit. The audit includes a tour of the Center, review of various PREA related documentation, reviews of investigation files, postings, and evaluation of detainee familiarity with PREA reporting and interviews with staff on their knowledge of PREA requirements.

In addition to training, the Corporate Contract Compliance team performs mock PREA audits to prepare for the certification audit. These mock audits include tours of each Center, reviews of investigation files, postings, and evaluation of detainee familiarity with PREA reporting and interviews with staff on their knowledge of SAAPI requirements.

## E. Collect and Disseminate Intelligence Information

The Chief of Security will be responsible for Intelligence operations. The Chief of Security, through the Facility Administrator's office, will notify the ICE Supervisor on duty immediately on issues which could impact the safe, secure, and orderly operation of the Center.

## F. ICE Notifications

GEO will immediately report all serious incidents or criminal activity to the Field Office Director (FOD) or ICE-designee and the COR, including but not limited to:

- Activation of disturbance control team(s)
- Disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work place violence, civil disturbances/protests)
- Staff uses of force including use of lethal and less-lethal force (includes detainees in restraints more than eight hours)
- Assaults on staff/detainees resulting in injuries that require medical attention (does not include routine medical evaluation after the incident)
- Fires
- Fights resulting in injuries requiring medical attention
- Full or partial lock-down of the Center
- Escape
- Weapons discharge
- Suicide attempts



- Deaths
- Declared or non-declared hunger strikes
- Adverse incidents that attract unusual interest or significant publicity
- Adverse weather
- Fence damage
- Power outages
- Bomb threats
- High profile detainee cases admitted to a hospital
- Significant environmental problems that impact the Center operations
- Transportation accidents (e.g., airlift, bus) resulting in injuries, death or property damage
- Sexual assaults

All criminal activity related to the performance of this contract will be reported to the appropriate law enforcement investigative agency.

GEO will cooperate with the Government on all investigations of any incident pertaining to performance of this contract.

Pursuant to ICE instructions, GEO will notify and coordinate with local law enforcement agencies to counteract civil disturbances, attempts to commit espionage or sabotage, and other acts that adversely affect the normal site conditions, the security and safety of personnel, property, detainees, and the general public.

When a situation exists that requires an emergency response, it is imperative that staff not in the immediate area be alerted to aid and to control the situation. When   a   staff member becomes aware of an emergency situation their first responsibility is to give the alarm in an appropriate manner to alert staff outside the immediate area. The alarm may be given by telephone to Master Control or by radio to alert staff of the emergency. In situations where a controlled response is indicated, notification by telephone, radio or in person is appropriate.

### G.Maintain Institutional Emergency Readiness

GEO will establish and maintain a Disturbance Control Team in accordance with ICE guidelines. Officers will be diverted from their normal duties as needed to control emergencies.



GEO's emergency plans will abide by ICE PBNDS 2011 Safety Section: 1.1 Emergency Plans, ACA standards and ICE policies. GEO has in place an internal corporate nationwide staff contingency plan consisting of employees who possess the same expertise and skills required of staff working directly on this contract. At the discretion of ICE, these employees will be made available to respond to an institutional emergency at the Center if deemed necessary. Employees considered as part of the national roster for this contingency plan will be selected from other Centers where GEO provides service under contract with ICE, thus ensuring that the employees have attained the proper background screening and training. GEO will obtain the concurrence of the COR for the plan prior to implementation and will not make additional modifications to the plan without the further written concurrence of the CO.

GEO will submit to the COR or ICE designee a proposed inventory of intervention equipment (e.g., weapons, munitions, chemical agents) intended for use during performance of this contract. GEO will not use electro-muscular disruption (EMD) devices.

GEO will await concurrence of the intervention equipment from the COR or ICE designee, prior to issuance of the NTP. The approved intervention equipment inventory will not be modified without prior written concurrence of the CO. GEO will be responsible for the acquisition of such intervention equipment.

GEO will obtain the appropriate authority from state or local law enforcement agencies to use force as necessary to maintain the security of each Center proposed under this Requirement.

**H. Manage Computer Equipment and Services in Accordance with all Operational Security Requirements**

GEO takes reasonable and appropriate steps to protect its information and information systems from a variety of threats such as error, fraud, sabotage, privacy violation, and service interruption. All users of GEO Systems and IT Resources, whether they are GEO employees, temporary employees or consultants, are responsible for protecting sensitive information from unauthorized access, modification, duplication, destruction, or disclosure. GEO endorses and implements the following security principles:

- Identification (e.g. User IDs) and authentication (through passwords and/or PINS)

- Authorization (e.g. access roles and access control)



- Confidentiality (e.g. encryption), integrity (e.g. the accuracy of system, data, and message storage and transmission), and availability (e.g. accessibility when needed)
- Accountability (e.g. tracking and audit)

GEO's security principles give us the ability to identify and record unauthorized access or attempts to access ICE detainee information. Any information technology security incidents will be reported to the COR or ICE designee within four hours of the security incident.

## I. Manage and Maintain a Commissary

Detainees will be given the opportunity to order from the commissary at least once per week. The commissary will be an order and ship operation, whereas orders are placed and are later delivered in an individual bag for each detainee. Detainees will utilize their detainee number to place orders, which will be tied to their fund accounts, which will be used for payment for their purchases. Detainees will be permitted to receive funds from outside sources (i.e., from family, friends, bank accounts). Outside funds or those generated from participation in the voluntary work program may be used to pay for products and services from the commissary.

All items available at the commissary will be those allowed by the Facility Administrator and will be approved by the COR or ICE-designated employee prior to sale to the detainees. As this will be an order and ship operation, no commissary inventory will be kept on site. Notice of any price increases will be provided to the COR. Revenues will be maintained in a separate account and not commingled with any other funds. Any interest earned on this account will be credited to the detainee welfare fund.

Expenditures of profits from the commissary operations will only be made with the approval of the Contracting Officer or designee. GEO will utilize revenues earned in excess of those needed for commissary operations at the Center solely to benefit detainees at the Center. GEO will provide independent auditor certification of the funds to the COR every 90 days.

At the end of the contract period, or as directed by the Contracting Officer, GEO will ensure that a check for any balance remaining in this account is made payable to the Treasury General Trust Fund and given/transmitted to the Contracting Officer.

## J. Manage and Maintain a Detainee Telephone System (DTS)

GEO understands the importance of an efficient, consistently operable telephone system within the processing environment. Access to telephones will enable detainees to



The GEO Group, Inc.®

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 59 of 72*

maintain family and community connections, both issues which have a significant impact on the quality of life within the Center.

GEO will provide detainees with reasonable and equitable access to telephones as specified in ICE PBNDS 2011 with 2016 revisions on Telephone Access. The ICE designated DTS Vendor will receive 100% (percent) of all telephone related revenues. The DTS Vendor will be responsible for the costs incurred for installation of the equipment, any monthly telephone charges incurred from the operation of DTS, and the maintenance and operation of the system. The telephone access rules will be provided to each detainee upon admittance, and the rules will be posted where they are easily visible. Telephone access hours will also be posted.

GEO does not expect to be entitled to any commissions, fees, or revenues generated by the use of the DTS or the detainee telephones.

GEO will consistently inspect telephones to ensure they are in working order, in accordance with ICE policies and procedures. GEO will notify the DTS Vendor, and the COR or alternate COR upon discovery of any inoperable telephones. Center staff will be responsible for ensuring daily that telephone systems are operational and that the free telephone list is posted. Ensuring there is a dial tone is only part of what is required: when testing equipment, the officers must be able to demonstrate that an individual has the ability to make calls. Any problems identified must immediately be logged and reported to the appropriate Center and ICE personnel. GEO will ensure a list of card and calling rates is posted in each housing unit.

## VII. CENTER SECURITY AND CONTROL

### A. Security and Control (General)

It is GEO policy to maintain current written orders for every officer post. Officers assigned to those posts acknowledge in writing that they have read and understand the orders and record the date. The Facility Administrator or designee reviews post orders annually and updates them as needed. Each officer will have written post orders that specifically apply to his/her current duties. The post orders will specify the duties of the post Officer, along with instructions on how to perform those duties. The step-by-step procedures will include enough detail to guide an Officer assigned to the post for the first time. The Facility Administrator will also develop post orders for non-permanent assignments (details, temporary housing units, emergency changes, etc.). If events preclude advance planning, the Facility Administrator will issue a post order as soon as possible after the need arises.



GEO will ensure control and security of the Center and its occupants through regular inspections conducted by Officers. Security inspections guard against internal and external breaches in security. The Facility Administrator will be responsible for the identification, repair and/or resolution of any issues requiring corrective measures as soon as possible.

As a standard, GEO policies governing Center security and control for locations under contract with ICE are written in compliance with ICE PBNDS. Site-specific procedures will be developed with consideration for the unique physical plant features of each location proposed under this requirement.

GEO will provide, install, and maintain a building access control system in all ICE and/or DOJ administrative space, and will give the Government administrative access and oversight role for the system. GEO staff will comply with ICE security plans.

## B. Detainee Rights

It is GEO policy to treat all detainees with dignity and respect while maintaining a safe, secure and sanitary Center. Detainee rights are clearly communicated to each detainee in writing within the detainee handbook. GEO mandates a zero-tolerance policy towards all forms of sexual abuse and sexual harassment in all Centers. Detainees have the right to be free from discrimination for any reason, including race, religion, national origin, sex, sexual orientation, gender identity, physical ability, mental ability, or political beliefs.

## C. Unauthorized Access

GEO will utilize supervisory best practices and technology, which may include Morse Keywatcher, badge access, and CCTV, to detect and prevent any individuals from attempting to gain unauthorized access to restricted areas of the site(s) identified in this contract. GEO will immediately contact local law enforcement authorities and inform ICE in the event of an incident at the Center.

## D. Direct Supervision of Detainees

GEO's proposed staffing plan for each Center offered under this Requirement will allow for direct supervision of detainees. GEO will provide supervision of all detainees in all areas, including supervision in detainee housing and activity areas. Officers will be able to hear and respond promptly to emergencies. At least one officer will be assigned to monitor each occupied housing section, which will be separate from any housing control post that may be listed on the staffing plan.



**E. Maintain a Video Surveillance Program**

GEO will ensure that video cameras monitor hallways, exits, and common areas. Officers assigned to the Central Control Station will be responsible for monitoring this system. Considering that the videos will be recordings of residents who may be seeking asylum or other considerations under U.S. immigration law, GEO will maintain the digital recordings and will not release them to anyone, unless approved by DHS. GEO will keep the videos for a minimum of 90 days, or for the duration of any investigation as necessary for use by local law enforcement, ICE, or investigations conducted by GEO.

**F. Log Books**

GEO will complete and document in writing, for each shift, including but not limited to, the following information in the logbooks:

- Activities that have an impact on the detainee population (e.g., detainee counts, shakedowns, detainee movement in and out of the site, and escorts to and from court). The Chief of Security will be responsible for completing these entries, with documentation being maintained in the Security Clerk's office.
- Shift activities (e.g., security checks, meals, recreation, religious services, property lockers, medical visits). The Chief of Security will be responsible for completing these entries, with documentation being maintained in the Security Clerk's office.
- Entry and exit of persons other than detainees, ICE staff, or GEO Staff (e.g., attorneys and other visitors). Logs will be recorded at the Entry Point, with documentation being maintained in the Security Clerk's office.
- Fire drills, routine procedures, emergency situations, and unusual occurrences. This information will be maintained in the Lieutenant's log.

The Chief of Security will ensure log books are updated as required. Logs will be maintained in the Administrative/Security Clerk's office and in accordance with ICE PBNDS.

**G. Reports**

Daily, GEO will provide a manifest, managed via GEOtrack, of all detainees currently housed in the Center. The manifest will contain the following information for each detainee: "A" File Number; office received from; name; date of birth; gender; nationality; date of arrival; number of days the detainee has been in the Center; and type of release, if applicable.

On a monthly basis, GEO will provide status reports. The key indicator report will include data on Average Daily Population, Classification, Special Management, Detainee Behavior Incidents, Detainee Grievances, Use of Force incidents, and Personnel. A



separate personnel report, listing the key personnel positions of the Center (e.g., position title, name of the employee, vacancies and length of vacancies, dates of service, additional comments) will also be submitted monthly to the COR or ICE designee as required for the previous month's activities and staffing.

GEO will prepare required orders, instructions, and reports of accidents, security violations, fires, and bomb threats. The reports will be maintained on file, concerning all activities in connection with duties and responsibilities for the services performed under this contract. GEO will prepare any special or other reports, or issue further orders and instruction as may be required in support of work within the scope of this contract as requested by ICE.

## H. Detainee Counts

Formal and informal counts will be conducted as necessary to ensure around-the-clock accountability for all detainees. GEO will document the physical detainee counts in the logbook and ensure ICE procedures are followed when the physical detainee count does not show that all detainees have been accounted for. This procedure will require a Center-wide recount by the Shift Supervisor. At a minimum, official detainee counts will be conducted once per shift, with no less than three counts daily, or as directed by the COR or ICE designee. All counts will be documented in separate logs maintained in the applicable locations where detainees are housed, the Control Center, and the Shift Supervisor's office, and will be maintained for a minimum of 30 days.

In accordance with GEO procedures a formal count should be conducted at least once every eight hours, with the shift supervisor verifying its accuracy. Officers will encourage detainee cooperation to encourage the accuracy and completeness of each count. However, officers will not allow detainees to perform the count, nor participate in the preparation or documentation of the count process.

There will be no movement of detainees during formal counts. All detainee movements into, out of, and within the Center must cease before the count begins. Detainee movement will not be allowed to resume anywhere in the Center until the complete Center count has been cleared. If while conducting a count, staff observe an unusual incident (e.g., medical emergency, criminal act), they will cease the count and respond appropriately according to local procedures. Should an emergency arise during the count that necessitates the movement of detainees, a new count will be conducted as soon as possible after the emergency subsides.



## I. Daily Inspections

GEO's Officers will conduct daily inspections of all security aspects of the site. All bars, locks, windows, walls, floors, ventilation covers, glass panels, access plates, protective screens, doors, lights, and equipment will be checked for operational wear and detainee tampering. Issues needing immediate attention to prevent injury such as slippery floor surfaces will be reported and attended to in order to prevent injury. This documentation will be made daily in a logbook and on "Work Request Forms" provided by ICE. Problems discovered during these inspections will be clearly identified in the documentation.

GEO will also notify the COR of any abnormalities or problems, including immediate notification of the COR or ICE designee on duty of any damage to the physical Center. Written documentation of any problem areas will be submitted to the COR by the end of the shift.

A general inspection of the Center will be made each week by the Facility Administrator, Assistant Facility Administrator, Chief of Security and Shift Supervisor. Shift Supervisors will visit all housing and activity areas each shift. Supervisory staff will conduct a daily patrol, including holidays and weekends, of all areas occupied by detainees. Patrols and inspections will be documented.

Inspection Procedures will include:
- Visual inspection for evidence of tampering or weakness
- Inspection of living quarters for discrepancies or inoperability of cameras
- Inspection of 'innocent looking' areas, i.e., trash containers, sanitary supplies, lockers and other places of concealment
- Inspection of the secure external perimeter of the Center, visitor holding areas, and doorways

## J. Deviation from Prescribed Schedule Assignments

GEO may deviate from the scheduled assignment when unusual conditions or circumstances so demand, and if prior approval is received from the COR. GEO will record all deviations in the daily logbook. When the COR is not available, GEO will ensure that the ICE Supervisor on duty is notified immediately or as soon as practically possible.



## K. Use of Force and Restraints

Officers will use the minimum force necessary to gain control of the detainee; to protect and ensure the safety of detainees, staff, and others; to prevent serious property damage; and to ensure the security and orderly operation of the Center.

In accordance with ICE requirements and GEO policy, the use of physical force by Officers is restricted to instances of justifiable self-protection, protection of others, and protection of property and prevention of escapes. GEO only allows physical force to be used to the degree necessary to safeguard the well-being of the detainee(s) and others in the immediate area. Training on the applications and types of force is outlined during initial training as well as annual refresher training.

In no case will physical force be used as punishment or discipline. GEO will adhere to ICE PBNDS and the ICE Use of Force Policy on the use of deadly and non-deadly force to include the use of intermediate and deadly weapons.  GEO's Officers will immediately report all instances of use of physical force to the ICE Supervisor on Duty. Prior to leaving his or her shift, the Supervisory Officer will prepare a written report and submit it to the Facility Administrator, who will review, approve, and provide the report to the COR or ICE Supervisor on Duty within 24 hours of the incident.

GEO will operate in compliance with ICE PBNDS governing the use of restraint equipment including the most recent ICE directive regarding Use of Restraints Directive. GEO does not apply restraints as punishment, nor does it apply restraints for more time than is necessary. Restraints will be applied for the least amount of time necessary to achieve the desired behavioral objectives. Four/five-point restraints will be applied only in extreme circumstances and only when other types of restraints have proven ineffective. GEO does not apply restraints on detainees who are pregnant or during postpartum recovery except for specific conditions outlined in PBNDS and GEO's policy.

GEO will seek advance approval for the use of these four/five-point restraints and will promptly notify the medical staff. Use of these restraints will be continued only in accordance with required procedures and documentation. When directed by the COR, GEO's Officer may use Government-provided disposable nylon straps in lieu of handcuffs or leg restraints in emergencies, mass arrest situations, or if a detainee's wrists or ankles are too large for conventional restraints. GEO will not use any other restraint devices.

Staff will comply with their defensive tactics training and the proper application of those techniques. Staff may not use restraint equipment or devices on a detainee's neck or face, or in any manner that restricts blood circulation or obstructs the detainee's airways



The GEO Group, Inc. ®

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 65 of 72*

(mouth, nose, neck, esophagus). Staff may not use restraint equipment or devices to cause physical pain or extreme discomfort. While causing some discomfort may be unavoidable even when applying restraints properly, examples of prohibited applications include: hog-tying, fetal restraints (cuffed in front with connecting restraint drawn-up to create the fetal position); unnecessarily tight restraints; and improperly applied restraints.

To control a situation involving an aggressive detainee, all staff must be made aware of their responsibilities through ongoing training. All processing personnel will also be trained in approved methods of self-defense, confrontation avoidance techniques, and the use of force to control detainees.

## L. Escapes

GEO will notify the COR and ICE Supervisor on duty immediately if an escape or an attempted escape has occurred, and escape response protocols will be initiated as necessary. GEO will provide the COR with a written report detailing the circumstances surrounding the incident prior to the end of the shift.

In the event of an escape, the order of responsibility and emergency procedures outlined in the site-specific Escape Emergency Plan will be followed, and the Escape Plan Notification Checklist shall be utilized. The Escape Plan Notification Checklist will be maintained in Master Control.

The Escape Emergency Plan establishes the procedures for responding to an escape, and includes specific guidance for notification, verification and assessment, order of responsibility, and staff responsibilities and duties.

The primary responsibility of GEO is to maintain the care, custody and control of detainees committed to our Centers and to ensure the safety and welfare of each staff member and detainee within our Centers, therefore providing for the safety of the public in surrounding communities. The ability of the Center to maintain control at all times during a crisis or emergency is essential. Accordingly, cooperation with local, county, state and federal law enforcement, detention/corrections, and emergency agencies will be an integral part of the daily operations of the Center as well as the Center's Emergency Plan.

In each of GEO's Centers (domestic and international), we consider all of our mutual aid agencies as partners in the development and testing of our procedures.

GEO has experienced excellent success with our established partnerships with community agencies, local, state and federal law enforcement, and our client agencies in



providing mutual assistance during situations requiring our "criminal justice team" to meet the challenges at hand.

As with all of our operations worldwide, we believe that our success is built upon the community support and community relations established well ahead of the formal submission of a proposal to the prospective client agency. Effective relationships can be achieved only through a free-flowing communications network of shared information at all levels within the community, law enforcement and emergency service agencies.

## M. Evacuation Plan

GEO will develop an evacuation and alternate staging plan in place for use in the event of a fire or major emergency at the Center. This plan will be reviewed annually and approved by ICE. Under existing contracts, GEO has established Memorandums of Understanding (MOU) for evacuation and transportation planning. GEO will model these existing agreements and establish arrangements with: Western Region Detention Facility, Adelanto ICE Processing Center, Mesa Verde ICE Processing Center, Central Valley Modified Community Correctional Facility, Desert View Modified Community Correctional Facility, Golden State Modified Community Correctional Facility, and McFarland Female Community Reentry Facility. GEO will also conduct drills as may be required by ICE written policy and procedure.

## N. Sanitation and Hygienic Living Conditions

GEO will comply with the requirements of the Occupational Safety and Health Act of 1970 and all codes and regulations associated with 29 CFR 1910 and 1926. GEO will comply with all applicable ICE, federal, state and local laws, statutes, regulations, and codes. In the event there is more than one reference to a safety, health, or environment requirement in an applicable, law, standard, code, regulation, or ICE policy, GEO will abide by the most stringent requirement.

GEO recognizes there is a relationship between the cleanliness of the Center and the health, safety, security, and morale of the detainees. Policies that detail the process and quality level required to meet sanitation and hygiene standards for each area of the Center will be developed and approved by ICE prior to contract award. The Fire and Safety Manager will work with a qualified pest control company to conduct frequent and spot services to ensure the Center is vermin/pest free.

| Under the direction of the Center staff, custodial services will be provided in the following areas: | |
|---|---|
| ✓ Office Areas (including ICE Offices) | ✓ Recreation Areas |
| ✓ Hallways | ✓ Health Services |



| ✓ Entry Areas/Outside Areas | ✓ Hair Care area(s) |
|---|---|
| ✓ Restrooms | ✓ General Use Rooms |
| ✓ Equipment Room | ✓ Visitor Areas |
| ✓ Storage Areas | ✓ Administrative Control Areas |

## O. Physical Plant

A description of the physical plant for each Center proposed under this Requirement has been provided as an attachment to this section.

Promptly after the occurrence of any physical damage to the Center (including disturbances), GEO will report details of the damage to the COR or ICE designated official. GEO will repair the damage, to rebuild or restore the institution. Government staff will be on-site to monitor contract performance and manage other Government interests associated with operation of the Center, and GEO will ensure Government staff have full access to all areas of the Center. GEO will obtain pre-approval for access to Government required space from the COR.

## P. Environmental Policy Procedures

GEO conducted an environmental assessment on each Center proposed under this requirement. GEO is confident that the information provided for each Center will allow ICE to issue a Finding of No Significant Impact (FONSI). The full environmental assessment, developed in compliance with RFP attachment 15, has been provided as Volume IV of our submission.

## VIII.   FOOD SERVICE

GEO's Food Service Program is under the direct supervision of the Corporate Director of Food Service and a Registered Dietitian. GEO directly manages 55 kitchens within secure services facilities across the United States. In 2019 (as of September 30), GEO Food Service staff has been responsible for preparing and serving 47.9 million meals. GEO is cognizant of the critical role Food Service plays in the overall safe, secure, and efficient operation of the Center. GEO's expertise in production, line service, as well as medical, and religious diets qualifies us to meet and/or exceed standards as established by governmental health and safety codes, PBNDS, ACA, local standards, and National Technical Information System (NTIS).

GEO will provide all personnel, supervision, items and services necessary to perform full food service (including satellite meals and/or sack meals) required under this contract.



GEO is capable of managing and implementing the full scope of services required for the successful implementation of a food service program, including, but not limited to:

- Menu planning
- Ordering food and supplies
- Receipt, storage, inventory and record keeping
- Food preparation
- Meal service
- Dining Center management
- Cleaning facilities, equipment, and utensils
- Maintaining quality control
- Ensuring operator level maintenance and cleaning
- Contingency planning for continued service

GEO's experience operating under contract with ICE includes adherence to requirements established by numerous governing bodies. As required, GEO will adhere to the documents detailed in the list below.

- American Correctional Association (ACA) Manual
- ALDF Performance Standard: Food Service
- ICE Performance-Based National Detention Standards 2011 with 2016 revisions
- USPHS Food Code FDA
- Local Standards
- National Technical Information System

GEO understands the PBNDS requirements are controlling, and if there is a conflict between PBNDS, ACA standards and local requirements, the PBNDS standards prevail.

GEO will provide the necessary timely assistance to meet emergent requirements as requested by the Assistant Field Office Director (AFOD) or COR.

Food service accommodations for each Center proposed under this requirement are included within the concept design description attachments to this section.

## IX. PROPERTY ACCOUNTABILITY

### A. General

The Facility Administrator and the Business Manager are responsible for the purchasing, accounting, and safeguarding of all GEO and client fixed assets for the Center. Upon



expiration or termination of this contract GEO will render a written accounting to the COR of all such property. GEO will assume all risk and will be responsible for any damage to or loss of Government furnished property used by GEO employees.

Upon expiration of the contract or termination of services, GEO will immediately transfer to the COR, any and all Government property in its possession or in the possession of any individuals or organizations under its control, except as otherwise provided for in this contract. GEO will cooperate fully in transferring property to the successor Contractor.

## B. Use of Government Wireless Communication Devices

GEO will allow all personnel that have been issued a Federal Government owned wireless communication device, (i.e., cellular telephones, pagers or wireless Internet devices) to possess and use those items in all areas of the Center in which ICE detainees are present. GEO will provide, install, and maintain cellular, telephone, and wireless boosters to ensure optimal service throughout the Center and ICE and/or DOJ administrative areas.

## X. FIREARMS / BODY ARMOR

### A. Firearms Requirements

GEO will provide well-maintained or new firearms at the start of the contract and maintain sufficient licensed firearms and ammunition to equip each armed Officer and armed supervisor(s) with a licensed weapon while on duty.

No personal firearms will be permitted to be carried while on duty. GEO's Locksmith/Armory Officer will certify all firearms are safe and accurate for use. Transportation Officers will be issued 9mm semi-automatic firearms that meet the recommendations of the firearms manufacturer and use factory ammunition loads only.

Each Officer will be issued sufficient ammunition which consists of three full magazines. The Center's certified Locksmith/Armory Officer will account for all firearms and ammunition daily.

GEO will ensure notification is made to the COR in the event any weapons or ammunition is missing from the inventory.



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 415 of 538   Page ID #:736

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 70 of 72*

GEO is a Federal Firearms License holder and maintains a Corporate inventory as well as the local Center firearms inventory. GEO, in accordance with this Federal Firearms license, is audited routinely by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and there have been no findings. All firearms will be inspected by the certified armorer and those inspections will be documented by the Facility Administrator.

