E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SHAINA C. ST JOHN (Cal. Bar No. 292643)
Assistant United States Attorney
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone:   (213) 894-2933
 Facsimile:   (213) 894-7819
 E-mail: Shaina.StJohn@usdoj.gov

Attorneys for Defendant
The United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>   Defendants. | No. 5:23-cv-00380-JWH-SP<br><br>**DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE CORRECTED DECLARATION OF GIL O. MONTES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Proposed Order Lodged Concurrently<br><br>Honorable John W. Holcomb<br>United States District Judge |

## UNOPPOSED *EX PARTE* APPLICATION TO FILE CORRECTED DECLARATION OF GIL O. MONTES IN SUPPORT OF MOTION TO DISMISS

Defendant the United States of America ("Defendant") hereby applies *ex parte* to file a corrected version of the Declaration of Gil O. Montes that was originally filed on June 29, 2023 as Dkt. 50-1 in support of Defendant's Motion to Dismiss. Exhibit D to the Declaration of Gil O. Montes is Martin Vargas Arellano's FBI rap sheet containing some of Mr. Arellano's personal information, which should have been redacted. Through the mistake of Defendant's counsel during the filing, some of Mr. Arellano's personal information was erroneously not redacted in the version of Exhibit D that was filed as an attachment to the Montes Declaration [Dkt. 50-1]. Defendant's undersigned counsel sincerely apologizes to the Court, to the Plaintiff, to Plaintiff's counsel, and to the late Mr. Arellano for this mistake.

Defendant therefore respectfully requests that the Court order the incorrect version of the Montes Declaration [Dkt. 50-1] to be stricken from the docket and replaced with the Corrected Declaration of Gil O. Montes that is attached as Exhibit A to this *ex parte* application. The only different in the attached Corrected Declaration of Gil O. Montes and the version that was filed as Dkt. 50-1 on June 29, 2023 are the redactions that have been made to certain personal information on pages 2 and 4 of its Exhibit D.

After noticing this filing error, counsel for the Defendant promptly called Plaintiff's counsel, Stacy Tolchin, and informed her of the substance of this *ex parte* application. Plaintiff's counsel stated that she did not oppose the substitution of the Corrected Declaration of Gil O. Montes with redactions to its Exhibit D. Following this call, counsel for the Defendant sent Plaintiff's counsel an email memorializing the conversation and that Plaintiff counsel did not oppose this *ex parte* application. Plaintiff's counsel responded to that email, affirming.

1

Dated: August 3, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


    */s/ Shaina C. St John*
SHAINA C. ST JOHN
Assistant United States Attorney

Attorneys for Defendant
The United States of America

2

## DECLARATION OF SHAINA C. ST JOHN

I, SHAINA C. ST JOHN, do hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Civil Division of the United States Attorney's Office for the Central District of California. I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

2. At 3:10 p.m. on June 29, 2023, I electronically filed Defendant the United States of America's Motion to Dismiss and supporting papers in this lawsuit. That motion was entered as Dkt. No. 50.

3. The Declaration of Gil O. Montes with Exhibit D was filed on June 29, 2023 at 3:10 p.m. as Dkt. No. 50-1. Exhibit D to the declaration is a copy of Martin Vargas Arellano's FBI rap sheet.

4. After the filing, I noticed that Exhibit D to the Declaration of Gil O. Montes was mistakenly filed with some of Mr. Arellano's personal information was erroneously not redacted on pages 2 and 4.

5. After noticing this mistake, I immediately called Plaintiff's counsel, Stacy Tolchin, and informed her of the substance of this application. Plaintiff's counsel stated that she did not oppose the substitution of the Corrected Declaration of Gil O. Montes with redactions to its Exhibit D.

6. Following my call with Plaintiff's counsel, I sent Ms. Tolchin an email memorializing our conversation and that that Plaintiff did not oppose this application. Ms. Tolchin responded to my email, affirming.

7. Attached as Exhibit A to this *ex parte* application is the Corrected Declaration of Gil O. Montes, which includes the further redacted version of its Exhibit D. This Corrected Declaration of Gil O. Montes should be filed on the docket in place of the version that was filed as Dkt. 50-1.

8. I sincerely apologize to the Court, to Plaintiff, to Plaintiff's counsel, and to the late Mr. Arellano for this error in the filing on June 29, 2023.

/ / /

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2023, at Los Angeles, California.

/s/ Shaina C. St John
Shaina C. St John

4

# EXHIBIT A

**[CORRECTED] DECLARATION OF GIL O. MONTES**

I, Gil O. Montes, hereby declare:

1.      I am the Supervisory Detention and Deportation Officer ("SDDO") for the Los Angeles Field Office, Adelanto ICE Processing Center of Immigration and Customs Enforcement ("ICE") within the United States Department of Homeland Security. I have held this position since November 2020.  As a Supervisory Detention and Deportation Officer, I oversee the detained docket for the noncitizens who are detained at the Adelanto ICE Processing Center. My primary responsibilities include the review and tracking of noncitizens' removal proceedings and detention placements. I have worked in various other positions within the Department of Homeland Security since March 14, 2008. The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

2.      Martin Vargas Arellano ("Vargas Arellano") is a Mexican citizen who entered the United States on an unknow date and location without being admitted or paroled after an inspection by an Immigration Officer.

3.      On or about May 15, 2013, Vargas Arellano entered custody at the Adelanto ICE Processing Center, and DHS served him with a Notice to Appear (NTA) charging him with removability pursuant to Immigration and Nationality Act (INA) section 212(a)(6)(A)(i) as an alien present in the United States without being admitted or paroled.

4.      On August 12, 2014, the immigration judge issued a written decision denying Vargas Arellano's relief applications and ordered him removed to Mexico.

5.      On or about September 11, 2014, Vargas Arellano filed an appeal with the Board of Immigration Appeals ("Board"). The Board affirmed the Court's decision on December 15, 2014, and dismissed his appeal.

6.      On or about December 18, 2014, Vargas Arellano filed a Petition for Review (PFR) in the U.S. Court of Appeals for the Ninth Circuit ("Ninth Circuit").

7.      On December 23, 2014, Vargas Arellano was released from ICE custody.

DECLARATION OF GIL O. MONTES                                1

8.      After Vargas Arellano's release, the Ninth Circuit remanded the case to the Board because of intervening Supreme Court precedent, and the Board subsequently remanded to the immigration judge for continued removal proceedings.

9.      Vargas Arellano's extensive criminal history included convictions for sex crimes, crimes of violence, drug-related offenses, theft offenses, as well as parole and probation violations. Attached as Exhibit D is a true and correct copy of his FBI Rap Sheet, which includes the following:

- February 6, 1984, conviction for second degree burglary in violation of CPC 459 and tempering with vehicle in violation of VC 10852 with a sentence of 139 days in jail and thirty-six months' probation.

- April 23, 1985, conviction for committing lewd or lascivious acts with a minor under the age of fourteen in violation of CPC Section 288(a), with 365 days in jail and thirty-six months' probation.

- April 27, 1988, conviction for second degree burglary in violation of CPC 459 with 365 days in jail and three years' probation.

- October 22, 1990, conviction for burglary in violation of CPC Section 459, with a two year prison sentence.

- May 6, 1993, he was sentenced to 120 days in jail and forty-eight months of probation for inflicting corporal injury on his spouse/cohabitant in violation of CPC Section 273.5(a).  After Arellano violated the terms of his probation, he was sentenced to an additional three years in prison.

- February 22, 1999, a conviction for possession of a controlled substance in violation of California Health and Safety Code Section 11350(a) with a six year prison sentence.

- July 3, 2002, conviction for Petty Theft in violation of CPC 487(a) with 360 days in jail.

- August 10, 2005, conviction for possession of a controlled substance in violation of California Health and Safety Code Section 11350(a) with sixteen months in prison.

- April 18, 2007, conviction for Petty Theft in violation of CPC 666 with thirty-two months in prison.

