# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARTIN VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,

Plaintiff,

v.

UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,

Defendants.

Case No. 5:23-cv-00380-JWH-SP

**ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE CORRECTED DECLARATION OF GIL O. MONTES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

After considering the papers submitted and the argument of counsel therein, and good cause being shown, it is hereby **ORDERED** as follows:

1.      Defendant's Unopposed *Ex Parte* Application to File Corrected Declaration of Gil O. Montes in Support of Defendant's Motion to Dismiss is **GRANTED**.

2.      The prior version of the Declaration of Gil O. Montes and its Exhibit D that Defendant had filed as Dkt. 50-1 on June 29, 2023, is **STRICKEN**, and the Clerk is **DIRECTED** to seal that docket entry.

3.      Defendant is **DIRECTED** to file, no later than August 11, 2023, the Corrected Declaration of Gil O. Montes and its Exhibit D.

**IT IS SO ORDERED.**

Dated: _____August 7, 2023_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-