UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. 5:23-cv-00380-JWH-SPx | Date September 13, 2023 |
| Title *Martin Vargas v. United States of America, et al.* | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Erica Bustos for Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Stacy Eva Tolchin
Matthew S. Vogel
Megan A. Brewer
Khaled Alrabe
Laboni A. Hoq

Attorney(s) Present for Defendant(s):
Shaina C. St. John
Susan E. Coleman
Peter Bertling

**Proceedings:   HEARING RE:  DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS [ECF No. 50]; SCHEDULING CONFERENCE**

Counsel state their appearances.  The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.  For the reasons stated on the record, the Court takes the Motion [ECF. 50] under submission.

A jury trial and bench trial schedule is **SET**.  The Court will issue a separate Scheduling Order.

**IT IS SO ORDERED.**