1  Stacy Tolchin
2  *Email: Stacy@Tolchinimmigration.com*
   Megan Brewer
3  *Email: Megan@Tolchinimmigration.com*
4  Law Offices of Stacy Tolchin
   776 E. Green St., Suite 210
5  Pasadena, CA 91101
6  Telephone: (213) 622-7450
   Facsimile: (213) 622-7233
7

8  Matthew Vogel (admitted *pro hac vice*)
   *Email: matt@nipnlg.org*
9  Amber Qureshi (admitted *pro hac vice*)
10 *Email: amber@nipnlg.org*
   National Immigration Project of the National Lawyers Guild (NIPNLG)
11 2201 Wisconsin Ave NW, Suite 200
12 Washington, DC 20007
   Telephone: (202) 470-2082
13 Facsimile: (617) 227-5495

14
   (*continued on next page*)
15

16              **UNITED STATES DISTRICT COURT**

17           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano, | Case No. 5:23-cv-00380-JWH-SP |
| 19 | Honorable Sheri Pym |
| 20      Plaintiff, | **DISCOVERY MOTION** |
| 21 | |
| 22      v. | **PLAINTIFF'S NOTICE OF MOTION TO COMPEL DEFENDANT THE GEO GROUP'S FURTHER PRODUCTION OF DOCUMENTS AND AMENDED INTERROGATORY RESPONSES** |
| 23  UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC. | |
| 24 | |
| 25      Defendants. | |
| 26 | **JOINT STIPULATION AND DECLARATIONS OF LABONI A. HOQ, SUSAN E. COLEMAN AND EXHIBITS THERETO FILED** |
| 27 | |
| 28 | |

1

|   |   |
|---|---|
| | **CONCURRENTLY**<br><br>Hearing Date: April 9, 2024<br>Hearing Time: 10:00 a.m.<br>Location: via court's posted Zoom webinar<br>Jury Pre-Trial Conference: November 22, 2024<br>Jury Trial Date: December 9, 2024<br>Discovery Cut-Off: July 26, 2024 |

Laboni A. Hoq
*Email: laboni@hoqlaw.com*
Hoq Law APC
P.O. Box 753
Pasadena, CA  91030
Telephone: (213) 973-9004

Attorneys for Plaintiff

2

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on April 9, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, Courtroom 4, 3rd Floor, in the courtroom of the Honorable Sheri Pym, via the Court's posted Zoom webinar, Plaintiff will and hereby does move the Court pursuanto to Fed. R. Civ. Proc. 37 and Local Rule 37 *et seq.* for an order compelling Defendant The Geo Group, Inc. to further respond to Plaintiff's Request for Production of Documents, Sets One and Two ("RFP"), and Plaintiff's Interrogatories, Sets One and Two ("Rog"), including by producing further documents in response to RFP Nos. 1, 2, 4, 8-9, 11-19, 21, 24, 25-28, 29, 30, and amended written responses to Rog Nos. 5, 11, 12, 14, 17, 21. Plaintiff also requests that he be awarded attorenys' fees of $ 20,000, as reasonable expenses incurred in bringing this Motion pursuant to Rule 37(a)(5)(A). *See* Hoq Decl. ¶36.

Plaintiff has met the pre-filing conference of counsel and preparation of joint stipulation requirements contained in Federal Rule of Civil Procedure 37 and Local Rule 37 *et al. See* Declaration of Laboni Hoq, ("Hoq Decl.") ¶¶ 2, 9, 13-14.

This Motion is based on this Notice of Motion and Motion, the Joint Stipulation filed herewith, the Hoq Decl., Plaintiff's forthcoming Supplemental Memorandum of Law, and upon such other matters as may be presented to the Court at the time of the hearing.

February 29, 2024                    HOQ LAW APC

                                     By:  /s/ *Laboni Hoq*
                                          Laboni Hoq

                                     Attorneys for Plaintiff
                                     MARTIN VARGAS