UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>Honorable Sheri Pym<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL THE GEO GROUP'S FURTHER PRODUCTION OF DOCUMENTS AND AMENDED INTERROGATORY RESPONSES** |

The Court, having considered the parties' Joint Stipulation to Continue the Hearing on Plaintiff's Motion to Compel The GEO Group Inc.'s Further Production of Documents and Amended Interrogatory Responses [Dkt. No. 68], and good cause appearing therefore,

IT IS HEREBY ORDERED that the Hearing on Plaintiff's Motion [Dkt. No. 68] shall be continued to April 30, 2024 at 10:00 a.m.

Dated: March 18, 2024

_____

HONORABLE SHERI PYM
U.S. MAGISTRATE JUDGE