UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano, | Case No. 5:23-cv-00380-JWH-SP |
|---|---|
| | Honorable Sheri Pym |
| Plaintiff, | |
| | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL WELLPATH'S FURTHER PRODUCTION OF DOCUMENTS AND AMENDED INTERROGATORY RESPONSES** |
| v. | |
| UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC. | |
| Defendants. | |

1

The Court, having considered the parties' Joint Stipulation to Continue the Hearing on Plaintiff's Motion to Compel Wellpath's Further Production of Documents and Amended Interrogatory Responses [Dkt. No. 70], and good cause appearing therefore,

IT IS HEREBY ORDERED that the Hearing on Plaintiff's Motion [Dkt. No. 70] shall be continued to April 30, 2024 at 10:00 a.m.

Dated: March 25, 2024

_____
HONORABLE SHERI PYM
U.S. MAGISTRATE JUDGE

2