1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>　　　Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT USA'S SECOND MOTION TO DISMISS**<br><br>Honorable John W. Holcomb<br>United States District Judge |

1

The Court, having considered the parties' Joint Regarding Hearing and Briefing Schedule on Defendant USA's Second Motion to Dismiss, and good cause appearing therefore, it is hereby **ORDERED** as follows:

1. Defendant United States of America shall file its motion to dismiss or a responsive pleading by March 29, 2024.
2. Plaintiff shall file his opposition to the motion to dismiss by April 12, 2024.
3. Defendant shall file its reply to the motion to dismiss by April 26, 2024.
4. Defendant's forthcoming motion to dismiss shall be **SET** for hearing on May 10, 2024, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 29, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2