UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-00380-JWH-SPx | Date | May 10, 2024 |
|---|---|---|---|

| Title | *Martin Vargas v. United States of America, et al.* |
|---|---|

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stacy Eva Tolchin | Shaina C. St. John |
| Megan A. Brewer | |
| Khaled Alrabe | |
| Laboni A. Hoq | |

**Proceedings:    HEARING RE:  DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [80]**

Counsel state their appearances.  The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.  For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.    The motion [ECF No. 80] is taken **UNDER SUBMISSION.**

2.    The Bench Trial is **CONTINUED** from Friday, January 24, 2024, to Monday, January 27, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**