# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>    Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>Honorable John W. Holcomb<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DISCOVERY CUTOFF, TRIAL DATE AND RELATED PRE-TRIAL DEADLINES** |

1

Having considered the Plaintiff's Motion to Amend the Scheduling Order to Extend the Discovery Cutoff, Trial Date and Related Pre-Trial Deadlines, Defendants' Oppositions, and any argument of counsel the hearing on the matter, and for good cause shown, the Court GRANTS the motion and ORDERS that the Civil Trial Scheduling Order shall be modified to extend the certain deadlines by three months as follows:

| Docket Description | Original Date | Amended Date |
| --- | --- | --- |
| Deadline for Initial Designation of Expert Witnesses | 6/28/24 | 9/27/24 |
| Deadline for Designation of Rebuttal Expert Witnesses | 7/10/24 | 10/9/24 |
| All Discovery Cut-Off (including hearing of discovery motions) | 7/26/24 | 10/25/24 |
| Deadline for Hearing on Motions *in Limine* | 11/15/24 at 9:00 a.m. | 2/14/25 at 9:00 a.m. |
| Final Pretrial Conference | 11/22/24 at 1:00 p.m. | 2/21/25 at 1:00 p.m. |
| Jury Trial | 12/09/24 at 9:00 a.m. | 3/10/25 at 9:00 a.m. |
| Final Pretrial Conference for Bench Trial | 1/10/25 at 1:00 p.m. | 4/14/25 at 1:00 p.m. |
| Bench Trial | 1/27/25 at 9:00 a.m. | 4/28/25 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: _____                        _____
                                             Hon. John W. Holcomb
                                             UNITED STATES DISTRICT JUDGE

2