E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SHAINA C. ST JOHN (Cal. Bar No. 292643)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2933
    Facsimile:  (213) 894-7819
    E-mail: Shaina.StJohn@usdoj.gov

Attorneys for Defendant
the United States of America

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>    Defendants. | No. 5:23-cv-00380-JWH-SP<br><br>**STIPULATION FOR REVISED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER [DKT. 102] AND TO EXTEND EXPERT DISCOVERY AND DISPOSITIVE MOTION HEARING DEADLINES**<br><br>([Proposed] Order filed concurrently herewith.)<br><br>Honorable John W. Holcomb<br>United States District Judge |

Plaintiff Martin Vargas ("Plaintiff") and Defendant the United States of America (together, the "Parties"), by and through their undersigned counsel, agree, with the approval of the Court, to a revised briefing schedule for Plaintiff's Motion to Amend the Scheduling Order [Dkt. 102] (the "Motion"):

1. The United States shall have until June 14, 2024 to file any Opposition to Plaintiff's Motion.

2. Plaintiff shall have until June 21, 2024 to file any Reply in support of his Motion.

3. In light of the July 26, 2024 discovery cutoff (Dkt. 63), Plaintiff's Motion shall be heard on a shortened timeframe on June 28, 2024 at 9:00 a.m.

4. Should the Court deem the Motion proper for determination without oral argument, Plaintiff requests that the June 28, 2024 hearing be vacated and the Motion determined on the papers filed by the Parties. The United States does not oppose Plaintiff's request, should the Court deem the Motion proper for determination without oral argument.

5. Defendant Wellpath does not oppose Plaintiff's Motion to Amend the Scheduling Order [Dkt. 102].

6. Defendant GEO takes no position on Plaintiff's Motion to Amend the Scheduling Order [Dkt. 102].

7. Because the hearing on the Motion falls on the Parties' deadline to designate experts, the Parties also stipulate to moving the deadline for initial expert disclosures to July 12, 2024, rebuttal expert disclosures to July 24, 2024, close of expert discovery to August 30, 2024, and the dispositive motion hearing cut-off to November 8, 2024.

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: June 5, 2024 | Law Offices of Stacy Tolchin |
| 3 |   |   |
| 4 |   | /s/ Stacy Tolchin<br>STACY TOLCHIN |
| 5 |   | Attorneys for Plaintiff<br>MARTIN VARGAS |
| 6 |   |   |
| 7 | Dated: June 5, 2024 | Burke, Williams & Sorensen LLP |
| 8 |   |   |
| 9 |   | /s/ Susan E. Coleman<br>SUSAN E. COLEMAN |
| 10 |   |   |
| 11 |   | Attorneys for Defendant<br>The GEO Group, Inc. |
| 12 |   |   |
| 13 | Dated: June 5, 2024 | Bertling Law Group Inc. |
| 14 |   |   |
| 15 |   | /s/ Jemma A Parker Saunders<br>JEMMA A PARKER SAUNDERS |
| 16 |   |   |
| 17 |   | Attorneys for Defendant<br>Wellpath, LLC |
| 18 |   |   |
| 19 | Dated: June 5, 2024 | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section, Civil Division |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 |   | /s/ Shaina C. St John<br>SHAINA C. ST JOHN<br>Assistant United States Attorney |
| 25 |   |   |
| 26 |   | Attorneys for Defendant United States of America |
| 27 |   |   |
| 28 |   |   |

**ATTESTATION OF FILER**

    I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 5, 2024                  */S/ Shaina C. St John*
                                               SHAINA C. ST JOHN
                                               Assistant United States Attorney