# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>    Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER GRANTING STIPULATION FOR REVISED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER [DKT. 102] AND TO EXTEND EXPERT DISCOVERY AND DISPOSITIVE MOTION HEARING DEADLINES** |

On June 4, 2024, Plaintiff Martin Vargas ("Plaintiff") and Defendant the United States of America filed a Stipulation to Revise the Briefing Schedule for Plaintiff's Motion to Amend the Scheduling Order (the "Stipulation"). The Court, having reviewed the Stipulation, hereby **ORDERS** as follows:

1. The United States shall have until June 14, 2024, to file any Opposition to Plaintiff's Motion to Amend the Scheduling Order.

2. Plaintiff shall have until June 21, 2024, to file any Reply in support of his Motion to Amend the Scheduling Order.

3. Plaintiff's Motion to Amend the Scheduling Order shall be heard on June 28, 2024, at 9:00 a.m.

4. The deadline for the Parties to make initial expert disclosures is **CONTINUED** to July 12, 2024.

5. The deadline for the Parties to make rebuttal expert disclosures is **CONTINUED** to July 24, 2024.

6. The expert discovery cutoff is **CONTINUED** to August 30, 2024.

7. The dispositive motion hearing cut-off is **CONTINUED** to November 8, 2024.

**IT IS SO ORDERED.**

Dated:  June 6, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-