# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARTIN VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,

           Plaintiff,

    v.

UNITED STATES OF AMERICA, GEO GROUP, and WELLPATH, LLC,

           Defendants.

Case No. 5:23-cv-00380-JWH-SP

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER [ECF No. 102]**

Before the Court is the Motion of Plaintiff Martin Vargas to amend the Scheduling Order.[1]  Specifically, Vargas seeks a three-month extension of all remaining dates in the case schedule.[2]  Defendant United States opposes the extension and expansion of discovery but does not oppose the extension of other dates.[3]

## I.  BACKGROUND

This case arises from the death of Martin Vargas Arellano, an immigration detainee who was in custody at the ICE Adelanto Processing Center.  Plaintiff Vargas is Arellano's son.  The parties are familiar with the facts and procedural posture of the case.

In his operative Second Amended Complaint, Vargas seeks damages against the United States—the appropriate defendant under the Federal Tort Claims Act (the "FTCA").  *See* 28 U.S.C. § 1346(b).[4]  Specifically, Vargas asserts the following claims for relief against the United States:

- negligence pursuant to the FTCA (the first claim);
- negligent infliction of emotional distress pursuant to the FTCA (the second claim);
- intentional infliction of emotional distress pursuant to the FTCA (the third claim);
- false arrest/imprisonment pursuant to the FTCA (the fourth claim); and

---

[1]     Pl.'s Mot. to Amend the Scheduling Order (the "Motion") [ECF No. 102].

[2]     *See generally id.*

[3]     Def.'s Opp'n to Motion (the "Opposition") [ECF No. 110].

[4]     Second Am. Complaint (the "Amended Complaint") [ECF No. 71] ¶ 19.

- wrongful death (the eighth claim, which Vargas also asserts against Defendants The Geo Group and Wellpath, LLC).[5]

The Court issued its operative Scheduling Order in September 2023, which set the dates and deadlines as follows:[6]

- Deadline for Initial Designation of Expert Witnesses: 6/28/24;
- Deadline for Designation of Rebuttal Expert Witnesses: 7/10/24;
- All Discovery Cut-Off (including hearing of discovery motions): 7/26/24;
- Last day to Conduct Settlement Conference: 8/23/24;
- Dispositive Motion Hearing Cut-Off: 10/04/24;
- Deadline for Hearing on Motions *in Limine*: 11/15/24 at 9:00 a.m.;
- Final Pretrial Conference: 11/22/24 at 1:00 p.m.;
- Jury Trial: 12/09/24 at 9:00 a.m.;
- Final Pretrial Conference for Bench Trial: 1/10/25 at 1:00 p.m.; and
- Bench Trial: 1/24/25 at 9:00 a.m.[7]

In February 2024, the Court granted in part and denied in part the United States' First Motion to Dismiss Vargas's First Amended Complaint.[8]  In May 2024, the Court conducted a hearing regarding the United States' Second Motion to Dismiss; the Court took that motion under submission.[9]  Finally, in June 2024, the parties stipulated to extend certain dates and deadlines,[10] and the

---

[5]     *See generally id.*

[6]     Civil Tr. Scheduling Order (the "Scheduling Order") [ECF No. 63].

[7]     *Id.*

[8]     Order Granting in Part and Den. in Part Def.'s Mot. to Dismiss [ECF No. 67]; *see also* Mot. to Dismiss Case [ECF No. 50].

[9]     *See* Def.'s Mot. to Dismiss the Amended Complaint [ECF No. 80].

[10]    Stipulation for Order for Revised Briefing Schedule and to Extend Deadlines [ECF No. 103].

Court granted that stipulation.[11]  The remaining dates and deadlines are currently schedules as follows:

- Deadline for Initial Designation of Expert Witnesses:  7/12/2024;
- Deadline for Designation of Rebuttal Expert Witnesses:  7/24/2024;
- All Non-expert Discovery Cut-Off (including hearing of discovery motions):  7/26/24;
- Last day to Conduct Settlement Conference:  8/23/24;
- Expert Discovery Cut-off:  8/30/2024;
- Dispositive Motion Hearing Cut-Off:  11/8/2024;
- Deadline for Hearing on Motions *in Limine*:  11/15/24 at 9:00 a.m.;
- Final Pretrial Conference:  11/22/24 at 1:00 p.m.;
- Jury Trial:  12/09/24 at 9:00 a.m.;
- Final Pretrial Conference for Bench Trial:  1/10/25 at 1:00 p.m.; and
- Bench Trial:  1/24/25 at 9:00 a.m.[12]

