# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>        Defendants. | Case No. 5:23-cv-00380-JWH-SPx<br><br>Honorable Sheri Pym<br><br>**DISCOVERY MOTION**<br><br>**ORDER GRANTING PLAINTIFF'S AMENDED UNOPPOSED EX PARTE APPLICATION FOR ENTRY OF ORDER UNDER THE PRIVACY ACT FOR PLAINTIFF'S INTERROGATORIES (SET FOUR) NUMBERS 19 AND 20** |

Before this Court is Plaintiff's Unopposed Ex Parte Application for Entry of an Order Under the Privacy Act for Plaintiff's Interrogatories (Set Four) Numbers 19 and 20. Plaintiff's Application is GRANTED and the Court issues an order under the Privacy Act, 5 U.S.C. § 552a(b)(11).

Defendant shall produce Gabriel A. Valdez's last known address and date of birth in an amended response to Plaintiff's Interrogatories (Set Four) Numbers 19 and 20, and shall produce all documents on which the responses rely. The July 10, 2023 Protective Order (Dkt # 54) shall apply to the disclosed information.

Dated: July 24, 2024

_____
HONORABLE SHERI PYM
U.S. MAGISTRATE JUDGE