E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SHAINA C. ST JOHN (Cal. Bar No. 292643)
ERIN CHOI (Cal. Bar No. 342323)
Assistant United States Attorneys
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:  (213) 894-2933/-7354
        Facsimile: (213)894-7819
        E-mail: Shaina.StJohn@usdoj.gov
        E-mail: Erin.Choi@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>        Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>***Discovery Matter***<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT UNITED STATES TO COMPLY WITH COURT ORDER (DKT. 133)**<br><br>[Declaration of Erin Choi; [Proposed] Order filed concurrently]<br><br>Current Deadline: September 20, 2024<br>Proposed Deadline: October 1, 2024<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

1

Following the Parties' conference on September 16, 2024, Plaintiff Martin Vargas ("Plaintiff") and Defendant United States of America ("Defendant" or the "United States") (together the "Parties"), stipulate and request to continue the deadline for the United States to comply with the Court Order dated September 4, 2024 (Dkt. 133) from September 20, 2024 to October 1, 2024 as to the documents related to OIG and Corey A. Price.[1]

As background, the United States currently anticipates producing the records relating to ICE and CRCL by the original deadline of September 20, 2024. It is these two specific categories of documents—those relating to the OIG and to one custodian (Mr. Price)—for which an extension is requested.

This joint request for continuance of the deadlines for producing those specific documents is based on good cause, as discussed in the Declaration of Erin Choi filed herewith.

This is the first request for a continuance of the Court-ordered deadline relating to production of documents for the five ESI searches stemming from Plaintiff's motion to compel filed on June 18, 2024.

///

---

[1]    Plaintiff may be amenable to a further extension beyond October 1, 2024, for the documents related to OIG and Corey A. Price. The parties will confer if necessary.

Dated: September 17, 2024    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Erin Choi*
ERIN CHOI
SHAINA C. ST JOHN
Assistant United States Attorneys

Attorneys for Defendant
United States of America

Dated: September 17, 2024    LAW OFFICES OF STACY TOLCHIN

*/s/ Stacy Tolchin*
STACY TOLCHIN
MEGAN BREWER

Attorneys for Plaintiff
Martin Vargas

3

### DECLARATION OF ERIN CHOI

I, Erin Choi, state as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent Defendant United States of America ("Defendant"), in this action. I make this declaration based on my personal knowledge of the facts and circumstances set forth here.

2.    The United States has been endeavoring to produce documents in response to the Court's Order dated September 4, 2024 (Dkt. 133). I am informed and expect that most of the responsive documents can be produced by the September 20, 2024 deadline.

3.    It has become clear, however, that the United States cannot complete production of two specific document categories by the September 20, 2024 deadline, for reasons discussed below.

4.    On September 16, 2024, I met and conferred with counsel for Plaintiff, Stacy Tolchin, to discuss an extension of time to comply with Court Order dated September 4, 2024 (Dkt. 133). I relayed to Ms. Tolchin that based on my communications with the agency, I anticipated the United States will be able to produce documents relating to ICE and CRCL by the original deadline of September 20, 2024. However, the United States would require additional time to produce documents relating to the OIG (Office of Inspector General for the Department of Homeland Security) and Corey A. Price.

5.    Unlike ICE, the OIG was not a part of this litigation until recently, when Plaintiff requested OIG records and they were ordered produced by the Court Order on September 4, 2024. In addition, consistent with the fact that the OIG is an independent unit[2] relative to the rest of the Department of Homeland Security, the OIG has had a later start to learn about what the order required and to conduct the corresponding ESI search. Accordingly, compared to ICE, the OIG will need additional time to run the searches, review the records, and produce them.

---

[2]    For the OIG generally, see https://www.oig.dhs.gov/about.

6.      The reason for the delay in searching and producing documents relating to Corey A. Price was due to his having been misidentified by Plaintiff's counsel in their request as a CRCL custodian, rather than an ICE custodian. *See* letter dated August 7, 2024 by Plaintiff's counsel, Khaled Alrabe.  Dkt. 125-1, pp. 27, 30. This caused some delay.

7.      Ms. Tolchin agreed to an extension of up to and including October 1, 2024 and she indicated that Plaintiff may be amenable to a further extension beyond October 1, 2024, depending on the efforts made to search and produce the remaining documents relating to OIG and Corey A. Price. I anticipate that the Parties will confer if it is necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2024, at Los Angeles, California.


 */s/ Erin Choi*
ERIN CHOI

5