UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE FOR UNITED STATES TO COMPLY WITH COURT ORDER (DKT. 133)** |

Having read and considered the Parties' Joint Stipulation to Continue Deadline for United States to Comply with Court Order and finding good cause,

IT IS HEREBY ORDERED that the deadline for the United States to produce documents relating to Corey Price and OIG responsive to the ESI searches mandated by the Court Order dated September 4, 2024 (Dkt. 133) is continued from September 20, 2024 to October 1, 2024.

The court also notes that its September 4, 2024 order set a production deadline of September 20, 2024, "unless otherwise agreed by plaintiff or ordered by the court." Consequently, no court permission was required to extend the production deadline provided plaintiff agreed to it.

IT IS SO ORDERED.

DATED: September 23, 2024

HONORABLE SHERI PYM
United States Magistrate Judge

1