E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SHAINA C. ST JOHN (Cal. Bar No. 292643)
ERIN CHOI (Cal. Bar No. 342323)
Assistant United States Attorneys
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:   (213) 894-2933/-7354
        Facsimile: (213)894-7819
        E-mail: Shaina.StJohn@usdoj.gov
        E-mail: Erin.Choi@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>***Discovery Matter***<br><br>**JOINT STIPULATION TO MODIFY SCOPE OF ESI SEARCH COURT ORDER (DKT. 133)**<br><br>[Proposed] Order filed concurrently<br><br>Current Deadline: October 1, 2024<br>Proposed Deadline for Remaining Search Part 1: October 4, 2024<br>Proposed Deadline for Remaining Search Part 2: October 11, 2024<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

1

Following the Parties' conference on September 25, 2024, Plaintiff Martin Vargas ("Plaintiff") and Defendant United States of America ("Defendant" or the "United States") (together the "Parties"), stipulate to modify the scope of the ESI search mandated in Court Order dated September 4, 2024 (Dkt. 133) ("Court Order").

Plaintiff agrees that he is foregoing the searches pertaining to the Department of Homeland Security Office of Inspector General ("DHS OIG") mandated by the Court Order (Search Nos. 2 and 5) and instead replacing them with this modified search below. Plaintiff has proposed and the United States has agreed that DHS OIG will conduct a modified search of the official report file, which contains the documents that the OIG used as source documents to support statements made in the DHS OIG's report titled *ICE's Management of COVID-19 in its Detention Facilities Provides Lessons Learned for Future Pandemic Responses*, issued on September 7, 2021, in accordance with the conditions specified below.

The timeline for the modified search will be limited to a search for records dated September 2020 through October of 2020 and will be limited to the following search terms:

- ("Spot check" or "spotcheck") and "Adelanto"
- ("contract discrepancy report" or "CDR") and "Adelanto"
- ("COVID-19 facility checklist" or "covid facility checklist" or (covid /3 "facility checklist")) and "Adelanto"
- ("social distancing") and "Adelanto"
- "Martin Vargas Arellano" or "Vargas-Arellano" or (Martin /3 (Vargas OR Arellano))
- Variations of Mr. Vargas-Arellano's A number as specified in Search No. 5 of the Court Order dated September 4, 2024
- ("MVA") and "Adelanto"
- ("Mr. Vargas") and "Adelanto"

2

The Parties agree that the United States will produce documents collected from the modified search by October 11, 2024.

The United States' provision of material pursuant to this modified search **is not intended to and does not waive** any applicable privilege or other legal basis under which information may not be subject to production. The material will be redacted pursuant to any applicable privilege.

Dated: October 4, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


*/s/ Erin Choi*
ERIN CHOI
SHAINA C. ST JOHN
Assistant United States Attorneys

Attorneys for Defendant
United States of America


Dated: October 4, 2024          LAW OFFICES OF STACY TOLCHIN


*/s/ Stacy Tolchin*
STACY TOLCHIN
MEGAN BREWER

Attorneys for Plaintiff
Martin Vargas

3