UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>Honorable Sheri Pym<br><br>**DISCOVERY MOTION**<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT THE UNITED STATES TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS** |

1

The Court, having considered the parties' Joint Stipulation Regarding Plaintiff's Motion To Compel Defendant USA to Provide Further Responses to Plaintiff's Requests for Production of Documents, the Parties' Supporting Declarations and Exhibits Thereto, and the Parties' arguments at the hearing on this Motion, and good cause appearing therefore, Plaintiff's Motion is GRANTED as follows.

IT IS HEREBY ORDERED that:

USA is required to search for and produce documents responsive to RFP Nos. 22 and 57, including but not limited to the following documents:

(1) All ICE document retention policies applicable to ICE, GEO and Wellpath's operations at Adelanto in the period 2020 and 2021, including retention policies specific to preservation of video surveillance;

(2) All litigation hold, document preservation and/or document retention notices, instructions, and/or directions related to this case, and documents referencing all ICE, GEO and Wellpath staff who received copies of these notices, instructions and/or direction;

(3) All litigation hold, document preservation and/or document retention notices, instructions, and/or directions related to the case *Roman v Wolf*, 20-768-TJH (PVC), and documents referencing all ICE, GEO and Wellpath staff who received copies of these notices, instructions and/or direction;

(5) The March 30, 2021 OPLA email issuing a "Preservation Notice" related to the death of Mr. Vargas Arellano, and documents referencing all ICE, GEO and Wellpath staff who received copies of this Preservation Notice.

USA is further ordered to produce all video surveillance in its possession, custody or control responsive to Plaintiff's RFP Nos. 2, 3, 19, 21, 22, 31, 32, 33, 35, including but not limited to any video surveillance in the possession of DHS OIG and DHS CRCL.

Dated:                    _____
                          HONORABLE SHERI PYM
                          U.S. MAGISTRATE JUDGE