UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano, | Case No. 5:23-cv-00380-JWH-SP |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION (DKT. 147) TO MODIFY SCOPE OF ESI SEARCH COURT ORDER (DKT. 133)** |
| v. | |
| UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC, | |
| Defendants. | |

Having read and considered the Parties' Joint Stipulation to Modify Scope of ESI Search Court Order (Dkt. 147) and finding good cause,

IT IS HEREBY ORDERED that the searches pertaining to the Department of Homeland Security Office of Inspector General ("DHS OIG") mandated by the Court Order (Dkt. 133) are replaced with this modified search below.

DHS OIG will conduct a modified search of the official report file, which contains the documents that the OIG used as source documents to support statements made in the DHS OIG's report titled *ICE's Management of COVID-19 in its Detention Facilities Provides Lessons Learned for Future Pandemic Responses*, issued on September 7, 2021, in accordance with the conditions specified below.

The timeline for the modified search will be limited to a search for records dated September 2020 through October of 2020 and will be limited to the following search terms:

- ("Spot check" or "spotcheck") and "Adelanto"
- ("contract discrepancy report" or "CDR") and "Adelanto"
- ("COVID-19 facility checklist" or "covid facility checklist" or (covid /3 "facility checklist")) and "Adelanto"
- ("social distancing") and "Adelanto"
- "Martin Vargas Arellano" or "Vargas-Arellano" or (Martin /3 (Vargas OR Arellano))
- Variations of Mr. Vargas-Arellano's A number as specified in Search No. 5 of the Court Order dated September 4, 2024
- ("MVA") and "Adelanto"
- ("Mr. Vargas") and "Adelanto"

1

The United States will produce documents collected from the modified search by October 11, 2024, unless a later date is agreed by Plaintiff or ordered by the Court. No Court permission is required to extend the production deadline, provided Plaintiff agreed to it.

IT IS SO ORDERED.

DATED: October 8, 2024

_____
HONORABLE SHERI PYM
United States Magistrate Judge

2