Stacy Tolchin (SBN 217431)
*Email: Stacy@Tolchinimmigration.com*
Megan Brewer (SBN 268248)
*Email: Megan@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Attorneys for Plaintiff (*continued on next page*)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Martin VARGAS, as an Individual and a Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>    Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>Honorable Sheri Pym<br><br>**DISCOVERY MOTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT *THE GEO GROUP* TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, INTERROGATORIES, REQUESTS FOR ADMISSIONS, RULE 30(B)(6) DEPOSITION NOTICE, AND FOR SANCTIONS UNDER FED. R. CIV. P. 37(E)**<br><br>**JOINT STIPULATION AND DECLARATION OF LABONI HOQ AND EXHIBITS THERETO AND DECLARATION OF SUSAN COLEMAN AND EXHIBITS THERETO FILED CONCURRENTLY AND SUBJECT TO SEAL**<br><br>Hearing Date: July 16, 2024 |

1

Hearing Time: 10:00 A.M
Location: via court's posted Zoom webinar
Pre-Trial Conference: (Bench Trial): January 10, 2025
Bench Trial Date: January 27, 2025
Discovery Cut-Off: July 26, 2024

Khaled Alrabe (SBN 349899)
*Email: khaled@nipnlg.org*
Matthew Vogel (admitted *pro hac vice*)
*Email: matt@nipnlg.org*
Amber Qureshi (admitted *pro hac vice*)
*Email: amber@nipnlg.org*
1200 18th Street NW Suite 700
Washington, DC 20036Telephone: (202) 470-2082
Facsimile: (617) 227-5495

Laboni A. Hoq (SBN 224140)
*Email: laboni@hoqlaw.com*
Hoq Law APC
P.O. Box 753
Pasadena, CA  91030
Telephone: (213) 973-9004

Attorneys for Plaintiff

2

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on October 29, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, Courtroom 4, 3rd Floor, in the courtroom of the Honorable Sheri Pym, via the Court's posted Zoom webinar, Plaintiff will and hereby does move the Court pursuant to Fed. R. Civ. Proc. 37 and Local Rules 37 *et seq.* and 7-3 for an order:

(1) issuing evidentiary and monetary sanctions against The GEO Group ("GEO") for spoliation of video surveillance responsive to Plaintiff's Request for Production of Documents ("RFP") Nos. 2, 5, 7, 19, 21, and 25-27;

(2) compelling GEO to further respond to Plaintiff's RFP Nos. 11-19, 21 and 28, including producing documents improperly withheld on GEO's privilege log, and overruling any objection to producing documents subject to the common interest doctrine;

(3) compelling GEO to submit to a further Fed. R. Civ. P. 30(b)(6) deposition on topics on which GEO's designee was not properly prepared, and related to newly produced discovery from GEO and Wellpath, and to pay the costs of this further deposition under Fed. R. Civ. P. 37(b)(2)(C);

(4) deeming admitted GEO's Requests for Admission ("RFA") Nos. Nos. 30-31 and 37-42, or in the alternative compelling GEO to properly respond to these RFAs;

(5) compelling GEO to respond to Interrogatory Nos. 22 and 23;

(6) compelling GEO to produce documents responsive to RFP Nos. 33, 41 and 50;

(7) compelling GEO to produce in response to RFP No. 19 Adelanto Facility Entrance Screening Logs for September 2024.

This Motion is based on this Notice of Motion and Motion, the Joint Stipulation filed herewith, the Declaration of Laboni A. Hoq, Plaintiff's forthcoming Supplemental Memorandum of Law, and upon argument and such other matters as may be presented to

the Court at the hearing on this Motion.

October 8, 2024                               By: /s/*Laboni Hoq*

Laboni A. Hoq (SBN 224140)
*Email: laboni@hoqlaw.com*
Hoq Law APC
P.O. Box 753
South Pasadena, CA 91030
Telephone: (213) 973-9004

Stacy Tolchin (SBN 217431)
*Email: Stacy@Tolchinimmigration.com*
Megan Brewer (SBN 268248)
*Email: Megan@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Khaled Alrabe (SBN 349899)
*Email: khaled@nipnlg.org*
Matthew Vogel (admitted *pro hac vice*)
*Email: matt@nipnlg.org*
Amber Qureshi (admitted *pro hac vice*)
*Email: amber@nipnlg.org*
1200 18th Street NW Suite 700
Washington, DC 20036
Telephone: (202) 470-2082
Facsimile: (617) 227-5495

Attorneys for Plaintiff Martin Vargas