## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 5:23-cv-00380-JWH-SPx | Date | October 9, 2024 |
|---|---|---|---|
| Title | Martin Vargas v. United States of America et al. | | |

| Present:  The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Clerk | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**     **(In Chambers) Order Directing Defendant to Submit Exhibits for In Camera Review**

On September 3, 2024, plaintiff Martin Vargas filed a motion to compel defendant United States of America to produce further responses to requests for production of documents.  Docket no. 131.  Among the matters in dispute is whether defendant should be compelled to produce unredacted versions of reports and a memorandum that defendant contends are protected by the deliberative process privilege.

The court held a hearing on the motion on October 1, 2024.  After further consideration of the parties' written and oral arguments and review of the exhibits submitted with the motion papers, the court has concluded its decision would be aided by review of entirely unredacted versions of the documents in question.

Accordingly, the court now orders defendant United States to submit entirely unredacted versions of the following documents for in camera review by the court: Exhibits E, F, G, H, and I to the Hoq Declaration (docket no. 131-2).  This in camera submission shall be made no later than October 15, 2024.