Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
THE GEO GROUP, INC., (Erroneously sued herein as THE GEO GROUP)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, as Successor in Interest of the Estate of Martin VargasArellano,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH,LLC,<br><br>　　　　Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**DISCOVERY MOTION**<br><br>**THE GEO GROUP'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Date: October 29, 2024<br>Time: 10:00 a.m.<br><br>Judge: Hon. Sheri Pym |

　　　Pursuant to Local Rule 37-2.3, THE GEO GROUP, INC. hereby submits its supplemental brief in opposition to Plaintiff's Motion to Compel Further Responses to Discovery as follows:

　　　Since the date of October 8, 2024, when the Joint Stipulation on Plaintiff's Second Motion to Compel Documents from GEO was filed by Plaintiff (ECF. 152-1), GEO has produced the following additional documents:

///

4853-8885-9887 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 5:23-cv-00380-JWH-SP
GEO'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLTF'S MTC

1. GEO 61870-61877 – Additional contact tracing logs.
2. GEO 61878-62080 – Additional entrance screening logs.
3. GEO 62081-62122 - Staffing rosters for GEO employees who worked in W 5-B housing (where decedent Vargas Arrellano was housed) from 11/27/20 to 12/11/2020.

Dated: October 15, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By:     /s/ *Susan E. Coleman*
Susan E. Coleman
Attorneys for Defendant
THE GEO GROUP, INC.,

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4853-8885-9887 v1

2

Case No. 5:23-cv-00380-JWH-SP
GEO'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLTF'S MTC