# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>       Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>       Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE CASE DEADLINES AND TRIAL DATES** |

The Court, having considered the parties' Joint Stipulation to Continue Deadlines and Trial Dates, and for good cause shown, it is hereby **ORDERED** that the case schedule is **AMENDED** as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off* <br><br> *for the sole purpose of deposing the United States' Rule 30(b)(6) witness regarding CRCL investigation(s) | 11/1/2024 | 11/15/2024* <br><br> *for the sole purpose of deposing the United States' Rule 30(b)(6) witness regarding CRCL investigation(s) |
| Expert Discovery Cut-Off* <br><br> *for the sole purpose of deposing the parties' disclosed retained experts | 11/1/2024 | 12/6/2024* <br><br> *for the sole purpose of deposing the parties' disclosed retained experts |
| Motion for Summary Judgment ("MSJ") Filing Deadline | 11/29/2024 | 2/21/2025 |
| MSJ Opposition Filing Deadline | 12/13/2024 | 2/28/2025 |
| MSJ Reply Filing Deadline | 12/27/2024 | 3/14/2025 |
| MSJ Hearing Date | Friday, 1/10/2025 at 9:00 a.m. | Friday, 3/28/2025 at 9:00 a.m. |
| Motions in Limine ("MIL") Filing Deadline | 1/17/2025 | 7/18/2025 |
| MIL Opposition Filing Deadline | 1/24/2025 | 7/25/2025 |
| MIL Hearing Date | Friday, 2/14/2025 at 9:00 a.m. | Friday, 8/15/2025 at 9:00 a.m. |
| Final Pretrial Conference for Jury Trial | Friday, 2/21/2025 at 1:00 p.m. | Friday, 8/22/2025 at 1:00 p.m. |

| Event | Current Date | New Date |
|---|---|---|
| Jury Trial | Monday, 3/10/2025 9:00 a.m. | Monday, 9/8/2025 at 9:00 a.m. |
| Final Pretrial Conference for Bench Trial | Friday, 4/11/2024 at 1:00 p.m. | Friday, 10/10/2025 at 1:00 p.m. |
| Bench Trial | Monday, 4/28/2025 at 9:00 a.m. | Monday, 10/27/2025 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: __October 28, 2024__

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-