STACY TOLCHIN (Cal. Bar No. 217431)
MEGAN BREWER (Cal. Bar No. 268248)
Law Offices of Stacy Tolchin
    776 E. Green St., Suite 210
    Pasadena, CA 91101
    Telephone: (213) 622-7450
    Facsimile: (213) 622-7233
    Email: Stacy@Tolchinimmigration.com
    Email: Megan@Tolchinimmigration.com

KHALED ALRABE (Cal. Bar No. 349899)
MATTHEW VOGEL (admitted pro hac vice)
National Immigration Project of the National Lawyers Guild
    1200 18th Street NW Suite 700
    Washington, DC 20036
    Telephone: (202) 470-2082
    Facsimile: (617) 227-5495
    Email: khaled@nipnlg.org
    Email: matt@nipnlg.org

(continued on next page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>       Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**STIPULATION REGARDING THE GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT UNITED STATES OF AMERICA**<br><br>(Memorandum of Points and Authorities, Declaration of Erin Choi, and [Proposed] Order filed concurrently)<br><br>Honorable John W. Holcomb<br>United States District Judge |

LABONI A. HOQ (Cal. Bar No. 224140)
Hoq Law APC
P.O. Box 753
South Pasadena, CA 91030
Telephone: (213) 973-9004
Email: laboni@hoqlaw.com

Attorneys for Plaintiff
Martin Vargas

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
SHAINA C. ST JOHN (Cal. Bar No. 292643)
ERIN CHOI (Cal. Bar No. 342323)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone:   (213) 894-2933/-7354
Facsimile:   (213) 894-7819
E-mail: Shaina.StJohn@usdoj.gov
E-mail: Erin.Choi@usdoj.gov

Attorneys for Defendant
United States of America

SUSAN E. COLEMAN (Cal. Bar No. 171832)
DEANN R. RIVARD (Cal. Bar No. 177482)
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213-236-0600
Facsimile: 213-236-2700
E-mail: scoleman@bwslaw.com
E-mail: drivard@bwslaw.com

Attorneys for Defendant
The GEO Group, Inc.

PETER G. BERTLING (Cal. Bar No.  131602)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
E-mail: peter@bertlinglawgroup.com

Attorneys for Defendant
Wellpath, LLC

1

Plaintiff Martin Vargas ("Plaintiff") and defendants the United States of America, the GEO Group, Inc., and Wellpath LLC (together, the "parties") enter into and submit this Stipulation regarding the settlement between Plaintiff and the United States, subject to the Court's order determining that the settlement is in good faith consistent with the Proposed Order submitted herewith.

1.    Plaintiff and the United States have reached a settlement for payment of a monetary sum in exchange for a release and a voluntary dismissal with prejudice of Plaintiff's Second Amended Complaint filed on March 8, 2024 with respect to all causes of action against the United States, pursuant to Federal Rule of Civil Procedure 41(a).

2.    The Parties have read the United States' draft Motion for Determination of Good Faith Settlement ("Motion") and the Declaration of Erin Choi in support of the Motion, copies of which are filed herewith. To obviate the need for filing a Motion, however, the Parties have agreed to file this Stipulation and Proposed Order.

3.    The Parties agree that the settlement between Plaintiff and the United Sates is in accordance with the provisions of California Code of Civil Procedure §§ 877 and 877.6 and satisfies the factors set forth in *Tech-Bilt, Inc. v. Woodward-Clyde & Assoc*. (1985) 38 Cal.3d 488 for determining whether a settlement is in good faith.

4.    The Parties further agree to a Court Order determining that the settlement between Plaintiff and the United Sates was entered into in good faith in accordance with the provisions of California Code of Civil Procedure §§ 877 and 877.6.

5.    Pursuant to California Code of Civil Procedure § 877.6(c), all past, present, and future claims by any other party, any other joint tortfeasor or co-obligor, or any lienholder, including non-parties to this action, for any claims of equitable comparative contribution or for partial or comparative indemnity, based on comparative negligence or comparative fault, against the United States, are barred.

6.    Considering that none of the Parties oppose the determination of good faith settlement between Plaintiff and the United States, the Parties agree to waive notice of a

2

motion, application, or hearing for determination of good faith settlement, under California Code of Civil Procedure § 877.6. The parties agree that this Stipulation satisfies any requirements by California Code of Civil Procedure §§ 877 and 877.6.

7.    The Parties therefore respectfully request that the Court grant the Proposed Order submitted with this Stipulation.

8.    GEO Group, Inc. and Wellpath LLC waive any claims they have or may have against the United States for equitable or express indemnity, partial equitable indemnity, declaratory relief, and equitable apportionment against the United States, its employees, agents, representatives, officials, and officers in this case.

///

3

Respectfully submitted,

Dated: January 7, 2025          LAW OFFICES OF STACY TOLCHIN


                                */s/ Stacy Tolchin*
                                STACY TOLCHIN
                                MEGAN BREWER

                                Attorneys for Plaintiff
                                Martin Vargas

Dated: January 7, 2025          E. MARTIN ESTRADA
                                United States Attorney
                                DAVID M. HARRIS
                                Assistant United States Attorney
                                Chief, Civil Division
                                JOANNE S. OSINOFF
                                Assistant United States Attorney
                                Chief, Complex and Defensive Litigation Section


                                */s/ Erin Choi*
                                SHAINA C. ST JOHN
                                ERIN CHOI*
                                Assistant United States Attorneys

                                Attorneys for Defendant
                                United States of America

Dated: January 7, 2025          BURKE, WILLIAMS & SORENSEN, LLP


                                */s/ Susan E. Coleman*
                                SUSAN E. COLEMAN
                                DEANN R. RIVARD

                                Attorneys for Defendant
                                The GEO Group, Inc.

Dated: January 7, 2025          BERTLING LAW GROUP

                                */s/ Peter G. Bertling*
                                PETER G. BERTLING

                                Attorneys for Defendant
                                Wellpath, LLC

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4