# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VARGAS, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF THE ESTATE OF MARTIN VARGAS ARELLANO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC,<br><br>Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER DETERMINING GOOD FAITH OF SETTLEMENT** |

Having considered the Stipulation Regarding the Good Faith Settlement Between Plaintiff and Defendant United States of America, attached Memorandum of Points and Authorities, Declaration of Erin Choi, and all other matters properly presented to the Court, it is hereby **ORDERED** as follows:

1. The Stipulation is **GRANTED**.

2. The United States' settlement with Plaintiff Martin Vargas is made in good faith pursuant to California Code of Civil Procedure §§ 877 *et seq.*, and it satisfies the factors set forth in *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal. 3d 488, 499 (1985).

3. All claims against Defendant United States for equitable comparative contribution, and/or partial or comparative indemnity are **BARRED**.

   **IT IS SO ORDERED.**

Dated: January 7, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE