UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-00380-JWH-SPx | Date | April 4, 2025 |
|---|---|---|---|
| Title | MARTIN VARGAS v. UNITED STATES OF AMERICA, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

**Proceedings:**            **(In Chambers) Order Setting Further Settlement Conference**

A settlement conference was held in this case on November 6, 2024, which resulted in a settlement as to one of the defendants.  The court now sets a further settlement conference in this matter with the remaining parties for **May 28, 2025** at 9:30 a.m.  No later than five court days prior to the settlement conference, the parties shall submit supplemental settlement conference statements, following the procedures set forth in paragraph 11 of the September 4, 2024 Order re Settlement Conference.  **Each party shall also prepare a (supplemental) confidential addendum**, which shall be delivered (or emailed) directly to Magistrate Judge Pym only, along with the supplemental settlement conference statement, following the procedures set forth in paragraph 13 of the Order re Settlement Conference.  All other terms of the court's Order re Settlement Conference remain in effect.