UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-00380-JWH-SPx | Date | April 14, 2025 |
|---|---|---|---|
| Title | MARTIN VARGAS v. UNITED STATES OF AMERICA, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|

**Proceedings:**   **(In Chambers) Order Striking Purported Sealed Filings [207, 213] and Directing Plaintiff to Refile Documents with Application to Seal Limited to Documents and Excerpts Properly Subject to Sealing**

On March 25, 2025, plaintiff filed a motion to enforce a discovery order.  Docket no. 206.  The motion was supported by a Declaration of counsel Laboni Hoq and hundreds of pages of exhibits, all of which plaintiff purported to file under seal.  Docket no. 207.  Yet as the court pointed out, there has been no leave of court granted to seal this filing.  Docket no. 214.  Indeed, plaintiff did not even file an application to seal, contrary to the protective order in place that explicitly provides for the parties to follow the procedures in Local Rule 79-5 if they wish to seek permission to file a document under seal.  *See* docket no. 54 at 2, 15.

Plaintiff filed a reply in support of his motion on April 8, 2025.  Docket no. 212.  The reply was supported by a supplemental declaration of counsel and exhibits, again purportedly filed under seal.  Docket no. 213.  As the court again pointed out, there was again no sealing application or order permitting these documents to be filed under seal.  Docket no. 215.

This is not a matter than may be corrected by a belated sealing application.  Even a cursory review of the declarations and exhibits reveals there is no basis to seal many of them, which include nonprivileged email communications, discovery responses, a privilege log, and deposition transcripts.  It may be that some of these warrant sealing, but at least most do not appear to.

Because there is no sealing application, the court is inclined to simply order that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-00380-JWH-SPx | Date | April 14, 2025 |
|---|---|---|---|
| Title | MARTIN VARGAS v. UNITED STATES OF AMERICA, et al. | | |

these documents be unsealed.  But in an abundance of caution, the court now orders that the declarations and exhibits filed at docket number 207 and 213 are STRICKEN.  If plaintiff wishes the court to consider any of these materials in connection with the pending motion to enforce, plaintiff shall refile these declarations and exhibits not later than April 16, 2025.  In refiling these materials, plaintiff may submit an application in compliance with the local rules to seal only those documents or portions thereof that reasonably qualify for sealing.  The other declarations and exhibits shall be not be filed under seal.  If only a portion of a document qualifies for sealing, plaintiff shall file not under seal the portion of the document that does not qualify for sealing, with only the portion qualifying for sealing redacted.