UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, , Individually and  as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>Defendants. | Case No. 5:23-cv-00380-JWH-SP<br>Honorable John W. Holcomb<br><br>**ORDER AMENDING SCHEDULING ORDER:  CONTINUE DEADLINES TO COMPLETE RULE 30(B)(6) DEPOSITION OF DEFENDANT THE GEO GROUP AND FILE MOTION TO RECONSIDER MAGISTRATE JUDGE'S ORDER ON MOTION TO COMPEL** |

The Court, having considered the parties' Joint Stipulation to Continue Deadlines to Complete Rule 30(b)(6) Deposition of Defendant The Geo Group and File Motion to Reconsider Magistrate Judge's Order on Motion to Compel, and good cause appearing therefore, it is hereby **ORDERED** that deadline to complete the Rule 30(b)(6) deposition of The GEO Group and to file the Motion to Reconsider the Magistrate Judge's Order on Motion to Compel is **CONTINUED** to May 23, 2025.

**IT IS SO ORDERED.**

Dated: April 15, 2025

Honorable John W. Holcomb
U.S. DISTRICT JUDGE