UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC.<br><br>        Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DEADLINES AND DATES**<br><br>Judge:  Hon. John W. Holcomb |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4919-2722-5923 v1

1

Case No. 5:23-cv-00380-JWH-SP
ORDER GRANTING JOINT STIPULATION

The Court, having reviewed the Parties' Joint Stipulation to continue all remaining deadlines and dates, and good cause appearing therefore, hereby **ORDERS** that the current deadlines and dates are **MODIFIED** as follows:

| EVENT | CURRENT DATE/DEADLINE | NEW DATE/DEADLINE |
|---|---|---|
| **Jury Trial** (Monday at 9:00 a.m.) | Monday, December 8, 2025<br><br>3 days | Monday, March 30, 2026 |
| **Final Pretrial Conference** [L.R. 16] (Friday at 1:00 p.m.) | Friday, November 21, 2025 | Friday, March 6, 2026 |
| **Hearing on Motions *In Limine*** (Friday at 9:00 a.m.) | Friday, November 14, 2025 | Friday, February 27, 2026 |
| **MIL/Nondispositive Motions Reply** | Friday, October 31, 2025 | Friday, January 30, 2026 |
| **MIL/Nondispositive Motions Opposition Filing** | Friday, October 24, 2025 | Friday, January 16, 2026, |
| **MIL/Nondispositive Motions Filing Date** | Friday, October 10, 2025 | Friday, January 2, 2025 |
| **MSJ Hearing Date** (Friday at 9:00 a.m.) | Friday, September 19, 2025 | Friday, December 5, 2025 |
| **MSJ Reply Filing** | Friday, September 5, 2025 | Friday, November 14, 2025 |
| **MSJ Opposition Filing** | Friday, August 22, 2025 | Friday, October 31, 2025 |
| **MSJ Filing** | Friday, July 25, 2025 | Friday, October 3, 2025 |
| **Expert Discovery Cut-Off** | Monday, July 14, 2025 | Monday, August 18, 2025 |
| **Deadline to file Motion to Reconsider/Objections** | Friday, May 23, 2025 | Friday July 25, 2025 |

| EVENT | CURRENT DATE/DEADLINE | NEW DATE/DEADLINE |
|---|---|---|
| to Magistrate Judge's Order on Motion to Compel | | |
| Deadline to take Continued Rule 30(b)(6) Deposition of The GEO Group | Friday, May 23, 2025 | Friday, July 18, 2025 |

**IT IS SO ORDERED.**

DATED:     May 15    . 2025

Honorable John W. Holcomb
Judge of the District Court