# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GEO GROUP; and WELLPATH, LLC,<br><br>    Defendant. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER ON JOINT STIPULATION REGARDING EXHIBITS IN SUPPORT OF CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The Court, having considered the parties' Joint Stipulation Regarding Exhibits in Support of the parties' Cross-Motions for Summary Judgment, and for good cause shown, hereby **ORDERS** that the Joint Exhibits, Stipulation of Authentication, and Table of Contents filed by Defendant The GEO Group, Inc., in support of its November 21, 2025, Motion for Summary Judgment (Dkt # 271-2 through 271-11), shall also be applied to Plaintiff's Motions for Partial Summary Judgment (Dkt # 270).

**IT IS SO ORDERED.**

Dated: November 24, 2025

John W. Ho comb
UNITED STATES DISTRICT JUDGE