UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano,<br><br>       Plaintiff,<br><br>   v.<br><br>THE GEO GROUP; and WELLPATH, LLC.<br><br>       Defendants. | Case No. 5:23-cv-00380-JWH-SP<br><br>**ORDER GRANTING JOINT REQUEST TO SUBSTITUTE PARTY**<br><br>Judge:    Hon. James W. Holcomb |

Good cause appearing, based upon the Parties' Joint Stipulated Request for Order Substituting Party with accompanying Memorandum of Points and Authorities in support thereto, and concurrently filed Declaration submitted by counsel for Defendant The GEO Group, Inc., the Court hereby **ORDERS** as follows:

1.    The Parties' Joint Stipulated Request for Order Substituting Party is **GRANTED**.

2.    Defendant "Wellpath Liquidating Trust" is **SUBSTITUTED** for "Wellpath LLC" as a Nominal Defendant.

**IT IS SO ORDERED**.

Dated: _____April 15_____, 2026

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE