UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VARGAS, individually and as Successor in Interest of the Estate of Martin Vargas Arellano, | Case No. 5:23-cv-00380-JWH-SP |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DEADLINES AND DATES** |
| v. | |
| UNITED STATES OF AMERICA; THE GEO GROUP; and WELLPATH, LLC. | Judge: Hon. John W. Holcomb |
| Defendants. | |

1

Case No. 5:23-cv-00380-JWH-SP
ORDER GRANTING
JOINT STIPULATION

The Court, having reviewed the Parties' Joint Stipulation to continue all remaining deadlines and dates, and good cause appearing therefore, hereby **ORDERS** that the current deadlines and dates are **MODIFIED** as follows:

| EVENT | CURRENT DATE/DEADLINE | NEW DATE/DEADLINE |
|---|---|---|
| **Jury Trial** (Monday at 9:00 a.m.) | Monday, July 27, 2026 3 days | Monday, October 19, 2026 |
| **Final Pretrial Conference** [L.R. 16] (Friday at 1:00 p.m.) | Friday, July 10, 2026 | Friday, October 2, 2026 |
| **Hearing on Motions *In Limine*** (Friday at 9:00 a.m.) | Friday, June 26, 2026 | Friday, September 18, 2026 |

**IT IS SO ORDERED.**

Dated:    May 15        . 2026

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

Case No. 5:23-cv-00380-JWH-SP
ORDER GRANTING
JOINT STIPULATION