Weapon safety is GEO's standard policy and loading and unloading and cleaning of firearms will take place in designated areas. Gun barrel clearing equipment will be situated outside the armory for clearing purposes and weapons will be cleaned in a secure area of the armory. All firearms will be properly maintained and certified as serviceable by GEO's Locksmith/Armory Officer. The Locksmith/Armory Officer will maintain appropriate supplies of firearm upkeep and maintenance equipment and ensure their safety prior to issuance to the Transportation Officer.

GEO will provide a complete list of licensed firearms by serial number and by location to the COR. GEO will maintain a current list of all licensed firearms and a list of approved firearms will be kept in the safe/vault. GEO will maintain all required state and municipality permits on file at the Center as well as at Corporate Headquarters.

Each officer's weapons permit will be kept on file at the Center as required by ATF, the State and ICE.

GEO will comply with providing the COR with the armed officers weapon permit upon request and will comply with providing a copy of the license three days prior to an assignment. GEO will ensure daily that all armed Officers have valid licenses in their possession at all times.

GEO will ensure accurate receipts and return entries are maintained in the Firearms and Equipment Control Register.

GEO's armed officers will be certified by the ICE COR in an approved intermediate weapon (baton/ASP and/or OC spray) in conformance with PBNDS security section 2.15 Use of Force or Restraints.

GEO will comply with ensuring each safe/vault remains locked at all times when not issuing or returning firearms or ammunition. GEO will ensure compliance with changing the safe/vault combination every six months or when circumstances warrant.

GEO will assign one or more staff to the position of Ammunition Control Officer and Firearms Control Officer (shown on GEO's staffing plan as Locksmith/Armory Officer).



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 416 of 538   Page ID #:737

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.1.B Understanding of the PWS *page 71 of 72*

## B. Body Armor Requirements

GEO will provide body armor to all armed officer and transportation officers. Officers will be required to wear their issued body armor while on armed duty. In addition, GEO armed officers will be issued at a minimum threat level III protection and comply with GEO firearms policy, state and federal requirements, and as ICE's Body Armor Policy. GEO will ensure the replacement of body armor which becomes unserviceable and at the expiration of service life. Each armed officer's body armor will be replaced every five years.

Each armed officer, as part of the training curriculum, will be made aware of the effects of wearing body armor in high heat/humidity conditions. Water will be supplied during transport missions as well as at the Center enabling each officer to rehydrate. GEO will supply as required a minimum of two undergarment shirts designated for under armor wear.  No personal body armor will be worn or authorized to be worn by GEO's/GTI's armed officers.

## XI. Transition

### A. Transition-In

GEO will be responsible for the transition of all activities identified in this PWS. Facilities that are currently active under contract with ICE will require only minimal start-up activities. For Facilities with delayed availability, GEO's transition-in will be accomplished as expeditiously as possible, with a maximum transition-in period of 60 days from Facility availability.

GEO's approach to transitioning is provided in Section I.3 of our response. As required by the PWS, GEO will submit a final Transition-in Plan for approval by the Contracting Officer's Representative (COR) within two (2) weeks after award reflecting input from the COR. This transition in plan will also reflect all necessary activities to facilitate the transition of services to the Contractor and expected completion dates of those activities.

### B. Transition-Out



GEO will be responsible for the transition-out of all technical activities identified in this PWS during the final, awarded period of performance. GEO will submit the Transition-out Plan two (2) months prior to the completion of the period of performance of this contract to be approved by the COR. GEO will complete the transition by the end of the period of performance of this Task Order. GEO will fully support the transition of all requirements to any successor to ensure no disruption in operational services.

# Executive Summary - Requirement D



The GEO Group, Inc. ®

FINAL PROPOSAL REVISION - December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Executive Summary – Requirement D (Adelanto Complex)   *page 1 of 3*

# REQUIREMENT D
## ADELANTO (EAST and WEST) ICE PROCESSING CENTER AND DESERT VIEW ANNEX

## FINAL PROPOSAL REVISION
## <u>EXECUTIVE SUMMARY</u>

### <u>Facility Location</u>

- **GEO is proposing the continued management and operation of the Adelanto (East and West) ICE Processing Center (Adelanto IPC), located in Adelanto, California, 85 miles east of the Los Angeles ICE Field Office.**

- **GEO is also proposing the Desert View facility as an Annex to the Adelanto IPC. Desert View would be established as a separate CLIN under the Adelanto IPC contract.**

### <u>Facility Availability</u>

- **Adelanto IPC - Immediate occupancy.**

- **The Desert View Facility was incorporated as an annex to the Adelanto ICE Processing Center contract September 20, 2019. The facility is immediately available for ICE Operational Transition, with initial detainee intake in approximately 8 months from contract execution.**

### <u>Adelanto Facility Physical Plant</u>

- **The facility has a general population capacity of 1,940 beds and is comprised of 400,000 square feet in two adjacent buildings.**

- **The modern facility is air-conditioned throughout and has 3 artificial turf soccer fields.**

- **Resident amenities include flat screen TV's in housing areas, indoor hobby crafts, volunteer programming, and faith-based services.**

- **The facility's physical plant meets all mandatory requirements of the American Correctional Association.**

- **Dedicated ICE/ERO/OPLA space including 6 courtrooms.**

- **Separate, secure parking area for government staff.**

## Desert View Annex Physical Plant

- **The facility has a general population capacity of 750 beds, is comprised of 97,000 square feet.**

- **The modern facility is air-conditioned throughout and is planned to have 2 artificial turf soccer fields.**

- **Resident amenities include flat screen TV's in housing areas, indoor hobby crafts, volunteer programming, and faith-based services.**

- **The facility's physical plant meets all mandatory requirements of the American Correctional Association.**

## Facility Operational Accreditations/Certifications

- **2011 Performance Based National Detention Standards (PBNDS)**

- **National Commission on Correctional Health Care (NCCHC)**

- **Prison Rape Elimination Act (PREA)**

- **American Correctional Association (ACA)**

## Adelanto IPC Facility Staffing

- **569.8 total facility staffing**

- **382.8 security staffing**

- **92.0 healthcare staffing (contracted)**

## Desert View Annex Staffing

- **194.5 total staffing**

- **127 security staffing**

- **29.5 healthcare staffing (contracted)**



**Adelanto Complex Pricing Assumptions**

- **GEO's Final Proposal Revision reflects pricing for each year within the 5-year Base, and within each subsequent year of the two 5-year Option Periods of the 15-year contract term, for the Adelanto ICE Processing Center and Desert View Annex.**

- **Employee compensation is based on current Collective Bargaining Agreement, which expires April 22, 2021.  We anticipate that the CBA wage rates will either be renegotiated, or that the applicable DOL Wage Determination will apply. At that time, we will submit a Request for Equitable Adjustment (REA) in accordance with the Service Contract Act (SCA), for which we expect to receive approval.**

- **Includes use/maintenance/repair of Adelanto Facility having a replacement value in excess of $200 million.**

- **Includes use/maintenance/repair of Desert View Facility having a replacement value in excess of $70 million.**

- **Implementing Electronic Health Records.**

- **Proposed Requirement D Surge/Facility Upgrades have been established with a $5 million placeholder for each 5-year period, at each site, pursuant to the December 9, 2019 directions from ICE. Implementation of Requirement D Surge/Facility Upgrades will occur only following final ICE design and cost review/approval.**

# Adelanto ICE Processing Center

# Staffing Plan

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

| Executive Office | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
| Facility Administrator | 1.00 | | | | 1.00 | 1.00 |
| Deputy Administrator | 1.00 | | | | 1.00 | 1.00 |
| Training Lieutenant | 1.00 | | | | 1.00 | 1.00 |
| Fire & Safety Manager | 1.00 | | | | 1.00 | 1.00 |
| Compliance Coordinator | 1.00 | | | | 1.00 | 1.00 |
| HR Manager (NEW) | 1.00 | | | | 1.00 | 1.00 |
| PREA Manager/Disability Coordinator | 1.00 | | | | 1.00 | 1.00 |
| Grievance Coordinator | 1.00 | | | | 1.00 | 1.00 |
| Grievance Clerk | 0.50 | | | | 1.00 | 0.50 |
| Fire & Safety Clerk | 0.50 | | | | 1.00 | 0.50 |
| Compliance Clerk | 0.50 | | | | 1.00 | 0.50 |
| STG / Intelligence | 1.00 | | | | 1.00 | 1.00 |
| STG / Intelligence Clerk | 0.50 | | | | 1.00 | 0.50 |
| PREA Investigator | 1.00 | | | | 1.00 | 1.00 |
| Executive Secretary | 1.00 | | | | 1.00 | 1.00 |
| **Sub Total** | **13.00** | **0.00** | **0.00** | **0.00** | | **13.00** |

**469**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

## Business / Support

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Assistant Warden-Finance & Administration | 1.00 | | | | 1.00 | 1.00 |
| Assistant Business Manager | 1.00 | | | | 1.00 | 1.00 |
| Bookkeeper | 1.00 | | | | 1.00 | 1.00 |
| Computer Support Tech (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 |
| Detainee Accounts Clerk (add 1.0 complex) | 4.00 | | | | 1.00 | 4.00 |
| Warehouse Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Warehouse Clerk | 1.00 | | | | 1.00 | 1.00 |
| H.R. Specialist (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 |
| H.R. Assistant | 1.00 | | | | 1.00 | 1.00 |
| Payroll Clerk | 1.00 | | | | 1.00 | 1.00 |
| Mailroom Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Mailroom Clerk | 2.00 | | | | 1.00 | 2.00 |
| Receptionist | 2.00 | | | | 1.00 | 2.00 |
| Janitor | 7.00 | | | | 1.00 | 7.00 |
| Laundry Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Laundry Technician | 2.00 | | | | 1.00 | 2.00 |
| Contract Commissary Manager | | | | | | |
| Contract Commissary Clerk | | | | | | |
| **Sub Total** | **30.00** | **0.00** | **0.00** | **0.00** | | **30.00** |

## Maintenance

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Maintenance Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Maintenance Technician | 5.00 | | | | 1.00 | 5.00 |
| Tool Room / Maintenance Clerk | 2.00 | | | | 1.00 | 2.00 |
| **Sub Total** | **8.00** | **0.00** | **0.00** | **0.00** | | **8.00** |

## Food Service

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Food Service Manager | 1.00 | | | | 1.00 | 1.00 |
| Food Service Production Manager | | 2.00 | | | 1.00 | 2.00 |
| Cook Supervisor | | 4.00 | 4.00 | | 1.63 | 13.00 |
| Food Service Worker | | 3.00 | 3.00 | | 1.67 | 10.00 |
| Food Service Clerk | 1.00 | | | | 1.00 | 1.00 |
| **Sub-Total** | **2.00** | **9.00** | **7.00** | **0.00** | | **27.00** |

**470**

**The GEO Group, Inc.**
Adelanto California
Adelanto 1940 BEDS
STAFFING PLAN

| Health Care (contracted with Wellpath) | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
| HSA | 1.00 | | | | 1.00 | 1.00 |
| Director of Nursing / (RNs) | 2.00 | | | | 1.00 | 2.00 |
| Administrative Assistant | 2.00 | | | | 1.00 | 2.00 |
| Medical Records Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Medical Records Technician | 5.00 | | | | 1.00 | 5.00 |
| Physician | 3.00 | | | | 1.00 | 3.00 |
| Mid-level | 6.00 | | | | 1.00 | 6.00 |
| Dentist | 2.00 | | | | 1.00 | 2.00 |
| Dental Hygienist | 1.50 | | | | 1.00 | 1.50 |
| Dental Assistant | 2.00 | | | | 1.00 | 2.00 |
| Psychiatrist | 2.00 | | | | 1.00 | 2.00 |
| Assistant HSA | 1.00 | | | | 1.00 | 1.00 |
| QA RN | 2.00 | | | | 1.00 | 2.00 |
| RN | | 6.00 | 4.00 | 3.00 | 1.67 | 21.80 |
| LVN | | 6.00 | 5.00 | 3.00 | 1.63 | 22.80 |
| Behavioral Health Program Manager | 1.00 | | | | 1.00 | 1.00 |
| Psychologist | 4.00 | | | | 1.00 | 4.00 |
| Behavioral Health Specialist | 4.00 | | | | 1.00 | 4.00 |
| Certified S.A.C. | 3.00 | | | | 1.00 | 3.00 |
| Lab Technician | 2.00 | | | | 1.00 | 2.00 |
| Data Analyst | 1.00 | | | | 1.00 | 1.00 |
| X-Ray Technician | 2.00 | | | | 1.00 | 2.00 |
| **Sub Total** | 47.50 | 12.00 | 9.00 | 6.00 | | 92.00 |

| Programs | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
| Records Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Chaplain | 1.00 | | | | 1.00 | 1.00 |
| Classification / Case Manager | 5.00 | | | | 1.00 | 5.00 |
| Assistant Chaplain (add 1.0 complex) | 1.00 | | | | 1.00 | 1.00 |
| Programs Clerk | 1.00 | | | | 1.00 | 1.00 |
| Library Technician | 2.00 | | | | 1.00 | 2.00 |
| Detainee Records Clerk | 4.00 | | | | 1.00 | 4.00 |
| Recreation Specialist | 2.00 | | | | 1.00 | 2.00 |
| | 17.00 | 0.00 | 0.00 | 0.00 | | 17.00 |

| Security Supervisors | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |

**471**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| **AFA Security (add 1.0 complex)** | 3.00 | | | | 1.00 | 3.00 |
| **Chief of Security (add 1.0 complex)** | 2.00 | | | | 1.00 | 2.00 |
| **Captain (add 1.0 complex)** | 3.00 | | | | 1.00 | 3.00 |
| **Shift Supervisor/Lieutenant** | | 2.00 | 2.00 | 2.00 | 1.67 | 10.00 |
| **Admin / Segregation Lieutenant** | 1.00 | | | | 1.00 | 1.00 |
| **Intake Lieutenant** | 2.00 | | | | 1.00 | 2.00 |
| **Armory/Lockshop Sergeant** | 1.00 | | | | 1.00 | 1.00 |
| **Assist. Shift Super./Sgt** | | 2.00 | 2.00 | 2.00 | 1.67 | 10.00 |
| **Booking Clerk-01112** | 2.00 | | | | 1.00 | 2.00 |
| **Security Clerk-01112** | 2.00 | | | | 1.00 | 2.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sub-Total** | 16.00 | 4.00 | 4.00 | 4.00 | | 36.00 |

## Detention Officers (CBA)

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| **Adelanto** | | | | | 1.732 | |
| **Medical Escort Officer** | 6.00 | | | | 1.73 | 10.39 |
| **Bailiff** | 5.00 | | | | 1.20 | 6.00 |
| **Court Hall / Holding Cell Off** | 2.00 | | | | 1.20 | 2.40 |
| **Med Holding Cell / Mental Health Observation Off** | 6.00 | 2.00 | 2.00 | 2.00 | 1.20 | 14.40 |
| **Control Room Officer** | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| **Visitation Officer** | | 5.00 | | | 1.73 | 8.66 |
| **(East) Housing A Control** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **(East) Housing A** | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| **(East) Housing B Control** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **(East) Housing B** | | 3.00 | 3.00 | 3.00 | 1.73 | 15.59 |
| **(East) Housing B-1 (Female RHU)** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **(West) Housing C Control** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **(West) Housing C** | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| **(West) Housing D Control** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **(West) Housing D** | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| **(NEW WEST EXP) Housing E Control** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **(NEW WEST EXP) Housing E** | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| **(NEW WEST EXP) Housing F Control** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **(NEW WEST EXP) Housing F** | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| **Recreation Yard** | | 4.00 | 4.00 | | 1.73 | 13.86 |
| **Intake / Release** | | 5.00 | 5.00 | 4.00 | 1.73 | 24.25 |
| **Utility / Escort** | | 6.00 | 5.00 | 4.00 | 1.73 | 25.98 |
| **Perimeter Patrol** | | 2.00 | 2.00 | 2.00 | 1.73 | 10.39 |
| **Medical** | 1.00 | | | | 1.73 | 1.73 |
| **Medical Satellite** | 5.00 | | | | 1.40 | 7.00 |
| **Segregation Control** | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| **Segregation/Protective Custody** | | 4.00 | 3.00 | 2.00 | 1.73 | 15.59 |
| **Lobby** | | 2.00 | 2.00 | | 1.73 | 6.93 |
| **Food Service (East & West)** | | 2.00 | 2.00 | | 1.73 | 6.93 |
| **Law Library (East & West)** | | 2.00 | | | 1.73 | 3.46 |

472

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

| | | | |
|---|---|---|---|
| Property Officer | 3.00 | 1.73 | 5.20 |
| Laundry | 1.00 | 1.73 | 1.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sub-Total | 29.00 | 69.00 | 60.00 | 49.00 | | 346.76 |

## SUMMARY

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Executive Office | 13.00 | 0.00 | 0.00 | 0.00 | | 13.00 |
| Business / Support | 30.00 | 0.00 | 0.00 | 0.00 | | 30.00 |
| Maintenance | 8.00 | 0.00 | 0.00 | 0.00 | | 8.00 |
| Health Care (contracted with Wellpath) | 47.50 | 12.00 | 9.00 | 6.00 | | 92.00 |
| Programs | 17.00 | 0.00 | 0.00 | 0.00 | | 17.00 |
| Food Service | 2.00 | 9.00 | 7.00 | 0.00 | | 27.00 |
| Security Supervisors | 16.00 | 4.00 | 4.00 | 4.00 | | 36.00 |
| Detention Officers (CBA) | 29.00 | 69.00 | 60.00 | 49.00 | | 346.76 |
| TOTAL STAFF | 162.50 | 94.00 | 80.00 | 59.00 | | 569.76 |

473

# Deployment Plan

# ADELANTO ICE PROCESSING CENTER - EAST
# (PROPOSED - SECURITY DEPLOYMENT)



**FIRST FLOOR STAFFING PLAN** — 1/16"=1'-0"

**SECOND FLOOR OFFICE STAFFING PLAN** — 1/16"=1'-0"

PROJECT NAME / LOCATION

ADELANTO ICE PROCESSING CENTER - EAST & WEST
ADELANTO, CA
RFP # 70CDCR20R0000002

DEVELOPER/OPERATOR

THE GEO GROUP INC
ONE PARK PLACE   SUITE 700
621 NW 53RD STREET
BOCA RATON, FLORIDA 33487

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT- THE GEO GROUP, INC. 2019

## SECURITY LEGEND

- CHIEF OF SECURITY
- CAPTAIN
- TRANSPORT LIEUTENANT
- INTAKE LIEUTENANT
- LOCKSMITH
- 1ST LIEUTENANT
- 2ND LIEUTENANT
- 3RD LIEUTENANT
- ADMIN SHIFT LIEUTENANT
- 1ST ASST SHIFT SUPERVISOR (SGT)
- 2ND ASST SHIFT SUPERVISOR (SGT)
- 3RD ASST SHIFT SUPERVISOR (SGT)
- ADMN SHIFT SERGEANT

OFFICERS
- 1ST SHIFT
- 2ND SHIFT
- 3RD SHIFT
- ADMIN SHIFT

FIRST FLOOR FACILITY PLAN & SECOND FLOOR OFFICE STAFFING PLAN

**ST-1**

475

# ADELANTO ICE PROCESSING CENTER - WEST
# (PROPOSED - SECURITY DEPLOYMENT)



RECREATION

PERIMETER PATROL

HOUSING BUILDING - F    HOUSING BUILDING - E    HOUSING BUILDING - D    HOUSING BUILDING - C

PROTECTIVE CUSTODY REC.

EXISTING SHADE STRUCTURE

128 BED SEGREGATION

**SECURITY  LEGEND**
- AFA SECURITY
- CHIEF OF SECURITY
- CAPTAIN
- TRANSPORT LIEUTENANT
- INTAKE LIEUTENANT
- LOCKSMITH
- 1ST LIEUTENANT
- 2ND LIEUTENANT
- 3RD LIEUTENANT
- ADMIN SHIFT LIEUTENANT
- 1ST ASST SHIFT SUPERVISOR (SGT)
- 2ND ASST SHIFT SUPERVISOR (SGT)
- 3RD ASST SHIFT SUPERVISOR (SGT)
- ADMIN SHIFT SERGEANT

**OFFICERS**
- 1ST SHIFT
- 3RD SHIFT
- ADMIN SHIFT

LIEUTENANTS

MEDICAL HOLDING/
MENTAL HEALTH

UTILITY/ESCORTS

NEW ICE
TRAINING ROOM

LOBBY AREA EXPANSION

OPLA EXPANSION AREA

TRANSPORTATION

WAREHOUSE

51 PARKING SPACES

104 PARKING SPACES

42 EXPANDED PARKING SPACES

ICE/OPLA - EOIR PARKING
( EXPANSION 57 SPACES )

TRANSPORT VEHICLE PARKING

## STAFFING PLAN
1"=50'-0"

NORTH

PROJECT TITLE / LOCATION

**ADELANTO ICE
PROCESSING
CENTER -
EAST & WEST**
ADELANTO, CA
RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR


THE GEO GROUP INC.
ONE PARK PLACE · SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON, FLORIDA, 33487

**This document/drawing is the
proprietary & confidential
property of The GEO Group,
Inc. No dissemination or use
of this document/drawing may
be made without the express
written authorization of The
GEO Group, Inc.
© COPYRIGHT - THE GEO
GROUP, INC. 2019**

ARCHITECTS AND ENGINEERS

KEY PLAN

DESIGN/BUILDER

PROFESSIONAL SEALS

| NO. | ISSUE DESCRIPTION | DATE |
|-----|-------------------|------|
| 1 | 25 RFP SUBMISSION | 12-31-19 |

REVISION DESCRIPTION                DATE

DRAWN BY:            CHECKED BY:

PROJECT NO:

SHEET TITLE:

STAFFING PLAN

SHEET NUMBER:

## ST-1

# Organizational Chart



United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

**Corporate Headquarters
Senior Vice President & President, Secure Services**

**Vice President, Western Region Office**

**Director, Operations
Western Region Office**

**Facility Administrator**

**KEY**

| Contract Personnel | Key Personnel |

GEO The GEO Group, Inc. ®

Solicitation No.: 70CDCR20R00000002
ICE Contract Detention Facilities
DECEMBER 9, 2019
Organizational Chart
Requirement D: Adelanto IPC

Business Manager
- Assistant Business Manager
- Bookkeeper
- Detainee Accounts Clerk
- Payroll Clerk
- Computer Support Tech.
- Warehouse Supervisor
- Warehouse Clerk
- Receptionist
- Commissary Manager
- Commissary Clerk

HR Manager
- HR Specialist
- HR Assistant

PREA Manager
- PREA Investigator

**Deputy Administrator**

**Compliance Coordinator**
- Compliance Clerk

Executive Secretary

**WELLPATH**
- Health Services Administrator

**Training Lieutenant**
Maintenance Supervisor
- Maintenance Technician
- Tool Room/ Maintenance Clerk

STG/ Intelligence
- STG/ Intelligence Clerk

**Asst. Facility Admin. Security**
- Chief of Security
- Captain
- Armory/ Lockshop Sergeant

Janitor

**Asst. Facility Admin. Operations**

Fire & Safety Manager
- Fire & Safety Clerk

Food Service Manager
- Food Service Production Mgr.
- Cook Supervisor
- Food Service Worker
- Food Service Clerk

Grievance Coordinator
- Grievance Clerk
- Laundry Supervisor
- Laundry Technician
- Records Supervisor

Medical Records Supervisor
- Medical Records Technician

Assistant HSA
- Director of Nursing
- Physician
- Psychiatrist
- Behavioral Health Program Mgr.
- Behavioral Health Specialist

Administrative Assistant
- Mid Level Provider
- QA RN
- RN
- LVN

Booking Clerk
Security Clerk
Shift Supervisor
- Assistant Shift Supervisor
Intake Lieutenant
Admin./Seg/ Lieutenant

Chaplain
Assistant Chaplain

Classification Case Mgr.
Recreation Specialist
Mailroom Supervisor
- Mailroom Clerk

Programs Clerk
Library Technician
Detainee Records Clerk

Certified S.A.C.
Psychologist
X-Ray Technician
Lab Technician

Dentist
Dental Hygienist
Dental Assistant
Data Analyst

Transportation Officer
Bailiff
Court Hall / Holding Cell Officer
Med Holding Cell / Mental Health Observation Officer
Control Room Officer
Visitation Officer
(East) Housing A Control
(East) Housing A
(East) Housing B Control
(East) Housing B
(East) Housing B-1 (Female RHU)
(West) Housing C Control
(West) Housing C
(West) Housing D Control
(West) Housing D

(NEW WEST EXP) Housing E Control
(NEW WEST EXP) Housing E
(NEW WEST EXP) Housing F Control
(NEW WEST EXP) Housing F
Recreation Yard
Intake / Release
Utility / Escort
Perimeter Patrol
Medical
Medical Satellite
Segregation Control
Segregation/Protective Custody
Lobby
Food Service (East & West)
Law Library (East & West)
Property Officer
Laundry

**478**

# Desert View Modified Community Correctional Facility

# Staffing Plan

**The GEO Group, Inc.**
**DESERT VIEW**
**750 Beds**

## Executive Office

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Assistant Facility Administrator | 1.00 | | | | 1.00 | 1.00 |
| Compliance Administrator | 1.00 | | | | 1.00 | 1.00 |
| Assistant Fire & Safety Manager | 1.00 | | | | 1.00 | 1.00 |
| **Wage Determination** | | | | | | |
| Training Clerk-General Clerk III-01113 (add) | 1.00 | | | | 1.00 | 1.00 |
| HR Specialist-Personnel Assistant III-01263 | 1.00 | | | | 1.00 | 1.00 |
| Executive Secretary II-01312 | 1.00 | | | | 1.00 | 1.00 |
| **Sub Total** | **6.00** | **0.00** | **0.00** | **0.00** | | **6.00** |

## Business

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Assistant Business Manager (add in lieu of Business M | 1.00 | | | | 1.00 | 1.00 |
| **Wage Determination** | | | | | | |
| Computer Support Technician-14160 | 1.00 | | | | 1.00 | 1.00 |
| Bookkeeper-Accounting Clerk III-01013 | 1.00 | | | | 1.00 | 1.00 |
| Detainee Banking Clerk-Accounting Clerk II-01012 | 1.00 | | | | 1.00 | 1.00 |
| Accounts Payable/Payroll Clerk-Acct Clerk III-01013 | 1.00 | | | | 1.00 | 1.00 |
| Mailroom Clerk-General Clerk II-01112 | 2.00 | | | | 1.00 | 2.00 |
| Warehouse Clerk-General Clerk II-01112 | 1.00 | | | | 1.00 | 1.00 |
| Receptionist-01460 | 1.00 | | | | 1.00 | 1.00 |
| Janitor-11150 | 2.00 | | | | 1.00 | 2.00 |
| *Contract Commissary* | | | | | | |
| **Sub Total** | **11.00** | **0.00** | **0.00** | **0.00** | | **11.00** |

## Maintenance

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

**481**

| Wage Determination | | | | | |
|---|---|---|---|---|---|
| General Maint Tech-23370 (added 1.0) | 3.00 | | | 1.00 | 3.00 |

| | NonShift | Shift 1 | Shift 2 | Shift 3 | FTE |
|---|---|---|---|---|---|
| Sub Total | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 |

## Food Service

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Food Service Production Manager (added) | 1.00 | | | | 1.00 | 1.00 |
| **Wage Determination** | | | | | | |
| Cook II-07042 | | 2.50 | 2.50 | | 1.60 | 8.00 |
| Food Serv/Maintenance-Accounting Clerk II-01012 | 1.00 | | | | 1.00 | 1.00 |
| Sub-Total | 2.00 | 2.50 | 2.50 | 0.00 | | 10.00 |

## Health Care (contracted with Wellpath)

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| AHSA - RN | 1.00 | | | | 1.00 | 1.00 |
| Medical Records Technician | 2.00 | | | | 1.00 | 2.00 |
| Physician | 1.00 | | | | 1.00 | 1.00 |
| Mid-level | 3.00 | | | | 1.00 | 3.00 |
| Dentist | 1.00 | | | | 1.00 | 1.00 |
| Dental Hygienist | 0.50 | | | | 1.00 | 0.50 |
| Dental Assistant | 1.00 | | | | 1.00 | 1.00 |
| Psychiatrist | 0.50 | | | | 1.00 | 0.50 |
| Certified S.A.C. | 1.00 | | | | 1.00 | 1.00 |
| Psychologist | 2.00 | | | | 1.00 | 2.00 |
| RN | | 2.00 | 2.00 | 1.00 | 1.67 | 8.35 |
| LVN | | 1.00 | 2.00 | 2.00 | 1.63 | 8.15 |
| Sub Total | 13.00 | 3.00 | 4.00 | 3.00 | | 29.50 |

## Programs

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Programs/Volunteers Coordinator | 1.00 | | | | 1.00 | 1.00 |

**482**

| | | | | | |
|---|---|---|---|---|---|
| **Chaplain** | **1.00** | | | **1.00** | **1.00** |

| Wage Determination | | | | | |
|---|---|---|---|---|---|
| **Classification / Case Manager (Housing A/B)** | **2.00** | | | **1.00** | **2.00** |
| **Records Clerk-General Clerk II-01112** | **2.00** | | | **1.00** | **2.00** |
| **Library Technician-13058** | **1.00** | | | **1.00** | **1.00** |
| **Recreation Specialist-28515** | **1.00** | | | **1.00** | **1.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sub Total** | **8.00** | **0.00** | **0.00** | **0.00** | | **8.00** |

## Security Supervisors

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| **Assistant Chief of Security** | **1.00** | | | | **1.00** | **1.00** |
| **Administrative Lieutenant** | **1.00** | | | | **1.00** | **1.00** |
| **Supervisory Detention Shift Lieutenant** | | **1.00** | **1.00** | **1.00** | **1.67** | **5.00** |
| Wage Determination | | | | | | |
| **Security / Transport Clerk-General Clerk I-01111** | **1.00** | | | | **1.00** | **1.00** |
| **Armory/Locksmith Officer** | **1.00** | | | | **1.00** | **1.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sub-Total** | **4.00** | **1.00** | **1.00** | **1.00** | | **9.00** |

## Detention Officers-27040

|  | NonShift | Days | Evening | Night | Relief | FTE |
|---|---|---|---|---|---|---|
| **Wage Determination** |  |  |  |  |  |  |
| Central Control |  | 2.00 | 2.00 | 1.00 | 1.732 | 8.66 |
| Perimeter Patrol |  | 1.00 | 1.00 | 1.00 | 1.732 | 5.20 |
| Housing Control A |  |  |  |  | 1.732 | 0.00 |
| Housing A |  | 4.00 | 4.00 | 4.00 | 1.732 | 20.78 |
| Housing Control B |  |  |  |  | 1.732 | 0.00 |
| Housing B |  | 4.00 | 4.00 | 4.00 | 1.732 | 20.78 |
| RHU |  | 2.00 | 2.00 | 1.00 | 1.732 | 8.66 |
| Intake / Release | 2.00 |  |  |  | 1.732 | 3.46 |
| Medical |  | 1.00 | 1.00 | 1.00 | 1.732 | 5.20 |
| Recreation |  | 2.00 | 2.00 |  | 1.732 | 6.93 |
| Escort / Utility |  | 3.00 | 2.00 | 2.00 | 1.732 | 12.12 |
| Visitation |  | 2.00 |  |  | 1.732 | 3.46 |
| Laundry |  | 1.00 |  |  | 1.200 | 1.20 |
| Property | 1.00 |  |  |  | 1.200 | 1.20 |
| Programs | 1.00 |  |  |  | 1.200 | 1.20 |
| Front Desk |  | 1.00 | 1.00 |  | 1.600 | 3.20 |
| Kitchen |  | 1.00 | 1.00 |  | 1.732 | 3.46 |
| VTC / Bailiff | 2.00 |  |  |  | 1.200 | 2.40 |
| Medical Escort Officer | 6.00 |  |  |  | 1.732 | 10.39 |
| rounding |  |  |  |  |  | -0.32 |
| **Sub-Total** | **12.00** | **24.00** | **20.00** | **14.00** |  | **118.00** |

## SUMMARY

|  | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Executive Office | 6.00 | 0.00 | 0.00 | 0.00 |  | 6.00 |
| Business | 11.00 | 0.00 | 0.00 | 0.00 |  | 11.00 |
| Maintenance | 3.00 | 0.00 | 0.00 | 0.00 |  | 3.00 |
| Health Care (contracted with Wellpath) | 13.00 | 3.00 | 4.00 | 3.00 |  | 29.50 |
| Programs | 8.00 | 0.00 | 0.00 | 0.00 |  | 8.00 |
| Food Service | 2.00 | 2.50 | 2.50 | 0.00 |  | 10.00 |
| Security Supervisors | 4.00 | 1.00 | 1.00 | 1.00 |  | 9.00 |
| Detention Officers-27040 | 12.00 | 24.00 | 20.00 | 14.00 |  | 118.00 |
| **TOTAL STAFF** | **59.00** | **30.50** | **27.50** | **18.00** |  | **194.50** |

484

# Deployment Plan

# DESERT VIEW COMMUNITY CORRECTIONAL FACILITY
## (PROPOSED - SECURITY DEPLOYMENT)



PROPOSED STAFFING PLAN
1/16"=1'-0"

**SECURITY LEGEND**
- — CHIEF OF SECURITY
- — TRANSPORT LIEUTENANT
- — INTAKE LIEUTENANT
- — LOCKSMITH
- — 1ST SHIFT LIEUTENANT
- — 2ND SHIFT LIEUTENANT
- — 3RD SHIFT LIEUTENANT
- — ADMIN. SHIFT LIEUTENANT
- — 1ST SERGEANT
- — 2ND SERGEANT
- — 3RD SERGEANT
- — ADMIN. SHIFT SERGEANT

**OFFICERS**
- — 1ST SHIFT
- — 2ND SHIFT
- — 3RD SHIFT
- — ADMIN. SHIFT

PROJECT TITLE / LOCATION
**DESERT VIEW MODIFIED COMMUNITY CORRECTIONAL FACILITY CALIFORNIA**

RFP # 70CDCR20R00000002

DEVELOPER/OPERATOR



THE GEO GROUP INC.
ONE PARK PLACE  SUITE 700
621 NORTHWEST 53rd Street
BOCA RATON , FLORIDA  33487

This document/drawing is the proprietary & confidential property of The GEO Group, Inc. No dissemination or use of this document/drawing may be made without the express written authorization of The GEO Group, Inc.
© COPYRIGHT: THE GEO GROUP, INC. 2019

ARCHITECTS AND ENGINEERS

DESIGN/BUILDER

KEY PLAN

PROFESSIONAL SEALS

| NO. | ISSUE DESCRIPTION | DATE |
|---|---|---|
| 1. | ICE RFP SUBMISSION | 10-31-19 |

| REVISION DESCRIPTION | DATE |
|---|---|

DRAWN BY:                    REVIEWED BY:

PROJECT NO:

SHEET TITLE:
**PROPOSED STAFFING PLAN**

SHEET NUMBER:
**ST-1**

APPROX. 3,000sf TRAILER COMPLEX

RESTRICTIVE HOUSING UNIT

TRANSPORTATION

PERIMETER

ESCORT/UTILITY

RECREATION

HOUSING BUILDING - A

NEW 10'x10' SHADE STRUCTURE

NEW 10'x10' SHADE STRUCTURE

HOUSING BUILDING - B

RECREATION

B1 88 BED POD

C1 88 BED POD

B2 88 BED POD

C2 88 BED POD

A1 88 BED POD

D1 86 BED POD

A2 86 BED POD

D2 88 BED POD

# Organizational Chart



Solicitation No.: 70CDCR20R00000002
ICE Contract Detention Facilities
DECEMBER 9, 2019
Organizational Chart
Requirement D: Desert View MCCF

**488**



# I.1.C - Management Plan



# I. Demonstrated Technical/Management Capabilities
## 1. Technical Management Approach
## C. MANAGEMENT PLAN

> **GEO has 30 years of experience successfully managing the operations of processing centers on behalf of U.S. Immigration and Customs Enforcement (ICE). Currently, GEO manages approximately 17,600 detainee beds for ICE at 17 facilities.**

## Introduction

GEO has read and understands the requirements outlined in the Performance Work Statement (PWS) and fully appreciates that the successful operation of an ICE Processing Center requires attention to detail, not only in the execution of the contract at the operational level, but also in the spirit of full cooperation and partnership at the national agency level. GEO has worked closely and constructively with U.S. Immigration and Customs Enforcement (ICE) for more than 30 years, and we are committed to continuing that quality partnership under this Requirement.

GEO currently manages approximately 17,600 beds under contract with ICE and has worked in partnership with ICE since 1986. Pursuant to our delivery of quality services, GEO will ensure each Center proposed under this Requirement provides a safe, secure, and humane environment that promotes the welfare and socialization of detainees.

The PWS will guide the implementation of services at the proposed Processing Centers under the contract. The PWS informs both client and contractor expectations regarding performance requirements.

## Coordination with ICE and Enforcement Removal Operations (ERO)

GEO welcomes all communications from ICE regarding this contract. It is essential to include representatives of ICE as active participants in the activation and continued operation of the Processing Centers. Therefore, coordination with ICE will begin upon contract award and continue throughout the activation and ongoing operation of the Centers.

GEO believes strongly in the "team concept." The Facility Administrator, as well as GEO's Western Regional Vice President, regional staff, and the corporate and Processing Center implementation teams, will continue to build upon the established cooperative working relationship with ICE to ensure an efficient implementation of the new contract. During the activation of each Center under this Requirement, the Facility Administrator



will ensure that ICE officials are kept abreast of progress as well as any operational conditions and events.

GEO proposes regular informal meetings with government staff to discuss implementation progress and solutions to any problems that might develop.

A variety of relationships and levels of confidence will be developed and will be strengthened as the operation continues. The on-site Facility Administrators and corporate officers will be available 24 hours daily to ICE officials. The Contracting Officer's Representative (COR) will have full access to Facility operations, detainee records, individual detainees and Centers to ensure cooperative adherence of the highest standards. For the purposes of consistency and reliability of communication, the following procedures are proposed for each facility:

- The Facility Administrator and his staff will work with on-site ICE staff to establish reliable and confidential relationships wherein day-to-day communications take place at the facility level with compliance reviews, discussions regarding the reviews, and corrective actions.

- The COR and the Contracting Officer (CO), as well as other ICE designated officials, are invited to staff meetings regarding the management/operation of the facility. These meetings are critical for facility operations staff to maintain awareness and implement plans for improving functional area performance, with priority attention given to areas that need work, and areas that need direction.

GEO's provision of supervision and secure services at the facility will enable the ERO division of ICE to fulfill its mission regarding the planning, management, and direction of programs relating to the supervision, processing, and deportation of detainees during all phases of activity in the Center.

## Management and Supervision

The Facility Administrator will be responsible and accountable for the management of the Center and the direction of its work force. The Facility Administrator will be delegated full authority, in conformity with applicable State and Federal laws, as well as ICE and GEO policy, to manage, plan and direct the total operations of the Center. The Facility Administrator will be supported by GEO's Los Angeles-based Western Regional Office headed by Regional Vice President Paul Laird and Corporate Headquarters support staff to ensure the necessary resources are available to execute the contract.

Key management staff will assist the Facility Administrator in his endeavors to successfully manage and operate the Facility daily and throughout the contract period of performance. The key management staff for this Facility will be an experienced group of



professionals comprised of an Assistant Facility Administrator, Quality Assurance Manager (Compliance Administrator), Training Administrator, Chief of Security, and Transportation Manager.

A cadre of highly competent supervisors and professional practitioners will support the key management staff and provide the day-to-day guidance and instruction to the Facility's work force.

The Facility Administrator will hold weekly meetings with functional department heads or leads to discuss planned and unplanned activities to be addressed or accomplished to meet contract deliverables. These meetings are used to identify needs and issues, and to schedule and allocate the resources necessary to effectively support the activities. Close-out meetings will be held for those activities that require follow-up. Managers will provide progress reports during the weekly and close-out meetings to document the status of ongoing operations and work activities. The Facility Administrator will in turn communicate with the CO, COR or other designated ICE officials to report issues or concerns as required by ICE or GEO policies and procedures.

## Effective Business Management

GEO's Secure Services Business Unit is led by Senior Vice President Dave Donahue, with more than 30 years of experience. He is supported by 30 subject matter experts in secure services, administration, security, health services, food services, and risk management. On a daily basis, they oversee the three U.S. Regional Offices and operations in the United Kingdom, Australia, and South Africa. GEO's Secure Services Division oversees the management and operation of approximately 75,500 beds in 71 secure facilities. This division provides services on behalf of the Federal Bureau of Prisons, U.S. Marshals Service, and U.S. Immigration and Customs Enforcement, as well as nine state correctional clients and various county and city jurisdictions around the country. GEO's three Regional Offices provide Center oversight and support, ensuring immediate and direct assistance to the Center management teams. Each regional operating structure is headed by a Regional Vice President who oversees approximately two dozen experts in security, medical, financial, contract compliance, human resources, and other support services. This regional operating structure enables GEO to implement superior quality controls, develop personalized professional relationships, and ensure the delivery of a full complement of high-quality services.

## Use and Oversight of Subcontractors

GEO may elect to utilize subcontractors to provide certain components of operations and management services at the Processing Centers proposed under this Requirement. These components may include, but are not limited to, commissary services, food service operations, health services professionals, and programmatic services.



Competitive Pricing criteria and procedures are based on the expected annual purchasing activity as determined by the Center business manager, regional business director, or the corporate purchasing manager. GEO awards its subcontractor services based on competitive "best value" taking into account the vendor's pricing, service history and profile.

GEO will be responsible for the oversight and management of any subcontractors used to perform any portion of the services under this contract.

## Policies and Procedures that are ICE-Tested

The effective management and operation of each Center proposed under this requirement is dependent on detailed procedures that have been developed, implemented, assessed, revised, and thoroughly time tested in ICE Center operations across the country. GEO policies and procedures development is given the highest priority because it is the foundation for everything we do in the operations of an ICE Processing Center. Because we are tasked with a tremendous responsibility to safeguard the health and welfare of the detainees in our care, and the government officials and employees who work in the Center, documented policies and procedures are essential to achieving this basic goal. GEO creates and maintains policies that are consistent and complementary to ICE and American Correctional Association (ACA) standards and these policies are the core element of our Management Plan to effectively operate the Center. Our performance-based approach requires a thorough understanding of the PWS, the Center mission, and the detainee population to efficiently administer the contract and successfully accomplish all PWS requirements.

## Rigorous Performance Measures

GEO devotes considerable corporate and Center resources for assuring total compliance with contractual requirements during contract operations, and that integrity, professionalism and quality are maintained by all employees as they perform their duties. We track performance measures through a system of inspections, audits, formal reporting, corporate oversight, and Center reviews that document our contract performance. GEO has established policies and procedures that govern operations performance in all PWS areas, and separate compliance policies and procedures for independent audits and validation of the quality and level of our contract performance. In addition, GEO provides explicit guidelines to on-site administrators with the highest level of expectations for the accomplishment of quality assurance that meets or exceeds ICE requirements. GEO's system of feedback to decision makers at the Center, contracting agency and corporate levels is designed to encourage employees and community support groups to give input for improvement and/or change.

The overriding purpose of performance measures is to capitalize on successes and to identify deficiencies in the quality of services throughout the entire scope of the contract



and implement corrective action before the level of performance becomes unsatisfactory. The analysis of the performance measures data generates reports that are used by our management team and employees to implement continuous improvement of ongoing operations, and to guide Center managers in prioritizing work activities and allocating resources for effectively accomplishing work. This methodology allows GEO to efficiently meet contract requirements and the expectations of our client.

The following items represent, in part, the proposed performance measures for each Center proposed under this Requirement:

- GEO will obtain initial ACA accreditation within 12 months of operation and maintain ACA accreditation throughout the contract.

- GEO will develop and maintain a Quality Control Program (QCP) that works in coordination with the Quality Assurance objectives of the client and review the adequacy of the plan annually.

- GEO will accurately and completely report 100% of all physical force incidents, in accordance with the applicable GEO and ICE policies and procedures.

- GEO will accurately and completely report 100% of all serious incidents, in accordance with the applicable GEO and ICE policies and procedures.

- GEO will process all background investigations through the ICE Security Office via the COR after identifying a suitable applicant.

- GEO will staff all positions with fully qualified employees, including special certification and licenses where applicable. 100% of these certifications and licenses will be reviewed annually for currency.

- GEO will maintain valid current insurance policies as required by contract and will annually review 100% of these policies to ensure they continue to meet the needs of the Center.

## Strict Compliance with ICE PBNDS

GEO has a thirty-year history of working under and complying with ICE standards for processing centers, including the National Detention Standards that preceded ICE's current Performance-Based National Detention Standards (PBNDS) implemented in 2008. GEO has continued to work in partnership with ICE as the PBNDS was revised in 2011, and again in 2016, and will continue to do so as ICE implements new Immigration Detention Reform Initiatives.

Our current policies and operations embrace ICE PBNDS as follows:

- GEO has developed and maintained policies and procedures at all of our GEO-operated ICE Processing Centers that are consistent and complementary to the requirements of ICE PBNDS and the ACA standards.



- GEO's current operating procedures at our ICE Processing Centers include Post Orders and Standard Operating Procedures (SOP) that are consistent with the requirements of the PBNDS and the ACA standards.

- Yearly reviews of each Center's policies, post orders and standard operating procedures will be conducted by key management staff to ensure compliance with ICE PBNDS. If changes are necessary, the changes require the signature of the Facility Administrator and the Assistant Field Office Director.

- Key management staff consisting of the Assistant Facility Administrator, Chief of Security, and Compliance Administrator, etc. will assist the Facility Administrator in weekly inspections of the Center to ensure compliance with ICE PBNDS.

- Key management staff will work closely with the COR through regularly scheduled meetings and weekly inspections of compliance with ICE PBNDS.

- GEO's QCP is consistent with ICE PBNDS. This provides a check and balance system for the Center in addition to the regular inspections by the client.

- Weekly meetings will be held with the client to ensure that any problems that may arise are addressed immediately.

- Annual training on ICE PBNDS will be conducted for all Center staff.

GEO remains committed to providing the best service and highest quality operations within our ICE Processing Centers through stringent internal oversight and strict adherence to the ICE Performance-Based National Detention Standards.

## Innovative Solutions to Meet ERO Objectives

GEO has developed and implemented policies, programs and tools specific to the needs of ICE and ERO that provide innovative solutions to achieve ICE goals, increase performance, improve efficiency, and reduce cost. Notable among these are:

- **GEOtrack**, our proprietary subject management system that is used for both Centers and transportation operations to capture subject information, characteristics and movement data.
- **Contract Compliance Quality Control Program**, our aggressive oversight and auditing program that is embedded throughout the entire operation with Corporate, Regional, and Center support staff having roles in oversight and reviews.
- **Workplace Violence Prevention Program (WVPP)**, our industry standard-setting program to reduce or eliminate the hazards to worker health and safety in applicable secure services facilities and adult ICE Processing Centers.



- **Prison Rape Elimination Act (PREA) Program**, our DOJ/DHS PREA Standards compliant program for all of our Secure Services, Reentry and Youth Services Facilities.
- **Training Program and Learning Management System (LMS),** our training program and LMS ensure all employees are trained in accordance with all PWS requirements, as well as additional Center specific training. The LMS schedules and documents training for each employee and all training is conducted by trainers certified by the National Institute of Corrections (NIC).

**GEOtrack:** GEO developed this proprietary Subject Management System for collecting subject information and to track the activities of subjects housed within our GEO and GEO Care facilities, and those transported by our transportation subsidiary, GTI.  It captures subject data, tracks their location, and provides the necessary information to safely operate our facilities and comply with contract reporting requirements. Our GEOtrack system is capable of providing far more readily available information than many of our clients have available to them within their own information systems.  For this reason, our clients often rely on our GEOtrack system as an important source of information on the subjects they have entrusted to our company. GEOtrack benefits include:

- Streamlined information flow throughout each Center
- Increased data accuracy and availability
- Extensive report capabilities
- Data security/redundancy
- Continued development of new and existing functionality
- 24/7 support
- Customizable per Center
- Can be made available throughout each Center

GEOtrack is a proprietary solution built and maintained within GEO's secure environment and is included in our present pricing. GEOtrack is currently in use at all GEO ICE facilities.

GEO will provide access to reports and the entire system when requested via GEO's secure portal.

GEO will implement the SORN approval process during the Operations Transition Period.

GEOtrack is a Centralized Subject Management System designed to track information on subjects housed within our GEO and GEO Care Facilities. It provides the necessary information to safely operate our facilities and comply with most contract reporting requirements.

**496**



GEOtrack manages all aspects of the residents' stay at the facilities. It has been designed to track every part of their stay from arrival through discharge.

GEOtrack operates on a fully virtualized load balanced environment that provides 99.9% availability. The environment is backed up at multiple levels to ensure minimal data loss in the event of catastrophic hardware failure. The underlying storage systems uses tiered flash storage to ensure the highest levels of performance and fault tolerance.

GEOtrack's infrastructure is divided between multiple data centers and all data is replicated between the data centers. GEOtrack's data is secured by a fully encrypted storage environment and the front end is protected by network firewalls, application firewalls and load balancers. The source code also follows best practices and undergoes penetration testing on a yearly basis. The web servers operate under 2048-bit certificates and can scale up or down as needed. GEOtrack supports Active Directory, SAML and MFA integration. GEOtrack integrates with a variety of systems such as Inmate Phones, Commissary, Electronic Medical Records and others. It supports integrations through technologies like Secure FTP, Web API's, HL7 and others. GEOtrack's built in reporting engine supports both Crystal Reports and SQL Server reporting server. Each location can take advantage of the pre-built generic reports and/or create facility specific reports.

**Contract Compliance Quality Control Program:** GEO recognizes the vital role of quality control in every aspect of its operations with a primary focus of providing safe, secure and humane care and custody of detainees. Our compliance and quality activities will verify operations are in compliance with 2011 Performance-Based National Detention Standards, court orders, American Correctional Association (ACA) standards, National Commission of Correctional Health Care (NCCHC) standards, and specific client and Corporate policies. An important aspect of our program is a dedicated staff of one Director and two Managers who develop and continuously update and improve audit tools to be current with operational issues, GEO policies, and ICE policy and QASP changes. GEO policy dictates that all major functional areas of each Center will be audited on a regular basis by the Contract Compliance Department and by Center staff. This systematic monitoring, known as the Quality Control Program (QCP), consists of at least two reviews a year: 1) the Annual Corporate Audit led by a team of auditors chaired by Contract Compliance; and 2) the Center Audit led by the Center internal team of auditors working on a monthly basis spread throughout the calendar year.

**Workplace Violence Prevention Program (WVPP):** GEO promotes a safe environment for its employees, including minimizing or eliminating the hazard of violence, harassment, intimidation and other injurious behavior directed toward employees in its workplaces.



GEO has developed this WVPP with the following elements: 1) worksite analyses; 2) written policies; 3) training; and, 4) administrative and engineering controls; to reduce or eliminate the hazards to worker health and safety in applicable secure services facilities and adult ICE Processing Centers. Management commitment and worker involvement are complementary and essential elements of an effective workplace violence prevention program. To ensure an effective program, GEO has created a WVPP Committee at designated secure services facilities and adult Processing Centers.

**Prison Rape Elimination Act (PREA) Program:** GEO'S PREA Program has monitoring systems and policies for developing, implementing and overseeing compliance with the ICE PBNDS on Sexual Abuse and Assault Prevention and Intervention (SAAPI), and National DOJ/DHS PREA Standards in the Secure Services, Reentry and Youth Services Facilities that we own or operate. Our program has a dedicated PREA Coordinator, Director of Contract Compliance reporting through the Corporate Contract Compliance department. The PREA Coordinator is responsible for PREA implementation and SAAPI monitoring, and she provides guidance and resources in all matters related to PREA training, reporting, allegations, and investigations. GEO also employs three PREA Managers of Contract Compliance at the corporate level with extensive investigative experience who operate as a resource to all facilities and are charged with reviewing and assisting in PREA incident investigations. We also have a PREA Compliance Specialist dedicated to collecting and analyzing PREA statistical data and preparing required reports. In addition to the Corporate PREA team, a Prevention of Sexual Abuse (PSA) Compliance Manager will be designated at the Center to ensure SAAPI Compliance at the Center level and will work closely with the corporate team.

**Training Program and Learning Management System (LMS):** GEO's training program and LMS are directed and managed by our Corporate Director of Training and Development, supported by the Western Region Training Manager, and implemented by the Training Administrator at the Center. All supervisory staff and Center management receive training under approved training programs developed in partnership with ICE from our existing Processing Centers. Center-specific policies, procedures, guidelines, post orders and contingency plans are based on these currently approved curriculums.

## Management Risk Areas

GEO has identified management risk areas and our recommended approaches to minimize the probability and impact of those risks are outlined below.



| Risk | Potential Impact | Mitigation Action |
|---|---|---|
| Inadequate recruitment | High | Active recruitment activities using mainstream electronic media, as well as, social media |
| In adequate employee compensation | High | Application of most recent DOL Wage Determination |
| Timely completion of background clearances | High | Establish schedule for submission of background clearances for new job applicants to ensure sufficient time for ICE background clearance |
| After Initiation approval is received the candidates have 10 days to go online and complete their EQIP application for background clearance | High | Establish a schedule for all candidates that have received initiation approval to come onsite and complete the EQIP. HR will maintain the documents that are printed |
| Receiving timely response from ICE regarding facility reconfiguration | High | Scheduling periodic meetings to facilitate progressive approvals of ICE area reconfiguration |
| Receiving all ICE requested fixtures, furniture and equipment (FF&E) on a timely basis | High | Confirming proper ordering and receipt of all requested ICE FF&E |

A full description of our Management Plan is outlined in GEO's Performance Work Statement. Please refer to Section I.1.B of this volume for more detail on our approach to managing and operating the Centers proposed under this Requirement.

# I.2 - Quality Control Plan



# I. Demonstrated Technical/Management Capabilities
## 2. Quality Control Plan

> **The GEO Group, Inc. has extensive experience partnering with ICE. GEO will manage and monitor facility operations and will develop and execute a comprehensive Quality Control Program (QCP) designed to achieve and maintain compliance with ICE's Quality Assurance Surveillance Plan (QASP).**

GEO recognizes the vital role of quality control in every aspect of its operations. The primary focus of each GEO-managed ICE Contract Detention Facility (ICE CDF) will be to provide safe, secure and humane care and custody of detainees. As a means to maintain this goal, GEO will develop a comprehensive Quality Control Program (QCP), that will be reviewed and approved by U.S. Immigration and Customs Enforcement (ICE). The program will ensure operations are in compliance with 2011 Performance-Based National Detention Standards with 2016 revisions (PBNDS), court orders, American Correctional Association (ACA) standards, National Commission on Correctional Health Care (NCCHC) standards, and specific client and corporate policies.

GEO's contract compliance and quality control program is embedded throughout the entire operation with corporate, regional, and support staff having roles in oversight and reviews. GEO conducts audits to verify PBNDS requirements and other contract criteria are consistently being met, and to identify opportunities to exceed requirements in a manner beneficial to ICE.

*GEO has dedicated considerable resources to the development of an independent Contract Compliance Department to monitor and validate operations at each of our facilities to meet the needs of the client.*

GEO has an independent Corporate Contract Compliance Department that provides the overall direction and oversight of compliance for the entire company's operations. Within the Contract Compliance Department is a team specifically dedicated to providing oversight to each of the GEO Secure Services operations. This team works daily with Regional staff and Center-level compliance professionals to monitor and validate that the compliance requirements and demands of regulatory, accreditation, and client organizations are met. This staff is committed to implementing the QCP, conducting reviews during the year, providing staff guidance on policy, standards, and compliance issues, and with overseeing monthly internal quality control reviews at the Centers.



The following information regarding Contract Compliance Department staffing and auditing methodology and frequency is proposed for initiation January 2020.

The Contract Compliance Department is headed by an Executive Vice President who reports directly to The GEO Group, Inc.'s Chairman and Chief Executive Officer. The Department is made up of 46 corporate professionals.

Of those 46 corporate members, 5 directors and 17 managers of Contract Compliance are dedicated to the Secure Services facilities. Additional Directors in the department head the ACA Accreditation process and the Prison Rape Elimination Act (PREA) initiative for all applicable facilities. A dedicated staff of one Director and two Managers develop and continuously update and improve audit tools to be current with operational issues, GEO policies, and ICE policy, and QASP changes.

## Inspections

GEO policy dictates that all major functional areas of each Center will be audited on a regular basis by the Contract Compliance Department and by Center staff. This systematic monitoring, known as the Quality Control Program or the QCP, consists of at least one full-scope review a year. This full scope review, the "Annual Corporate Audit," is conducted by a team of auditors chaired by Contract Compliance. A second-tier review, the GEO "Facility Internal Audits," are conducted by Center subject matter experts using pre-identified audit tools. Center staff serve as auditors and the process is spread throughout the calendar year on a monthly basis as explained below under *Methodology*.

> *GEO's QCP requires:*
> - *Two full reviews each year*
> - *Intensive self-monitoring*
> - *Thorough follow-up examinations*
> - *Oversight of corrective action plans*

The Corporate team returns to each ICE Processing Center within three months after the GEO Annual Corporate Audit to conduct a Follow-up Audit on any non-compliant findings identified in the Annual Corporate Audit. The purpose is to verify implementation of corrective action plans and sustained compliance. Approximately three months after the Follow-up Audit, the Corporate team will return to conduct an Ad Hoc Audit with an Ad Hoc Follow-up Audit approximately three later.

Audit Tools: This QCP is composed of continual monitoring utilizing a comprehensive self-monitoring plan developed by the Corporate Contract Compliance Department. These GEO audits contain audit questions developed from ICE PBNDS requirements, ICE's Quality Assurance Surveillance Plan (QASP), ACA standards, PREA requirements and GEO policy. The medical questions are compliant with NCCHC standards as well.

The audit tools are reviewed and revised annually to fully cover the scope and spirit of ICE's requirements and to ensure that all PBNDS requirements will be inspected twice



annually. The annual tool review involves input opportunities from each Center and regional staff as well as consultations with policy owners at Corporate for updates and improvements.

The areas of review for both the GEO Annual Corporate Audit and each Center's Internal Audits include:

- Administration and Management
- Detainee Activities
- Detainee Legal Resources
- PREA
- Fiscal Management
- Medical
- Center Security and Control
- Safety Standards
- Detainee Care
- Human Resources
- Training
- Programs

An additional review is conducted by Contract Compliance staff and Center auditors of all client concerns received through client audits and correspondence.

The following table summarizes the roles and responsibilities of GEO personnel involved in our compliance program for each Center.

| Audit Function: GEO Corporate Staff | |
|---|---|
| ✓ *Corporate Directors and Managers, Contract Compliance* | • Supervise and support audits.<br><br>• Lead and conduct Annual Corporate Audit, Follow-up Audits, and Ad Hoc Reviews.<br><br>• Review and approve corrective action plans and Center self-audits. |
| **Audit Function: California ICE Processing Centers** | |
| ✓ *Facility Administrator*<br>✓ *Quality Assurance Manager* | • Plan, organize, and implement Center internal audits and inspections.<br><br>• Facilitate audits of all functional areas listed in the QCP document checklist.<br><br>• Recommend action items to GEO Corporate Staff.<br><br>• Coordinate efforts with Regional Directors of Operations and Corporate Compliance Staff. |



Client Concerns:  GEO has developed a tracking system for all issues raised by ICE, whether from audits, letters or on-site monitoring. The issues and GEO's responsive corrective action are audited during the Annual, Follow-up Audits, Ad Hoc Audits, and Ad Hoc Follow-up Audits to verify continuing compliance.

GEO is familiar with and understands ICE's requirement to monitor each Center on an ongoing basis. Understanding that this monitoring will include both announced and unannounced site visits, GEO will ensure ICE has unimpeded access to each Center. All records, including maintenance, employee, and detainee records with an exception for a few proprietary documents, will be available for review.

All audits reports from ICE will be received by each Facility Administrator and forwarded to GEO's Western Region Vice President and GEO's Executive Vice President of Contract Compliance. Center staff will work with the Corporate and Regional staff to investigate any findings of non-compliance and respond with a written statement of corrective actions either taken or planned. For those actions that require a longer time to implement, a schedule of action with a timetable for completion will be included.

## Methodology

The overriding purpose of the QCP is to regularly self-assess contract performance in relation to all contract requirements, identify deficiencies throughout the entire scope of the contract, and implement corrective action as soon as any deficiency is identified.

To accomplish this purpose, a system of audits will be implemented consisting of:

1. An Annual Corporate Audit
    a. Post Audit Workshop
    b. Follow-Up Audits and Ad Hoc Audits to verify corrective actions have been implemented
2. Center Level Audits
3. Audit Reports and Corrective Action Plans

**1. Annual Corporate Audit**

The Annual Corporate Audit will be a full-scope review led by Contract Compliance staff assisted by GEO Subject Matter Experts. The audit utilizes the full spectrum of audit tools, as described above under *Inspections,* to validate all contract and other federal, state, and local requirements. These tools include ICE's QASP. Neither Center staff nor

> *GEO will continuously monitor operations at each Facility to verify compliance with all contract requirements, client standards, and Federal, State, and local requirements.*



any operational staff with oversight of each Center will be permitted to participate as auditors in this audit to ensure complete independence.

The Chair of the Annual Corporate Audit Team, working with the Director of Contract Compliance, will be responsible for:

- Conducting the audit in an objective, efficient, effective and professional manner
- Thoroughly and fairly reviewing all audit findings and arbitrating finding disputes
- Providing each Facility Administrator and staff with a thorough out-briefing at the conclusion of the audit
- Conducting a Post Audit Workshop to review audit findings and requirements, and to discuss the development of viable Corrective Action Plans (CAPs)
- Preparing and issuing an Executive Summary Report
- Providing oversight to address all findings identified during the audit with a CAP in accordance with established timelines

The Corporate Contract Compliance Directors and Managers will be responsible for verification of the success of the CAPs through discussions, review of entries in GEO's contract compliance database, remote document review, and the in-person Follow-Up Audit conducted within three months.

### a. Post Audit Workshop

At the close of the Annual Corporate Audit, GEO's Corporate Contract Compliance audit teams will conduct a Post Audit Workshop to meet with Department Heads and related staff on any identified issues. In multiple, consecutive meetings, the auditors, Facility Administrator, other relevant Center leadership, and other beneficial staff will review the findings, supporting working papers, and applicable policies/procedures to discuss effective CAPs with designated responsible parties.

The benefits of the Post Audit Workshop are:

- To continue the focus on the findings immediately after the close and create agreed upon solutions that can be implemented immediately without a gap of waiting for the final report.
- The Quality Assurance Manager (Compliance Administrator (CA)) has the support of Center leadership to focus the department heads on the creation of good CAPs.
- There is ownership of the requirements on every level to correct the finding and discussion of tough issues such as changes in staffing or resources while all are present.



- Each Center receives the benefit of the auditors' expertise in explaining the expectations of the policies/standards and sharing other Centers' solutions.
- With department staff present during the Workshop (if the issue involves staff work), the information from the auditors is communicated directly without department head interpretation.
- Each Facility Administrator and Compliance Administrator can move directly ahead to implement CAPs with great likelihood of successful compliance.

**b. Follow-Up Audits and Ad Hoc Audits**

Within three months of the Annual Corporate Audit, a Follow-Up Audit will be conducted by Contract Compliance to verify the annual audit findings have been corrected.

Ad Hoc Audits will be conducted to target specific areas of concern or interest raised outside the formal audit process. Ad Hoc Audits will be scheduled to address any concerns identified in Annual Corporate Audits, Client Audits, and/or Center audits, to address the start-up issues of a new operation, or deficiencies originating from audit activity or client observation. The content and method of the Ad Hoc Audits will be reflective of the specific need.

The audit tools used in these reviews will be evaluated and revised on an annual basis by the Contract Compliance Department, in conjunction with recommendations from Contract Compliance staff, regional offices, and facilities.

**2. Center Level Audits**

The second tier review will be conducted throughout the calendar year by compliance staff at each Center beginning in January of each year and continuing monthly, until all pre-identified sections have been completed by December. Monthly, staff will also concentrate on follow-up monitoring and verification of all pending corrective actions. The Compliance Administrator (CA) at each Center directs, coordinates, and uses Center staff as auditors. These auditors will have received training from the CA on the auditing practices and philosophy. ICE will be notified 48 hours in advance of each Center's audits to ensure the COR has the opportunity to attend.

The tools for each month are tools used by Corporate Contract Compliance staff during the Annual Corporate Audit. Contract Compliance establishes the schedule on which functional areas are audited each month.

Each Facility Administrator is responsible for ensuring that the leadership and resources necessary for the total commitment to the QCP are provided to guarantee maximum benefit to each Facility and ICE.



All audit findings are entered into the Contract Compliance database by the end of the month. For follow-up, the CA works with Department Heads and staff to discuss findings and develop CAPs to address each issue identified in the preceding audit month. The CA is also able to devote time to check sustained compliance of prior findings, observe processing areas for general operational compliance and work with staff on compliance training and issues. The CAPs are entered into the database and reviewed by the Contract Compliance Director and Managers; the review includes assessment of effectiveness and completeness to address the specific finding and preventive actions to avoid repeated deficiencies. These findings and CAPs are also reviewed during the Annual Corporate Audits, Follow-up Audit, Ad Hoc Audit, and Ad Hoc Follow-up Audit conducted by the Contract Compliance staff to verify compliance.

## 3. Audit Reports and Corrective Action Plans

An Executive Summary with Findings report is compiled and issued within two weeks of any Corporate Audit. This summarizes repeat non-compliant findings, delineates non-compliant findings of critical items and areas of concern, and lists all the findings for each Center to assist in seeing

> *Audit findings are summarized into report form within two weeks of the Annual Corporate Audit to enable each Facility to develop an effective corrective action. plan.*

the total results of the audit. Each Center compliance team prepares and uploads required corrective actions into GEO's contract compliance database.

GEO's Corporate Directors and Managers of Contract Compliance review the plans for completeness and expected effectiveness and monitor movement to implement those plans. During the Follow-Up Audit, Ad Hoc Audit, and Ad Hoc Follow-up Audit those findings and plans are reviewed, assessed for success, and are either validated or revised for achieving compliance. Analyses of data from other GEO-operated ICE Processing Centers are compiled and reviewed on a regular basis and include studies of repeat and critical non-compliant findings in QCP audits, Client findings, and Advised Items with constant reviews of past audits. Results of audits and/or inspections will be submitted to the Contracting Officer at any time upon request. A file of all inspections, inspection results and any corrective action required will be maintained by GEO throughout the term of the contract.

## Supervisory Plan

Persons Conducting Inspections:

**Daniel Ragsdale, Executive Vice President, Contract Compliance**

Mr. Ragsdale has authority for leading the Contract Compliance Department and implementing GEO's QCP. He reports directly to the CEO of the company and works in conjunction with corporate and regional operations and Center personnel. He joined GEO in 2017 with more than 20 years of legal and law enforcement experience.



**Janet Hardwick, Vice President, Contract Compliance,**
Ms. Hardwick has authority over all Contract Compliance Department functions and coordinates, oversees, monitors, and assesses audit results, corrective action plans, and responses to client audits. She is charged with the responsibility of overseeing contractual compliance and CAPs for successful performance. She has over 40 years of corrections experience with 8 years as Director, Contract Compliance, Eastern Region for 18 facilities and previous work with Indiana DOC in corrections, youth, and proposal development.

**Heather West, Director, Contract Compliance, Western Region**
Ms. West has direct responsibility for organization and conduct of audits in the Western Region, responses and Corrective Action Plans. Ms. West served as Director, Contract Compliance in GEO's Western Region; as Manager, Contract Compliance, Eastern Region; and as Compliance Administrator at the ICE Northwest Processing Center in Tacoma, WA for GEO. Ms. West leads a team of three additional staff with multiple years of corrections and auditing experience.

**Dr. Jose Acebal, Director Contract Compliance, Health Care**
Dr. Acebal has the responsibility for monitoring and assessing all correctional health care across the U.S. in over 38 facilities, including eight ICE Processing Centers, first as Manager for three years and as Director for 1 year. Dr. Acebal holds a Doctor of Medicine, is fluent in Spanish, and has been employed as Health Services Administrator and other medical positions with BOP for 26 years. Dr. Acebal directs a team of another M.D., a Registered Nurse and a Licensed Vocational Nurse, all of whom are bilingual in Spanish and possess years of experience delivering correctional health services and compliance.

**Ryan Seuradge, GEO PREA Coordinator, Director of Contract Compliance**
Mr. Seuradge has the responsibility for the implementation of PREA monitoring systems and policies as well as developing, implementing, and overseeing GEO's compliance with the National DOJ/DHS PREA standards. Mr. Seuradge was recently hired to serve as GEO's PREA Coordinator and he is charged with the responsibility to provide guidance and resources in all matters related to PREA training, reporting, compliance, allegations, and investigations.

## Communications Plan

GEO welcomes all communications from ICE regarding the QCP at each Center and agrees to work closely with the CO and COR to identify the strategic issues vital to both quality assurance and quality control. GEO will incorporate these requirements into the QCP in order to align the initiatives with those of ICE's QASP and achieve full compliance.

> *GEO strives to provide the highest level of service to our clients and is dedicated to open communication designed to detect and correct non-conformance at the earliest levels.*



Case 5:23-cv-00380-JWH-SP Document 50-2 Filed 06/29/23 Page 464 of 538 Page ID #:785

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.2 Quality Control Plan *page 9 of 17*

For the purposes of consistency and reliability of communication, the following procedures are suggested:

- Each Facility Administrator and the quality assurance staff will work with on-site monitoring staff to establish a reliable and confidential relationship wherein day-to-day communications take place at the Center level with compliance reviews, discussions regarding the reviews, and corrective actions.

- The COR and the CO (as well as other ICE representatives) are invited to staff meetings regarding the management/operation of each Center. These meetings are critical for operations staff to maintain awareness and implement plans regarding improving areas, areas that need work, and areas that need direction.

GEO's QCP provides the statistical tracking needed to observe trends and to frequently revisit the contract requirements and client's expectations.

## Emergency Food Service Plan

Written policy and procedure will provide for contingencies to ensure the delivery of meals to the detainee population during emergency situations (non-delivery of food, riots, natural disasters, equipment failure). Each Center will maintain a two-week supply of food and paper goods. During an impending emergency, i.e. serious inclement weather, the GEO will coordinate with ICE to see that each Center maintains a four-week supply of food and paper goods. Each Center will maintain an active list of local vendors that will deliver needed food and paper items within a 24-hour period, if needed.

Each Center will establish plans which outline the procedure to be followed in the event of a mass detainee hunger strike in accordance with ICE PBNDS. The plan will allow for each Center to operate following normal protocols to the maximum extent, and to return each Center to standard operations as soon as possible. Determining the true cause of the disturbance is of primary importance; many times there are other causative factors involved and a conclusion must not be drawn that because detainees are refusing to eat, the complaint is simply the quality or quantity of food.

Initial steps in the execution of the plan include determining:

- Is there violence involved?
- How many detainees are involved?
- What can be done to neutralize the problem?



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 465 of 538   Page ID #:786

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.2 Quality Control Plan *page 10 of 17*

## Plan Execution

If it is discovered that a large number of detainees have organized to participate in food refusal, the detainees may be recalled to their assigned housing units. The situation will be evaluated and the behavior of the detainees will be considered to determine the need for additional security and control over the following areas:

- Food service
- Medical/health services
- General detainee assembly areas (recreation, library, etc.)
- Perimeter

Upon review of documentation confirming that a detainee has abstained from caloric food or liquid (not including medication) for 72 hours, the detainee will be referred to IHSC medical staff and examined for medical and mental health purposes, with careful and complete documentation made of all activities. Particular attention will be paid to the nutritional status of participating detainees.

Termination of the hunger strike will be documented upon ingestion of any food or liquid, excluding water or medication. A physician will determine the type, amount, and frequency of food or liquid to be given to detainees who have ended participation in a hunger strike. This supervision will continue for as long as the physician deems necessary. The dietary regiments used to terminate a voluntary hunger strike will be recorded in the detainee health record.

GEO will ensure that communication and coordination with ICE is maintained during these emergency situations. GEO's Emergency Food Preparation and Service Schedule will be submitted within 30 calendar days of contract award.

## Emphasis on Compliance

GEO understands its responsibility for compliance with the requirements and performance standards of this contract and the RFP. Facility Administrators and staff are primarily responsible for maintaining compliance with all applicable standards. During operations at each Center, GEO will accept responsibility to confirm compliance, to recognize areas of non-compliance, to identify CAPs and to verify the implementation of improvements. The manner used to accomplish this is by using internal self-assessments and external compliance audits by specialized staff in particular areas of immigration processing and knowledgeable of the contract.

*GEO staff facilitates consistent communication at all levels of the organization to ensure contract performance remains more than satisfactory. GEO monitors facility performance and evaluates functional areas regularly.*

Corporate and regional staff will be in contact with each Facility Administrator to gather the information necessary to monitor performance. GEO corporate and regional



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 466 of 538   Page ID #:787

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.2 Quality Control Plan *page 11 of 17*

personnel representing finance, health services, programs, food service, and general operations areas will take numerous trips to each Center in an effort to maintain an efficient QCP.

**Operational Standards & Accreditation**
GEO subscribes to operational standards promulgated by several different certifying organizations and opens its Facilities and Processing Centers to inspection and accreditation by these associations, commissions and councils. As a matter of corporate policy, all GEO Facilities and Processing Centers are designed and operated in general accordance with the recommendations of one or more of the following organizations:

- American Correctional Association (ACA)
- National Commission on Correctional Health Care (NCCHC)
- The Joint Commission (TJC)
- Southern Association of Colleges and Schools (SACS)
- Correctional Education Association (CEA)
- The standards of the contracting agency
- PREA DHS and DOJ Standards

For each GEO-managed ICE Processing Center, the following standards, in addition to the contract and PBNDS, will apply:
- American Correctional Association (ACA)
- National Commission on Correctional Health Care (NCCHC)
- PREA DHS Standards and regulations

**American Correctional Association (ACA) Accreditation**
GEO's Corporate Contract Compliance Department will work with each Center to obtain ACA accreditation. Accreditation is obtained through training, oversight, and conducting mock ACA Audits 2-3 months prior to the accreditation audit. GEO employs a Contract Compliance Director and Manager at the Corporate level who is responsible for working with GEO Facilities and Processing Centers in preparation for the ACA accreditation process. GEO has moved to automating the accreditation documents and audit process with success and compliments from ACA auditors.

**Performance-Based National Detention Standards (PBNDS)**
GEO has incorporated the requirements of the PBNDS into the QCP of each Processing Center it operates under direct contract with ICE. The lessons learned and best practices developed at these Centers will be applied to each Center. The audit tools used to monitor ICE Processing Centers include the full QASP as used by the agency.



In addition, any optimal standards appropriate to individual contracts are added to the auditing questions for that Center. This allows for on-going monitoring of those requirements. In addition, any client-identified deficiencies are tracked and monitored until sustained compliance is established.

**Safety of the Processing Center**
All aspects of safety are reviewed during the Annual and Follow-up audits with audit tools on chemical storage, maintenance and preventive maintenance, workplace violence, workers compensation reporting and human resources. GEO's Risk Management department has developed a Workplace Violence Prevention Program with all Secure Services Facilities and Processing Centers participating. Each Center creates and maintains a program with a Workplace Violence Committee with broad participation of various departments. The safety and security of staff and detainees is of great importance to GEO.

**Risk Management**
To ensure continuous and seamless operations, GEO assesses all risk and mitigation factors prior to the delivery of operations and throughout the duration of each contract. GEO maintains a comprehensive insurance program to both comply with all contractual requirements, as well as strategically protect the company, its employees, contractors, clients, and third parties. To prevent issues of occurrences throughout each contract, GEO adheres to the standards, whether required by the client or not, of the American Correctional Association, maintains safe and effective staffing ratios, and enforces stringent training requirements that comply with our high, professional standards.

**Sexual Abuse/Assault Prevention Intervention Compliance (SAAPI/PREA)**
GEO has a dedicated PREA Coordinator, Director of Contract Compliance, reporting through the Corporate Contract Compliance Department. The Corporate PREA Coordinator is responsible for implementation of SAAPI monitoring systems and policies as well as developing, implementing and overseeing GEO's compliance with the National DHS PREA Standards in all its required Immigration Processing Centers. In addition, the Corporate PREA Coordinator will provide guidance and resources in all matters related to SAAPI training, reporting, allegations, and investigations.

GEO also employs three PREA Managers of Contract Compliance at the Corporate level with extensive investigative experience who are charged with reviewing and assisting in investigations of SAAPI incidents as well as operating as a resource to all Facilities and Processing Centers. An additional Corporate staff member, the PREA Compliance Specialist, is dedicated to collecting and analyzing PREA statistical data and preparing required reports. In addition to the Corporate PREA team, a Prevention of Sexual Abuse (PSA) Compliance Manager will be designated at each Center to ensure SAAPI Compliance at each Center level and will work closely with the corporate team.

This team, as part of the Corporate Contract Compliance Department, will work with staff at each Center to implement the extensive training program for all employees, volunteers, and contractors with additional intensive training for investigators and specialized training for medical personnel. All detainees will receive SAAPI education at orientation as part of the intake/admissions process. Upon employment, all staff receives a 3 hour initial training course specifically covering DHS PREA guidelines, with 2 hours of annual in-service training thereafter.

In addition to training, the Corporate Contract Compliance team performs mock PREA audits to prepare for the certification audit. These mock audits include tours of each Center, reviews of investigation files, postings, and evaluation of detainee familiarity with PREA reporting and interviews with staff on their knowledge of SAAPI requirements.

**Quality Control Measures for Subcontractors**
The Contract Compliance Department audits work performed by its subcontractors, e.g., medical or food service, with the same schedule and audit tools that apply to work performed by GEO itself. GEO holds its subcontractors to the same level of performance and all applicable contractual requirements.

**Innovative Quality Leadership**
GEO's Contract Compliance Department is continuously working to provide the most current and effective monitoring, using performance improvement methods and approaches gleaned from comparable businesses, compliance and quality conferences and innovative work as developed within the department. The development of the Post Audit Workshop has led to much greater coordination of work between compliance and operations and provided expertise and resources to operations on corrective actions.

Training each year of all Secure Services Compliance Administrators is provided via specialized workshops and presentations to enhance the professional development of those at each Center level in charge of the QCP.

Development of an automated electronic system for ACA Accreditation audits has allowed improved efficiency for GEO staff in review of document preparation and for ACA Auditors on site to perform audits. This system was developed through the collaborative efforts of several GEO staff, desirous of improving and maximizing time usage with the result being a better vehicle for handling the large amounts of paper documentation. The entirety of ACA documentation is presented on laptops for the auditors.



GEO's most recent ACA Audits at our Facilities and Processing Centers show a level of excellence and commitment that will be carried to each GEO-managed ICE Processing Center. The average rating is 99.65%.

The following is a list of recent ICE Center audits:

| | |
|---|---|
| Adelanto ICE Processing Center | 99.6% |
| Aurora ICE Processing Center | 100% |
| Broward Transition Center | 100% |
| Brooks County Detention Center | 99.6% |
| East Hidalgo Detention Center | 98.6% |
| Folkston ICE Processing Center | 100% |
| Joe Corley Processing Center | 99.3% |
| LaSalle ICE Processing Center | 99.6% |
| Mesa Verde ICE Processing Center | 100% |
| Northwest ICE Processing Center | 100% |
| Pine Prairie ICE Processing Center | 100% |
| Rio Grande Processing Center | 100% |
| South Texas ICE Processing Center | 98.8% |

**Productivity Enhancement**

In every performance improvement effort, GEO works to refine our provision of services to enhance the productivity of our staff and work. When deficiencies are identified, either through GEO's self-identification or the client's review, GEO's Contract Compliance Team and Operations work to analyze the issues, reveal the obstacles to compliance and provide the best, most efficient method of reaching the goal.

This often is accomplished through project management led by the Director of Project Management and the two Managers in the Contract Compliance Department devoted to this area. With 10 years in secure services and compliance, the Director is responsible for development and maintenance of the audit tools and database and all performance improvement projects.  In maintaining a current auditing system, GEO is able to quickly respond to changes in the client's focus and requirements. All tools are reviewed thoroughly each year and are often modified during the year to always reflect current requirements. All ACA and PREA changes are quickly inserted into the tools to maximize each audit with the most relevant questions and review.

**Cost Reduction Methods/Techniques**

GEO prides itself in providing cost-efficient and effective services for all its clients. Each facility operated by GEO employs a Business Manager who reports directly to the Facility Administrator. The Business Manager is responsible for:



- Maintaining strict compliance with GEO's financial management policies and procedures within the facility.
- Compliance with all financial controls to ensure that they are designed and operating effectively.
- Producing all financial records required by GEO's fiscal management system.
- Safeguarding, tracking, and recording all client and GEO property and inventory.

In addition, each facility will develop a self-assessment program in accordance with GEO's corporate policy ensure that all fiscal management policies and procedures are in compliance and that the financial controls are designed and operating effectively.

GEO requires all facilities, regions and corporate departments, to the maximum extent possible, to standardize commodity items, fixtures, equipment and services to increase operational, economic and organizational efficiency. GEO is committed to the economic and other advantages of centralized purchasing including national and regional purchasing agreements. GEO, as a Government vendor, is committed to encouraging small, small disadvantaged, women owned, veteran owned and HUB zone vendors to the maximum extent possible consistent with acceptable vendor service and pricing. Specific small and disadvantaged purchasing plans will be implemented at the facility level as appropriate regarding this commitment.

**Handling Potential Problem Areas and Solutions**
In the identification of compliance issues in GEO facilities, the opportunity is always present to improve and enhance our delivery of services. There will be potential weak areas in any operations, and it is the goal of the Contract Compliance department to identify those areas before they become deficiencies and to quickly address the source of the problem and any potential consequences.

Creating solutions to the potential weakness is an opportunity to innovatively address more than the single item of deficiency and to create a stronger system by building on the foundation of a strong system. With the resources of the Contract Compliance staff, regional, corporate and Center compliance and operational experts, the services can be improved and elevated to exceed requirements and standards.

**Customer Relations**
GEO recognizes that open and frequent communications with clients fosters partnering relationships and ensures transparency in all aspects of operations. GEO ensures that Center-level communications between each Center Executive staff and the client representative is frequent and open. Toward that end, GEO coordinates quarterly client meetings and encourages participation in on-site Center meetings.



**Quarterly Client Meetings**: GEO sends a team of corporate professionals to visit the offices of our clients on a quarterly basis. These meetings are held to allow for transparent and open discussion of GEO's performance as related to the management contract in place at the specific Center.

**Participation in Meetings**: GEO welcomes all communications from its Government clients and works closely with the Contracting Officer and on-site Contract Monitor to identify the strategic issues vital to both quality assurance and quality control. Each Facility Administrator and the Quality Assurance Manager (Compliance Administrator) will work with on-site monitoring staff to establish a reliable and confidential relationship wherein day-to-day communications take place at each Center level with compliance reviews, discussions regarding the reviews, and corrective actions.

**Meeting Urgent Requirements**

All Client correspondence and requests for Corrective Actions are routed through the Contract Compliance Department for final review and assessment. In concert with the Centers, any request for urgent responses and corrections are quickly evaluated to provide meaningful and effective responses for the client. In the event of any urgent situation, each Center, the regional office, corporate and Contract Compliance will provide a joint response, based on compliance with the national standards and the PBNDS.

In accordance with Section M.4.1.2, GEO is providing sample Emergency and Communications-Radio Control plans from our Adelanto ICE Processing Center as attachments to this section. GEO currently uses these plans at the Adelanto ICE Processing Center under contract with ICE, and they will be used to develop site-specific plans for each Center proposed under this Requirement. Site-specific plans will be submitted for approval in accordance with the Deliverables Chart provided in Section E of the RFP.

*See Policy 10.2.3: General Emergency Plan – attached*
*See Policy 10.2.34: Radio Control – attached*

Each of the two proposed locations are licensed by the Federal Communications Commission (FCC) and have attained radio station authorization. Each license contains an FCC registration number, grant date, effective date, and expiration date. None of the proposed sites have an expired FCC license. The primary mode of communication between officers, supervisory staff and senior leadership staff is via radio transmission.

With regard to communication between contractor officers and all other personnel (ICE personnel, other contractor personnel) engaged with the detainee population, GEO's

**516**



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 472 of 538   Page ID #:793

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.2 Quality Control Plan *page 17 of 17*

primary communication is conducted through emails, LAN lines, cellular phones and radios (currently radios are provided to ICE on-site top leadership personnel). However, if ICE has determined a need for more of its on-site personnel who engage with the detainee population to carry a radio during business hours, GEO will assign 40 radios/chargers to its personnel for on-site use.  Each site maintains a roster of facility staff who have a company issued phone. The name, title and cellular number is identified. At the request of ICE on-site personnel, the roster will be made available.

Acquisition of communication equipment is generally identified and procured at the inception of a new activation and/or arranged during startup activity. In coordination with the Regional Office, GEO Corporate has a division dedicated to identifying, ordering and delivering required communication equipment. Maintenance of communication equipment is ongoing and includes preventative maintenance, routine and non-routine service requirements and optional upgrades as determined necessary to maintain pace of technology enhancements. GEO's processes related to communication equipment are governed in written protocol.

GEO has a comprehensive training program that includes a training lesson plan on Radio and Telephone Communication. Affected staff receive this training. At the request of on-site ICE personnel, the training plan will be made available.  GEO ensures all new security staff complete a 40-hour on-the-job training that includes the following topics: Emergency Procedures and Notifications Process, Proper Radio and Telephone Communications, Operations of Security Panels, and Professional Telephone Etiquette. These topics are reviewed in three sections of the 40-hour block of OJT: Housing Unit Control Rooms; Restrictive Housing/Special Management Unit Control Centers; and Master Control Centers.

GEO's longstanding partnership with ICE has fostered a partnering approach grounded in transparency and frequent communication. Our expectation is to include ICE on important events affecting operations and for GEO staff to make routine contact with ICE field office personnel. We further value the on-site ICE leadership and recognize their role in our engagement with ICE Field Office personnel. While most of our communications with the ICE Field Office are coordinated with the local ICE leadership, GEO will enhance its effort to communicate with the respective ICE Field Office via email, LAN line, telephone, cellular phone and verbally. Our goal is to maintain a positive working relationship with open lines of communication.

# Sample Emergency Plan



| | POLICY and PROCEDURE MANUAL | **NUMBER:** 10.2.3 |
|---|---|---|
| **Adelanto ICE Processing Center** | **CHAPTER:** Security<br><br>**TITLE:** General Emergency Plan<br><br>**RELATED ACA STANDARDS: 4-ALDF-1C-01 – 02, 1C-05 – 06, 1C-12, 1C-15** | **SUPERSEDES** 2/20/18 |

## I.  PURPOSE

To provide guidelines for developing and updating the emergency plans that provide contingency information in situations such as riots, escapes, hostage incidents, bomb threats, and adverse job actions.

## II.  POLICY

To maintain a complete set of contingency plans that will enable staff to respond effectively to facility emergencies, to train staff in those plans, and to effectively coordinate them with local law enforcement, emergency service agencies and Immigration and Customs Enforcement (ICE).  Emergency plans are critical to the safe and secure operation of the facility.  Emergency plans are confidential and kept away from detainees.  [4-ALDF-1C-01, 1C-05]

## III.  PROCEDURES

This policy will outline the general content of all emergency plans.  Succeeding, attachments for each of the most common types of emergencies will outline the critical elements to be included in the emergency plan on that topic.

### A.  Preventive Action

#### 1.  Climate Monitoring

Staff will watch for signs of mounting tension among the detainee populations.  Signs of trouble include the   following:  a spike in the number of detainee requests, incident reports, etc.; sullen, restless, and short-tempered detainees avoiding contact with staff (including eye contact).  Staff will receive annual training on identifying signs of detainee unrest.

Staff alertness to changes in facility "climate," promptly reported, can be of critical importance in defusing a potentially explosive situation.

Factors known to exacerbate tensions culminating in group disturbances include, but are not limited to:

a. Racism;
b. Heightened complaints about food;
c. Dissatisfaction with the performance or attitude of the post officer;
d. Increasing complaints about recreation, medical care, visiting, mail, etc.;
e. Gang activity;
f. PREA Issues
g. Inaccurate or incomplete information about detainee cases or facility policies.



| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |
|---|---|---|
| Adelanto ICE Processing Center | | |

These are predictable and controllable.  Alert staff can prevent these issues from festering until they erupt.

## 2. Staff Actions

Staff members will improve their chances of deflecting detainee unrest by:

    a.  Discussing plans, programs, and procedures among themselves, and communicating as much as     possible to detainees;

    b.  Treating detainees fairly and impartially;

    c.   Reducing misunderstandings among detainees, for example, by enforcing and explaining rules that
prevent any individual or group from imposing its will on other detainees;

    d.  Resolving misunderstandings/conflicts as they arise;

    e.  Encouraging participation in work and recreational programs;

    f.   Routinely reporting on facility climate and detainees attitudes to the administration, who will follow-up as necessary; and

    g.  Alerting supervisors at the first sign(s) of trouble, gang activity, group hostilities, etc.

    h.  Tours of populated detainee areas. i.e: housing units, recreation, kitchen, etc.

    i.   Ensuring detainees are protected from:

- Personal abuse
- Corporal punishment
- Personal injury
- Disease
- Property damage
- Harassment from other detainees

Quick decisive staff actions can prevent the start or spread of a disturbance.

## 3. Pre-Incident Considerations

When all attempts to defuse a volatile situation have failed, the Facility Administrator will determine how to proceed, based on considerations of safety (detainees, personnel, general public); property protection; and, if applicable, the safety and welfare of hostages.

The Food Service Manager shall be updated on such issues as the number of people who will be on duty and require meals during emergency situations.  The Food Services Manager will maintain at least three days of emergency meals for staff and detainees.  The Food Services Manager shall make contingency plans for providing meals to



| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |
|---|---|---|
| **Adelanto ICE Processing Center** | | |

detainees and staff during an emergency, including access to community resources, which the Food Services Manager shall negotiate during the planning phase.

## 4. Medical

The Medical department will afford treatment to detainees and staff during and after an emergency incident.

Within 24 hours after the release of hostages, all hostages are screened for medical and psychological effects.

During emergency situations, detainees with special needs will be identified by medical and security staff and will be afforded the appropriate care and treatment according to their needs.

## 5. Translator Services

Adelanto ICE Processing Center- uses Language Line Services as the company to assist when there is a need to communicate with those who have limited or no ability to communicate in English.  Dial 866-874-3972 and supply the facility access code 798197. In an emergency situation the translator can provide services without an access code upon proper identification.

## 6. Routes to Gain Access to the Facility

It is imperative that staff and emergency vehicles utilize alternate routes to the facility when the primary route is impassable.

**Primary Route**: Turn west from highway 395 onto Rancho Road and drive west approximately 1.9 miles. The Adelanto ICE Processing Center East will be before the Fire Station. The Adelanto ICE Processing Center West will be after the Fire Station - on the right side of the road.

**South Entry Route**:
- Turn from highway 18/Palmdale Road onto Bellflower Street and head north to Rancho Road.  Drive approximately 3.7 miles to Rancho Road.
- Turn left from Bellflower Street onto Rancho Road and drive west approximately 1.1 mile. The Adelanto ICE Processing Center East will be before the Fire Station. The Adelanto ICE Processing Center West will be after the Fire Station - on the right side of the road.



| | POLICY AND PROCEDURE MANUAL | |
|---|---|---|
| **Adelanto ICE Processing Center** | **General Emergency Plan** | **NUMBER: 10.2.3** |

**Northeast Entry Route**:
- Turn from Highway 395 onto Chamberlaine Way and head west to Koala Road. Drive approximately 2.1 miles to Koala Road.
- Turn left off Chamberlaine Way onto Koala Road and drive south approximately 2.1 miles to Rancho Road.
- Turn left from Koala Road onto Rancho Road and drive east approximately .9 tenths of a mile. The Adelanto ICE Processing Center East will be after the Fire Station. The Adelanto ICE Processing Center West will be before the Fire Station - on the left side of the road.

**Alternate Northeast Entry Route:**
- From Air Base Road, continue west to Raccon Ave. Turn South onto Raccon Ave. Drive 1 mile to Rancho Road. Turn East onto Rancho Road and drive 0.4 tenths of a mile. The Adelanto ICE Processing Center East will be after the Fire Station. The Adelanto ICE Processing Center West will be before the Fire Station - on the left side of the road.

**B. Contingency Plan Development**

**1. Basic Planning**

The Facility Administrator will charge the AFA-Security with the responsibility of creating realistic site-specific contingency plans to deal with emergency situations that may be encountered within the facility or its general area.

The AFA-Security is responsible for developing each contingency plan and he/she will tap the expertise of all department heads during the plan development process. Among other things, this inclusive process will ensure all departments have ownership of the plan.

**2. Keeping Plans Current:  Reviews, Revisions**

a. Emergency plans will be reviewed at least annually, and updated, as needed.  The Compliance Coordinator will plan and schedule the annual reviews.  [4-ALDF-1C-05]
b. Department Heads will participate in the facility's annual review of contingency plans.
c. The Compliance Coordinator will update the plans as often as necessary to keep them current, forwarding all such revision(s) for the Facility Administrator's approval. If the Facility Administrator requests changes, the Compliance Coordinator will incorporate the changes and resubmit the contingency plan(s) within 30 days. If the annual review results in no changes, the Compliance Coordinator will record this in the master file(s).



| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |
| --- | --- | --- |
| **Adelanto ICE Processing Center** | | |

Staff will not discuss any aspect of a plan anywhere within earshot of a detainee or visitor.

Copies of the Emergency plans will be kept in a separate binder and copies will be available to all key facility personnel. Access to the emergency plans can also be obtained through the computer server for individuals with approved access.

In the event utilities such as gas, water or electrical need to be shut off due to an emergency situation a separate binder identified as "utility shut-off manual" can be found in the Master Control Center and the Maintenance department. These binders contain photographs of utility locations and equipment as well as written instructions on proper procedures for disabling the utilities.  It is suggested that emergency drills include simulating utility disabling to ensure staff become familiar with these locations.

The Compliance Administrator has determined that copies of the emergency plans will be stored in the following locations:  (binder #1-W) Master Control Center West, (binder #1-E) Master Control Center East, (binder #2) Command Center East, (binder #3) The Facility Administrator's Office, (binder #4) Assistant Facility Administrator of Security's Office, (binder #5) Deputy Administrator's Office and (binder #6) Assistant Facility Administrator of Operation's Office.  The Compliance Coordinator will implement a checkout system accounting for all plans at all times and equipped with safeguards against detainee access.

Radio battery charging units will be maintained in the Master Control Center and individual chargers are located throughout the facility and accessible by only staff members.

## C. Contingency Plan Implementation:  General Requirements

### 1. Chain of Command

An Emergency Chain of Command structure will be created to include the following assignments:

- *Emergency Commander* – This individual will have the responsibility to coordinate the overall response to the emergency situation and make the major decisions.
- *Assistant Emergency Commander* – This individual will be responsible for meeting and deploying incoming staff and mutual aid agencies.
- *Scene Commander* – This individual will be located as close to the scene as possible to supervise the response and provide timely information to the Emergency Commander.
- *Information Officer* – During a high profile emergency response various agencies



| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |
|---|---|---|
| Adelanto ICE Processing Center | | |

will be contacting the facility for information (especially news media agencies). The Facility Administrator is the only member of the management team who will provide pre-approved information to these agencies.

The Facility Administrator or designee will act as the Emergency Commander during major events (if they are available).

During the initial response to an emergency situation the Emergency Commander will be the Shift Supervisor or senior staff member on-scene. This individual will be responsible for initiating the emergency action plan.

After hour access to the command center will be accomplished by utilizing the emergency keys stored in the black box located outside the facility main entrance. The on duty Shift Supervisor will remove the key by utilizing the code to enter the black box. After getting the keys the Shift Supervisor will enter the administration building. A general incident report will be completed with regards to the removal of the keys. Upon the arrival of a more senior member of the management team, the Shift Supervisor will give a thorough briefing and relinquish logbook and the command of the incident.

As more senior members of the management team become available, they will move into the Emergency Commander role allowing the Shift Supervisor to concentrate on the management of the scene.
During emergency situations where the problem affects only an isolated portion of the facility, (i.e. housing unit, recreation yard, library, etc.) The Emergency Commander will designate someone to monitor and manage the portion of the facility that is functioning normally.

## 2. Command Post/Center

In the event of a qualifying incident, a Command Center shall be activated inside the GEO Administration Conference Room (*Located at Adelanto ICE Processing Center-East*). This center shall be used as the primary coordinating command center for all emergency operations being conducted within the facility. The facility Command Center will, at a minimum, include the following:

   a. Internal/external phone capabilities;
   b. Radio equipment;
   c. Computer with internet capabilities
   d. Facility plot plan (including property maps, up-to-date blueprints of the building, local maps, and overhead photographs);
   e. Videotapes of building interiors within the secure perimeter (showing doors, windows, closets, ceilings, floors, etc.);
   f. Escape-post kits, including maps, directions, etc.;

| GE⊙ Corrections & Detention × **Adelanto ICE Processing Center** | **POLICY AND PROCEDURE MANUAL** **General Emergency Plan** | **NUMBER: 10.2.3** |
|---|---|---|

g.  At least one copy of the emergency plans;
h.  Videotape player/television;
i.   Voice-activated recorder;
j.   Assault/breaching plans;
k.  Kit containing general supplies that may be needed.
l.   Seating and table space for multiple individuals;
m. Marker board*(s)*
n.  Policy and Procedure Manual
o.  Medical disaster box (including masks, gloves, shoe covers)

To control incoming and outgoing Command Center traffic, the Administrative Lieutenant may implement a pass system.

Command Center staffing will include, but is not limited to, the following:

a.  Facility Administrator or Incident Commander;
b.  AFA-Security;
c.  Administrative Lieutenant;
d.  Person to log activities in chronological order;
e.  Person to handle communications; maintaining open lines of communication throughout the situation; and, if available,
f.   Person to control traffic in and out of the Command Center.
g.  Person in charge from agencies or departments with which we share Mutual Aid Agreements or Memoranda of Understanding.

To ensure alertness; Command Center staff must rotate shifts with personnel from the relief roster.  Relief personnel will take over from the Command Center staff after each shift.  They will also relieve staff for short breaks during each shift to avert the mistakes and misjudgments that fatigue or stress can cause.

The Facility Administrator will control the decision- making process, at the discretion of the ICE Regional or District Director.

The Administrative Lieutenant will activate the Command Center at the Facility Administrator's direction.  The activated Command Center will immediately open the conference-call line to the ICE Regional and District Offices.

The facility's Command Center will remain activated 24 hours a day until the situation is resolved or the Facility Administrator determines it is no longer useful.

Ongoing emergency preparedness activities will include activating the command Center phone lines and other logistical support systems, both to test equipment and to familiarize staff with the Command Center and its equipment.



| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |
|---|---|---|

**Adelanto ICE Processing Center**

A *Secondary Emergency Command Center* has been identified within the training classroom *(Located at Adelanto ICE Processing Center-West)*. This center shall be used as the secondary coordinating command center for all emergency operations being conducted within the facility.  The secondary facility Command Center will, at a minimum, include the following in the surrounding offices in the training department:

a.  Internal/external phone capabilities
b.  Radio equipment;
c.  Computer with internet capabilities

An *Emergency Staging Area* will be designated for in-coming staff and mutual aid agencies where they will receive a briefing prior to assignment and deployment.

A *Secondary Medical Triage* location will be selected in the event the Medical unit becomes inaccessible during an emergency, or the triage function needs to take place closer to the incident.

An *Off-site Public Information Location* will be designated for meeting the media to deliver press releases in the event a major occurrence takes place.  The media will be notified of this location and encouraged to respond there rather than at the facility.

3. **Emergency Recall List**

The Master Control Officer will maintain the current home and/or cell-phone number of officers, administrative/support services staff, law enforcement agencies, language interpretation services and Security Response Team.

The Adelanto ICE Processing Center utilizes the Rapid Notify automatic telephone system to notify staff of any emergencies and give specific response instructions.  Staff will also utilize the Rapid Notify automatic telephone system to notify resident in close proximity to the facility when an escape or other emergency that requires resident to be notified.

The Administrative Lieutenant will ensure the recall list is maintained as follows:

a.  On file in the Master Control Center.
b.  In a secure file;
c.  Privacy Act-compliant;
d.  For emergency recall or urgent business only; and
e.  Updated quarterly.

The file containing the recall list will prominently feature the following notice:  *This information must be safeguarded. Use is restricted to those needing the information in*



**Adelanto ICE Processing Center**

| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |

*the performance of their official duties. Misuse will subject the user to criminal liability. This agency will view any misuse of this information as a serious violation of the employee code of conduct, which may result in disciplinary action, including removal.*

The Master Control Officer will also maintain the latest local ICE personnel numbers.

In the event Language Interpretation Services are required, simply Dial 866-874-3972 and enter Client ID # 798197. You will then be asked to Press 1 for Spanish or Press 2 for all other languages (speak the desired language when prompted). The interpreter may verify your organization name, which is listed in the Language Interpretation Line as "Adelanto Detention Facility GEO.

**4. Use of Video Equipment**

See the Policy and Procedures on Use of Force.

Shift Supervisors will be trained to use video equipment, along with designated staff. Training will include technical issues, such as how to identify tapes, digital media storage and photographs by date and location. Staff selected to receive this training will receive refresher training on a quarterly basis.

**5. Records and Logs**

The Facility Administrator or designee will designate a Command Center staff member who will keep a chronological record of events during an emergency. This logbook will record, by date and time, all command-related decisions and discussions, including phone calls and radio transmissions.

Radio transmissions shall be documented by a voice-activated tape recorder whenever possible.

The Incident Command Center staff will maintain a reading file to update staff coming on duty.

**6. Training**
All employees will be sufficiently familiar with each plan to put it into operation promptly, through initial training at the time of hiring, refresher training not less than annually and specialty training for staff with critical roles. [4-ALDF-1C-01]

Drills will be conducted monthly by all shifts by the on-duty shift supervisor at least one per month. The Administrative Lieutenant will coordinate, supervise and maintain documentation of all drills within his office; in addition the documentation will be forwarded to the Compliance Coordinator who will complete the appropriate Compliance



| | POLICY AND PROCEDURE MANUAL | |
|---|---|---|
| Adelanto ICE Processing Center | General Emergency Plan | NUMBER: 10.2.3 |

Audit and archive for the Regional Audit review.

All staff will receive a copy of the Facility Hostage policy and procedure during orientation. Staff is trained to disregard instructions from hostages, regardless of rank during a hostage situation.

Once a year, the Adelanto ICE Processing Center will conduct a mock emergency exercise with agencies or departments with which we share mutual aid agreements and memoranda of understanding. The exercise will test specific emergency plans with local, state, and federal agencies.

**D. Contingency Plans**
The facility has compiled individual contingency specific plans, as needed, in the following order.

1. Fire
2. Work/Food Strike
3. Disturbance
4. Escape
5. Hostage (internal)
6. Internal Search
7. Bomb Threat
8. Adverse Weather
9. Civil Disturbance
10. Environmental Hazard
11. Detainee Transportation System Emergency
12. Evacuation 4-ALDF 1C-02
13. Nationwide Lockdown
14. Adverse Job Action (copies of this plan are only available to appropriate supervisory personnel) 4-ALDF 1C-06
15. Hunger Strike
16. Power Outage
17. Medical Emergency
18. Death Response
19. Correctional Emergency Response Team Activation (CERT)

**E.   Post Emergency Procedures**

- Segregating detainees involved in the incident (if applicable)
- Collect all written reports
- Seize, document, and preserve evidence
- Accountability (especially for staff, detainees, and sensitive equipment)
- Damage assessment and repair
- Injury treatment and documentation



| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |
|---|---|---|
| Adelanto ICE Processing Center | | |

- Coordinating legal actions/prosecutions
- Debriefing of staff involved and follow-up for additional analysis and implications for changes in policy or procedures
- General review and critique of the emergency operations and management with a follow-up agenda including but not limited to monitoring the facility climate and revising the emergency plan



| | POLICY AND PROCEDURE MANUAL<br>General Emergency Plan | NUMBER: 10.2.3 |
|---|---|---|
| Adelanto ICE Processing Center | | |

## THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.

### Italic areas are the changes made to the current revision.

QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE AFA-SECURITY.

**THIS EMERGENCY PLAN IS EFFECTIVE AS OF:** January 4, 2019

Facility Administrator

AFA-Security

Reviewed & Revised: September 2011
Reviewed & Revised: June 2012
Reviewed: July 2013
Reviewed & Revised: March 2014
Reviewed: January 2015
Reviewed: January 2016
Reviewed & Revised: September 7, 2016
Reviewed & Revised: January 26, 2017
Reviewed & Revised: December 7, 2017
Reviewed & Revised: February 20, 2018
Reviewed: January 2019

# Sample Communications Plan



| | POLICY and PROCEDURE MANUAL | NUMBER: 10.2.34 |
|---|---|---|
| **Adelanto ICE Processing Center** | CHAPTER: Security<br><br>TITLE: Radio Control<br><br>RELATED ACA STANDARDS: | SUPERSEDES: 12/10/18 |

## I. POLICY

To contribute to the full and effective security and safety of the Adelanto ICE Processing Center through strict adherence to a radio control system providing for secure storage, systematic issuance, regular inventory of radios, and the maintenance of radios.

## II. PROCEDURES

A. Program Responsibility

1. The Assistant Facility Administrator of Security is responsible for the implementation and audit of the radio system i.e. storage, issuance, inventory and maintenance of radios.

2. Shift Supervisors are responsible for daily review of the operation of the system and the correction and/or reporting of problems.

3. Master Control Center staff has significant responsibility for the success of the radio control system operation.  The Master Control Center Officer will:

   a. Issue radios upon receipt of a chit containing the employees name and place the chit on the hook whose number corresponds with the radio issued.
   b. Inventory the radio board at the beginning of each shift to determine that all radios are accounted for, or that chits are in place for radios.
   c. Ensure proper radio etiquette is maintained, reporting violations to the Shift Supervisor.
   d. The Shift Supervisor is responsible for addressing violations of improper radio etiquette to include disciplinary actions in accordance with progressive discipline.

4. All staff are responsible as follows:

   a. Read and understand this plan.
   b. Implement this plan and related training in radio control.
   c. Treat chits as keys, with care and security.
   d. Keep radios secured on person at all times.
   e. Report any problems experienced or observed with the radio control system to the Shift Supervisor at the time it is experienced or observed, i.e. inoperable radios, lost or misplaced radios, etc.
   f. Maintain proper radio etiquette. Lengthy transmissions should be avoided by utilizing a telephone. Foul language, casual conversation, horseplay and any



| | POLICY AND PROCEDURE MANUAL | NUMBER: 10.2.34 |
|---|---|---|
| **Adelanto ICE Processing Center** | **CHAPTER:** Security<br><br>**TITLE:** Radio Control | |

other unnecessary transmissions will not be tolerated and will be grounds for disciplinary actions.

g. Identifying themselves by name before all transmissions. The only exception will be the master control center.

Handheld radios will be utilized as a secondary means of communication. Primary communication will be telephones and intercoms.

5. Lost or misplaced radios

In the event of a lost or misplaced radio, the staff member discovering the problem will immediately report the incident and all known details to the on-duty Shift Supervisor. The Shift Supervisor will make every effort necessary to recover the radio including inventory, radio list inventory, and inventory of all radios checked out.

NOTE: A MISPLACED OR LOST RADIO WILL BE TREATED AS A SERIOUS SECURITY MATTER. ALL TRANSMISSIONS WILL BE CAREFULLY CONTROLLED UNTIL THE RADIO IS RECOVERED. THE FACILITY ADMINISTRATOR AND CHIEF OF SECURITY WILL BE NOTIFIED OF ALL MISSPLACED/MISSING RADIOS.

III.   **RADIO CONTROL SYSTEM**

A. Radios are maintained in the Master Control Center.

B. The Master Control Center Officer will issue radios with a chit being placed on the radio board for inventory purposes and an entry will be made on the radio inventory sheet.

C. If an employee takes a radio home, that employee will be required to immediately return the radio to the facility.

IV.   **ASSIGNMENT AND/OR TRANSFER OF RADIOS**

Radios may be assigned to a staff member in the following ways:

A. The staff member may exchange a personalized chit with the control officer for a radio, or



| POLICY AND PROCEDURE MANUAL | NUMBER: 10.2.34 |
|---|---|
| CHAPTER: Security | |
| TITLE: Radio Control | |

**Adelanto ICE Processing Center**

B. The oncoming staff member can take possession of a portable radio from the off-going staff member assigned to the same post. However, the oncoming staff member must furnish a personalized chit to the staff member relinquishing his/her radio. The off-going staff member must ensure the chit is given to the Master Control Center in order to update and maintain a current inventory of all radios.

C. Staff who are assigned personal radios (i.e. Warden, Deputy Warden, etc.) will be responsible for maintaining, use and securing of that radio.

## V.     INOPERABLE RADIOS

A. If a portable radio is determined to be inoperable, the staff member discovering it will immediately prepare a Work Order in which the deficiency will be noted, i.e. "Does not receive"; and attached to the radio in question. Notify the on duty Shift Supervisor, and place the defective radio in the Master Control Center to await repair.

B. Prior to the defective radio's removal from the Master Control Center for repair service, the Master Control Center Officer will thoroughly annotate in the control logbook, the time/date removed, radio number and serial number, location of defective radio and the identification of person removing the radio. The Assistant Warden of Security has identified the Maintenance Department/Tool Control as being responsible for follow up radio repair(s).

C. The Maintenance Department/Tool Control staff will place the "Repair" chit on the hook corresponding to the defective radio number. The control log will reflect the current disposition of the defective radio, i.e. "In Repair".

## VI.     MASTER RADIO INVENTORY

A. The Assistant Facility Administrator of Security will develop radio inventories detailing radios (to include serial numbers) maintained in the facility. The inventory will be reviewed, dated and signed by the Chief of Security.

B. The Facility Administrator must approve changes in the radio inventories.

## VII.     MAINTENANCE OF RADIOS

The Maintenance Department/Tool Control will be responsible for repairing damaged radios and replacing destroyed radios.

|   Adelanto ICE Processing Center | POLICY AND PROCEDURE MANUAL  CHAPTER: Security  TITLE: Radio Control | NUMBER: 10.2.34 |
| --- | --- | --- |

## THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.

### Italic areas are the changes made to the current revision.

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT FACILITY ADMINISTRATOR OF SECURITY.**

APPROVED: _____
Facility Administrator

EFFECTIVE:  June 26, 2019

Reviewed & Revised: October 2011
Reviewed & Revised: June 2012
Reviewed: July 2013
Reviewed & Revised: November 2014
Reviewed: November 2015
Reviewed: October 2016
Reviewed & Revised: December 2017
Reviewed & Revised: December 2018
Reviewed & Revised: June 2019

# I.3 - Transition Plan

**GEO**
The GEO Group, Inc. ®

# I.  Demonstrated Technical/Management Capabilities
## 3.  Operations Transition Plan – Requirement D

> **With over 30 years of experience conducting startup and transitions of over 160 facilities with a combined capacity in excess of 100,000 beds, The GEO Group, Inc. (GEO) has the experience and capability to effectively transition to full operation under a new contract.**

In accordance with the requirements of Solicitation Number 70CDCR20R00000002, GEO's Transition Plan includes, but is not limited to the following areas:

- An **Operations Transition Schedule** of tasks to be completed during the 6 to 8-month phased in Operations Transition Period, including the 60-day Ramp-up.

- **Effective Recruitment** of experienced key personnel and qualified processing and support staff

- A **Comprehensive & Compliant Training Plan** for employees

- Obtaining all appropriate **Licenses and Permits** prior to performance

- Securing required **Insurance** coverage prior to performance and in compliance with clause H.1.1, Contractor's Insurance

- Completing required **Background Investigation** in cooperation with ICE's OPR-PSU to ensure that all employees are cleared in accordance with PWS Requirements

- Ensuring sufficient inventory proposed **Security / Enforcement Equipment** is available in the unlikely event of a disturbance

- **Certification and Training Schedule** to enable personnel to assume operational responsibilities and PWS requirements at contract start

- Identification of **Phase-In Risk Areas** and recommendation of effective approaches to minimize the probability and impact of those risks

- A **Ramp-Down Plan** for transitioning services at the end of the contract



# OPERATIONS TRANSITION SCHEDULE

## Adelanto Operations Transition Period

The Adelanto is currently operating under an existing ICE contract, and will complete any applicable transition activities under the new contract, with minimal disruption to ongoing services.

## Desert View Operations Transition Period

On September 20, 2019, the Desert View Facility was incorporated into the Adelanto ICE Processing Center contract as an annex to that facility.

GEO has been informed by CDCR of their discontinuation of the Desert View Facility effective April 1, 2020, and therefore the facility is immediately available to ICE for operational transition as an ICE facility.

Given the need to address interior reconfiguration of the Desert View facility for ICE purposes, and other matters, GEO is proposing an operation transition period of approximately 6 to 8 months for the facility.

Following contract execution, both GEO and ICE would designate one or more individuals as Operations Transition Coordinators with the responsibility to address ICE requirements for office space, operations, courtrooms, healthcare area, FF&E, transportation, food service, maintenance, supplies, and storage areas. Presumably each of the following ICE divisions would need to conduct an onsite survey and provide a needs analysis to the Operations Transition Coordinators for review, resolution and implementation:

- ICE Enforcement and Removal Operations (ERO), including the Facilities Support Unit

- ICE Executive Office for Immigration Review (EOIR)

- ICE Immigration Health Services Corp (IHSC)

- ICE Office of Principal Legal Advisor (OPLA)



**GEO Transition Team**

Upon contract award, GEO will activate an Operations Transition Team that will be responsible for Requirement D comprised of the Adelanto ICE Processing Center and the Desert View Annex. The Transition Team proposed by GEO includes specialists in contracts, finance, project management, security services, programs, human resources, training, and senior staff. This group will have the knowledge and experience needed to recruit, select, train and deploy staff in their roles as GEO employees.

| Role/Position | Name |
|---|---|
| Operations Transition Coordinator | Paul Laird & Linda Sanders |
| Training Coordinator | Regenia Graves |
| Business Management Coordinator | Chuck Hill |
| Facilities Maintenance Coordinator | Kevin Shadduck |
| Health Care Coordinator | Dr. John Christakis |
| Human Resources Coordinator | Alex Londono |
| Food Service Coordinator | Todd Larson |
| Contract Administration Coordinator | Amber Martin |
| Contract Compliance Coordinator | Daniel Ragsdale |
| Design/Construction Coordinator | Philip Mosciski |
| Transportation Coordinator | Ed Stubbs |

**Site-Specific Transition Plan – Desert View**

The current occupants of the Desert View facility will begin vacating the facility in January 2020 and complete the process by the end of March 2020. However, operation of the Desert View Facility under the ICE Contract will commence immediately upon contract award, beginning with the implementation of the proposed Operations Transition Period, as detailed below.

We request a waiver of the 60-day Transition Period by substituting the following:

The full Operations Transition Period includes two phases: 1) 6 Month Pre-Transition Mobilization; and 2) 60-Day Transition. Revised pricing assumes an August 20, 2020 detainee intake.

<u>Pre-Transition Mobilization Phase (6 months):</u>
Immediately upon contract award by ICE, GEO will establish the Operations Transition Team. This team will be on-site, overseeing all operational activities during the full Operations Transition Period (OTP). During the Pre-Transition Mobilization Phase of the OTP, these activities will include:

- Conducting Post-award Kick-off teleconference, tentatively scheduled for December 21, 2019

**539**

- Beginning bi-weekly and/or monthly Progress Update Meetings with ICE
- Coordinating on-site surveys and needs analysis with representatives from ICE, EOIR, IHSC, and OPLA
- Initiating installation of WiFi upon approval by ICE
- Implementing SORN approval process
- Implementing Virtual Attorney Visitation capability
- Finalizing facility reconfiguration plans following ICE on-site surveys
- Ordering/repositioning of FF&E and vehicles
- Conducting recruitment events (i.e. job fairs, employee interviews)
- Screening of employment applicants and federal background clearance checks
- Completing facility reconfiguration
- Updating standard operating procedures in accordance with federal contract
- Submitting facility policies and procedures for final approval
- Submitting Notice to ICE to begin the 60-Day Transition Period

As agreed in the Discussions Meeting between GEO and ICE on December 4, 2019, GEO will invoice the government during the Pre-transition Mobilization Phase as priced in our Final Proposal Revision.

<u>60-day Transition Period Phase:</u>
During this second phase of the Operations Transition Period, GEO's Operations Transition Team will oversee:
- Onboarding of facility staff
- Completion of all staff training
- Vehicle assessments
- Installation of all remaining FF&E
- Facility readiness reviews
- Finalization of detainee transfer plan to begin housing detainees in the facility
- Detainee transfers into the facility at the end of the Transition Period phase

During the 60-Day Transition Period Phase, GEO will invoice the Government as priced in our Final Proposal Revision.

<u>Detainee Intake Schedule</u>
GEO proposes to intake detainees at the rate of approximately 80 per week, which will require approximately 9 to 10 weeks



**GEO's 8-Month Operations Transition Period\* /
Phase-in Implementation Schedule:**

| GEO OPERATIONS TRANSITION PHASE-IN SCHEDULE | | | | | |
|---|---|---|---|---|---|
| **Assumed Contract Award 12/20/19** → **Post Award/ Begin Operations Transition** | | **Continue Operations Transition Facility Reconfiguration** | | | **60-Day Ramp Up** |
| **Months** → Months 1 - 6 | | | | | 7 - 8 |
| **GEO/ICE Transition Team** → Designation of ICE Operations Transition Coordinator (IOTC) | Regularly scheduled meetings | Regularly scheduled meetings | Personnel background clearances by ICE/PCU | Submit Notice of Facility Readiness | Receipt of Notice to Proceed and begin detainee intake |
| **Facility Reconfiguration** → Government Onsite Survey /Needs Analysis | Interior renovation designs finalized | Periodic ICE reviews of operations transition | Furniture, fixtures, & equipment (FF&E) ordered | Periodic ICE reviews of operations transition | Install any new FF&E |
| **Operations Implementation** → GEO Operations Transition Coordinator reports onsite (GOTC) | Standard operating procedures updated | Submit contract deliverables | Update MOUs for Mutual Aid/ Emergency Services | Revise contract deliverables as requested | Confirm approval of contract deliverables |
| **Staffing** → Begin advertising job openings, hold job fair | Hold job fairs & applicant interviews | Employee Screening | Make job offers & begin clearance process | Order staff uniforms | Staff training, weapons qualifications |
| **Transportation** → Ordering new vehicles & FFE | Reposition existing fleet vehicles, if needed | Develop Detainee Transfer Plan | Meetings with ICE on Ramp-up coordination | Vehicle assessments completed | GTI training completed |

\*Operations Transition Period is subject to adjustment based on negotiations.

541



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 497 of 538   Page ID #:818

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.3 Transition Plan *page 6 of 11*

## Effective Recruitment

As the current provider of services for the Adelanto ICE Processing Center, GEO expects to retain existing employees as we continue providing services under a new contract. For other facilities proposed under this Requirement, GEO will implement our tested and proven successful recruitment methods to attract new employees.

GEO utilizes multiple venues to advertise open positions. These venues include the State's employment delivery service, radio ads, newspaper, internet job boards, and GEO's online Career Center. GEO's Application for Employment and any recruitment advertising includes the phrase "Equal Opportunity Employer."

GEO's employee retention strategy begins with hiring employees who meet customer and company standards. In addition, we recognize the important role wage rates and employee benefit packages play in retention of employees. GEO will provide salaries and benefits that facilitate effective recruitment and retention of qualified employees.

## Comprehensive Training Plan

All new Officers will complete 60 hours of basic training (not including firearms) prior to Entry on Duty (EOD) and 40 hours of on-the-job training. Within 60 days of completing the initial 100 training hours, Officers will complete another 40 hours of training. Each new Officer will complete an additional 40 hours of training within the first year of duty. This supplemental training will relate directly to the employee's position and focus on relevant job skills. All new Officers will complete a total of 180 hours of training within their first year of employment.

Lesson plans and training curriculums used by GEO and approved by ICE which are currently in use at other ICE locations will be used as the basis for developing the site-specific training plan for the Center. Following contract award GEO will tailor this approved training program for use at the facilities proposed under this Requirement, submitting a finalized version within 30 calendar days of contract award as required.

Additionally, GEO will utilize the Learning Management System (LMS) to track and automatically schedule required training for all staff. The system will house all training records and provides notification to the Training Administrator when required training and certifications are due. The system will allow the Regional and Corporate Training Staff to remotely view all Center training records, lesson plans, instructor certifications and staff training records. All training will be conducted by trainers certified by the National Institute of Corrections (NIC).



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 498 of 538   Page ID #:819

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.3 Transition Plan *page 7 of 11*

### Licenses and Permits

All appropriate licensure and permits will be obtained prior to the Notice to Proceed. Licenses and permits will be maintained as necessary throughout the duration of the contract.

### Insurance Coverage

GEO will comply with the insurance requirements outlined in Section H to include:

- Insurance in an amount not less than $3,000,000 to protect GEO from claims under workman's compensation acts and from any claims for damages for personal injury, including death which may arise from operations under this contract whether such operations by the GEO itself or by any subcontractor or anyone directly or indirectly employed by either business entity

- General Liability insurance: bodily injury liability coverage written on a comprehensive form of policy of at least $500,000 per occurrence as required

- Automobile liability insurance that provides liability coverage for bodily injury and property damage, covering automobiles operated in the United States, and that provides coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property coverage

### Process for Background Investigations

GEO has a proven track record of effectively recruiting and integrating large numbers of new employees and staffing facilities in a short period of time. GEO will work closely with ICE to ensure potential employees receive background investigations and appropriate clearances prior to their Entry on Duty (EOD) in accordance with relevant requirements of the RFP.

Background investigations will be processed through the Personnel Security Unit. Personnel may transfer from other DHS Contracts provided they have an adequate and current investigation. GEO further understands that only those personnel who have favorably adjudicated background investigations will be permitted access to sensitive government information. GEO understands required forms will be provided by DHS at the time of award of the contract, and that only complete packages will be accepted by the OPR-PSU. GEO further understands specific instructions on submission of packages will be provided upon award of the contract.

**543**



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 499 of 538   Page ID #:820

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.3 Transition Plan *page 8 of 11*

## Proposed Security/Enforcement Equipment Inventory

GEO will submit to the COR or ICE designee a proposed inventory of intervention equipment (e.g., weapons, munitions, chemical agents) intended for use during performance of this contract within the required timeframe after contact award.

## Acquisition of Transportation Assets

GEO Transport Inc. (GTI), a wholly-owned subsidiary of The GEO Group, Inc., will be responsible for providing the critical transportation needs for this Center. Upon notice of award, GTI will immediately reposition vehicles within the existing fleet to the Center. GTI has enough vehicles in the existing fleet to ensure the availability of suitable transportation options. Any new vehicles purchased will be energy efficient in order to obtain the latest EPA ratings.

Generally, transport vans take approximately 90 days to receive from the date of order. High capacity vehicles (transporters and buses) generally take 6 months to develop and install the internal after-market safety and security equipment. Upon notice of award, GTI will reposition ICE-compliant vehicles within our existing fleet in order to comply with the transition schedule. GEO/GTI understands it may acquire additional vehicles as necessary at no cost to the government. As mandated, all GTI provided vehicles will be equipped with interior security features to include separation of detainees and officers in accordance with ICE PBNDS.

## Certification and Training of Staff

GEO will ensure appropriate staff training is completed and required certifications are obtained and maintained throughout the duration of the contract, relevant to employee assignments.

## GEO's Plan to Identify and Mitigate Implementation Risk

GEO has extensive experience in the development and transitioning of existing or new facilities. GEO's risk mitigation process includes the extensive and direct involvement of subject matter experts at the corporate level, regional level, and field level.

With respect to the operations, the major area of risk requiring mitigation relates to the personnel necessary to operate the Center. We have identified the major risks associated with personnel for this contract and provided our planned mitigation action in the table below.

**Phase-in Risk Mitigation**

| Risk | Potential Impact | Mitigation Action |
|---|---|---|
| Inadequate recruitment | High | Active recruitment activities using mainstream electronic media, as well as, social media |
| In adequate employee compensation | High | Application of most recent DOL Wage Determination |
| Timely completion of background clearances | High | Establish schedule for submission of background clearances for new job applicants to ensure sufficient time for ICE background clearance |
| After Initiation approval is received the candidates have 10 days to go online and complete their EQIP application for background clearance | High | Establish a schedule for all candidates that have received initiation approval to come onsite and complete the EQIP. HR will maintain the documents that are printed |
| Receiving timely response from ICE regarding facility reconfiguration | High | Scheduling periodic meetings to facilitate progressive approvals of ICE area reconfiguration |
| Receiving all ICE requested fixtures, furniture and equipment (FF&E) on a timely basis | High | Confirming proper ordering and receipt of all requested ICE FF&E |

**Ramp-Down Plan**



GEO will submit a Transition-out Plan two (2) months prior to the completion of the period of performance of this contract to be approved by the COR. The Transition-Out Plan will include plans for:

- Inventory and orderly transfer of any government furnished equipment or property
- Briefing on all in-progress and committed items
- Any additional information required by other clauses contained in this contract

As a committed partner to ICE, GEO will fully support the transition of all requirements to any successor to ensure no disruption in operational services.

GEO will work with ICE to depopulate the facilities within a 3-6 month timeframe, subject to acceptance by ICE, after the expiration or termination of this Agreement. To ensure an orderly transition from GEO's management of the ICE operation, immediately upon notification, the Facility Administrator will appoint a committee to coordinate activities related to the transition of services. The committee will consist of Facility Department Heads and/or representatives of the following key functional areas:

- Operations
- Transportation
- Health Services
- Business Management/Finance
- Security
- Classification

Designated Corporate Staff from GEO's Corporate and Regional offices will also participate in the transition-planning process.  Based on the ramp-down period there will be an orderly depopulation of all detainees. During this period GEO will collaborate with ICE to transport an agreed upon number of detainees each week to locations determined by ICE until the facilities are totally depopulated.

ICE can be assured of GEO's full cooperation and concentrated efforts to facilitate the transition. GEO clearly demonstrated our ability to work in concert with ICE as well as other vendors in previous transitions. Transition duties typically include, but are not limited to, continuing full security operations during the ramp-down period; transferring facility records; relocating staff to other locations within our company for continued employment opportunities; and appropriately storing all GEO-owned inventory, furnishings, and equipment. GEO will ensure all required facility paperwork will be in proper order and freely provided to ICE, including detainee records, detainee health records and applicable medications in accordance with PBNDS 2011.



Additionally, during the depopulation period GEO will provide to ICE a weekly Operational Data/Metrics Summary which captures the week's ADP and number of transportation miles (including number of routes, number of miles per route, etc.). The ADP information will be extracted from our daily census report and the transportation and route information will be compiled from GTIs daily trip reports.

# Staffing Plan



# I.   Demonstrated Technical/Management Capabilities
## 4.   Staffing Plan

> **The GEO Group, Inc. (GEO), has developed a comprehensive, innovative staffing plan that identifies the total work force that will successfully perform all services required under this contract.**

## Approach to Staffing – Total Workforce

GEO will provide highly qualified and motivated managerial, administrative, and security personnel with the appropriate skill mix to intake, supervise, care for, discharge, and transport detainees 24 hours per day, seven days per week, in accordance with the Performance Work Statement (PWS), contract requirements and applicable standards, including ACA and ICE PBNDS 2011 standards with 2016 revisions. GEO understands the importance of a fully qualified and trained professional staff in appropriate numbers to operate a safe and secure Processing Center.

The proposed staffing plans are subject to a 100% detainee occupancy level and are further subject to vacancies due to vacations, holidays, illness or injury, initial and annual training, absences under the Family and Medical Leave Act (FMLA), and other absences. Whenever necessary, GEO will cover any vacant key positions by using overtime or part-time assignments. At no time will the safety, well-being, or required detainee services ever be compromised. The staffing plan provides for supervision of detainees in the housing areas 24 hours per day, seven days a week. Additional Officers will provide utility and supporting security functions. Shift Supervisors will be on duty 24 hours a day to properly supervise on-duty Officers. Sufficient administrative staff will be available to provide MIS, payroll, personnel, accounting and other support functions.

The attached staffing plan reflects GEO's well-thought out and efficient strategy for staffing each GEO-managed ICE Processing Center. This strategy provides the appropriate skill mix to efficiently and effectively perform contract requirements at all times. The staffing plan depicts the positions and man hour needs for each position in place of a post-based staffing plan.

### *Please site-specific Staffing Plans – attached*

GEO's proposed staffing plans introduce operational efficiencies to each Center while maintaining compliance with all PWS requirements and other applicable regulatory standards. We have used our expertise and experience in developing efficient staffing plans to ensure appropriate staffing levels have been planned in accordance with generally accepted Processing Center management practices. Our staffing plans are based



on the anticipation of full capacity of the facilities and will ensure Officers are able to provide direct supervision to detainees as required.

## Center Management and Supervision

The GEO Facility Administrator, along with Center department heads, will be responsible for managerial and administrative duties required to assure the continuity of operations. The Facility Administrator will have overall authority and responsibility for on-site management and operation of the contract and interfacing with ICE CORs and/or designated ICE Officers and the Contracting Officer on all contract-related matters. The Facility Administrator will provide, either directly or through subordinate managers and supervisors, oversight and direction to all GEO contractor personnel across all functional areas.

GEO's staffing plans deliver a streamlined, efficient organization with a ratio of management to staff that demonstrates a span of control for effective oversight, control and support to accomplish all PWS functions. Our bottom-up analysis determines the staffing levels for each function. When the staffing levels are finalized for the various posts, GEO staffing experts look closely at the type of work, the physical work site, and other critical factors to analyze the number and level of managers or supervisors needed to ensure effective operations. The staffing plans go through additional review by senior management to reduce the staffing to the most efficient levels for providing the required services.

The primary resource for the efficient operation of the Facilities, as with any Center, is the staff. Personnel assigned to each Center will be highly trained professionals who maintain order and control to ensure the health and safety of the detainees, the staff and the public.

Center staff will be responsible for direct and indirect supervision of the detainee population during their daily activities. Each Center will develop detainee supervision procedures, consisting of rovers patrolling the hallways, walkways, and housing areas. Continuous staff and detainee interaction will establish and help to maintain relationships that produce a safe and orderly environment.

After a thorough analysis of the PWS, GEO has developed a comprehensive operational plan, based on our experience with existing ICE operations, that establishes control measures to prevent unauthorized egress and ingress. The operational plan will provide 24-hour security coverage of designated duty posts seven days per week 24 hours per day.

No GEO employee will be allowed to enter on duty and/or access sensitive information or systems without a favorable preliminary Fitness determination or final Fitness



determination by the Office of Professional Responsibility, Personnel Security Unit (OPR-PSU).

All GEO key personnel to perform duties under this contract will be approved by the Contracting Officer. GEO will have key personnel employed and available for duty before beginning contract performance. Any subsequent changes to key personnel will meet these criteria and be approved in writing by the Contracting Officer.

**Safety and Security**
Safety, security, detainee services, and Center operations can only be assured by proper selection, assignment, training and supervision of quality employees. All GEO employees will receive safety and security training as part of their pre-service and in-service training. Clerical staff, food service and maintenance personnel will be schooled in the requirements and procedures of personal as well as Center safety and security. The proposed staffing of each Center, in conjunction with our pre-service training and in-service course work, offers ICE the most secure and economically conservative operations that have proven to be capable in meeting client requirements.

GEO's proposed staffing plan places emphasis on the safety and security of the detainees, staff, each Center and the local community. GEO's key approach to minimize risks to the safety and security of these populations is to staff each Center with highly qualified and trained personnel to provide full 24-hour coverage of designated security posts (including control center), surveillance of detainees, and performance of all ancillary functions. This training and post coverage will allow GEO to quickly respond to any change in skill set requirements. Highly trained professional security personnel will conduct around-the-clock supervision and regulation of detainee movement.

The Assistant Facility Administrator or Chief of Security will lead the security staff and manage the security operations to ensure the safety and security of each Center, staff and detainees is safeguarded and maintained.

Housing Officers, augmented by shift supervisory personnel, will oversee the housing units. The housing units will be staffed 24 hours a day by Officers.

As described in further detail under *Contingency/Emergency Staffing Resources* in this section, GEO has developed and maintains an internal corporate nation-wide staff contingency plan, which includes a roster of individuals possessing similar expertise and skills as those required for staff assigned to each Center. GEO will utilize this contingency plan as needed to minimize staffing risks and ensure security coverage of designated duty posts.



The posting of Officers assigned to the public entrance, visitation area, control center, intake section, recreation, escort/utility, and transportation will further enhance Center security and minimize risk.

Deployment of staff will be established using Officer Assignment Rosters, by shift to provide appropriate staff ratios consistent with the operational needs of each Center, including considerations for requirements and risks related to overall security, food service, programs, visitation, and medical care. Implementation of these rosters will depend upon the operational requirements of each Center. A logical combination of the security staff and the professional staff who provide support for business management, human resources, information technology, case management, and maintenance, will ensure deployment of personnel with the pertinent skills in all areas of each Center.

## Staffing Risk Minimization

GEO's three decades of experience in secure services management has enabled us to confidently identify and mitigate risks associated with staffing a Processing Center. GEO utilizes defined processes to respond to routine occurrences while allowing for flexibility to manage ad hoc risks that may arise. Major staffing risk areas and recommended approaches to minimize the probability and impact of these risks are outlined below:

**Hiring Staffing Risks**
- Inability to attract qualified candidates
- Discriminatory hiring practices
- Hiring unsuitable candidates

GEO has a reputation for providing competitive salaries, comprehensive benefits, and career stability. We are confident these benefits will have a positive impact on our ability to recruit a suitable workforce. These highlights attract a large pool of applicants and enable GEO to select the candidate best suited for each position.

GEO has an effective recruitment plan that has been carefully refined over the course of our operations. Our recruitment efforts are designed to eliminate any potential for discriminating against protected classes while ensuring we attract the top talent. We conduct background checks on applicants which comply with ICE requirements and applicable laws.

GEO has developed accurate job descriptions for all positions to ensure candidates are given a proper 'job preview' before applying. Additionally, GEO offers starting salaries that are competitive with the local market, making our organization attractive to potential applicants.



**Employment Staffing Risks**
- High turnover/poor retention
- Safety of working conditions
- Discriminatory behavior/harassment
- Improper disclosure of confidential information
- Loss of Key Personnel

GEO ensures that employees are provided with adequate supervision and feedback on their work performance. This supports employee development and morale, having a positive impact on retention rates.

GEO facilities are operated in accordance with requirements of the Occupational Safety and Health Administration (OSHA). Additionally, GEO focuses on workplace safety during employee training sessions.

GEO provides staff with training to guard against workplace discrimination and harassment of any kind. GEO will ensure each Center provides a viable means for employees to report incidents of harassment or discrimination.

GEO employs proper controls to restrict access to physical and electronic records. Employees with access to confidential records are subject to additional background screening and are required to acknowledge in writing their understanding of the confidential nature of certain records.

GEO develops a succession plan at each Center for all positions identified as "Key". Qualified replacements are identified within each Center organization or at other GEO facilities and at GEO's Corporate and Regional Offices. Successor candidates at each Center will be cross-trained and cross-utilized to prepare them for quickly assuming the "Key" position when needed.

**Termination of Employment Risks**
- Potential property loss
- Insider attacks

GEO ensures that exit interviews are conducted whenever possible upon employee separation. We use this opportunity to learn about the employee's experience with GEO and how we may improve our organization. GEO deals fairly and equitably with all employees and ensures that employee performance data is maintained.



Identification and equipment belonging to GEO is retrieved. Access to electronic records is restricted immediately upon separation. All terminations for cause are documented, and records of terminations are maintained.

## Contingency/Emergency Staffing Resources

While emergencies and other incidents may be minimized through sound management, advance planning, alert staff and positive detainee relations, such incidents do occur in a Processing Center environment. GEO understands the importance of, and will carefully develop, response plans to manage events that interrupt the normal routine or expectations of the daily life at each Center. The safety and security of the public, staff and detainees is a primary motivation in the development of these plans.

The proposed staffing provides for 24-hour security coverage of designated duty posts seven days per week 24 hours per day but also includes necessary relief factors to allow for staff sick and annual leave, required training and other relevant contingencies. Emergency plans, to ensure staffing levels are maintained above 95%, will include processes for contacting and summoning off duty staff to each Center to provide additional support to the on-duty staff in the event of emergencies. In addition, GEO will:

- Develop, in coordination with local agencies, necessary and appropriate response and contingency plans that set out clear levels of responsibilities and action to be taken
- Make these plans known and readily available to staff
- Thoroughly train all staff in the specific execution of the response and contingency plans
- Subject all plans, and the staff, to regular testing through exercise and practices and amend plans as necessary
- Cooperate closely with the ICE and local officials in the development, practice and implementation of the response and contingency plans

In the event additional assistance is needed, GEO will provide additional staff from other GEO-operated facilities located across the country.

If other staff are deployed, those individuals will be from similar GEO facilities currently contracting with and housing ICE detainees, thereby ensuring they have already completed federal background clearance and are aware of ICE requirements and policies.

To meet such a potential extraordinary need, GEO has developed and maintains an internal corporate nation-wide staff contingency plan which includes a roster of individuals possessing similar expertise and skills as those required for staff assigned to



each Center. Upon notification from the Contracting Officer, GEO can deploy additional staff from this roster to each Center.

## Personnel Staffing Requirements

### Recruitment Plans

GEO has extensive experience in the recruitment, screening, hiring, training, and management of Processing Center employees. GEO does not anticipate difficulties in fulfilling the staffing requirements of this contract. Since 1984, GEO has refined its human resource process, focusing on the unique needs of the secure services field. GEO has developed and implemented its own recruitment website, creating an additional avenue for information dissemination and recruiting purposes. GEO prides itself for providing Equal Employment Opportunity (EEO), believing that a culturally diverse detainee population is best served with a culturally diverse workforce that is sensitive to cultural differences.

Local hiring is GEO's focus for attracting and retaining the workforce. Individuals who have made a commitment to the community are more likely to commit long-term to an employer. It is recognized that there must be a reciprocal commitment by each Center to the community. GEO is very proud of its record of hiring locally and being actively involved in the local community.

GEO uses a variety of recruitment vehicles in order to source and hire the best employees. These include referrals from government agencies, employee referrals, diversity organizations, national industry organizations, and local community outreach programs. Additionally, GEO uses both print and electronic media (internet, social networks) to advertise our job openings.

### Personnel Retention

Job satisfaction is a significant contributor to the retention of GEO staff. Through improved job satisfaction, turnover has decreased significantly.

Senior Vice Presidents, Regional Vice Presidents, Facility Administrators, along with the Corporate Human Resources department, recommend and implement various benefit enhancements that improve job satisfaction.

GEO provides the following benefits:

1. **Comparable Wages** based on salary surveys of similar positions within a 50-mile radius
2. **Health Benefits** including five Medical coverage plans and two new minimum coverage plans, Dental and Vision coverage, Basic and Additional Life Insurance



and Accidental Death & Dismemberment, Spousal and Dependent Life Insurance, Short and Long Term Disability, Flexible Spending Accounts, and Voluntary Benefits such as Critical Illness, Whole Life Insurance, Accident Insurance and Legal/Identity Theft coverage

3. **Other Employee Benefit Programs** including 50% company match of the first 5% an employee contributes their 401(k), Paid Time Off, Sick Time, Holidays, Employee Stock Purchase Plan providing a 5% discount, Employee Assistance Program, Health and Wellness Programs, Bereavement Pay, Jury Duty Pay, and Professional Educational Leave

4. **Orientation, Training, Performance Appraisals, Recognition Awards and Career Development Opportunities**

5. Local, region and corporate sponsored **Community and Social Events**

GEO's reputation, salaries, benefits, training and career opportunities allow GEO to recruit individuals with the skills, education and drive to keep GEO at the forefront of modern secure services practices and keep us in full compliance with all governmental regulatory requirements relating to employment and personnel practices.

Per the PWS, GEO shall provide, through the COR, a Quarterly Report containing the names of contractor employees who are active, pending hire, have departed within the quarter or have had a legal name change (Submitted with documentation).

**Training, Mentoring, and Career Development**
GEO has long recognized that a highly trained work force is the key element to the operation of a successful, safe and efficient Processing Center. GEO will utilize a comprehensive training program in compliance with ACA Standards that is in accordance with the training plan approved by ICE.

GEO has a Corporate Director of Employee Development responsible for the quality, content and delivery of training, as well as for annual training topics and curricula updating. Additionally, GEO has three Regional Training Managers who constantly interact with Center personnel and communicate best practices from facilities across the nation.

At each Center, a full-time Training Administrator, with experience in the management of training programs, will oversee each Center's training program, and a Training Advisory Committee will meet quarterly to discuss specific training needs and accomplishments. Each Center's Training Advisory Committee will include the Training Administrator; Human Resources Manager; ~~Assistant Warden, Finance & Administration~~ Business Manager; other department heads; and a staff member selected by the Facility



Administrator or the committee. As appropriate, the results of audits, compliance reviews, and ICE concerns will be incorporated into local training.

GEO works in partnership with its state, federal, and multiple local clients to tailor training programs to meet their specific standards and requirements. As a result of our worldwide client base, GEO personnel are able to implement training best practices gained from around the world. Annually, each Training Administrator will submit a training plan to their Regional and Corporate Training Director for feedback, review and approval. This training plan will be submitted to the Contract Monitor for final approval prior to implementation.

GEO plans to utilize a Learning Management System (LMS) at each Center. This system enables GEO to keep a catalogue of all training requirements listed by client including all lesson plans and course learning objectives. The LMS provides an electronic database of individual staff training and provides tracking of due dates to ensure that all staff receive annual refresher or specialty training in accordance with ACA, GEO and ICE requirements. The Corporate Director of Employee Development, Regional Training Managers, and Contract Compliance auditors monitor the LMS for quality assurance. This record management/tracking system will help to ensure that GEO employees meet and maintain all certifications required by ICE.

The training process is designed to provide a professional, well-trained staff empowered to respond to the needs of the operation. Empowered staff members have a higher confidence and competence which enables them to improve their job performance and satisfaction.

GEO utilizes a Field Training Officer program to mentor new Officers through their On-The-Job Training hours. Certified Field Training Officers mentor and evaluate each new Officer as they demonstrate proper job skills and techniques prior to being placed at their shift duty assignment.

GEO encourages employee growth and career development. We offer a Tuition Reimbursement Plan for employees with at least one year of service. The plan provides for up to $1,000 a year for most out of pocket expenses for approved coursework related to an employee's job or department. This program demonstrates GEO's dedication to investing in our employees.

GEO offers career opportunities for staff with integrity, determination, professionalism, and sound interpersonal skills. GEO prefers to promote from within when possible to encourage long-term employee commitment and recognizable career paths within the company.



**Employee Performance Standards**

GEO employs a variety of methods to establish and reinforce an acceptable code of conduct among our employees. All employees providing service under this contract will be required to abide by standards of conduct established by ICE and GEO.

**Setting Employee Performance Standards**

During the new hire orientation process, employees are introduced to GEO's standards of employee conduct, compliance policies and procedures, workplace guidelines, and company benefits. Additional training and guidance will be provided on an ongoing basis by their supervisor.

GEO issues every employee a copy of the Employee Handbook. The Handbook outlines general information and guidelines, and describes, in broad terms, company policies, procedures, benefits, and other employment-related information. The Handbook is updated annually, and every employee is required to sign an acknowledgement form. This form certifies the employee's receipt of the Employee Handbook, and signals agreement to thoroughly read and review the document and to seek clarification for questions regarding any information or guidelines. In part, the Employee Handbook covers:

- Sexual Harassment
- Workplace Violence
- Employee Discipline
- Training & Development
- Performance Evaluations

**Maintaining Employee Performance**

Employees are provided annual refresher training to ensure they continue to perform their job duties in a professional and reliable manner. Additionally, employees participate in annual performance evaluations to assess their performance and factors such as job knowledge, integrity, aptitude, work habits, and ethics.

**Employee Recognition Programs**

As a means of recognizing employee service and dedication, the following certificates and recognition are offered:

- Circle of Excellence – for ideas to improve job performance

- Certificate of Appreciation – for performance of a valued act or service to the Client or GEO

- Certificate of Recognition – for outstanding service, courage, and initiative



- Certificate of Distinction – for exceptionally meritorious service beyond responsibilities

- Service Awards – for completion of the first year of service and each fifth anniversary (i.e., 5, 10, 15, etc.)

- Spot Bonus – cash awards given in various levels for outstanding performance beyond the call of duty

These commendations are presented to employees as a result of their distinguished performance.

Additional recognition programs include:
- Employee of the Quarter
- Center Administrator of the Year
- Employee of the Year
- Women in Leadership Award (Annual)
- Minority in Leadership Award (Annual)

**Dealing with Underperforming Employees**
Employees are expected to understand and comply with the standards of conduct set forth in training and in GEO's policies and procedures. In addition, employees are expected to understand and comply with the terms and conditions of our client contracts. Supervisors, in turn, are obligated to create an environment where deviations from behavior or performance standards are addressed.

Supervisors should complete a historical "look-back" of the employee's disciplinary history to determine if the employee has received any prior disciplinary actions during the 12-month period prior to the current infraction. A second occurrence resulting in disciplinary action within this 12-month "look-back" period is considered to be more severe and should be handled as such. All reported disciplinary actions and supporting documents will become a permanent part of an employee's personnel file.

The following are the various forms of progressive disciplinary actions that may be taken based upon the severity of the infraction:

**Counseling** – A discussion between an employee and their supervisor regarding their violation of a behavioral or performance standard, policy or procedure along with guidance or instructions from the supervisor for correcting the problem. All verbal counseling events will be documented.

**559**



Case 5:23-cv-00380-JWH-SP   Document 50-2   Filed 06/29/23   Page 515 of 538   Page ID #:836

FINAL PROPOSAL REVISION – December 9, 2019
ICE California CDF – RFP No. 70CDCR20R00000002
Section I.4 Staffing Plan *page 12 of 12*

**Written Reprimand** – When counseling was given for a violation and that violation is repeated, or for a more serious offense.

**Final Reprimand** – The "Last Chance" for the employee to make immediate and sustained improvement in performance or behavior. When employees receive a Final Reprimand, a Disciplinary Probation will be imposed for a 12-month period following the date the Final Reprimand was issued.

**Dismissal** – The result of a serious breach of a rule, performance standard, practice, policy procedure, or as a result of repeated disciplinary infraction.

GEO reserves the right to depart from this policy of progressive discipline and immediately discharge any employee in its sole discretion.

## Organizational Chart

An organizational chart which shows all proposed personnel from the staffing plan and depicts the structure of planned operations at the Facilities has been provided as an attachment at the end of this section.

*Please see site-specific Organizational Charts – attached*

# Adelanto ICE Processing Center

# Staffing Plan

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto and Desert View Complex 2690 BEDS**
**STAFFING PLAN**

| Executive Office | | | | | | | DV Staff |
|---|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE | |
| Facility Administrator | 1.00 | | | | 1.00 | 1.00 | |
| Assistant Facility Administrator (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Deputy Administrator | 1.00 | | | | 1.00 | 1.00 | |
| Training Lieutenant | 1.00 | | | | 1.00 | 1.00 | |
| Fire & Safety Manager | 1.00 | | | | 1.00 | 1.00 | |
| Compliance Coordinator | 1.00 | | | | 1.00 | 1.00 | |
| Compliance Administrator (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| HR Manager (NEW) | 1.00 | | | | 1.00 | 1.00 | |
| PREA Manager/Disability Coordinator | 1.00 | | | | 1.00 | 1.00 | |
| Assistant Fire & Safety Manager (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Grievance Coordinator | 1.00 | | | | 1.00 | 1.00 | |
| Grievance Clerk | 0.50 | | | | 1.00 | 0.50 | |
| Fire & Safety Clerk | 0.50 | | | | 1.00 | 0.50 | |
| Compliance Clerk | 0.50 | | | | 1.00 | 0.50 | |
| STG / Intelligence | 1.00 | | | | 1.00 | 1.00 | |
| STG / Intelligence Clerk | 0.50 | | | | 1.00 | 0.50 | |
| PREA Investigator | 1.00 | | | | 1.00 | 1.00 | |
| Executive Secretary | 1.00 | | | | 1.00 | 1.00 | |
| Training Clerk-General Clerk III-01113 (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| HR Specialist-Personnel Assistant III-01263 (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Executive Secretary II-01312 (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| **Sub Total** | 19.00 | 0.00 | 0.00 | 0.00 | | 19.00 | 6.00 |

**563**

**The GEO Group, Inc.**
Adelanto California
Adelanto and Desert View Complex 2690 BEDS
STAFFING PLAN

| Business / Support | | | | | | | DV Staff |
|---|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE | |
| Assistant Warden-Finance & Administration | 1.00 | | | | 1.00 | 1.00 | |
| Assistant Business Manager | 1.00 | | | | 1.00 | 1.00 | |
| Assistant Business Manager (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Bookkeeper | 1.00 | | | | 1.00 | 1.00 | |
| Bookkeeper (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Computer Support Tech (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 | |
| Computer Support Tech (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Detainee Accounts Clerk (add 1.0 complex) | 4.00 | | | | 1.00 | 4.00 | |
| Detainee Accounts Clerk (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Warehouse Supervisor | 1.00 | | | | 1.00 | 1.00 | |
| Warehouse Clerk | 1.00 | | | | 1.00 | 1.00 | |
| Warehouse Clerk (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| H.R. Specialist (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 | |
| H.R. Assistant | 1.00 | | | | 1.00 | 1.00 | |
| Payroll Clerk | 1.00 | | | | 1.00 | 1.00 | |
| Payroll Clerk (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Mailroom Supervisor | 1.00 | | | | 1.00 | 1.00 | |
| Mailroom Clerk | 2.00 | | | | 1.00 | 2.00 | |
| Mailroom Clerk (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Receptionist | 2.00 | | | | 1.00 | 2.00 | |
| Receptionist (DV) | 2.00 | | | | 1.00 | 2.00 | 2.00 |
| Janitor | 7.00 | | | | 1.00 | 7.00 | |
| Janitor (DV) | 2.00 | | | | 1.00 | 2.00 | 2.00 |
| Laundry Supervisor | 1.00 | | | | 1.00 | 1.00 | |
| Laundry Technician | 2.00 | | | | 1.00 | 2.00 | |
| Contract Commissary Manager | | | | | | | |
| Contract Commissary Clerk | | | | | | | |
| **Sub Total** | **41.00** | **0.00** | **0.00** | **0.00** | | **41.00** | **11.00** |

| Maintenance | | | | | | | DV Staff |
|---|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE | |
| Maintenance Supervisor | 1.00 | | | | 1.00 | 1.00 | |
| Maintenance Technician | 5.00 | | | | 1.00 | 5.00 | |
| Maintenance Technician (DV) | 3.00 | | | | 1.00 | 3.00 | 3.00 |
| Tool Room / Maintenance Clerk | 2.00 | | | | 1.00 | 2.00 | |
| **Sub Total** | **11.00** | **0.00** | **0.00** | **0.00** | | **11.00** | **3.00** |

| Food Service | | | | | | | DV Staff |
|---|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE | |
| Food Service Manager | 1.00 | | | | 1.00 | 1.00 | |
| Food Service Production Manager | | 2.00 | | | 1.00 | 2.00 | |
| Food Service Production Manager (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Cook Supervisor | | 4.00 | 4.00 | | 1.63 | 13.00 | |

**564**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto and Desert View Complex 2690 BEDS**
**STAFFING PLAN**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cook (DV) | | 2.50 | 2.50 | | 1.60 | 8.00 | 8.00 |
| Food Service Worker | | 3.00 | 3.00 | | 1.67 | 10.00 | |
| Food Service Clerk | 1.00 | | | | 1.00 | 1.00 | |
| Food Service Clerk (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sub-Total | 4.00 | 11.50 | 9.50 | 0.00 | | 37.00 | 10.00 |

## Health Care (Wellpath)                                                    DV Staff

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE | |
|---|---|---|---|---|---|---|---|
| **Adelanto** | | | | | | | |
| HSA | | | | | | 1.00 | |
| Director of Nursing / (RNs) | | | | | | 2.00 | |
| Administrative Assistant | | | | | | 2.00 | |
| Medical Records Technician | | | | | | 5.00 | |
| Physician | | | | | | 3.00 | |
| Mid-level | | | | | | 10.00 | |
| Dentist | | | | | | 3.00 | |
| Dental Hygienist | | | | | | 2.00 | |
| Dental Assistant | | | | | | 2.00 | |
| Psychiatrist | | | | | | 2.00 | |
| Assistant HSA | | | | | | 2.00 | |
| RN | | | | | | 18.00 | |
| LVN | | | | | | 18.00 | |
| Behavioral Health Program Manager | | | | | | 1.00 | |
| Behavioral Health Specialist | | | | | | 4.00 | |
| Certified S.A.C. | | | | | | 5.00 | |
| Data Analyst | | | | | | 1.00 | |
| MHP | | | | | | 4.00 | |
| Pharmacist | | | | | | 2.00 | |
| Pharmacy Technician | | | | | | 2.00 | |
| X-Ray Technician | | | | | | 2.00 | |
| **Desert View** | | | | | | | |
| AHSA - RN | | | | | | 1.00 | 1.00 |
| Medical Records Technician | | | | | | 2.00 | 2.00 |
| Physician | | | | | | 1.00 | 1.00 |
| Mid-level | | | | | | 3.00 | 3.00 |
| Dentist | | | | | | 1.00 | 1.00 |
| Dental Hygienist | | | | | | 0.50 | 0.50 |
| Dental Assistant | | | | | | 1.00 | 1.00 |
| Psychiatrist | | | | | | 0.50 | 0.50 |
| Certified S.A.C. | | | | | | 1.00 | 1.00 |
| Psychologist | | | | | | 2.00 | 2.00 |
| RN | | | | | | 8.35 | 8.35 |
| LVN | | | | | | 8.15 | 8.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sub Total | 0.00 | 0.00 | 0.00 | 0.00 | | 120.50 | 29.50 |

## Programs                                                    DV Staff

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

**565**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto and Desert View Complex 2690 BEDS**
**STAFFING PLAN**

| | | | | | | |
|---|---|---|---|---|---|---|
| Programs/Volunteers Coordinator (DV) | 1.00 | | 1.00 | 1.00 | 1.00 |
| Records Supervisor | 1.00 | | 1.00 | 1.00 | |
| Chaplain | 1.00 | | 1.00 | 1.00 | |
| Chaplain (DV) | 1.00 | | 1.00 | 1.00 | 1.00 |
| Classification / Case Manager | 5.00 | | 1.00 | 5.00 | |
| Classification / Case Manager (Housing A/B) (DV) | 2.00 | | 1.00 | 2.00 | 2.00 |
| Assistant Chaplain (add 1.0 complex) | 1.00 | | 1.00 | 1.00 | |
| Programs Clerk | 1.00 | | 1.00 | 1.00 | |
| Library Technician | 2.00 | | 1.00 | 2.00 | |
| Library Technician (DV) | 1.00 | | 1.00 | 1.00 | 1.00 |
| Detainee Records Clerk | 4.00 | | 1.00 | 4.00 | |
| Detainee Records Clerk (DV) | 2.00 | | 1.00 | 2.00 | 2.00 |
| Recreation Specialist | 2.00 | | 1.00 | 2.00 | |
| Recreation Specialist (DV) | 1.00 | | 1.00 | 1.00 | 1.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 25.00 | 0.00 | 0.00 | 0.00 | | 25.00 | 8.00 |

| Security Supervisors | | | | | | DV Staff |
|---|---|---|---|---|---|---|

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE | |
|---|---|---|---|---|---|---|---|
| AFA Security (add 1.0 complex) | 3.00 | | | | 1.00 | 3.00 | |
| Chief of Security (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 | |
| Asst Chief of Security (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Captain (add 1.0 complex) | 3.00 | | | | 1.00 | 3.00 | |
| Shift Supervisor/Lieutenant | | 2.00 | 2.00 | 2.00 | 1.67 | 10.00 | |
| Shift Supervisor/Lieutenant (DV) | | 1.00 | 1.00 | 1.00 | 1.67 | 5.00 | 5.00 |
| Admin / Segregation Lieutenant | 1.00 | | | | 1.00 | 1.00 | |
| Administrative Lieutenant (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Intake Lieutenant | 2.00 | | | | 1.00 | 2.00 | |
| Armory/Lockshop Sergeant | 1.00 | | | | 1.00 | 1.00 | |
| Armory/Locksmith Officer (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |
| Assist. Shift Super./Sgt | | 2.00 | 2.00 | 2.00 | 1.67 | 10.00 | |
| Booking Clerk-01112 | 2.00 | | | | 1.00 | 2.00 | |
| Security Clerk-01112 | 2.00 | | | | 1.00 | 2.00 | |
| Security Clerk-01112 (DV) | 1.00 | | | | 1.00 | 1.00 | 1.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sub-Total | 20.00 | 5.00 | 5.00 | 5.00 | | 45.00 | 9.00 |

| Detention Officers (CBA) | | | | | | DV Staff |
|---|---|---|---|---|---|---|

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| **Adelanto** | | | | | 1.732 | |
| Medical Escort Officer | 6.00 | | | | 1.73 | 10.39 |
| Bailiff | 5.00 | | | | 1.20 | 6.00 |
| Court Hall / Holding Cell Off | 2.00 | | | | 1.20 | 2.40 |
| Med Holding Cell / Mental Health Observation Off | 6.00 | 2.00 | 2.00 | 2.00 | 1.20 | 14.40 |
| Control Room Officer | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| Visitation Officer | | 5.00 | | | 1.73 | 8.66 |
| (East) Housing A Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (East) Housing A | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |

**The GEO Group, Inc.**

**Adelanto California**

**Adelanto and Desert View Complex 2690 BEDS**

**STAFFING PLAN**

| | | | | | | |
|---|---|---|---|---|---|---|
| (East) Housing B Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (East) Housing B | | 3.00 | 3.00 | 3.00 | 1.73 | 15.59 |
| (East) Housing B-1 (Female RHU) | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (West) Housing C Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (West) Housing C | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| (West) Housing D Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (West) Housing D | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| (NEW WEST EXP) Housing E Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (NEW WEST EXP) Housing E | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| (NEW WEST EXP) Housing F Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (NEW WEST EXP) Housing F | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| Recreation Yard | | 4.00 | 4.00 | | 1.73 | 13.86 |
| Intake / Release | | 5.00 | 5.00 | 4.00 | 1.73 | 24.25 |
| Utility / Escort | | 6.00 | 5.00 | 4.00 | 1.73 | 25.98 |
| Perimeter Patrol | | 2.00 | 2.00 | 2.00 | 1.73 | 10.39 |
| Medical | 1.00 | | | | 1.73 | 1.73 |
| Medical Satellite | 5.00 | | | | 1.40 | 7.00 |
| Segregation Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| Segregation/Protective Custody | | 4.00 | 3.00 | 2.00 | 1.73 | 15.59 |
| Lobby | | 2.00 | 2.00 | | 1.73 | 6.93 |
| Food Service (East & West) | | 2.00 | 2.00 | | 1.73 | 6.93 |
| Law Library (East & West) | | 2.00 | | | 1.73 | 3.46 |
| Property Officer | 3.00 | | | | 1.73 | 5.20 |
| Laundry | 1.00 | | | | 1.73 | 1.73 |

**567**

**The GEO Group, Inc.**

Adelanto California

**Adelanto and Desert View Complex 2690 BEDS**

STAFFING PLAN

| Desert View | | | | | | | |
|---|---|---|---|---|---|---|---|
| Central Control | | 2.00 | 2.00 | 1.00 | 1.73 | 8.66 | 8.66 |
| Perimeter Patrol | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 | 5.20 |
| Housing Control A | | | | | 1.73 | 0.00 | 0.00 |
| Housing A | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 | 20.78 |
| Housing Control B | | | | | 1.73 | 0.00 | 0.00 |
| Housing B | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 | 20.78 |
| RHU | | 2.00 | 2.00 | 1.00 | 1.73 | 8.66 | 8.66 |
| Intake / Release (reduced 5.2) | 2.00 | | | | 1.73 | 3.46 | 3.46 |
| Medical | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 | 5.20 |
| Recreation | | 2.00 | 2.00 | | 1.73 | 6.93 | 6.93 |
| Escort / Utility | | 3.00 | 2.00 | 2.00 | 1.73 | 12.12 | 12.12 |
| Visitation | | 2.00 | | | 1.73 | 3.46 | 3.46 |
| Laundry | | 1.00 | | | 1.20 | 1.20 | 1.20 |
| Property | 1.00 | | | | 1.20 | 1.20 | 1.20 |
| Programs | 1.00 | | | | 1.20 | 1.20 | 1.20 |
| Front Desk | | 1.00 | 1.00 | | 1.60 | 3.20 | 3.20 |
| Kitchen | | 1.00 | 1.00 | | 1.73 | 3.46 | 3.46 |
| VTC / Bailiff | 2.00 | | | | 1.20 | 2.40 | 2.40 |
| Medical Escort Officer | 6.00 | | | | 1.73 | 10.39 | 10.39 |
| rounding | | | | | | (0.32) | (0.32) |
| **Sub-Total** | **41.00** | **93.00** | **80.00** | **63.00** | | **464.76** | **118.00** |

| SUMMARY | | | | | | | DV Staff |
|---|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE | FTE |
| Executive Office | 19.00 | 0.00 | 0.00 | 0.00 | | 19.00 | 6.00 |
| Business / Support | 41.00 | 0.00 | 0.00 | 0.00 | | 41.00 | 11.00 |
| Maintenance | 11.00 | 0.00 | 0.00 | 0.00 | | 11.00 | 3.00 |
| Health Care (Wellpath) | 0.00 | 0.00 | 0.00 | 0.00 | | 120.50 | 29.50 |
| Programs | 25.00 | 0.00 | 0.00 | 0.00 | | 25.00 | 8.00 |
| Food Service | 4.00 | 11.50 | 9.50 | 0.00 | | 37.00 | 10.00 |
| Security Supervisors | 20.00 | 5.00 | 5.00 | 5.00 | | 45.00 | 9.00 |
| Detention Officers (CBA) | 41.00 | 93.00 | 80.00 | 63.00 | | 464.76 | 118.00 |
| TOTAL STAFF | 161.00 | 109.50 | 94.50 | 68.00 | | 763.26 | 194.50 |
| Adelanto only | | | | | | 568.76 | |

**568**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

| Executive Office | | | | | | |
|---|---|---|---|---|---|---|
| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
| Facility Administrator | 1.00 | | | | 1.00 | 1.00 |
| Deputy Administrator | 1.00 | | | | 1.00 | 1.00 |
| Training Lieutenant | 1.00 | | | | 1.00 | 1.00 |
| Fire & Safety Manager | 1.00 | | | | 1.00 | 1.00 |
| Compliance Coordinator | 1.00 | | | | 1.00 | 1.00 |
| HR Manager (NEW) | 1.00 | | | | 1.00 | 1.00 |
| PREA Manager/Disability Coordinator | 1.00 | | | | 1.00 | 1.00 |
| Grievance Coordinator | 1.00 | | | | 1.00 | 1.00 |
| Grievance Clerk | 0.50 | | | | 1.00 | 0.50 |
| Fire & Safety Clerk | 0.50 | | | | 1.00 | 0.50 |
| Compliance Clerk | 0.50 | | | | 1.00 | 0.50 |
| STG / Intelligence | 1.00 | | | | 1.00 | 1.00 |
| STG / Intelligence Clerk | 0.50 | | | | 1.00 | 0.50 |
| PREA Investigator | 1.00 | | | | 1.00 | 1.00 |
| Executive Secretary | 1.00 | | | | 1.00 | 1.00 |
| Sub Total | 13.00 | 0.00 | 0.00 | 0.00 | | 13.00 |

**569**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

## Business / Support

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Assistant Warden-Finance & Administration | 1.00 | | | | 1.00 | 1.00 |
| Assistant Business Manager | 1.00 | | | | 1.00 | 1.00 |
| Bookkeeper | 1.00 | | | | 1.00 | 1.00 |
| Computer Support Tech (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 |
| Detainee Accounts Clerk (add 1.0 complex) | 4.00 | | | | 1.00 | 4.00 |
| Warehouse Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Warehouse Clerk | 1.00 | | | | 1.00 | 1.00 |
| H.R. Specialist (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 |
| H.R. Assistant | 1.00 | | | | 1.00 | 1.00 |
| Payroll Clerk | 1.00 | | | | 1.00 | 1.00 |
| Mailroom Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Mailroom Clerk | 2.00 | | | | 1.00 | 2.00 |
| Receptionist | 2.00 | | | | 1.00 | 2.00 |
| Janitor | 7.00 | | | | 1.00 | 7.00 |
| Laundry Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Laundry Technician | 2.00 | | | | 1.00 | 2.00 |
| Contract Commissary Manager | | | | | | |
| Contract Commissary Clerk | | | | | | |
| **Sub Total** | **30.00** | **0.00** | **0.00** | **0.00** | | **30.00** |

## Maintenance

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Maintenance Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Maintenance Technician | 5.00 | | | | 1.00 | 5.00 |
| Tool Room / Maintenance Clerk | 2.00 | | | | 1.00 | 2.00 |
| **Sub Total** | **8.00** | **0.00** | **0.00** | **0.00** | | **8.00** |

## Food Service

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Food Service Manager | 1.00 | | | | 1.00 | 1.00 |
| Food Service Production Manager | | 2.00 | | | 1.00 | 2.00 |
| Cook Supervisor | | 4.00 | 4.00 | | 1.63 | 13.00 |
| Food Service Worker | | 3.00 | 3.00 | | 1.67 | 10.00 |
| Food Service Clerk | 1.00 | | | | 1.00 | 1.00 |
| **Sub-Total** | **2.00** | **9.00** | **7.00** | **0.00** | | **27.00** |

**570**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

## Health Care (contracted with Wellpath)

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| HSA | 1.00 | | | | 1.00 | 1.00 |
| Director of Nursing / (RNs) | 2.00 | | | | 1.00 | 2.00 |
| Administrative Assistant | 2.00 | | | | 1.00 | 2.00 |
| Medical Records Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Medical Records Technician | 5.00 | | | | 1.00 | 5.00 |
| Physician | 3.00 | | | | 1.00 | 3.00 |
| Mid-level | 6.00 | | | | 1.00 | 6.00 |
| Dentist | 2.00 | | | | 1.00 | 2.00 |
| Dental Hygienist | 1.50 | | | | 1.00 | 1.50 |
| Dental Assistant | 2.00 | | | | 1.00 | 2.00 |
| Psychiatrist | 2.00 | | | | 1.00 | 2.00 |
| Assistant HSA | 1.00 | | | | 1.00 | 1.00 |
| QA RN | 2.00 | | | | 1.00 | 2.00 |
| RN | | 6.00 | 4.00 | 3.00 | 1.67 | 21.80 |
| LVN | | 6.00 | 5.00 | 3.00 | 1.63 | 22.80 |
| Behavioral Health Program Manager | 1.00 | | | | 1.00 | 1.00 |
| Psychologist | 4.00 | | | | 1.00 | 4.00 |
| Behavioral Health Specialist | 4.00 | | | | 1.00 | 4.00 |
| Certified S.A.C. | 3.00 | | | | 1.00 | 3.00 |
| Lab Technician | 2.00 | | | | 1.00 | 2.00 |
| Data Analyst | 1.00 | | | | 1.00 | 1.00 |
| X-Ray Technician | 2.00 | | | | 1.00 | 2.00 |
| **Sub Total** | **47.50** | **12.00** | **9.00** | **6.00** | | **92.00** |

## Programs

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Records Supervisor | 1.00 | | | | 1.00 | 1.00 |
| Chaplain | 1.00 | | | | 1.00 | 1.00 |
| Classification / Case Manager | 5.00 | | | | 1.00 | 5.00 |
| Assistant Chaplain (add 1.0 complex) | 1.00 | | | | 1.00 | 1.00 |
| Programs Clerk | 1.00 | | | | 1.00 | 1.00 |
| Library Technician | 2.00 | | | | 1.00 | 2.00 |
| Detainee Records Clerk | 4.00 | | | | 1.00 | 4.00 |
| Recreation Specialist | 2.00 | | | | 1.00 | 2.00 |
| | **17.00** | **0.00** | **0.00** | **0.00** | | **17.00** |

## Security Supervisors

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

**571**

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| AFA Security (add 1.0 complex) | 3.00 | | | | 1.00 | 3.00 |
| Chief of Security (add 1.0 complex) | 2.00 | | | | 1.00 | 2.00 |
| Captain (add 1.0 complex) | 3.00 | | | | 1.00 | 3.00 |
| Shift Supervisor/Lieutenant | | 2.00 | 2.00 | 2.00 | 1.67 | 10.00 |
| Admin / Segregation Lieutenant | 1.00 | | | | 1.00 | 1.00 |
| Intake Lieutenant | 2.00 | | | | 1.00 | 2.00 |
| Armory/Lockshop Sergeant | 1.00 | | | | 1.00 | 1.00 |
| Assist. Shift Super./Sgt | | 2.00 | 2.00 | 2.00 | 1.67 | 10.00 |
| Booking Clerk-01112 | 2.00 | | | | 1.00 | 2.00 |
| Security Clerk-01112 | 2.00 | | | | 1.00 | 2.00 |
| **Sub-Total** | **16.00** | **4.00** | **4.00** | **4.00** | | **36.00** |

## Detention Officers (CBA)

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| **Adelanto** | | | | | 1.732 | |
| Medical Escort Officer | 6.00 | | | | 1.73 | 10.39 |
| Bailiff | 5.00 | | | | 1.20 | 6.00 |
| Court Hall / Holding Cell Off | 2.00 | | | | 1.20 | 2.40 |
| Med Holding Cell / Mental Health Observation Off | 6.00 | 2.00 | 2.00 | 2.00 | 1.20 | 14.40 |
| Control Room Officer | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| Visitation Officer | 5.00 | | | | 1.73 | 8.66 |
| (East) Housing A Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (East) Housing A | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| (East) Housing B Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (East) Housing B | | 3.00 | 3.00 | 3.00 | 1.73 | 15.59 |
| (East) Housing B-1 (Female RHU) | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (West) Housing C Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (West) Housing C | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| (West) Housing D Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (West) Housing D | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| (NEW WEST EXP) Housing E Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (NEW WEST EXP) Housing E | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| (NEW WEST EXP) Housing F Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| (NEW WEST EXP) Housing F | | 4.00 | 4.00 | 4.00 | 1.73 | 20.78 |
| Recreation Yard | | 4.00 | 4.00 | | 1.73 | 13.86 |
| Intake / Release | | 5.00 | 5.00 | 4.00 | 1.73 | 24.25 |
| Utility / Escort | | 6.00 | 5.00 | 4.00 | 1.73 | 25.98 |
| Perimeter Patrol | | 2.00 | 2.00 | 2.00 | 1.73 | 10.39 |
| Medical | 1.00 | | | | 1.73 | 1.73 |
| Medical Satellite | 5.00 | | | | 1.40 | 7.00 |
| Segregation Control | | 1.00 | 1.00 | 1.00 | 1.73 | 5.20 |
| Segregation/Protective Custody | | 4.00 | 3.00 | 2.00 | 1.73 | 15.59 |
| Lobby | 2.00 | 2.00 | | | 1.73 | 6.93 |
| Food Service (East & West) | 2.00 | 2.00 | | | 1.73 | 6.93 |
| Law Library (East & West) | | 2.00 | | | 1.73 | 3.46 |

**The GEO Group, Inc.**
**Adelanto California**
**Adelanto 1940 BEDS**
**STAFFING PLAN**

| | | | |
|---|---|---|---|
| Property Officer | 3.00 | 1.73 | 5.20 |
| Laundry | 1.00 | 1.73 | 1.73 |

| | | | | | |
|---|---|---|---|---|---|
| Sub-Total | 29.00 | 69.00 | 60.00 | 49.00 | 346.76 |

## SUMMARY

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Executive Office | 13.00 | 0.00 | 0.00 | 0.00 | | 13.00 |
| Business / Support | 30.00 | 0.00 | 0.00 | 0.00 | | 30.00 |
| Maintenance | 8.00 | 0.00 | 0.00 | 0.00 | | 8.00 |
| Health Care (contracted with Wellpath) | 47.50 | 12.00 | 9.00 | 6.00 | | 92.00 |
| Programs | 17.00 | 0.00 | 0.00 | 0.00 | | 17.00 |
| Food Service | 2.00 | 9.00 | 7.00 | 0.00 | | 27.00 |
| Security Supervisors | 16.00 | 4.00 | 4.00 | 4.00 | | 36.00 |
| Detention Officers (CBA) | 29.00 | 69.00 | 60.00 | 49.00 | | 346.76 |
| **TOTAL STAFF** | 162.50 | 94.00 | 80.00 | 59.00 | | 569.76 |

# Organizational Chart



United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

**Corporate Headquarters**
**Senior Vice President & President, Secure Services**

**Vice President, Western Region Office**

**Director, Operations**
**Western Region Office**

**Facility Administrator**

**KEY**
| Contract Personnel | Key Personnel |

GEO
The GEO Group, Inc. ®

Solicitation No.: 70CDCR20R00000002
ICE Contract Detention Facilities
DECEMBER 9, 2019
Organizational Chart
Requirement D: Adelanto IPC

Business Manager
- Assistant Business Manager
- Bookkeeper
- Detainee Accounts Clerk
- Payroll Clerk
- Computer Support Tech.
- Warehouse Supervisor
- Warehouse Clerk
- Receptionist
- Commissary Manager
- Commissary Clerk

HR Manager
- HR Specialist
- HR Assistant

PREA Manager
- PREA Investigator

**Deputy Administrator**

**Compliance Coordinator**
- Compliance Clerk

Executive Secretary

WELLPATH
- Health Services Administrator

**Training Lieutenant**

Maintenance Supervisor
- Maintenance Technician
- Tool Room/ Maintenance Clerk

STG/ Intelligence
- STG/ Intelligence Clerk

**Asst. Facility Admin. Security**
- Chief of Security
  - Captain
  - Booking Clerk
  - Security Clerk
  - Shift Supervisor
    - Assistant Shift Supervisor
- Armory/ Lockshop Sergeant
- Intake Lieutenant
- Admin./Seg/ Lieutenant

Janitor

**Asst. Facility Admin. Operations**
- Food Service Manager
  - Food Service Production Mgr.
  - Cook Supervisor
  - Food Service Worker
  - Food Service Clerk
- Grievance Coordinator
  - Grievance Clerk
- Laundry Supervisor
  - Laundry Technician
- Records Supervisor
- Chaplain
  - Assistant Chaplain
- Classification Case Mgr.
  - Recreation Specialist
  - Mailroom Supervisor
    - Mailroom Clerk
- Programs Clerk
  - Library Technician
  - Detainee Records Clerk

Fire & Safety Manager
- Fire & Safety Clerk

Medical Records Supervisor
- Medical Records Technician

Assistant HSA
- Director of Nursing
- Physician
- Psychiatrist
- Behavioral Health Program Mgr.
- Behavioral Health Specialist
- Certified S.A.C.
- Psychologist
- X-Ray Technician
- Lab Technician

Administrative Assistant
- Mid Level Provider
- QA RN
- RN
- LVN
- Dentist
- Dental Hygienist
- Dental Assistant
- Data Analyst

Transportation Officer
Bailiff
Court Hall / Holding Cell Officer
Med Holding Cell / Mental Health Observation Officer
Control Room Officer
Visitation Officer
(East) Housing A Control
(East) Housing A
(East) Housing B Control
(East) Housing B
(East) Housing B-1 (Female RHU)
(West) Housing C Control
(West) Housing C
(West) Housing D Control
(West) Housing D

(NEW WEST EXP) Housing E Control
(NEW WEST EXP) Housing E
(NEW WEST EXP) Housing F Control
(NEW WEST EXP) Housing F
Recreation Yard
Intake / Release
Utility / Escort
Perimeter Patrol
Medical
Medical Satellite
Segregation Control
Segregation/Protective Custody
Lobby
Food Service (East & West)
Law Library (East & West)
Property Officer
Laundry

575

# Desert View Modified Community Correctional Facility

# Staffing Plan

**The GEO Group, Inc.**
**DESERT VIEW**
**750 Beds**

## Executive Office

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Assistant Facility Administrator | 1.00 | | | | 1.00 | 1.00 |
| Compliance Administrator | 1.00 | | | | 1.00 | 1.00 |
| Assistant Fire & Safety Manager | 1.00 | | | | 1.00 | 1.00 |

| Wage Determination | | | | | | |
|---|---|---|---|---|---|---|
| Training Clerk-General Clerk III-01113 (add) | 1.00 | | | | 1.00 | 1.00 |
| HR Specialist-Personnel Assistant III-01263 | 1.00 | | | | 1.00 | 1.00 |
| Executive Secretary II-01312 | 1.00 | | | | 1.00 | 1.00 |

| Sub Total | 6.00 | 0.00 | 0.00 | 0.00 | | 6.00 |
|---|---|---|---|---|---|---|

## Business

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Assistant Business Manager (add in lieu of Business M | 1.00 | | | | 1.00 | 1.00 |

| Wage Determination | | | | | | |
|---|---|---|---|---|---|---|
| Computer Support Technician-14160 | 1.00 | | | | 1.00 | 1.00 |
| Bookkeeper-Accounting Clerk III-01013 | 1.00 | | | | 1.00 | 1.00 |
| Detainee Banking Clerk-Accounting Clerk II-01012 | 1.00 | | | | 1.00 | 1.00 |
| Accounts Payable/Payroll Clerk-Acct Clerk III-01013 | 1.00 | | | | 1.00 | 1.00 |
| Mailroom Clerk-General Clerk II-01112 | 2.00 | | | | 1.00 | 2.00 |
| Warehouse Clerk-General Clerk II-01112 | 1.00 | | | | 1.00 | 1.00 |
| Receptionist-01460 | 1.00 | | | | 1.00 | 1.00 |
| Janitor-11150 | 2.00 | | | | 1.00 | 2.00 |
| *Contract Commissary* | | | | | | |

| Sub Total | 11.00 | 0.00 | 0.00 | 0.00 | | 11.00 |
|---|---|---|---|---|---|---|

## Maintenance

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|

**578**

| Wage Determination | | | | | | |
|---|---|---|---|---|---|---|
| General Maint Tech-23370 (added 1.0) | 3.00 | | | | 1.00 | 3.00 |

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Sub Total | 3.00 | 0.00 | 0.00 | 0.00 | | 3.00 |

## Food Service

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Food Service Production Manager (added) | 1.00 | | | | 1.00 | 1.00 |

| Wage Determination | | | | | | |
|---|---|---|---|---|---|---|
| Cook II-07042 | | 2.50 | 2.50 | | 1.60 | 8.00 |
| Food Serv/Maintenance-Accounting Clerk II-01012 | 1.00 | | | | 1.00 | 1.00 |

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Sub-Total | 2.00 | 2.50 | 2.50 | 0.00 | | 10.00 |

## Health Care (contracted with Wellpath)

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| AHSA - RN | 1.00 | | | | 1.00 | 1.00 |
| Medical Records Technician | 2.00 | | | | 1.00 | 2.00 |
| Physician | 1.00 | | | | 1.00 | 1.00 |
| Mid-level | 3.00 | | | | 1.00 | 3.00 |
| Dentist | 1.00 | | | | 1.00 | 1.00 |
| Dental Hygienist | 0.50 | | | | 1.00 | 0.50 |
| Dental Assistant | 1.00 | | | | 1.00 | 1.00 |
| Psychiatrist | 0.50 | | | | 1.00 | 0.50 |
| Certified S.A.C. | 1.00 | | | | 1.00 | 1.00 |
| Psychologist | 2.00 | | | | 1.00 | 2.00 |
| RN | | 2.00 | 2.00 | 1.00 | 1.67 | 8.35 |
| LVN | | 1.00 | 2.00 | 2.00 | 1.63 | 8.15 |
| Sub Total | 13.00 | 3.00 | 4.00 | 3.00 | | 29.50 |

## Programs

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Programs/Volunteers Coordinator | 1.00 | | | | 1.00 | 1.00 |

**579**

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| **Chaplain** | **1.00** | | | | **1.00** | **1.00** |
| **Wage Determination** | | | | | | |
| **Classification / Case Manager (Housing A/B)** | **2.00** | | | | **1.00** | **2.00** |
| **Records Clerk-General Clerk II-01112** | **2.00** | | | | **1.00** | **2.00** |
| **Library Technician-13058** | **1.00** | | | | **1.00** | **1.00** |
| **Recreation Specialist-28515** | **1.00** | | | | **1.00** | **1.00** |
| **Sub Total** | **8.00** | **0.00** | **0.00** | **0.00** | | **8.00** |

## Security Supervisors

| Non-Wage Determination | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| **Assistant Chief of Security** | **1.00** | | | | **1.00** | **1.00** |
| **Administrative Lieutenant** | **1.00** | | | | **1.00** | **1.00** |
| **Supervisory Detention Shift Lieutenant** | | **1.00** | **1.00** | **1.00** | **1.67** | **5.00** |
| **Wage Determination** | | | | | | |
| **Security / Transport Clerk-General Clerk I-01111** | **1.00** | | | | **1.00** | **1.00** |
| **Armory/Locksmith Officer** | **1.00** | | | | **1.00** | **1.00** |
| **Sub-Total** | **4.00** | **1.00** | **1.00** | **1.00** | | **9.00** |

**580**

## Detention Officers-27040

| | NonShift | Days | Evening | Night | Relief | FTE |
|---|---|---|---|---|---|---|
| **Wage Determination** | | | | | | |
| Central Control | | 2.00 | 2.00 | 1.00 | 1.732 | 8.66 |
| Perimeter Patrol | | 1.00 | 1.00 | 1.00 | 1.732 | 5.20 |
| Housing Control A | | | | | 1.732 | 0.00 |
| Housing A | | 4.00 | 4.00 | 4.00 | 1.732 | 20.78 |
| Housing Control B | | | | | 1.732 | 0.00 |
| Housing B | | 4.00 | 4.00 | 4.00 | 1.732 | 20.78 |
| RHU | | 2.00 | 2.00 | 1.00 | 1.732 | 8.66 |
| Intake / Release | 2.00 | | | | 1.732 | 3.46 |
| Medical | | 1.00 | 1.00 | 1.00 | 1.732 | 5.20 |
| Recreation | | 2.00 | 2.00 | | 1.732 | 6.93 |
| Escort / Utility | | 3.00 | 2.00 | 2.00 | 1.732 | 12.12 |
| Visitation | | 2.00 | | | 1.732 | 3.46 |
| Laundry | | 1.00 | | | 1.200 | 1.20 |
| Property | 1.00 | | | | 1.200 | 1.20 |
| Programs | 1.00 | | | | 1.200 | 1.20 |
| Front Desk | | 1.00 | 1.00 | | 1.600 | 3.20 |
| Kitchen | | 1.00 | 1.00 | | 1.732 | 3.46 |
| VTC / Bailiff | 2.00 | | | | 1.200 | 2.40 |
| Medical Escort Officer | 6.00 | | | | 1.732 | 10.39 |
| rounding | | | | | | -0.32 |
| | | | | | | |
| **Sub-Total** | **12.00** | **24.00** | **20.00** | **14.00** | | **118.00** |

## SUMMARY

| | NonShift | Shift 1 | Shift 2 | Shift 3 | Relief | FTE |
|---|---|---|---|---|---|---|
| Executive Office | 6.00 | 0.00 | 0.00 | 0.00 | | 6.00 |
| Business | 11.00 | 0.00 | 0.00 | 0.00 | | 11.00 |
| Maintenance | 3.00 | 0.00 | 0.00 | 0.00 | | 3.00 |
| Health Care (contracted with Wellpath) | 13.00 | 3.00 | 4.00 | 3.00 | | 29.50 |
| Programs | 8.00 | 0.00 | 0.00 | 0.00 | | 8.00 |
| Food Service | 2.00 | 2.50 | 2.50 | 0.00 | | 10.00 |
| Security Supervisors | 4.00 | 1.00 | 1.00 | 1.00 | | 9.00 |
| Detention Officers-27040 | 12.00 | 24.00 | 20.00 | 14.00 | | 118.00 |
| | | | | | | |
| **TOTAL STAFF** | **59.00** | **30.50** | **27.50** | **18.00** | | **194.50** |

**581**

# Organizational Chart