DECLARATION OF GIL O. MONTES                     2

- June 16, 2009, conviction for possession of a controlled substance in violation of California Health and Safety Code Section 11350(a) and Possession of Hypodermic Needle/Syringe with sixteen months in prison.

- June 28, 2011, conviction for possession of a controlled substance in violation of California Health and Safety Code Section 11377(a) with three years in prison.

- August 7, 2018, conviction for Possession of a Controlled Substance Paraphernalia in violation of California Health and Safety Code Section 11364, with 21 days in jail.

10.    On or about September 4, 2018, Vargas Arellano was convicted of Failure to Register as a Sex Offender after Change of Address in violation of California Penal Code section 290(b) in the Superior Court of California, County of Los Angeles and was subsequently incarcerated at the North Kern State Prison in Delano, California.

11.    On or about October 3, 2018, ICE lodged a detainer and Vargas Arellano was taken back into ICE custody on or about March 28, 2019, and returned to the APC on or about April 1, 2019.

12.    During his most recent detention period from on or about March 28, 2019, to on or about March 5, 2021, Vargas Arellano was subject to mandatory detention based on his criminal history. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 5TH day of June, 2023, at Adelanto, California.

GIL O. MONTES
Supervisory Detention and Deportation Officer
Los Angeles Field Office, Adelanto ICE Processing Center
Enforcement and Removal Operations
Immigration and Customs Enforcement
United States Department of Homeland Security

DECLARATION OF GIL O. MONTES                    3

# EXHIBIT D

```
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR ▮▮▮▮▮▮▮ INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI        - ▮▮▮▮▮▮▮
 CALIFORNIA - STATE ID/CA07550503
END
```

----------------------------------------------------------------

```
FEDERAL RESPONSE ▮▮▮▮▮▮ )
REQUESTING ORI: ▮▮▮▮▮▮▮

ATN/ ▮▮▮▮▮▮
▮▮▮  **************** CRIMINAL HISTORY RECORD *********************

************************* Introduction *************************

This rap sheet was produced in response to the following request:

FBI Number
Request Id      ▮▮▮▮▮▮
Purpose Code        C
Attention       ▮▮▮▮▮▮

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
▮▮▮▮▮  Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2023-05-08)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2023-05-08)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2023-05-08)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -(US; 2023-05-08)


************************* IDENTIFICATION *************************

Subject Name(s)

VARGAS, MARTIN ARREALLO
ARREALLO, MARTIN  (AKA)
ARRELLANO, MARTIN  (AKA)
ARRELLANO, MARTIN VARGAS  (AKA)
CASTILLO, ANTHONY  (AKA)
GARCIA, ERIC  (AKA)
LOPEZ, MARTIN  (AKA)
MARTY, X  (AKA)
MONIKER, MARM  (AKA)
VARGAS ARELLANO, MARTIN  (AKA)
VARGAS, MARTIN  (AKA)
VARGAS, MARTIN AREALLANO  (AKA)
VARGAS, MARTIN AREALLNO  (AKA)
VARGAS, MARTIN AREANLLO  (AKA)
VARGAS, MARTIN ARELLANA  (AKA)
VARGAS, MARTIN ARELLANO  (AKA)
VARGAS, MARTIN ARREANO  (AKA)
VARGAS, MARTIN ARRELLANO  (AKA)
VARGAS, MATIN ARREALLO  (AKA)
VARGES, MARTIN  (AKA)
```

WADE, JOHN  (AKA)

Subject Description

FBI Number    State Id Number
                        CA07550503 (CA)

Social Security Number

Miscellaneous Numbers
205718808                              AR
1150711976                             FN

Sex                     Race
Male                    White

Height          Weight              Date of Birth
5'08"           160

Hair Color      Eye Color           Fingerprint Pattern
Black           Brown

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
TAT SHLD                , TATTOO ON SHOULDER: NONSPECIFIC
TAT L LEG               , TATTOO ON LEFT LEG
TAT ABDOM               , TATTOO ON ABDOMEN
TAT R ARM               , TATTOO ON RIGHT ARM
TAT R LEG               , TATTOO ON RIGHT LEG
TAT R SHLD              , TATTOO ON RIGHT SHOULDER
TAT L ARM               , TATTOO ON LEFT ARM
TAT LF ARM              , TATTOO ON LEFT FOREARM
TAT BACK                , TATTOO ON BACK
TAT CHEST               , TATTOO ON CHEST
TAT L SHLD              , TATTOO ON LEFT SHOULDER

Place of Birth          Citizenship
California               Unknown
                        Mexico
                        United States

Fingerprint Images

Photo Images
Photo Image Available      FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date               2019-03-28
(No Photo Image Transmitted  )


************************  CRIMINAL HISTORY  ************************

============================== Cycle 001 ==============================
Earliest Event Date    2013-05-14
----------------------------------------------------------------------
Arrest Date            2013-05-14
Arrest Case Number     163650307
Arresting Agency       CAICE2400 ICE/ERO LOS ANG FLD LOS ANGELES
Subject's Name         VARGAS ARELLANO,MARTIN
Charge                 1
        Charge Literal ALIEN INADMISSIBILITY UNDER SECTION 212
              Severity Unknown
============================== Cycle 002 ==============================

```
Earliest Event Date       2019-03-28
-------------------------------------------------------------------------
Arrest Date               2019-03-28
Arrest Case Number        5642417062
Arresting Agency          CAICE0400 ICE/ERO BKRSFD SUB O BAKERSFIELD
Subject's Name            VARGAS ARELLANO,MARTIN
                          VARGES,MARTIN
Charge                    1
        Charge Literal    2019-03-28 212A6AI ALIEN PRESENT WITHOUT
                          ADMISSION OR PAROLE - (PWAS)
             Severity     Unknown
-------------------------------------------------------------------------
Court Disposition         (Cycle 002)
Court Case Number
Court Agency
Charge                    1
        Charge Literal    DSPE/2019-03-28 212A6AI ALIEN PRESENT WITHOUT
                          ADMISSION OR PAROLE - (PWAS)
            Disposition   (OTHER  DSPE/DECEASED ON OR ABOUT 03/09/2021)
************************   INDEX OF AGENCIES   ************************

Agency                    ICE/ERO LOS ANG FLD; ███████████
Agency Telephone          213 923-5480
Agency Email Address      ██████████████████████████
Address                        B118
                          300 N LOS ANGELES ST
                          LOS ANGELES, CA 90012


-------------------------------------------------------------------------
Agency                    ICE/ERO BKRSFD SUB O; CAICE0400;
Agency Telephone          661 328-4530
Agency Email Address      ██████████████████████████
Address

                          800 TRUXTON AVE
                          BAKERSFIELD, CA 93301


    * * * END OF RECORD * * *
NCICWS ID:NLETS
NCICWS Correlation ID████████████
End Federal Response
-------------------------------------------------------------------------


-------------------------------------------------------------------------
STATE RESPONSE:CALIFORNIA(CAIII0000)
REQUESTING ORI:█████████████]
HDR█████████████████
████████████████
*********************   CRIMINAL HISTORY RECORD   *********************

*************************   Introduction   *************************

This rap sheet was produced in response to the following request:

State Id Number           07550503 ()
Purpose Code              C
Attention                 █████████

The information in this rap sheet is subject to the following caveats:

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES(CA; 2023-05-08)


 DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED, TYPED, AND UPLOADED
INTO THE CAL-DNA DATA BANK. FOR INFO (510) 620-3300 OR
PC296.PC296@DOJ.CA.GOV

(CA; 2011-08-05)
```

** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV(CA; 2011-08-05)


*************************  IDENTIFICATION  *************************

Subject Name(s)

VARGAS, MARTIN ARREALLO
VARGAS, MARTIN   (AKA)
VARGAS, MARTIN ARELLANO  (AKA)
LOPEZ, MARTIN   (AKA)
VARGAS, MARTIN AREANLLO  (AKA)
VARGAS, MARTIN ARREANO  (AKA)
VARGAS, MARTIN AREANLLNO  (AKA)
VARGAS, MARTIN A  (AKA)
CASTILLO, ANTHONY   (AKA)
VARGAS, MARTIN AREALLNO  (AKA)
VARGAS, MARTIN ARRELLANO  (AKA)
WADE, JOHN   (AKA)
VARGAS, MARTIN AREALLANO  (AKA)
ARRELLANO, MARTIN VARGAS  (AKA)
VARGAS, MARTIN ARELLANA  (AKA)
GARCIA, ERIC   (AKA)
VARGES, MARTIN ARREALLO  (AKA)


Subject Description

| FBI Number | State Id Number | DOC Number |
|---|---|---|
| █████████ | 07550503 | CDC-BH04463 |

| Social Security Number | Driver's License Number |
|---|---|
| ██████████ | ████████ |

| Sex | Race |
|---|---|
| Male | White |

| Height | Weight | Date of Birth |
|---|---|---|
| 5'11" | 180 | ████████ |

| Hair Color | Eye Color |
|---|---|
| Black | Brown |

Scars, Marks, and Tattoos

| Code | Description, Comments, and Images |
|---|---|
| TAT ABDOM | , |
| TAT BACK | , |
| TAT CHEST | , |
| TAT L ARM | , |
| TAT L LEG | , |
| TAT L SHLD | , |
| TAT LF ARM | , |
| TAT R ARM | , |
| TAT R LEG | , |
| TAT R SHLD | , |
| TAT SHLD | , |

| Place of Birth | Citizenship | Ethnicity |
|---|---|---|
| CALIFORNIA | UNKNOWN | Hispanic Or Latino |

Employment

```
Occupation              CEMENT LAYER
Employer
Occupation              CONSTRUCTION
Employer
Occupation              LABORER
Employer
Occupation              MECHANIC
Employer
Occupation              NONE
Employer
Occupation              SELF EMPLOYED
Employer
Occupation              UNEMPLOYED
Employer


Caution Information

Registered Sex Offender


*************************  CRIMINAL HISTORY  *************************


=============================== Cycle 001 ===============================
Earliest Event Date     1983-10-09
-----------------------------------------------------------------------
Arrest Date             1983-10-09
Arrest Case Number      D65863
Arresting Agency        CA0192000 CAPDDOWNEY
Subject's Name          VARGAS,MARTIN ARREALLO
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
              Statute   BURGLARY (459 PC )
    State Offense Code   22004
             Severity   Felony
-----------------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Case Number       459690
Final Disposition Date  1984-02-06
Court Agency            CA019293J CASCLOS ANGELES NORWALK
Subject's Name          VARGAS,MARTIN ARREALLO
Charge                  1
              Statute   BURGLARY:SECOND DEGREE (459 PC )
    State Offense Code   22022
             Severity   Felony
          Disposition   (CONVICTED-PROB/JAIL)
Charge                  2
              Statute   TAMPER WITH VEHICLE (10852 VC )
    State Offense Code   29050
             Severity   Misdemeanor
          Disposition   (CONVICTED-PROB/JAIL)
    Court Comment  (1985-04-23) PROBATION REVOKED
    Court Comment  365 DS JL CC WITH A 464452
    Court Comment  COURT ACTION
-----------------------------------------------------------------------
Sentencing              (Cycle 001)
Sentence                139 DAYS JAIL; 036 MONTHS PROBATION
=============================== Cycle 002 ===============================
Earliest Event Date     1984-11-30
-----------------------------------------------------------------------
Arrest Date             1984-11-30
Arrest Case Number      D 65863
Arresting Agency        CA0192000 CAPDDOWNEY
Subject's Name          VARGAS,MARTIN ARREALLO
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
              Statute   ASSAULT TO COMMIT RAPE (220/261 PC )
    State Offense Code   11024
             Severity   Felony
-----------------------------------------------------------------------
```

```
Court Disposition     (Cycle 002)
Court Case Number     A464452
Final Disposition Date 1985-04-23
Court Agency          CA019293J CASCLOS ANGELES NORWALK
Subject's Name        VARGAS,MARTIN ARREALLO
Charge                1
           Statute    RAPE BY FORCE/FEAR/ETC (261(2) PC )
  State Offense Code   11040
           Severity    Unknown
    Inchoate Charge    Attempt
        Disposition    (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                2
           Statute    UNLAWFUL SEXUAL INTERCOURSE W/MINOR (261.5 PC )
  State Offense Code   36005
           Severity    Unknown
    Inchoate Charge    Attempt
        Disposition    (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                3
           Statute    LEWD OR LASCIV ACTS W/CHILD UNDER 14 (288(A) PC
                      )
  State Offense Code   36055
           Severity    Felony
        Disposition    (CONVICTED-PROB/JAIL)
  Court Comment  COURT ACTION
-----------------------------------------------------------------------
Sentencing            (Cycle 002)
Sentence              036 MONTHS PROBATION; 365 DAYS JAIL
============================== Cycle 003 ==============================
Earliest Event Date   1987-08-31
-----------------------------------------------------------------------
Arrest Date           1987-08-31
Arrest Case Number    173437
Arresting Agency      CA0196900 CAPDSOUTH GATE
Subject's Name        VARGAS,MARTIN
Comment(s)            ARREST/DETAINED/CITED
Charge                1
           Statute    DESTROY/CONCEAL EVIDENCE (135 PC )
  State Offense Code   48009
           Severity    Misdemeanor
        Disposition    ( 1987-09-09; REL/DET ONLY/FURTHER
                      INVESTIGATION)
============================== Cycle 004 ==============================
Earliest Event Date   1988-03-15
-----------------------------------------------------------------------
Arrest Date           1988-03-15
Arrest Case Number    9546686-880843413
Arresting Agency      CA0190000 CASOLOS ANGELES
Subject's Name        LOPEZ,MARTIN
Comment(s)            ARREST/DETAINED/CITED
Charge                1
           Statute    ROBBERY (211 PC )
  State Offense Code   12004
           Severity    Felony
-----------------------------------------------------------------------
Court Disposition     (Cycle 004)
Court Case Number     A646611
Final Disposition Date 1988-04-27
Court Agency          CA019293J CASCLOS ANGELES COMPTON
Subject's Name        LOPEZ,MARTIN
Charge                1
           Statute    BURGLARY:SECOND DEGREE (459 PC )
  State Offense Code   22022
           Severity    Felony
        Disposition    (CONVICTED-PROB/JAIL)
  Court Comment  COURT ACTION
-----------------------------------------------------------------------
Sentencing            (Cycle 004)
Sentence              003 YEARS PROBATION; IMP SEN SS; 365 DAYS JAIL;
                      RESTN
```

```
============================== Cycle 005 ==============================
Earliest Event Date    1990-01-30
-----------------------------------------------------------------------
Arrest Date            1990-01-30
Arrest Case Number     9001070748
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             ARREST/DETAINED/CITED
Charge                 1
            Statute    BURGLARY (459 PC )
    State Offense Code  22004
           Severity    Felony
-----------------------------------------------------------------------
Court Disposition      (Cycle 005)
Court Case Number      VCR5194
Final Disposition Date 1990-10-22
Court Agency           CA036013J CASCVICTORVILLE
Subject's Name         VARGAS,MARTIN AREANLLO
Charge                 1
            Statute    BURGLARY (459 PC )
    State Offense Code  22004
           Severity    Unknown
        Disposition    (DISMISSED)
Charge                 2
            Statute    BURGLARY (459 PC )
    State Offense Code  22004
           Severity    Felony
        Disposition    (CONVICTED COMMITTED TO PRISON)
    Court Comment  COURT ACTION
-----------------------------------------------------------------------
Sentencing             (Cycle 005)
Sentence               002 YEARS PRISON; RESTN
============================== Cycle 006 ==============================
Earliest Event Date    1990-07-30
-----------------------------------------------------------------------
Arrest Date            1990-07-30
Arrest Case Number     9007070733
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             NUMBER FVI6540
Charge                 1
            Statute    BURGLARY (459 PC )
    State Offense Code  22004
           Severity    Felony

-----------------------------------------------------------------------
Arrest Date            1990-07-30
Arrest Case Number     9007070733,A
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             NUMBER FVI6385
Comment(s)             SUPPLEMENTAL ARREST
Charge                 1
            Statute    BURGLARY (459 PC )
    State Offense Code  22004
           Severity    Felony

-----------------------------------------------------------------------
Arrest Date            1990-07-30
Arrest Case Number     9007070733,B
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             NUMBER VCR4597
Comment(s)             SUPPLEMENTAL ARREST
Charge                 1
            Statute    BURGLARY (459 PC )
    State Offense Code  22004
           Severity    Felony
```

```
============================== Cycle 007 ==============================
Earliest Event Date    1990-10-25-----------------------------------------------------------------------------------
Sentencing            (Cycle 007)
Sentence              002 YEARS PRISON
----------------------------------------------------------------------
Sentencing            (Cycle 007)
Sentence              002 YEARS PRISON


----------------------------------------------------------------------
Corrections           (Cycle 007)
Supervision Date      1990-11-15
Corrections Agency    CA034015F CASDCORRECTIONS
Subject's Name        VARGAS,MARTIN
     Supervision Case Number  E73819
     Correction Action  CDC CUSTODY
Charge                1
           Statute    BURGLARY:SECOND DEGREE (459 PC )
    State Offense Code 22022
           Severity    Unknown
    Correction Comment (1991-11-01) PAROLED FROM CDC
    Correction Comment CDC CUSTODY
    Correction Comment CRT CASE VCR5194
Supervision Date      1990-10-25
Corrections Agency    CA034015F CASDCORRECTIONS
Subject's Name        VARGAS,MARTIN
     Supervision Case Number  E73819
     Correction Action  CDC CUSTODY
Charge                1
           Statute    BURGLARY:SECOND DEGREE (459 PC )
    State Offense Code 22022
           Severity    Unknown
    Correction Comment CDC CUSTODY
    Correction Comment CRT CASE VCR4597
============================== Cycle 008 ==============================
Earliest Event Date    1992-03-09
----------------------------------------------------------------------
Arrest Date           1992-03-09
Arrest Case Number    9203070188
Arresting Agency      CA0360000 CASOSAN BERNARDINO
Subject's Name        VARGAS,MARTIN AREANLLO
Comment(s)            ARREST/DETAINED/CITED
Charge                1
           Statute    INFLICT CORPORAL INJ ON SPOUSE/COHAB (273.5 PC )
    State Offense Code 38025
           Severity    Felony
============================== Cycle 009 ==============================
Earliest Event Date    1993-02-27
----------------------------------------------------------------------
Arrest Date           1993-02-27
Arrest Case Number    9302070600
Arresting Agency      CA0360000 CASOSAN BERNARDINO
Subject's Name        VARGAS,MARTIN AREANLLO
Comment(s)            ARREST/DETAINED/CITED
Comment(s)            NUMBER FVI00185
Charge                1
           Statute    INFLICT CORPORAL INJ ON SPOUSE/COHAB (273.5 PC )
    State Offense Code 38025
           Severity    Felony
----------------------------------------------------------------------
Court Disposition     (Cycle 009)
Court Case Number     FVI00185 F-96326
Final Disposition Date 1993-05-06
Court Agency          CA036013J CASCVICTORVILLE
Subject's Name        VARGAS,MARTIN AREANLLO
Charge                1
           Statute    INFLICT CORPORAL INJ ON SPOUSE/COHAB (273.5 PC )
    State Offense Code 38025
           Severity    Felony
        Disposition    (CONVICTED-PROB/JAIL)
```

```
      Court Comment  (1999-02-22) PROBATION REVOKED
      Court Comment  3 YRS PRIS CC W/FV104520, 1620 DYS CTS
      Court Comment  COURT ACTION
---------------------------------------------------------------------
Sentencing             (Cycle 009)
Sentence               048 MONTHS PROBATION; 120 DAYS JAIL; RESTN
============================= Cycle 010 =============================
Earliest Event Date    1993-12-18
---------------------------------------------------------------------
Arrest Date            1993-12-18
Arrest Case Number     9312070336
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             NUMBER SEV01421901
Charge                 1
           Statute     POSSESS MARIJUANA FOR SALE (11359 HS )
    State Offense Code  35127
           Severity    Felony
============================= Cycle 011 =============================
Earliest Event Date    1994-03-01
---------------------------------------------------------------------
Arrest Date            1994-03-01
Arrest Case Number     9403070020
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             NUMBER MVI03445
Charge                 1
           Statute     PETTY THEFT W/PR JAIL:SPEC OFFENSES (666 PC )
    State Offense Code  23097
           Severity    Felony
============================= Cycle 012 =============================
Earliest Event Date    1995-02-01
---------------------------------------------------------------------
Arrest Date            1995-02-01
Arrest Case Number     9502070002
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN A
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             NUMBER SEVA0142901
Charge                 1
           Statute     POSSESS MARIJUANA FOR SALE (11359 HS )
    State Offense Code  35127
           Severity    Felony
============================= Cycle 013 =============================
Earliest Event Date    1995-02-01
---------------------------------------------------------------------
Arrest Date            1995-02-01
Arrest Case Number     9502070002
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             NUMBER SEVA01421901
Charge                 1
           Statute     POSSESS MARIJUANA FOR SALE (11359 HS )
    State Offense Code  35127
           Severity    Felony
============================= Cycle 014 =============================
Earliest Event Date    1995-10-08
---------------------------------------------------------------------
Arrest Date            1995-10-08
Arrest Case Number     9510070180
Arresting Agency       CA0360000 CASOSAN BERNARDINO
Subject's Name         VARGAS,MARTIN AREANLLO
Comment(s)             (2022-07-24) ARREST RELIEF GRANTED PER 851.93 PC
Comment(s)             ARREST/DETAINED/CITED
Charge                 1
           Statute     USE/UNDER INFLUENCE CONTROL SUBST (11550 HS )
```

```
          State Offense Code   35143
                    Severity   Misdemeanor
================================ Cycle 015 ===============================
Earliest Event Date     1996-01-27
-------------------------------------------------------------------
Arrest Date             1996-01-27
Arrest Case Number      9601070705
Arresting Agency        CA0360000 CASOSAN BERNARDINO
Subject's Name          VARGAS,MARTIN AREANLLO
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
                Statute USE/UNDER INFLUENCE CONTROL SUBST (11550 HS )
     State Offense Code  35143
               Severity  Misdemeanor
-------------------------------------------------------------------
Court Disposition       (Cycle 015)
Court Case Number       MVI011748
Final Disposition Date  1996-09-25
Court Agency            CA036053J CAMCVICTORVILLE
Subject's Name          VARGAS,MARTIN AREANLLO
Charge                  1
                Statute USE/UNDER INFLUENCE CONTROL SUBST (11550 HS )
     State Offense Code  35143
               Severity  Unknown
             Disposition (DISMISSED/FURTHERANCE OF JUSTICE)
     Court Comment  (2022-07-24) ARREST RELIEF GRANTED PER 851.93 PC
     Court Comment  COURT ACTION
================================ Cycle 016 ===============================
Earliest Event Date     1996-03-21
-------------------------------------------------------------------
Arrest Date             1996-03-21
Arrest Case Number      9603070494
Arresting Agency        CA0360000 CASOSAN BERNARDINO
Subject's Name          CASTILLO,ANTHONY
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
                Statute POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
     State Offense Code  35152
               Severity  Felony
Charge                  2
                Statute USE/UNDER INFLUENCE CONTROL SUBST (11550 HS )
     State Offense Code  35143
               Severity  Misdemeanor
-------------------------------------------------------------------
Court Disposition       (Cycle 016)
Court Case Number       FVI04520
Final Disposition Date  1999-02-22
Court Agency            CA036013J CASCVICTORVILLE
Subject's Name          CASTILLO,ANTHONY
Charge                  1
                Statute POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
     State Offense Code  35152
               Severity  Felony
             Disposition (CONVICTED COMMITTED TO PRISON)
     Court Comment  COURT ACTION
-------------------------------------------------------------------
Sentencing              (Cycle 016)
Sentence                006 YEARS PRISON
============================== Cycle 017 ===============================
Earliest Event Date     1999-03-04-----------------------------------------------------------------
Sentencing              (Cycle 017)
Sentence                006 YEARS PRISON


-------------------------------------------------------------------
Corrections             (Cycle 017)
Supervision Date        1999-03-04
Corrections Agency      CA034015F CASDCORRECTIONS
Subject's Name          VARGAS,MARTIN
     Supervision Case Number  P28568
```

```
      Correction Action  CDC CUSTODY
Charge                   1
             Statute     POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
    State Offense Code   35152
            Severity     Unknown
   Correction Comment    CDC CUSTODY
   Correction Comment    CRT CASE FVI04520
============================== Cycle 018 ==============================
Earliest Event Date      2000-09-07
----------------------------------------------------------------------
Arrest Date              2000-09-07
Arrest Case Number       0009340824
Arresting Agency         CA0360000 CASOSAN BERNARDINO
Subject's Name           VARGAS,MARTIN AREALLNO
Comment(s)               ARREST/DETAINED/CITED
Charge                   1
             Statute     POSSESS CONTROLLED SUBSTANCE (11377(A) HS )
    State Offense Code   35172
            Severity     Felony
============================== Cycle 019 ==============================
Earliest Event Date      2000-09-15
----------------------------------------------------------------------
Corrections              (Cycle 019)
Supervision Date         2000-09-15
Corrections Agency       CA036015C CASPCHINO
Subject's Name           VARGAS,MARTIN
     Supervision Case Number  P28568
     Correction Action   CDC CUSTODY
Charge                   1
             Statute     VIOLATION OF PAROLE ( )
    State Offense Code   50071
            Severity     Unknown
     Enhancing Factor    TO FINISH  TERM
    Correction Comment   CDC CUSTODY
============================== Cycle 020 ==============================
Earliest Event Date      2001-03-09
----------------------------------------------------------------------
Arrest Date              2001-03-09
Arrest Case Number       0103070198
Arresting Agency         CA0360000 CASOSAN BERNARDINO
Subject's Name           VARGAS,MARTIN ARRELLANO
Comment(s)               ARREST/DETAINED/CITED
Charge                   1
             Statute     VIOLATION OF PAROLE:FELONY (3056 PC )
    State Offense Code   50075
            Severity     Felony
============================== Cycle 021 ==============================
Earliest Event Date      2001-03-12
----------------------------------------------------------------------
Corrections              (Cycle 021)
Supervision Date         2001-03-12
Corrections Agency       CA036015C CASPCHINO
Subject's Name           VARGAS,MARTIN
     Supervision Case Number  P28568
     Correction Action   CDC CUSTODY
Charge                   1
             Statute     VIOLATION OF PAROLE ( )
    State Offense Code   50071
            Severity     Unknown
     Enhancing Factor    TO FINISH  TERM
    Correction Comment   CDC CUSTODY
============================== Cycle 022 ==============================
Earliest Event Date      2001-11-10
----------------------------------------------------------------------
Arrest Date              2001-11-10
Arrest Case Number       01-47215
Arresting Agency         CA0300100 CAPDANAHEIM
Subject's Name           VARGAS,MARTIN ARREALLO
Comment(s)               ARREST/DETAINED/CITED
```

```
Comment(s)              ORIGINAL COURT-CAMCFULLERTON AN01NM16957
Charge                  1
              Statute   NO ARREST RECEIVED ( )
    State Offense Code   00001
             Severity   Other
Charge                  2
    Charge Description   CHRG-487(A) PC
              Statute   SEE COMMENT FOR CHARGE ( )
    State Offense Code   66085
             Severity   Other
----------------------------------------------------------------------
Court Disposition       (Cycle 022)
Court Case Number       AN01NM16957
Final Disposition Date  2002-07-03
Court Agency            CA030073J CASCFULLERTON
Subject's Name          VARGAS,MARTIN ARRELLANO
Charge                  1
              Statute   SEE COMMENT FOR CHARGE ( )
    State Offense Code   66085
             Severity   Misdemeanor
          Disposition   (CONVICTED-JAIL)
    Court Comment   CNT 01 CHRG-487(A) PC
    Court Comment   COURT ACTION
----------------------------------------------------------------------
Sentencing              (Cycle 022)
Sentence                360 DAYS JAIL
============================== Cycle 023 ==============================
Earliest Event Date     2001-12-28
----------------------------------------------------------------------
Arrest Date             2001-12-28
Arrest Case Number      01187193A
Arresting Agency        CA0370000 CASOSAN DIEGO
Subject's Name          VARGAS,MARTIN ARELLANO
Comment(s)              (2022-07-24) ARREST RELIEF GRANTED PER 851.93 PC
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
              Statute   LOCAL ORDINANCE VIOLATION ( )
    State Offense Code   65000
             Severity   Misdemeanor
============================== Cycle 024 ==============================
Earliest Event Date     2002-01-10
----------------------------------------------------------------------
Corrections             (Cycle 024)
Supervision Date        2002-01-10
Corrections Agency      CA037025C CASDCORR RJ DONOVAN RECEP
Subject's Name          VARGAS,MARTIN
    Supervision Case Number  P28568
    Correction Action   CDC CUSTODY
Charge                  1
              Statute   VIOLATION OF PAROLE ( )
    State Offense Code   50071
             Severity   Unknown
    Enhancing Factor   TO FINISH  TERM
    Correction Comment  CDC CUSTODY
============================== Cycle 025 ==============================
Earliest Event Date     2002-07-01
----------------------------------------------------------------------
Arrest Date             2002-07-01
Arrest Case Number      2069216-1093613
Arresting Agency        CA0300000 CASOSANTA ANA
Subject's Name          VARGAS,MARTIN ARRELLANO
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              CNT01 NUM- TNJC
Comment(s)              PHOTO AVAILABLE
Comment(s)              WARRANT 01NM16957
Charge                  1
              Statute   GRAND THEFT:MONEY/LABOR/PROP (487(A) PC )
    State Offense Code   23157
             Severity   Misdemeanor
```

```
                Disposition  (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
=============================== Cycle 026 ===============================
Earliest Event Date    2003-01-15
----------------------------------------------------------------------
Arrest Date            2003-01-15
Arrest Case Number     7555389
Arresting Agency       CA0190050 CASOLA INMATE RECEP CTR
Arresting Agency       CA0199999 CARAOTHER LOS ANGELES CO
Subject's Name         VARGAS,MARTIN
Comment(s)             ARREST/DETAINED/CITED
Charge                 1
            Statute    VIOLATION OF PAROLE:FELONY (3056 PC )
    State Offense Code  50075
           Severity    Felony
=============================== Cycle 027 ===============================
Earliest Event Date    2003-03-20
----------------------------------------------------------------------
Corrections            (Cycle 027)
Supervision Date       2003-03-20
Corrections Agency     CA015015C CASDCORR TEHACHAPI
Subject's Name         VARGAS,MARTIN
     Supervision Case Number  P28568
     Correction Action  CDC CUSTODY
Charge                 1
            Statute    VIOLATION OF PAROLE ( )
    State Offense Code  50071
           Severity    Unknown
    Enhancing Factor   TO FINISH  TERM
    Correction Comment  CDC CUSTODY
=============================== Cycle 028 ===============================
Earliest Event Date    2003-06-29
----------------------------------------------------------------------
Arrest Date            2003-06-29
Arrest Case Number     7749418-03 37037
Arresting Agency       CA0192000 CAPDDOWNEY
Subject's Name         VARGAS,MARTIN
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             WARRANT P28568
Charge                 1
            Statute    VIOLATION OF PAROLE:FELONY (3056 PC )
    State Offense Code  50075
           Severity    Felony
=============================== Cycle 029 ===============================
Earliest Event Date    2003-09-11
----------------------------------------------------------------------
Corrections            (Cycle 029)
Supervision Date       2003-09-11
Corrections Agency     CA036015C CASPCHINO
Subject's Name         VARGAS,MARTIN
     Supervision Case Number  P28568
     Correction Action  CDC CUSTODY
Charge                 1
            Statute    VIOLATION OF PAROLE ( )
    State Offense Code  50071
           Severity    Unknown
    Enhancing Factor   TO FINISH  TERM
    Correction Comment  CDC CUSTODY
=============================== Cycle 030 ===============================
Earliest Event Date    2004-02-23
----------------------------------------------------------------------
Arrest Date            2004-02-23
Arrest Case Number     8024541-01249172
Arresting Agency       CA0190050 CASOLA INMATE RECEP CTR
Arresting Agency       CA0199999 CARAOTHER LOS ANGELES CO
Subject's Name         VARGAS,MARTIN
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             WARRANT P28568
Charge                 1
            Statute    VIOLATION OF PAROLE:FELONY (3056 PC )
```

```
        State Offense Code  50075
              Severity  Felony
============================== Cycle 031 ==============================
Earliest Event Date    2005-05-26
----------------------------------------------------------------------
Arrest Date            2005-05-26
Arrest Case Number     DA2005146002
Arresting Agency       CA033013A CADARIVERSIDE
Subject's Name         VARGAS,MARTIN
Comment(s)             ARREST/DETAINED/CITED
Charge                 1
              Statute  NO ARREST RECEIVED ( )
    State Offense Code  00001
              Severity  Other
Charge                 2
              Statute  POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
    State Offense Code  35152
              Severity  Felony
----------------------------------------------------------------------
Court Disposition      (Cycle 031)
Court Case Number      RIF124431
Final Disposition Date 2005-08-10
Court Agency           CA033023J CASCMCRIVERSIDE
Subject's Name         VARGAS,MARTIN
Charge                 1
              Statute  POSSESS HYPODERMIC NEEDLE/SYRINGE (4140 BP )
    State Offense Code  35358
              Severity  Unknown
          Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                 2
              Statute  POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
    State Offense Code  35152
              Severity  Felony
          Disposition  (CONVICTED COMMITTED TO PRISON)
    Court Comment  COURT ACTION
----------------------------------------------------------------------
Sentencing             (Cycle 031)
Sentence               016 MONTHS PRISON; CONSECUTIVE
============================== Cycle 032 ==============================
Earliest Event Date    2005-07-06
----------------------------------------------------------------------
Arrest Date            2005-07-06
Arrest Case Number     200528245
Arresting Agency       CA0330000 CASORIVERSIDE
Subject's Name         WADE,JOHN
Comment(s)             (2022-07-24) ARREST RELIEF GRANTED PER 851.93 PC
Comment(s)             ARREST/DETAINED/CITED
Charge                 1
              Statute  TRESPASSING ON RAILROAD TRAIN (587B PC )
    State Offense Code  32020
              Severity  Misdemeanor
Charge                 2
              Statute  POSSESS/ETC BURGLARY TOOLS (466 PC )
    State Offense Code  22012
              Severity  Misdemeanor
============================== Cycle 033 ==============================
Earliest Event Date    2005-08-19----------------------------------------------------------------------------
Sentencing             (Cycle 033)
Sentence               016 MONTHS PRISON


----------------------------------------------------------------------
Corrections            (Cycle 033)
Supervision Date       2005-08-19
Corrections Agency     CA015045C CASDCORR DELANO
Subject's Name         VARGAS,MARTIN
      Supervision Case Number  V93713
    Correction Action  CDC CUSTODY
Charge                 1
              Statute  POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
```

```
          State Offense Code  35152
                   Severity  Unknown
         Correction Comment  CDC CUSTODY
         Correction Comment  CRT CASE RIF124431
=============================== Cycle 034 ===============================
Earliest Event Date     2006-05-03
------------------------------------------------------------------------
Arrest Date             2006-05-03
Arrest Case Number      200619242
Arresting Agency        CA0330000 CASORIVERSIDE
Subject's Name          VARGAS,MARTIN AREALLANO
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
                Statute  VIOLATION OF PAROLE:FELONY (3056 PC )
      State Offense Code  50075
                 Severity  Felony
=============================== Cycle 035 ===============================
Earliest Event Date     2006-05-04
------------------------------------------------------------------------
Corrections             (Cycle 035)
Supervision Date        2006-05-04
Corrections Agency      CA036015C CASPCHINO
Subject's Name          VARGAS,MARTIN
      Supervision Case Number  V93713
       Correction Action  CDC CUSTODY
Charge                  1
                Statute  VIOLATION OF PAROLE ( )
      State Offense Code  50071
                 Severity  Unknown
        Enhancing Factor  TO FINISH  TERM
       Correction Comment  CDC CUSTODY
=============================== Cycle 036 ===============================
Earliest Event Date     2006-11-26
------------------------------------------------------------------------
Arrest Date             2006-11-26
Arrest Case Number      200653390
Arresting Agency        CA0330000 CASORIVERSIDE
Subject's Name          VARGAS,MARTIN
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
                Statute  VIOLATION OF PAROLE:FELONY (3056 PC )
      State Offense Code  50075
                 Severity  Felony
=============================== Cycle 037 ===============================
Earliest Event Date     2006-11-27
------------------------------------------------------------------------
Corrections             (Cycle 037)
Supervision Date        2006-11-27
Corrections Agency      CA036015C CASPCHINO
Subject's Name          VARGAS,MARTIN
      Supervision Case Number  V93713
       Correction Action  CDC CUSTODY
Charge                  1
                Statute  VIOLATION OF PAROLE ( )
      State Offense Code  50071
                 Severity  Unknown
        Enhancing Factor  TO FINISH  TERM
       Correction Comment  CDC CUSTODY
=============================== Cycle 038 ===============================
Earliest Event Date     2007-03-30
------------------------------------------------------------------------
Arrest Date             2007-03-30
Arrest Case Number      200715199
Arresting Agency        CA0330000 CASORIVERSIDE
Subject's Name          VARGAS,MARTIN ARELLANO
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
```

```
             Statute  PETTY THEFT W/PR JAIL:SPEC OFFENSES (666 PC )
   State Offense Code  23159
            Severity  Misdemeanor
-------------------------------------------------------------------------
Court Disposition     (Cycle 038)
Court Case Number     RIF135773
Final Disposition Date 2007-04-18
Court Agency          CA033023J CASCMCRIVERSIDE
Subject's Name        VARGAS,MARTIN ARREALLO
Charge                1
             Statute  PETTY THEFT W/PR JAIL:SPEC OFFENSES (666 PC )
   State Offense Code  23097
            Severity  Felony
         Disposition  (CONVICTED COMMITTED TO PRISON)
    Court Comment  (2007-04-18) FOR CERT INFO SEE AUTOMATED
                    ARCHIVE SYS
    Court Comment  CONVICTION CERTIFIED BY I MCELYEA,CLERK OF
                    COURT,CASCMCRIVERSIDE
    Court Comment  COURT ACTION
-------------------------------------------------------------------------
Sentencing            (Cycle 038)
Sentence              032 MONTHS PRISON; CONSECUTIVE
============================== Cycle 039 ==============================
Earliest Event Date    2007-04-24-------------------------------------------------------------------------------
Sentencing            (Cycle 039)
Sentence              032 MONTHS PRISON


-------------------------------------------------------------------------
Corrections           (Cycle 039)
Supervision Date      2007-04-24
Corrections Agency    CA015045C CASDCORR DELANO
Subject's Name        VARGAS,MARTIN
     Supervision Case Number  V93713
     Correction Action  CDC CUSTODY
Charge                1
             Statute  VIOLATION OF PAROLE ( )
   State Offense Code  50071
            Severity  Unknown
Charge                2
             Statute  PETTY THEFT W/PR JAIL:SPEC OFFENSES (666 PC )
   State Offense Code  23097
            Severity  Unknown
   Correction Comment  CDC CUSTODY
   Correction Comment  CRT CASE RIF135773
============================== Cycle 040 ==============================
Earliest Event Date    2009-06-07
-------------------------------------------------------------------------
Arrest Date           2009-06-07
Arrest Case Number    1937600-01249172
Arresting Agency      CA0196900 CAPDSOUTH GATE
Subject's Name        VARGAS,MARTIN ARELLANO
Comment(s)            ARREST/DETAINED/CITED
Comment(s)            PHOTO AVAILABLE
Charge                1
             Statute  POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
   State Offense Code  35152
            Severity  Felony
Charge                2
             Statute  POSSESS HYPODERMIC NEEDLE/SYRINGE (4140 BP )
   State Offense Code  35358
            Severity  Misdemeanor
-------------------------------------------------------------------------
Court Disposition     (Cycle 040)
Court Case Number     DOWVA11087501
Final Disposition Date 2009-06-16
Court Agency          CA0019093J CASCDOWNEY
Subject's Name        VARGAS,MARTIN
Charge                1
             Statute  POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
```

```
           State Offense Code  35152
                  Severity  Felony
              Disposition  (CONVICTED COMMITTED TO PRISON)
Charge                     2
                  Statute  POSSESS HYPODERMIC NEEDLE/SYRINGE (4140 BP )
     State Offense Code  35358
                  Severity  Misdemeanor
              Disposition  (CONVICTED-JAIL)
     Court Comment  (2009-06-20) FOR CERT INFO SEE AUTOMATED
                      ARCHIVE SYS
     Court Comment  CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE
                      OFFICER CLERK,CASCDOWNEY
     Court Comment  COURT ACTION
------------------------------------------------------------------
Sentencing              (Cycle 040)
Sentence                016 MONTHS PRISON
------------------------------------------------------------------
Sentencing              (Cycle 040)
Sentence                006 MONTHS JAIL
============================== Cycle 041 ==============================
Earliest Event Date     2009-07-30-------------------------------------------------------------------------
Sentencing              (Cycle 041)
Sentence                016 MONTHS PRISON


------------------------------------------------------------------
Corrections             (Cycle 041)
Supervision Date        2009-07-30
Corrections Agency      CA019105C CASDCORR LANCASTER
Subject's Name          VARGAS,MARTIN
     Supervision Case Number  V93713
     Correction Action  CDC CUSTODY
Charge                     1
                  Statute  VIOLATION OF PAROLE ( )
     State Offense Code  50071
                  Severity  Unknown
Charge                     2
                  Statute  POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
     State Offense Code  35152
                  Severity  Unknown
     Correction Comment  CDC CUSTODY
     Correction Comment  CRT CASE VA110875
     Correction Comment  PHOTO AVAILABLE
============================== Cycle 042 ==============================
Earliest Event Date     2010-06-09
------------------------------------------------------------------
Arrest Date             2010-06-09
Arrest Case Number      2362219-01249172
Arresting Agency        CA0190050 CASOLA INMATE RECEP CTR
Subject's Name          VARGAS,MARTIN
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Comment(s)              WARRANT V93713
Charge                     1
                  Statute  VIOLATION OF PAROLE:FELONY (3056 PC )
     State Offense Code  50075
                  Severity  Felony
============================== Cycle 043 ==============================
Earliest Event Date     2011-05-30
------------------------------------------------------------------
Arrest Date             2011-05-30
Arrest Case Number      2758016-01249172
Arresting Agency        CA0190053 CACJLOS ANGELES
Arresting Agency        CA01900V3 CASOLA CENTURY
Subject's Name          ARRELLANO,MARTIN VARGAS
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                     1
                  Statute  POSSESS CONTROLLED SUBSTANCE (11377(A) HS )
     State Offense Code  35172
```

```
                  Severity  Felony
------------------------------------------------------------------------
Court Disposition      (Cycle 043)
Court Case Number      XSEVA12000301
Final Disposition Date 2011-06-28
Court Agency           CA019293J CASCLOS ANGELES NORWALK
Subject's Name         VARGAS,MARTIN ARREALLO
Charge                 1
              Statute  POSSESS CONTROLLED SUBSTANCE (11377(A) HS )
   State Offense Code  35172
             Severity  Felony
          Disposition  (CONVICTED COMMITTED TO PRISON)
       Court Comment   (2011-07-02) FOR CERT INFO SEE AUTOMATED
                       ARCHIVE SYS
       Court Comment   CONVICTION CERTIFIED BY JOHN A CLARKE,EXECUTIVE
                       OFFICER CLERK,CASCLOS ANGELES NORWALK
       Court Comment   COURT ACTION
------------------------------------------------------------------------
Sentencing             (Cycle 043)
Sentence               003 YEARS PRISON
============================== Cycle 044 ==============================
Earliest Event Date    2011-07-28----------------------------------------------------------------------------
Sentencing             (Cycle 044)
Sentence               003 YEARS PRISON

------------------------------------------------------------------------
Corrections            (Cycle 044)
Supervision Date       2011-07-28
Corrections Agency     CA015045C CASDCORR DELANO
Subject's Name         VARGAS,MARTIN
    Supervision Case Number  V93713
    Correction Action  CDC CUSTODY
Charge                 1
              Statute  VIOLATION OF PAROLE ( )
   State Offense Code  50071
             Severity  Unknown
Charge                 2
              Statute  POSSESS CONTROLLED SUBSTANCE (11377(A) HS )
   State Offense Code  35172
             Severity  Unknown
   Correction Comment  CDC CUSTODY
   Correction Comment  CRT CASE VA12000301
============================== Cycle 045 ==============================
Earliest Event Date    2013-04-11
------------------------------------------------------------------------
Arrest Date            2013-04-11
Arrest Case Number     3524778-01249172
Arresting Agency       CA0190050 CASOLA INMATE RECEP CTR
Subject's Name         VARGAS,MARTIN
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             PHOTO AVAILABLE
Charge                 1
              Statute  POST RELEASE COMMUNITY SUPV VIOLATION (3455 PC )
   State Offense Code  50176
             Severity  Other
============================== Cycle 046 ==============================
Earliest Event Date    2013-05-03
------------------------------------------------------------------------
Arrest Date            2013-05-03
Arrest Case Number     3548624-01249172
Arresting Agency       CA0190013 CASOLA LAKEWOOD
Subject's Name         VARGAS,MARTIN ARELLANO
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             PHOTO AVAILABLE
Charge                 1
              Statute  VIOLATION OF PAROLE:FELONY (3056 PC )
   State Offense Code  50075
             Severity  Felony
============================== Cycle 047 ==============================
```

```
Earliest Event Date      2015-12-19
-----------------------------------------------------------------
Arrest Date              2015-12-19
Arrest Case Number       4529626-01249172
Arresting Agency         CA0196900 CAPDSOUTH GATE
Subject's Name           VARGAS,MARTIN ARELLANO
Comment(s)               (2016-04-11) FOR DISPO CHRG INFO SEE AUTO
                         ARCHIVE SYS
Comment(s)               (2016-04-11) PROS REL-DET ONLY-INADMISS SEARCH
                         &amp; SEIZ
Comment(s)               ARREST/DETAINED/CITED
Comment(s)               PHOTO AVAILABLE
Charge                   1
               Statute   POSSESS CNTL SUBSTANCE (11377(A) HS )
    State Offense Code   35353
              Severity   Misdemeanor
           Disposition   ( 2015-12-19; PROS REL-DET ONLY-LACK OF SUFF
                         EVID)
Charge                   2
               Statute   POSSESS UNLAW PARAPHERNALIA (11364(A) HS )
    State Offense Code   35402
              Severity   Misdemeanor
           Disposition   ( 2015-12-19; PROS REL-DET ONLY-LACK OF SUFF
                         EVID)
============================== Cycle 048 ==============================
Earliest Event Date      2016-09-14
-----------------------------------------------------------------
Arrest Date              2016-09-14
Arrest Case Number       4779879-01249172
Arresting Agency         CA0190900 CAPDBELL GARDENS
Subject's Name           VARGAS,MARTIN ARELLANO
Comment(s)               (2016-10-17) FOR DISPO CHRG INFO SEE AUTO
                         ARCHIVE SYS
Comment(s)               (2016-10-17) PROS REL-DET ONLY-LACK OF SUFF EVID
Comment(s)               ARREST/DETAINED/CITED
Comment(s)               PHOTO AVAILABLE
Charge                   1
               Statute   POSSESS NARC CONTROL SUBSTANCE (11350(A) HS )
    State Offense Code   35422
              Severity   Misdemeanor
Charge                   2
               Statute   POSSESS UNLAW PARAPHERNALIA (11364(A) HS )
    State Offense Code   35402
              Severity   Misdemeanor
============================== Cycle 049 ==============================
Earliest Event Date      2017-02-22
-----------------------------------------------------------------
Arrest Date              2017-02-22
Arrest Case Number       4915462-01249172
Arresting Agency         CA0196900 CAPDSOUTH GATE
Subject's Name           VARGAS,MARTIN ARELLANA
Comment(s)               ARREST/DETAINED/CITED
Comment(s)               PHOTO AVAILABLE
Charge                   1
               Statute   POSSESS UNLAWFUL PARAPHERNALIA (11364(A) HS )
    State Offense Code   35423
              Severity   Misdemeanor
-----------------------------------------------------------------
Court Disposition        (Cycle 049)
Court Case Number        DOW7DN0378801
Final Disposition Date   2018-08-07
Court Agency             CA019093J CASCDOWNEY
Subject's Name           VARGAS,MARTIN
Charge                   1
               Statute   POSSESS CONTROL SUBSTANCE PARAPHERNA (11364 HS )
    State Offense Code   35133
              Severity   Misdemeanor
           Disposition   (CONVICTED-JAIL)
    Court Comment   CONVICTION CERTIFIED BY SHERRI R
```

```
                     CARTER,EXECUTIVE OFFICER·CLERK,CASCDOWNEY
    Court Comment   COURT ACTION
    Court Comment   FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
----------------------------------------------------------------
Sentencing             (Cycle 049)
Sentence               021 DAYS JAIL
============================== Cycle 050 ==============================
Earliest Event Date    2018-06-14
----------------------------------------------------------------
Arrest Date            2018-06-14
Arrest Case Number     5340225-01249172
Arresting Agency       CA0196900 CAPDSOUTH GATE
Subject's Name         GARCIA,ERIC
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             PHOTO AVAILABLE
Charge                 1
            Statute    SHOPLIFTING (459.5 PC )
    State Offense Code  23211
            Severity   Misdemeanor
----------------------------------------------------------------
Court Disposition      (Cycle 050)
Court Case Number      DOWVA14818701
Final Disposition Date 2018-09-04
Court Agency           CA0019093J CASCDOWNEY
Subject's Name         VARGAS,MARTIN
Charge                 1
            Statute    SHOPLIFTING (459.5 PC )
    State Offense Code  23212
            Severity   Unknown
         Disposition   (DISMISSED/DUE TO DELAY)
    Court Comment   COURT ACTION
============================== Cycle 051 ==============================
Earliest Event Date    2018-07-28
----------------------------------------------------------------
Arrest Date            2018-07-28
Arrest Case Number     5378940-01249172
Arresting Agency       CA0190002 CASOLA EAST LOS ANGELES
Subject's Name         VARGAS,MARTIN ARELLANO
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             PHOTO AVAILABLE
Comment(s)             WARRANT DOW7DN0378801
Comment(s)             WARRANT DOWVA14814501
Comment(s)             WARRANT DOWVA14818701
Charge                 1
            Statute    FT/REG/ETC:FEL SEX OFF/PR (290(B) PC )
    State Offense Code  36215
            Severity   Felony
Charge                 2
            Statute    SHOPLIFTING (459.5 PC )
    State Offense Code  23212
            Severity   Felony
         Disposition   (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
Charge                 3
            Statute    SHOPLIFTING (459.5 PC )
    State Offense Code  23212
            Severity   Felony
         Disposition   (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
Charge                 4
            Statute    POSSESS CONTROL SUBSTANCE PARAPHERNA (11364 HS )
    State Offense Code  35133
            Severity   Misdemeanor
         Disposition   (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
============================== Cycle 052 ==============================
Earliest Event Date    2018-10-01----------------------------------------------------------------
Sentencing             (Cycle 052)
Sentence               016 MONTHS PRISON

----------------------------------------------------------------
Corrections            (Cycle 052)
```

```
Supervision Date          2018-10-01
Corrections Agency        CA015045C CASDCORR DELANO
Subject's Name            VARGAS,MARTIN ARREALLO
     Supervision Case Number  BH4463
      Correction Action  CDC CUSTODY
Charge                    1
              Statute  FT/REG/ETC:FEL SEX OFF/PR (290(B) PC )
     State Offense Code  36215
             Severity  Unknown
     Correction Comment  CDC CUSTODY
     Correction Comment  CRT CASE VA148145


********************  NON CRIMINAL INFORMATION  ********************

***********************  INDEX OF AGENCIES  ***********************

Agency               CASDCORR TEHACHAPI; CA015015C;

-----------------------------------------------------------------
Agency               CASDCORR DELANO; CA015045C;

-----------------------------------------------------------------
Agency               CASOLOS ANGELES; CA0190000;

-----------------------------------------------------------------
Agency               CASOLA EAST LOS ANGELES; CA0190002;

-----------------------------------------------------------------
Agency               CASOLA LAKEWOOD; CA0190013;

-----------------------------------------------------------------
Agency               CASOLA INMATE RECEP CTR; CA0190050;

-----------------------------------------------------------------
Agency               CACJLOS ANGELES; CA0190053;

-----------------------------------------------------------------
Agency               CASOLA CENTURY; CA01900V3;

-----------------------------------------------------------------
Agency               CAPDBELL GARDENS; CA0190900;

-----------------------------------------------------------------
Agency               CASDCORR LANCASTER; CA019105C;

-----------------------------------------------------------------
Agency               CAPDDOWNEY; CA0192000;

-----------------------------------------------------------------
Agency               CAPDSOUTH GATE; CA0196900;

-----------------------------------------------------------------
Agency               CARAOTHER LOS ANGELES CO; CA0199999;

-----------------------------------------------------------------
Agency               CASOSANTA ANA; CA0300000;

-----------------------------------------------------------------
Agency               CAPDANAHEIM; CA0300100;

-----------------------------------------------------------------
Agency               CASORIVERSIDE; CA0330000;

-----------------------------------------------------------------
Agency               CADARIVERSIDE; CA033013A;

-----------------------------------------------------------------
Agency               CASDCORRECTIONS; CA034015F;
```

```
------------------------------------------------------------------------
Agency                      CASOSAN BERNARDINO; CA0360000;


------------------------------------------------------------------------
Agency                      CASPCHINO; CA036015C;


------------------------------------------------------------------------
Agency                      CAPASAN BERNARDINO CO; CA036025G;


------------------------------------------------------------------------
Agency                      CASOSAN DIEGO; CA0370000;


------------------------------------------------------------------------
Agency                      CASDCORR RJ DONOVAN RECEP; CA037025C;


------------------------------------------------------------------------
Agency                      CASDCORR JAMESTOWN; CA055015C;


------------------------------------------------------------------------
Agency                      CASCLOS ANGELES COMPTON; CA019293J;


------------------------------------------------------------------------
Agency                      CASCLOS ANGELES NORWALK; CA019293J;


------------------------------------------------------------------------
Agency                      CASCDOWNEY; CA019093J;


------------------------------------------------------------------------
Agency                      CASCFULLERTON; CA030073J;


------------------------------------------------------------------------
Agency                      CASCMCRIVERSIDE; CA033023J;


------------------------------------------------------------------------
Agency                      CASCVICTORVILLE; CA036013J;


------------------------------------------------------------------------
Agency                      CAMCVICTORVILLE; CA036053J;


      * * * END OF RECORD * * *
NCICWS ID:NLETS
NCICWS Correlation ID:
End State Response: CALIFORNIA
------------------------------------------------------------------------
```