Vargas seeks to extend all dates and deadlines from the Scheduling Order (pre-stipulated changes) by three months.[13]  The United States does not oppose extending any dates ***except*** general discovery, arguing that Vargas "does not establish good cause to extend and expand discovery" and, therefore, that the deadlines should be extended only to allow for production of existing discovery requests, not new discovery requests.[14]

## II.  LEGAL STANDARD

The Court may modify its Scheduling Order for good cause.  *See* Fed. R. Civ. P. 16(b)(4).  In determining whether good cause exists, the Court

---

[11]  Order Granting Stipulation [ECF No. 104].

[12]  *See id.*; Scheduling Order.

[13]  *See generally* Motion.

[14]  *See generally* Opposition.

"'primarily considers the diligence of the party seeking the amendment.'" *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013), *aff'd sub nom. Oneok, Inc. v. Learjet, Inc.*, 575 U.S. 373 (2015) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).  The Court may also "take into account any prejudice to the party opposing modification of the scheduling order." *Id.*

### III.  ANALYSIS

In this case, Vargas has twice moved to compel discovery from Defendants Wellpath and GEO Group.[15]  Both of Vargas's motions to compel were granted, either in full or in large part:  GEO Group was ordered to produce certain materials by June 7, 2024, and Wellpath was ordered to produce certain materials by May 31, 2024, and to pay $5,500 in sanctions.[16]  In his instant Motion, Vargas asserts that the parties need additional time for Defendants to complete their production, including in response to the orders granting Vargas's motions to compel.[17]  Vargas asserts that the need to amend the Scheduling Order mainly involves Defendants Wellpath and GEO Group—who do not oppose the Motion—but Vargas argues that the United States is also implicated;[18] Vargas has filed a third motion to compel the United States to complete discovery, which is currently pending before Magistrate Judge Pym.[19]

---

[15]   Pl.'s Mot. to Compel the GEO Group [ECF No. 68]; Pl.'s Mot. to Compel Wellpath [ECF No. 70]; Suppl. to Mot. to Compel GEO Group [ECF No. 85].

[16]   *See* Order Granting in Large Part Pl.'s Mot. to Compel GEO Group [ECF No. 98]; Order Granting Pl.'s Mot. to Compel Wellpath [ECF No. 99] (collectively, the "Orders Compelling Discovery").

[17]   *See generally* Motion.

[18]   *Id.*

[19]   Pl.'s Mot. to Compel. United States [ECF No. 111].

The United States argues that Vargas was not diligent in moving to compel discovery because, while he propounded discovery in June 2023, he did not move to compel with respect to his discovery requests until February and March 2024 for GEO and Wellpath, and June 2024 for the United States.[20]  But Magistrate Judge Pym's two Orders Compelling Discovery undermine the United States's argument:  they detail Vargas's extensive off-the-docket efforts to address the parties' discovery disputes before Vargas ultimately moved to compel.[21]  The Court agrees with Vargas that, under these circumstances, good cause exists to amend the Scheduling Order.  *See* Fed. R. Civ. P. 16(b)(4).

## IV.  DISPOSITION

For the foregoing reasons, the Court hereby **ORDERS** as follows:

1.      Vargas's instant Motion is **GRANTED**.

2.      The case schedule is **AMENDED** as follows:

     a.      Deadline for Initial Designation of Expert Witnesses: 10/4/2024;

     b.      Deadline for Designation of Rebuttal Expert Witnesses: 10/18/2024;

     c.      All Discovery Cut-Off (including hearing of discovery motions): 11/1/2024;

     d.      Last day to Conduct Settlement Conference:  11/29/2024;

     e.      Dispositive Motion Hearing Cut-Off:  1/10/2025;

     f.      Deadline for Hearing on Motions *in Limine*:  2/14/2025 at 9:00 a.m.;

     g.      Final Pretrial Conference for Jury Trial:  2/21/2025 at 1:00 p.m.;

---

[20]      Opposition 5:17-6:2.

[21]      *See generally* Orders Compelling Discovery.

h.      Jury Trial:  3/10/2025 at 9:00 a.m.;

i.      Final Pretrial Conference for Bench Trial:  4/11/2025 at 1:00 p.m.; and

j.      Bench Trial:  4/28/25 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:      June 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE